UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAROL S. MARCELLIN, individually, and as Co-Administrator
of the Estate of Charles E. Hollowell, deceased,
and JESSICA HOLLOWELL-McKAY, as Co-Administrator
of the Estate of Charles E. Hollowell, deceased,

                  *Plaintiffs*,

vs.     **CORPORATE DISCLOSURE STATEMENT**

Civil Action No.: 1:21-cv-00704-JLS

HP INC., and STAPLES, INC.,

                  *Defendants*.

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, HP Inc., hereby provides the following corporate disclosure statement:

1. Defendant, HP Inc., is a Delaware corporation.

2. Defendant, HP Inc., has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated:     Buffalo, New York
              August 18, 2021

                                    Respectfully Submitted,
                                    HP INC.,
                                    By its attorneys,

                                    **Smith, Sovik, Kendrick & Sugnet, P.C.**

                                    _____
                                    Jaclyn S. Wanemaker, Esq.

{S1441414.1}

*Attorneys for Defendant HP Inc.*
6245 Sheridan Drive, Suite 218
Williamsville, New York 14221
Telephone: (315) 474-2911
Facsimile: (315) 474-6015
jwanemaker@smithsovik.com

<u>Certificate of Service</u>

I, Jaclyn S. Wanemaker, do hereby certify that on August 18, 2021, I served a copy of the within document by filing it with the court's electronic-filing system.

FARACI LANGE, LLP
Stephen G. Schwarz, Esq.
Matthew F. Belanger, Esq.
Catherine D. Aughey, Esq.
*Attorneys for Plaintiffs*
28 East Main Street, Suite 1100
Rochester, New York 14614
Telephone: (585) 325-5150
Facsimile: (585) 325-3285
Email: sschwarz@faraci.com
Email: mbelanger@faraci.com
Email: caughey@faraci.com

PILLINGER MILLER TARALLO
Jeffrey D. Schulman, Esq.
*Attorneys for Defendant*
*Staples, Inc.*
126 N. Salina Street, Suite 215
Syracuse, New York 13202
Telephone: (315) 471-6166
Email: jschulman@pmtlawfirm.com

                                                                                      Jaclyn S. Wanemaker