

November 15, 2022

**BY ECF FILING**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
United States District Court - Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

**Re:    Marcellin, et al., v. HP, Inc. et al., 21-CV-704 JLS**

Dear Judge Schroeder:

I write on behalf of counsel for all parties to request entry of an Amended Scheduling Order extending discovery and other deadlines in the above matter. A proposed Amended Scheduling Order containing dates agreed upon by all counsel is being filed herewith.

This matter is a wrongful death and personal injury products liability suit involving a fire that plaintiff alleges originated in a laptop computer. Defendants have denied liability including the purported origin of the fire. The parties have exchanged extensive discovery demands and responses to those demands and are working through document discovery. The subject matter of this case is extremely technical and document discovery has required more time than originally anticipated. Additionally, the New York State Legislature this summer passed a major revision in New York's Wrongful Death Statute, which not only greatly expands the scope of damages recoverable, but also expands the individuals entitled to recover. The bill has not been signed, as the Legislature chose to wait until after the election to present it to the Governor. She may sign it in its current form, veto it, or ask for it to be modified before she signs it. This uncertainty has affected discovery in this case because as written the law applies to all pending cases. Defendants will likely contest the retroactivity of the legislation but, regardless, the parties believe it is desirable to schedule depositions of the plaintiffs when the full scope of potentially recoverable damages would be known to eliminate the need for repeating these depositions later. Now that the election is over, we anticipate there will be some clarity on this issue very soon. The parties are confident we will

ATTORNEYS

Stephen G. Schwarz
Matthew F. Belanger*
John A. Falk
Hadley E. Lundback**
Jennifer L. Fay
Joseph A. Regan
Carol A. McKenna*
Kathryn Lee Bruns
Kristin A. Merrick
Lesley E. Niebel*
Catherine D. Aughey
Teagan C. Dolan

OF COUNSEL

Brian M. Zorn

RETIRED

Angelo G. Faraci
Paul K. Lange

John A. Bryant
(1943 -1995)

NURSE CONSULTANTS

Elizabeth K. Zorn, RN
Ann M. Steinmetz, RN
Melissa A. Yeager, RN

BUFFALO OFFICE

Faraci Lange, LLP
300 International Drive
Suite 213
Buffalo, NY 14221

*Also admitted in MA
**Also admitted in NJ

complete discovery within the extended period requested.

Thank you in advance for your consideration of our joint request.

Sincerely,

Stephen G. Schwarz
sschwarz@faraci.com

Xc: All Counsel of Record through ECF Filing System