# EXHIBIT K

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------

CAROL S. MARCELLIN, Individually and as
Co-Administrator of the Estate of
CHARLES E. HOLLOWELL, Deceased,
and JESSICA HOLLOWELL-McKAY,
as Co-Administrator of the Estate
of CHARLES E. HOLLOWELL, Deceased,

                         Plaintiffs,

     -vs-


HP, INC., and STAPLES, INC.,

                         Defendants.

-----------------------------------------------------

                         Remote Proceedings taken

pursuant to the Federal Rules of Civil Procedure, at

SUE ANN SIMONIN COURT REPORTING, 421 Franklin Street,

Buffalo, New York, taken on March 17, 2023, commencing

at 10:15 A.M., before MARY ANN MORETTA, Notary Public.

## Sue Ann Simonin Court Reporting

421 Franklin Street
Buffalo, New York  14202



(716) 882-8059
Fax (716) 882-8099
sascr.com

2

1      APPEARANCES:

2      FARACI LANGE, LLP,
       By STEPHEN G. SCHWARZ, ESQ.,
3      1882 South Winton Road,
       Suite 1,
4      Rochester, New York 14618,
       Appearing for the Plaintiffs.

5

6

7

8    MR. SCHWARZ:  My name is Stephen Schwarz.  I'm with

9       Faraci Lange, counsel for the Plaintiffs in this

10      case.  I want the record to reflect that we are

11      here on this Zoom meeting that was actually set

12      by the Defendants.  It is now ten-fourteen a.m.

13      The Defendants have taken the position, I

14      believe, that they did not want to proceed with

15      this deposition based upon newly discovered

16      evidence concerning the date of purchase of the

17      subject laptop.

18         We have offered to allow them to defer that

19      issue and have a second deposition on that topic

20      if they needed additional discovery and to

21      complete this deposition on all other issues.

22      Their absence is an indication that they have

23      decided to decline that offer, so it's the

3

1    Plaintiffs' position that the Defendants have

2    waived their opportunity to depose the Plaintiffs

3    on all other issues except that one.

4

5                    *    *    *    *    *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

4

```
1       STATE OF NEW YORK)

2                        SS:

3       COUNTY OF ERIE)


4

5           I, Mary Ann Moretta, a Notary Public in and

6       for the State of New York, County of Erie, DO

7       HEREBY CERTIFY that the above proceedings were

8       taken down by me in a verbatim manner by means of

9       Machine Shorthand, on March 17, 2023.  That the

10      transcript was then reduced into writing under my

11      direction.

12          I further CERTIFY that the above-described

13      transcript constitutes a true and accurate and

14      complete transcript of the testimony.

15

16

17      _____

18                    MARY ANN MORETTA,
                      Notary Public.

19

20

21

22

23
```