# EXHIBIT L

| | |
|---|---|
| **From:** | Christopher Betke |
| **To:** | Steve Schwarz |
| **Cc:** | Maria T. Mastriano; Jaclyn Wanemaker |
| **Subject:** | RE: [External] Marcellin-Hollowell v. HP |
| **Date:** | Wednesday, March 22, 2023 6:05:20 PM |
| **Attachments:** | image001.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image002.png |

**[EXTERNAL: This email originated from outside of the organization.]**

Steve: You have indicated an intent to amend plaintiffs' complaint. Given that your plan, we would like to see your motion to amend before we appear for a deposition. In the meantime, one question that occurs to me is: how/why did plaintiff ascertain that she purchased the subject computer in 2015 the evening before her deposition? In other words, what caused her to now believe that her complaint and answers to interrogatories are mistaken? Did she discovery additional documents (credit card bill, receipt, etc.) that clarified that? Any light you can shed on this issue would be appreciated. I think once this is all sorted out, we should be able to get the deposition of plaintiffs and HP set up relative soon thereafter. Best, Chris

CHRISTOPHER G. BETKE
PARTNER
DIRECT DIAL: (617)988-8047
cbetke@coughlinbetke.com

**COUGHLIN○BETKE LLP**
Massachusetts | Connecticut | New Hampshire | New York | Rhode Island

**From:** Steve Schwarz <sschwarz@faraci.com>
**Sent:** Tuesday, March 21, 2023 6:49 PM
**To:** Christopher Betke <cbetke@coughlinbetke.com>
**Cc:** Maria T. Mastriano <mmastriano@pmtlawfirm.com>; Jaclyn Wanemaker <jwanemaker@smithsovik.com>
**Subject:** Marcellin-Hollowell v. HP

Please confirm that you still plan to produce your witness on April 28 at 7am EST.

Thank you.

**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :   (585) 399-6035
Phone :  (585) 325-5150
Fax :      (585) 325-3285

sschwarz@faraci.com
**www.faraci.com**



Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).

