# EXHIBIT X

| | |
|---|---|
| **From:** | Steve Schwarz |
| **To:** | Christopher Betke |
| **Cc:** | Maria T. Mastriano; Teagan C. Dolan; Jaclyn Wanemaker; Shirley M. Marsh |
| **Subject:** | RE: [External] Marcellin and Hollowell v. Staples |
| **Date:** | Monday, June 5, 2023 5:40:25 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |

Chris

Please let me know when you plan on preparing the motion to the Court to extend discovery. We have now passed the current deadline.

Steve



**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :   (585) 399-6035
Phone :   (585) 325-5150
Fax :      (585) 325-3285

sschwarz@faraci.com
**www.faraci.com**

Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).



**From:** Steve Schwarz
**Sent:** Tuesday, May 30, 2023 6:35 PM
**To:** Christopher Betke <cbetke@coughlinbetke.com>
**Cc:** Maria T. Mastriano <mmastriano@pmtlawfirm.com>; Teagan C. Dolan <tdolan@faraci.com>; Jaclyn Wanemaker <jwanemaker@smithsovik.com>; Shirley M. Marsh <smarsh@pmtlawfirm.com>
**Subject:** Re: [External] Marcellin and Hollowell v. Staples

Thanks Chris

Sent from my iPhone

> On May 30, 2023, at 6:12 PM, Christopher Betke <cbetke@coughlinbetke.com> wrote:
>
> [EXTERNAL: This email originated from outside of the organization.]
>
> We will circulate something tomorrow.  Chris
>
> **Christopher G. Betke**
> **Partner**
> **DIRECT DIAL:** (617)988-8047
> cbetke@coughlinbetke.com
>
> **COUGHLIN ◦ BETKE LLP**

Massachusetts | Connecticut | New Hampshire | New York | Rhode Island

**From:** Steve Schwarz <sschwarz@faraci.com>
**Sent:** Tuesday, May 30, 2023 6:04 PM
**To:** Maria T. Mastriano <mmastriano@pmtlawfirm.com>; Christopher Betke <cbetke@coughlinbetke.com>
**Cc:** Teagan C. Dolan <tdolan@faraci.com>; 'Jaclyn Wanemaker' <jwanemaker@smithsovik.com>; Shirley M. Marsh <smarsh@pmtlawfirm.com>
**Subject:** RE: [External] Marcellin and Hollowell v. Staples

Maria

Do you have any dates?  If not, I think we have to move forward with asking the Judge for an amended order ASAP.

Steve

<image009.png>

**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :     (585) 399-6035
Phone :    (585) 325-5150
Fax :        (585) 325-3285

sschwarz@faraci.com
www.faraci.com

<image014.png>
<image015.png>
<image016.png>
<image017.png>
<image018.png>

Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).

<image019.png>

**From:** Maria T. Mastriano <mmastriano@pmtlawfirm.com>
**Sent:** Wednesday, May 24, 2023 11:12 AM
**To:** Steve Schwarz <sschwarz@faraci.com>; Christopher Betke <cbetke@coughlinbetke.com>
**Cc:** Teagan C. Dolan <tdolan@faraci.com>; 'Jaclyn Wanemaker' <jwanemaker@smithsovik.com>; Shirley M. Marsh <smarsh@pmtlawfirm.com>
**Subject:** RE: [External] Marcellin and Hollowell v. Staples

[EXTERNAL: This email originated from outside of the organization.]

I'll check into it and get back to you ASAP.

Thanks.
Maria

**From:** Steve Schwarz <sschwarz@faraci.com>
**Sent:** Wednesday, May 24, 2023 10:31 AM
**To:** Christopher Betke <cbetke@coughlinbetke.com>; Maria T. Mastriano <mmastriano@pmtlawfirm.com>
**Cc:** Teagan C. Dolan <tdolan@faraci.com>; 'Jaclyn Wanemaker' <jwanemaker@smithsovik.com>; Shirley M. Marsh <smarsh@pmtlawfirm.com>
**Subject:** RE: [External] Marcellin and Hollowell v. Staples

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Can you produce the 30b6 witness that first week of August as well Maria?

<image009.png>           **Stephen G. Schwarz, Esq.**

*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :     (585) 399-6035
Phone :    (585) 325-5150
Fax :         (585) 325-3285

sschwarz@faraci.com
www.faraci.com

<image014.png>
<image015.png>
<image016.png>
<image017.png>
<image018.png>

Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).

<image019.png>

**From:** Christopher Betke <cbetke@coughlinbetke.com>
**Sent:** Wednesday, May 24, 2023 10:28 AM
**To:** Maria T. Mastriano <mmastriano@pmtlawfirm.com>; Steve Schwarz <sschwarz@faraci.com>
**Cc:** Teagan C. Dolan <tdolan@faraci.com>; 'Jaclyn Wanemaker' <jwanemaker@smithsovik.com>; Shirley M. Marsh <smarsh@pmtlawfirm.com>
**Subject:** RE: [External] Marcellin and Hollowell v. Staples

[EXTERNAL: This email originated from outside of the organization.]

Do we need a date for Staples too?

CHRISTOPHER G. BETKE
PARTNER
DIRECT DIAL: (617)988-8047
cbetke@coughlinbetke.com
COUGHLIN◦BETKE LLP
Massachusetts | Connecticut | New Hampshire | New York | Rhode Island

**From:** Maria T. Mastriano <mmastriano@pmtlawfirm.com>
**Sent:** Wednesday, May 24, 2023 10:23 AM
**To:** 'Steve Schwarz' <sschwarz@faraci.com>; Christopher Betke <cbetke@coughlinbetke.com>
**Cc:** Teagan C. Dolan <tdolan@faraci.com>; 'Jaclyn Wanemaker' <jwanemaker@smithsovik.com>; Shirley M. Marsh <smarsh@pmtlawfirm.com>
**Subject:** RE: [External] Marcellin and Hollowell v. Staples

Good Morning,

I am available as follows:

1. Plaintiff – July 6th and  7th
2. HP – August 2nd and 3rd

Thanks.
Maria

**From:** Steve Schwarz <sschwarz@faraci.com>
**Sent:** Wednesday, May 24, 2023 10:16 AM
**To:** Christopher Betke <cbetke@coughlinbetke.com>; Maria T. Mastriano <mmastriano@pmtlawfirm.com>
**Cc:** Teagan C. Dolan <tdolan@faraci.com>; 'Jaclyn Wanemaker' <jwanemaker@smithsovik.com>

**Subject:** RE: [External] Marcellin and Hollowell v. Staples

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

All three of those dates are currently clear for me. Pick whichever one works for you.

<image020.png>

**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :    (585) 399-6035
Phone :   (585) 325-5150
Fax :       (585) 325-3285

sschwarz@faraci.com
**www.faraci.com**

<image014.png>
<image015.png>
<image016.png>
<image017.png>
<image018.png>

Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).

<image019.png>

**From:** Christopher Betke <cbetke@coughlinbetke.com>
**Sent:** Wednesday, May 24, 2023 10:06 AM
**To:** Steve Schwarz <sschwarz@faraci.com>; 'Maria T. Mastriano' <mmastriano@pmtlawfirm.com>
**Cc:** Teagan C. Dolan <tdolan@faraci.com>; 'Jaclyn Wanemaker' <jwanemaker@smithsovik.com>
**Subject:** RE: [External] Marcellin and Hollowell v. Staples

[EXTERNAL: This email originated from outside of the organization.]

We would propose August 2, 3 or 4 at 7 am ET/7 pm Taiwan time for the HP deposition via zoom.  Please let me know which date works.  Thanks.  Chris

CHRISTOPHER G. BETKE
PARTNER
DIRECT DIAL: (617)988-8047
cbetke@coughlinbetke.com

COUGHLIN◦BETKE LLP
Massachusetts | Connecticut | New Hampshire | New York | Rhode Island

**From:** Steve Schwarz <sschwarz@faraci.com>
**Sent:** Wednesday, May 24, 2023 9:59 AM
**To:** 'Maria T. Mastriano' <mmastriano@pmtlawfirm.com>
**Cc:** Teagan C. Dolan <tdolan@faraci.com>; Christopher Betke <cbetke@coughlinbetke.com>; 'Jaclyn Wanemaker' <jwanemaker@smithsovik.com>
**Subject:** RE: Marcellin and Hollowell v. Staples

Maria

If you don't get back to me by the end of the day tomorrow with availability for rescheduling the Plaintiffs' depositions in July, we are going to set dates.  Chris has been waiting on dates before submitting the consent motion to extend the Scheduling Order and the current Order expires next week.  Please respond by the end of the day tomorrow.  If the dates we choose turn out not to be good for you, we are not going to agree to adjourn them again.

Thank you.

Steve

<image021.png>

**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :     (585) 399-6035
Phone :   (585) 325-5150
Fax :         (585) 325-3285

sschwarz@faraci.com
**www.faraci.com**

<image014.png>
<image015.png>
<image016.png>
<image017.png>
<image018.png>

Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).

<image019.png>

**From:** Steve Schwarz
**Sent:** Friday, May 19, 2023 6:00 AM
**To:** Maria T. Mastriano <mmastriano@pmtlawfirm.com>
**Cc:** Teagan C. Dolan <TDolan@faraci.com>
**Subject:** RE: Marcellin and Hollowell v. Staples

Maria

Please get back to me with your availability in July so I can get dates set for Plaintiffs' depositions.

Steve

<image021.png>

**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :     (585) 399-6035
Phone :   (585) 325-5150
Fax :         (585) 325-3285

sschwarz@faraci.com
**www.faraci.com**

<image014.png>
<image015.png>
<image016.png>
<image017.png>
<image018.png>

Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).

**From:** Steve Schwarz
**Sent:** Monday, May 15, 2023 4:49 PM
**To:** Maria T. Mastriano <mmastriano@pmtlawfirm.com>
**Cc:** Teagan C. Dolan <TDolan@faraci.com>
**Subject:** Marcellin and Hollowell v. Staples

Maria

Here are the word versions of the outstanding discovery demands to your clien. We also sent a deficiency letter on the first demands without a response. If you can't locate that, let me know and I can send it again.

I want to be able to tell my clients a date for their depositions so please check your schedule for July and let me know what dates are in or out.

Thanks

Steve

<image022.png>

**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :    (585) 399-6035
Phone :   (585) 325-5150
Fax :        (585) 325-3285

sschwarz@faraci.com
**www.faraci.com**

<image014.png>
<image015.png>
<image016.png>
<image017.png>
<image018.png>

Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).