# EXHIBIT Z

| | |
|---|---|
| **From:** | Jaclyn Wanemaker |
| **To:** | Steve Schwarz; Maria T. Mastriano |
| **Cc:** | Christopher Betke; Teagan C. Dolan |
| **Subject:** | RE: [External] Marcellin and Estate of Holloway v. HP and Staples |
| **Date:** | Friday, June 23, 2023 11:07:51 AM |
| **Attachments:** | image001.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image002.png |
| | image003.png |

[EXTERNAL: This email originated from outside of the organization.]

Ok, great.  I'll get it filed today.

**Jaclyn Wanemaker**
Partner
jwanemaker@smithsovik.com



**Smith Sovik Kendrick & Sugnet, P.C.**
6245 Sheridan Drive, Suite 218
Williamsville, NY 14221
P. 800-675-0011
F. 315-474-6015
www.smithsovik.com

NOTICE: This e-mail message and any attachment(s) to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 315-474-2911 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachment(s) may not have been produced by Smith Sovik Kendrick & Sugnet, P.C. Thank you.

**From:** Steve Schwarz <sschwarz@faraci.com>
**Sent:** Friday, June 23, 2023 8:22 AM
**To:** Jaclyn Wanemaker <jwanemaker@smithsovik.com>; Maria T. Mastriano <mmastriano@pmtlawfirm.com>
**Cc:** Christopher Betke <cbetke@coughlinbetke.com>; Teagan C. Dolan <tdolan@faraci.com>
**Subject:** RE: Marcellin and Estate of Holloway v. HP and Staples

The letter and proposed order are fine with me.  Thanks Jackie.

**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :   (585) 399-6035
Phone :  (585) 325-5150
Fax :     (585) 325-3285

sschwarz@faraci.com
**www.faraci.com**

Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).



**From:** Jaclyn Wanemaker <jwanemaker@smithsovik.com>

**Sent:** Thursday, June 22, 2023 4:04 PM
**To:** Steve Schwarz <sschwarz@faraci.com>; Maria T. Mastriano <mmastriano@pmtlawfirm.com>
**Cc:** Christopher Betke <cbetke@coughlinbetke.com>; Teagan C. Dolan <tdolan@faraci.com>
**Subject:** [External] RE: Marcellin and Estate of Holloway v. HP and Staples

[EXTERNAL: This email originated from outside of the organization.]

Attached please find the revised request for extension of the Amended Scheduling Order along with the proposed Second Amended Scheduling Order.
Thank you,
Jackie

**Jaclyn Wanemaker**
Partner
jwanemaker@smithsovik.com



**Smith Sovik Kendrick & Sugnet, P.C.**
6245 Sheridan Drive, Suite 218
Williamsville, NY 14221
P. 800-675-0011
F. 315-474-6015
www.smithsovik.com

NOTICE: This e-mail message and any attachment(s) to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 315-474-2911 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachment(s) may not have been produced by Smith Sovik Kendrick & Sugnet, P.C. Thank you.

**From:** Steve Schwarz <sschwarz@faraci.com>
**Sent:** Wednesday, June 21, 2023 4:54 PM
**To:** Jaclyn Wanemaker <jwanemaker@smithsovik.com>
**Cc:** Christopher Betke <cbetke@coughlinbetke.com>; Maria T. Mastriano <mmastriano@pmtlawfirm.com>; Teagan C. Dolan <tdolan@faraci.com>
**Subject:** Marcellin and Estate of Holloway v. HP and Staples

Jackie

We have provided by ShareFile today all of the additional authorizations you requested except for the counseling records.  Ms. Marcellin signed new authorizations for those records and mailed them to us Tuesday, so we expect to have them in the next couple days and will forward then.  We also served Second Amended Answers to HPs First Set of Interrogatories today by ShareFile addressing the issues raised previously as deficiencies in the prior answers.

I had understood you would be modifying your previously circulated draft letter to the Court requesting an extension of the scheduling order and incorporating a date for HP and Staples to respond to Plaintiffs' outstanding discovery demands.  Chris had asked for a date for Plaintiffs to provide the Second Amended Interrogatory Answers served today, but it is fine if you want to include that as well.  Maria has still not responded and we will likely have to file a motion, but I don't want this to further delay us seeking the extension so I would request that the deposition dates we have all agreed upon of July 7 for the Plaintiffs and August 2 for the HP witness be incorporated into your letter request.

Please confirm that you plan to file something with the court requesting the extension by the end of the week.

Thank you.

Steve

**Stephen G. Schwarz, Esq.**
*Managing Partner*

**WE'VE MOVED!**
1882 South Winton Road, Suite 1
Rochester, NY  14618
Direct :   (585) 399-6035
Phone :   (585) 325-5150
Fax :      (585) 325-3285

sschwarz@faraci.com

[www.faraci.com](www.faraci.com)



Confidentiality Statement: This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from distributing or copying this information (other than to the intended recipient).

