# EXHIBIT DD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL S. MARCELLIN, individually, and as Co-Administrator of the Estate of Charles E. Hollowell, deceased, and JESSICA HOLLOWELL-McKAY, as Co-Administrator of the Estate of Charles E. Hollowell, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HP, INC., and STAPLES, INC.,<br><br>Defendants. | Civ. No. 1:21-cv-00704-JLS |

## DEFENDANT HP INC.'S ANSWERS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES

HP Inc. hereby makes these answers to plaintiffs' second set of interrogatories:

1. Identify the date the **Laptop** was first sold, the amount received by HP in the sale, the suggested retain (sic) price of the **Laptop** and the name and address of the purchaser, wholesaler or retailer.

ANSWER #1:

After diligent search, HP Inc. states it is not able to answer this interrogatory as to the specific notebook at issue. Further answering, HP states that based upon the information available to it in 2023 that the notebook model at issue had a suggested retail price of approximately $600 when originally brought to market.

2. Identify the name and address of the person or entity who registered for the warranty described in HP 00482 for the **Laptop**.

ANSWER #2:

Carol Marcellin; 192 Bells Brook Road, Ceres, NY 14721
Email address: Carolina1095@STNY.RR.COM

The undersigned deposes and states under penalties of perjury, on this 11th day of July, that I am the Manager, Global Claims & Insurance with HP Inc., defendant in the above-captioned action I have read the foregoing answers to interrogatories and know the contents thereof; these answers were prepared with the assistance of counsel upon whose advice I have relied; that the answers set forth herein, subject to inadvertent or undiscoverable errors, are not all within my personal knowledge and there is no employee of HP Inc. who has knowledge of all such matters; that the answers herein are based on and are, therefore, necessarily limited by records in and information still in existence, presently recollected and thus far discovered in the course of preparation of these answers; that HP reserves the right to supplement or make any changes in the answers if it appears at any time that omissions or errors have been made or that more accurate information is available; that subject to the limitations set forth herein these answers are true to the best of my knowledge, information and belief.

HP Inc.,

BY: _____
Monica Olis
Its: Manager – Global Claims & Insurance

As to objections:

HP INC.,

By its attorneys,

Jaclyn S. Wanemaker, Esq.
Smith, Sovik, Kendrick & Sugnet, P.C.
6245 Sheridan Drive, Suite 218
Williamsville, New York 14221
Telephone: (315) 474-2911
Facsimile: (315) 474-6015
jwanemaker@smithsovik.com

## Certificate of Service

I, Jaclyn S. Wanemaker, do hereby certify that on 13th day of July 2023, I served a copy of the within document via email.

FARACI LANGE, LLP
Stephen G. Schwarz, Esq.
1882 South Winton Road
Suite 1
Rochester, New York 14618
Telephone: (585) 325-5150
Facsimile: (585) 325-3285
Email: sschwarz@faraci.com

PILLINGER MILLER TARALLO, LLP
Maria Mastriano
126 N. Salina Street, Suite 215
Syracuse, NY 13202
Tel.: (315) 471-6166
Fax: (315) 295-2575
mmastriano@pmtlawfirm.com

Jaclyn S. Wanemaker, Esq.