UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL S. MARCELLIN, individually, and as Co-Administrator of the Estate of Charles E. Hollowell, deceased, and JESSICA HOLLOWELL-McKAY, as Co-Administrator of the Estate of Charles E. Hollowell, deceased,<br><br>        Plaintiffs,<br><br>   v.<br><br>HP, INC., and STAPLES, INC.,<br><br>        Defendants. | Civ. No. 1:21-cv-00704-JLS |

**NOTICE OF CROSS-MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Jaclyn S. Wanemaker, Esq., dated September 7, 2023, the exhibits attached thereto, the accompanying memorandum of law, and upon the pleadings and proceedings had herein, the undersigned will move this Court on a date to be set by the Court or as soon thereafter as counsel can be heard, before the Hon. H. Kenneth Schroeder, Jr. at the United States District Court for the Western District of New York for an Order pursuant to Rule 37 of the Fed. R. Civ. P for (1) compelling plaintiffs to provide complete responses to HP's Interrogatories; (2) compelling plaintiffs to provide complete responses to HP's Requests for Production; (3) compelling plaintiffs to pay

HP's reasonable expenses, including attorneys' fees incurred for this motion; and (4) for such and other relief as to this Court seems just and proper.

Dated: September 7, 2023

                        SMITH, SOVIK, KENDRICK & SUGNET, P.C.

                        *[signature]*

                        Jaclyn S. Wanemaker, Esq.
                        *Attorneys for Defendant HP, Inc.*
                        6245 Sheridan Drive, Suite 218
                        Williamsville, New York 14221
                        Telephone: (315) 474-2911
                        jwanemaker@smithsovik.com

TO:    FARACI LANGE, LLP
         Stephen G. Schwarz, Esq.
         *Attorneys for Plaintiffs*
         1882 South Winton Road, Suite 1
         Rochester, New York 14618
         Telephone: (585) 325-5150
         sschwarz@faraci.com

CC:    PILLINGER MILLER TARALLO, LLP
         Maria Mastriano, Esq.
         *Attorneys for Defendant Staples, Inc.*
         126 N. Salina Street, Suite 215
         Syracuse, New York 13202
         Telephone: (315) 471-6166
         mmastriano@pmtlawfirm.com