# EXHIBIT F

{S1294745.1}

## Tiffany Incardona

| | |
|---|---|
| **From:** | Christopher Betke <cbetke@coughlinbetke.com> |
| **Sent:** | Friday, August 18, 2023 7:37 PM |
| **To:** | Steve Schwarz |
| **Cc:** | Jaclyn Wanemaker; Benjamin Levites |
| **Subject:** | Marcellin v HP |

Hi Steve : please let us know your availability this Tuesday after 10 am for a meet and confer in connection with plaintiff's discovery responses.  We intend to comply with the local rule before serving any motion.  Let us know when is good for you on Tuesday.  Thanks much.

Best, Chris

Get Outlook for iOS

1