# EXHIBIT G

{S1294745.1}

# Tiffany Incardona

**From:** Jaclyn Wanemaker
**Sent:** Thursday, August 24, 2023 11:51 AM
**To:** Steve Schwarz
**Cc:** Christopher Betke; Benjamin Levites
**Subject:** RE: [External] Marcellin

Yes please do so, thanks Steve.

**Jaclyn Wanemaker**
Partner
jwanemaker@smithsovik.com

 

**Smith Sovik Kendrick & Sugnet, P.C.**
6245 Sheridan Drive, Suite 218
Williamsville, NY 14221
800-675-0011
315-474-6015
www.smithsovik.com

NOTICE: This e-mail message and any attachment(s) to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 315-474-2911 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachment(s) may not have been produced by Smith Sovik Kendrick & Sugnet, P.C. Thank you.

**From:** Steve Schwarz <sschwarz@faraci.com>
**Sent:** Thursday, August 24, 2023 11:08 AM
**To:** Jaclyn Wanemaker <jwanemaker@smithsovik.com>
**Cc:** Christopher Betke <cbetke@coughlinbetke.com>; Benjamin Levites <blevites@coughlinbetke.com>
**Subject:** Re: [External] Marcellin

I can do 2 pm. I can send Zoom invite unless you want to.

Sent from my iPhone

> On Aug 24, 2023, at 10:11 AM, Jaclyn Wanemaker <jwanemaker@smithsovik.com> wrote:
>
> [EXTERNAL: This email originated from outside of the organization.]
>
> Hi Steve,
> I am available on **Monday anytime after 10am** for the meet and confer.
> Please let me know what time is best for you.
> Thank you,

1

Jackie

**Jaclyn Wanemaker**
Partner
jwanemaker@smithsovik.com

**Smith Sovik Kendrick & Sugnet, P.C.**
6245 Sheridan Drive, Suite 218
Williamsville, NY 14221
800-675-0011
315-474-6015
www.smithsovik.com

NOTICE: This e-mail message and any attachment(s) to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 315-474-2911 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachment(s) may not have been produced by Smith Sovik Kendrick & Sugnet, P.C. Thank you.