# EXHIBIT D

CONFIDENTIAL



☐ **CAROL MARCELLIN**

192 Bells Brook Road
Ceres , NY
United States , 14721

CAROLINA1095@STNY.RR.COM
Phone: 5859336089
Mobile:
Contact Type: Individual
Source: CRM

Show All

### Assets

| Product Name | Product # | Serial # |
|---|---|---|
| | | |
| HP Pavilion dv6-3210us Entertainment Notebook PC | XZ086UA | CNF0520NDJ |

+ Add Owner

HP01417