

6245 Sheridan Drive, Suite 218
Williamsville, New York 14221

Telephone 1-800-675-0011
Facsimile 315-474-6015

**Jaclyn S. Wanemaker**
Partner
jwanemaker@smithsovik.com

September 18, 2023

*Syracuse | Buffalo*
*Hudson Valley | Long Island*

***Via ECF***
Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York   14202

> **Re:    *Marcellin et al. v. HP, Inc. et al.***
> ***No. 1:21-cv-00704***

Dear Judge Schroeder:

    We write pursuant to Local Rule of Civil Procedure 7(a)(6) to request permission to file a limited Sur-reply in response to the Reply filed by Plaintiffs with regard to their Motion to Compel in the above-referenced matter. Dkt. # 33. The proposed Sur-reply is limited to the specific purposes of responding to Plaintiffs' reply insofar as it makes important concessions that demonstrate that HP has not violated its discovery obligations.  A brief Sur-reply will allow HP to specifically identify those issues to the Court and considerably narrow and, perhaps render moot, plaintiff's motion. Thank you for your consideration.

Respectfully submitted,
HP, Inc.,
By its attorneys,

Jaclyn S. Wanemaker
Smith Sovik Kendrick & Sugnet P.C.
6245 Sheridan Drive Ste. 218
Williamsville, NY 14221
Tel.: (315) 474-2911
jwanemaker@smithsovik.com

cc: Maria Mastriano, Esq. (via ECF)
Stephen G. Schwarz, Esq. (via ECF)
Teagan C. Dolan, Esq. (via ECF)

{S1885873.1}