**EXHIBIT B**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CAROL S. MARCELLIN, individually, and
as Co-Administrator of the Estate of Charles E. Hollowell,
deceased, and JESSICA HOLLOWELL-McKAY,
as Co-Administrator of the Estate
of Charles E. Hollowell, deceased,

                                              CIVIL ACTION NO.: 1:21-cv-00704-JLS

        *Plaintiffs*,

v.

HP, INC., and STAPLES, INC.,

        *Defendants*.
_____

## REQUEST FOR PRODUCTION OF TANGIBLE THINGS

        Pursuant to the Federal Rules of Civil Procedure, Rule 34 and Local Rule of Civil Procedure 26, the Defendant, HP, INC. ("HP" or "defendant"), hereby requests that the Plaintiffs, CAROL S. MARCELLIN, individually, and as Co-Administrator of the Estate of Charles E. Hollowell, deceased, and JESSICA HOLLOWELL-McKAY, as Co-Administrator of the Estate of Charles E. Hollowell, deceased (together, "Plaintiffs"), produce at the office of Smith, Sovik, Kendrick & Sugnet, PC, 6245 Sheridan Drive, Suite 218, Williamsville, New York 14221, the following tangible things on **September 28, 2023 at 10:00 a.m.**:

1. Compaq computer allegedly purchased in the 1990s referred to in Plaintiff's answers to interrogatories; and

2. The computer battery pack allegedly purchased by Plaintiff in 2015 referred to in Plaintiff's answers to interrogatories.

Dated:    August 25, 2023        Respectfully Submitted,

                                        HP INC.,
                                        By its attorneys,

                                        **Smith, Sovik, Kendrick & Sugnet, P.C.**

                                        _____
                                        Jaclyn S. Wanemaker, Esq.
                                        6245 Sheridan Drive, Suite 218
                                        Williamsville, New York 14221
                                        Telephone: (315) 474-2911
                                        Facsimile: (315) 474-6015
                                        jwanemaker@smithsovik.com

{S1879287.1}

TO:    FARACI LANGE, LLP
        Stephen G. Schwarz, Esq.
        Matthew F. Belanger, Esq.
        Catherine D. Aughey, Esq.
        *Attorneys for Plaintiffs*
        1882 South Winton Road, Suite 1
        Rochester, New York 14618
        Telephone: (585) 325-5150
        Facsimile: (585) 325-3285
        sschwarz@faraci.com
        mbelanger@faraci.com
        caughey@faraci.com

CC:    PILLINGER MILLER TARALLO
        Maria Mastriano, Esq.
        Jeffrey D. Schulman, Esq.
        *Attorneys for Defendant*
        *Staples, Inc.*
        126 N. Salina Street, Suite 215
        Syracuse, New York 13202
        Telephone: (315) 471-6166
        Mmastriano@pmtlawfirm.com
        jschulman@pmtlawfirm.com

UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
NEW YORK

| | |
|---|---|
| CAROL S. MARCELLIN, Individually, and as Co-Administrator of the Estate of Charles E. Hollowell, deceased, and JESSICA HOLLOWELL-McKAY, as Co-Administrator of the Estate of Charles E. Hollowell, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HP, INC., and STAPLES, INC.,<br><br>Defendants. | PLAINTIFFS' S RESPONSE TO HP'S REQUEST FOR PRODUCTION OF TANGIBLE THINGS<br><br><br>Civ. No. 1:21-cv-00704-JLS |

Plaintiffs, by their attorneys, Faraci Lange, LLP, as their responses to Defendant HP, INC.'s Request for Production of Tangible Things:

1. The 1990s vintage Compaq computer was destroyed in the fire and is no longer in the possession of Plaintiffs so cannot be produced.

2. The subject battery pack and laptop are currently in the possession of Fire Research and Technology, 7317 Route 14, Sodus Point, NY 14555, where HP's experts previously examined them. If another examination is required, Plaintiffs will make arrangements.

DATED: September 21, 2023
       Rochester, New York

                      FARACI LANGE, LLP

                      /s/ *Stephen G. Schwarz*
                      Stephen G. Schwarz, Esq.
                      Teagan C. Dolan, Esq.
                      1882 South Winton Road, Suite 1
                      Rochester, New York 14618
                      Telephone: (585) 325-5150
                      Facsimile: (585) 325-3285 Email:
                      sschwarz@faraci.com
                      Email: tdolan@faraci.com

                      *Attorneys for Plaintiffs*

TO:    **SMITH SOVIK KENDRICK & SUGNET, PC**
        Jaclyn S. Wanemaker, Esq.
        *Attorneys for Defendant, HP, Inc.* 6245 Sheridan Drive,
        Suite 218 Williamsville,
        New York 14221 Tel: (315)
        474-2911
        jwanemaker@smithsovik.com

CC:    **PILLINGER MILLER TARALLO, LLP**
        Jeffrey D. Schulman, Esq.
        *Attorneys for Defendant, Staples, Inc.* 126 N. Salina Street, Suite
        215 Syracuse, New York 13202
        Tel: (315) 471-6166
        jschulman@pmtlawfirm.com