

January 31, 2024

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York  14202

**Re:**     Carol Marcellin, et al., v. HP, Inc. et al.,

Dear Judge Schroeder:

Our firm represents the Plaintiffs in the above wrongful death - product liability matter.  There are several discover motions pending before the Court and an additional motion for a protective order was filed by HP, Inc. yesterday.  A request to extend the Scheduling Order was filed in October, with proposed dates, but those dates will now likely need to be modified in light of the unresolved discovery disputes pending.

It is respectfully requested that a conference with the Court be scheduled to assist the parties in sorting out the various discovery issues outstanding and moving this case toward trial and ultimate resolution.

Thank you.

Sincerely,

*[signature]*

Stephen G. Schwarz
sschwarz@faraci.com

Copy to:  All Parties through ECF

**ATTORNEYS**

Stephen G. Schwarz
John A. Falk
Hadley E. Lundback**
Jennifer L. Fay
Kristin A. Merrick

Matthew F. Belanger*
Joseph A. Regan
Kathryn Lee Bruns
Joshua M. Mankoff***
Lesley E. Niebel*
Teagan C. Dolan

**OF COUNSEL**

Brian M. Zorn

**RETIRED**

Angelo G. Faraci

Paul K. Lange
(1935-2022)

**NURSE CONSULTANTS**

Ann M. Steinmetz, RN
Melissa A. Yeager, RN

**BUFFALO OFFICE**

Faraci Lange, LLP
300 International Drive
Suite 213
Buffalo, NY 14221

*Also admitted in MA
**Also admitted in NJ
***Also admitted in NJ, PA, IA & DC

1882 South Winton Road, Suite 1, Rochester, New York 14618
**PHONE** 585.325.5150 • **TOLL-FREE** 888.325.5150 • **FAX** 585.325.3285 • faraci.com