{S1294745.1}

# EXHIBIT A

## STATE OF NEW YORK STANDARD FIRE CLAIM FORM (NYFC-1) PART 2

FURNISH ALL INFORMATION AS OF DATE OF LOSS. INDICATE "N/A" FOR ANY ITEM NOT APPLICABLE TO YOU. USE REVERSE SIDE IF MORE SPACE REQUIRED.

**1. OWNERSHIP INFORMATION** — List names and addresses of: (a) Shareholders if a corporation, (b) Partners, including limited partners, (c) Trustees and beneficiaries. Note: List only those with an ownership interest of 25% or more, except for close corporations and beneficiaries where all owners should be listed. Also, list all shareholders when there are ten or less.

| NAME | ADDRESS | POSITION | INTEREST% |
|---|---|---|---|
| Carol Bell-Marcellin | 192 Bells Brook Rd. Ceres, N.Y. 14721 | Property owner | 100% |

**2. MORTGAGEE INFORMATION:** (a) Name and address of mortgagee(s) N/A
(b) Mortgage balance $ -0-   (c) Mortgage installment payment(s) N/A
Due date(s) _____   Amount(s) overdue $ _____
(d) Have foreclosure proceedings commenced? _____

**3. PURCHASE INFORMATION:** Date purchased 10/1991   From whom Private Party
Cash paid $ 19,000   Total purchase price $ 19,000

**4.** List all liens on property or business including all taxes overdue one year or more, amount and type: none

**5.** List current code violations—(Fire, safety, health, building, construction, or other). none

**6. LOSS INFORMATION:** (Not required for federal or state chartered lending institutions).
(a) List any losses to this property exceeding $5,000 while you or anyone listed in item 1 or 2 above had an insurable interest in this property.

| AMOUNT(S) | DATE(S) |
|---|---|
| $ N/A | no losses |

(b) List all losses within the last 5 years exceeding $5,000 to any other property for fraud or arson related to this or other property

| AMOUNT(S) | DATE(S) | NAME(S) |
|---|---|---|
| N/A | none (No losses) | |

**7.** List convictions within the last 5 years of anyone with a financial interest in this property for fraud or arson related to this or other property. No Convictions

**8. VACANCY:**
(a) Indicate seasonal period, if any, when building is unused Year Round residence
(b) For residential building, indicate: Total units one unit   Vacant units _____
(c) For other buildings, indicate: Total annual rental income $ N/A   Area of building vacant N/A
(d) For all buildings, indicate the following: (i) Reason for vacancy _____
   (ii) Anticipated date of occupancy? _____ (iii) If the building is vacant or unoccupied, indicate how it was protected from unauthorized entry _____ (iv) Is there a governmental order to vacate or demolish the building or has the building been classified as uninhabitable or structurally unsafe? [ ] Yes [ ] No. If yes, indicate agency and order or docket no. _____
   (v) Was water, sewage, electricity or heat out of service? [ ] Yes [ ] No. If yes, explain _____
   (vi) Was the building offered for sale? [ ] Yes [ ] No. If yes, indicate name and address of broker, if any: _____

**9.** List any policy or coverage on this property which has been declined, cancelled or non-renewed in the last 3 years.

| DATE | AMOUNT OF INSURANCE $ | CARRIER | POLICY NO. |
|---|---|---|---|
| N/A | never been uninsured | | |

"ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION."

SIGNATURE OF CLAIMANT Carol Bell-Marcellin   TITLE Ms.   DATE 02/03/2020

THIS IS NOT A PROOF OF LOSS. OTHER FORMS MAY BE REQUIRED AS PROVIDED IN YOUR POLICY.

UNIFORM PRINTING & SUPPLY, INC. AD 146(2) (10-94)

AD 146(2)

## State of New York Standard Fire Claim Form (Part 2)

(New York)

**INSTRUCTIONS:**

This form is to be used to document pertinent claim information concerning fire loss for commercial or residential property, to be prepared by the claims Adjuster, and dated and signed by the Claimant. Information to be included on the form:

1. Ownership (ownership interest of 25% or more) Information (names and addresses of (a) Shareholders if a corporation, (b) Partners, (c) Trustees and beneficiaries)
2. Mortgagee Information
3. Purchase Information (date purchased, from whom, cash paid, total purchase price);
4. List all liens on property or business;
5. List current code violations;
6. Loss Information (not required for federal or state chartered lending institutions);
7. List convictions within the last 5 years of anyone with a financial interest in the property for fraud or arson;
8. Vacancy (Indicate seasonal period if any, when building is unused, Total units and Vacant units for Residential building, etc.);
9. List any policy or coverage on this property that has been declined, cancelled or non-renewed in the last 3 years (Date, Amount of Insurance, Carrier, Policy Number).

The appropriate New York Fraud Statement has been included on the form.

Questions regarding this form can be directed to the:

New York State Insurance Department
Property Bureau
25 Beaver Street
New York, New York, 10004
212-480-5665

## Contents Evaluation Form

Insured's Name: _____
Claim Number: _____
Company Name: _____

*Any person who knowingly presents a false or fraudulent insurance claim for the payment of a loss may be guilty of a crime and may be subject to fines and confinement in state prison.*

| Line Number | Status | Quantity | Description of the Item | Brand | Model | Place of Purchase | Suggested Price per Item (Ea.) | Purchase Date | Age (Y) | Age (M) | Antique Flag | Room | Room Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ex. | | 1 | TV, 42", HDTV, 720p, Plasma | Samsung | PN42C450B1D | Best Buy | | 01/01/2010 | | | | Bedroom | Mike's Room |
| 1 | | 1 | Queen Bed w/under Bed Drawers mattress and | ? | | ? | 800 | ? 2009 | 10 | 8 | | Bedroom | Chuck + Carols Rm |
| 2 | | 1 | Queen Bed Standard mattress/Box spring type | | | Besecker | 1100 | ? 2012 | 7 | 5 | | Bedroom | Guest B.Rm |
| 3 | | 1 | Chest of Drawers | ? | | Hammonds | 500 | ? 2012 | 7 | 5 | | | Guest Bedroom |
| 4 | | 1 | Chest of drawers | ? | | Big Lots | 800 | ? 2009 | 10 | 8 | | Chucks | Carols Bedrm |
| 5 | | 1 | Floor Carpet Chuck/Carols Bedroom | ? | | Carpet | $300 | ? 2009 | 10 | 8 | | " | " |
| 6 | | 1 | Floor Carpet/Guest Bedroom | ? | | Home Depot | $300 | ? 2011 | 8 | 0? | | | Guest Bedroom |
| 7 | | 4 | Pair Draperies | | | J.C. Penney | $35 | 2014 | 5 | 6? | | Living Room/Computer |
| 8 | | 2 | pair Curtains + Blinds | Levelor | | Walmart | $45 | 2015 | 4 | 6? | | Guest + Main Bedr |
| 9 | | 1 | Bedroom night Stand | ? | | Big Lots | $30 | 2012 | 7 | 0? | | | Guest Bedroom |
| 10 | | 2 | Lamps / Table + Floor | Various | | Floor + Table / online Walmart | $35 | 2011 | 8 | 0? | | Lroom/Bdrm/Computer Room |
| 11 | | 1 | Computer Desk w/ hutch | ? | | | $300 | 2014 | 5 | 0? | | Computer Room |
| 12 | | 1 | H.P. Computer | HP | Laptop | QVC | $700 | 12/2019 | | 1 | | " | " |
| 13 | | 1 | H.P. Computer | HP | Laptop | Staples | $500 | ? 2011 | 8 | | | " | " |
| 14 | | 1 | Canon Printer | Canon | Pixma | online Staples | $160 | 2019 | | 8 | | Computer Room |
| 15 | | 1 | File Cabinet 4 drawer | ? | 4 drawer OAK | | $120 | 2011 | 8 | 8 | | Computer Room |
| 16 | | 1 | Paper Shredder | ? | ? | online | $45 | 2012 | 7 | 8 | | Computer Room |
| 17 | | 1 | Clothes Dryer | Whirlpool | | Home Depot | $926 | 01/8/2017 | 2 | 6 | | Laundry Room |
| 18 | | 1 | Clothes Washer | Whirlpool | | Besecker + Coss | 900 | 2014 | 5 | ? | | Laundry Room |
| 19 | | 1 | Kitchen Table | | | Wayfair | 1200 | 11/2018 | 1 Year | | | Kitchen |
| 20 | | 4 | Kitchen Table Barstools + Chairs | | | Wayfair | $500 | 11/2018 | one year | | | Kitchen |
| 21 | | 1 | Kitchen Range | Sears | | K mart | $700 | 2011 | 8 | 0 | | Kitchen |
| 22 | | 1 | Refrigerator/Freezer | | | Besecker | 1,000 | 2010 | 10 | ? | | Kitchen |
| 23 | | 1 | Dish Washer | G.E. | G.E. | Coss | $899 | 2010 | 10 | ? | | Kitchen |
| 24 | | 1 | Coffee Maker | | | Kohls | $100 | 2017 | 2 | ? | | Kitchen |

## Contents Evaluation Form

Insured's Name: _____
Claim Number: _____
Company Name: _____

*Any person who knowingly presents a false or fraudulent insurance claim for the payment of a loss may be guilty of a crime and may be subject to fines and confinement in state prison.*

| Line Number | Status | Quantity | Description of the Item | Brand | Model | Place of Purchase | Suggested Price per Item (Ea.) | Purchase Date | Age (Y) | Age (M) | Antique Flag | Bedroom Room | Mike's Room Room Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ex. | | 1 | Tv, 42", HDTV, 720p, Plasma | Samsung | PN42C450B1D | Best Buy | | 01/01/2010 | | | | Bedroom | Mike's Room |
| 25 | | 1 | Mixer for Baking (Standing) | ? | | online | $100 | | 9 | ? | | | Kitchen |
| 26 | | 1 | Toaster Oven | Black & Decker | | Amazon | $70 | 12/2019 | | 1 | | | Kitchen |
| 27 | | 1 | Microwave | G.E. | | Walmart | $150 | 2013 | 6 | 5? | | | Kitchen |
| 28 | Bulk Loss | | Food in Refrigerator | N/A | N/A | Walmart + D.Giorno | $200 | 2019 | | 1 wk to 2 wks | | | Kitchen |
| 29 | | many | Cookware/Pots/Pans | Various | | Kmart | $200 | 2010-2017 | Various | | | | Kitchen |
| 30 | | many | Bakeware | Various | | Walmart | $120 | " | " | Various | | | Kitchen |
| 31 | | many | Cutlery/Knife Sets | Cutco | | Cutco | $800 | 2000-2017 | Various | | | | Kitchen |
| 32 | | " | Silverware + Kitchen Utensils | Cutco + Other | | Kmart & other | $300 | 2000-2018 | Various | | | | Kitchen |
| 33 | | 1 | Air fryer | | | Kohls | $100 | 2018 | 1 | 1 | | | Kitchen |
| 34 | | 1 | Office Adjustable Chair | ? | | Staples | $125 | 2017 | 2 | 6 | | | Computer Room |
| 35 | | 1 | Steam/Dry Iron | Rowenta | | Joann Fabrics | $90 | 2018 | 2 | 0 | | | " |
| 36 | | 1 | Window Air Conditioner | | 8000W | online | $259 | 2018 | 2 | 0 | | | Chuck & Caro Bedroom |
| 37 | | 1 | Gas Fireplace | ? | ? | Value Home Center | $400 | 2012 | 7 | 2 | | | Liv Room |
| 38 | | 1 | Floor Covering | ? | Berber | Home Depot | $450 | | 10 | ? | | | Kitchen |
| 39 | | | (Floor Covering) Berber Carpeting & Pad | Berber | | Home Depot | $600 | | 10 | ? | | | Liv Room + Hallway |
| 40 | | 1 | Computer Room Carpet | ? | | Home Depot | $175 | | 8 | 2 | | | Computer R |
| 41 | | 2 | Luggage | ? | | online | $200 | | 3 | 8 | | | Guest Bedrm |
| 42 | | 1 | Sewing Machine | Janome | | online | $400 | | 3 | 0 | | | Guest Bedrm |
| 43 | | 1 | Television | | | BJ's | $300 | | | | | | Chuck & Caro Bedroom |
| 44 | | 1 | L. Room Television | | | BJ's | $500 | | | | | | Living Room |
| 45 | | 1 | Pendulum Clock (Handmade by family member → priceless) | | | | | | 5 | 0 | | | " |

# Contents Evaluation Form

Insured's Name: _____
Claim Number: _____
Company Name: _____

Any person who knowingly presents a false or fraudulent insurance claim for the payment of a loss may be guilty of a crime and may be subject to fines and confinement in state prison.

Enter either Purchase Date or Age

| Line Number | Status | Quantity | Description of the Item | Brand | Model | Place of Purchase | Suggested Price per Item (Ea.) | Purchase Date | Age (Y) | Age (M) | Antique Flag | Room | Room Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ex. | | 1 | Tv, 42", HDTV, 720p, Plasma | Samsung | PN42C450B1D | Best Buy | | 01/01/2010 | | | | Bedroom | Mike's Room |
| 46 | | 1 | Mirrors/Wall | ? | ? | Home Depot | $50 | | 4 | ? | | | 1/2 Bath |
| 47 | | 1 | Medicine Cabinet | ? | ? | Home Depot | $70 | ? | 5 | 0 | | | Full Bathroom |
| 48 | | 40 | Books/Manuals | | | Various | $19-$30 | Various | 2-10 yrs | | | | Computer |
| 49 | | | Dinnerware | Corelle | | Walmart online | $20 | | 4 | 0 | | | Kitchen |
| 50 | | 1 | Vacuum Cleaner | Shark | Professional | Amazon | $269 | | 1 | 1 | | | Laundry Room |
| 51 | | Seven 20 | Goblets & glasses | variety | | Bon Ton K-Mart etc | $2.00 | | 4 | ? | | | Kitchen |
| 52 | | 6 | Mixing & Serving Bowls | | | | $5.00 | | 4 to 8 yrs | | | | Kitchen |
| 53 | | 1 | Hair dryer | | | Walmart | $20.00 | | 4 | ? | | | Bathroom |
| 54 | | 1 | Heater | | | " | $20.00 | | 2 | | | | Bathroom |
| 55 | | 1 | Portable Radio (emergency) | | | online | $29.- | | 1 | | | | Kitchen |
| 56 | | 1 | Binoculars | | | online | $140 | | 5 | | | | Kitchen |
| 57 | | 1 | Couch/Reclining/Bed | | | Raymour Flanigan | $1500 | | 5 | | | | Living Room |
| 58 | | 2 | Side Chair upholstered | | | " | $350 | | 5 | | | | " |
| 59 | | 1 | Lift Chair | | | | $600 | | 3 | | | | " |
| 60 | | 3 | Pillows (toss) | | | Walmart | $30 | | 3 | | | | " |
| 61 | | 9 6 | Shoes/Boots/Slippers | | | online Walmart | $35 | | 1 | | | | Guest BRm Closet |
| 62 | | 2 | Winter womens Coats | | | Kohl's Bon Ton | $75 | | 1 | | | | Bed Room Laundry Room |
| 63 | | 2 | Summer Jackets | | | Walmart | $40 | | 1 | | | | Guest B.Roo Closet |
| 64 | | 10 | Blouses + Knit Tops | | | online +Bon Ton | $25 | | 1-24M | | | | " |

# Contents Evaluation Form

Insured's Name: _____
Claim Number: _____
Company Name: _____

*Any person who knowingly presents a false or fraudulent insurance claim for the payment of a loss may be guilty of a crime and may be subject to fines and confinement in state prison.*

Example row (pre-printed): Line 1 | Qty 1 | Tv, 42", HDTV, 720p, Plasma | Samsung | PN42C450B1D | Best Buy | (Suggested Price per Item Ea.) | 01/01/2010 | | | | Bedroom | Mike's Room

| Line Number | Status | Quantity | Description of the Item | Brand | Model | Place of Purchase | Suggested Price per Item (Ea.) | Purchase Date | Age (Y) | Age (M) | Antique Flag | Room | Room Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | | 6 | dress Slacks | Several | | Kohls, Boston, JCPenney | $29 | 1 to 2 years old | | | | | Guest B.Room |
| 66 | | 1 | Formal dress | | | Amazon online | $150 | | 1 | | | | Guest B. Room |
| | | 5 | Robes + Sleepwear | | | JCP + online | $30 | | 1 | 6 | | | " |
| 67 | | 4 | Belts | | | online + K-mart | $20 | | 2 | 2 | | | Guest Bedroom |
| 68 | | 4 | Lingerie | | | Victoria Secret | $30 | | 1 | 6 | | | Guest Bedroom |
| 69 | | 5 | Blouses + Pieces | | | JCP | $30 | | | | | | Guest Bedroom |
| 70 | | 4 pair | Winter Gloves | | | Walmart + Tractor Supply | $20 | | | | | | Laundry Room |
| 71 | | 2 | Pant Suits | | | Boston | $50 | | | | | | Guest B.RM. |
| 72 | | 3 | Sweaters | | | Marshals | $25 | | | | | | Guest Bedroom |
| 73 | | 4 | Bed Pillows | | | Kohls | $30 | | 1 | 6 | | | 2 Bedrooms |
| | | | | | | mypillow.com | | | 1 | 4 | | | |
| 74 | | 8 | Towels BATH + hand | | | Walmart | $15 | | | | | | Bathroom |
| 75 | | 12 | Wash Cloths | | | Walmart | 8 | | | | | | Bathroom |
| 76 | | 2 | Electric Blankets | | | JCP + Amazon | $50 | | 2 | 0 | | | 2 Bedrooms |
| 77 | | 1 | Quilt | | | Kmart | $60 | | | 6 | | | Guest Room |
| 78 | | 1 | Comforter | | | online | 40 | | 3 | 0 | | | Chuck + Carol Bedroom |

## Contents Evaluation Form

Insured's Name: _____
Claim Number: _____
Company Name: _____

*Any person who knowingly presents a false or fraudulent insurance claim for the payment of a loss may be guilty of a crime and may be subject to fines and confinement in state prison.*

| Line Number | Status | Quantity | Description of the Item | Brand | Model | Place of Purchase | Suggested Price per Item (Ea.) | Purchase Date | Age (Y) | Age (M) | Antique Flag | Room | Room Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45. | | 1 | TV, 42", HDTV, 720p, Plasma | Samsung | PN42C450B1D | Best Buy | | 01/01/2010 | | | | Bedroom | Mike's Room |
| 79 | | 4 | Blankets for Queen Beds various | | | Penneys | $25 | | 3-4 yr. | | | | Bedrooms |
| 80 | | 3 | Bed Sheet Sets (Queen) LL Bean JCPenney | | | Kmart | $40 | | 2-3 yrs. | | | | Bedrooms |
| 81 | | 8 | Mattress protectors | | | Amazon | $20 | | | 6 | | | Chuckie & Carols B.Rm |
| 82 | | 10 | Spices for Cooking | | | | $4 | | 1 | | | | Kitchen Pantry |
| 83 | | 1 | Walk in Shower/Jetted | ? | | online | $1000 | | 8 | 2 | | | main Bathroom |
| 84 | | 1 | Bathroom Vanity | ? | | onsite Construction | $700 | | 8 | 2 | | | Main bath |
| 85 | | 1 | Bathroom Vanity original w/ home | | | | | Original 1980 | 19 | | | | Guest Bath |