UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL S. MARCELLIN, individually, and as Co-Administrator of the Estate of Charles E. Hollowell, deceased, and JESSICA HOLLOWELL-McKAY, as Co-Administrator of the Estate of Charles E. Hollowell, deceased,<br><br>    Plaintiffs,<br><br> v.<br><br>HP Inc., and STAPLES, INC.,<br><br>    Defendants. | Civ. No. 1:21-cv-00704-JLS |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: HP Inc.

Respectfully submitted,
HP Inc.
By its attorneys,

_/s/ Ben Levites_____
Benjamin H. Levites, 5557046
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
blevites@coughlinbetke.com

Alan J. Bedenko
Smith Sovik Kendrick & Sugnet, PC
6245 Sheridan Drive, Suite 218
Williamsville, New York 14221
Tel.: (315) 474-2911
jwanemaker@smithsovik.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Friday, April 5, 2024.

                                                                                           _/s/ Benjamin Levites_
                                                                                              Benjamin Levites