

May 24, 2024

**BY CM/ECF FILING**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York  14202

    Re:    Carol Marcellin, et al., v. HP, Inc. et al.,
            Case No. 1:21-cv-00704-JLS-HKS

Dear Judge Schroeder:

Attached herewith as Exhibit A is a Proposed Amended Scheduling Order agreed upon by all counsel. Thank you.

Sincerely,

Stephen G. Schwarz
sschwarz@faraci.com

Copy to All Counsel by CM/ECF filing

**ATTORNEYS**

Stephen G. Schwarz
John A. Falk
Hadley E. Lundback**
Jennifer L. Fay
Kristin A. Merrick

Matthew F. Belanger*
Joseph A. Regan
Kathryn Lee Bruns
Joshua M. Mankoff***
Lesley E. Niebel*
Teagan C. Dolan

**OF COUNSEL**

Brian M. Zorn

**RETIRED**

Angelo G. Faraci

Paul K. Lange
(1935-2022)

**NURSE CONSULTANTS**

Ann M. Steinmetz, RN
Melissa A. Yeager, RN

**BUFFALO OFFICE**

Faraci Lange, LLP
6225 Sheridan Drive
Suite 306
Buffalo, NY 14221

*Also admitted in MA
**Also admitted in NJ
***Also admitted in NJ, PA, IA & DC

1882 South Winton Road, Suite 1, Rochester, New York 14618
**PHONE** 585.325.5150 • **TOLL-FREE** 888.325.5150 • **FAX** 585.325.3285 • faraci.com