

September 11, 2024

**BY CM/ECF FILING**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
United States District Court - Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    Carol Marcellin, et al., v. HP, Inc. et al.,
             Case No. 1:21-cv-00704-JLS-HKS

Dear Judge Schroeder:

All Discovery ordered by the Court in its Decision and Order of March 27, 2024 (Dkt. No. 50) has been completed in this matter with the deposition of HP's employee, Mr. Pipho, on August 7, 2024.  Under the Court's Fourth Amended Scheduling Order, Plaintiffs were required to serve expert reports by September 16, 2024.  Due to the unexpected two-week illness of one of our experts, Plaintiffs requested, and Defendants consented to, a 30-day extension of the deadlines in the current Scheduling Order for the expert discovery phase.  Being filed herewith is a Fifth Amended Scheduling Order with new dates agreed upon by all parties for the Court's consideration.

Thank you.

Sincerely,

Stephen G. Schwarz
sschwarz@faraci.com

SGS/tmz
xc:  All Counsel of Record via CM/ECF Filing

**ATTORNEYS**

Stephen G. Schwarz
John A. Falk
Hadley E. Lundback**
Jennifer L. Fay
Kristin Merrick

Matthew F. Belanger*
Joseph A. Regan
Kathryn Lee Bruns
Joshua M. Mankoff***
Lesley E. Niebel*
Teagan C. Dolan
Nichole M. Austin

**OF COUNSEL**

Brian M. Zorn

**RETIRED**

Angelo G. Faraci

Paul K. Lange
(1935-2022)

**NURSE CONSULTANTS**

Ann M. Steinmetz, RN
Melissa A. Yeager, RN

**BUFFALO OFFICE**

Faraci Lange, LLP
6225 Sheridan Drive
Suite 306
Buffalo, NY 14221

*Also admitted in MA
**Also admitted in NJ
***Also admitted in NJ, PA, IA & DC

1882 South Winton Road, Suite 1, Rochester, New York 14618
**PHONE** 585.325.5150 • **TOLL-FREE** 888.325.5150 • **FAX** 585.325.3285 • faraci.com