

February 25, 2025

**BY CM/ECF FILING**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
United States District Court – Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:    Carol Marcellin, et al., v. HP, Inc. et al.,
       Case No. 1:21-cv-00704-JLS-HKS

Dear Judge Schroeder:

Counsel for Plaintiffs and Defendants have met and conferred and jointly request a short extension of the current Scheduling Order deadlines for expert depositions and dispositive motions in the above-referenced matter.

Plaintiffs have served reports from three experts and Defendants have served reports from five experts. We now have dates for these eight expert depositions scheduled between March 7, 2025 and April 7, 2025 as follows:

    Plaintiff's expert Martin – March 7, 2025
    Plaintiff's expert Litzinger – March 20, 2025
    Plaintiff's expert Karasinski – March 27, 2025
    Defendants' expert Sala – March 18, 2025
    Defendants' expert Galler – March 24, 2025
    Defendants' expert Myers – April 1, 2025
    Defendants' expert Quinn – April 3, 2025
    Defendants' expert Dupee – April 7, 2025

The current deadline for completion of expert depositions is March 3, 2025 and for filing of dispositive motions April 7, 2025.

**ATTORNEYS**

Stephen G. Schwarz
John A. Falk
Hadley E. Lundback**
Jennifer L. Fay
Kristin Merrick

Matthew F. Belanger*
Joseph A. Regan
Joshua M. Mankoff***
Lesley E. Niebel*
Teagan C. Dolan
Nichole M. Austin

**RETIRED**

Angelo G. Faraci
Brian M. Zorn

Paul K. Lange
(1935-2022)

**NURSE CONSULTANTS**

Ann M. Steinmetz, RN
Melissa A. Yeager, RN

**BUFFALO OFFICE**

Faraci Lange, LLP
6225 Sheridan Drive
Suite 306
Buffalo, NY 14221

*Also admitted in MA
**Also admitted in NJ
***Also admitted in NJ, PA, IA & DC

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
February 25, 2025
Page 2

The parties jointly respectfully request an extension of the expert deposition deadline to April 7, 2025, and of the dispositive motion deadline to May 12, 2025.

Thank you.

Respectfully submitted,

Stephen G. Schwarz
sschwarz@faraci.com

xc:   All Counsel of Record via CM/ECF