From: Jason Karasinski <jason@frtinvestigation.com>
Sent: Tuesday, December 17, 2024 3:33 PM
To: Steve Schwarz <sschwarz@faraci.com>
Cc: Caitlin Marcellus <caitlin@frtinvestigation.com>; Andy Litzinger <andy@frtinvestigation.com>
Subject: RE: [External] Marcellin, Estate of Hollowell v. HP

[EXTERNAL: This email originated from outside of the organization.]

Steve,

The following follow up questions have been prepared based on the reports authored by the opposing side.

- Did you enter the room where the fire originated
- If so how far in? Was anything in the closet on fire at the time you entered the room the first time?
- Could you see the laptop in question from the doorway?
- When you went back to the room with the fire extinguisher how far into the room did you enter?
- What was the position of the armoire doors. Fully open?
- Was anything in the closet on fire at this time
- What was stored in the closet?
- Can you draw a picture of the shelving and clothing rods if the existed?
- Whats stored on the shelves?
- Were any clothes hanging on hangers
- Was anything stored on the floor in the closet, if so what?
- Please describe the compact computer from the 90's?
- How long was the computer stored in the closet?
- When was the last time this computer was used?
- Was the compact computer in the closet charging?
- Did you see any fire at the furnace while passing that room in the hallway at any point before exiting the property

[redacted]

Nefco was first on site they represent the bldg. insurer we need their photos we don't know what he did prior to our arrival
Matterport completed by Greg Gorbett HP scene expert which was agreed to be shared on site.

[redacted]

1

Sincerely,

Jason Karasinski
Principal/Sr. Fire Analyst

NFPA 921 Technical Committee (Principal)
NFPA 1321 Committee on Fire Investigation Units (Principal)

**Office:** (315) 553-2420
**Direct:** (585) 857-2862
**Mobile:** (585) 474-3514
Jason@FRTinvestigation.com

RESEARCH TECHNOLOGY FIRE
Your Origin & Cause Solution

Fire Research & Technology, LLC

Forensic Laboratories:
7317 State Route 14 I Sodus Point, NY 14555
6612 26th Court East I Sarasota, FL 34243
6515 Southern Blvd I West Palm Beach, FL 33413

www.FRTinvestigation.com

To the extent that this electronic communication contains case-related information, it is only a summary or excerpt and is not intended to be a complete statement of facts or a formal report.

NOTICE: The information contained in this electronic mail transmission is intended by Fire Research & Technology, LLC for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by telephone (collect), so that the sender's address records can be corrected.