UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL S. MARCELLIN, individually, and as Co-Administrator of the Estate of Charles E. Hollowell, deceased, and JESSICA HOLLOWELL-McKAY, as Co-Administrator of the Estate of Charles E. Hollowell, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HP, INC., and STAPLES, INC.,<br><br>Defendants. | NOTICE OF CROSS MOTION<br><br>Civ. No. 1:21-cv-00704-JLS-HKS |

| | |
|---|---|
| **MOTION BY:** | Plaintiffs, Carol S. Marcellin and Jessica Hollowell, through their attorneys Faraci Lange, LLP. |
| **DATE, TIME AND PLACE OF HEARING:** | At a date and time to be determined by the Court. |
| **SUPPORTING PAPERS:** | 1) Declaration of Stephen G. Schwarz, Esq. sworn to on June 9, 2005, together with Exhibits A-Q;<br>2) Declaration of Jason Karasinski sworn on June 9, 2005;<br>3) Plaintiffs' Counter-Statement of Undisputed Material Facts;<br>4) Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts; and<br>5) Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in support of Plaintiffs' Cross-Motion for Partial Summary Judgment. |
| **RELIEF DEMANDED:** | Plaintiffs respectfully request an ORDER:<br><br>A.  DENYING Defendants' Motion for Summary Judgment;<br><br>B.  GRANTING Plaintiffs' Cross-Motion for Partial Summary Judgment on the issue of the cause of the fire; |

1

        C. For such other and further relief as to this Court seems just and proper.

**REPLY PAPERS:**    Plaintiffs intend to file and serve reply papers. The opposing parties are therefore required to file and serve opposing papers as directed by the Court.

DATED: June 9, 2025
     Rochester, New York

         FARACI LANGE, LLP

         */s/ Stephen G. Schwarz*
         Stephen G. Schwarz (2008936)
         Joshua M. Mankoff (5327705)
         1882 South Winton Road, Suite 1
         Rochester, NY 14618
         (585) 325-5150
         sschwarz@faraci.com

         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on June 9, 2025.


         */s/ Stephen G. Schwarz*

Case 1:21-cv-00704-JLS-HKS   Document 73   Filed 06/09/25   Page 2 of 2