# EXHIBIT A

1/24/20

FI 22-003

197 Re
Brook
Genesee, NY

Exterior
Sketch

Not Drawn to
Scale

Robin Valen
FI 12

House

Porch

Noon ← Bells Brook Rd → Sun

Garage/Laundry
Back
Porch
Area

HP00398



FI 20-003    1/24/20    192 Bells Brook Rd
                        Genesee, NY

not drawn to scale

Robin Valen
FLZ
Interior

BedRoom

Bath room

Office

Hall

Furnace

TV + Fire place

Living

Chair

Couch

← Bells Brook rd →

Half wall

Hearth

Stove/sink/Dish washer

Kitchen

laundr

Porch

Bathroom

garbage

Bedroom    victim/Pauline found in bed bedroom

HP00399

FI 20-003

1/24/20
142 Bells Brook Rd
Genesee, NY
Robin Valen    FI 12
Not Drawn to Scale

Bedroom
where Patient found
on bed



HP00400

FI 20-003  1/24/20    192 Bells Berry Rd
Genesee, NY
Not Drawn to Scale

Robin Valen
FI 12

Office / Spare bedroom

(labels within sketch: Bathroom, Window wide Open, Desk, Door, Closet, Formal, Bookcase, computer desktop, computer 4, computer/stereo 4)

HP00401

Mark E Collins
10/17/8?
Cell 585-80?-0?81

Arrive on personal vehicle
Spoke w/ SO ~~Ron Brin~~ Hemphill
  Told patient in front corner by
    driveway
  Portville Truck first in
  Told to grab mask + tank got
    truck
  Entered back door w/ TJ Latten
  Heavy smoke high. Could see appx 6 inch
  Looked left didn't see anything to floor
  Turned right
TJ - Hit front door
Mark - Hit door to left (bedroom)
  TJ yelled at "patient"
  Thought heard noise
Mark helped TJ drag patient out
  Started CPR
    no pulse at time
    ~4min later Ambulance arrived
      Scene + took over
        Mark Collins

James D. Beaton, Jr.
6/1/70
716 - 378 - 7320

Arrived on Bellview 1
First marked team in
Went in w/ David Richardson
Chief said to back up team Barry
    search + recover
Proceeded in, found search team, (they were
    removing victim) assisted in getting
    victim to garage
James + David all went back into house
started search by heading toward
    kitchen
Got to kitchen, saw toaster oven on because
    of glow. Unplugged toaster oven
At that point went from crawling search
    to standing because couldn't see any
    open flame. They was visibility up to about
    4 ft
Proceeded to do survey from living room to
    back of house
Didn't find any open flame
Coming from bedroom back to living room
    saw glow in ceiling above couch
Then exited. Told chief everything extinguished.
    + might want to ventilate.

HP00403

Anthony Greenwald
8-2-85
315-783-7398

I was Second Team Interior. We advanced
Hose Line To Living room, Located hot spots In
Ceiling and Wall. Pulled Some ceiling and
Wall Cooled Hot Spots. Moved down The
Hall To First Room discoverd furnace Blown
out, Advanced To First Room on Left found
Several Hot Spots In Room, extinguished
Hot Spots Removed window To ventilate,

Anthony Greenwald
1/24/20

HP00404

FI 20-003

Furnace Info

Model # M7RL072AAW
Serial # MTG180752556

Natec Globe HVAC LLC

Laptop HP          HP
                   584037-001

Product key TH3PQ-X? -VCW6P-WFVXD-
          00196-143-562-901          H8 2XXW

Product Key TH3PQ-XO3K6 - VCW69-WFVXD-
                              H82XW
                    XI6-96072
00196-143-562-901

# ALLEGANY COUNTY FIRE SERVICE

**FIRE INVESTIGATION PHOTO LOG**     Roll #                    Exposures

| FI Case 20-003        1/24/20         Date:        AL51  Luckey | | |
|---|---|---|
| Camera Make/Type:                 Film Type:              Film Speed:    ASA | | |
| **Number**          **Description** | **Light Source** | |
| 37 | 2 nd Bedroom | **Flash** |
| 38 | **Living Room Couch** | **Flash** |
| 39 | **Living Room Couch** | **Flash** |
| 40 | **Living Room Couch / Window sill** | **Flash** |
| 41 | **Living Room Couch Controller** | **Flash** |
| 42 | **Living Room Wall behind Couch outlet** | **Flash** |
| 43 | **Living Room Wall Left side of Couch pole light** | **Flash** |
| 44 | **Living Room Celling rafter above Couch** | **Flash** |
| 45 | **Hallway / Furnace** | **Flash** |
| 46 | **Hallway Celling light** | **Flash** |
| 47 | **Hallway Celling light** | **Flash** |
| 48 | **Electric Panel next too Master Bedroom** | **Flash** |
| 49 | **Electric Panel next too Master Bedroom** | **Flash** |
| 50 | **Electric Panel next too Master Bedroom** | **Flash** |
| 51 | **Electric Panel next too Master Bedroom** | **Flash** |
| 52 | **Office Closet** | **Flash** |
| 53 | **Smoke Detector Hallway** | **Flash** |
| 54 | **Office Celling** | **Flash** |
| 55 | **Office Celling** | **Flash** |
| 56 | **Office Closet** | **NoFlash** |
| 57 | **Office Closet** | **NoFlash** |
| 58 | **Office Closet** | **Flash** |
| 59 | **Office Desk Area / Laptop** | **Flash** |
| 60 | **Laptop HP** | **Flash** |
| 61 | **Under the Laptop HP** | **Flash** |
| 62 | **Underside of Laptop HP** | **Flash** |
| 63 | **Electrical Power Supply** | **NoFlash** |
| 64 | **Top of the Desk** | **NoFlash** |
| 65 | **Top of the Desk** | **NoFlash** |
| 66 | **Power Supply to Lap Top HP** | **Flash** |
| 67 | **Electric Outlet C wall Office** | **NoFlash** |
| 68 | **Underside of Laptop HP** | **Flash** |
| 69 | **Underside of Laptop HP** | **Flash** |
| 70 | | |
| 71 | | |
| 72 | | |

Photos Taken By: CFC Luckey _____        Initials:_____

HP00406

# ALLEGANY COUNTY FIRE SERVICE

**FIRE INVESTIGATION PHOTO LOG**     Roll #                    Exposures

| FI Case # 20-003 | | 1/24/20 | Date: | AL 51 Luckey | |
|---|---|---|---|---|---|
| Camera Make/Type: | | | Film Type: | Film Speed: | ASA |
| **Number** | **Description** | | | **Light Source** | |
| 1) | Exterior AB | | | Flash | |
| 2) | Exterior B | | | Flash | |
| 3) | Exterior C | | | Flash | |
| 4) | Exterior CD | | | Flash | |
| 5) | Exterior AD | | | Flash | |
| 6) | Window reported broken when chief arrived | | | Flash | |
| 7) | NG regulator | | | Flash | |
| 8) | Electric meter | | | Flash | |
| 9) | Entrance though garage | | | Flash | |
| 10) | Entrance way looking back toward garage door on left | | | Flash | |
| 11) | Master Bedroom door | | | Flash | |
| 12) | Master Bedroom were victim was found | | | Flash | |
| 13) | Master Bedroom were victim was found | | | Flash | |
| 14) | Master Bedroom were victim was found and Cat | | | Flash | |
| 15) | From Master Bedroom towards Kitchen | | | Flash | |
| 16) | Kitchen / Dining Room | | | Flash | |
| 17) | Kitchen / Living Room | | | Flash | |
| 18) | Dimming Room Wall | | | Flash | |
| 19) | Living Room | | | Flash | |
| 20) | Living Room A Wall | | | Flash | |
| 21) | Living Room A/B Wall | | | Flash | |
| 22) | Living Room Couch A Wall | | | Flash | |
| 23) | Living Room towards D Side | | | Flash | |
| 24) | Hallway A Wall | | | Flash | |
| 25) | Hallway Celling | | | Flash | |
| 26) | Hallway | | | Noflash | |
| 27) | Hallway into Office | | | Flash | |
| 28) | Office | | | Flash | |
| 29) | Closet in Office | | | Flash | |
| 30) | Closet in Office / A /B wall | | | Noflash | |
| 31) | Office Desk | | | Flash | |
| 32) | Office towards Hallway | | | Flash | |
| 33) | End of Hallway 2 Bedroom | | | Noflash | |
| 34) | End of Hallway 2 Bedroom | | | Noflash | |
| 35) | End of Hallway 2 Bedroom | | | Flash | |
| 36) | 2 Bedroom D Wall | | | Flash | |

Photos Taken By: CFC Luckey_____          Initials:_____

HP00407

**ALLEGANY COUNTY FIRE SERVICE**
**FIRE INVESTIGATION FORM (short)**

DATE:   1/24/20                    TIME OF ALARM: 04:15

| INCIDENT #: FI 20-003 | FI'S RESPONDING: 4 Edwards, 5 Aderhold, 12 Valeri, 51 Luckey |
|---|---|

TYPE OF INCIDENT: Residential Fire

INCIDENT ADDRESS:  192 Bells Brook RD

OWNER'S NAME: Carol Bell-Marcellin

OCCUPANT'S NAME: Carol Bell-Marcellin and Charles Hollowell

## Insurance / Agent Farmers Insurance

FIRE DEPARTMENT Bolivar

OFFICER–IN-CHARGE: Chief Brain Hemphill

INJURIES – FIRE PERSON   - NA

INJURIES – CIVILIAN – 1 Fatality Charles Hollowell 7-29-43

WEATHER – TEMPERATURE   28    DEGREES

　　　CONDITIONS


(CHECK ONE)

 STILL UNDER INVESTIGATION

X INVESTIGATION COMPLETE

CODE:1 Accidental

CAUSE:    **SEE ATTACHED SHEET**

HP00408

INCIDENT# FI 20-003

NARRATIVE:

     On 1/24/20 DC 3 Smith per Bolivar VFD Chief Brian Hemphill requested the Allegany County Fire Investigation Team at 04:52. Fire Investigators FI 4 Edwards, FI 5 Aderhold, FI 12 Valeri and CFC AL51 Luckey responded.

     On 1/24/20 at 04:15 911 received a call from ONSTAR Telematics with a call from a Carol Marcellin DOB 7-19-42 reporting a structure fire at 192 Bells Brook Rd, Town of Genesee with one male in the bedroom who was not mobile. Mrs.Marcellin was unable to get Charles Hollowell DOB 7-21-43 in his wheel chair before she had to leave due to smoke conditions. Bolivar VFD and Portville VFD made entry into the residence and located the victim, Mr. Hollowell, in the Master Bedroom (B side) as reported near the driveway. Mr. Hollowell was then removed from bedroom and relocated to the garage where lifesaving attempts were administered by EMS Personnel. Mr. Hollowell was transported to Olean General where he was pronounced dead.

From the Allegany County property records; the residence was originally a 1980 mobile home 70 x 14 with a 10 x 16 (A Side) and 6 x 14 (C side) sun porch added on in 1992.A 16 x 20 Car Port was added on in 1997 which is now an enclosed garage. The original 1980 mobile home and the additions had batt and board siding with metal roofing added at an unknown date.

The fire investigation team began working from least to most damage.

     The master bedroom, (located B side) where Mr. Hollowell was reported found lying crosswise on the bed (pic 12, 13, 14) with only his feet touching the floor, had only smoke and soot damage. The Kitchen / Dining room showed heat and smoke damage. The area closer to the Living room was where more heat damage (pic 16) was observed. The Living room C side (pic 19) had less fire and heat damage than the A Side (pic 21). The Hall way that lead to the Office, Bathroom, and second Bedroom had fire damage on both (A, C) sides (pic 24) about 4 feet off the floor. During the time of the fire the door to the second Bedroom on the (D side) of the trailer was closed. The second Bedroom showed only heat and smoke damage (pic 36).

     The living room on the (A Side) did have significant damage in the area of the couch. The couch was an electric couch with heating coils built in. We were able to verify that it was not plugged in, and later when interviewed, Mrs. Marcellin confirmed this. We were able to rule out the gas furnace. The wooden louvered door for the furnace did not show signs of charring on the inside (pic 24, 25). Electrical wires and the hardwired smoke detector (pic 27) located in the hallway between the furnace and Office door was inspected. The remains of the smoke detector were found on the floor below its mounting plate near the ceiling. The wiring for this smoke detector and light switches were observed and eliminated as the cause. During my interview at Olean General Hospital Mrs. Marcellin stated that the smoke detector alerted her to the fire. Next we observed the Office area for fire damage (Pic 28- 32) (52-59). The storage closet (A side) in the Office had some of the lowest burn. We pulled out the clothing (Pic 58) and found that the floor was protected. We did not find any wires or source of ignition.

HP00409

Upon looking more closely at an HP laptop computer located on a pull-out shelf of a computer cabinet (Pic 59-62) the FI team saw unusual looking damage to the area between the keyboard and the screen (Pic 60). We picked up the HP laptop and observed additional damage to the paper (Pic 61) under the battery cover area. We also observed damage to the battery cover and the battery located in the laptop.  (Pic 62, 69). This area of the battery cover showed an inconsistency with damage from a fire spread. It should have been a protected area. We confirmed that this HP Laptop was plugged in (Pic 66, 67). We also confirmed that breaker # 4 (Pic 50, 51) had been tripped. It had a sub label as LR.

Based upon our observation and ruling out other probable causes it is our hypothesis that the cause of the fire is the HP laptop. The HP laptop battery or components near the battery caused the battery to overheat and explode, sending sparks and flammable material that ignited light weight fuels in the office area of the computer cabinet or closet.

Interview by this FI AL51 Luckey withCarol Marcellin in the Emergency Room of Olean General Hospital at 09:00 1/24/2020.

I found Mrs.Marcellin alert and tentative in her ER room with an oxygen mask on. She was being tended to by nursing staff with several family members in the room. I asked if it was ok to ask some questions and Carol replied yes. I introduced myself to her and her family and confirmed with her that she had been advised by the NYSP that Mr. Hollowell did not survive. I asked about her relationship to Mr. Hollowell, her son Fred Marcellin (716-307-4412) answered that it was her boyfriend. I then asked Mrs.Mrs.Marcellin to walk me though the events of the day.

Mrs.Marcellin said that she woke up to the sound of the smoke detector alarm.Mrs.Marcellin got out of bed and went to investigate.Mrs.Marcellin could smell something electrical burning and could see light smoke coming from the Office. When Mrs.Marcellin entered the Office she saw flames, smoke and splatter of flaming pieces coming from the laptop. Mrs.Marcellin then got a fire extinguisher (Pic 17) and tried to put the fire out.  Mrs.Marcellin reported that this was not working so she went to their bedroom and tried to get Mr. Hollowellout of the house. Mr. Hollowell fell to the floor due to his health condition and Mrs.Marcellin was unable to a lift him. Mrs.Marcellin tried several times but the smoke now was so intense she had to get out. Mrs.Marcellin could not reach her phone now due to the smoke. Mrs.Marcellin exited the home through the door on the (C side) (Pic 9, 10) that lead to the Garage (B Side).  Mrs.Marcellin drove her car out of the Garage (Pic 2) and tried to use herONSTAR Telematics to report the fire. The ONSTAR Telematics did not connect and Mrs.Marcellin had to drive down Bells Brook Road toward 417 to get a connection. Mrs.Marcellin provided our 911 center a good report which included the exact location of where she last saw Mr. Hollowell and his mobility limitations.

SIGNATURE CFC Jeff Luckey          DATE 2-21-2020

HP00410

AU-PI-5

Carol woke up to smoke detector
went to investigate from bed room.
light smoke coming from office. Carol
saw flame and smoke from lap top.
Carol also reported seeing splatter
spots on carpet, burning. Tried to
put out with fire extinguisher.
was unable smoke getting worse
Tried to move Chuck. He fell
to the floor. Carol Had to get
out from smoke. got in the car
backed out of garage Tried onstar
it would not connect. Had to
go down the road to call
911

note from interviewing Carol Marcellin
in ER at OGH



HP00412







HP00415



HP00416





HP00418

























HP00430





























































HP00460







































