# EXHIBIT G

```
                                        Page 1

 1    UNITED STATES DISTRICT COURT

 2    WESTERN DISTRICT OF NEW YORK

 3    ----------------------------------------------X

 4    CAROL S. MARCELLIN, Individually, and as

 5    Co-Administrator of the Estate of Charles E.

 6    Hollowell, deceased, and JESSICA HOLLOWELL-McKAY,

 7    as Co-Administrator of the Estate of Charles E.

 8    Hollowell, Deceased,

 9                              Plaintiffs,

10              -against-

11    HP, INC. and STAPLES, INC.,

12                              Defendants.

13    ----------------------------------------------X

14    Civ. No:  1:21-cv-00704-JLS

15    Job No:  P1-7232365

16    ----------------------------------------------X

17                              Virtual Deposition

18                              March 24, 2025

                                10:03 a.m.

19

20

21        DEPOSITION of DONALD GALLER, P.E., an Expert

22    Witness, taken by the Plaintiff, pursuant to Notice,

23    held at the above-mentioned time and place, before a

24    Court Reporter and Notary Public of the State of New

25    York and New Jersey.
```

Page 2

```
 1    A P P E A R A N C E S:

 2

 3

 4            FARACI LANGE, LLP
              Attorneys for Plaintiffs
 5            1882 South Winton Road - Suite 1
              Rochester, New York 14618
 6            BY:  STEPHEN G. SCHWARZ, ESQ.
                   MATTHEW F. BELANGER, ESQ.
 7                 JOSH MANKOFF, ESQ.

 8
              COUGHLIN BETKE, LLP
 9            Attorneys for Defendants
              175 Federal Street
10            Boston, Massachusetts 02110
              BY:  BENJAMIN H. LEVITES, ESQ.

11

12

13

14

15

16    ALSO PRESENT:

17            Mike Pellegrino - Videographer

18

19

20

21

22

23

24

25
```

1                         I N D E X
2
3   WITNESS                    EXAMINATION BY        PAGE
4   Donald Galler                Mr. Schwarz           9
5                                Mr. Levites         290
6
7
8
9                             EXHIBITS
10
11  PLAINTIFF'S
12  EXHIBIT                    DESCRIPTION          PAGE
13      1         Expert Report of Donald Galler, P.E.    9
                  (20 pages)
14
        2         Allegany County Fire Service Fire       9
15                Investigation Form (short)
                  (5 pages)
16      3         Color Photograph                        9
17      4         Color Photograph                        9
18      5         Expert Report of Steve Martin, Ph.D.    9
                  (25 pages)
19
        6         Experimental Study on Thermal Runaway   9
20                and Vented Gases of Lithium-Ion Cells
                  (7 pages)
21
        7         A Study of Thermal Runaway Mechanisms   9
22                in Lithium-Ion Batteries and Predictive
                  Numerical Modeling Techniques
23                (16 pages)
24
25

```
 1                      INDEX (CONTINUED)
 2
 3                          EXHIBITS
 4
 5
    PLAINTIFF'S
 6
    EXHIBIT                   DESCRIPTION            PAGE
 7
        8      6-cell Battery Specification for      9
 8             MU06062 Revision 1.3
               (12 pages)
 9
        9      Smart Battery Data Specification      9
10             (54 pages)
11      10     Defendant HP INC.'s Answers to        9
               Plaintiffs' Third Set of Interrogatories
12             (4 pages)
13      11     Battery Authentication and Security   9
               Schemes
14             (7 pages)
15      12     Deposition Transcript of Lee Warren   9
               Atkinson
16             (83 pages)
17      13     Deposition Transcript of David PiPho  9
               (40 pages)
18
        14     Technical Reference                   9
19             Bq20z90-V1.50 + bq29330, bq20z95
               (223 pages)
20
        15     Technical Reference Manual            9
21             Bq20z70-V150 + bq29330, bq20z75
               (154 pages)
22
        16     Technical Reference Manual            9
23             Bq20z70-V160 + bq29330, bq20z75
               (153 pages)
24
25
```

```
1                        INDEX (CONTINUED)
2
3                          EXHIBITS
4
5
    PLAINTIFF'S
6
    EXHIBIT                DESCRIPTION              PAGE
7
    17        Technical Reference                    9
8             Bq20z40/bq20z45
              (187 pages)
9
    18        SBS 0.1-Compliant Gas Gauge IC         9
10            (61 pages)
11  19        Deposition Transcript of Carol         9
              S. Marcellin
12            (238 pages)
13  20        Rebuttal Expert Report of Steve W.     9
              Martin, Ph.D.
14            (20 pages)
15  21        Rebuttal Statement Prepared by Jason   9
              Karasinski, IAAI-CFI, NAFI- CFEI
16            (17 pages)
17  22        Gas Explosions and Thermal Runaways    9
              During External Heating Abuse of
18            Commercial Lithium-Ion Graphite-LiCoO2
              Cells at Different Levels of Ageing
19            (12 pages)
20  23        Your Origin and Case Solution by       9
              Andy Litzinger
21            (26 pages)
22
23
24
25
```

Page 6

1                           INDEX (CONTINUED)

2

3

                          REQUESTS FOR PRODUCTION

4

5

    DESCRIPTION                                        PAGE

6

    Sketches and any other information you got          47

7    from Mr. Gorbett

8    What documents you are referring to in Item 8      51

9    Articles reviewed                                 115

10   Manufacturing date of these three laptops         181

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           F E D E R A L    S T I P U L A T I O N S

2

3           IT IS HEREBY STIPULATED AND AGREED by

4      and between the attorneys for the

5      respective parties herein:

6

7           THAT the sealing, filing and

8      certification of the within deposition be

9      waived;

10

11          THAT such deposition may be signed and

12     sworn to before any officer authorized to

13     administer an oath, with the same force and

14     effect as if signed and sworn to before the

15     officer before whom said deposition is

16     taken.

17

18          IT IS FURTHER STIPULATED AND AGREED

19     that all objections, except as to form, are

20     reserved to the time of trial.

21

22

23

24

25

D. Galler, P.E.

Page 8

1          VIDEOGRAPHER:  Good morning, everybody.
2          We are going on the video record at
3          approximately 10:03 a.m. on March 24th,
4          2025.
5          Please be advised audio and video
6          recording will continue to take place,
7          unless all parties agree to go off the
8          video record.
9          This is the video-recorded deposition
10         of Donald Galler in the matter of Carol S.
11         Marcellin, et al. versus HP, Inc. and
12         Staples, Inc. filed in the United States
13         District Court Western District of New
14         York, Case Number 1:21-cv-00704-JLS.
15         This deposition is being conducted
16         remotely using virtual technology.
17         My name is Mike Pellegrino.  I am the
18         videographer.  Our court reporter today is
19         Eva Kaflinski.
20         Appearances will be notated on the
21         stenographic record.
22         Will our reporter, please, swear in the
23         witness.
24                            -oOo-
25

D. Galler, P.E.

Page 9

```
 1                   DONALD GALLER,
 2    after having first been duly sworn by a Notary
 3    Public of the State of New York, was examined and
 4    testified as follows:
 5    BY THE COURT REPORTER:
 6          Q     State your name for the record.
 7          A     Donald Galler.
 8          Q     State your address for the record.
 9          A     15 Birchwood Drive, Bedford,
10    Massachusetts 01730.
11                 (Documents and photographs were
12                  pre-marked as Plaintiff's Exhibit 1
13                  through Plaintiff's Exhibit 23 for
14                  identification, as of this
15                  date)
16    EXAMINATION BY
17    MR. SCHWARZ:
18          Q     Good morning, Mr. Galler.
19                 My name is Steve Schwarz.  I am the
20    attorney for the Plaintiff, who is going to be asking
21    you questions today.
22                 And I believe from looking at the
23    materials that were provided, you've been through
24    depositions before, correct?
25          A     Correct.
```

D. Galler, P.E.

Page 10

1          Q      And do you know approximately how many
2     you've done?
3          A      I think maybe about 15, but I haven't
4     counted them recently.
5          Q      Okay.
6                 So, you understand the ground rules.
7                 And one of the most important things is
8     that we try to let each other finish what we are
9     saying before the other one starts speaking to make
10    Eva have an easier time today of taking it all down.
11                All right?
12         A      Right.
13         Q      The thing is you can take a break at
14    any time you want.  We will try to break every hour.
15    But the only limitation on that is if I've asked you
16    a question, you got to answer that, and then we can
17    take a break.  But any time you need a break, just
18    let us know.
19                Okay?
20         A      Thank you.
21         Q      Mr. Galler, my understanding is that
22    you are a research engineer at MIT Material Science
23    Welding Laboratory; is that correct?
24         A      That's correct.  Except I am not sure
25    that it's a welding laboratory anymore.  But I am a

D. Galler, P.E.

Page 11

```
1    research engineer.  It is my job classification.
2            Q      Okay.
3                   And can you tell me about that facility
4    and what type of research you do there?
5            A      Well, I used to do welding research,
6    which is why my title is research engineer.  They
7    never changed my title.  But what I have been doing
8    for the last several years is taking care of a scan
9    and electron microscope facility.  And it's a -- it's
10   a --
11                  I am a part-time employee.  I work
12   about one day a week.  That's my status as far as MIT
13   is concerned.  I work one day a week.
14           Q      Okay.
15                  And when did you begin that limited
16   schedule of one day a week approximately?
17           A      Well, I was never a full-time employee.
18   So, I was --
19                  I think at some point I spent 50
20   percent of the time from 1995 to about 2005.  And
21   some time after that, I was --
22                  Changed my position so that although my
23   job title was the same, research engineer, just the
24   job classification as far as sort of salary goes.
25   And I became the lab manager for this small ESM, a
```

D. Galler, P.E.

Page 12

1   scanning electron microscope lab.  And when I did

2   that --

3              At some point when I did that, I became

4   an employee at one day a week.

5        Q    So, let's go back to the time period

6   when you were a half time employee for MIT.

7              Can you tell me what the nature of your

8   research was at that time?

9        A    We were doing --

10             So, I was attached to a welding

11  research lab and welding research and processing of

12  metals with electrical energy.  So, being an

13  electrical engineer, it was helpful for the lab to

14  have a part-time electrical engineer.  In other

15  words, there were grad students doing various

16  research projects and I would help them as far as the

17  electrical parts of their project.

18       Q    You mentioned welding several times.  I

19  am just trying to understand.

20             How does the electrical engineering

21  aspect of your training fit in with welding when you

22  were doing that research?

23             Can you just explain that a little bit

24  better?

25       A    Most of -- most welding these days is

D. Galler, P.E.

Page 13

1   done by electric arc.  And the students were

2   experimenting with different types of arc processes.

3   So, different sources of energy generate the arc.

4   And my original technical connection with the lab

5   became -- was much earlier before I was an employee.

6   I built some power supplies for welding research.

7   So, these converted utility power, through a

8   three-phase power usually, to a DC pulse form that

9   could be used for arc welding.  And so, the arc

10  welding process were experiments using the arc

11  welding process were done with various forms of

12  electrical power mostly EZ or pulse EZ.  And then,

13  that meant it was really useful for me to be around

14  to help the students.

15            And in the metals processing business,

16  if they frequently did the experiments where they

17  needed a certain type of power, maybe they needed 480

18  power or a 208 power and at a certain level, and I

19  would help them make changes in equipment that

20  allowed them to use whatever process they were doing.

21  And because I was an electrical engineer, it was --

22            They could all do it.  Make the

23  changes.  Buy the equipment.  But it was something I

24  was helping them with.

25            Q     Okay.

D. Galler, P.E.

Page 14

1           Did you actually teach any classes?

2       A    I think that I taught a class once on

3   welding power supplies, but that's it.  In other

4   words, it was a special class arranged for graduate

5   students that were working in the labs that I was

6   attached to.  It wasn't in the curriculum.  In other

7   words, I was never officially on the faculty, if

8   that's what you are asking.

9       Q    Yeah.  Okay.  Great.

10          And during that time period from '95 to

11  2005 when you were a 50 percent employee at MIT in

12  the welding lab, did you have some other employment

13  that took up your other 50 percent?

14      A    I was always doing --

15          When I started at MIT, which is around

16  1995, I was already doing some independent consulting

17  work along the lines of the matter we are here today

18  for.  And so, I had been attached or hired by a

19  couple of different consulting companies.  And at

20  some point when I left them, I had clients of my own.

21  So, I always had two roles.  One was working as an

22  MIT employee and then as an independent consultant

23  for supporting the legal activities.

24      Q    So, your academic training is in

25  electrical engineering; is that correct?

D. Galler, P.E.

Page 15

1       A     That's correct.

2       Q     And prior to 1995, what employment did

3  you have?

4       A     When I got out of grad school in the

5  1980s, I worked for a small consulting company called

6  Alexander Cosco Incorporated with an ex MIT professor

7  from the Electrical Engineering Department and four

8  or five people.  And we did a couple of different

9  kinds of work.

10          One of the things we did was we helped

11  industry and, I guess, government agencies that were

12  having trouble with high power electrical equipment

13  like subway systems or transmission systems.  And so,

14  we did some work along those lines.  And then, also

15  we were involved in product like litigation.  In

16  other words, like product liability work for

17  insurance companies and lawyers.  And so, I worked

18  for them until 1988.

19          Then at some point -- I think it was

20  around '88 -- we were purchased by a company called

21  Failure Analysis Associates.  Failure Analysis

22  Associates later changed their name and became

23  Exponent.  So, what happened was at the time the

24  purchase was made, there was just four, like,

25  engineers; a boss and one or two people, maybe

D. Galler, P.E.

Page 16

1    support staff.  That entirety got --

2                    That entire company got purchased by

3    Failure Analysis Associates and we moved into their

4    facility, which was located in Westborough,

5    Massachusetts.  And I worked for them until about

6    1995.  And then, I left.  I had a brief transition at

7    another company for a year.  And then, I started

8    working at MIT part-time.  That was about 1995.

9               Q     Thank you.

10                   Now, when you worked for the consulting

11   company and then for the Failure Analysis company,

12   did you have a specialty of the type of cases that

13   you would get involved with?

14              A     Electrical failures of some sort.

15              Q     And did you have any professional

16   training or experience in fire investigation?

17              A     I think that a lot of my product

18   liability work involved fires, but I didn't have any

19   formal training in fire investigation.  And I still

20   don't.  In other words, I am not a certified fire

21   investigator or anything like that, if that's what

22   you are asking.

23              Q     So, your involvement in any types of

24   investigations of fire was to look at the electrical

25   aspects of whether that was the cause of the fire?

D. Galler, P.E.

Page 17

```
1              A      Correct.
2              Q      And have you had any specialized
3    training in that aspect of investigation with regard
4    to looking at the potential electrical causes for
5    fires?
6              A      In terms of a certified --
7                     I am not sure what your question is.
8                     Do you mean in terms of a certification
9    or --
10             Q      Have you had any formal training, would
11   be the question first.
12                    And then, I am going to ask you whether
13   you've had any sort of on-the-job training for that
14   type of investigation with fire investigators.
15             A      I think my answer is I have not --
16                    I haven't had any formal training in
17   how electrical things fail and cause fires.  So, I
18   haven't taken any courses in that area, if that's
19   what you are asking.
20             Q      Right.  That's the first question.
21                    And then, have you learned --
22                    During your consulting career, did you
23   work with fire investigators to obtain some
24   on-the-job type of training of looking at electrical
25   causes for fires?
```

D. Galler, P.E.

Page 18

1          A     I was always working with a fire

2     investigator.  So, I would typically --

3                What would happen is a lawyer would

4     contact me.  There would be a fire in the building.

5     They would connect me to a fire investigator.  So, I

6     was always working on a team, so to speak, where

7     there was a fire investigator and maybe somebody else

8     if there was a specialty involved like a chemical

9     engineer or something like that.

10                And so, I was always working with fire

11     investigators.  And a lot of them were of the type

12     that were sort of academic oriented in a sense they

13     were --

14                In other words, they would always --

15     they would always ask me electrical questions, but

16     try to make sure that whatever I gave them back as

17     the answers satisfied whatever electrical aspects of

18     the investigating code were required.

19          Q     In those consultations, did you

20     actually visit fire scenes and do arc mapping or arc

21     surveys to look for electrical causes of fires?

22          A     Yes.

23          Q     And was that the typical process, then,

24     when you were hired to look at a potential electrical

25     cause of a fire that you would visit the scene and do

D. Galler, P.E.

Page 19

1    that sort of analysis?

2            A    It was typical that I would visit the

3    scene if the scene was available depending on what

4    time sort of in the process I got hired.  In other

5    words, sometimes a lawyer would call me after the

6    scene was already examined and wasn't available

7    anymore and they were getting ready to do laboratory

8    exams.  Maybe they had collected a bunch of

9    electrical things and somebody else did the arc

10   mapping because I just then got involved.  So,

11   somebody else did it at the scene.  But there was no

12   scene work involved.  All the work on my part started

13   when the lab exams took place.

14           Q    Would you agree with me that it would

15   be preferable for anyone in your position looking for

16   electrical causes of fires to actually visit the

17   scene when that's possible?

18           A    Yes.

19               MR. LEVITES:  Objection.

20           Q    And with regard to the other scenario

21   that you described where you were retained after that

22   initial scene investigation, is it true then that you

23   relied on the fire investigators that did the scene

24   investigation and chose certain items for you to

25   evaluate and you weren't involved actually in that

D. Galler, P.E.

Page 20

1    process of picking which items should be evaluated

2    subsequently in a laboratory analysis?

3          A    I think that's all correct if I am

4    contacted after the scene has been -- what do they

5    usually call it -- released, given back to the

6    homeowner or building owner or something and then

7    reconstruction starts.  So, if I get involved after

8    that, I have to rely on what people had done before.

9          Q    And so, the fire investigators in those

10   scenarios would choose the electrical items that they

11   think are potential causes of the fire and they would

12   bring them back to a lab and then you would have a

13   chance to evaluate them there?

14         A    Correct.

15         Q    And that's what happened in this case

16   also, correct?

17         A    Correct.

18         Q    The fire investigator for HP, Greg

19   Gorbett, was the one who made, with the other fire

20   investigators, made selections of various items that

21   they thought could have been a potential cause of the

22   fire and they then provided a laboratory

23   investigation and you were invited to that?

24         A    That's correct.

25              MR. LEVITES:  Objection.

D. Galler, P.E.

Page 21

1          Q      Now, you also have a business, I

2    believe, called Electrical Engineering Solutions?

3          A      Correct.

4          Q      Is that your now independent consulting

5    company that you have?

6          A      Correct.

7          Q      Is that a formal company or is it just

8    a website that you did that kind of individually

9    without having a corporate entity or some other type

10   of business entity?

11         A      It's a business.  It's not a

12   corporation.  I don't have --

13                I am a sole proprietor.  I don't have

14   employees.

15                Does that answer some of your

16   questions?

17         Q      Sure.  That's what I meant.  I know it

18   wasn't a very artfully crafted question so I

19   apologize for that.

20                So, you are an independent person that

21   has a consulting business now that you call

22   Electrical Engineering Solutions?

23         A      That's correct.

24         Q      How long have you been operating that

25   sole proprietorship?

D. Galler, P.E.

Page 22

1          A      Since about 1995 when I left Exponent
2     around that time.
3          Q      Now, on your website, I took a look at
4     it, and you have something called "The Project List"
5     on your website.
6                 Are you familiar with that?
7          A      I don't remember what is all in it, but
8     there is a project list.
9          Q      And on that project list it says
10    computers, laptops, monitors and power supplies.
11                Can you just give us an idea of your
12    experience with Electrical Engineering Solutions and
13    projects involving computers, laptops and monitors
14    and power supplies prior to this case?
15         A      Well, for a number of years I have been
16    doing work for Hewlett Packard.  I don't think I did
17    much work for any of the other major companies.
18    Actually, prior to doing work with them, I did some
19    work for Lucent Technologies where I was
20    investigating not fire investigations but doing
21    patent investigations.  So, it was intellectual
22    property work.  And I bought a number of computers
23    made by good people, took them apart, did tests on
24    them.  And so, we were investigating certain parts of
25    software.  Like one of the things I remember was they

D. Galler, P.E.

Page 23

1    had patents on how video displays worked, how the

2    computer handled the video display.

3                    So, early on, say, in the '95 to 2000

4    frame I was doing a lot of work for Lucent.  And

5    then, I started doing work for HP and when I started

6    doing work for HP, of course, there were desktop

7    computers and laptop computers and a variety of

8    things like that.  And handled the power supplies.

9    Meaning, the thing that looks like a little brick

10   that plugs in the wall that powers your laptop,

11   powers your printer; that sort of thing.

12                    And I also did a lot of work on

13   printers for them.  Mostly the consumer style

14   printers like ink jet printers and laser printers

15   that you would put on a desk.

16           Q      Now, your work for HP then, that began

17   in approximately when?

18           A      I guess it began in around 2000s.

19           Q      And with regard to your projects for

20   HP, how many of them approximately dealt with fires

21   or malfunctions that caused fires?

22           A      Well, the malfunctions that allegedly

23   caused fires, many of them.  So, I don't have a

24   number to give you.

25           Q      How many of --

D. Galler, P.E.

Page 24

1              Approximately how many of those, that
2      subset of work you did with HP, involved working
3      around battery fires?
4              A      I don't -- I don't really ever --
5                     I am sorry.  I haven't been asked this
6      question before in these terms.  So, I don't have a
7      good number.  If I had to estimate, it would be a
8      pretty big estimation.  Probably more than 20 and
9      less than 100, but I can't tell you exactly how many
10     it's been.
11             Q      So, you have --
12                    Your estimate, if I understand
13     correctly, is that between 20 and 100 times you have
14     been asked by HP to look at lithium-ion battery
15     fires?
16             A      I am just trying to think if I did any
17     work for anyone else along those same lines.  I've
18     also looked at lithium-ion fire allegations in
19     consumer --
20                    Well, I guess I would call them tools.
21     Lithium-ion battery operated tools as well.  Maybe a
22     dozen of those or something as well.  And --
23                    I am sorry.
24                    Does that answer your question?
25             Q      Well, I think you kind of diverted to a

D. Galler, P.E.

Page 25

```
 1    different question, which is fine.
 2               So, some of the 20 to 100 involved
 3    tools that had lithium-ion chargeable batteries,
 4    rechargeable batteries?
 5         A     Correct.
 6         Q     And some of them involved laptop
 7    computers made by HP?
 8         A     Correct.
 9         Q     And can you tell me approximately how
10    many of the fires that you investigated with
11    lithium-ion battery potential causes of fires that
12    you investigated for HP?
13         A     I -- I think 100 would be a large
14    overreach, now that I am thinking about.  It's sort
15    of more like 20 to 50.  I don't --
16               Like I said, I don't keep track of them
17    that way.  So, I don't have a good recollection as to
18    how many there really are or were.
19         Q     I am just --
20               I am confused, and I apologize.  So,
21    let me just restate it to make sure I am
22    understanding.
23               When you said your estimate was really
24    20 to 50, does that include the power tools or is
25    that limited to laptop computers?
```

D. Galler, P.E.

Page 26

```
 1          A    I think that's probably everything.
 2          Q    Okay.
 3               So, now I am going to ask you of that
 4     20 to 50 that involve lithium-ion batteries of any
 5     type, how many of them approximately dealt with
 6     laptop computers?
 7          A    Probably 20.
 8          Q    Okay.
 9          A    Thirty.  Twenty.  Thirty.  I am not
10     sure.
11          Q    And of that 20 to 30 HP laptop computer
12     fires that you investigated, how many did you
13     determine approximately that the battery cells or
14     more than one of them went into thermal runaway?
15               MR. LEVITES:  Before you go on, did you
16            say was the 20 to 30 HP or is that all
17            manufacturers?
18               MR. SCHWARZ:  I thought he said 20 to
19            30 were HP laptops because he didn't
20            remember doing any laptops other than HP.
21          Q    But Mr. Galler, you can correct me if I
22     am wrong on that.
23          A    No.  I think that's about right.  But
24     again, it's a rough number because I don't keep track
25     of them that way.  And I think your question --
```

D. Galler, P.E.

Page 27

```
 1                 Can you repeat the question?
 2          Q     Sure.
 3                 Of the laptop fire investigations you
 4      did for HP involving lithium-ion batteries, how many
 5      of the battery -- how many of the cases involved
 6      thermal runaway of a lithium-ion battery cell?
 7          A     I think it's a fairly large percentage.
 8      Maybe 80 percent of them.  I should say that -- that,
 9      you know, you are asking the question in terms of HP,
10      HP.  But as in this case that we are discussing
11      today, we frequently found non HP battery packs in HP
12      laptops.  So, although there may have been a large
13      percentage of them where the issue was thermal
14      runaway, many of them were batteries not supplied by
15      HP.
16          Q     So, we are going to talk about
17      unauthorized battery packs or counterfeit battery
18      packs, but that's what you are referring to.
19                 In other words, HP is not a battery
20      manufacturer, correct?
21          A     Well, it's hard to answer that.  Let me
22      just say that HP is not a battery manufacturer.  That
23      is correct.  They hire companies, Samsung and LG and
24      companies like that, to make the battery packs.  And
25      usually if, let's say, LG makes a battery pack, they
```

D. Galler, P.E.

Page 28

1    use LG batteries.  They are --

2                    HP is not making them, but the packs

3    are supplied by one of their selected vendors.

4            Q      Right.

5                    So, HP provides a specification to

6    various vendors -- and LG, being one of them -- and

7    it's LG that would make the battery packs for the HP

8    computers when they are new, correct?

9            A      That's right.

10                   Now, I think there are some that vary a

11   little bit from that.  In other words, I think there

12   are some pack manufacturers that use batteries that

13   are -- that are --

14                   In other words, it's LG batteries in a

15   pack made by somebody else, but all of that is done

16   under the auspices of a specification that HP

17   provides.

18           Q      Okay.

19                   And you have been doing these

20   investigations for HP since 1995?

21           A      No.

22                   I think I started doing work for HP

23   around the year 2000.  And it's probably only been

24   the last ten years; maybe slightly less than that.

25   But not that whole time period, 20-year time period.

D. Galler, P.E.

Page 29

1    Lithium-ion battery packs or lithium-ion batteries

2    weren't really very common.  So, it's sort of more in

3    the last ten years I have been doing more work on

4    lithium-ion batteries where fires were involved and

5    lithium-ion batteries were one of the suspected

6    causes.

7              Q    So, in the cases that you've

8    investigated for HP of thermal runaway and

9    lithium-ion batteries in laptop computers, can you

10   give me a percentage of those that turned out to not

11   be authorized battery packs that were involved in

12   those thermal runaway reactions?

13             A    I am not sure that I remember any that

14   were authorized HP batteries.  That they all seemed

15   to be unauthorized HP batteries.  It was batteries

16   supplied by some other vendor.

17             Q    In your --

18                  Withdraw that question.

19                  When did you first --

20                  What year was it approximately that you

21   first saw that scenario where you investigated an HP

22   laptop fire and found that the battery pack was an

23   unauthorized battery pack that went into thermal

24   runaway?

25             A    Pardon me.  I am just thinking.

D. Galler, P.E.

Page 30

```
 1              Q     Take your time.
 2              A     I can't really be positive but there is
 3      one situation that I recall where there was a --
 4                    I guess your question was when was
 5      that.  So, probably ten years ago.
 6              Q     Okay.
 7                    Now, there is --
 8                    I believe in your report you made a
 9      list of some of the items that you reviewed and one
10      of the items was a deposition transcript of a Lee
11      Atkinson.
12                    Do you recall that?
13              A     Yes.
14              Q     Is Mr. Atkinson someone that you've
15      worked with on other cases involving HP laptop
16      battery fires that involved a counterfeit battery
17      pack?
18              A     I don't work directly with him, but he
19      is an HP employee.  So, sometimes --
20                    And this could be with respect to
21      batteries or if there's something else, let's say, in
22      a laptop computer, I have a question.  I am working
23      with an HP attorney.  And they get Lee Atkinson
24      involved to try to answer questions that I have.
25              Q     Okay.
```

D. Galler, P.E.

Page 31

```
1              But how many times --
2              How many cases have you interacted with
3    Mr. Atkinson would you say of these 20 to 30
4    counterfeit battery pack thermal runaway HP
5    investigations you've done?
6         A    Maybe five or six.
7         Q    And have you ever discussed with
8    Mr. Atkinson the prevalence of these HP laptop
9    battery fires that involve counterfeit battery packs?
10             MR. LEVITES:  Objection.
11             You can answer.
12        A    I don't think I ever discussed that
13   with him.  And when you say discussed, like, as if --
14             As I was trying to explain, usually
15   what happens is I will have questions and
16   conversations with HP's attorneys and they say, "Oh,
17   well, we will ask Lee that question."  Lee Atkinson.
18   "We will ask Lee Atkinson that question."  Or "Can
19   you e-mail me your questions and I will send them on
20   to Lee."
21             I usually don't have direct commun --
22             I don't remember there ever being a
23   phone call where he was on the phone call.  There
24   might have been one, but that's uncommon.
25        Q    In the 20 to 30 cases that you've
```

D. Galler, P.E.

Page 32

1    investigated of fires that were believed to have

2    started in HP laptop computers involving counterfeit

3    or unauthorized battery packs, did you perform an

4    analysis of the battery pack, itself, or what was

5    left of it?

6          A    Yes.

7          Q    And in your review of those

8    unauthorized counterfeit battery packs that had gone

9    into thermal runaway, did you make a determination in

10   any of those cases as to whether the various safety

11   devices that were intended under the HP specification

12   were actually enabled on those counterfeit battery

13   packs?

14         A    Almost always, I think.

15         Q    Okay.

16         A    That's what I am looking at to make a

17   determination that they are authorized battery packs.

18         Q    So, one of the things that you utilized

19   to make that determination is whether the battery

20   pack meets the HP specification?

21         A    Correct.

22         Q    And the HP specification -- we are

23   going to go into that for this particular laptop --

24   but generally, HP would require certain safety

25   mechanisms in the battery pack that would either

D. Galler, P.E.

Page 33

```
 1    prevent or at least make thermal runaway much less
 2    likely, correct?
 3                    MR. LEVITES:  Objection.
 4                    You can answer.
 5            A       That is correct.
 6                    And then, there are other safety
 7    features.  I would say construction features that are
 8    safety related that HP requires also.
 9            Q       Right.  But I am just going to stick
10    with thermal runaway for a moment.
11            A       Okay.
12            Q       And there were under HP specifications
13    certain safety features that were specifically
14    designed to prevent the batteries from being
15    overcharged, going over voltage, cell imbalance or
16    over temperature, correct?
17            A       Correct.
18                    MR. LEVITES:  Steve, before we go on,
19              are we --
20                    We are going back and forth between the
21              battery, the cases that he worked on
22              generally and this case?
23                    MR. SCHWARZ:  We are still working on
24              the cases that he worked on generally.
25                    MR. LEVITES:  So, you are asking about
```

D. Galler, P.E.

1              all these features in all the 20 to 30

2         cases?

3                   MR. SCHWARZ:  Right.

4                   MR. LEVITES:  Okay.

5         Q     And I think you answered my question.

6    So, that's fine.

7                   And in the battery -- the counterfeit

8    or unauthorized battery packs in the 20 to 30 cases

9    that you looked at, can you tell me what percentage

10   lacked the safety features that we've just discussed

11   that were intended to prevent or diminish the chances

12   of thermal runaway?

13        A     I think the best I could tell you is

14   more than half.

15                  And that there is a class of them where

16   at least one where I know that there was another

17   construction feature not necessarily related to

18   thermal runaway prevention, but it was a construction

19   feature where we could tell that the packs, in

20   general, were not HP packs.  In other words, they had

21   been replaced in some fashion.  In other words,

22   laptops were by HP.  And when we looked at the

23   batteries, the batteries had construction features

24   that were not according to the HP specification but

25   not necessarily related to thermal runaway

D. Galler, P.E.

1  prevention.

2          Q      Okay.

3                 But I wanted to again make an

4  assumption that of the ones you looked at where you

5  actually determined that the safety features designed

6  to prevent or reduce the chances of thermal runaway

7  were not present in the unauthorized battery pack.

8  And I think you said about half of them.

9                 Was that correct?

10         A      That's about right.

11         Q      Okay.

12                Now, with regard to that half, did you

13 make some determination that the lack of that safety

14 feature played a role in the battery pack going into

15 thermal runaway?

16                MR. LEVITES:  Objection.

17                You can answer.

18         A      I think that in some of these, I notice

19 that the, you know, the batteries --

20                We knew the batteries had gone into

21 thermal runaway or had physical characteristics

22 consistent with thermal runaway.  And then, we also

23 noticed -- meaning I also noticed -- that the safety

24 features were missing.  Now, the thermal runaway

25 sometimes has some physical sort of chemical, I

D. Galler, P.E.

1    guess, characteristics.  Chemical is not the right

2    word.  Structural characteristics.  Having to do with

3    the way the cell expands.  The physical damage to the

4    cell may or may not be consistent with a thermal

5    runaway.  And because that's a specialty that is

6    really not --

7                That's sort of chemistry and physics

8    oriented, I frequently get involved with other people

9    who are specialists in that area.  One of them is

10   involved in this case, a Dr. Quinn Horn from

11   Exponent.  And so, I will say, "Gee, this one looks

12   funny.  It doesn't have the right features on it."

13   And then the lawyers go, "Well, we will ask Quinn to

14   look at the battery to see whether he thinks the

15   cells went into thermal runaway."  The cells could be

16   damaged, but not necessarily be in thermal runaway.

17   And that determination isn't made by me.  It's made

18   by somebody with Dr. Horn's background.

19          Q    So, is it fair to say, then, that you

20   are not an expert in thermal runaway?

21          A    I guess I'm an expert in at least

22   looking at the electrical system of the Battery

23   Management Unit that helps prevent thermal runaway by

24   virtue of those characteristics that are embodied in

25   the HP specification.

D. Galler, P.E.

Page 37

1              But in terms of looking at the cell,
2      let's suppose there is a battery and a fire or an
3      alleged fire and there were just physical cells
4      around, but no BMU anymore; which happens sometimes,
5      right.  So, somebody says, "Well, did those cells go
6      into thermal runaway?"  So, looking at the cell
7      structure, itself, is not a thing that I do.  That's
8      something that Dr. Horn does.  I am not sure if I've
9      answered your question.
10             Q    I think you are getting there.
11             So, if I understand your answer then,
12     your specialty is more looking at the battery
13     management system and looking at the various safety
14     features that were intended by HP and whether they
15     are present in the unauthorized battery pack?
16             A    That's right.  You know, the electrical
17     engineering of looking at the BMU and then
18     attachments of the cells to the battery to the BMU,
19     Battery Management Unit, that's the electrical
20     engineering part.
21             The physics and chemistry part has to
22     do with how does the cell expand and get damaged and
23     that sort of thing.  So, that's a different area.
24     And I rely on somebody like Dr. Horn for that.
25             I am looking at the electrical stuff

D. Galler, P.E.

Page 38

```
 1      that the battery is connected to the BMU with.
 2              Q     Got it.
 3                    Now, in the cases --
 4                    In the 20 to 30 cases and then you said
 5      about half of them that you found the unauthorized
 6      battery packs didn't have the safety features that
 7      were in the specification from HP, did you inform HP
 8      of your findings in those cases?
 9                    MR. LEVITES:  Objection.
10                    You can answer.
11              A     Yes.
12              Q     So, in other words, you said about ten
13      years ago you first found one of these unauthorized
14      or counterfeit battery packs that lacked safety
15      features.
16                    And when you found that, you let HP
17      know that was what you found?
18              A     Correct.
19                    MR. LEVITES:  Objection.
20              Q     And for the other number of situations
21      you found the same way, each time you let HP know
22      that there are these counterfeit battery packs that
23      people are buying, don't have safety features?
24                    MR. LEVITES:  Objection.
25                    You can answer.
```

D. Galler, P.E.

Page 39

1           Q     You let them know that, correct?

2           A     Yes, certainly.  That's correct.

3           Q     Okay.

4                 And that began, you said, somewhere

5     around ten years ago?

6           A     Again, it's a little hard for me to

7     remember when the first one was, but I think it

8     was --

9                 It wasn't 15 years ago and it wasn't 5

10    years ago.

11          Q     Okay.

12                Now, Mr. Galler, do you have any

13    experience, any research experience, with lithium-ion

14    batteries where you would do some sorts of

15    experiments to put them into thermal runaway?

16          A     No, I don't think I've ever done any of

17    those experiments.

18          Q     And you looked at your CV, and I don't

19    think you published any papers that involved

20    lithium-ion batteries at all, correct?

21          A     I think that's correct.  Yes.

22          Q     Now, if you could pull out your binder,

23    and hopefully it will stay together for our

24    discussions today --

25          A     Okay.

D. Galler, P.E.

Page 40

1          Q     I want you to turn to tab one, which I
2    have marked as Galler Exhibit 1.
3          A     Bear with me because I am not sure how
4    this is all going to fit on my desk here.
5                Yes.
6          Q     Now, Exhibit 1 -- that is in tab 1 --
7    is your report in this case, correct?
8          A     Correct.
9          Q     And on the first page you list a number
10   of things that you looked at, correct?
11         A     Correct.
12         Q     Well, first of all, you list that you
13   attended an evidence examination at FRT in October of
14   2000?
15         A     Yes, you found the typo.  And I was
16   aware of that recently, but obviously not before I
17   wrote this.
18         Q     You just got the wrong date, right?
19         A     Yeah.
20               I think it's 2020.
21         Q     It is 2020?
22         A     Right.
23         Q     So, I didn't --
24               That's not why I called it out.  Sorry.
25         A     That's okay.

D. Galler, P.E.

Page 41

1          Q     I wasn't trying to --

2                I make plenty of typos, believe me.

3                But in any event you attend an

4     examination at FRT, which is in Sodus, New York,

5     correct?

6          A     Correct.

7          Q     And that examination was of materials

8     that were collected at the fire scene back in January

9     or February of 2020, correct?

10         A     Correct.

11         Q     At FRT they did x-rays of some of that,

12    materials that were brought back, including the HP

13    laptop, and they also did a CT scan, correct?

14         A     Correct.

15         Q     And you looked at the images that were

16    created by those two tests?

17         A     Correct.

18               I am not sure that I had CT scan files

19    at the exam.  I think that was done afterwards.  But

20    I did get them --

21               I got them.

22         Q     So, you looked at them when you got

23    them whenever that was, right?

24         A     Yeah.

25         Q     Then you list some other items and the

D. Galler, P.E.

Page 42

1    third item on there is fire scene photographs by Greg

2    Gorbett?

3          A     Yes.

4          Q     And Greg Gorbett was the fire

5    investigator, the professional fire investigator,

6    that was hired by HP to examine the fire scene,

7    correct?

8          MR. LEVITES:  Objection.

9          A     That's right.

10         Q     And Mr. Gorbett took photographs?

11         A     Correct.

12         Q     And he also was involved in the

13    selection of the materials that were brought back to

14    FRT that you examined in October?

15          MR. LEVITES:  Objection.

16         A     Correct.

17          MR. SCHWARZ:  What is the nature of

18       your objection to that, Ben, so I could

19       know?

20          MR. LEVITES:  There was a suggestion

21       contained within your question.

22          MR. SCHWARZ:  What was the suggestion?

23          MR. LEVITES:  Could you read the

24       question back?

25                (Whereupon, the

D. Galler, P.E.

Page 43

1                              following question was
2                              read back by the court
3                              reporter:
4                              "Q.  And he also was
5                              involved in the
6                              selection of the
7                              materials that were
8                              brought back to FRT
9                              that you examined in
10                             October?")
11              MR. LEVITES:  Right.  So, there is a
12          suggestion in respect to Mr. Gorbett's role
13          vis-a-vis the other investigators.
14              That is the nature of my objection.
15              MR. SCHWARZ:  I asked him if he was
16          involved in that process, not whether he
17          did that unilaterally.  So, I don't think
18          that is a valid objection.
19              I would appreciate you keep your
20          objections to ones that are valid and not
21          to just disrupt my questioning.
22          Q     So, Mr. Galler, just to repeat that,
23      your understanding is that Mr. Gorbett was at the
24      scene on behalf of HP to do a fire investigation,
25      correct?

D. Galler, P.E.

Page 44

```
 1           A     Correct.
 2           Q     And Mr. Gorbett and the other fire
 3    investigators that were present at the scene selected
 4    certain items from the scene to bring back to FRT to
 5    do a more thorough investigation using these other
 6    imaging devices, correct?
 7           A     I presume that that's correct although
 8    I wasn't there.  So, I don't know --
 9                 As far as I know --
10                 I am not sure what Greg Gorbett's
11    involvement was in that.  So --
12           Q     So, did you think --
13           A     Normally.
14           Q     I'm sorry.
15                 Go ahead.
16           A     Normally, he is involved in the
17    selection of things to be retained.  So, that's
18    consistent with his, you know, involvement.
19           Q     In other HP cases that you have been
20    involved with, have you worked with Mr. Gorbett?
21           A     Yes.
22           Q     And Mr. Gorbett is a nationally renown
23    fire investigator, correct?
24           A     That's correct.
25           Q     And in the other cases that you were
```

D. Galler, P.E.

Page 45

1    involved with, you had the opportunity to talk to Mr.

2    Gorbett in your analysis of the case to get his input

3    on what he saw at the scene?

4          A      That's frequently common.  Not always,

5    but frequently common.

6          Q      So, that's my question.

7                 Did you have an opportunity to talk to

8    Mr. Gorbett at all about his investigation of the

9    source of the fire in this case?

10         A      I don't think I ever spoke to him about

11   this case.

12         Q      Now, Mr. Gorbett was hired by HP to

13   investigate the source of the fire and went to the

14   scene, correct?

15         A      That's correct.

16                MR. LEVITES:  Objection.

17         Q      And you were provided with photographs

18   that were taken by Mr. Gorbett?

19         A      Correct.

20         Q      Were you provided with the notes that

21   Mr. Gorbett took with regard to his findings and

22   conclusions based upon his investigation?

23         A      I don't -- I don't think so.

24         Q      And you weren't permitted to talk to

25   Mr. Gorbett?

D. Galler, P.E.

Page 46

```
 1              MR. LEVITES:  Objection.
 2         A    I didn't say that.  I just said that I
 3    don't remember talking to him about what he found at
 4    the scene.
 5              And part of this part of that issue of
 6    talking to Gorbett, for me, if I am on a scene with
 7    Greg, usually we talk afterwards while we are still
 8    at the scene but away from everybody else, like, what
 9    did we think.  I didn't have an opportunity to do
10    that because I wasn't at the scene.
11         Q    Right.
12              So, you weren't at the scene, but Mr.
13    Gorbett was and that gave him a perspective that you
14    didn't have?
15         A    I presume so, yes.
16         Q    But you never talked to him to Mr.
17    Gorbett to find out what that perspective was?
18         A    I don't -- I don't recall doing that.
19    That's right.
20         Q    Did you find it odd that Mr. Gorbett
21    did not produce any written materials from his
22    investigation in this case?
23              MR. LEVITES:  Objection.
24              You can answer.
25         A    Well, first of all, I am not sure he
```

D. Galler, P.E.

Page 47

```
 1    didn't provide any written materials.  Usually I get
 2    his photographs and some field notes which are, like,
 3    sketches of the room in question and things like
 4    that.  I am not sure if that answers the question
 5    though.  But I may have also gotten his sketches.
 6              Q     You may have?
 7              A     I just don't remember whether I got
 8    them or not.
 9              Q     I would like to make a request then
10    that you look for those sketches and any other
11    information you got from Mr. Gorbett and you supply
12    that to your attorney to supply that to us?
13              A     Okay.
14                    I am just going to make a note of
15    things you are requesting.
16                    Okay.
17              Q     Thank you.
18                    Do I understand your testimony, then,
19    that you in all of the cases that you worked with Mr.
20    Gorbett where he did the fire investigation that
21    you've never been provided with his final report in
22    any other cases?
23                    MR. LEVITES:  Objection.
24                    You can answer.
25              A     No, I don't think that that's correct.
```

D. Galler, P.E.

Page 48

1    I think there are other cases where I don't get

2    provided his report.  That's on the status of the

3    case and things like that.  So, I can't say in all

4    other cases no, I never got his report or I got his

5    report in the other one but not in this one.  There

6    is no uniform answer to all of those.

7                Q     Okay.

8                Do I understand that answer to mean

9    that in some cases you got Mr. Gorbett's report with

10   regard to his conclusions as to the cause and the

11   origin of the fire?

12               A     Are you talking about when the case

13   goes to trial or right after the fire?

14               You have to give me some context.  In

15   other words, I am -- I am not sure I can answer the

16   question correctly.

17               Q     Let's just say at any time in the

18   course of your involvement in the case have you

19   received copies of Mr. Gorbett's report on the cause

20   and origin of the fire?

21               A     I don't remember.  I think the answer

22   is at some point I probably did.  What I get early on

23   after a fire scene exam is frequently sketches of the

24   rooms or room of origin or something like that.

25               Q     And you didn't get them from Mr.

D. Galler, P.E.

Page 49

1    Gorbett in this case?

2            A      I just don't remember.  I may have

3    gotten this.  I just don't remember as I am sitting

4    here right now.

5            Q      Well, you didn't list them at all in

6    your report, correct?

7            A      That's right.  Although I have to say

8    sometimes they are embodied in his --

9                   In other words, I get his photographs.

10   I think the photographs I got are just photographs.

11   Sometimes when I get information from him after a

12   scene exam, there are photographs and then there is

13   things that look like photographs but when you open

14   them actually it's a sketch he made as opposed to a

15   photograph from a camera.  And the sketch may have

16   things, like, an area where they think is the area of

17   origin.  It may have things like what the electrical

18   circuits were.  And so, sometimes that's collected

19   and I get it all at once together with his

20   photographs.  I think in this case I have

21   photographs, but I am not sure I have anything else.

22           Q      How many photographs approximately did

23   you get from Mr. Gorbett?

24           A      I don't think I remember --

25                  I don't remember the exact number.  I

D. Galler, P.E.

Page 50

```
 1   would say it's probably like 250; something like
 2   that.
 3              Q     Okay.
 4                    Who provided those?
 5                    Mr. Gorbett directly or did you get
 6   them from the attorney for HP?
 7              A     I don't remember.
 8                    MR. LEVITES:  Can we take a break?
 9                    MR. SCHWARZ:  Sure.
10                    VIDEOGRAPHER:  The time is
11               approximately 11:01.
12                    Going off the video record.
13                    (Whereupon, a short break was taken)
14                    VIDEOGRAPHER:  The time is 11:15.
15                    We are back on the video record.
16                    MR. SCHWARZ:  Thank you.
17              Q     We were looking at your report, which I
18   marked as Galler Exhibit 1.
19                    And there is an item listed, number 8,
20   of documents you reviewed.
21                    It says:
22                    "Additional documents sent by e-mail on
23               February 21, 2024."
24                    Can you tell me what documents you are
25   referring to there?
```

D. Galler, P.E.

```
 1          A     There were production documents of some
 2     sort, but I don't remember exactly what they were.
 3          Q     Okay.
 4                Can you put them on the list then of
 5     other things you are going to --
 6          A     Sure.
 7          Q     -- provide to me?
 8          A     Sure.
 9                MR. LEVITES:  Taken under advisement.
10                We will take all that under advisement
11           after the deposition.
12                MR. SCHWARZ:  Okay.
13          Q     I wanted to ask you this, but when you
14     went to FRT to be part of that examination, did Mr.
15     Gorbett go to that examination as well?
16          A     No, he didn't.  He normally doesn't go
17     to lab exams.
18          Q     Okay.
19                So, he is the one that typically
20     investigates the fire scenes for HP?
21          A     He is one of the principal
22     investigators common on fire scenes.  But there are
23     other people as well.
24          Q     So, other people that join him or other
25     people that play that role for HP?
```

D. Galler, P.E.

Page 52

```
 1            A     Other people.  I am sorry.  Other
 2     people that play that role.
 3            Q     And in any of the other cases that you
 4     have been involved with, with Mr. Gorbett doing the
 5     fire scene investigation, have you ever experienced
 6     him not producing a report and testifying in the
 7     case?
 8            A     Sure.
 9            Q     So, it's a common occurrence that HP
10     hires a fire investigator who doesn't produce a fire
11     investigation report?
12                  MR. LEVITES:  Objection.
13                  You can answer.
14            A     I am not quite sure that I said it was
15     common.  But I think there are times that he's been
16     in a fire scene with me and then later on the case
17     progresses and I don't see a report from him.
18            Q     Okay.
19                  If we would turn to Section 2.0 on the
20     first page of your report, it says a, "Brief
21     Description of the Fire."
22                  Do you see that?
23                  It's the very first page of Exhibit 1.
24     Tab one.
25                  A     Yeah.  Sure.  First page.  Okay.  I got
```

D. Galler, P.E.

Page 53

1    it.

2            Q    Good.

3            A    Sorry.

4            Q    That's okay.

5                 And is it a fair assumption that you

6    put together this brief description based upon the

7    other materials that you reviewed in this case?

8            A    Yes.

9            Q    One item that is not listed as a

10   document you reviewed but is referenced on the next

11   page is the Allegany Fire Service Investigation

12   Report.

13           A    Yes.  But I think that that's the

14   documents --

15                It's either included in the materials

16   that were provided to me.  You know, the discovery

17   documents that were provided to me.  So, that would

18   be on the first page.

19                So, I guess you are asking why isn't it

20   on the list?

21           Q    No.  I just wanted --

22                I was just noting that you reviewed

23   that as well.

24           A    Yes, I did.

25           Q    Okay.

D. Galler, P.E.

Page 54

```
 1                   And in the Allegany Fire Service
 2      Investigative Report, there is also some statement
 3      that was taken by -- from Carol Marcellin, who was
 4      the witness to the fire, that was taken the night of
 5      the fire.
 6                   Do you recall that?
 7           A     I'm sorry.
 8                   Can you repeat the question?
 9           Q     Sure.
10                   In the Allegany Fire Investigation
11      Report there is a statement that was taken from Carol
12      Marcellin on the night of the fire having her explain
13      what she saw and what she did.
14                   Do you recall that?
15           A     I am not sure.  Which --
16                   Are you referring to the first
17      paragraph under the Allegany Service discussion?
18           Q     No.  I am asking you.
19                   In the actual report from the Allegany
20      Fire Service, do you recall reviewing that because
21      you quoted it here, right?
22           A     Yes.
23           Q     And in that -- not the part you
24      quoted -- but another part of the report there is a
25      statement that was taken from Carol Marcellin on the
```

D. Galler, P.E.

Page 55

 1   night of the fire.

 2         A     Well, I remember her report of what she

 3   did in her deposition.  And if it was also in the

 4   Allegany Fire Service Report, I probably would have

 5   said oh, I recognize that.  So, you know, yes, it

 6   could have been there, but it is not something that I

 7   recall as I am sitting here right now.

 8         Q     Okay.

 9               In any event what you summarized here

10   in 2.0 of your report on page one is your synopsis of

11   what you believed that the testimony or statements

12   from Carol Marcellin were?

13         A     Yeah.  At the second paragraph on page

14   1 on the bottom --

15               The paragraph on the bottom of page 1.

16   According to her testimony.

17               Is that what you are asking me about?

18         Q     Well, you start out in the first

19   paragraph where you say that:

20               "Ms. Marcellin testified that she was

21                awakened by a smoke alarm around 4 a.m.

22                She silenced the alarm and could see a glow

23                from the room where the computer was

24                located.  She got a fire extinguisher from

25                the kitchen and attempts to fight the fire.

D. Galler, P.E.

Page 56

1          She was unable to fight the fire."
2                 So, that's the first part where you
3     recite that and that would be from Carol Marcellin,
4     correct?
5          A     Correct.  Correct.
6          Q     And you then go into further summary of
7     the death of Mr. Hollowell?
8          A     Correct.
9          Q     So, with regard to the first part
10    though did you find any evidence inconsistent with
11    her statements in that first paragraph of your
12    section 2.0?
13                MR. LEVITES:  That's from Ms. Marcellin
14           testifying that she was unable to fight the
15           fire?
16         Q     Being awakened by the smoke alarm and
17    seeing the glow from the room where the computer was
18    trying to put it out and being unable to.
19                Did you find any evidence in the case
20    that was inconsistent with her account?
21         A     I don't think so, but I am not really
22    quite sure what --
23                You mean did I find anything
24    inconsistent with that description in the first
25    paragraph?  No.

D. Galler, P.E.

Page 57

1          Q      Okay.

2                 Thank you.

3                 Now, if you turn to tab 19, which I

4    marked as Exhibit 2.  That is the Allegany Fire

5    Report.

6          A      Tab 19.

7          Q      Yeah.

8                 The first page says Exhibit A, but

9    that's just the way it was copied.

10         A      Okay.  I am just trying to get my elbow

11   positioned to the right place here.  Exhibit A.

12         Q      Just turn to the next page.  That's

13   where we will start.

14         A      Okay.

15         Q      That, again, has been marked as Exhibit

16   2.

17                And this is a report that you

18   previously reviewed, correct?

19         A      Correct.

20         Q      It appears that this report was based

21   on the investigation that was conducted by the

22   Allegany County Fire Service Fire Investigation Team

23   on the night of the fire; the early morning hours of

24   January 24th, 2020.

25         A      I think that's correct.

D. Galler, P.E.

Page 58

```
 1              Q     And this report indicates that they
 2    actually had four fire investigators that were called
 3    to the scene and reviewed all of the evidence in the
 4    house on the evening of the fire or the early morning
 5    hours of the fire?
 6              A     I don't see where it says four, but I
 7    think I recall that -- that -- four investigators.  I
 8    think I recall reading that in the document
 9    somewhere.
10              Q     Well, if you look at the narrative on
11    the second page or the page after the first page, it
12    says "Narrative."
13              A     Yes.
14              Q     And it lists fire investigators and it
15    lists Edwards, Aderhold, Valeri and Luckey.
16              A     Yeah, I see it.
17              Q     Okay.
18              A     Right.
19              Q     If you turn to the second page, it
20    says:
21                    "Upon looking more closely at an HP
22                 laptop computer located on a pull-out shelf
23                 of a computer cabinet the FI team saw
24                 unusual looking damage to the area between
25                 the keyboard and the screen."
```

D. Galler, P.E.

Page 59

1              Did I read that correctly?

2         A     Yes.

3         Q     So, the Allegany fire investigators

4    found what they believed to be unusual damage on the

5    keyboard surface area of the laptop?

6         A     Yes.

7         Q     And then, they say:

8              "We picked up the HP laptop and

9           observed additional damage to the paper

10          under the battery cover area.  We also

11          observed damage to the battery cover and

12          the battery located in the laptop."

13         A     I see it, yes.

14         Q     So, they looked at the bottom of the

15   laptop and saw that there was damage to the battery

16   compartment, correct?

17         A     Yes.

18         Q     And then they say:

19              "This area of the battery cover showed

20          an inconsistency with damage from a fire

21          spread.  It should have been a protected

22          area."

23              Did I read that correctly?

24         A     You did.  You are doing very well.

25         Q     Thank you.

D. Galler, P.E.

Page 60

```
 1              I am a pretty good reader, but not
 2   always perfect.
 3              Now, are you familiar with what a
 4   protected area refers to in fire investigations?
 5        A    Yes.
 6        Q    And that means that it's an area that
 7   wouldn't be expected to see the same extent of damage
 8   as an unprotected area, correct?
 9        A    Correct.
10        Q    So, they made an observation that an
11   area that should have been protected showed damage
12   which would be inconsistent with fire spread,
13   correct?
14        A    Correct.
15        Q    And that means that they came to a
16   conclusion that --
17        A    No.  I think you are starting to use
18   the wrong words.  They didn't come to a conclusion.
19        Q    Okay.
20        A    They came to a hypothesis.  There are
21   many possible conclusions in the fire investigation
22   world.
23        Q    Right.
24              What did Mr. Gorbett come to with
25   regard to that finding?
```

D. Galler, P.E.

Page 61

```
 1                MR. LEVITES:  Objection.
 2                You can answer.
 3         A    I am not aware because I didn't discuss
 4    it with him and I didn't get a report from him.
 5         Q    Okay.
 6                So, for some reason Mr. Gorbett's
 7    conclusions on that point were not available to you
 8    or anyone else?
 9                MR. LEVITES:  Objection.
10                You can answer.
11         A    I can't say for anyone else.  I can
12    only answer for myself.
13         Q    Okay.
14                You can answer for me too, because I
15    didn't see them either.
16                But you haven't seen them?
17         A    I haven't seen anything written from
18    him.  I haven't seen a report from him.
19         Q    Okay.
20                Now, the next paragraph says:
21                "Based upon our observation and ruling
22              out all other probable causes it is our
23              hypothesis the cause of the fire is the HP
24              laptop."
25                Did I read that correctly?
```

D. Galler, P.E.

Page 62

```
 1          A      Yes.

 2          Q      So, that is their hypothesis as to the

 3    cause of the fire?

 4          A      I already answered that.

 5          Q      Okay.

 6          A      Correct.

 7          Q      And they also say that they ruled out

 8    other probable causes, correct?

 9          A      Yes.

10          Q      Now, did you perform any kind of an

11    analysis to consider and rule out other probable

12    causes beyond the laptop?

13          A      I don't know of any other causes.

14          Q      What other causes --

15                 What other probable causes did you

16    consider other than the laptop battery pack?

17                 MR. LEVITES:  Objection.

18                 You can answer.

19          A      Well, let me answer the question this

20    way.  You are looking at the fire department's report

21    and I have reviewed fire department reports on fire

22    causes and frequently found that they are

23    overstepping their experience in looking at fires

24    when regarding electrical equipment.

25                 They will say oh, it must be this
```

D. Galler, P.E.

Page 63

```
 1    printer; it must be this power tool; it must be
 2    anything.  They say that and then eventually you find
 3    out they are wrong.  Because they are not trained
 4    electrical engineers.  They look at electrical things
 5    and they think they know what the problem is.
 6           Q     You are speaking in generalities,
 7    correct?
 8                 You don't know anything about these
 9    investigators, correct?
10           A     I am speaking in generalities.  That is
11    correct.
12           Q     My question was --
13           A     But according to the NFPA a hypothesis
14    doesn't necessarily mean that they had come to a
15    conclusion.
16           Q     Right.  You made that point.
17                 Let me go back to my question then.
18                 What other probable causes did you
19    consider in your analysis of this fire other than the
20    HP laptop battery pack?
21                 MR. LEVITES:  Objection.
22                 You already asked him.
23                 MR. SCHWARZ:  He didn't answer it.  So,
24              I can ask him as many as times as I need to
25                 get an answer.  He told --
```

D. Galler, P.E.

Page 64

```
 1              MR. LEVITES:  He said -- fire
 2          investigation and he said no and now you
 3          are asking him --
 4              MR. SCHWARZ:  I am asking him --
 5              His report talks about other possible
 6          causes.  I want to know what he considered.
 7          A    I didn't look at other possible causes.
 8   I was not at the scene.  I reviewed everybody else's
 9   report about what they had looked at.
10          Q    Well, when you say --
11          A    I am not a fire investigator, you know.
12   My job was to look at the computer and how things
13   around the computer reacted to the heat as a
14   possibility that that caused thermal runaway of the
15   battery.  That's what I was looking at.
16          Q    All right.
17              So, when you say you look at everybody
18   else's analysis of the fire scene, you are talking
19   about the Allegany fire investigators, correct?
20          A    You also had a fire investigator
21   report, which I reviewed.
22          Q    So, you looked at a fire --
23              You looked at the Allegany Fire
24   Investigative Report and you looked at the FRT fire
25   investigator's report and you didn't see anything
```

D. Galler, P.E.

Page 65

```
 1    from the HP fire investigator, right?
 2            A    Well, as far as I know, there was a
 3    report written by Tim Meyers of Exponent, who is
 4    working on behalf of HP and he is a fire
 5    investigator.
 6            Q    Right.
 7                 But he wasn't at the scene.
 8            A    No.
 9                 But he had the benefit of Greg
10    Gorbett's pictures.
11            Q    So, the only reports you saw from
12    people that were at the scene were from the Allegany
13    fire investigators and from FRT?
14            A    I think that's probably correct.
15            Q    And the hypothesis that both of these
16    investigative reports found was that the cause of the
17    fire was the HP battery pack?
18            A    Again, it's a hypothesis.
19            Q    Right.  That's what they found.  That's
20    their hypothesis.
21            A    Yes, that's their hypothesis.
22            Q    And they ruled out all other probable
23    causes?
24            A    Well, one thing they didn't do is there
25    was a tripped circuit breaker and they didn't seem to
```

D. Galler, P.E.

Page 66

```
 1    have investigated what the tripped circuit breaker
 2    was connected to.
 3              Q     What did Mr. Gorbett tell you about
 4    that?
 5              A     There is also another --
 6                    He didn't tell me anything about that.
 7              Q     Okay.
 8              A     There is also another issue that has
 9    not been resolved which is the electrical panel in
10    which the tripped breaker was found and the
11    un-tripped breaker was found --
12                    Three.  Three.  Breaker number three
13    which supplied the outlet into which the computer was
14    plugged was not tripped, but breaker number four was
15    tripped.  They didn't --
16                    Nobody traced to what number four went
17    to.  That's one issue.  And the other issue --
18                    Because it's here, we confirmed there
19    was a breaker, but it doesn't say what.  Labelled as
20    LR, living room.  But they never actually traced it
21    to see where it actually went.
22                    And the other thing is the breaker
23    panel they were looking at is a Federal Pacific
24    Electric Stab Lok breaker panel, which those are
25    recalled and are unlisted by Underwriter Laboratory.
```

D. Galler, P.E.

Page 67

1   And that means, as a result of that unlisting, which
2   happened in, like, 1990 or something like that, most
3   local jurisdictions won't allow those.
4         Q     Mr. Galler, I am sorry, is there
5   anything in your report about this recalled service
6   box that you are talking about now?
7         A     No.
8         Q     So, is it true that the information
9   that you are supposed to testify about is limited to
10  what is in your report?
11        A     I suppose, but --
12        Q     Okay.
13              So, if you felt that the service box
14  was an important factor to your opinions, you would
15  have put it in your report, correct?
16        A     Yes, that's generally correct.  Yeah.
17        Q     So, we don't need to talk about that.
18        A     Okay.  Okay.  That's fine.
19        Q     Now, if you can go back to your report?
20              And that's Exhibit 1, tab one, and turn
21  to page 2.
22              On page 2 you quote the section that I
23  read into the record from the Allegany Fire Service
24  Report of their hypothesis and ruling out other
25  causes other than the laptop, correct?

D. Galler, P.E.

Page 68

 1            A     Yes, that's correct.

 2            Q     Then underneath that quote you say:

 3                  "It is unclear as to what additional

 4                efforts AFS undertook to determine the

 5                cause of the fire beyond stating a

 6                hypothesis.  Nothing in the AFS material

 7                indicates that they considered the effects

 8                of ambient heat exposure on the battery

 9                cells."

10            A     Yes.

11            Q     Now, we just read the section where

12    they talked about the protected area, correct?

13            A     Yes.

14            Q     And the protected area discussion that

15    was in the AFS report addresses that because the

16    laptop was on a flat service, that the area

17    underneath the laptop would not expect to see the

18    kind of thermal damage that was found on the bottom

19    of the laptop.

20                  Do you recall that?

21            A     Yes.

22            Q     Now, would you --

23                  Are you saying that that is not an

24    observation that shows that they considered the

25    effects of ambient heat on the battery cells?

D. Galler, P.E.

Page 69

1          A      If you look --

2                 Yes, I am saying that.

3                 And if you look at this picture, that

4     is figure 1 of my report, what you will see is that

5     there is melted plastic dripping down the front

6     screen of the laptop.  They did nothing to think

7     about or talk about what temperature would be

8     required to make that plastic melt.

9          Q      What temperature would it require to

10    make that plastic melt?

11         A      That plastic is made out of -- or the

12    plastics are an ABS plastic.  It's a long word.

13    Acrylonitrile Butadiene Styrene.  ABS.  And a

14    Polycarbonate.  PC.  And the melting point of those

15    plastics is in excess of 200 degrees C.

16                So, to say oh, it wasn't from ambient

17    heat is a little bit unusual since we know the top

18    part of the laptop got to at least 200C because

19    that's why the plastic melted down.

20                So, given that and given the keyboard

21    keys are melted, how do they rule out ambient heat

22    exposure?

23         Q      Okay.

24                What is the typical temperature

25    generated by a lithium-ion battery cell that goes

D. Galler, P.E.

Page 70

```
 1    into thermal runaway?
 2           A      Well, I think I read somewhere it can
 3    get up to 500C if it gets into thermal runaway.
 4           Q      Actually, it could go up to 1,000C if
 5    they go into thermal runaway, right, Mr. Galler?
 6           A      I think I've seen that number
 7    somewhere.
 8           Q      Okay.
 9                  So, is it your testimony that somehow
10    looking at this picture you can determine that the
11    damage to the screen and the keyboard was not from
12    heat generated by thermal runaway?
13           A      Well, yeah, because batteries are at
14    the bottom and the laptop screen that is melted is at
15    the top.
16           Q      Are you --
17           A      So, how did the heat get from under the
18    laptop to up to the top of the screen?
19           Q      Mr. Galler, are you aware of the damage
20    that was to the battery compartment that goes right
21    through the top of the laptop?
22           A      I am.
23           Q      So, you are saying that the venting of
24    the hot gases and the ejection of the battery
25    materials out of the top of the laptop could not
```

D. Galler, P.E.

Page 71

1    cause heat to the screen?

2                Is that your testimony?

3        A    I am not saying it couldn't cause heat

4    to the screen.  But if it caused enough heat to make

5    the top go to 200C, then why isn't the screen here at

6    the bottom where that hole is produced at the top of

7    the keyboard, that you are talking about, is damaged

8    in some way?  Because if you make that glass go to

9    500 degrees or 1,000 degrees C, it's going to break.

10   It didn't break.

11       Q    So, your --

12                I'm sorry.

13                Go ahead?

14       A    The path of the heat from that hole to

15   the top.  I don't see there being a good path from

16   the top of the keyboard to the top of the screen

17   without some damage taking place.  And there is no

18   damage taking place.

19       Q    Now, when you went to --

20                You actually could do better than

21   looking at photographs.

22                You actually had a chance to evaluate

23   the laptop, itself, right?

24       A    What do you mean evaluate the laptop

25   itself?

D. Galler, P.E.

Page 72

1        Q     Well, the laptop was taken to FRT and
2   you went to FRT to evaluate the laptop and everything
3   else that was brought from the fire scene, right?
4        A     Yes.   That's correct.
5        Q     And did you do a thorough analysis of
6   the screen and the area where the heat from the
7   battery pack melted the top of the laptop to make
8   some determination that the screen could not have
9   been damaged by thermal runaway?
10        A     No, not at that time.
11        Q     Did you take any notes of your
12   evaluation?
13        A     Well, I think you are saying in looking
14   at my report now and doing work now did I take
15   advantage of what my observations are now two years
16   ago when I looked at the laptop.   And the answer is
17   no.
18        Q     So, you didn't take any notes of your
19   examination of the laptop itself that would show that
20   you were concerned that this could not have occurred
21   from thermal runaway?
22             MR. LEVITES:   Objection.
23             You can answer.
24        A     I think it was early in the evaluation
25   of the case.   And I wasn't sure what.   I was just

D. Galler, P.E.

Page 73

1    looking at the pieces.
2              Q      Well --
3              A      I have pictures of the screen of the
4    laptop and it's undamaged between that hole that you
5    are pointing to on the computer near the keyboard and
6    up to the screen.  So, there is no damage to that
7    area.
8              Q      So, the one fact I want to get at is,
9    is you are saying that the plastic would have to get
10   to at least 200 degrees Celsius to melt like that,
11   correct?
12             A      Correct.
13             Q      Okay.
14                    And that would be true generally of
15   that type of material?
16             A      Correct.
17             Q      And your hypothesis then --
18                    Did you form a hypothesis?
19                    MR. LEVITES:  About what?
20             A      I am not sure what you --
21             Q      Withdraw that question.
22                    Did you form a hypothesis as to what
23   caused the damage that you are pointing out on the
24   laptop?
25             A      I now formulated a hypothesis.

D. Galler, P.E.

Page 74

```
 1              Q     What do you mean now?
 2                    Like, today or?
 3              A     I mean, in the last several weeks when
 4    I have been thinking about the fire and reading
 5    everyone's reports, I then reconsidered the
 6    possibility of thermal runaway from that.
 7              Q     Okay.
 8              A     Meaning, evidence of ambient heat
 9    looking at those edges on the top of the laptop
10    screen.
11              Q     Is this something that's in your report
12    or not in your report?
13              A     It's not in my report.
14              Q     So, you now have a new opinion that
15    wasn't in your report?
16              A     I would say an additional opinion.
17              Q     And the additional opinion is that
18    ambient heat in the room where the fire was caused
19    this damage to the laptop?
20                    MR. LEVITES:  Objection.
21                    You can answer.
22              A     Yeah.
23              Q     What is the source of that ambient
24    heat?
25              A     A hot layer of gas in the room.
```

D. Galler, P.E.

Page 75

```
 1          Q      Okay.

 2          A      As the room is burning.

 3          Q      So, tell me about the thermal or the

 4   hot layer of gas.

 5                 That's something that starts at the top

 6   of the room and comes down as the fire progresses,

 7   correct?

 8          A      That's correct.

 9          Q      So, that means that the heat layer

10   would have to have come down to the level of the

11   laptop in order to cause that kind of damage based on

12   your hypothesis?

13                 MR. LEVITES:  Objection.

14                 You can answer.

15          A      I don't think the heat has to be down

16   to the level of the laptop.  I think the heat layer

17   is above that and it radiates infrared heat around

18   the room.

19          Q      Okay.

20          A      Down.  You know, from the bottom of the

21   layer down.

22          Q      So, you are saying that the temperature

23   of the heat layer radiating heat to the level of the

24   laptop was in excess of 200 degrees Celsius?

25          A      Yes.  Not the heat layer.  Well, all I
```

D. Galler, P.E.

Page 76

1  am saying is that the radiant heat was sufficient to

2  get the top edge of the laptop above 200 C.

3         Q     Right.

4              And that would mean that everything in

5  the room above the level of the screen of the laptop

6  would have received the same heat or even a higher

7  heat, correct?

8              MR. LEVITES:  Objection.

9         A     Depends on its visibility to the hot

10 layer.

11        Q     Well, all right.

12             Everything else in the picture above

13 the level of the laptop would have experienced an

14 even higher heat than that, correct?

15             MR. LEVITES:  Objection.

16             You can answer.

17        A     No.  It depends.  See the laptop screen

18 is visible to the large portion of a heat layer.  So,

19 things like paper and stuff like that nearby were

20 actually back in a shelf and they may not have

21 been --

22             When I look at the pictures of the

23 armoire, it looks like there is a shelf above that

24 paper.  So, it's not as exposed as the laptop is.

25 The  visibility --

D. Galler, P.E.

```
 1              There is different visibility to the
 2    hot layer of different things.
 3         Q    So, you indicated that you didn't have
 4    an expertise in fire analysis.
 5              Tell me where you got the expertise to
 6    make that statement that you just made.
 7              In other words, where did that come
 8    from?
 9         A    Well, I understand that the physics of
10    a hot layer of gas radiating downward on something.
11    And then, I looked at the pictures of the armoire and
12    what I see is shelves above that paper.  So, probably
13    the reason --
14              The paper didn't --
15              Now, some of it did get brown, as you
16    see, just above into the right of the laptop.  And
17    some of it got browned.  And there is actually some
18    melted plastic stuff up there, too.  And so, that --
19              But the monitor above the computer in
20    question isn't really melted there and that's because
21    it is actually set back a little bit so it's not as
22    visible.  So, it's just geometry really.
23         Q    Okay.
24              So, you are an expert then and you are
25    able to say the heat layer would not have penetrated
```

D. Galler, P.E.

Page 78

1    the armoire?

2                    MR. LEVITES:  Objection.

3                    You can answer.

4         A     I didn't say I was a fire expert.  I

5    said I was applying basic physics to the

6    understanding of how a hot layer radiates to where

7    the laptop was.

8         Q     Right.

9                    So, you've done research then into the

10   effect of a piece of furniture like this on the heat

11   layer and that somehow this furniture shelf would

12   protect certain items from the hot layer?

13                   You've done research on that?

14                   MR. LEVITES:  Objection.

15        A     I have not done research on that.

16        Q     Okay.

17        A     I am saying to you --

18                   What I am saying to you is the simple

19   fact that there are batteries that went into thermal

20   runaway.  Now, they could go into thermal runaway by

21   themselves without the effect of the room or they can

22   go into thermal runaway because the ambient heat was

23   high.  And it seems like the fire department and

24   everybody else has ruled out the second aspect.

25        Q     Okay.

D. Galler, P.E.

Page 79

1          A      What I am saying is there is evidence
2     of infrared radiation hitting the top of the laptop.
3     And it's high enough to cause acceleration in the
4     thermal runaway.
5          Q      Okay.  And we are going to get to that
6     in more detail.
7                 Now, I would like you to turn to tab
8     five, which I marked as Exhibit 3.
9                 And it's a photograph.
10         A      Okay.
11         Q      And do you recognize what that
12    photograph depicts?
13         A      I think this is the bottom of the
14    incident subject computer.
15         Q      Okay.
16                And it shows the --
17                Yes, that is correct.
18                And it shows the area of the battery
19    compartment in sort of the middle of the photograph,
20    correct?
21         A      Correct.
22         Q      And it shows --
23                Actually, one of the cells is visible
24    partially on the right side?
25         A      It looks like one of the cells is

D. Galler, P.E.

Page 80

```
 1    visible on the left-hand side.  But I think it
 2    depends which way you are holding the picture.
 3              Q     I apologize.
 4                    On the side that the hand is on.
 5              A     On the side that the hand is on.
 6                    Correct.
 7              Q     Let's do that because I understand the
 8    confusion there depending on how you have the
 9    picture.
10                    So, which side --
11                    I don't know how you got it oriented,
12    but you got it oriented that the hand is on the left
13    side; is that correct?
14              A     Yeah, the hand is on the left side.
15              Q     Okay.
16                    So, let me orient it that way.
17                    So, if the hand is on the left side,
18    then would you agree with me that the damage to the
19    left side of the battery compartment is more severe
20    than the damage to the right side?
21              MR. LEVITES:  Objection.
22                    You can answer.
23              A     Yes.
24              Q     Okay.
25                    Would you also agree with me that the
```

D. Galler, P.E.

Page 81

1    area of the battery compartment sustained much more

2    thermal damage than any of the other part of the

3    bottom of the laptop?

4            A    Yes.

5            Q    Then if you can turn to tab 6, which is

6    the next one which I marked as Exhibit 4, that's a

7    photograph of the keyboard surface side of the

8    laptop, correct?

9            A    Yes.

10           Q    And that shows the damage that was

11   described by the Allegany fire investigation to the

12   top surface of the laptop in the area of the battery

13   compartment?

14           A    Well, I see there is damage to the

15   laptop.  It's in the area of the battery compartment.

16   But I don't remember what Allegany fire service said

17   exactly.  So, probably it's consistent with what they

18   said, but I don't remember what they said.

19           Q    You don't have to turn.  I will just

20   read it.

21               From Exhibit 2, the Allegany Fire

22   Service Report, it says:

23               "The FI team saw unusual looking damage

24                to the area between the keyboard and the

25                screen."

D. Galler, P.E.

Page 82

```
 1                    And that's what they are describing
 2      that's shown in Exhibit 4, correct?
 3                    MR. LEVITES:  By the way, Steve, which
 4              page are we talking about in tab 19.
 5                    MR. SCHWARZ:  That's page 2 of tab 19
 6              that we read before.
 7                    MR. LEVITES:  Page 2 of tab 19.  Page 2
 8              of the report or page 2 of the tab?
 9                    MR. SCHWARZ:  I'm sorry.  Page 2 of the
10              report.  The cover page doesn't have a page
11              number.
12                    MR. LEVITES:  Okay.
13                    MR. SCHWARZ:  It's the last page.
14                    MR. LEVITES:  Okay.  So, the last page.
15              Okay.  I see where you are saying.  So,
16              the sentence beginning "Upon looking more
17              closely"?
18                    MR. SCHWARZ:  Right.
19         Q    So, I am sure you forgot what the
20      question was, Mr. Galler, so I am just going to
21      remind you.
22                    The unusual looking damage that's
23      described by the Allegany fire service is basically
24      this hole in the top of the computer near the screen,
25      right?
```

D. Galler, P.E.

Page 83

1              A     I think that's correct, yes.

2              Q     Okay.

3                    And that damage shows that the battery

4     compartment was almost completely exposed to the

5     surface.

6                    The plastic is all gone, right, that

7     covered it?

8              A     I think it's melted.  I wouldn't say

9     it's all gone; but, yes, you could see through to the

10    blue paper below.

11             Q     And the damage to that compartment,

12    again, doesn't appear to be uniform.  It's worse

13    closer to the edge of the computer and not as bad as

14    you get towards the center of the computer, correct?

15             A     Correct.

16             Q     So, the thermal damage to the battery

17    pack compartment was not uniform?

18                   MR. LEVITES:  Objection.

19                   You can answer.

20             A     Well, I guess as far as this picture

21    what it shows, that is correct.

22             Q     Okay.

23                   And you saw this --

24             A     On the top surface.

25             Q     You saw this live --

D. Galler, P.E.

Page 84

```
 1              Well, it's also shown on the bottom
    surface, right?
 3              We already talked about that.
 4              One side is more damaged --
 5       A    It's not uniform.  It's not uniform.
 6              Correct.
 7       Q    Okay.
 8              Now, in your report, which is Exhibit
 9   1, you make the statement --
10              And I will find it.
11              If you turn to your conclusions page,
12   page 20 --
13       A    Uh-huh.  Yeah.
14       Q    -- of Exhibit 1.
15       A    Yes.
16       Q    Conclusion 6 states:
17              "The thermal damage to the subject
18           computer and the area around the computer
19            is not consistent with a fire origin in the
20            computer."
21       A    I see that.
22       Q    Did I read that correctly?
23       A    Yes.
24       Q    I want you to tell me precisely what
25   evidence on the computer, itself, led you to that
```

D. Galler, P.E.

Page 85

1    conclusion?

2          A      If ignition -- if ignition took place

3    on the bottom of the computer, then I would have

4    expected the fire burning right there near the

5    computer or at the computer would have consumed all

6    the plastic that we have been discussing in these

7    pictures.  In other words, the keyboard would be

8    burned.  The battery compartment would be gone.  We

9    would see char.  We would see consumption of the

10   paper nearby as if a fire was evolving from that

11   spot.  But that's not what we have.  So, in my mind

12   this is inconsistent with the fire starting in the

13   computer.

14         Q      Okay.

15               I want to find out what other than your

16   mind reaches that conclusion.

17               So, in other words are you saying that

18   based upon your experience in fire investigation that

19   you would expect to find different types of damage if

20   the fire originated in the computer?

21               MR. LEVITES:  Objection.

22               You can answer.

23         A      In my experience, and looking at

24   probably 100 fires where a product is involved, and

25   the product is made of plastic, that if we

D. Galler, P.E.

Page 86

1    hypothesized the product starts a fire, normally most
2    of the plastic is consumed and then the fire spreads
3    outward.  That's what a fire does.  It spreads
4    outward.

5              So, I am saying -- so, I am saying that
6    is what my experience is.  And so, I am having
7    trouble looking at these pictures and saying this is
8    where the fire started.  It looks like the battery
9    got hot.  I will give you that.  But it doesn't look
10   like the fire started here and spread out.

11        Q    Okay.

12        A    I think is what the Allegany fire
13   service was, you know, if you are looking for a fire
14   origin.  But the origin has to spread out from there
15   and get to the walls and the ceiling.  And it doesn't
16   do that.  I can't see how this does that.

17        Q    Okay.

18             Now, have you actually witnessed
19   thermal runaway in a 18650 cell?

20        A    I have run --

21             I have witnessed thermal runaway in a
22   lithium-ion battery, but it was not a 18650.

23        Q    Okay.

24             Have you reviewed any videos of other
25   people experimenting with putting an 18650 cell into

D. Galler, P.E.

Page 87

1     thermal runaway?

2          A     I may have, but as I am sitting here

3     right now, I can't recall a specific video other than

4     early ones -- meaning, more than five years ago -- of

5     people putting 18650s and a laptop on a hot plate on

6     YouTube.  So, I don't consider them scientific, but I

7     had seen those.  But I haven't seen a laboratory test

8     where people, engineers said, "Here is what we are

9     going to do.  We are going to have these go into

10    thermal runaway."

11         Q     So, we will get into this, but are you

12    familiar with the venting of flammable gases from

13    18650 cells that go into thermal running?

14         A     Yes.

15         Q     Are you familiar with the explosion and

16    ejection of battery contents out of 18650 cells that

17    are in thermal runaway?

18         A     Yes.

19         Q     And you are saying that the explosion

20    of cells or the venting of hot gases that are

21    flammable would be inconsistent with what you are

22    seeing on this laptop?

23              MR. LEVITES:  Objection.

24              You can answer.

25         A     No, I didn't -- I didn't say that.

D. Galler, P.E.

Page 88

1                And I see that remains of battery cells
2       were thrown as if an explosion took place.  So, I am
3       not saying that they didn't go into thermal runaway.
4            Q     But I think you are saying if they went
5       into thermal runaway, you would not expect to see
6       this pattern?
7                If they went into thermal runaway
8       because of defects in the batteries, you would not
9       expect to see this fire pattern?
10                MR. LEVITES:   Objection.
11                You can answer.
12           A     No, I don't think I said that.
13                I think what we were just discussing
14      is -- and maybe you asked intermediate questions and
15      I lost track.  But what I think you are discussing is
16      the behavior of the fire propagating from this area
17      of the battery is consistent with the fire origin
18      being here.  And what I am saying is I think there is
19      evidence of thermal runaway, but it doesn't look like
20      the things that I know to be flammable, like, the
21      keyboard and the plastic, they are not consumed.  So,
22      how could the fire propagate from this area without
23      that consumption.
24           Q     So, if the cells went into thermal
25      runaway because of defects in the cells, you are

D. Galler, P.E.

Page 89

1    saying that you would expect the entire keyboard to

2    be melted?

3                  MR. LEVITES:  Objection.

4                  You can answer.

5          A      I am not --

6                  I am going to say what I said again.

7    And then I am going to listen to your question more

8    carefully.  I am sorry.  What I am saying is there

9    may have been thermal runaway.  There may have been

10   thermal runaway because of ambient heat or there may

11   have been thermal runaway because the batteries have

12   defects in them and they were overcharged.  What I am

13   saying is that those are both possibilities.

14                 What I am saying is that the fire

15   originating here and propagating out to the rest of

16   the room, which is what the Allegany Fire Service

17   hypothesized, it doesn't make any sense to me because

18   here are flammable things that are not burned.  I

19   mean, there is the laptop.  It's not on the desk

20   anymore in the picture we have been discussing.  I am

21   just saying the keyboard and the plastic, they didn't

22   burn.  So, how could fire consume things on the

23   armoire without consuming the laptop?  The laptop is

24   largely intact.  It is melted in a couple of areas

25   and consumed in a couple of areas, but it's largely

D. Galler, P.E.

Page 90

1    there.  If you look at the x-ray, everything in the
2    bottom of the laptop is still there.
3            Q     So, you are offering this opinion,
4    then, based upon your training and experience as an
5    electrical engineer?
6            A     As an electrical engineer who looks at
7    fire damaged electrical equipment.  This has been
8    hypothesized as the cause of a fire.  And I think
9    that the fire investigator said, "yeah, the fire
10   starts at this product," and the product looks
11   completely consumed, then that's what I expect.
12               When a fire investigator says, "this is
13   what I think started the fire" and two-thirds of this
14   thing is still there and not burned, it doesn't make
15   any sense.  So, I say it doesn't make any sense.
16           Q     Now, in the 20 or 30 other thermal
17   runaway laptop investigations you've done, how did
18   those laptops look different than this one?
19               MR. LEVITES:  You are asking him each
20        one or just generally?
21               MR. SCHWARZ:  Generally.
22           A     It depends.  Sometimes they go into
23   thermal runaway --
24               The batteries go into thermal runaway
25   and there is a relatively small fire and it's put

D. Galler, P.E.

Page 91

1    out.

2            Q    Okay.

3            A    And then, it looks like --

4            Q    Well, let me stop you there.

5            A    Yeah, okay.

6            Q    If there are batteries in a laptop that

7    go into thermal runaway and then the fire is put out,

8    tell me how the laptops in that scenario look

9    different than this laptop?

10           A    I guess what I meant to say is not the

11   fire is put out, the fire goes out.  I don't

12   necessarily know how it goes out.

13           Q    Okay.

14                The fire went out.

15           A    Okay.  The fire went out.  I can think

16   of one instance.  I am not trying to think of a lot

17   of instances, but I can think of one instance.  The

18   fire --

19                There was a fire that started in a

20   room, apartment room.  Maybe the room was 10 by 20.

21   It had a kitchen counter.  There was a large flat

22   screen television against one wall and on the kitchen

23   counter there was a laptop with it being charged with

24   18650s.  And the television on the wall.  A flat

25   screen television on the wall.  And there is a fire

D. Galler, P.E.

Page 92

1    there.  I mean, we see burning from that looking at

2    the fire scene.  We see burning there.  A sprinkler

3    is activated.  So, it puts the fire out.  Then there

4    is a secondary fire 10 feet away on the kitchen

5    counter where there is a battery -- where 18650s in a

6    laptop were being charged.  And there is a small fire

7    there.  Like, it looks like it ignites part of the

8    battery pack, but doesn't propagate any further and

9    then goes out.  And the battery pack was --

10                The way the battery was positioned, the

11   way the laptop was positioned, was such that the

12   battery compartment was actually hanging off the

13   counter a little bit so when the TV set caught fire,

14   hot air heated the room up and was able to impact the

15   battery compartment of the laptop and the batteries

16   went into thermal runaway.  And then, it went out.  I

17   guess it --

18                I am not sure why it went out, but it

19   went out.

20           Q      Okay.

21                So, if --

22                That wasn't an answer to my question,

23   but you did give us a good description.

24                In that case, that would be a case of

25   thermal runaway that you believe was created by

D. Galler, P.E.

Page 93

1   external heat?

2         A      Correct.

3         Q      And in that scenario, how did the

4   physical damage to the laptop compare to the physical

5   damage of this laptop?

6                MR. LEVITES:  Objection.

7                You can answer.

8         A      It was -- it was similar in that the

9   whole laptop, that I was describing, the whole laptop

10  wasn't consumed.  So, there was still a keyboard

11  there.  And I think the -- I am not sure where the --

12               I don't remember exactly where the

13  battery pack was.  It might have been in a similar

14  arrangement like this.  In other words, the battery

15  pack was in the rear behind the keyboard at the

16  bottom and part of it was hanging over the kitchen

17  counter facing the fire from the television set.  And

18  I think about half or a quarter of the laptop was

19  burned.

20        Q      Okay.

21        A      It was similar to this in that the

22  entire area on the kitchen counter wasn't burned.

23  Like the kitchen counter wasn't burned much.  It was

24  mostly the laptop and maybe just a fraction of the

25  laptop was burned.

D. Galler, P.E.

Page 94

1          Q      And this was an HP laptop that you were
2     investigating on behalf of HP?
3          A      I don't remember.  I know I was there
4     on behalf of HP so I have to presume it was an HP
5     laptop.
6          Q      Is that the only example in your career
7     that you've seen thermal runaway in a laptop or are
8     there others?
9               MR. LEVITES:  Objection.
10              You can answer.
11         A      There are some that have been described
12    to me.  I may have seen a few more.  But there is one
13    that comes to mind which is not that I physically
14    saw, but it was a case where a fire investigator that
15    I work with --
16              Not Greg Gorbett.  Not somebody who was
17    working before.  I was doing work with HP.  He called
18    me up and said, "I have this odd fire and I have what
19    looked like two fires in the same room and I don't
20    understand how it worked."
21              And I described this concept to him, of
22    looking at 18650s going into thermal runaway and
23    ejecting their hot contents across the room into a
24    wastepaper basket.  And he said "Oh, now I see how it
25    works."  He was seeing two fires in two different

D. Galler, P.E.

Page 95

1    places, but he wasn't sure how they communicated.

2              Q      Okay.

3                     And that --

4              A      That was a case of thermal runaway.  I

5    am not sure what caused the thermal runaway, but I am

6    just saying the battery ejected hot contents.

7              Q      Right.

8                     But my question is did you actually

9    observe that laptop to see what damage the ejection

10   of the battery contents made to the actual laptop?

11             A      No, I don't think I ever saw that one.

12             Q      So, you've never seen what thermal

13   runaway that originates in a battery pack does to a

14   laptop?

15                    MR. LEVITES:  Objection.

16                    You can answer.

17             A      As I am sitting here, I can't recall

18   the cases or the number but it just seems to me that

19   I've seen this before that it's thermal runaway.

20             Q      So, you think you've seen thermal

21   runaway in a laptop before.

22                    And what I am asking you is in the

23   times that you've seen thermal runaway that

24   originated in a laptop, I want you to tell me what

25   the damage to the laptop, itself, the plastic was and

D. Galler, P.E.

Page 96

1    how it compared to this laptop?

2              MR. LEVITES:  Other than the two cases

3         --

4              MR. SCHWARZ:  Other than what?

5              MR. LEVITES:  Other than the two he

6         just talked about?

7              MR. SCHWARZ:  Well, the one he just

8         talked about he didn't say he looked at the

9         laptop.  He just talked to the guy on the

10        phone.  And the other one he said he

11        believed was caused by the TV fire.

12             So, I want to know if he's got

13        experience looking at laptops after thermal

14        runaway occurs that originated in the

15        battery pack and not from an external

16        thermal heating.

17        Q    Do you understand my question, Mr.

18   Galler?

19        A    I think I do.  I am just trying to

20   recall.  I can't tell you which case it was, but

21   there was another laptop that I saw where I was

22   obviously --

23             I was called by HP.  I went to some

24   place in Ohio.  Saw a laptop in somebody's lab.  And

25   the laptop was partially burned like this one.  In

D. Galler, P.E.

Page 97

1    other words, it was partially consumed, but not

2    completely consumed.  And I don't know whether --

3                    What happened with the rest of the

4    fire.  I just really saw the laptop on a workbench.

5                    But when I looked at the battery

6    compartment and the Battery Management Unit, I can

7    tell that it didn't have the necessary safety

8    features similar to the BMU in the case we are

9    discussing now.

10          Q      And this was somewhere, like, ten years

11   ago?

12          A      Probably.  Maybe more like eight.

13          Q      So --

14          A      I can't remember.

15          Q      So, in that laptop then where you

16   determined that thermal runaway was likely caused

17   inside the battery pack because of the lack of safety

18   devices, you are saying the laptop in that case was

19   not completely consumed by fire?

20                 MR. LEVITES:  Objection.

21          A      I think that's correct.  Yes.

22          Q      And that's similar to this one?

23          A      Correct.

24          Q      Okay.

25                 Let's go to tab number 2.

D. Galler, P.E.

Page 98

1              MR. LEVITES:  Let's take a break.

2              MR. SCHWARZ:  Yeah, let's take a break.

3              VIDEOGRAPHER:  The time is 12:17.

4              We are going off the video record.

5              (Whereupon, a short break was taken)

6              VIDEOGRAPHER:  The time is 12:26.  We

7         are back on the video record.

8         Q     Mr. Galler, just before we took the

9    break, I asked you to turn to tab 2 that we've marked

10   as Exhibit 5 for your deposition.

11             And this is Dr. Martin's report.

12             And you are familiar with that,

13   correct?

14        A     Yes.

15        Q     If you turn to page 10 of his report,

16   there is a Section C that is entitled, "Failure

17   Modes."

18        A     Sorry.  Took me a while.  There are a

19   lot of pages to flip through here.

20             Okay.  Page 10.  Failure modes.

21        Q     You are with me?

22        A     Yes.

23        Q     So, Dr. Martin on page 10 describes

24   that:

25             "Lithium-ion batteries can fail in both

D. Galler, P.E.

Page 99

```
 1              non-energetic and energetic modes."
 2                  Do you agree with that?
 3          A     I think so, yeah.
 4          Q     So, I just want to talk a little bit
 5     about non-energetic failures of lithium-ion
 6     batteries.
 7                  Can a non-energetic failure of a
 8     lithium-ion battery go into thermal runaway?
 9          A     Non-energetic.
10                  Well, I am not familiar with that
11     combination.  I visualize a non-energetic failure
12     something that doesn't generate energy.  And so, when
13     you say thermal runaway, the battery is getting hot.
14     When you say non-energetic, there is no energy.  Why
15     would the battery get hot if it is not energetic?
16     So, I don't understand that question.
17          Q     Okay.
18                  So, I think that's what I was getting
19     at.
20                  In other words, non-energetic failures
21     do not result in thermal runaway, correct?
22          A     I think that's correct, yes.
23          Q     So, lithium-ion batteries, if left
24     uncharged for a period of time, they lose energy,
25     correct?
```

D. Galler, P.E.

Page 100

1          A      They do, but they have a bad habit of

2     retaining energy for a long time.  So, say, long or

3     time or something, got to be careful.  I've seen

4     18650s retain their charge for two years.

5          Q      What about ten years?

6          A      I don't know.  I just don't know.  So,

7     I am just saying they have a capacity for retaining

8     energy for unexpectedly long periods of time.  I

9     never measured it.  All I know is I had one which I

10    expected to be de-energized after storage for a

11    couple of years and still had most of its charge.

12                 (Whereupon, a discussion was held off

13              the record)

14          Q      In any of the thermal runaway

15    investigations that you've done for laptop computers

16    or any other type of lithium-ion battery, have you

17    ever seen thermal runaway occur in a battery pack

18    that's not hooked up to a charger?

19          A      I am not sure and I don't remember.

20    Meaning, I don't remember.  I mean, that I might

21    have --

22                 I may have seen one that was alleged to

23    go thermal runaway that wasn't hooked up to a

24    charger.

25          Q      Okay.

D. Galler, P.E.

1              In the scenario where a thermal runaway

2      occurs when it's not hooked up to a charger so that

3      it's not receiving power from an AC power source,

4      what would the modes of causing that thermal runaway

5      be?

6              A      Well, if it's exposed to external

7      ambient heat they will go into thermal runaway even

8      if they are not on a charger.

9              Q      Okay.

10             That's one.

11             A      That's one.

12             And I have -- I am not sure I've

13     seen -- I am not sure I've seen many of those --

14     there is another -- there is a couple of different

15     modes.  And I only -- I think I just read about them

16     in somebody's -- either in somebody's report or some

17     relevant material I was just reviewing where they

18     said well, there could be a --

19             There is a separator between the plus

20     and the minus foils, essentially in the battery.  If

21     the separator failed, then the battery can generate,

22     like, a short circuit is generating heat by itself.

23     And that self-heating will cause thermal runaway of

24     the battery.  Or there could be a small piece of

25     debris in the battery that eventually gets to a point

D. Galler, P.E.

1  where it shorts the plus and minus and you get what

2  is like thermal runaway.  Maybe it's called thermal

3  runaway.  I don't remember.  But that was a failure

4  that occurred also and it could be pretty energetic.

5       Q       Now, is it true that the amount of

6  energy created when that happens would be

7  proportional to the amount of energy that was stored

8  in the battery at the time?

9       A       Well, it would be limited.  You can't

10  get more energy where there's not enough.

11      Q       So, if lithium-ion batteries are

12  essentially dead or uncharged, that would make it

13  highly unlikely for a lithium-ion battery to go into

14  thermal runaway that's not hooked up to an AC power

15  source, correct?

16      A       I think that's correct.

17      Q       And if lithium-ion batteries are

18  allowed to sit uncharged for ten years, you would

19  agree that they likely would have lost all of their

20  charge by that point?

21            MR. LEVITES:  Objection.

22            You can answer.

23      A       Yeah, I don't want to put a time limit

24  on it.  It is not something I had experience with.  I

25  had experience with it for a couple of years, but not

D. Galler, P.E.

Page 103

1  something I read about or, you know, can give a

2  reasonable answer to.

3          Q    Based upon your knowledge of batteries

4  and physics, the more time that goes by that they are

5  uncharged, the less charge they are going to have,

6  correct?

7          A    Correct.

8          Q    And you can't say whether they would be

9  totally dead after ten years, but you can say they

10 would be significantly less charged than they were

11 the last time they were charged?

12              MR. LEVITES:  Objection.

13              You can answer.

14         A    I just don't want to categorize it that

15 way.  It's not something I read about or measured or

16 tested myself so I can't tell you even ten years --

17              I wouldn't be surprised if ten years

18 later the battery still had charge in it.  I am  not

19 --

20              I would be a little bit surprised, but

21 I wouldn't want to say they are mostly dead after ten

22 years.

23         Q    Okay.

24              But you would agree with me that after

25 ten years they are going to be significantly less

D. Galler, P.E.

Page 104

1    charged than they were when they were last charged?

2          A     Right.  I think I can agree with that.

3          Q     Okay.

4                Good.

5                Now, let's turn, if we could, to tab

6    24, and that I marked as Exhibit 6.

7                And this is an article that you cited

8    in one of your references.  It's the Yuan article.

9          A     Wait.

10               Tab 24?

11         Q     Tab 24.

12         A     Hang on.  It's a big notebook.

13               Okay.

14               Something specific you want to call my

15   attention to?

16         Q     Yeah.

17               Once we find it, we will go from there.

18               Do you have the first page?

19         A     Yeah, I have the first page.

20         Q     Do you recall that this was an article

21   that you cited in your report?

22         A     No, I don't.

23         Q     Okay.

24         A     I cited this one?

25         Q     I actually --

D. Galler, P.E.

Page 105

1                Maybe I am wrong about that.  Maybe it
2    was one of the other experts.  So, I apologize if I
3    am wrong.
4          A    It doesn't look familiar to me.
5          Q    Okay.
6                On the break, I will see if I can find
7    it.
8                There is an introduction section to
9    this article.
10                Do you see that?
11          A    Yes.
12          Q    And about midway through that first
13    paragraph, the first column, it says:
14                "The Occupational Safety and Health
15                 Administration OSHA 2019 reports that the
16                 US Consumer Product Safety Commission
17                 identified over 25,000 overheating or fire
18                 incidents involving more than 400 types of
19                 lithium-ion powered consumer products over
20                 a five-year period."
21          A    I see that.
22          Q    My question is did you have a general
23    understanding that there have been a number of fire
24    incidents involving lithium-ion batteries that have
25    been reported to the government?

D. Galler, P.E.

Page 106

1              MR. LEVITES:  Objection.

2              You can answer.

3         A    I was --

4              Until you called my attention to that

5    statement starting with the Occupational Safety and

6    Health Administration, I was not aware of the

7    numbers.

8              So, could you please repeat your

9    question now that I --

10        Q    Well, my question is --

11             I will ask you a different question.

12             Does that surprise you?

13             MR. LEVITES:  Objection.

14             You can answer.

15        A    Yeah.

16        Q    It does surprise you?

17        A    Yeah.  I didn't know it was quite that

18   many reports; 25,000.  Even over a five-year period.

19   I didn't know it was that many.

20        Q    And you've seen yourself, you said, 20

21   or 30 of them, right, or more?

22        A    Correct.

23        Q    Then a couple of sentences --

24             Another sentence later it says:

25             "The major cause for catastrophic

D. Galler, P.E.

 1              failure of lithium-ion batteries is thermal

 2              runaway that occurs when heat generated

 3              from exothermic reactions inside a battery

 4              outpaces heat dissipated from the battery

 5              leading to a rapid increase in temperature

 6              and pressure that further increases the

 7              reaction rate."

 8         Do you agree with that?

 9      A    I see that.  Basically there is two

10  parts to it.  One is there is an unintended reaction

11  in the battery.  And that, you know --

12              Every object cools from its

13  surrounding.  The air cools the object.  So, I guess

14  what they are saying the internal mechanism causing

15  the heat produces more heat than the object can be

16  chilled by the air.  And so, it generates more heat

17  than is being removed by the air and so it gets hot.

18      Q    Right.

19              And this is the major cause of

20  catastrophic lithium-ion battery failures according

21  to this article.

22              And my question is do you agree to

23  that?

24              MR. LEVITES:  Objection.

25              You can answer.

D. Galler, P.E.

Page 108

```
 1          A      Can you please repeat the question?
 2          Q      Yeah.
 3                 I am just asking if you agree with the
 4    statement that I just read from this article about
 5    the major cause of catastrophic failure of
 6    lithium-ion batteries.
 7          A      Yeah.
 8                 MR. LEVITES:  That begins with "the
 9             major cause" and then it continues to the
10             words "the reaction rate" on the following
11             column.  The question is do you agree with
12             that statement.
13                 THE WITNESS:  I agree with his
14             statement.
15                 The only problem --
16                 The problem I am having is that it
17             doesn't say what the cause of the thermal
18             runaway is.  Thermal runaway.  Okay?  So,
19             that's the process of it's getting hotter
20             and continues to increase in getting
21             hotter.
22                 And then, it says:
23                 "The self-accelerating process will
24             lead to cell rupture and the venting of
25             toxic and highly flammable gases, and the
```

D. Galler, P.E.

Page 109

1          release of heat --"

2          Q     Wait.  You can't read that fast.  The

3     court reporter will have cramps in her hands.

4          A     I'm sorry.

5          Q     So, let's just stick with the first

6     sentence that I asked you about and it talks about an

7     exothermic reaction inside the battery that causes

8     heat that is not dissipated.  That's the question.

9                Is that something you agree with or

10    disagree with?

11               MR. LEVITES:  He has -- the whole

12          sentence.  He needs to be able to look at

13          the whole sentence.

14               MR. SCHWARZ:  Well, I'm not telling him

15          not to.  But I am trying to focus him on

16          the question --

17          A     You started -- the sentence --

18               The part you are interested in starts

19    with "the major cause for catastrophic failure"?

20          Q     Right.

21          A     Okay.

22               And I guess could you please --

23          Q     Let me break it down.

24               What does an exothermic reaction inside

25    the battery mean to you?

D. Galler, P.E.

Page 110

1          A     It means it's a reaction that is
2   causing heat.
3          Q     Okay.
4                So, does a reaction inside the battery
5   that generates heat and it generates more heat than
6   the battery can dissipate, correct?
7          A     Correct.  Correct.
8          Q     And as a result of that, the battery
9   cell can go into thermal runaway due to that
10  exothermic reaction inside the battery?
11         A     Correct.
12         Q     And according to this article, that's
13  the major cause of catastrophic failure of
14  lithium-ion batteries?
15         A     Correct.
16         Q     Okay.
17         A     The part that I am having difficulty
18  with is when it starts it says "the major cause for
19  when heat generated from an exothermic reaction," it
20  is unclear what initiates the exothermic reaction.
21  And I was discussing a few minutes ago, well, there
22  could be a particle in the battery due to the
23  manufacturing that causes a short and then there is
24  an exothermic reaction.  The battery starts to get
25  hot.  And then, the rest of the plus and minus foils

D. Galler, P.E.

Page 111

1  get connected and more heat is generated.  And so,

2  that runaway process is consistent with this

3  statement except that it's caused by a specific

4  failure, a particle of something in the cell,

5  metallic stuff in the cell that's not supposed to be

6  there, or the separator between the plus and minus

7  doesn't --

8              There is a hole in it and there's plus

9  and minus foils.  So, that root cause of the failure

10  in the exothermic reaction is not spelled out in the

11  stuff that you are reading where it states "the major

12  cause."

13        Q    Right.

14              Let me just ask you a different

15  question.

16              With regard to what this statement

17  says, whatever the mode was of the number of modes

18  that you have depicted, they all were inside the

19  battery, right?

20        A    Correct.

21        Q    So, the way I interpret this, and you

22  may interpret it differently, is that the major cause

23  of catastrophic failures are these exothermic

24  reactions that are somehow generated inside the

25  battery?

D. Galler, P.E.

Page 112

1            MR. LEVITES:  Is that a question,

2        Steve?

3            MR. SCHWARZ:  I am asking if he agrees

4        with that.

5        A    Yeah, an exothermic reaction inside the

6    battery.

7        Q    And that's the typical or major cause

8    of the catastrophic failure of the 25,000 incidents

9    that they are reporting here?

10            MR. LEVITES:  Objection.

11            You can answer.

12        A    Yeah, I agree with the statement.

13        Q    Okay.

14            Then let's move on to the next

15    statement.

16        A    But what I am saying is the initial

17    causes -- there can be many initial --

18            Not many.  But several initial causes

19    of something that people would consider an exothermic

20    reaction inside the battery.

21        Q    Right.

22            If this doesn't say --

23        A    -- external to the battery, too.

24        Q    Okay.

25            But that doesn't say that here, does

D. Galler, P.E.

Page 113

1    it?

2            A     It doesn't say anything there.  That's

3    my objection to this statement in agreeing to the

4    statement.

5            Q     So --

6            A     Whether there are failures, something

7    outside the battery causing thermal runaway or

8    something inside the battery causing the thermal

9    runaway.

10           But in my mind, it just said there is

11   an exothermic reaction and what I am saying is that

12   paragraph by itself or that subparagraph itself

13   doesn't say because of contaminants, because of

14   external heating, because somebody stepped on the

15   battery.  So, all that kind of stuff can make an

16   exothermic reaction inside the battery.  So, what I

17   am saying is by itself, taken out of context, that

18   doesn't say what the initial root cause of the

19   problem is.

20           Q     The next sentence then says:

21               "If not mitigated this

22             self-accelerating process will lead to cell

23             rupture and the venting of toxic and highly

24             flammable gases and the release of heat."

25             Do you agree with that part?

D. Galler, P.E.

Page 114

1          MR. LEVITES:  Objection.

2          You can answer.

3     A    Yeah.

4     Q    Okay.

5          So, once the reaction, the exothermic

6     reaction, starts it would be self-perpetuating when

7     it gets to a certain temperature?

8     A    Correct.

9     Q    And then, it says:

10          "An ignition of those flammable gases

11      can lead to a possible explosion or fire."

12          Do you agree with that?

13     A    Yes.

14          MR. LEVITES:  Objection.

15          You can answer.

16     Q    Okay.

17          Then let's turn to tab 23, which I

18     marked as Exhibit 7.  And this is another article.

19          The one right before it.

20     A    Also not something I refer to.

21     Q    Right.

22          Did you refer to --

23          Did you review any literature or

24     articles involving the failure of lithium-ion

25     batteries before you came to your conclusions in your

D. Galler, P.E.

Page 115

1    report?

2         A    I am not sure.

3         Q    Do you recall ever doing a literature

4    search to educate yourself about failure modes for

5    lithium-ion batteries?

6         A    Well, wait.  Now that I think about it,

7    there was a --

8              I read a few things.  I can't tell you

9    right now sitting here what they are.  One of them

10   was --

11             I looked at a couple of things, yeah.

12   Okay.  So, here is the deal.  I can provide you with

13   a list of a few things that I read.  It's not as

14   though I read something in a report and said oh, I am

15   going to put that in my report.  Okay?  But in

16   looking for background at lithium-ion batteries,

17   there were a few things I reviewed and if you'd like

18   I will put that on my list of stuff to get for you.

19        Q    Thank you.

20             Are these articles that you reviewed

21   recently or in the distant past before you got this

22   case?

23        A    Yes, both.  In other words, there may

24   have been a case a few years ago and somebody said

25   "Here is this interesting paper," and I read it and

D. Galler, P.E.

Page 116

```
 1    then I put it away and for some reason I had some
 2    reason to go back to it recently so I look at it
 3    again.  So, they are that class, before and after.
 4    Both.
 5              Q      So, did you deliberately do any
 6    particular literature research for this case to look
 7    at failure modes for lithium-ion batteries?
 8              A      I don't think so.
 9              Q      Did you review the papers that --
10                     You reviewed --
11                     Withdraw that question.
12                     You reviewed Dr. Martin's report,
13    correct?
14              A      I did.
15              Q      Did you review the papers that Dr.
16    Martin cited in support of his opinions in this case?
17              A      I don't remember.
18                     So, should we go back to his report and
19    look at what he is citing?
20              Q      This is one of the reports that he
21    cited and the one that we just looked at is one of
22    the reports.  And we will look at a third.
23              A      No.
24              Q      You don't remember?
25              A      I did not look at these.  This is the
```

D. Galler, P.E.

Page 117

1    first time I am seeing these two documents.

2            Q     Okay.

3                  But you had Dr. Martin's report that

4    cited these articles prior to your deposition today,

5    correct?

6            A     Correct.

7            Q     And you had the citations that you

8    could have looked for but you just chose not to?

9                  MR. LEVITES:  Objection.

10                 You can answer.

11           Q     Is that true?

12           A     Yeah, I chose not to because I think

13   part of what I was interested in was in the other

14   stuff that I already had.

15           Q     Okay.

16           A     I didn't need to look at these.

17           Q     Okay.

18                 And I don't think actually you've

19   looked at any articles per se that you reference in

20   your report, correct?

21                 MR. LEVITES:  Objection.

22                 You can answer.

23           A     I don't think I have a list of

24   references.  On the first page where I list what I

25   reviewed, there is not any articles there about

D. Galler, P.E.

Page 118

1    lithium-ion battery failures.

2         Q    Right.

3              So, looking now at the Sorensen article

4    we marked as Exhibit 7, the second paragraph under

5    introduction, I want to ask you about.

6              And it says:

7              "Lithium-ion batteries have a variety

8         of failure modes that are caused by a

9         series of abuse conditions, mechanical

10        abuse such as a collision crush

11        penetration, electrical abuse such as

12        external and internal short circuits,

13        overcharge, over-discharge and thermal

14        abuse such as overheating."

15             Do you see that sentence?

16        A    Yes.

17        Q    Do you agree with that?

18        A    Yes.

19        Q    So, one of the failure modes or several

20   of the failure modes involve short circuits,

21   overcharge, over-discharge and thermal abuse such as

22   overheating?

23             MR. LEVITES:  Objection.

24             You can answer.

25        A    Yes.

D. Galler, P.E.

1          Q      Those are known failure modes that
2     could lead to thermal runaway?
3                    MR. LEVITES:  Objection.
4                    You can answer.
5          A      Yes.  I am not sure those are
6     everything, but those are things.  Those are causes
7     of thermal runaway.
8                    Usually where there is silence for 30
9     seconds I ask is there a question pending?
10                   MR. LEVITES:  There is no question,
11              Donald.
12                   THE WITNESS:  Thank you.
13                   COURT REPORTER:  We can't hear you.  I
14              see your mouth is moving.
15                   MR. LEVITES:  We can't hear you, Steve.
16              You are off mute, but I don't know if you
17              are trying to talk.
18                   VIDEOGRAPHER:  Would you like to go off
19              the video while we figure this out?
20                   MR. LEVITES:  Yes.  Let the record show
21              he is indicating yes.
22                   VIDEOGRAPHER:  The time is 12:56.
23              We are going off the video record.
24                   (Whereupon, a short break was taken)
25                   VIDEOGRAPHER:  The time is 12:57, and

D. Galler, P.E.

Page 120

 1              we are back on the video record.

 2        Q     Sorry about that, Mr. Galler.

 3              The question I had for you was whether

 4   the sentence that says:

 5              "The outcome of one or more of these

 6          abuse conditions can result in parasitic

 7          and exothermic reactions occurring between

 8          the electrolyte, solid electrolyte

 9          interphase, and the positive and negative

10          electrodes."

11              And my question was is that a

12   description of thermal runaway?

13              MR. LEVITES:  Objection.

14              You can answer.

15        A     Well, I guess you are asking me does

16   the second sentence describe thermal runaway?

17        Q     That's right.

18        A     There is an exothermic reaction that

19   occurs in --

20              You know, that's in the sentence, and

21   that occurs in thermal runaway.  Although it doesn't

22   --

23              It's not clear to me you are talking

24   about runaway from that sentence alone.  But the

25   phrase "parasitic and exothermic reactions" sounds to

D. Galler, P.E.

Page 121

1    me like they are still talking -- they are talking

2    about thermal runaway.  In other words, a progressive

3    situation which continues to get worse.  A

4    progressive situation and it generates a lot of heat.

5    I am not sure -- I am not sure you know --

6                    I am not sure why you are focusing on

7    that sentence.  I either use this sentence or don't

8    use this sentence.  I mean, it's sitting there.

9    Okay.  Great.

10               Q    Okay.

11                    Regardless we will move on.

12                    If you turn the page?

13          A    Staying in the same tab.

14          Q    Same tab.  Page 2 of the Sorensen

15   article.

16          A    Okay.

17          Q    In the carryover paragraph from the

18   first page, you will see that there is a sentence

19   that says:

20                    "TR --"

21                    which is thermal runaway.

22                    "-- could be separated into three

23           stages as indicated in figure one."

24                    Do you see that sentence?

25          A    Yeah, I see that.

D. Galler, P.E.

Page 122

1          Q      Then it says:

2                 "Where stage I indicates the safe

3          temperature range in which the cell can be

4          operated, stage II indicates the stage at

5          which TR or thermal runaway has begun to

6          cause irreparable damage to the cell."

7                 And then, in parenthesis it says:

8                 "Complete destruction can be avoided by

9          proper cooling of the cell."

10                 "Then stage III indicates the stage at

11          which complete cell destruction is

12          unavoidable and the rapid discharge of

13          energy shortly follows."

14                 And my question to you is do you agree

15          with that description of the three stages

16          of thermal runaway?

17                 MR. LEVITES:  Objection.

18                 You can answer.

19          A      Well, in general, I agree with that.

20                 But I think you sort of --

21                 I am tempted to say I am the electrical

22      engineer, not the battery expert.  You are asking me

23      to comment on things I never read before and I didn't

24      reference.  And these three pages make sense to me.

25      I understand them.

D. Galler, P.E.

Page 123

1          Q     Understood.

2                So, then there is a figure and it shows

3     different temperatures at which it goes from stage

4     one to stage two and then from stage two to stage

5     three.  And the temperature that goes from stage one

6     to stage two, according to this article, is 117.6

7     degrees Celsius.  And the temperature that it goes

8     from stage two to stage three where it's irreparable

9     damage and can't be stopped is 198.5 degrees Celsius.

10               And my question to you is do you agree

11    with that description of the temperatures at which

12    those different phases change or do you have some

13    other temperatures that you believe are the correct

14    temperatures to describe these phases of thermal

15    runaway?

16               MR. LEVITES:  Objection.

17               You can answer.

18         A     I think you are asking me to opine

19    about whether this graph makes sense and if I agree

20    with it as if I am a battery expert.  I am not a

21    battery expert.  Okay?  Somebody who studies the

22    science and the physics of the batteries.  And so, I

23    don't have in my mind, or other literature that I

24    read, a diagram that looks like this from an

25    independent source so that I can make a reasonable

D. Galler, P.E.

Page 124

1    answer --

2              So, I think your question is do I agree

3    with this figure.  I can't agree with that figure

4    unless I see other independent data.  I have not

5    researched the runaway in that detail to look for

6    those temperatures.  So, I can't either agree or

7    disagree with that diagram.  I can't do that.

8         Q    Let me ask you a different way.

9              You have given the opinion that thermal

10   runaway can occur from external heating sources,

11   correct?

12        A    Yes.

13        Q    Okay.

14             At what temperatures does thermal

15   runaway occur from external heating sources?

16             MR. LEVITES:  Objection.

17             You can answer.

18        A    Well, it depends.  If you are asking me

19   at what temperature the battery is at or what

20   temperatures the air is at, what I am saying is I

21   don't know exactly what those temperatures are.

22             But I know that if you get a battery

23   hot enough you can induce thermal runaway.  If it's

24   got stored charge in it, it will go into thermal

25   runaway.  There are several causes of that.  I don't

D. Galler, P.E.

Page 125

1    know exactly what temperatures they occur at.  But I
2    will tell you that when it begins, the battery --
3                    Depends on what temperature the battery
4    is at before the process begins and what temperature
5    is the surrounding area.  So, I can't tell you
6    exactly what those temperatures are.
7            Q      You've given the opinion that in your
8    opinion thermal runaway occurred in this case because
9    of external heat, correct?
10           A      Yes, that's correct.
11           Q      And you are saying you don't know what
12   temperature the internal contents of the battery
13   would have to reach from the external heating to go
14   into thermal runaway?
15           A      What I am saying is the internal
16   temperature of the battery and the air temperature
17   surrounding make a difference.
18           Q      My --
19           A      Now, I could tell you --
20           Q      My question is what temperature did the
21   internal components of the battery have to reach to
22   go into thermal runaway?
23                    MR. LEVITES:  Objection.
24                    You can answer.
25           A      Well, I can tell you this.  There are a

D. Galler, P.E.

1    couple of test standards.  One of them is a --

2    (indecipherable audio) -- standard.  I think it was

3    like UL have the same number.  And it is a heating

4    test.  And they heat the battery.  And the batteries,

5    when they are manufactured and they are trying to see

6    do they comply with the UL standard, they heat them

7    to 130 degrees C for ten minutes.  And then, they

8    have to survive that.  In other words, they can't go

9    into thermal runaway.  So, at some point above 130

10   degrees C, batteries can or are sort of visualized as

11   being able to go into thermal runaway because they

12   have been tested up to that temperature.

13        Q    So, the answer is you don't know what

14   the temperature --

15        A    I --

16        Q    Let me finish my question.  Then you

17   can answer.

18             You do not know the temperature that

19   the internal contents of a battery have to reach

20   before they go into thermal runaway other than it's

21   in excess of 130 degrees Celsius?

22             MR. LEVITES:  Objection.

23             You can answer.

24        A    Right.

25        Q    But you've given the opinion that the

D. Galler, P.E.

Page 127

1    temperature in the room where the fire -- where the

2    laptop was in this case was sufficient to put them,

3    the battery cells, into thermal runaway?

4            MR. LEVITES:  Objection.

5            You can answer.

6        A    That's right.  I see the plastic

7    melted.  Plastic melts above 200 degrees C.  And that

8    means the laptop was getting close to 200 degrees C.

9    So, that's above 130.  So, there you go.  It's above

10   130.

11           Q    Let's turn to tab 7 that I've marked as

12   Exhibit 8.

13           Now, this is a document I believe you

14   have familiarity with, correct?

15           MR. LEVITES:  Just bear with me a

16    moment.

17           Tab 7, you said?

18           MR. SCHWARZ:  Tab 7.

19       A    Yes.

20       Q    Is that correct that you reviewed this

21   specification for the HP 6-cell battery specification

22   for the laptop series in question here?

23       A    Yes.

24       Q    Now, we talked previously that HP

25   doesn't make these battery packs.  It has a

D. Galler, P.E.

Page 128

1    specification that has to be met by any of the

2    vendors that it allows to make the batteries for

3    them?

4         A    Correct.

5         Q    And that specification has to be met in

6    order for the HP to accept that vendor as a battery

7    manufacturer for them?

8         A    That's my understanding.

9         Q    Now, the first section under "General"

10   states that:

11            "This specification is based on the

12         smart battery data specification Revision

13         1.1.  MU06062 --"

14            I'm sorry.  Revision 1.1.

15            That's the end.  I am sorry.

16            Are you familiar with the smart

17   battery data speculation revision 1.1?

18        A    I am not sure about the revision

19   number, but I know there's a smart battery data

20   specification.

21        Q    What is the smart battery data

22   specification?

23        A    The industry, the computer and battery

24   pack industry, have agreed upon pieces of data that

25   the computer and the battery pack interact and they

D. Galler, P.E.

Page 129

```
1    communicate.  And the smart battery data
2    specification governs that communication in the sense
3    of not how does the communication take place but what
4    does it mean.  So, like, for example, there is
5    something called battery voltage, battery current,
6    battery temperature.  There is a whole bunch of
7    parameters and that's a part of the smart battery
8    data specifications.  So, that means in that document
9    it means the computer can ask for those things.  Some
10   of the things that I just listed and many more.
11   Let's say battery temperature.  And then, the battery
12   pack will respond back with a battery temperature.
13            Q    If you turn to tab 21 just quickly?
14                 You don't have to spend a lot of time
15   with it, but I marked this as Exhibit 9.  And this is
16   the smart battery data specification.
17                 I will just ask you to confirm that?
18            A    Yeah, that's what it looks like.
19            Q    Okay.
20            A    Hang on.  Let me just --
21                 MR. LEVITES:  I will do the same.
22            A    Okay.  So, if you look at page 11 --
23                 I am sorry.  I just wanted to see.
24   There is a table I was looking for.  Oh okay.  I
25   found what I was looking for.  I am sorry for the
```

D. Galler, P.E.

Page 130

1   delay.

2              Would you like to go back to the

3   previous document that you --

4       Q    Yes.  Thank you.

5       A    I am sorry.  I lost --

6       Q    Seven.

7       A    I misplaced my phone in the tabs.

8   Seven.  Oh, the battery pack.  Sure.  Okay.

9       Q    So, the smart battery data

10  specification is a uniform industry standard

11  communication standard for batteries and peripherals,

12  correct?

13      A    It's not the communications standard.

14  I am just trying to --

15      Q    I will withdraw that question.

16             We can move on.  I don't want to

17  belabor that point.

18             If we look down at Exhibit 8, which is

19  tab 7, which is the specification, there is a section

20  that says, "Approved Fuel Gauges," correct?

21      A    Yes.

22      Q    That's Section 2.4.1.

23             And there are --

24             First of all, what is a fuel gauge in a

25  battery pack?

D. Galler, P.E.

Page 131

1           What does that mean?
2      A      Well, it keeps track of the charge in
3  the battery.  So, that's its name, but it does a
4  bunch of other things, too, usually.  So, usually
5  what it does is it also has some safety functions
6  associated with it and it can communicate with the
7  computer.  So, if the computer says --
8           When you look turn your laptop on and
9  you click on the battery thing, it says 66 percent
10 charged, that's --
11          The computer has interrogated or asked
12 a question to the fuel gauge chip on the BMU and the
13 fuel gauge chip says I'm at 66 percent charge or
14 whatever the number is.  So, that's one of the
15 functions.
16          The other functions are things, like,
17 monitoring the individual cell voltages.  Monitoring
18 the temperature of the battery pack.  There is a few
19 things that it does.
20      Q      And it's basically a chip or a micro
21 processer, correct?
22      A      Correct.
23      Q      And it has a variety of the functions
24 that you've just described and others that you
25 haven't described, correct?

D. Galler, P.E.

Page 132

```
 1            A     Correct.
 2            Q     So, what HP did in this specification
 3      for this particular laptop is they said here are the
 4      fuel gauges that are made by other companies that are
 5      acceptable to us to put into the battery management
 6      system?
 7            A     Right.
 8            Q     And they list, I believe, seven Texas
 9      Instruments' fuel gauges, right?
10            A     Six.  But that's okay.
11            Q     Okay.  Six.  I'm sorry.  I counted
12      wrong.
13                  And they approved one Maxim and one
14      Renesas?
15                  I don't know how to say that.
16            A     I think it's pronounced Renesas.  I
17      don't know how to pronounce it.  But, yes.
18            Q     So, obviously HP was familiar and
19      studied all of these fuel gauges and decided that
20      these were acceptable for its battery packs for this
21      laptop?
22                  MR. LEVITES:  Objection.
23                  You can answer.
24            A     I think that's --
25                  The way you put it is correct.
```

D. Galler, P.E.

Page 133

1          Q      Okay.

2          A      The battery pack for this laptop.  I

3    think it can be a battery pack for lots of laptops,

4    but.

5          Q      Right.  Because the battery packs --

6                 The specifications for battery packs

7    wouldn't be that different from one laptop to

8    another?

9          A      Right.  Depending --

10                I mean, if it's a 6-cell battery pack,

11   it might be lots of battery -- lots of computers that

12   HP makes that uses the same battery pack.

13         Q      Okay.

14                So, the model --

15                Withdraw that question.

16                Now, below the Approved Fuel Gauge

17   section, there is a 2.5 that says "Temperature Sense

18   Capability."

19                Do you see that?

20         A      I do.

21         Q      And the specification says:

22                "The battery pack shall have a

23        temperature sensor thermistor."

24                What is a thermistor?

25         A      It is a --

D. Galler, P.E.

1              It's another term that you maybe don't

2      understand.  Okay.  It is a resistor.  And resistors

3      have values.  It's a fundamental electronic

4      component.  And then you have values.  You buy one

5      that is 10,000 ohms or 20,000 ohms.  They are

6      measured in ohms.  That's actually a guy's name,

7      O-H-M.  So, that's the unit of measurement of the

8      resistance.  And a thermistor is what changes its

9      resistance depending on the temperature.  So, it's

10     basically a temperature sensor part.  Two leads.  I

11     don't know if that answers your question.

12          Q     Sure.

13              So, a thermistor is a device that in

14     this instance is put in or near the cells around the

15     battery pack to communicate temperature information

16     to the laptop?

17          A     The sensor could be hooked up to

18     communicate directly with the laptop or it could be

19     hooked up to the fuel gauge chip.

20          Q     Right.

21          A     And maybe both.  Maybe two different

22     thermistors.  But I am saying -- yeah.  Okay.

23          Q     And in this particular case, and we

24     will get into it in detail, but in this particular

25     case for this particular laptop there was a

D. Galler, P.E.

Page 135

1    thermistor that was connected to the fuel gauge and

2    also a thermistor that was connected through pin 6

3    directly to the control of the laptop.

4            Do you recall that?

5            MR. LEVITES:  Are you talking about the

6        subject notebook or the model generally?

7            MR. SCHWARZ:  Model generally.

8            MR. LEVITES:  You got that, Donald?

9        Q    If you can't answer that question, we

10   will get to the documents.

11       A    I believe that that's correct.  But I

12   just, you know, when I answer those questions, I

13   usually like to look at the schematic and see where

14   the two thermistors are and I can tell you.  Without

15   looking at the battery schematics, I shouldn't answer

16   the question.  But I think you are right because

17   there is two.

18       Q    Okay.

19       A    Pretty common on the HP pack that there

20   is two.

21       Q    And then, the next section says:

22            "Safety Functions 2.6."

23            And this is, again, of Exhibit 8.

24            And it says:

25            "The battery pack shall be built with

D. Galler, P.E.

Page 136

1          the following safety protection functions."
2              And it says:
3              "Overcharge, over-discharge, over
4          current, over temperature, reverse charge,
5          cell imbalance and short circuit
6          protection."
7              Do you see that?
8      A     I do.
9      Q     Now, are those safety functions that
10   are, at least, partially intended to prevent thermal
11   runaway?
12      A     Most of them are.  So, for example,
13   overcharging and over-discharge, overcurrent, over
14   temperature is certainly one.  Reverse charge.  I am
15   not sure so much of reverse charging.  Cell
16   imbalance.  So, many of them are designed
17   specifically to prevent thermal runaway.  I can't
18   think of a single one that --
19              But most of them are.
20      Q     And other than the over temperature
21   function, which may also be connected directly to the
22   motherboard of the device, the rest of them typically
23   are controlled through the fuel gauge, correct?
24      A     Right.  Meaning --
25              And I presume what you mean is the

D. Galler, P.E.

Page 137

1    fuel -- the fuel gauge measure is a function.  Let's

2    say overcharge or cell imbalance.  And the computer

3    can access the fuel gauge chip and tell if those

4    things are happening.

5              Q     Right.  Okay.  Then we are on the same

6    page.

7                    Now, the specifics of --

8                    The specifics of the settings for this

9    particular specification for the fuel gauge appears

10   on page 5 of 12, Section 6, and goes on to page 6 of

11   12.

12             A     Yes.

13             Q     And so, what this says is that that

14   fuel gauge has to do certain things when certain

15   conditions are present, right?

16             A     Correct.

17             Q     Okay.

18                    So, the first one I want to talk about

19   is on page 5 of 12 is the cell overcharge voltage.

20                    You with me?

21             A     Yes.

22             Q     Okay.

23                    So, when the cell voltage goes to 4.40

24   volts to 4.45 volts, it will blow the fuse after

25   three seconds, three to nine seconds, correct?

D. Galler, P.E.

Page 138

1           A      That's what it says.

2           Q      So, these devices, these battery

3    management systems, have two different ways of

4    cutting the power from the charger, right?

5           A      At least.

6           Q      Okay.

7           A      The reason I am hesitating is that I am

8    not sure if there are more than two, but there are

9    certainly two.  So, go ahead.

10          Q      Let's just describe the two and then

11   you can tell me what others may exist that I don't

12   know about.

13          A      Okay.

14          Q      So, one of the systems is what is

15   called a C-FET?

16          A      Yes.

17          Q      One of the ways that the fuel gauge can

18   disconnect power to the battery pack from the charger

19   is using something called a C-FET or a charging FET,

20   correct?

21          A      Correct.

22          Q      And that's like a --

23                 I mean, it's got -- I am sure a more

24   technical description -- but it's like a switch?

25          A      Correct.  It's like a switch.  The fuel

D. Galler, P.E.

Page 139

1    gauge can turn on and off.

2          Q       Right.

3                  So, when the voltage goes above a

4    certain level for a certain amount of time, one thing

5    that could happen is there is a switch that can be

6    turned off, but another thing that could happen is a

7    fuse is blown?

8          A       Correct.

9          Q       And once a fuse is blown, that's like a

10   failsafe.  That means that then the battery pack is

11   going to be inoperable after that fuse is blown?

12         A       Completely inoperable.  Done.  If you

13   put it in the laptop, it will say there is no battery

14   here.

15         Q       Okay.

16                 So, that's sort of failsafe mechanism.

17                 But the C-FET, if it's turned off, that

18   can be turned back on once that condition resolves?

19         A       Correct.

20         Q       So, it's sort of like a double --

21                 They have a double system to cut power

22   to the battery under certain circumstances.  One that

23   can be turned on and off and one that will kill the

24   battery forever?

25         A       Right.

D. Galler, P.E.

Page 140

1          Q     And if you turn to the next page, which
2     is page 6 of 12 of Exhibit 8, there is a cell voltage
3     imbalance protection during charging.
4                Do you see that?
5          A     Yes.
6          Q     And what that means is that the fuel
7     gauge is going to monitor the state of charge of all
8     the cells so that the difference between charge
9     levels in the cells remains relatively close?
10         A     Correct.
11         Q     Because you don't want one cell --
12         A     I'm sorry.  Maybe I answered something
13    as if it was a question and I wasn't supposed to.
14         Q     No, you are doing fine.
15               So, the question I have is I am just
16    trying to describe what that is and make sure I
17    understand it correctly.
18               In other words, the HP does not want
19    the battery pack to have some cells charged at a much
20    higher level than other cells?
21               MR. LEVITES:  Objection.
22               You can answer.
23         A     That's correct.
24         Q     Because if any cells get overcharged,
25    it creates this risk of thermal runaway?

D. Galler, P.E.

Page 141

1          A      Correct.

2          Q      And the fuel gauge is designed to

3    provide that functionality to report on cell balance?

4                 Right?

5          A      Your question had a couple of terms in

6    one sentence that --

7          Q      Let me rephrase it because I --

8          A      Okay.

9          Q      Let me rephrase it.

10         A      Okay.

11         Q      So, it says here that if the cell

12   imbalance occurs at a particular amount, after 15 to

13   25 seconds, the fuel gauge is supposed to turn off

14   that switch, the C-FET?

15         A      And blow the fuse.

16         Q      And blow the fuse.

17                So, in this instance, it uses both --

18                Well, the specification requires that

19   both of these devices be used to shut off power to

20   the battery pack if there is cell imbalance?

21         A      Correct.

22         Q      Then a little bit below on this chart

23   there is an over-temperature protection for charging

24   section.

25                That is a specification as to what the

D. Galler, P.E.

Page 142

```
 1   fuel gauge needs to do under certain circumstances,
 2   correct?
 3           A    Yes.
 4           Q    And in that instance it indicates that
 5   if the temperature of the battery cells is greater
 6   than 46 degrees Celsius or greater than two sections,
 7   then the charging current should be turned off using
 8   the C-FET?
 9           A    Correct.
10           Q    And then, if the temperature then dips
11   back below or to 45 degrees Celsius, it can flip that
12   switch back on?
13           A    Correct.
14           Q    Now, you said that your understanding
15   is that the temperature at which thermal runaway
16   occurs is somewhere greater than 130 degrees Celsius?
17           A    Yes.  That's only based on --
18                I say only based on, based partly on
19   the UL standard.  If the batteries were past the UL
20   standard, then the testing for heating is, say, heat
21   the cells to 130C for ten minutes and the batteries
22   have to survive that.  They can't go to thermal
23   runaway under those conditions.  So, that means that
24   if you had HP batteries or somebody else's or
25   something like that that were UL tested and you think
```

D. Galler, P.E.

Page 143

1    it went into thermal runaway, then they should have

2    been exposed to a temperature much higher than 130C.

3    Because otherwise it --

4                    The same temperature that they were

5    tested to and should have survived that.  That's

6    where one of those numbers comes from.

7            Q     In any event, the amount or the

8    temperature that HP has specified that the power be

9    shut off to the battery pack is much lower than that

10   130 degrees.  It's only 46 degrees Celsius.

11                Correct?

12           A     Correct.

13           Q     So, HP wants a margin of error that

14   would be a safe range and make sure that charger is

15   turned off before it gets to anywhere near 130

16   degrees?

17                MR. LEVITES:  Objection.

18           A     Correct.

19                MR. LEVITES:  Let's take a break now.

20                MR. SCHWARZ:  Hold on a minute.  Let me

21             just see.  I am almost done with this.

22                Okay.  We can take a break.  Do you

23             want to eat lunch now?

24                THE WITNESS:  I do.  I am hungry.

25                MR. SCHWARZ:  What would you --

D. Galler, P.E.

Page 144

```
 1              Let's go off the record first and we
 2         can discuss this.
 3              VIDEOGRAPHER:  The time is 1:33.
 4              Going off the video record.
 5              (Whereupon, a lunch break was taken)
 6              VIDEOGRAPHER:  The time is 2:01.
 7              We are back on the record video record.
 8         Q    If you turn to tab 9 in your binder,
 9    which I've marked as Exhibit 10.
10         A    Yes.
11         Q    Earlier today in the deposition we
12    talked about sort of a redundant thermistor system
13    that the HP Pavilion series laptops were intended to
14    have where the thermistor is connected directly to
15    the computer itself to the motherboard.
16              Do you recall that?
17         A    Yes.
18         Q    And this document that we have marked
19    as Exhibit 10 are the interrogatory answers to the
20    Plaintiff's Third Set of Interrogatories.
21              And interrogatory number one provides
22    that information about what was intended to be
23    designed into this laptop.
24              Do you agree with that?
25         A    Yes.
```

D. Galler, P.E.

Page 145

1        Q      And it basically says that independent

2    of the fuel gauge a thermistor was to be connected

3    directly to the internal controller on the computer

4    and when the temperature exceeded above 45 degrees

5    Celsius, it would discontinue the charge?

6                    MR. LEVITES:  Objection.

7                    You can answer.

8        A      Yes.  That thermistor is on the battery

9    pack or is supposed to be on the battery pack.

10       Q      Right.

11              Instead of being connected to the fuel

12   gauge, it was connected directly to the motherboard?

13       A      Correct.  That's correct.

14       Q      And it gave the computer, then,

15   independent of the fuel gauge a device by which it

16   can discontinue the charge if the temperature got too

17   high?

18       A      Correct.

19       Q      Now, we talked about the HP

20   specification, which is Exhibit 8, tab 7, that there

21   were six different fuel gauges made by Texas

22   Instruments for the battery pack that were approved

23   by HP.

24       A      Yes, there were six.

25              Do I turn back to that tab 8 or do I

D. Galler, P.E.

Page 146

1    not?

2            Q     Exhibit 7.  You can.

3            A     Exhibit 7.  I see.

4                  Yeah.  Right.  Okay.

5            Q     Tab 7.  Exhibit 8.

6                  My apologies for confusing you.

7                  That's an indication that --

8                  Withdraw that question.

9                  And as we said previously, there were

10   six Texas Instruments' fuel gauges but only one from

11   two other companies?

12           A     Correct.

13           Q     So, Texas Instruments would appear to

14   be the main supplier of fuel gauges to HP at least

15   during this period of time?

16                 MR. LEVITES:  Objection.

17                 You can answer.

18           A     Could you please repeat the question?

19           Q     Sure.

20                 It would appear that HP prefers Texas

21   Instruments' fuel gauges over other companies' fuel

22   gauges during this period of time?

23                 MR. LEVITES:  Same objection.

24           A     Just because they are listed that way,

25   I can't infer any preference on the part of HP.  I

D. Galler, P.E.

1   see the way it appears.  I see the way it appears.

2   But you are basically asking me what is HP's attitude

3   towards something, but I am not HP.  I can't tell you

4   what their attitude is --

5           Q      Certainly that would show a familiarity

6   between the two companies though, correct?

7           A      Correct.

8           Q      And Texas Instruments makes a number of

9   computer components beyond just fuel gauges, right?

10          A      Lots.

11          Q      And have you encountered other Texas

12  Instruments devices inside HP laptops other than fuel

13  gauges?

14          A      They are very common in the electronics

15  business and so I wouldn't be surprised if I did.

16  But as I am sitting here right now, if you say,

17  "okay, show me one," I can't show you one.

18          Q      And --

19          A      Texas Instruments is such a prolific

20  company.  That BQ number, that's not really

21  originally a Texas Instruments number at all.  It is

22  a different company that Texas Instruments purchased.

23  And so, they incorporated the model numbers because

24  it was easier for their customers to know hey, that's

25  where I am getting this part now.  Not purchasing it

D. Galler, P.E.

Page 148

1    from the original company.  Purchasing it from TI.

2    And I guess TI bought all the rights to the designs

3    of those parts.  And so, TI is very prolific.  If you

4    pick up a circuit board, and it's 5 inches on the

5    side, it is a 90 percent chance there is going to be

6    a TI chip somewhere.

7           Q    So, Texas Instruments is a leader in

8    the industry, correct?

9           A    That's correct.

10          Q    So, if you could turn to tab 10 now,

11   which I marked as Exhibit 11.

12          A    I got that.

13          Q    Now, this is a Texas Instruments

14   application report from July of 2005.

15               Do you see that?

16          A    I do.

17          Q    And have you seen this particular

18   application report prior to me showing it to you now?

19          A    Yes.

20          Q    Have you seen other application reports

21   that Texas Instruments from time to time publishes

22   and distributes?

23          A    On this topic or on other topics?

24          Q    On many topics.

25          A    On many topics, yes.

D. Galler, P.E.

Page 149

1         Q     Okay.

2               And then, as you said, they are a

3    leader in the field so their application reports are

4    typically given some credence, correct?

5               MR. LEVITES:   Objection.

6         A     Correct.

7         Q     Now, this particular application report

8    involves battery authentication and security schemes,

9    right?

10        A     Correct.

11        Q     And you read this?

12        A     I haven't studied it in detail, but I

13   read it.  Somehow it looks a little bit --

14              I think I saw another version of the

15   same --

16              It looks a little different to me, but

17   generally I am familiar with it.

18        Q     I think there was a 2014 version as

19   well.

20              Could that be what you are talking

21   about?

22        A     That could be.  That could be what I

23   was looking at.  Because I think it covers the same

24   things, but it was a little bit, like, a couple of

25   pages shorter or something.

D. Galler, P.E.

Page 150

```
 1          Q     Okay.
 2                But in any event this one is from 2005.
 3                And that's five years before the laptop
 4   at issue in this case was manufactured; is that
 5   correct?
 6                MR. LEVITES:  Objection.
 7                You can answer.
 8          A     Correct.
 9          Q     And this is an application report that
10   Texas Instruments put out to describe different ways
11   that laptop and other peripheral manufacturers could
12   provide protection against counterfeit battery packs,
13   correct?
14                MR. LEVITES:  Objection.
15                You can answer.
16          A     Authentication.
17          Q     Right.
18                And authentication means that some
19   system by which if a battery pack is replaced, that
20   the laptop or the peripheral that uses a lithium-ion
21   battery type of battery pack can determine whether
22   it's an authorized pack or not?
23          A     Correct.
24          Q     So, the abstract begins with the
25   statement that:
```

D. Galler, P.E.

Page 151

```
 1              "Driven by integrated functionality and
 2         shrinking form factors, the demand for
 3         portable devices, such as cellular phones,
 4         PDAs, and DVD players, has grown
 5         significantly during the last several
 6         years."
 7              And my question would be and that
 8    would also apply to laptops, correct?
 9              MR. LEVITES:  Objection.
10              You can answer.
11         A     Yes.
12         Q     And it says:
13              "These portable devices need
14         rechargeable batteries and peripherals that
15         must be replaced before the life of the
16         portable devices expires."
17              Do you agree with that?
18              MR. LEVITES:  Objection.
19              You can answer.
20         A     Yes.
21         Q     So, in 2005, the time period between
22    2005 and 2010, is it true that the lifetime of
23    batteries for these types of peripherals for laptops
24    and other types of devices that use lithium-ion did
25    not last as long as they do today?
```

D. Galler, P.E.

Page 152

1              MR. LEVITES:  Objection.

2              You can answer.

3      A     That's probably correct.

4      Q     And so, back in that year, then, it was

5   foreseeable that the useful life of a laptop would

6   likely exceed the life of a battery pack if it was

7   used frequently?

8              MR. LEVITES:  Objection.

9              You can answer.

10     A     Yes.

11     Q     And so, it was, then, foreseeable that

12  purchasers of laptops in this era between 2005 and

13  2010 would likely have to purchase a replacement

14  battery at some point to use in the lifetime of the

15  laptop?

16             MR. LEVITES:  Objection.

17             You can answer.

18     A     Yes.

19     Q     In addition to that, many users would

20  like to get another battery pack that would work in

21  the laptop even before the first one becomes

22  nonfunctional because that would enable them to

23  extend their battery time on the laptop, right?

24             MR. LEVITES:  Objection.

25             You can answer.

D. Galler, P.E.

```
 1           A     I guess that's one policy; buying one
 2     ahead of time.
 3           Q     Right.
 4                 And that was a pretty common occurrence
 5     back in this period of time when batteries didn't
 6     last as they do now?
 7                 MR. LEVITES:  Objection.
 8                 You can answer.
 9           A     I am not sure if I want to characterize
10     what would happen in a common occurrence.
11           Q     The manufactures --
12           A     You can argue with me all you want.  I
13     am not going to make a societal judgment about what
14     people did or didn't do.
15           Q     And you have no personal knowledge of
16     that?
17                 You never bought an extra battery for
18     your battery pack for any laptop that you had?
19           A     I didn't say that.  I just said I
20     wasn't making a societal judgment.
21           Q     Then let me ask you this.
22                 Did you actually do that in your own
23     personal use of laptops; buy an extra battery so you
24     had one charged when the other one ran out?
25                 MR. LEVITES:  In 2005?
```

D. Galler, P.E.

Page 154

1          A     I don't remember doing that.

2          Q     Okay.

3          A     I mean, maybe I did it, but I don't

4     remember doing that.

5                And also, having done work for HP, I

6     would probably buy an HP battery pack except, you

7     know, a third-party one.

8          Q     Did they give you a discount?

9          A     No.

10         Q     So, then this Texas Instruments

11    application report says:

12               "As a result of the demand for these

13                devices and the fact that the useful life

14                of the device is likely to outlast the

15                batteries, it opened a huge market for

16                counterfeiters to supply cheap replacement

17                batteries which may not have the safety and

18                protection circuits required by the

19                original equipment manufacturer."

20         Are you familiar with that concept?

21               MR. LEVITES:  Objection.

22         A     I sure am.

23         Q     So, back in 2005 it was generally

24    recognized that there may be replacement batteries

25    that are being purchased that lack certain safety

D. Galler, P.E.

Page 155

1    features?

2                    MR. LEVITES:  Objection.

3                    You can answer.

4         A     Recognized by whom?

5         Q     By the industry.

6                    MR. LEVITES:  Objection.

7         A     Well, I can't speak for the industry.

8         Q     Well, certainly, Texas Instruments is

9    saying that.

10                   Are you saying that that wasn't

11   generally understood at that time?

12                   MR. LEVITES:  There were so many thats

13              in that question, Steve.  I didn't even

14              understand it.

15                   MR. SCHWARZ:  Okay.

16        Q     Texas Instruments is saying that in

17   2005 that:

18                   "A huge market for counterfeiters to

19              supply cheap replacement batteries and

20              peripherals which may not have the safety

21              and protection circuits required by the

22              original equipment manufacturer."

23                   That that market had been opened as of

24   2005.

25                   And my question is are you saying that

D. Galler, P.E.

Page 156

1    you don't believe that was not generally understood

2    in the industry?

3           A     No.  I must have not understood the

4    question.  So, that last sentence that you read, I

5    agree with that.

6           Q     Okay.

7                 And in fact, you had personal knowledge

8    of this because you were involved in some

9    investigations of HP laptop fires where battery packs

10   lacking safety features were detected?

11                MR. LEVITES:  Objection.

12                You can answer, Donald.

13          A     That's correct.

14          Q     Okay.

15                So, clearly at least during the time

16   period that you were aware, HP was aware of that

17   because you made them aware of that?

18          A     I -- I don't --

19                I made the people at HP and their

20   representatives aware of when I encountered a

21   third-party battery pack in an investigation.  But

22   the characterization that I made HP aware of

23   something is a little bit overreaching for my taste.

24   In other words, it's not like I called up the

25   president of HP and said hey, Larry I got to tell you

D. Galler, P.E.

Page 157

```
 1    something.  So, my communication was relatively
 2    limited and those people knew what I was
 3    encountering.
 4          Q    And in addition to finding third-party
 5    battery packs, you were finding third-party battery
 6    packs that lacked certain important safety features?
 7          A    Almost all the third-party battery
 8    packs that I encountered lack --
 9               But, yes, as a subset as well.
10          Q    Okay.
11               And again, the counterfeiters were
12    making these battery packs as cheaply as they
13    possibly could and skimping on safety devices to do
14    so?
15               MR. LEVITES:  Are you talking about
16            2005 or are you talking about when he
17            started working on this stuff ten years
18            ago?
19               MR. SCHWARZ:  I am talking generally
20            now as a general concept.
21          A    I think that it's generally correct
22    that they made their battery packs cheap and also
23    generally correct where they could they omitted
24    safety features to make the packs cheaper for them to
25    make them.
```

D. Galler, P.E.

Page 158

1          Q      And the cheaper they could make them,
2     the cheaper they could sell them and --
3          A      Well, you know, I am not an economist,
4     but that seems pretty obvious to me.
5          Q      And if it seems pretty obvious to you
6     then it was obvious to HP, right?
7          A      I don't want to characterize HP's
8     thought process.  Thank you.
9                 MR. LEVITES:  Objection.
10         Q      Okay.
11                Now, in the next paragraph it says:
12                "These counterfeit batteries may
13           violate both mechanical and electrical
14           safety requirements related to
15           short-circuit protection, charge safety,
16           and other specifications."
17                And that's something that you just
18    agreed with?
19         A      Yes.  Correct.
20         Q      And charge safety, in particular, we
21    have been talking about with regard to the fuel gauge
22    safety devices and also the temperature, over
23    temperature protection that we talked about, right?
24         A      Correct.
25         Q      And then, the next sentence says:

D. Galler, P.E.

Page 159

1              "It is usually impossible for the
2          consumer to determine the quality without
3          making a purchase and possibly learning the
4          hard way."
5              Do you agree with that?
6     A     Yes.
7     Q     And in your experience in looking at
8  these what we call third-party battery packs or
9  counterfeit battery packs, have you encountered those
10  battery packs that actually have HP markings on them
11  even though they are not HP approved battery packs?
12     A     Yes.
13     Q     So, the consumer could purchase one and
14  believe it was an HP authorized battery pack based on
15  the markings?
16     A     I am pretty sure they could, yeah.
17     Q     And in fact, this particular battery
18  pack that was in the laptop that's at issue in this
19  case had those HP markings on them, right?
20     A     Well, I am not sure I saw the case of
21  the battery pack.  So, I can't --
22     Q     You don't remember that?
23     A     I don't remember seeing the case of the
24  battery.  There may have been a piece in the debris.
25  But I wouldn't be surprised if when it was purchased

D. Galler, P.E.

Page 160

1    it said "HP" on the outside.

2              Q      Okay.

3                     So, Texas Instruments is saying in this

4    2005 report is that there are ways that the laptop

5    manufacturers and other peripheral manufacturers can

6    institute authentication systems that would either

7    prevent a third-party battery pack from being used in

8    their device or at least provide a warning on the

9    screen to the user that it is not an authorized

10   battery pack, correct?

11             A      I'm sorry.

12                    Could you please repeat the question?

13             Q      Sure.

14                    What Texas Instruments is describing in

15   this application report, that we've marked as Exhibit

16   11, is that there are various different ways the

17   manufacturer of the devices that use these

18   lithium-ion battery packs can substantiate

19   authentication systems that would allow either or

20   that would prevent the third-party battery pack from

21   working in a peripheral or potentially provide a

22   warning to the user on the screen that it's not an

23   authorized battery pack?

24                    MR. LEVITES:   Objection.

25                    You can answer.

D. Galler, P.E.

Page 161

1          A      Yeah, I think that's correct.

2          Q      And this was 2005?

3          A      That's the date of the document.

4          Q      Okay.

5                 You reviewed Mr. Atkinson's deposition

6     transcript, correct?

7                 That was one of the items you reviewed?

8          A      Yes.

9          Q      And you also reviewed Mr. PiPho's

10    deposition transcript, correct?

11         A      Correct.

12         Q      Both Mr. Atkinson and Mr. PiPho said at

13    some point prior to the fire in this case they were

14    both aware of the same issue you were aware of, of

15    these third-party battery packs not having safety

16    devices?

17                MR. LEVITES:  Objection.

18                You can answer.

19         A      I believe that's correct.

20         Q      Okay.

21                Now, in this Texas Instruments report,

22    as I said, there is a variety of different -- of

23    authentication systems that were available for use in

24    2005 by manufacturers like HP, right?

25                MR. LEVITES:  Objection.

D. Galler, P.E.

Page 162

1           A      Correct.

2           Q      And so, the simplest of those

3    authentication devices, which is not really a device,

4    would just be the form of the battery pack, right?

5                  Like the battery packs for different

6    peripherals had different shapes and different

7    connections.

8                  So, one way to prevent third-party

9    battery packs is just the shape and design, right?

10          A      Correct.

11          Q      But that's the easiest one to

12   counterfeit, right?

13          A      Correct.

14          Q      So, then there is another type of

15   authentication system which is a challenge and

16   response based authentication scheme that's listed

17   here on the second page of the 2005 Texas Instruments

18   application report?

19                 MR. LEVITES:  Objection.

20          Q      Is that correct?

21          A      Yes.

22          Q      Are you familiar with the challenge and

23   response based authentication scheme?

24          A      Generally.

25          Q      So, under this type of scheme, just to

D. Galler, P.E.

Page 163

1  see if you agree with me, that basically the device
2  like a laptop would send a signal to the battery pack
3  and the battery pack would send a signal back and if
4  the signals matched or if it was the right signal
5  back then that would be an authentication step?
6           Is that your understanding on how those
7  were?
8      A    Yes.
9      Q    Now, what makes these less secure than
10 other systems is that a battery counterfeiter could
11 purchase one of these laptops and figure out that
12 scheme and then just have its counterfeit battery
13 pack send the right signal back?
14     A    Correct.
15     Q    So, then there are more sophisticated
16 types of schemes and they are also listed from this
17 2005 document.
18          One is called the challenge and
19 response RC based authentication.  And then, the most
20 sophisticated is the challenge and response SHA-1
21 based authentication implementation.  That appears on
22 page 6.
23          Is that correct?
24          MR. LEVITES:  Objection.
25     A    Yes.

D. Galler, P.E.

Page 164

```
 1              MR. LEVITES:  Before you go on, Steve,
 2          I think you misspoke earlier when you
 3          were --
 4              I think you were describing under the
 5          sub one, the identification --
 6          (indecipherable audio) -- you said
 7          challenge and response back when you were
 8          discussing that.  Now, you are referencing
 9          it again.  So, I am making sure we are
10          talking about two different things.
11       Q    So, in this document, item number 4,
12   which is page 6, is entitled, "Challenge and Response
13   SHA-1 Base Authentication Implementation."
14              Correct?
15              On page 6?
16       A    Yes.
17       Q    And is that a type of authentication
18   system that you are familiar with?
19       A    I am not --
20              I am not familiar with it.  When you
21   say "familiar with it," meaning have I've seen these?
22   The answer is no.  Do I understand what they are
23   talking about?  The answer is pretty much mostly.
24   But I haven't studied them in any great detail.
25       Q    Well, are you familiar with
```

D. Galler, P.E.

Page 165

1   authentication systems of any type that use the SHA-1

2   algorithm?

3          A       Nobody --

4                  Well, first of all, SHA-1 has been

5   deprecated by the US government agencies because some

6   number of years ago they found that there was a way

7   people could get -- not get around it, but there is a

8   way they could expose a problem with SHA-1.  SHA

9   stands for Secure Hash Algorithm.

10                 Now, there is a second version of that.

11  And so, you could put SHA-2 in this diagram and

12  everything would read the same.  It's just that the

13  original concept incorporated SHA-1, which was not

14  considered reliable anymore.

15         Q       Okay.

16                 So, at some point, then, the hackers

17  that were interested in breaking into systems that

18  use that algorithm were successful and the system was

19  upgraded, you are saying?

20         A       They could -- not that -- the

21  hackers --

22                 I'm not sure the hackers succeeded in

23  the process, but the possibility was there.  So,

24  since SHA-1 was being used for banking transactions

25  and credit card transactions and government safety

D. Galler, P.E.

Page 166

1    and top secret information codes and stuff like that,

2    the federal government said well, since we found a

3    problem with SHA-1, we might as well not use it

4    anymore.  And they issued sort of a government wide

5    statement and a more sophisticated one called SHA-2

6    was developed.  And that is what they use now.  So,

7    that's what the chip --

8                I think the chips now use that instead.

9         Q    Okay.

10               But in 2000 --

11        A    It's just an encryption algorithm.  You

12   put in a number.  You get a really long complicated

13   other number that you can't tell how it corresponds

14   to the first number you put in but it's a process.

15        Q    Right.

16        A    So, if you repeat that process with the

17   same input number, you get the same output number,

18   but it is harder to sort of figure out how that

19   works.  So, the counterfeiters has more work to do.

20        Q    And that was --

21               The change from SHA-1 to SHA-2 didn't

22   happen in 2005.

23               That happened at some point after that,

24   correct?

25        A    I think it was deprecated they called

D. Galler, P.E.

Page 167

1    it.  Meaning, we don't use it anymore.  I think that

2    was in 2011 or something like that.

3                Q    Okay.

4                     So, as of the date of this document,

5    2005, SHA-1 was still being used for even

6    sophisticated entities like banks and financial

7    transactions and the government?

8                A    Yeah, that's my understanding.

9                Q    Okay.

10                    So, that was what was available as of

11   2005 for a manufacturer like HP to use?

12               A    Correct.

13                    MR. LEVITES:  Objection.

14                    You can answer.

15               Q    And what they --

16                    The way these systems worked was that

17   the battery management system and particularly the

18   fuel gauge would have a similar ability to calculate

19   a number that would match the calculation that the

20   algorithm made from the laptop and that if they

21   matched then it would be deemed authentic, correct?

22                    MR. LEVITES:  Objection.

23                    You can answer, Don.

24               A    I think that's a pretty good

25   generalization of the scheme, yes.

D. Galler, P.E.

Page 168

1          Q    Now, if you could take a look at tab

2    16, which I marked as Exhibit 14, is a technical

3    reference for one of the fuel gauges that was specked

4    by HP to be used -- that could be used by a battery

5    manufacturer for this particular series of laptops.

6               If you want to check back to verify

7    that, I will tell you that you would want to look

8    at --

9          A    Which tab?

10         Q    Tab 7.

11         A    I am pretty sure you are correct.  But

12   just so we don't start off with the wrong foot, let's

13   verify that, okay?  Because I think it is a 20Z90.

14   And yeah, 20Z90.

15         Q    So, 20Z90 and 20Z95, this technical

16   reference covers both of them?

17         A    Yes.

18         Q    And 95 was also one of the specs?

19         A    Okay.  Fine.

20         Q    So, then, if you could turn to page 85

21   of this document?

22         A    85.

23              Yeah.  Okay.

24         Q    There is a Section A.34.

25              Do you see that?

D. Galler, P.E.

Page 169

1          A     Yeah, I am reading it.

2                Well, I see that that --

3                I read that section.  I understand part

4     of what they are talking about.  I just don't know

5     how it --

6                I think this is really just saying

7     where is the data located.

8          Q     What this indicates, does it not Mr.

9     Galler, is that this particular chip, the BQ 20Z90

10    and 20Z95 fuel gauge was equipped with the ability to

11    use this SHA-1 authentication scheme if the

12    peripheral that was being used with -- incorporated

13    that authentication scheme, correct?

14                MR. LEVITES:  Objection.

15         A     I think that's correct.  Yes.  That's

16    what it looks like to me.

17         Q     And at the time --

18                And this document, by the way, is

19    dated, revised in 2007 on the first page, correct?

20         A     Yes.

21         Q     So, as of 2007, and three years before

22    this laptop was manufactured, Texas Instruments was

23    offering the fuel gauge that HP specced with this

24    SHA-1 algorithm authentication system that could be

25    implemented?

D. Galler, P.E.

Page 170

1              MR. LEVITES:  Objection.

2              You can answer.

3         A    That's my understanding.  But you

4    understand it is unclear that any computer

5    manufacturer is doing this.

6         Q    Okay.

7              Well, we will get to that.

8         A    And the reason --

9         Q    We will get to that.

10        A    There is no standard --

11        Q    Okay.

12        A    -- the industry --

13        Q    Okay.  We will get to that.

14             My question was does Texas Instruments

15    offer this fuel gauge that was specced by HP with the

16    ability to use the SHA-1 algorithm for

17    authentication, and I think the answer was yes?

18        A    Correct.

19        Q    And was this one of the technical

20    references that you were provided with to review to

21    prepare for your deposition?

22             MR. LEVITES:  Objection.

23             You can answer.

24        A    I was provided with the TI paper.  The

25    one that is like -- I forget what number it was that

D. Galler, P.E.

Page 171

 1    we were in.  It was the one before this that we were
 2    looking at how the different authentication schemes
 3    --
 4                I was provided with that.  And I am
 5    pretty sure this thing --
 6                I downloaded a technical reference
 7    manual.  It might not have been this exact chip.  It
 8    might have been the other ones.  But it had a very
 9    similar number.  You see at the front of the document
10    where it says SLUU264A?  It was a number like that.
11    And I saw that the SHA-1 stuff was in it, in the
12    chip.  So, I am aware that the chips were able to do
13    that.
14          Q     Okay.
15                Just quickly, one of the other chips
16    that was specced for this series of laptops that was
17    the series that included the subject laptop in this
18    case, was the BQ 20Z70 and BQ 20Z75.
19                And if you take a look at tab 14, you
20    will see the technical reference manual for that
21    particular fuel gauge.  And that has been marked as
22    Exhibit 15.
23          A     Okay.
24          Q     Then if you turn to page 67 of that
25    document?

D. Galler, P.E.

Page 172

1            And again, you will find the identical

2    Section A.34 that provides the identical data about

3    the SHA-1 algorithm of authentication system that was

4    available on that chip.

5            MR. LEVITES:  Objection.

6            You can answer.

7        A    Yes, I see that.

8        Q    Then if you look at tab 15, which I

9    marked as Exhibit 16, and this is a 2008 version of

10   that same chip, the BQ 20Z70 fuel gauge and 75 fuel

11   gauge.

12           And if you look at page 67 of that

13   document, you will find the same Section A.34

14   authentication which provides the functionality for

15   the SHA-1 authentication platform, correct?

16       A    Yes.

17       Q    Then, finally, if you look at tab 13,

18   which is Exhibit 17, and you look at page 69, you

19   will see the technical reference manual from 2009,

20   revised in 2012, for the BQ 20Z40 and BQ 20Z45.

21           And it also on page 69 on Section A.34

22   indicates that this fuel gauge that was specced by HP

23   for this series of laptop also has the capability of

24   using the SHA-1 algorithm.

25           MR. LEVITES:  Objection.

D. Galler, P.E.

Page 173

1              You can answer.

2         A      I see that.

3         Q      Now, on page 18 of your report, you

4    indicate that the type of battery authentication

5    system that was available on all of these Texas

6    Instruments' fuel gauges for several years before

7    this particular laptop was manufactured wasn't

8    "industry standard."

9              Do you remember that?

10        A      Can you just do me a favor and show me

11   where?

12        Q      Tab one.  Page 18 of your report.

13        A      You were referring to something and I

14   am having trouble finding it.

15              MR. LEVITES:  The second to last full

16            sentence, Don.  Three lines up from the

17            bottom of the page.  It begins, "This

18            indicates."

19              THE WITNESS:  Oh, okay.  I see.  Yeah,

20            I see that.  Okay.  Now I am oriented.

21        Q      Okay.

22              So, my first question is what is your

23   definition of industry standard?

24        A      That computer manufacturers were not

25   implementing that type of authentication.

D. Galler, P.E.

Page 174

```
 1           Q     So, are you saying that there were no

 2    computer manufacturers in the world that were using

 3    authentication systems for battery authentication in

 4    2010?

 5                 MR. LEVITES:  Objection.

 6                 You can answer.

 7           A     No.  That is not what I said.

 8           Q     Okay.

 9                 That is what I am asking you.

10                 So, you are saying that's --

11           A     No.  No.  No.  No.  That's about the

12    fourth time you put words into my mouth.

13           Q     I am not trying to put words in your

14    mouth, Mr. Galler.  I am trying to understand.

15                 Okay?

16           A     When you say nobody in the world, I

17    never said nobody in the world.  Okay?

18           Q     Okay.

19                 That's what I want to know.

20           A     -- in that paragraph my experience of

21    tests that I did.  Your expert has done a test.

22    Measurement.  Calculation.  Your electrical

23    engineering expert hasn't done any of those things.

24    And you are grilling me about what my tests mean?

25    The test is described there.
```

D. Galler, P.E.

Page 175

1          Q     Okay.

2                That's what --

3          A     Why don't you read that and then you

4     can ask me a question.

5          Q     I did read it, Mr. Galler.  There is no

6     reason for you to get upset.

7                I am asking you this question.

8                Your determination of what industry

9     standard was, was based upon your review of three

10    different laptops that did not have authentication

11    systems; is that correct?

12                MR. LEVITES:  Objection.

13                You can answer, Don.

14         A     That's correct.

15         Q     Okay.

16               Did you do any literature search to

17    determine whether some other manufacturers that you

18    didn't look at had implemented such systems?

19         A     No, I didn't.

20               And the reason I didn't is because

21    those three companies were recognized as pretty big

22    producers in the US of portable computers.  And

23    because in the case I was involved in, the opposing

24    expert said I know these three manufacturers have

25    authentication.  So -- and -- and the replacement

D. Galler, P.E.

Page 176

1    batteries, which were not non lithium batteries

2    worked.  Which means either there was no

3    authentication or the authentication was there, but

4    it had been defeated by counterfeit battery makers.

5            Q     So, let's get into this.

6                  So, I am not trying to put words in

7    your mouth.  I am just trying to restate what you are

8    saying so I understand it.  So, just so you

9    understand I am not trying to mislead you.

10           A     Okay.

11           Q     Are you saying that your evidence for

12   the authentication systems not being industry

13   standard is based upon some work you've done in some

14   other case?

15                 MR. LEVITES:  Objection.

16                 You can answer.

17           A     Well, I described that.  That happened

18   to be in connection with another case.

19           Q     Okay.

20                 So, which case was that, that you

21   purchased or you obtained these brands of computer to

22   determine whether they had authentication systems?

23                 What case was that?

24           A     Am I allowed to answer that question?

25   Should I answer that question?

D. Galler, P.E.

Page 177

```
 1            Q     I think you have to.
 2                  MR. LEVITES:  As long as it's not a
 3             confidential or whatever --
 4                  THE WITNESS:  No.  It's not an ongoing
 5             case.
 6            A     The case was called Skaggs,
 7      S-K-A-G-G-S.
 8            Q     Who was it against?
 9            A     It was against Hewlett Packard.
10            Q     Okay.
11            A     It was in Louisiana.  I believe it was
12      in the state court of Louisiana.  And the allegation
13      was that a woman got burned.  Not that there was a
14      fire, but the batteries overheated and she got
15      burned.
16            Q     So, tell me then what you did to
17      determine that authentication systems weren't
18      industry standard in the year that you investigated
19      that?
20            A     I got vintage computers made by those
21      three companies that are in the paragraph.  I got
22      batteries from Amazon, which I thought were very
23      inexpensive.  So, they were likely to be non-OEM
24      batteries.  I took the three laptops apart.  I took
25      the original battery out.  I put the substitute
```

D. Galler, P.E.

Page 178

1    battery in.  I started the laptop up and they worked
2    perfectly fine.  They didn't give me a warning
3    message.  And they worked with the non-OEM batteries.
4            Q     Okay.
5                  Now, when did you do this?
6            A     Three years ago.  Four years ago.
7    Something like that.
8            Q     And did you obtain either from the
9    website of these manufacturers or any of the
10   documentation from these what you call vintage
11   laptops that indicated that the batteries that you
12   bought on Amazon were not authorized batteries to be
13   used in these computers?
14                 MR. LEVITES:  Objection.
15                 You can answer.
16           A     No, I didn't.
17                 But as I said before, opposing expert
18   said oh, these three manufacturers have very serious
19   authentication; they are known to have
20   authentication.
21                 In particular, it was well known in the
22   computer -- not industry, but consumer computer using
23   world that Apple was very serious about replacing
24   parts with non-Apple products.  And so, we expected
25   that there were authentication schemes of some sort

D. Galler, P.E.

Page 179

1    in those or really weren't really sure.

2              I don't know if that answers your

3    question.

4         Q    No, it doesn't.

5              Because what I am trying to get at

6    is if I understand your testimony -- and again, I am

7    not trying to put words in your mouth.

8              But if I understand your testimony, you

9    obtained laptops from a certain era.

10             And I think in your report you

11   indicated that these were all made in 2010; is that

12   correct?

13        A    I think the computer in question was

14   made in 2010.  So, I had tried to get computers which

15   were available in 2010.

16        Q    Okay.

17             And how did you --

18        A    They might have been made in 2009, but

19   they were available for sale in 2010.

20        Q    How did you determine that they were

21   available for sale in 2010?

22        A    Well, I shopped on either on eBay or --

23   I think it was on eBay.  And I believe that when I

24   got the laptops, I was able to tell when their

25   manufacturing date was.  And I might have documented

D. Galler, P.E.

Page 180

1  that as well.

2          Q     Okay.

3                And you didn't document that in your

4  report in this case, right?

5          A     I didn't document what in this?

6          Q     The ages of each of the computers that

7  you bought --

8          A     No, no.  I didn't -- I am not -- okay.

9  Maybe I did it.  Maybe I didn't do it.  But clearly,

10 I did not provide a more detailed description of that

11 test process in my report that is in that paragraph

12 at the bottom of page 18.

13         Q     I'm sorry.

14               You are saying that in the other report

15 you provided more detail in the case than you did

16 this?

17         A     Yes, that's right.  I videotaped the

18 process of replacing the battery.  I am not sure if I

19 videotaped the replacement process.  Well, I may have

20 done that, too.  I documented the replacement process

21 and what the computers did after I put the other

22 battery in, the non-OEM battery into them.  And I

23 also took pictures of the laptop.  So, you would

24 probably see the manufacturing date of each of the

25 three laptops in my photographs.

D. Galler, P.E.

Page 181

```
 1              Now, as I am sitting here right now, I
 2    can't tell you they were all exactly 2010, but that
 3    was my intent when I did that.  That's my
 4    recollection right now how I did that.
 5         Q    Okay.
 6              So, there is some record, either by
 7    photograph or some notes or your prior report, that
 8    will indicate what you determined to be the
 9    manufacturing date of these three laptops, correct?
10         A    Correct.
11         Q    And so, you could provide that to us at
12    some later time?
13         A    Okay.  So, I am just making a note.
14         Q    That's fine.  I am glad you are doing
15    that.
16         A    Because you requested a few things.
17    And if I don't write it down, I will forget.  Okay.
18         Q    And that's step one.
19              My next question is --
20              MR. LEVITES:  And we will take your
21         requests under advisement.
22         Q    Now, after you obtained these three
23    laptops from these three different manufacturers, you
24    said you also went on the internet, Amazon or some
25    other purchasing website, and you bought replacement
```

D. Galler, P.E.

Page 182

1    batteries for them?

2            A    Correct.

3            Q    Okay.

4                 And when you purchased those

5    replacement batteries, did you check with the

6    manufacturers of the laptops whether the replacement

7    batteries you purchased were authorized or not?

8            A    No.  I am not sure how I would do that.

9            Q    Well, in other words, we know for

10   instance in this case that the battery specification

11   for this Pavilion series laptop was presumably

12   manufactured by HP -- by LG, right?

13           A    Correct.

14           Q    In other words, HP specced but they

15   approved LG as a vendor?

16           A    I think it was an LG pack with LG

17   cells.

18           Q    Right.

19                Okay.

20                So, that's what I am getting at.

21                Is that each laptop manufacturer had

22   certain authorized vendors to make their battery

23   packs, right?

24           A    Correct.

25           Q    So, how did you determine that the

D. Galler, P.E.

Page 183

1    manufacturer of the battery pack that was -- that you

2    tested wasn't one of the authorized ones by the

3    manufacturer?

4              MR. LEVITES:  Objection.

5              You can answer.

6         A     As I recall what I did was I

7    photographed the battery packs that I purchased and I

8    made sure that the battery pack markings didn't have

9    the same indication as the computer markings.  So,

10   like, what I mean is I got an Apple computer.  I took

11   pictures of this non-OEM battery that didn't say

12   Apple anywhere on it.

13        Q     So, that's how you determined it wasn't

14   an authorized battery?

15        A     Correct.

16        Q     Because it didn't have the markings of

17   the manufacturer on it?

18        A     Correct.

19        Q     The manufacturer of the laptop?

20        A     Correct.

21        Q     And that was true of the other two as

22   well?

23        A     Correct.

24        Q     Now, the battery packs for all of those

25   three computers that you purchased had fuel gauges,

D. Galler, P.E.

Page 184

1    correct?

2           A      I did not explore that issue.  I didn't

3    take the battery packs apart.  I didn't x-ray them.

4    I simply put them into the computer.  You know, the

5    corresponding computer brand.  And tested to see if

6    the computer worked.  And the computer worked.

7           Q      Okay.

8                  So, you had no way of knowing whether

9    they were authorized by the manufacturer of the

10   laptop other than the fact that you didn't find any

11   indication on the outside of the battery pack saying

12   so?

13          A      I think that's all I did.

14          Q      Did you investigate whether the laptops

15   that you purchased had authentication capability

16   programmed into them?

17                 MR. LEVITES:  Objection.

18                 You can answer.

19          A      No, I didn't.

20                 And part of the reason I didn't is

21   because part of the testing was done because an

22   opposing expert said "I think these three computer

23   companies have authentication."  And so, we wanted to

24   prove him wrong.  And, you know, you asked me some

25   questions about additional data, which I could have

D. Galler, P.E.

Page 185

1   gotten which I didn't get, but part of the reason I

2   did it the way I did it was simply to show that that

3   opposing expert was incorrect about his assumption.

4   Because if there was any authentication, it certainly

5   would not have worked.  It either wasn't there or it

6   was already bypassed.

7          Q    I guess that's the issue.

8          So, do you have any way of knowing

9   whether the manufacturer used some sort of

10  authentication that was matched by the third-party

11  battery pack or whether they had no authentication at

12  all; like, telling the difference between those two?

13         MR. LEVITES:  Objection.

14     A    I am not -- all I --

15         No, I don't think I -- I don't think I

16  did anything of testing that would reveal that

17  information.  And it was really pretty basic.  That

18  the experiment was pretty basic.  I put the

19  computers.  I put the computers -- excuse me.

20         I put the batteries into the computers

21  and then the computers worked and didn't make any

22  indication that there was a non-OEM battery and

23  performed some fairly complicated functions, like,

24  playing a video or something like that.  There was no

25  indication at all that the battery had been replaced.

D. Galler, P.E.

Page 186

1      Q      Okay.

2             And --

3      A      So, I presumed either it didn't have

4   authentication or the authentication had been

5   bypassed in some fashion.  But I didn't do further

6   investigating beyond that.

7      Q      And there was a third possibility; was

8   that these were actually authorized battery packs and

9   they had the authentication system that the computer

10  was expecting?

11            That's a possibility, too, correct?

12     A      I suppose that is a remote possibility

13  because I made every effort to obtain batteries which

14  I expected were not authorized by the computer

15  vendors.

16     Q      And you did that by buying the cheapest

17  available battery pack?

18     A      And looking at the labeling on the

19  battery.  So, clearly, if I take a battery out of a

20  laptop and it says "Apple" on it and put something in

21  it that says nothing on the outside or it says

22  "Ninja" battery.  Then I know it's not an Apple

23  battery.  I mean, I don't have to take it apart to

24  know that.  So, that's all I can tell you.

25     Q      When it comes to the authentication

D. Galler, P.E.

Page 187

1    system that was on or was not on these laptops, did

2    you make -- were you able to make any determination

3    whether it was an SHA-1 or some other type?

4           A     I didn't do anything else to determine

5    what kind of authentication they had or didn't have.

6           Q     Okay.

7           A     I can't tell, you know, what type --

8                 If it had authentication or what type

9    it was or anything.

10          Q     So, to sum up what you did is you

11   bought three computers from three manufacturers, you

12   bought the cheapest replacement batteries, and you

13   just found out if it worked?

14          A     Correct.

15                MR. LEVITES:  Can we take another break

16          now?

17                MR. SCHWARZ:  I just want to ask him.

18          Q     You talked about the SHA-1.  The

19   government saying not to use it anymore.  And I just

20   wondered if on the break if you would take a look, I

21   believe the government said they should be phased out

22   by December 31, 2030.  But you can verify that while

23   we are on the break, if you could.

24          A     I think that there is a phase out alone

25   process by 2030.  I think the announcements came out

D. Galler, P.E.

Page 188

1   in something like 2011.  And in 2017 or somewhere
2   around there, there was a challenge, what they call a
3   collision test done by some hackers.  When they
4   discovered the collision, that's when the government
5   got concerned about it.  I saw a 2030 date, but I
6   also saw an earlier date as well.
7           Q    I will tell you that the NIST.GOV
8   website indicates that on December 15, 2022 NIST is
9   announcing SHA-1 should be phased out by December
10  31st of 2030.
11              And I would ask you that if you can
12  verify whether that's correct or incorrect on the
13  break.
14              MR. LEVITES:  You want to take a longer
15          break so he can do that?
16              MR. SCHWARZ:  I don't think it's going
17          to take him too long, but if you want to,
18          you want to take 15 minutes?
19              MR. LEVITES:  Yeah, let's do that.
20              VIDEOGRAPHER:  The time is 3:03.
21              We are going off the video record.
22              (Whereupon, a short break was taken)
23              VIDEOGRAPHER:  The time is 3:17.
24              We are back on the video record.
25          Q    Mr. Galler, were you able to check out

D. Galler, P.E.

Page 189

1    exactly when that SHA-1 algorithm is to be phased

2    out?

3          A     Yeah.  It looks like we are both right.

4    So, apparently there is a date range.  It's a

5    publication from this.  This is National Institute of

6    Standards and Technology.  It used to be called MBS.

7    Boulder, Colorado.  And they published something in

8    January of 2011 which says you shouldn't use this

9    anymore.

10                And then, there were some timeframes

11   and indeed one of the timeframes is 2030.  And as far

12   as I could tell, the way it looks is depending on

13   what you are doing, if you are doing something very

14   security sensitive, you should stop using it in 2011.

15   You should stop using it immediately when the 2011

16   thing was published.

17                And if you are designing new stuff in

18   2011, you shouldn't use SHA-1 anymore.  You should

19   use SHA-2.

20                And if you are doing something that's

21   built into a big structure that requires a lot of

22   software changes to change from one to the other and

23   it's a low security, you can wait until 2030.

24         Q     Okay.

25                Now, I got that website up now from

D. Galler, P.E.

Page 190

1    2022.  And it says:

2              "As today's increasingly powerful

3          computers are able to attack the algorithm.

4          NIST is announcing that SHA-1 should be

5          phased out by December 31st, 2030 in favor

6          of the more secure SHA-2 and SHA-3 groups

7          of algorithms."

8              Did you find something different than

9    that?

10         A    I found the document that was published

11   in January of 2011.  So, that's the world's notice,

12   the US world's notice, that there is a problem with

13   SHA-1.

14         Q    Right.

15              Go ahead.

16              I am sorry.

17         A    Clearly they are giving people until

18   2030 to get done doing the transition.  But as soon

19   as this document was published, anybody who is

20   designing a new piece of equipment should go, oh,

21   well, clearly I shouldn't use SHA-1 anymore.

22              So, you know, that is when it was

23   officially called deprecating.  Meaning, the

24   government had decided you shouldn't use it anymore.

25              Now, you know, if you want to build

D. Galler, P.E.

Page 191

1  your stuff until 2030 and then -- I don't think that

2  makes any sense.  If you have a big infrastructure

3  that's using SHA-1 and you are doing low security

4  stuff like, you know, selling movie tickets or

5  something like that.  And you are selling movie

6  tickets online and you need to take a long time to

7  fix that, then that's fine.  But basically they are

8  saying you shouldn't use it anymore.  And that

9  document was published in January of 2011.

10             Q    So, my question was different.

11                  It indicates in this 2022 document that

12  the reason for this was because the very powerful

13  computers were able to attack the algorithm.

14  Meaning, that it took a powerful computer to beat the

15  SHA-1 system.

16                  Do you have some understanding that it

17  didn't take a powerful computer; that anyone could

18  avoid that authentication process without a powerful

19  computer?

20             MR. LEVITES:  Objection.

21             You can answer, Don.

22             A    I am just reading the document.

23             Q    Which one?

24             A    The one from this.

25             Q    No, but from what year?

D. Galler, P.E.

Page 192

```
 1              There is one from 2011 --
 2      A     I am reading the January 2011 document.
 3      Q     Okay.
 4            MR. LEVITES:  Steven, you want to put
 5         up the '22 one?
 6            MR. SCHWARZ:  My question is really
 7         about how it gets defeated.  And I just
 8         wondered if Mr. Galler thought that in a
 9         counterfeit battery there would be a
10         powerful enough computer to defeat the
11         SHA-1 and how he knows that.  That's my
12         question.
13            MR. LEVITES:  Did you hear the
14         question, Don?
15            THE WITNESS:  I did.
16            And I don't know if it's powerful
17         enough.  And I understand your concern is
18         really is this really appropriate or is it
19         sort of a red herring.  And I can't really
20         answer the question.  All I can tell you is
21         that --
22            Well, no, I guess the question really
23         would be answered if we knew Texas
24         Instruments was offering chips that use
25         different --
```

D. Galler, P.E.

Page 193

 1            In other words, if two years later the
 2            BQ 20Z90 was available and it used SHA-2, I
 3            believe we have an answer to the problem.
 4            That you should just switch.  So, all I was
 5            saying is that it looked like they didn't
 6            like SHA-1 anymore.  And if you are
 7            designing new stuff around 2011 and you saw
 8            that, you'll say maybe I should go to
 9            SHA-2.
10        Q     Okay.
11        A     But I am not sure if it is a
12    requirement.  I am just saying, you know, something
13    was going on in the industry relative to encryption.
14    And we are talking about encryption.  So, you know,
15    you can argue about whether they really needed to do
16    it or not.
17            But what I am saying is if I were the
18    engineer and I was sitting down and I was at HP and I
19    was doing this, I would go to my boss and say, "Hey,
20    don't you think we should use this other chip because
21    it has SHA-2?"
22        Q     If you take a look --
23        A     I don't know --
24            I'm sorry.
25            I don't know if SHA-2 was available in,

D. Galler, P.E.

Page 194

1   you know, any of the fuel gauges.

2           Q     All right.

3                 I think we got a little off my

4   question.  So, let's go back to your report, which is

5   Exhibit 1, tab 1, and page 18 of your report.

6           A     Okay.

7           Q     On page 18 of your report you indicate

8   that the SHA-1 authentication system can be defeated

9   by counterfeiters.

10                See if you can find that.

11          A     So, I think you are talking about what

12  looks like Section 2, second paragraph; is that

13  right?

14          Q     I'm sorry.

15          A     Can you please repeat the question?

16                MR. LEVITES:  He is flipping to the

17           page, Don.

18                THE WITNESS:  Oh, I am sorry.

19                MR. LEVITES:  That's okay.

20          Q     In Section 2 you say:

21                "If the query and response are

22           encrypted --"

23                I'm assuming you are talking about

24  SHA-1 encryption?

25          A     Right.

D. Galler, P.E.

Page 195

```
 1            Q     And:
 2                  "-- it is possible to defeat this
 3            scheme.  The eavesdropping engineer only
 4            needs to know when in the startup sequence
 5            the communication codes occur.  The
 6            question and answer do not need to be
 7            deciphered.  Once the request and response
 8            are captured.  The BMU can be programmed to
 9            recognize the request and respond with the
10            encrypted response."
11                  That's the paragraph I am talking
12      about.
13            A     Okay.
14            Q     So, is it your --
15                  I am just going to ask you a question
16      about this.
17                  Are you saying that the SHA-1 doesn't
18      produce a unique number each time that has to be
19      matched by the SHA-1 algorithm in the battery pack,
20      but that an engineer could listen to it once and
21      figure it out and program the counterfeit battery
22      pack to always come up with the right number?
23                  MR. LEVITES:  Objection.
24                  You can answer, Don.
25            A     Yeah.  I think I was thinking that the
```

D. Galler, P.E.

Page 196

```
1    query and the response when they first occurred would
2    always be the same.
3              Q     But in SHA-1, that's not true, right?
4              A     No, no.  Even if they are --
5                    Doesn't matter what they are encrypted
6    with.  The question is does the encryption change.
7    Does something change each time.
8              Q     What SHA-1 algorithm does is generates
9    a unique number each time.
10                    Do you understand that?
11             A     Yes, I understand that.  But --
12             Q     Okay.
13             A     But it's based on something.
14             Q     Based on --
15             A     No, no, no.  That's not --
16                    I understand that.  What I am saying is
17    SHA-1 doesn't just generate a random number.  That's
18    not what it does.  What it does is you give it a key,
19    like, a four bit number, a three digit number, right?
20    You give it a three digit number and it gives you a
21    160 bit number.  When you give the same 3 bit digit
22    number, you get the same thing out.  You got 160 bits
23    but you got the same 160 bits.  And what I was
24    saying --
25                    And maybe this is wrong on my part, but
```

D. Galler, P.E.

Page 197

```
 1   what I was saying was that if that transmission query
 2   and response are the same 160 bit when you first turn
 3   the computer on, the eavesdropper doesn't have to
 4   know what they come from.  All he has to know oh,
 5   they are the same every time.  If it knows they are
 6   the same every time, you can program them into the
 7   fuel gauge chip and tell the fuel gauge chip that
 8   when you see this -- when you see X, a really long
 9   160 long bit thing, when you see that pattern, spit
10   back this other pattern.
11               So, that's not necessarily correct in
12   this particular example.  But I guess what I am
13   saying is that the people doing the eavesdropping
14   will go to no end to try to figure out what is going
15   on.  As long as they can eavesdrop, they have a
16   chance of bypassing the authentication; overriding
17   the authentication.
18          Q    What is the basis of your understanding
19   that an SHA-1 algorithm authentication system and a
20   peripheral can be defeated in the way that you just
21   described it?
22               In other words, did you read an article
23   about that?
24               Have you done it yourself?
25               Have you done research to understand
```

D. Galler, P.E.

Page 198

1      how that would be done and duplicated it?

2                  Tell me how you know that.

3            A      Oh, okay.  I haven't done much research

4      and I haven't done any experiments.  I read an

5      article on hacking, and there were many of them.  And

6      they do things, like, looking at the fuel gauge chip,

7      looking at something else in the computer, and

8      actually getting to the point where you change the

9      programming in both of those things.  The hackers

10     that do this go to computer conferences and they make

11     presentations.  So, I have a bunch of presentations

12     from a couple of people that were doing stuff like

13     that and it looked very sophisticated to me, and

14     enough to figure out how to bypass this

15     authentication.

16                  I can't tell you as I am sitting here

17     right now.  I guarantee it will work.  All I am

18     saying is that the level of sophistication of the

19     hackers was very high.  And so, it seemed to me that

20     if they wanted to, they would be able to bypass the

21     authentication.

22           Q      I am not trying to put words in your

23     mouth, I am trying to understand your answer.

24                  So, you have been to conferences --

25           A      No.  I just read about the conferences

D. Galler, P.E.

Page 199

1    online.

2        Q    Okay.

3            You read about the conferences online

4    of hackers specifically talking about defeating the

5    SHA-1 algorithm authentication system in a laptop

6    computer?

7        A    Not necessarily SHA-1, but encryption

8    was involved that they had to decipher.

9        Q    Okay.

10           So, let's talk about SHA-1 then.

11           What is your basis of your opinion that

12   in an authentication system based on SHA-1 in a

13   laptop and battery pack that these can be easily

14   defeated in the manner that you described in your

15   report?

16           What is your basis for that?

17       A    Okay.  Well, I wouldn't say they could

18   easily be defeated; but more work is involved.  And

19   even your expert, Dr. Martin, says "Yes, some

20   authentication schemes can be defeated."

21       Q    I am sorry.

22           I am not asking about Dr. Martin.

23           I am asking about your opinion that you

24   wrote in your report that SHA-1 can be defeated in

25   this manner on page 18.

D. Galler, P.E.

```
 1                I want to know how you came to that
 2      conclusion and what it is based on?
 3           A     If.  If.  I said if the query and
 4      response are encrypted, if they are the same when you
 5      first --
 6           Q     But an SHA-1 is not the same?
 7           A     No, no, no, no.  You are saying --
 8                I'm sorry.
 9                Finish your statement.
10           Q     An SHA-1 generates a new number each
11      time the query is made, correct?
12           A     Unclear.
13           Q     You don't know that?
14           A     No, it's unclear.  If the key -- it's
15      not about --
16                They talk about a key, which is the
17      decoding of the manufacturer's ID.  If the key is the
18      same and you put it into SHA-1, you get a number that
19      comes out.  And that number is the same if you put
20      the same key into SHA-1.  It doesn't just generate a
21      random number every single time.
22           Q     Okay.
23                So, what is your --
24           A     So, my presumption was that the key was
25      the same.  And then, the idea is that it sends 160
```

D. Galler, P.E.

Page 201

1    bits to the fuel gauge chip and the fuel gauge chip
2    sends something back.  And the laptop goes oh, I sent
3    160 bits to the fuel gauge chip and I got something
4    160 bits back from the fuel gauge chip, and those two
5    things are the same.  So, now I checked that the fuel
6    gauge chip is authentic.
7            Q      Okay.
8            A      I made an assumption there.  I want to
9    be clear I made an assumption there.  If the keys
10   keep changing, this gets a lot harder.
11           Q      So, that's the question.
12                  What is your understanding of how
13   accessible the key would be to a hacker in trying to
14   do this type of --
15                  In other words, you are saying, if I
16   understand it, that if the counterfeiter knew the key
17   they could put the key into the battery pack.  And if
18   it was the same key as the laptop, then they would
19   generate the same numbers.
20                  Is that correct?
21           A      Correct.  That's what I am saying.
22           Q      Okay.
23                  Now, what evidence do you have that any
24   counterfeit battery manufacturer has ever
25   accomplished that?

D. Galler, P.E.

1          A     I don't have any evidence that they

2     accomplished that.  What I am saying is there is a

3     level of technology that's required and it may be

4     possible to do it that way.

5          Q     So, it may be possible.  You are not

6     saying it is possible?

7          A     That's correct.

8                I am just saying here what is going on.

9     And the hackers --

10               If there is something more complicated,

11    hackers have enormous capabilities to sort of reverse

12    engineer what was going on or what is going on

13    communicated between the two devices; the computer

14    and the battery pack.  So, it's possible that --

15               You know, it seems to me that the level

16    of technology of the hackers keeps advancing as the

17    level of technology of the encryption does.

18         Q     But you cannot say with reasonable

19    certainty that that's actually been accomplished in

20    SHA-1 systems in a laptop and battery pack?

21         A     No.  That's right.  In fact, we are

22    talking about this process which we know is not used

23    by anybody.  In other words, these authentication

24    schemes that we are talking about in battery packs

25    for laptop computers we know is not A, it's not

D. Galler, P.E.

Page 203

1    required and B, we don't know if anybody is actually

2    using it.

3              Q    Now, you said three difference things

4    there.

5                   You said we know that no one is using

6    it or we don't know that someone is using it.

7                   Which is it?

8              A    We know that there is no standard

9    requiring the use of it.  I misspoke.  There is no

10   standard requiring the use of it.  And we don't know

11   if any manufacturer is actually using it.

12             Q    You also --

13                  Go ahead.

14                  I am sorry.

15             A    No, I said I was done.

16             Q    So, you are also saying that you cannot

17   say with reasonable certainty that no one is using

18   the SHA-1 algorithm that is available on all of these

19   fuel gauges from TI?

20                  MR. LEVITES:  Objection.

21                  You can answer.

22             A    I don't know who is using it or whether

23   they are or not.

24             Q    Okay.

25                  Thank you.

D. Galler, P.E.

Page 204

1          A      There is no requirement for the user to
2     use any of it.
3          Q      And are you saying that there is some
4     agency that sets requirements for what authentication
5     systems need to be used?
6          A      In this context of laptop batteries
7     communicating with the laptops?
8          Q      Yeah.
9          A      No, I am not aware of any.
10         Q      You said that they are not required.
11                So, I was assuming --
12         A      If they were required, HP would know
13    about them.  Dr. Martin would know about them.  We
14    will be having a different discussion.
15         Q      My question is what is the body or
16    entity that sets requirements for authentication for
17    anything else for laptops other than UL?
18         A      I am not sure there is any --
19                So, UL's charter is fire safety.  And
20    so, if --
21                Mainly, fire safety.  Fire and electric
22    shock safety.  If they thought that these things were
23    causing a fire all the time, they would make it part
24    of a UL standard.  Also, there is the IEEE, the
25    Institute of Electrical and Electronic Engineers.

D. Galler, P.E.

Page 205

1    They publish standards as well.

2              But there is no standard from either of

3    those organizations that says if you have a

4    lithium-ion battery pack, you got to do this.  You

5    got to put an authentication system in.  Power tools.

6    I am not aware of any.  I don't think anyone else is

7    aware of any.

8         Q    So --

9         A    Go ahead.

10        Q    Is it your understanding that if a

11   manufacturer is aware of a hazard that can be

12   corrected or prevented, that if there is no UL or the

13   other organization requirement, that the manufacturer

14   shouldn't make that change?

15             MR. LEVITES:  Objection.

16             You can answer.

17        A    I didn't say that.  I just said they

18   weren't --

19             If they were required, HP and the other

20   manufacturers would be using them.

21        Q    So, even though HP knew from you and

22   from Mr. Atkinson and from Mr. PiPho that fires were

23   occurring because of these counterfeit batteries,

24   it's your opinion that they are not required to do

25   anything until some agency or some entity tells them

D. Galler, P.E.

Page 206

1    to?

2                MR. LEVITES:  Objection.

3         A    No, I don't think I will make that

4    representation.  I just mean that there was no

5    requirement.

6         Q    Okay.

7         A    Ethically, should they have been doing

8    it?  Morally should they have been doing it?  Well,

9    that's a different matter.  You are raising that and

10   I think you are right to raise that.  I am just

11   saying there is no --there is no UL certification,

12   for example.  There is no requirement to do that.

13               And I think the reason I am giving it

14   some importance is because that's their job.  When

15   something becomes really, really dangerous, they go,

16   this is really dangerous, we got to fix this, we are

17   going to fix this by changing a standard somewhere.

18   And apparently --

19               And I know it causes fires every once

20   in a while.  But apparently UL has not produced a

21   standard.

22        Q    But when HP knows that something is

23   very really, really dangerous, aren't they required

24   to make a change under the law?

25               MR. LEVITES:  Objection.

D. Galler, P.E.

```
 1            Steve --
 2       A    I wouldn't know that.
 3       Q    Now, when did HP first institute any
 4  authentication system in its laptops?
 5            Are you aware of that?
 6            MR. LEVITES:  Objection.
 7            You can answer.
 8       A    In -- at least.
 9            MR. LEVITES:  You want to point him to
10        that testimony, Steve?
11       Q    I can show you the testimony if you
12  want.
13            MR. LEVITES:  Are you referring to your
14        report, Don?
15            THE WITNESS:  I was trying to answer
16        the question and maybe I was not properly
17        prepared to answer the question.
18            So, let me just make sure I am chasing
19        the right one.
20            I thought I saw a document in the
21        notebook, your notebook that you provided,
22        where there was an HP employee.  I think it
23        was probably Lee Atkinson saying, "Ah, here
24        is what pin 6 does."  So, pin --
25       Q    I will represent to you, and I can show
```

D. Galler, P.E.

Page 208

1    you the testimony.  It's page 105 to 106.
2                    Mr. Atkinson says that:
3                    "The first authentication programming
4             for HP in any laptop occurred in 2019 when
5             they instituted a system where the user
6             would get a warning on the screen."
7                    Do you recall that?
8            A    No, I don't recall that.  I believe
9    you.  I believe you.  I don't see it.  What I am
10   saying is --
11                   MR. LEVITES:  Hold on.  Wait for the
12            next question.
13                   THE WITNESS:  Sorry.
14                   Maybe I should look at that.
15           Q    Okay.
16                   Let me find it.
17                   I am going to share the screen with
18   you.  I want to make this bigger for you.
19           A    Oh, thank you.
20           Q    Oh, here it is.
21                   Page 105, line 6.
22                   With my curser it says:
23                   "When did the pop-up that you described
24            meaning a message that the computer
25            operator would see on the screen about the

D. Galler, P.E.

Page 209

1          potential that the battery pack that was in

2          the computer was an unauthorized HP device?

3          When did that pop up first appear or first

4          become available on a newly manufactured HP

5          laptop computer?"

6               And Mr. Atkinson answered:

7               "In 2019."

8               And then I questioned him:

9               "So, prior to that was there any

10          message that an operator prior to units

11          manufactured prior to 2019 was there any

12          message that a user of an HP laptop, a

13          Pavilion laptop computer, would receive in

14          the event that an unauthorized battery pack

15          tracking safety functions was installed in

16          the computer?"

17               And then there is an objection.

18               And then on page 106, Mr. Atkinson

19           answers:

20               "Before that, there was no message when

21          a non HP battery was when the battery

22          didn't identify as HP was installed."

23               Does that refresh your recollection?

24     A     It informs my recollection.  I am not

25     sure I read that before.

D. Galler, P.E.

Page 210

1        Q      Okay.

2        A      I see the dates.  I see what you are

3    saying.

4        Q      And that deposition date was August 2,

5    2023.

6               And you didn't find any information

7    contrary to what Mr. Atkinson said, that any kind of

8    authentication was installed by HP in laptops prior

9    to 2019, have you?

10               MR. LEVITES:  Objection.

11               That's not what it said.

12        A      Not in terms of a, you know,

13    authentication scheme like that.  But you realize

14    that the mechanical form, the electrical format of

15    the connector, what the connector pins mean, all of

16    that can be construed as an authentication scheme

17    that the counterfeiter had to replicate.  So,

18    everything is being copied by a counterfeiter.  And

19    part of that is essentially authentication but it's

20    not the same in the context we discussed.

21        Q      So, you are saying that the form of the

22    battery pack and the connections are something that

23    in some sense prevent using the wrong battery for a

24    computer but that's also easily reverse engineered?

25        A      Correct.  Correct.

D. Galler, P.E.

Page 211

1              All we are doing is making things

2     step-by-step harder for people to reverse engineer,

3     and they always do it.

4              Q    But we can't --

5              Again, going back to the SHA-1, you

6     can't say that any counterfeiter has employed a

7     system to defeat an SHA-1 authentication system, that

8     you are aware of?

9              A    I'm not aware of any.  No.

10             Q    Okay.

11             Now, you were able to evaluate the

12    battery management system circuit board for the

13    subject laptop when you went to FRT, correct?

14             A    I saw it.  I have some knowledge of it.

15    But I am not sure what you mean by "evaluate."

16    I didn't do any electrical tests on it, if that's

17    what you mean.

18             Q    Did you visually inspect it?

19             A    Yes, I did.

20             Q    And did you determine whether all the

21    fuel gauge pins on the fuel gauge that was installed

22    on that motherboard were actually connected to the

23    circuit board such that the safety features that were

24    intended for the authorized battery pack were

25    actually instituted on that counterfeit laptop

D. Galler, P.E.

Page 212

1    battery?

2                 MR. LEVITES:  Objection.

3                 You can answer, Don.

4                 MR. SCHWARZ:  That was a terrible

5          question.  Let me start again.

6

7          Q     The battery management system on the

8    battery pack that was in the computer at the time of

9    the fire had a fuel gauge, correct?

10         A     Correct.

11         Q     And did you research that fuel gauge to

12   determine what its capabilities were?

13         A     Yes.  Well, I got the data sheet.  Yes,

14   I did.  I did.

15         Q     Okay.

16               So, let's take a look at tab 12 in the

17   notebook then.  This has been marked as Exhibit 18.

18         A     Now, this is the chip that was on the

19   board in question.

20         Q     So, the board in question had a Texas

21   Instruments fuel gauge chip, but it wasn't one of the

22   ones that was specified in the HP specification?

23         A     I think that that's correct.  Yes.

24         Q     Okay.

25         A     You had this BQ 2060A.

D. Galler, P.E.

Page 213

```
 1            Q      Right.

 2                   And this Exhibit 18 is the --

 3    specification for that particular fuel gauge to the

 4    ones we've looked at previously?

 5            A      Correct.

 6            Q      In other words, it provides the

 7    functionality of this particular Texas Instrument

 8    fuel gauge?

 9            A      Yes.

10            Q      Okay.

11                   So, if you turn to the second page of

12    Exhibit 18, there is a chart that is entitled, "Pin

13    Descriptions."

14            A      18.  This is tab 12.  Wait.  Wait.  I

15    am sorry.

16            Q      Exhibit 18.

17            A      Tab 12.

18                   And what did you say?  Page 18?

19            Q      Page 2.

20            A      Tab 12.  Page 2.

21                   Yeah, I see.  Okay.

22            Q      And this, for the record, has been

23    marked as Exhibit 18 but don't let that confuse you.

24            A      Okay.

25            Q      So, this chart then describes what the
```

D. Galler, P.E.

Page 214

1     pins on the fuel gauge are intended to provide.  The

2     functionality they are intended to provide.

3              A     Correct.

4              Q     Okay.

5              A     I interpreted it as a question.

6              Q     Okay.

7                    So, pin number 16 is entitled CFC and

8     that is actually the charge that is similar to what

9     we talked about, the switch that we talked about,

10    correct?

11             A     Correct.

12             Q     And so, in the other such cases we

13    looked at, the charge FET and we looked at the

14    specifications that HP has, the charge FET is a

15    switch that can be turned off when certain parameters

16    are met.  For instance, voltage is too high or the

17    cell imbalance is improper or the temperature is too

18    high, correct?

19             A     Correct.

20             Q     So, this device --

21                   This fuel gauge that was on the -- in

22    the battery pack management system for the battery

23    that was in the computer at the time of the fire had

24    the capacity to have a charge FET that could be

25    turned on and off under certain circumstances?

D. Galler, P.E.

Page 215

1              MR. LEVITES:  Objection.

2              You can answer.

3         Q    That's what this document says?

4         A    Could you repeat the question?

5         Q    Yeah.

6              The BQ 2060A fuel gauge that was on the

7    battery pack at the time of the fire had the capacity

8    to use a charge FET to turn on and off the charger?

9              MR. LEVITES:  Objection.

10             You can answer.

11        A    Yes, it had the capacity.  The reason I

12   am saying it that way is because as I am sitting

13   here, I can see the chip has the capability to do

14   that, but I don't really know that it was connected

15   to the charge FET.  So, I presume it was.  But, you

16   know, you asked me about the BMU's capability which

17   is different than the chip capability.

18        Q    Well, exactly.  So, that was going to

19   be my next question.

20             In Dr. Martin's report, based upon his

21   inspection, he provided information in his report

22   saying that it was not connected to the pin 16, the

23   pin circuit board in the battery management system in

24   the computer at the time of the fire.  That the C-FET

25   pin 16 was not connected to the circuit board.

D. Galler, P.E.

Page 216

1          My question to you is do you disagree
2     with that?
3               MR. LEVITES:  Objection.
4               You can answer.
5          A    I don't have any reason to disagree
6     with it.  I am just a little surprised.  But I am
7     generally aware that the Battery Management Unit
8     didn't have what you would consider the same
9     capabilities as the spec -- the HP spec required, you
10    know what I mean.  In other words, I know it didn't
11    have some functions.  That's just not one of the
12    functions I knew it didn't have.  There were other
13    ones that I knew it didn't have.
14         Q    Which ones did you know it didn't have?
15         A    Well, as far as I could tell --
16              Well, so the BMU, the Battery
17    Management Unit circuit board, had two solder pads.
18    Meaning, circular holes with some solder around there
19    where wires would go.  It only had two.  It looked
20    like it only had two to connect to the battery pack.
21    But the battery pack had six cells.  So, that means
22    that it should have had really --
23              It had three pairs of two.  So, there
24    looks like three cells.  So, there should have been
25    four wires so that the fuel gauge chip could measure

D. Galler, P.E.

Page 217

1  the battery voltage of the middle pair, you know what
2  I mean?  In other words, if there is three pairs,
3  three sets of cells, you have the high end, then you
4  have the high end of the middle battery, and then you
5  have the low end of the middle battery and then you
6  have the low end of the pack.  So, that's four
7  connections.  So, there should have been four
8  connections.  It didn't have four connections.  And
9  as far as I could tell, it only had the two.  So, I
10 know it didn't --
11              So, that means that down at the bottom
12 of the table where it says VCELL1 to VCELL4, not all
13 of those leads were connected.  Because it
14 couldn't --
15         Q     Okay.
16         A     It couldn't --
17               I'm sorry.
18         Q     You go.
19         A     It couldn't measure the intermediate
20 cell pair.
21         Q     And that means it couldn't monitor cell
22 balance?
23         A     Correct.
24               Well, there is two things.  It couldn't
25 monitor the cell voltage and it couldn't do cell

D. Galler, P.E.

Page 218

1    balancing.  Cell balancing is the process where it
2    determines that one of the cell pairs is a little bit
3    low in voltage.  And to equal them all out, it does
4    help to make the current be a little higher in that
5    cell so that they all eventually wind up being the
6    same.  So, in addition to not being able to monitor,
7    it can't be doing anything about it if they are out
8    of balance.
9            Q    Pin number 19 of this fuel gauge that
10   was on the battery pack that was in the computer at
11   the time of the fire is the pin that's supposed to be
12   connected to the thermistor that's going to measure
13   temperature and monitor temperature.
14            Did somebody say something?
15       A    Somebody said something but I don't
16   know who it was.
17            MR. LEVITES:  I just got an alert.  I
18       apologize.
19            MR. SCHWARZ:  No worries.
20            MR. LEVITES:  Just the time that it's
21       4:00.
22            MR. SCHWARZ:  Okay.
23       Q    My question is did you investigate the
24   current circuit board and fuel gauge on that battery
25   pack to determine whether that pin was connected to

D. Galler, P.E.

Page 219

1    the pin circuit board so that the temperature
2    monitoring function was available?
3            A       I had --
4                    I didn't make any measurements from the
5    looks of it.  Well, let me put it this way.  As far
6    as I could see, there was no thermistor.  In order
7    for the thermistor to work properly, there would have
8    been a pair of leads coming off the circuit board
9    going to, like, strapped one of the batteries, like,
10   with tape so to measure the battery temperature.
11   There was no such thermistor.  So, that suggests that
12   there was nothing connected to pin 19.
13           Q       Okay.
14           A       So, without --
15                   In other words, without that
16   thermistor, it's not required for me to figure out
17   whether it's connected or not because it's not there.
18   So, they couldn't measure anything.  Now, whether
19   they faked it out in some fashion, meaning, did they
20   put a resister somewhere on the board or was it
21   really measuring a temperature that looked like it
22   was measuring, I have no idea.  I might have
23   suggested that at one point.  But there was
24   definitely no thermistor connected to the batteries.
25           Q       Okay.

D. Galler, P.E.

Page 220

1          And that's the important point because
2     that means that the protection of preventing thermal
3     runaway was not on this battery pack?
4          A     Correct.
5          Q     And that means that this battery pack
6     if it overheated had no safety system to prevent it
7     from going into thermal runaway?
8          A     That is correct.
9          And if it was charging -- if it was
10    charging -- so, if it was just --
11          If it was charging and the temperature
12    got too high, then it would stop charging.  The
13    system would stop charging.  If it went into
14    thermal -- if it went into thermal runaway induced by
15    an exterior heat source, it really couldn't remove
16    that exterior heat source.
17          But at some point as the temperature in
18    the battery got too high, the BMU would stop the
19    charging or the laptop would try to stop the
20    charging.  That wouldn't necessarily stop it from
21    getting impacted by external heat, but it may slow
22    that process down.
23          Q     Let me unpack that one.
24          I think what you are saying -- I am not
25    trying to put words in your mouth.

D. Galler, P.E.

Page 221

1          I think what you are saying is that
2    without the thermistor if it was charging, which it
3    was at the time, then if the temperature got above 46
4    degrees Celsius, there would be nothing to tell the
5    computer to stop charging?
6          A     Correct.
7          Q     Okay.
8          And as a result, if that happened, then
9    the temperature could continue to rise to a point
10   where it could become self-sustaining and turn into
11   thermal runaway?
12         A     That could be.  That could be.
13         Q     Okay.
14         And the same thing with regard to the
15   cell balance mechanism.
16         Without the cell balance mechanism,
17   there was increased potential for one cell to be
18   overcharged, which could also lead to the
19   irreversible thermal runaway reaction, correct?
20         A     I believe that's correct.
21         Meaning, that overcharging could result
22   in thermal runaway.
23         Q     And without the charge that there would
24   be no mechanism for the fuel gauge to actually
25   discontinue charging or to blow the fuse if the

D. Galler, P.E.

Page 222

1   charge FET wasn't activated?

2           A    Well, first of all, there was no fuse.

3   I mean, it's kind of a special part.  It has a shape

4   that I would recognize.  I didn't see a fuse on that

5   board at all.  There was no fuse.  And so, the first

6   part of your question I didn't --

7                So, you are saying the charge they

8   weren't there on the board at all?

9           Q    Well, what we know from looking at the

10  fuel gauge is that there was no connection to the pin

11  on the fuel gauge that would control the charge.

12               So, without a connection, then, the

13  charge FET would not be activated by the fuel gauge

14  because there is no connection?

15          A    Well, are you suggesting that that

16  means that --

17               I mean, the batteries had to be able

18  to --

19               If there was a charge FET connected

20  between the batteries and the incoming power from the

21  laptop, the charge FET has to be turned on in order

22  for charging to take place.

23               Are you saying there was no charge FET

24  or it was bypassed or what?

25          Q    I'm sorry.  I misspoke.  I apologize.

D. Galler, P.E.

Page 223

1              What I meant to say is without the fuel

2     gauge controller that could turn off the charge FET

3     then the charge FET will stay in an on position all

4     the time?

5              A     So, you think it was wired --

6                   I printed a few things out, but I am

7     not sure I printed out the pictures.

8                   MR. LEVITES:  Your pictures of the

9              board is at Figure 21, page 28, the

10             close-up of the board.

11                  THE WITNESS:  Oh, okay.  In my report,

12             you are saying?

13                  MR. LEVITES:  Correct.  Figure 18

14             before cleaning it, I think.

15                  THE WITNESS:  I got 18.

16                  MR. LEVITES:  There is one other where

17             you talk about the solder hose, but.

18                  THE WITNESS:  Yeah.  Well, I guess, it

19              looks like --

20             Q     Actually, take a look at --

21             A     There is no charge FET.  There is no

22     C-FET.  There is no --

23                  Oh, so I think what they did is they

24     had the battery connector connected directly to the

25     batteries.  They had no control for overcharging or

D. Galler, P.E.

Page 224

1    discharging.  It was just always connected.

2            Q     And as a result of that, then, there

3    was a further risk --

4            A     Correct.

5            Q     -- that this could overheat and go into

6    thermal runaway?

7            A     Correct.

8                  Plenty of opportunities for --

9            Q     So, just to sum up this area, this

10   particular counterfeit battery pack lacked the safety

11   features that would prevent in the charging mode the

12   battery itself to go into thermal runaway?

13                 MR. LEVITES:  Objection.

14                 You can answer.

15           A     I think that's correct.

16           Q     And you understand that the laptop was

17   plugged in the charging mode at the time of the fire,

18   correct?

19                 MR. LEVITES:  Objection.

20                 You can answer.

21           A     Well, when you say "charging mode,"

22   yeah, it was plugged in.  And therefore other than

23   any indicators that it was not being charged, it

24   appeared to be charging correctly.  That was my

25   understanding.

D. Galler, P.E.

Page 225

1          Q     Okay.

2                Now, what is your understanding of how

3     many of the six cells actually went into thermal

4     runaway?

5          A     Well, I think that four of them were

6     damaged and I think there is a pair that was not

7     damaged.  And I can't --

8                But they didn't go into thermal runaway

9     and sort of expel their contents or burst open.

10         Q     Okay.

11               So, two of the cells exploded and burst

12    open, correct?

13         A     Correct.

14         Q     And two of the cells ejected all of

15    their contents that were found empty in other parts

16    of the room?

17         A     I think that's correct.

18         Q     And two of the cells were ejected but

19    did not lose their vent caps and did not eject their

20    internal material?

21         A     I think that's correct.

22         Q     And those last two that didn't blow

23    their vent tops and eject their internal material

24    would not have gone into thermal runaway to be found

25    in that condition, correct?

D. Galler, P.E.

Page 226

```
 1              MR. LEVITES:  Objection.
 2              You can answer, Don.
 3         A    Well, I am not sure you can conclude
 4    that they didn't go into thermal runaway.  They
 5    didn't go into thermal runaway and have a
 6    catastrophic destruction of the cells.  But there are
 7    a couple of safety devices in each 18650.  In the
 8    top, there is a venting mechanism.  So, when the
 9    battery goes into thermal runaway and starts to
10    produce gas and pressure, that vent is supposed to
11    open and allow pressurized gas out of the cell
12    avoiding explosion of the cell.  So, that might have
13    happened.
14         Q    Okay.
15              So --
16         A    Then the cell contents would still be
17    in the cell.
18         Q    And did you inspect those cells when
19    you went to FRT to determine whether you thought that
20    those two cells had thermal runaway?
21         A    I did not.  I just took pictures of the
22    ends of them.  I think that I have x-rays.  But the
23    cell condition --
24              Since I knew the four went into thermal
25    runaway pretty seriously, I wasn't too concerned
```

D. Galler, P.E.

Page 227

1    about what the other two did.

2              Q      And --

3              A      Go ahead.

4              Q      Based upon your analysis and what we

5    just discussed, then, you would agree that the six

6    cells showed different levels of damage?

7              A      Correct.

8              Q      They didn't all --

9                     Two exploded, two ejected all of their

10   contents and two continued to have their contents?

11             A      That's correct.

12             Q      Now, in a thermal runaway situation in

13   a battery pack with multiple cells, it's not

14   necessary for all the cells to go into thermal

15   runaway simultaneously, correct?

16             A      Yes, it's correct.

17             Q      So, in other words, there can be a --

18                    Let's just say there is no cell

19   balancing function and one of the cells gets

20   overcharged and goes into thermal runaway.

21                    That's going to create a great deal of

22   heat, correct?

23             A      Correct.

24             Q      And that heat can be transferred by

25   induction to the other cells that can force them into

D. Galler, P.E.

Page 228

1    thermal runaway?

2         A    That's also correct.

3         Q    So, a thermal runaway reaction in a

4    battery pack with six cells or at least four going

5    into thermal runaway, if the initiating event

6    happened in one cell, you are going to have a spread

7    over time to the other cells?

8              It's not going to happen all at once,

9    correct?

10             MR. LEVITES:  Objection.

11             You can answer.

12        A    I don't want to make the conclusion

13   that that's going to happen, you know, or how fast

14   it's going to happen because I just don't have that

15   much experience.

16             I am just saying I agree with you on

17   your prior statement.  Heat from one cell that goes

18   into thermal runaway can heat up the other cells and

19   induce thermal runaway in the other cells.  But

20   whether that takes place instantly or over some

21   period of time, I am just not -- I am not battery

22   experienced enough to tell you how that works.

23        Q    The damage to the laptop, though, that

24   we looked at both from above and from below in the

25   battery compartment wasn't uniform, correct?

D. Galler, P.E.

Page 229

```
 1              It was worse on one side than it was on
 2    the other?
 3         A      Correct.
 4         Q      And that would also be indicative of
 5    the sides that had the worst damage the cells going
 6    into thermal runaway and the sides with the least
 7    damage being the least damaged cells?
 8              MR. LEVITES:   Objection.
 9         A      Now, I don't --
10              I am not comfortable characterizing it
11    in any particular way that you --
12              My experience is that the battery does
13    all these odd combinations of things.  And I don't
14    study the, you know, patterns of what is melted and
15    how the cells get out and that sort of thing very
16    often.  So, I can't tell you, yes, that's consistent
17    with some process sequence.
18         Q      Are you familiar with anything that you
19    read or any research that you've done that a sequence
20    or thermal runaway from one cell inducing another
21    cell is something that has been reported even if you
22    haven't seen it?
23         A      No.  I read -- I read that thermal
24    runaway in one cell, in a multi-cell system can
25    induce thermal runaway in the other ones.
```

D. Galler, P.E.

Page 230

```
1              I thought what your question was, was
2      it consistent with the way it occurred, specifically
3      with the way it occurred in this case, and I couldn't
4      answer that question.
5                   So, maybe you should read the question
6      back, the prior question back.
7              Q    I will just keep asking.
8                   I am not asking if this happened in
9      this case.
10                  I am asking if this is something that
11     you read about or you've seen where one cell is --
12                  The event occurs where thermal runaway
13     starts but then it spreads to the other cells.
14                  Have you seen that in your
15     investigations or in your reading?
16             A    I read about it.
17             Q    Okay.
18             A    And I heard through investigators
19     saying they know that that happens.
20             Q    And you would agree with me that the
21     first cell has to get to a certain temperature before
22     it's going to be able to spread that heat to the
23     other cells for them to reach the requisite
24     temperature to go into thermal runaway?
25                  MR. LEVITES:  Objection.
```

D. Galler, P.E.

Page 231

1          A     I just --

2                Because of the way you ask questions, I

3     am hesitant to answer your question as it was formed.

4                I don't want to imply that there is a

5     specific temperature that the cells have to get to in

6     order to induce thermal runaway in the other cell.

7     Because I think it depends on the condition of the

8     adjacent cells as well as the temperatures.

9          Q     Okay.

10               So, tell me about your basis of

11    knowledge of the difference in temperatures to induce

12    thermal runaway.

13               In other words, what is it that you are

14    relying on to say that the temperature for thermal

15    runaway in one cell can be different than another

16    cell?

17         A     Well, what I read is that the thermal

18    runaway can incorporate a failure of the separator.

19    The separator is the insulating material.  So, the

20    jelly roll, the thing that is inside the 18650, has

21    kind of, like, a positive metal and a negative metal.

22    So, one is kind of copper looking and one is

23    different looking and there is a plastic material in

24    between them that has little pores in it.  Because

25    the pores have to be there to let the ions go back

D. Galler, P.E.

Page 232

1    and forth.

2                    And if there is a --

3                    If the separator, the insulating

4    material, if that's got some kind of a defect in it,

5    and it is not observed really early on, then I would

6    imagine that when thermal runaway occurs in an

7    adjacent cell, that type of cell with that latent

8    defect in it that hasn't exhibited itself yet, is

9    going to be impacted early on because it's closer to

10   a failure that shorts the two layers out, the plus

11   and minus layers out, than a normal healthy cell.

12                   So, what I am saying is if you got sort

13   of a sick cell next to a really sick cell, those two

14   will react differently than if you had a healthy cell

15   next to a sick cell.

16        Q    What is the --

17                   Again, you said "I would imagine that

18   would occur."

19                   Have you actually done any research or

20   read any papers that had studied that process to

21   determine the difference in the thermal runaway

22   temperature required?

23        A    No.  No.  What I am saying is I read

24   something that said, okay, here is what can be part

25   of a problem that produces thermal runaway.  And it

D. Galler, P.E.

Page 233

1   could be things like a separator that is a little

2   thin.  A separator that makes --

3               When it heats up a little bit, it

4   bridges between the plus and minus foils.  Another

5   problem is you have a little piece of metal that is

6   stuck to the separator from production.  You know,

7   junk got in the production process.  And so, it's not

8   shorting it out, but once the thing begins to get to

9   a certain temperature, that piece of metal shorts the

10  plus and minus and so there could be thermal runaway

11  from that process.  It outlined a couple of errors in

12  the production; problems that the cells could have.

13  And it said --

14              So, all I am saying is I haven't read,

15  oh, that means it will start thermal runaway at this

16  temperature or anything like that.  I am saying there

17  are different problems.  Different problems probably

18  aviate themselves in different ways.

19          Q      Right.

20              So, getting back to your prior

21  testimony.

22              You have no knowledge at all as to what

23  temperatures are required in any of these different

24  types of defects to produce thermal runaway, correct?

25              MR. LEVITES:  Objection.

D. Galler, P.E.

Page 234

1          Q      Other than the 130 degrees.

2          A      I think you are -- I think you are

3    doing it again.  I didn't answer your question so you

4    are saying I have no knowledge at all.  I just

5    answered my knowledge question.  Then you said, "It

6    doesn't exist.  You have no knowledge at all."  So,

7    please stop doing that.

8          Q      Okay.

9                 I apologize if you --

10         A      I --

11         Q      Tell me what temperatures are required

12   to induce thermal runways in 18650 cells?

13                I thought you told me you didn't know.

14                MR. LEVITES:  Objection.

15         A      I know what the standard test is.  And

16   the temperatures are above 130 degrees C on cells

17   that have been tested to meet the UL requirements,

18   which means they got to be tested to 130 degrees for,

19   say, ten minutes and not do anything and not fail.

20   So, at some temperature above 130 C, they could --

21                You know, a normal cell that's been UL

22   listed, that is in a legitimate pack, if it gets over

23   130 C, that's a temperature above which they could go

24   into thermal runaway.  I don't know any more than

25   that about exactly what temperature it happens.

D. Galler, P.E.

Page 235

1              MR. LEVITES:  Let's take a break.

2              (Whereupon, a discussion was held off

3         the record)

4              VIDEOGRAPHER:  The time is 4:22.

5              We are going off the video record.

6              (Whereupon, a short break was taken)

7              VIDEOGRAPHER:  The time is 4:34.

8              We are back on the video record.

9         Q    Now, Mr. Galler, I think through the

10    testimony this morning, we've -- and this afternoon,

11    we've established your opinion that at least four of

12    the cells went into thermal runaway in this battery

13    pack, correct?

14              MR. LEVITES:  Objection.

15              You can answer.

16         A    Yeah, I think that's right.

17         Q    And for the other two it's hard to say

18    because you didn't inspect the internal components of

19    those batteries?

20              MR. LEVITES:  Objection.

21              You can answer.

22         A    I think somebody else was going to do

23    that.

24         Q    Okay.

25              But in any event you are confident that

D. Galler, P.E.

Page 236

1    four of them went into thermal runaway?

2              A      That's what the appearance is.

3              Q      Okay.

4                     Now, that thermal runaway could have

5    occurred by something that happened inside the cells

6    or by heat that was applied from the outside to the

7    cells, correct?

8              A      Correct.

9              Q      Are there any other possibilities that

10   you considered?

11                    MR. LEVITES:  Objection.

12                    You can answer.

13             A      No.  I think that's the only two ways

14   they go into thermal runaway.  Well, I mean, we did

15   talk about one cell starting the process and the heat

16   propagating to the other one.  But I think that's

17   just a different version of the cells going into

18   thermal runaway because of a problem in the cells.

19             Q      Right.

20                    Okay.

21                    So, the issue really, then, is in this

22   case is determining which it was; whether it was

23   something internal through a cell or whether it was

24   external heat, right?

25             A      Right.

D. Galler, P.E.

Page 237

1          Q      And your opinion is that it was -- or

2     your hypothesis is that it was external heat?

3          A      Correct.

4          Q      Now, you are not --

5                 I think you established you are not a

6     fire cause and origin expert?

7          A      Not a certified fire cause and origin

8     expert.

9                 So, I don't go into a building and look

10    at a fire pattern and that sort of thing, the

11    classical activities of fire investigators.  On the

12    other hand, I look at burnt appliances with plastic

13    and circuit boards and all the stuff electrical

14    things are made of all the time.  So, I have plenty

15    of experience doing that.

16                But I don't go in a room and say, "Here

17    is where the origin was" because I can tell from the

18    "V" pattern on the wall.

19         Q      In this case, have you determined what

20    the ignition source was of the external fire that you

21    say caused the thermal runaway?

22                MR. LEVITES:  Objection.

23         A      I have not.

24         Q      And have you reached an opinion as to

25    where the fire started in what room of the house?

D. Galler, P.E.

Page 238

```
 1              MR. LEVITES:  Objection.

 2              You can answer.

 3        A     No, I have not.

 4        Q     So, your hypothesis is limited to your

 5   opinion that it was an external fire but you don't

 6   know where that fire started or what started it?

 7              MR. LEVITES:  Objection.

 8              You can answer.

 9        A     That's right.  That's correct.

10        Q     Now, you said that you looked at about

11   250 pictures that Mr. Gorbett, the fire investigator

12   hired by HP, to investigate this fire provided,

13   correct, or you got through the attorneys?

14              MR. LEVITES:  Objection.

15              You can answer.

16        A     Yes.

17        Q     In those 250 pictures, did you see any

18   pictures of something other than the laptop that

19   could be an ignition source?

20              MR. LEVITES:  Objection.

21              You can answer.

22        A     I don't think I saw any ignition

23   sources.  Well, no, I take that back.  I take that

24   back.  I saw things that looked damaged in an unusual

25   way.  But to my knowledge, nobody who is a fire
```

D. Galler, P.E.

Page 239

1    investigator said "oh, we found this."

2                    For example, the furnace looked very

3    badly heat damaged.  The closet in that room where

4    the laptop was located had a lot of burning in it,

5    but we didn't find anything or --

6                    They collected all that evidence and we

7    didn't find anything suspicious in the closet.  So,

8    although there were some areas like that where I

9    thought they looked odd, there was nothing specific

10   that any the fire investigators or I found that was

11   an electrical item that I would have been, you know,

12   instructed to look at.

13         Q    Were you aware that the internal cell

14   contents of at least one of the cells was found in

15   the debris inside the closet that you are describing?

16         A    I don't remember that.

17                    Is that where it was found?

18         Q    Did you review Mr. -- the FRT fire

19   investigator's report that documented that?

20                    MR. LEVITES:  Objection.

21                    You can answer.

22         A    I don't -- I don't -- I don't recall.

23   I don't recall that.  I think I read his report.  But

24   I think I read all the reports.  But there were many

25   reports.  That may be something I forgot.

D. Galler, P.E.

Page 240

1          Q     Did you look at any pictures of the
2     debris that were removed from the closet that were
3     taken by Mr. Gorbett?
4               MR. LEVITES:  Objection.
5          A     I did.
6               And I think that they retained most of
7     the closet material and I looked at it at the
8     evidence exam.
9          Q     And you are saying you have no
10    recollection of seeing the copper internal jelly roll
11    windings of at least one of the cells in that debris?
12         A     I don't remember it as I am sitting
13    here right now, but I may have seen it.
14         Q     Okay.
15              So, other than the closet and the
16    furnace, did you come to some conclusion that the
17    furnace could have started the fire?
18         A     No, I didn't.  I just thought that --
19              It was mentioned a couple of times in
20    some reports and I saw a couple of pictures of it
21    that looked odd.  But I couldn't really tell whether
22    they were --
23              I didn't study it in much detail so I
24    couldn't tell whether they were simply smoke staining
25    from the smoke layer in the room in the upper part of

D. Galler, P.E.

Page 241

1    the furnace or not.  But there was a part --
2                   I remember looking at part of the
3    furnace and part of it looked like it was painted and
4    part of it looked all black.  So, I couldn't really
5    tell whether that was just a result of a smoke
6    staining, which everything was subjected to.
7         Q    Did you review the Madder report
8    computer photographs of the building?
9         A    I think so.
10        Q    And do you know what that is?
11              It's a 3D --
12        A    I know what it is.  I know what it is.
13        Q    I am just asking.  I'm sorry.  I didn't
14   mean to insult you.
15        A    And I apologize for getting snippy with
16   you.  It's late in the day.
17              Yeah, Gorbett normally takes --
18              Well, there may be other people that do
19   it, too.  But I frequently see Madder report scans.
20        Q    And my question is did you review the
21   Madder report scan of the entire building that Mr.
22   Gorbett took in this case?
23        A    I think that I did.  I don't remember
24   make much of it.  But I remember seeing pictures that
25   had --

D. Galler, P.E.

Page 242

1           The Madder report images frequently
2    leave a -- on the ground in a place where I guess
3    where the scanning was done at some point.  I
4    remember seeing a bunch of images like that and
5    looking around at things.  But I didn't see anything
6    that jumped out at me.
7           Q    Did you review the measurements taken
8    from the Madder report scan that showed the line of
9    demarcation on the wall that the thermal layer came
10   down to?
11           MR. LEVITES:  Objection.
12           You can answer.
13      A    I don't -- I don't --
14           I am not surprised that they were
15   there.  I remember reading something in one of the
16   reports about how far down it came.  But I don't
17   remember looking at the Madder report for that -- the
18   Madder report scans for that particular dimension.
19      Q    I believe your hypothesis is, is that a
20   thermal layer of a fire of an unknown ignition source
21   in an unknown place was created in the office
22   sufficient to heat the laptop to batteries to thermal
23   runaway, correct?
24      A    Correct.
25      Q    So, the line of demarcation of where

D. Galler, P.E.

Page 243

1    the discoloration of the walls, how far down they

2    came, would be relevant to the likelihood that a

3    thermal layer got down to the level of the laptop,

4    correct?

5              MR. LEVITES:  Objection.

6        A    Well, I'm not sure that's quite

7    correct.  Because really what you are talking about

8    is a hot layer that's radiating down and I am not

9    sure that --

10             The hot layer has a thickness to it

11   from the top of the ceiling to somewhere.  And just

12   because there is a smoke stain on a wall 2 feet or 3

13   feet doesn't mean that's where all the heat is coming

14   from.

15       Q    What is the basis of that opinion, that

16   you just provided?

17       A    The hot layer is infrared radiation.

18   And infrared radiation is different than there is

19   smoke on the wall.  In other words, the height where

20   that comes from is not the same as the layer that's

21   doing all the radiation or even its shape sometimes.

22   So, you have to be careful about that.  So, they are

23   related, but they are different.

24       Q    My question is what training or what

25   literature are you referring to that says that the

D. Galler, P.E.

Page 244

```
 1    damage from the heat on the wall is not equivalent to
 2    the layer -- the level of the thermal layer?
 3                MR. LEVITES:  Objection.
 4          A     I don't think I read anything that says
 5    that.  I think somebody told me that once, but I --
 6          Q     Somebody that was a fire investigator
 7    or just somebody --
 8          A     Could be it was a fire investigator.
 9          Q     Did Mr. Gorbett ever tell you that?
10          A     I don't remember who it was.  I don't
11    remember how I learned it.  I would have to think
12    about that.
13          Q     So, based upon what you said, then, you
14    are not claiming that you have expertise in this area
15    that you can offer an opinion on that since you don't
16    remember where you got that information, correct?
17                MR. LEVITES:  Objection.
18                You can answer.
19          A     Listen, here is the way it works.  You
20    got melted plastic on top of the computer.  I looked
21    up the data sheets for the melted plastic, for the
22    plastic, and it says one of the plastic melts around
23    200 degrees C.  One of the plastics has to be a
24    liquid.  And the injection molding (phonetic) has to
25    be processed between 260 and 290 C.  That's what I
```

D. Galler, P.E.

Page 245

1    know.  I don't care where the heat came from.  I'm
2    telling you it got to that temperature.  And if it
3    got to that temperature at the top of the laptop, it
4    certainly was very hot.
5            Q    Okay.
6            A    So, there is enough radiant heat to do
7    that and melt the keyboard keys made of similar
8    plastics.  So, it doesn't really matter to me whether
9    you interpret the infrared radiation 2 feet high or 3
10   feet high from the ceiling because it's saying, well,
11   we know as a fact that the melted plastic -- the
12   plastic had to get above 200 C to melt.
13           Q    Right.
14                My question --
15                I'm sorry.
16                What I am asking is, first of all, is
17   your knowledge of the thermal layers sufficient to
18   indicate that you have an opinion that the thermal
19   layer caused that damage.  And I think you said that
20   you don't have knowledge of the thermal layer
21   expertise sufficient to make that opinion.  Your
22   opinion is based on the damage to the laptop.
23                Is that a fair assessment?
24           A    Correct.  Fair assessment.
25           Q    Now, the temperature reached by thermal

D. Galler, P.E.

1    runaway of cells is well in excess of that

2    temperature that you described was necessary to melt

3    the plastic, right?

4              MR. LEVITES:  Can you repeat the

5         question?

6         A    Can you repeat the question?  Something

7    sounded funny.

8         Q    A thermal runaway reaction in an 18650

9    cell reaches temperatures far in excess of what was

10   required to melt plastic?

11             MR. LEVITES:  Objection.

12        A    Oh, that's correct.  Yes.

13        Q    So, one possibility is this radiant

14   heat from the thermal layer hypothesis and another

15   possibility is that the heat that melted the plastic

16   that you are describing came from the cells?

17             MR. LEVITES:  Objection.

18             You can answer.

19        A    Yeah, I don't think that's a

20   possibility because the surrounding area isn't

21   completely melted or damaged.

22             Imagine you got --

23             From the damage on the above the

24   keyboard --

25             I am not saying that correctly.

D. Galler, P.E.

Page 247

```
 1              The damage on the top of the laptop
 2    between the keyboard and where the screen starts,
 3    that's where the batteries melted the laptop.  If the
 4    temperatures there were very high, yes, that would
 5    radiate some heat.  But the problem is the edges of
 6    the laptop display are closer to that and they didn't
 7    melt.  So, clearly if we know whatever radiation
 8    takes place, doesn't matter how you deal with it, the
 9    things closer to it is going to get hotter.  And so,
10    since the things closer to it didn't get hotter, it
11    didn't cause a lot of radiation at that point.  So,
12    it can't be that the radiation selectively melted
13    that part of the top of the laptop display.  You
14    can't melt the top without melting the sides so
15    radiation goes --
16              Q    You previously testified about the
17    venting that occurs in thermal runaway of hot gases.
18                   Do you remember that?
19              A    Yes.
20              Q    And that venting occurs in directions
21    that the vents permit, correct?
22              A    Yes.
23              Q    And have you witnessed --
24                   Again, I think I asked you this.
25                   But have you ever witnessed a cell in
```

D. Galler, P.E.

Page 248

1    thermal runaway and the jet of ignited fuel that is
2    expelled during that venting process?
3                    MR. LEVITES:  Objection.
4                    You can answer.
5         A      Absent the process I see the cells, but
6    not during the process.  You make it sound like I was
7    witnessing it occurring.  I never witnessed it
8    occurring.  What I've seen is the result after the
9    venting occurred.
10        Q      So, you never saw one of the experts
11   that they videotaped that shows the venting of the
12   gases and how the hot gases send out a flame in the
13   direction of the vent?
14                   MR. LEVITES:  Objection.
15                   You can answer.
16        A      The experience that I've had when I've
17   seen it is the cell has an axis and along that axis
18   at the top of the cell are vent holes.  And the gas
19   goes along that axis out.  And I see melted metal
20   along those holes.  Along in the direction of that
21   axis.  The venting goes up and sort of -- not upward,
22   but it goes along the axis of the cell.  Not up the
23   screen.  The batteries are lying horizontally.  The
24   gas goes horizontal.
25        Q      And two of those batteries that were

D. Galler, P.E.

Page 249

1   lying horizontally exploded and ruptured their

2   contents, and you say they couldn't have gone upward?

3              MR. LEVITES:  Objection.

4        A     The material went on the floor

5   somewhere.  So, they didn't go upward.

6        Q     So, your --

7        A     The gases are exposed very quickly when

8   they expel their contents.  I think you are talking

9   about venting.  Now you are talking about explosion.

10  So --

11       Q     We've moved on to explosion.

12             But the contents of the battery cells

13  of the exploded cells and the other cells were not in

14  the cells when they were found, correct?

15       A     That's correct.

16             MR. LEVITES:  Objection.

17       Q     And the contents of the batteries were

18  found all over the room?

19       A     Okay.  Correct.

20       Q     Okay.

21             So, you are saying that none of that

22  material exploded upward?

23             MR. LEVITES:  Objection.

24             You can answer.

25       A     I am saying they didn't --

D. Galler, P.E.

Page 250

1              The explosion didn't generate heat that
2     was stationery long enough.  If it expelled foil in
3     one direction or up or around, it happened quickly
4     and then it was over.  So, there wasn't any time --
5              There had to be constant heat exposure
6     in order to melt plastic like that.
7          Q    So, a super heated piece of metal that
8     impacts the screen wouldn't melt it?
9              MR. LEVITES:  Objection.
10         A    Impacts the metal and bounces off.
11    It's not going to melt it.
12              You say super heated.
13              What do you mean "super heated"?
14         Q    Six or seven hundred degrees Celsius.
15         A    Once it starts --
16              Something at 600 degrees Celsius, the
17    battery temperature can get to, once it expels foil
18    in the air, it's going to cool down really quickly.
19    I am not sure that --
20         Q    So --
21         A    Wait, okay?
22              I don't think that that hitting
23    something, transfer of heat, will melt the plastic.
24    What you are looking at, it looks like it drips down.
25    That's something that took a little time to take

D. Galler, P.E.

Page 251

1    place.

2          Q      What basis, what methodology, did you

3    use to come to the conclusion that something 600 or

4    700 degrees Celsius that travels an inch or two up to

5    the screen is going to cool down enough not to melt

6    the plastic?

7                MR. LEVITES:  Objection.

8          A      What's your basis for knowing that it's

9    an inch or two on a 12 inch screen?  Come on.  If you

10   are going to formulate questions and quiz me, get

11   some details correct.

12         Q      I will change my question.

13               What is the basis of your opinion that

14   a piece of battery material heated to 6 or 700

15   degrees Celsius that travels 10 inches is cooled

16   sufficiently so that it is not hot enough when it

17   impacts the plastic screen --

18         A      If you are asking me did I do an

19   experiment or look at a book or have a calculation?

20   No.  Have I experimented with things exploding in

21   foil?  Yes.  And so, you know, you are saying it

22   melted the plastic that way.  Well, if it hit the

23   plastic lid of a laptop and bounced off, there

24   wouldn't be enough time to transfer any heat to the

25   plastic to make it drip down like it was sitting in a

D. Galler, P.E.

Page 252

1  hot room.  Okay?  So, that appearance is different

2  than a flying object anyway.  So, what you are

3  suggesting is just not reasonable from an engineer

4  standpoint.

5      Q    From an engineering standpoint, a

6  uniform hot layer in your view, applying that heat

7  directly, would produce/TKUGS the pattern that is

8  shown on this laptop with a small area that's melted?

9      A    Sure.

10     Q    Okay.

11          And can you explain the methodology

12  behind your conclusion that a uniform hot layer would

13  show the type of damage here where only a small area

14  of the screen is melted?

15          MR. LEVITES:  Objection.

16          You can answer.

17     A    Just my experience of looking at melted

18  equipment that's caught on fire scenes.

19     Q    So, your experience in looking at fire

20  scenes leads you to the conclusion that --

21     A    A --

22          COURT REPORTER:  I can only get one

23       voice at a time.

24     A    I said my experience of looking at

25  melted equipment coming out of fire scenes.  I didn't

D. Galler, P.E.

Page 253

1    say looking at fire scenes.

2         Q     So, your opinion of --

3              Your experience at looking at equipment

4    that's removed from fire scenes has informed you that

5    a uniform hot layer can create damage to one portion

6    of a screen but no damage to another portion of the

7    screen?

8              MR. LEVITES:  Objection.

9              You can answer.

10        A     First of all, I don't think there is no

11   damage to the other portion of the screen.  Yes, it

12   is more on one side than the other, yes, it is.

13        Q     Well, the part that is dripping is only

14   on one side, correct?

15             MR. LEVITES:  Objection.

16        A     I think there is melting across the top

17   to different degrees, but that's where it's melting.

18             MR. LEVITES:  Why don't we put the

19              picture up and we can actually talk about

20              the picture.

21             MR. SCHWARZ:  We can actually look at

22              the photograph that is in the book and that

23              is --

24              That is not there.  Sorry.  Let me find

25              it for you.  I think it's in your report.

D. Galler, P.E.

Page 254

```
 1                 MR. LEVITES:  His report.  Page 12.
 2                 MR. SCHWARZ:  Figure 13.
 3          Q     In your report, is it your testimony
 4     that there is uniform damage to the screen?
 5                 MR. LEVITES:  Objection.
 6          A     Well, in the -- what looks like 6
 7     inches across, it's melted.  There is melting on the
 8     left side and melting on the right side.  Both were
 9     dripping of plastic.
10          Q     But --
11          A     Maybe the left side is actually a
12     little bit higher than the right side.  But there is
13     no localized dripping on one side and nothing on the
14     other side.  So, you are asking questions about --
15     and I think misinterpreting my photographs; the
16     condition of the laptop.
17          Q     Okay.
18                 The picture will speak for itself.
19                 Now, if you would turn to tab 22, which
20     is also Exhibit 22.
21          A     Are you going to ask me to send this
22     back to you?
23          Q     No.  You can keep it, with my
24     compliments.
25          A     Too bad you didn't autograph it for me.
```

D. Galler, P.E.

Page 255

1   Just kidding.

2           Q       I will send you one.

3           A       Tab 22?  Is that what you said?

4           Q       Yes.

5           A       Okay.

6           Q       The Larsson article.

7                   This is an article that was referenced

8    in Dr. Martin's rebuttal report.  And it is a study

9    that was done by Larsson, et al -- L-A-R-S-S-O-N --

10   where they tested your theory of external heating of

11   battery cells of the 18650 type to see what

12   temperature and over what period of time it takes to

13   put them into thermal runaway from an external

14   heating source.

15                  Did you have a chance to look at this

16   article after Dr. Martin cited it in support of his

17   opinions?

18           A      Actually, I don't remember looking at

19   it.  I was instructed to, but I don't remember

20   looking at it.  So, would you mind telling me what

21   particular area you're --

22           Q      Yeah.  I want you to turn to table 3,

23   which is on page 225 of the article.

24                  Take your time and look at any other

25   part you want to.

D. Galler, P.E.

Page 256

1           A     I'm making a mess of everything here.
2                 MR. LEVITES:  Would it help if we put
3            it up so we can blow it up on the screen?
4            The table?
5                 THE WITNESS:  I think so but --
6           Q     Can you read table 3?
7           A     If there is something specific you want
8    to call my attention to?
9                 I am having trouble interpreting the
10   thing, so.
11          Q     So, let's go through it now and see if
12   I can help explain it to you.
13                According to this article, the
14   researchers took 14 lithium-ion cells and put them in
15   an oven that was 300 degrees Celsius.
16                And if you want to look at the
17   beginning of the article, you will find that data.
18          A     Okay.
19                They put it in the oven at 300 C.
20          Q     Right.
21                And the cells were --
22                Some of the cells were brand new and
23   some of the cells were dead and other cells were
24   cycled a number of times.  That appears in the second
25   column as the number of cycles they have been

D. Galler, P.E.

Page 257

1    through.  And some of them were stored at a high

2    temperature just to try to determine whether any of

3    these actions would change their reaction to the

4    heat.

5              Do you see that?

6         A    Yes.

7         Q    And then, the fourth column over or the

8    fifth column over -- excuse me -- is the time at 300

9    degrees C and at a 300 degrees C oven it took for the

10   cells to go into thermal runaway.  And in all the

11   cells no matter what condition they were, it took

12   between 60 and 72 minutes for thermal runaway to

13   occur at 300 degrees Celsius.

14             Do you see that?

15        A    I think I see the data that you are

16   referring to.

17        Q    Okay.

18             So, the cells that were put into this

19   300 degree oven took over an hour at 300 degrees to

20   go into thermal runaway.

21             Is that how you interpret this data?

22        A    That's what it looks like.  I haven't

23   read the text.

24        Q    You are free to read at some point.

25   You can read it now if you want.  We will go off the

D. Galler, P.E.

Page 258

1      record.

2              A      No, that's fine.  That's fine.

3              Q      All right.

4                     Now, the cells in the laptop at issue

5      in this case were not --

6                     Withdraw that question.

7                     The cells in the laptop in this case

8      were first enclosed in the battery pack plastic,

9      correct?

10             A      Correct.

11             Q      And then, the individual cells were

12     wrapped in another kind of plastic?

13             A      In the purple stuff.

14             Q      Okay.

15                    In purple wrapping?

16             A      Wrapping, right.

17             Q      Would you agree with me that the heat

18     transfer in the Larsson study from the oven

19     temperature to the metal cylinders would be more

20     efficient than heat transfer if they had put the

21     plastic laptop battery pack and the wrap cells into

22     the oven?

23                    MR. LEVITES:  Objection.

24                    You can answer, Don.

25             A      Well, it could be.

D. Galler, P.E.

Page 259

1          But I have a question, which is, like,
2    were the cells in Larsson heated beforehand or they
3    were at room temperature and then put in 300 degrees
4    C?
5          Q     Well, I believe they were put in at
6    room temperature and left in for 60 to 73 minutes
7    before thermal runaway occurred.
8          A     Because you don't realize that the
9    laptop batteries were undercharged for some period.
10   You know, the fire started at 2:00 in the morning.
11   They might have been charged for eight hours before.
12          And the insulation that you pointed out
13   goes both ways.  In other words, the insulation of
14   the laptop case or the battery case prevents heat
15   from going from the outside to the cells.  But it
16   also prevents heat from going from the cells to the
17   outside.  So, the cells get hot.  So, I don't know
18   what the cells were when the fire started or even
19   when the fire started.  But what I am saying is this
20   is a different experiment, a different kind of
21   experiment if they started at room temperature.
22   Because I don't think those laptop batteries were at
23   room temperature especially if they were in a pack
24   that had no safety regulation mechanisms in it.
25          Q     These had no safety regulations either.

D. Galler, P.E.

Page 260

1   They were just the cells.  They weren't the battery

2   pack.

3           A     But what I am saying is they were at

4   room temperature before they were put into 300

5   degrees C.  The ones in the laptop were heated before

6   anything happened to the room.

7           Q     In your opinion, would that change the

8   temperature that would be required or the time it

9   would be required to be at that temperature?

10              MR. LEVITES:  Objection.

11          A     Yes.

12          Q     Which one?

13          A     Yes, both.

14          Q     So, explain that one to me.

15              If a battery starts at 40 degrees

16   Celsius or actually 20 degrees Celsius versus a

17   battery starts at 40 degrees Celsius, explain to me

18   why the temperature it reaches to get to thermal

19   runaway would be different?

20          A     No, I didn't say the temperature

21   reaches for thermal runaway.  I said the time.  In

22   other words, if the batteries are being charged in

23   the laptop before the fire starts, they are already

24   warm from being charged.  So, they are heated up

25   before they are exposed to external heat from the

D. Galler, P.E.

Page 261

1    fire.  So, you have to take --

2              I don't know how to take that into

3    consideration, but it certainly would make things go

4    faster --

5         Q    Okay.

6         A    -- than if you had them at room

7    temperature and put them in a 300 degree Celsius

8    oven.  Now we got apples and oranges.  Like, we don't

9    necessarily have a 300 degree Celsius room in the

10   fire right, but we do have it in the lab.

11             So, I think there is some analysis that

12   needs to be done to correspond the data from the

13   Larsson to what was going on.  And we don't know

14   really exactly what was going on in the laptop in the

15   fire, so.

16        Q    What data have you found that suggests

17   that a different temperature and time period, a lower

18   temperature and a shorter time period, can put --

19   from external sources can put cells into thermal

20   runaway?

21             MR. LEVITES:  Objection.

22             You can answer, Don.

23        A    I am not sure I --

24        Q    Let me rephrase it.

25             I think it was awkwardly asked, and I

D. Galler, P.E.

Page 262

1    apologize.

2              What data are you relying upon from any

3    study that would show a different time period and

4    temperature from an external source that would put

5    cells into thermal runaway?

6              MR. LEVITES:  Objection.

7              You can answer.

8         A    Let's suppose you say we have to get to

9    a certain temperature, 300 degrees Celsius.  What I

10   am saying is that if the batteries -- if the

11   batteries in Larsson start out at room temperature

12   and they go to 300 degrees C and it's by conduction

13   from the air, that's different than the batteries --

14              And it may be this is longer.  I don't

15   know which way it's going to go.

16              What I am saying is that the batteries

17   that were in the laptop were being charged for some

18   number of hours before the fire in the room starts.

19   And that means they are warmer.  And so, then when

20   they are exposed to a heat from the room, they start

21   out at a higher temperature.  And it may take them

22   longer --

23              It may take them less time to get to

24   thermal runaway.  I am not saying it does.  I am

25   saying you have a thermal experiment in Larsson and

D. Galler, P.E.

1    the thermal experiment being done in the Marcellin

2    house is completely different.

3              Q      Okay.

4                    And that's what my question is.

5                    What data, other than your assumptions,

6    do you have to indicate that the time period and the

7    temperature at Larsson would not apply to the case

8    here?

9              MR. LEVITES:   Objection.

10             A      You are doing a temperature rise

11   experiment.  All engineers are trained in physics.

12   Okay?  So, the idea that you are doing a temperature

13   rise experiment under different conditions than

14   another temperature rise experiment doesn't require a

15   PhD in physics.  They are different experiments.

16   They may have different outcomes.

17                   And what I am saying is, as I sit here

18   right now, I can't tell you how to interpret Larsson

19   relative to this.  Does Larsson immediately mean that

20   Marcellin couldn't happen the way I say?  I don't

21   know.  Okay?  I am saying it's different.  So, you

22   can't just take this from Larsson and go, "oh, it is

23   taking at least an hour to heat up" but the situation

24   is completely different.  And the starting

25   temperatures are different.  So, you are saying, "oh,

D. Galler, P.E.

Page 264

1    it's different."  How do I know the outcome is going

2    to be different if the starting condition is

3    different?  That doesn't make any sense.  Physics

4    experts contain a certain amount of rules.  And one

5    of the rules is if the starting conditions are

6    different, then the outcomes might be different.

7    What you are doing is changing the condition in the

8    test.

9              And then you are saying what proof do I

10   have that it's going to make a difference.  You don't

11   do physics experiments, change all the conditions and

12   then get surprised there's a difference in the

13   outcome.  That's the way physics works.

14        Q    That wasn't my question.

15             My question is what data do you have

16   that you are relying upon --

17        A    If you change one of the conditions?

18   Stop asking me the same thing over again.  This is

19   not fair.  This is ridiculous what you are doing.

20   Okay?

21             All I said is that if you have an

22   experiment that is done under different conditions,

23   you can expect different outcomes.  I don't need data

24   that proves that.  Okay?  My physics training as an

25   engineer knows that's what happens.  You got an

D. Galler, P.E.

Page 265

1    experiment and if you got different conditions, you
2    might get different results.  That's all I am saying.
3         Q     I am not quibbling with that answer.
4               What I am asking you is are you
5    familiar with any studies that more approximate what
6    you think happened at the Marcellin house that would
7    allow to provide an estimated temperature that would
8    be required and an amount of time that would be
9    required to put the cells into thermal runaway that
10   would show the difference between what you think
11   happened in Marcellin and what happened in this
12   Larsson paper?
13        A     Okay.  I understand your question.  And
14   no, I don't know of any studies that did that.
15              In other words, like, somebody who did
16   a bunch of studies where the batteries were more in
17   the situation like in the Marcellin situation.
18        Q     Okay.
19              So, I think your answer, then, is that
20   you don't believe the Larsson data is --
21        A     I --
22        Q     Let me please finish my question and
23   then you can answer.
24              I believe you were saying that the data
25   in the Larsson paper is not going to be identical to

D. Galler, P.E.

Page 266

1    what you would expect to happen if the cells were

2    plugged in and charging and in the plastic casing but

3    you can't tell how different they would be?

4                MR. LEVITES:   Objection.

5         A     I think that's a fair statement.

6         Q     Okay.

7         A     To be fair, I apologize for not having

8    read the Larsson, and I just did.  But it looks like

9    there is a lot of material here before you get to

10   table 3.  I got to understand all of what they are

11   saying.

12        Q     In your report -- I'm sorry I don't

13   have the exact page because I forgot to write it

14   down -- you indicated that there had never been any

15   fires associated with this particular laptop model.

16                Do you remember making that statement?

17        A     Yes.

18        Q     And where did you get that information?

19        A     I thought I got that from HP discovery

20   responses.

21        Q     Okay.

22                And so, the other fires of laptop

23   battery packs that were counterfeit battery packs

24   that you talked about that you've seen over the last

25   ten years were not Pavilion Laptop battery packs;

D. Galler, P.E.

Page 267

1    they were some other model of HP?

2            A      Pavilion is a --

3                   I am sorry.  I am going to answer your

4    question.  I just want to clarify.  Pavilion is not

5    the complete model name of this laptop.  It's a

6    Pavilion DV6-3210US.  And so, I think the question

7    that was asked of HP was the specific model number.

8    There had been --

9                   As far as I know, there had been no

10   other fires or fire claims.

11           Q      So, were any of the fires or fire

12   claims that you investigated of HP laptops involving

13   a Pavilion series that's a different Pavilion series?

14           A      Not --

15                  I don't recall any being a Pavilion.

16           Q      Okay.

17           A      But as I am sitting here right now, I

18   can't remember you know, six cases over five years.

19   I can't remember the model numbers of all the

20   laptops.

21           Q      Right.

22                  So, with regard to the ones that even

23   if you can't remember the model numbers, were the

24   batteries associated with the counterfeit battery

25   packs, were they six cell battery packs?

D. Galler, P.E.

Page 268

```
 1          A     I don't remember.

 2          Q     Did they have --

 3          A     You know, I guess --

 4                I am sorry.  Let me just finish.

 5                There are 4-cell battery packs, 6-cell

 6    battery packs, 8-cell battery packs.  So, there is a

 7    variety.  And I don't remember which ones -- which

 8    ones the allegations were made for.

 9          Q     But on some of those battery packs you

10    found that they lacked the safety accessories or

11    functions that were designed to prevent thermal

12    runaway, correct?

13          A     Correct.

14          Q     And we've established that that was

15    common to this battery pack as well?

16                MR. LEVITES:  Objection.

17                You can answer.

18          A     Correct.

19          Q     And what other significant differences

20    were there between the battery packs that you

21    determined had gone into thermal runaway because they

22    lacked those safety devices?

23                What differences were there between

24    those and the Marcellin battery pack?

25          A     I am sorry.  That would require me
```

D. Galler, P.E.

Page 269

1    getting the files out and trying to compare those.  I
2    can't certainly do that from memory.
3         Q    So, as you sit here today, you can't
4    think of any major distinction between the ones that
5    you determined went into thermal runaway because they
6    lacked the safety devices from the one that you
7    investigated in this case?
8              MR. LEVITES:  Objection.
9         A    That's correct.
10        Q    You opined in reference to Dr. Martin's
11   opinion about a secondary protection system that HP
12   could have designed into this laptop which involved
13   being able to detect whether there was no thermistor
14   and no temperature signal was sent to the
15   motherboard.
16             Do you recall that?
17             MR. LEVITES:  Objection.
18             You can answer.
19        A    No.
20             I mean, can you tell me where that's in
21   my report?
22        Q    Sure.  I will find it.
23        A    I think it's on page 19.
24        Q    It is.  Yeah, it is on page 19.
25             Just tell me when you are ready.

D. Galler, P.E.

Page 270

1          A      Yeah.

2                 So, what is your question?

3          Q      I just wanted to remind you that you

4    have that opinion and then I am going to ask you

5    questions.

6          A      Okay.

7          Q      So, your --

8                 Dr. Martin had an opinion that if the

9    laptop was programmed to expect a signal from a

10   thermistor and battery pack, it didn't receive it, it

11   could be programmed to shut down the charger in that

12   circumstance.

13                Do you recall that?

14         A      Yeah, I think I do.

15         Q      And do you recall that Mr. PiPho, when

16   he was deposed, said that that was a feasible design

17   that could have been implemented.

18                Do you recall that?

19         A      I think so.

20         Q      Okay.

21                So, your counter to that was that, that

22   would be an easy system to defeat by instead of

23   installing a thermistor, you can install a resistor

24   that would send a constant temperature to the

25   motherboard and defeat that type of safety system?

D. Galler, P.E.

Page 271

1          A      Yes.

2          Q      My first question is are you aware of

3    any counterfeiter employing that sort of device to

4    fool the motherboard into thinking that there is a

5    thermistor?

6                 MR. LEVITES:   Objection.

7                 You can answer.

8          A      I think I've seen thermistors on the

9    BMU.  Not wired to the BMU, the sensing battery.  But

10   the thermistors that were there on the BMU connected

11   to pin 6 of the connector.

12                And in general, when I am discussing

13   these kind of issues with other engineers, they have

14   said they have seen things like that.  So, although I

15   don't remember seeing anything very specific written

16   down, it would be an easy matter to put a thermistor

17   or a resistor on the board and fool the HP computer

18   to thinking there was a thermistor there and the

19   temperatures were constant.

20         Q      If I understand you, you are saying

21   some unnamed engineers told you this?

22         A      They said they had seen things like

23   that.  Seeing things, like, putting extra resistors

24   on the BMU in place of thermistors or in place of the

25   cell -- independent cell hold that's measuring

D. Galler, P.E.

Page 272

1    systems.  And I know I've seen thermistors on the BMU

2    that were connected to the connector.  I don't

3    remember where they were.  You know, what case it

4    was.  But I saw those ones.  Maybe it was not a

5    case -- what I was looking at, I knew to be non-OEM

6    HP packs.  That the thermistor weren't actually wired

7    to anything.  They were just on the BMU.

8                    So, when the computer looked at the BMU

9    connector voltages, the computer will see a voltage

10   that looked like there was a thermistor there.  The

11   thermistor wasn't really measuring anything.  So, I

12   know at least somebody did that once, but I don't

13   remember where it was, which case it was.

14           Q    Okay.

15                    I am confused.  I'm sorry.

16                    The design that Dr. Martin had

17   suggested would be the actual data on temperature was

18   being transferred from the thermistor to the computer

19   to the motherboard and that that temperature data,

20   then, if it was completely absent, the computer could

21   be programmed to shut down the charge.  That was the

22   premise of that.

23                    Your opinion in your report was that,

24   that type of system could be fooled by replacing a

25   thermistor with a resistor that sent just one steady

D. Galler, P.E.

Page 273

1    signal of temperature and not a variable signal and

2    that would fool that system.  That is what your

3    opinion was.

4                    And my question was are you aware of

5    some example of a counterfeiter replacing a

6    thermistor with a resistor like you said could be

7    done in your report?

8                    MR. LEVITES:  Objection.

9                    You can answer, Don.

10        A      Yeah, I don't think I can tell you I

11    have pictures of that or measurements of that.  What

12    I can tell you is that I've seen BMUs with

13    thermistors on the board that were supposed to be

14    measuring battery temperature, which were not really

15    measuring battery temperature.  And if a thermistor

16    could be put on the board measuring something or they

17    appear to be measuring something, it can certainly

18    replace that thermistor with a resistor and then the

19    laptop would not know that it was not measuring a

20    temperature.

21                    MR. LEVITES:  Let's take a break now.

22                    MR. SCHWARZ:  Let me finish this line

23          of questioning, please.

24        Q      If there is a thermistor on the board

25    that is not measuring anything, then that wouldn't be

D. Galler, P.E.

Page 274

1    sending any signal to the motherboard, correct?

2         A    I am not sure that you are

3    characterizing that correctly.

4         Q    Well, you said the thermistor was not

5    doing anything on the boards that you've seen.

6         A    Stop telling me what I said.  Okay?

7    What I am telling you is that the resistor -- the

8    thermistor that you put on or the resistor that you

9    put on would still be sending some signal.  There

10   still would be a voltage measurement when interpreted

11   by the laptop.  So, even though it wasn't sending --

12   it's not that it's not sending anything.  It's not

13   sending any information that is useful in terms of

14   determining battery temperature.

15              So, once you put that part on, whether

16   it's a thermistor or a resistor, it's not measuring

17   battery temperature.  So, the laptop has no choice

18   but to interpret that as a fixed temperature battery

19   measurement.  And then, it must say, "oh, well, the

20   temperature is okay, I will keep charging this" even

21   though it's not really getting a temperature.

22              Sorry if I am not making that any

23   clearer.

24         Q    No, I think I understand.

25              Now, let me just restate it so I can

D. Galler, P.E.

Page 275

1    understand.

2                    So, in the examples that you are giving

3    you saw a thermistor that was not associated with the

4    battery so it's not picking up the battery

5    temperatures?

6            A      Correct.

7            Q      Okay.  That I understand.

8                   Thank you.

9                   MR. SCHWARZ:  We can take a break now.

10                  VIDEOGRAPHER:  The time is

11          approximately 5:30.

12                  We are going off the record.

13                  (Whereupon, a short break was taken)

14                  VIDEOGRAPHER:  The time is

15          approximately 5:41.

16                  Back on the video record.

17          Q      Mr. Galler, would you turn to page 20

18   of your report, which is tab one, Exhibit 1.

19                  Let me know when you are there.

20          A      I have my report.

21          Q      You are on page 20?

22          A      I am.

23          Q      So, there you have listed eight

24   opinions; is that correct?

25          A      Yes.

D. Galler, P.E.

Page 276

```
 1            Q    And you indicated at the top paragraph
 2    there that you are providing all of those opinions or
 3    conclusions to a reasonable degree of engineering
 4    certainty?
 5            A    Correct.
 6            Q    Okay.
 7                 So, the first one I want to ask you
 8    about is number 3.
 9                 And number 3 reads:
10                 "Plaintiff's experts have not
11                  scientifically proven that an
12                  authentication scheme, if it had been
13                  installed when the notebook computer was
14                  made by HPI, would actually still be on the
15                  computer at the time of the Marcellin
16                  fire."
17                 Did I read that correctly?
18            A    Yes.
19            Q    So, are you --
20                 Is this opinion saying that if HP had
21    used an SHA-1 authentication system at the time of
22    manufacture that Plaintiff's experts haven't proven
23    that it wouldn't somehow have been removed by 2020?
24                 MR. LEVITES:  Objection.
25                 You can answer, Don.
```

D. Galler, P.E.

1        A      Removed or altered.  I mean, you know,

2    you do things with a computer.  You load new software

3    on the computer.  You know, you are doing an

4    experiment with your computer in a legal setting.

5    And you are saying, you know, authentication wasn't

6    there.  And so, you verify it was not there or if it

7    was there.  So, I think that is something they should

8    have done and they didn't do it.

9        Q      Well, we read Mr. Atkinson's testimony

10   that there were no other authentication systems on

11   any HP computers until 2019.

12              Do you recall that?

13              MR. LEVITES:  Objection.

14       A      Yeah.

15       Q      So, is it that you are saying that the

16   Plaintiff's experts didn't verify what Mr. Atkinson

17   swore to under oath on behalf of HP or are you saying

18   that somehow the operator of this laptop could have

19   figured out how to deactivate the authentication

20   system if it had been there?

21              MR. LEVITES:  Objection.

22       A      Yeah.  Well, not that it's deactivated,

23   but just somehow made it not functional anymore.

24       Q      What is that based on?

25              In other words, are you familiar with

D. Galler, P.E.

Page 278

1    some case or some study or people removing
2    authentication systems that had SHA-1 algorithms?
3            A     What I am saying is that the hacking
4    articles that I read talked about getting into the
5    imbedded controller; the thing that controls the
6    computer when it's off but charging, is a separate
7    processer and it has separate programming.  And that
8    the hackers had gotten to that and made some
9    alterations.  So, I guess my question, you know, or
10   sort of is how do they know that even if there was
11   authentication, how did they know that it would not
12   have been modified or could have been modified.  And
13   so, I guess that was my concern.  That they didn't
14   verify that anybody had messed around with the
15   computer in any way.  In other words, altered the
16   computer in any way.
17                Because if they altered the computer or
18   the imbedded controller in any fashion, that meant
19   they could have somehow -- not necessarily defeat it,
20   which made the authentication --
21                If it were there.  I know you are
22   saying it wasn't supposed to be there because HP
23   testified it wasn't there.  What I am saying is even
24   if it was there, could somebody have gotten in and
25   done something to it.  And so, there was no

D. Galler, P.E.

Page 279

1    investigation of that process.

2          Q     You read Ms. Marcellin's testimony,

3    right, from her deposition?

4          A     Uh-huh.

5          Q     And she was asked numerous times if

6    that computer was modified in any way and she said it

7    wasn't other than the battery pack, correct?

8                MR. LEVITES:  Objection.

9                You can answer.

10         A     Yeah, that's right.  That's right.

11         Q     So, did you read that deposition and

12   interpret Ms. Marcellin's computer skills as being at

13   the level of a hacker that could change the software?

14         A     No.  Probably not.

15         Q     Okay.

16               So, you are saying that the Plaintiff's

17   experts didn't prove that a hacker couldn't have

18   broken into her house and changed the computer

19   authentication system?

20               MR. LEVITES:  Objection.

21               You can answer.

22         A     Well, was the laptop in her control the

23   whole time?

24         Q     I think if you read her testimony, that

25   is what she testified to.

D. Galler, P.E.

Page 280

```
 1              Did you learn something other than what
 2   is in her testimony that led you to a conclusion that
 3   it was outside of her control?
 4        A    No, I don't think so.
 5        Q    Okay.
 6              Then I want to move on to opinion
 7   number 5, where you say:
 8              "Even if authentication had been used
 9           it is more likely than not that it would
10           have been defeated by the manufacturer of
11           the subject battery pack by the time the
12           subject battery pack was installed.
13           Therefore, the fact that authentication was
14           not used is not the cause of the Marcellin
15           fire."
16              Did I read that correctly?
17        A    Yes.
18        Q    So, what evidence are you relying on to
19   say it's more likely than not that an SHA-1
20   authentication system would have been defeated by the
21   time the battery pack that was installed and caused
22   the fire?
23        A    Well, I wasn't dealing specifically
24   with SHA-1 authentication schemes.  I was just
25   relying on my experience with the tests that I ran in
```

D. Galler, P.E.

Page 281

1    2010 on computers that were about the same vintage as
2    hers.  And that when I put into the three versions of
3    laptop were -- three manufacturers of laptops had
4    been defeated.  If there was authentication, it had
5    been defeated.
6                    So, from that test, I considered that
7    the authentication defeating people while busy at
8    work and that's what I thought that would be more
9    likely than not that that authentication would have
10   been defeated anyway.
11        Q       Previously, I believe you testified
12   that your tests that you did in the other case in
13   buying the same vintage laptops and buying the cheap
14   batteries established that there was no
15   authentication system on any of these computers.
16                    Did I misunderstand your testimony?
17        A       Yes.  What I said was either there was
18   no authentication process there or it was there and
19   it had been defeated.
20        Q       But you did no investigation to find
21   out if there was an authentication system programmed
22   into the those laptops?
23        A       That's correct.
24        Q       But it's that test that you rely upon
25   to say that it's more likely than not that had HP

D. Galler, P.E.

Page 282

1   installed a SHA-1 authentication system, that by the
2   time the fire occurred, it would have been defeated?
3                   MR. LEVITES:  Objection.
4                   You can answer.
5           A       I didn't focus specifically --
6                   You keep including the SHA-1.  I was
7   talking about authentication generally.  And my
8   understanding was that there's --
9                   It was a large number of --
10                  Not a large number, but there were
11  people trying to bypass authentication on batteries
12  that were being written about.  At conferences.
13  There were discussions about them at conferences and
14  in papers and that there was a lot of that activity.
15  So, my conclusion --
16                  That conclusion is based on the idea
17  that they would have figured out a way to bypass the
18  authentication.  That somebody would have done that.
19          Q       Is it your opinion that if that
20  authentication system was an SHA-1, that the same is
21  true?
22                  MR. LEVITES:  Objection.
23                  You can answer.
24          A       You mean, what if it wasn't a SHA-1,
25  what would it be, a SHA-2?

D. Galler, P.E.

Page 283

1          Q      If it was an SHA-1 authentication

2     system that was installed on the computer, are you

3     saying that, in your opinion, it's more likely than

4     not that that system would have been defeated by the

5     counterfeiter?

6          A      I think that would have been much

7     harder.

8          Q      It was more likely than not?

9          A      I don't think so.

10         Q      And we established through all of the

11    testimony today looking at the other -- looking at

12    the Texas Instruments 2005 report as well as the

13    actual specs for those gas gauges, that SHA-1 was

14    clearly available to HP at the time they manufactured

15    this computer for authentication system, correct?

16              MR. LEVITES:   Objection.

17         A      That appears to be.

18         Q      That appears to be correct?

19         A      I said yes.

20         Q      Okay.

21              And then, finally, and I mean this,

22    opinion number 8 says:

23              "There is no scientific process that

24           explains the missing Compaq computer and

25           battery pack testified to by Ms. Marcellin.

D. Galler, P.E.

Page 284

1          It would not have burned up to the point of

2          complete disappearance in the fire."

3               Did I read that correctly?

4     A     Yes.

5     Q     Okay.

6               So, first question.

7               Is it your opinion that the compact

8     computer that was, I think, 20 years old at the time

9     that Ms. Marcellin thought was in the closet was

10    actually the cause of the fire?

11               MR. LEVITES:  Objection.

12               You can answer.

13    A     No, not necessarily.  But that there

14    was --

15               The point was she said it was there.

16    It wasn't there.  It was a piece of evidence.  It was

17    electrical.  I mean, it had batteries anyway.  And

18    so, we would have liked to look at it.  But couldn't

19    find it.

20    Q     Are you implying or stating an opinion

21    that the compact computer had something to do with

22    the fire?

23               MR. LEVITES:  Objection.

24    A     We couldn't determine whether it did or

25    did not because we didn't have it.

D. Galler, P.E.

Page 285

```
 1          Q     Was there any evidence in the closet
 2     that was found that was consistent with a battery
 3     explosion from another computer?
 4                MR. LEVITES:  Objection.
 5                You can answer.
 6          A     No.
 7          Q     Were there any cells or parts of cells
 8     found that weren't identified as being part of the HP
 9     laptop that exploded?
10          A     No.
11                MR. LEVITES:  Objection.
12                You can answer.
13          Q     So, is there any scientific basis that
14     you can claim the compact computer had anything to do
15     with this fire?
16                MR. LEVITES:  Objection.
17                You can answer.
18          A     I can't tell whether it did or didn't
19     because I didn't get to examine it.
20          Q     Okay.
21                So, you have no opinion as to whether
22     the compact computer was involved in this fire in any
23     way?
24          A     That's correct.
25                I am simply saying this was a missing
```

D. Galler, P.E.

Page 286

1   piece of evidence that everybody was looking for and
2   we couldn't find it.
3           Q       Okay.
4                   And did you ask Mr. Gorbett about that?
5           A       He said that he went through the closet
6   and didn't find anything.
7           Q       So, you did talk to him?
8           A       Well, I think early on I did.  Maybe
9   just after the scene or the lab exam I said, "Did you
10  guys do that?  How did that evidence from the closet
11  get --"  He said, "Well, we looked at it at the scene
12  but we collected it anyway."
13          Q       I'm sorry.
14                  I thought you said Mr. Gorbett wasn't
15  at the investigation that you went to?
16          A       No, I talked to him after the lab exam.
17  And said, "I saw that stuff from the closet."  And he
18  said, "Yeah, we collected that anyway."  Even though
19  he looked through it when --
20                  I said, "Did you find anything
21  unusual?"  He said, "No.  But we collected it all and
22  brought it to the lab exam anyway."  He didn't go to
23  the lab exam.  I am just saying he was at the scene
24  when the scene investigation looked at the evidence
25  from the closet and then decided to collect it and

D. Galler, P.E.

Page 287

1  bring it to the lab exam.

2        Q    And so, you did have a chance to talk

3  to Mr. Gorbett but that was the only question you

4  asked?

5        A    I don't know if I asked him anything

6  else.  I just remembered that specific area of

7  discussion.

8        Q    Do you remember asking the fire

9  investigator hired by HP to investigate the fire of

10  what he thought the cause and origin of that fire

11  was?

12              MR. LEVITES:  Objection.

13              You can answer, Don.

14        A    No, I don't usually ask him that.  That

15  usually gets done through channels.

16        Q    So, you felt that it was --

17        A    I had conversations with him.  I am not

18  sure I called him.  I am not sure how that

19  conversation took place.  But I was aware that they

20  looked at the material at the scene from the closet

21  and was aware that they collected it.  And I think I

22  spoke to him.  I am just trying to recall how that

23  happened, how the communication took place.  I seem

24  to recall him telling me, "Yeah, we went through the

25  stuff in the closet and we didn't find anything."

D. Galler, P.E.

Page 288

```
 1          Q     When you say "didn't find anything,"
 2   you are talking about the compact computer wasn't
 3   found?
 4          A     Anything.  Anything unusual.  If he had
 5   found a piece of a computer, I would have been
 6   interested.
 7          Q     Okay.
 8                And you understood that there was no
 9   receptacle for power in the closet, correct?
10          A     Correct.  I understood that.
11          Q     And you understood that this compact
12   computer hadn't allegedly been used in 20 years?
13          A     Also correct.
14          Q     So, you have no basis to opine that the
15   compact computer had anything to do with the fire?
16          A     I wasn't saying that.  I just said we
17   couldn't find it.
18          Q     Okay.
19                But the answer to that is you have no
20   basis to opine that the compact computer had anything
21   to do with the fire?
22                And the answer to that is that is true?
23          A     That is true.
24                MR. SCHWARZ:  Give me two minutes, and
25             I think I am done.  So, just a two-minute
```

D. Galler, P.E.

Page 289

1          break.  Not long.

2               VIDEOGRAPHER:  The time is

3          approximately 5:57.

4               We are off the video record.

5               (Whereupon, a short break was taken)

6               VIDEOGRAPHER:  The time is 5:58.

7               We are back on the video record.

8          Q    Mr. Galler, you reviewed the Allegany

9     Fire Investigator Report that had a statement from

10    Carol Marcellin as to what happened and you used some

11    of that statement in your brief description of the

12    events, correct?

13         A    Correct.

14         Q    And you also reviewed her two

15    deposition transcripts?

16         A    I did.

17         Q    Other than the compact computer issue,

18    did you find any physical evidence that contradicted

19    her version of events?

20               MR. LEVITES:  Objection.

21               You can answer.

22         A    I don't believe so, no.

23               MR. SCHWARZ:  Thank you.

24               Those are all the questions I have.  I

25          apologize for taking so long.

D. Galler, P.E.

Page 290

1                   And thank you.

2                   MR. LEVITES:  All right.  I need to go

3              over my notes.  Let's go back on at 6:05.

4                   MR. SCHWARZ:  Okay.

5                   VIDEOGRAPHER:  The time is 5:59.

6                   We are going off the video record.

7                   (Whereupon, a short break was taken)

8                   VIDEOGRAPHER:  The time is 6:13.

9                   We are back on the video record.

10                            EXAMINATION

11     BY MR. LEVITES:

12              Q    Mr. Galler, thank you for bearing with

13     us.  I just have a few brief questions for you with

14     respect to your testimony today.

15                   So, when you were asked about your

16     conclusions at paragraph 20 by Attorney -- or page 20

17     rather -- by Attorney Schwarz, you were asked about

18     paragraph 5 which discusses authentication generally.

19     And Attorney Schwarz asked you about SHA-1 on

20     authentication specifically.

21                   So, I want to be clear in respect to

22     this paragraph.

23                   Are you saying that with respect to

24     SHA-1, you don't know if it would be defeated or that

25     it wouldn't be defeated?

D. Galler, P.E.

Page 291

```
 1          A     I think I just don't know.  I think
 2     it's harder.  But I just don't know if it would be
 3     defeated.
 4          Q     Harder as in SHA-1 is harder to defeat?
 5          A     Correct.
 6              MR. LEVITES:  All right.
 7              I think that's all I have for you,
 8         Mr. Galler.
 9              I will turn you back over to Attorney
10         Schwarz.
11              MR. SCHWARZ:  No further questions.
12              MR. LEVITES:  All right.  Thanks, Don.
13              And thank you --
14              THE WITNESS:  Oh, and I want to read
15         and sign.
16              VIDEOGRAPHER:  We are still on the
17         record.
18              COURT REPORTER:  One second.
19              Mr. Levites, do you want a copy of this
20         transcript?
21              MR. LEVITES:  We will follow up after.
22              COURT REPORTER:  Okay.
23              VIDEOGRAPHER:  The time is 6:14.
24              We are going off the video record.
25                    (6:14 p.m.)
```

D. Galler, P.E.

Page 292

1                       C E R T I F I C A T E

2

3          I, Eva Kaflinski, a Shorthand Reporter

4        and Notary Public of the State of New York,

5        do hereby certify:

6

7          That the witness whose examination is

8        hereinbefore set forth, was duly sworn, and

9        that such examination is a true record of

10       the testimony given by such witness.

11

12         I further certify that I am not related

13       to any of the parties to this action by

14       blood or marriage; and that I am in no way

15       interested in the outcome of this matter.

16

17         IN WITNESS WHEREOF, I have hereunto set

18       my hand this 15th day of April 2025.

19

20

21

22              <%signature%>

                 _____

23              EVA KAFLINSKI

24

25

D. Galler, P.E.

Page 293

1    Marcellin, Carol  v. HP, Inc. And Staples, Inc.

2    Donald Galler (#7232365)

3                    ACKNOWLEDGEMENT OF DEPONENT

4       I, Donald Galler, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Donald Galler                        Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

D. Galler, P.E.

Page 294

1    Jaclyn Wanemaker, Esq.

2    jwanemaker@smithsovik.com

3                        April 23, 2025

4    RE:    Marcellin, Carol  v. HP, Inc. And Staples, Inc.

5        3/24/2025, Donald Galler (#7232365)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   P1steno@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

D. Galler, P.E.

Page 295

1    Marcellin, Carol  v. HP, Inc. And Staples, Inc.

2    Donald Galler (#7232365)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Donald Galler                            Date

25

**[0.1 - 2]**

| 0 |
| --- |
| **0.1**   5:9 |
| **00704**   1:14 |
| 8:14 |
| **01730**   9:10 |
| **02110**   2:10 |

| 1 |
| --- |
| **1**   2:5 3:13 9:12 |
| 40:2,6,6 50:18 |
| 52:23 55:14,15 |
| 67:20 69:4 |
| 84:9,14 163:20 |
| 164:13 165:1,4 |
| 165:8,13,24 |
| 166:3,21 167:5 |
| 169:11,24 |
| 170:16 171:11 |
| 172:3,15,24 |
| 187:3,18 188:9 |
| 189:1,18 190:4 |
| 190:13,21 |
| 191:3,15 |
| 192:11 193:6 |
| 194:5,5,8,24 |
| 195:17,19 |
| 196:3,8,17 |
| 197:19 199:5,7 |
| 199:10,12,24 |
| 200:6,10,18,20 |
| 202:20 203:18 |
| 211:5,7 275:18 |
| 276:21 278:2 |
| 280:19,24 |

282:1,6,20,24
283:1,13
290:19,24
291:4
**1,000**   71:9
**1,000c**   70:4
**1.1**   128:17
**1.1.**   128:13,14
**1.3**   4:8
**10**   4:11 91:20
92:4 98:15,20
98:23 144:9,19
148:10 251:15
**10,000**   134:5
**100**   24:9,13
25:2,13 85:24
**105**   208:1,21
**106**   208:1
209:18
**10:03**   1:18 8:3
**11**   4:13 129:22
148:11 160:16
**115**   6:9
**117.6**   123:6
**11:01**   50:11
**11:15**   50:14
**12**   4:8,15 5:19
137:10,11,19
140:2 212:16
213:14,17,20
251:9 254:1
**12:17**   98:3
**12:26**   98:6

**12:56**   119:22
**12:57**   119:25
**13**   4:17 172:17
254:2
**130**   126:7,9,21
127:9,10
142:16 143:10
143:15 234:1
234:16,18,20
234:23
**130c**   142:21
143:2
**14**   4:18 168:2
171:19 256:14
**14618**   2:5
**15**   4:20 9:9
10:3 39:9
141:12 171:22
172:8 188:8,18
**153**   4:23
**154**   4:21
**15th**   292:18
**16**   3:23 4:22
168:2 172:9
214:7 215:22
215:25
**160**   196:21,22
196:23 197:2,9
200:25 201:3,4
**17**   5:7,16
172:18
**175**   2:9
**18**   5:9 173:3,12
180:12 194:5,7

199:25 212:17
213:2,12,14,16
213:18,23
223:13,15
**181**   6:10
**18650**   86:19,22
86:25 87:13,16
226:7 231:20
234:12 246:8
255:11
**18650s**   87:5
91:24 92:5
94:22 100:4
**187**   5:8
**1882**   2:5
**19**   5:11 57:3,6
82:4,5,7 218:9
219:12 269:23
269:24
**198.5**   123:9
**1980s**   15:5
**1988**   15:18
**1990**   67:2
**1995**   11:20
14:16 15:2
16:6,8 22:1
28:20
**1:21**   1:14 8:14
**1:33**   144:3

| 2 |
| --- |
| **2**   3:14 57:4,16 |
| 67:21,22 81:21 |
| 82:5,7,7,8,9 |

**[2 - 300]**                                                                 Page 2

97:25 98:9
121:14 165:11
166:5,21
189:19 190:6
193:2,9,21,25
194:12,20
210:4 213:19
213:20 243:12
245:9 282:25
**2.0**   52:19 55:10
56:12
**2.4.1.**   130:22
**2.5**   133:17
**2.6.**   135:22
**20**   3:13 5:13,14
24:8,13 25:2
25:15,24 26:4
26:7,11,16,18
28:25 31:3,25
34:1,8 38:4
84:12 90:16
91:20 106:20
260:16 275:17
275:21 284:8
288:12 290:16
290:16 293:15
**20,000**   134:5
**200**   69:15
73:10 75:24
76:2 127:7,8
244:23 245:12
**2000**   23:3
28:23 40:14
166:10

**2000s**   23:18
**2005**   11:20
14:11 148:14
150:2 151:21
151:22 152:12
153:25 154:23
155:17,24
157:16 160:4
161:2,24
162:17 163:17
166:22 167:5
167:11 283:12
**2007**   169:19,21
**2008**   172:9
**2009**   172:19
179:18
**200c**   69:18 71:5
**2010**   151:22
152:13 174:4
179:11,14,15
179:19,21
181:2 281:1
**2011**   167:2
188:1 189:8,14
189:15,18
190:11 191:9
192:1,2 193:7
**2012**   172:20
**2014**   149:18
**2017**   188:1
**2019**   105:15
208:4 209:7,11
210:9 277:11

**2020**   40:20,21
41:9 57:24
276:23
**2022**   188:8
190:1 191:11
**2023**   210:5
**2024**   50:23
**2025**   1:18 8:4
292:18 294:3
**2030**   187:22,25
188:5,10
189:11,23
190:5,18 191:1
**2060a**   212:25
215:6
**208**   13:18
**20z40**   172:20
**20z45**   172:20
**20z70**   171:18
172:10
**20z75**   171:18
**20z90**   168:13
168:14,15
169:9 193:2
**20z95**   168:15
169:10
**21**   5:15 50:23
129:13 223:9
**22**   5:17 192:5
254:19,20
255:3
**223**   4:19
**225**   255:23

**23**   5:20 9:13
114:17 294:3
**238**   5:12
**24**   1:18 104:6
104:10,11
**24th**   8:3 57:24
**25**   3:18 141:13
**25,000**   105:17
106:18 112:8
**250**   50:1
238:11,17
**26**   5:21
**260**   244:25
**28**   223:9
**290**   3:5 244:25
**2:00**   259:10
**2:01**   144:6

**3**

**3**   3:16 79:8
190:6 196:21
243:12 245:9
255:22 256:6
266:10 276:8,9
**3/24/2025**
294:5
**30**   26:11,16,19
31:3,25 34:1,8
38:4 90:16
106:21 119:8
294:16
**300**   256:15,19
257:8,9,13,19
257:19 259:3

**[300 - above]**

260:4 261:7,9
262:9,12
**31**  187:22
**31st**  188:10
190:5
**3:03**  188:20
**3:17**  188:23
**3d**  241:11

**4**

**4**  3:17 4:12
55:21 81:6
82:2 164:11
268:5
**4.40**  137:23
**4.45**  137:24
**40**  4:17 260:15
260:17
**400**  105:18
**45**  142:11
145:4
**46**  142:6
143:10 221:3
**47**  6:6
**480**  13:17
**4:00**  218:21
**4:22**  235:4
**4:34**  235:7

**5**

**5**  3:15,18 39:9
98:10 137:10
137:19 148:4
280:7 290:18

**50**  11:19 14:11
14:13 25:15,24
26:4
**500**  71:9
**500c**  70:3
**51**  6:8
**54**  4:10
**5:30**  275:11
**5:41**  275:15
**5:57**  289:3
**5:58**  289:6
**5:59**  290:5

**6**

**6**  3:19 4:7 81:5
84:16 104:6
127:21 133:10
135:2 137:10
137:10 140:2
163:22 164:12
164:15 207:24
208:21 251:14
254:6 268:5
271:11
**60**  257:12
259:6
**600**  250:16
251:3
**61**  5:10
**66**  131:9,13
**67**  171:24
172:12
**69**  172:18,21

**6:05**  290:3
**6:13**  290:8
**6:14**  291:23,25

**7**

**7**  3:20,21 4:14
114:18 118:4
127:11,17,18
130:19 145:20
146:2,3,5
168:10
**700**  251:4,14
**72**  257:12
**7232365**  293:2
294:5 295:2
**73**  259:6
**75**  172:10

**8**

**8**  4:7 6:8 50:19
127:12 130:18
135:23 140:2
145:20,25
146:5 268:6
283:22
**80**  27:8
**83**  4:16
**85**  168:20,22
**88**  15:20

**9**

**9**  3:4,13,14,16
3:17,18,19,21
4:7,9,9,11,13
4:15,17,18,20

4:22 5:7,9,11
5:13,15,17,20
129:15 144:8
**90**  148:5
**95**  14:10 23:3
168:18

**a**

**a.34**  172:2,13
172:21
**a.34.**  168:24
**a.m.**  1:18 8:3
55:21
**ability**  167:18
169:10 170:16
**able**  77:25
92:14 109:12
126:11 171:12
179:24 187:2
188:25 190:3
191:13 198:20
211:11 218:6
222:17 230:22
269:13
**above**  1:23
75:17 76:2,5
76:12,23 77:12
77:16,19 126:9
127:7,9,9
139:3 145:4
221:3 228:24
234:16,20,23
245:12 246:23
293:7 294:6

**abs** 69:12,13
**absent** 248:5
  272:20
**abstract** 150:24
**abuse** 5:17
  118:9,10,11,14
  118:21 120:6
**ac** 101:3 102:14
**academic** 14:24
  18:12
**accelerating**
  108:23 113:22
**acceleration**
  79:3
**accept** 128:6
**acceptable**
  132:5,20
**access** 137:3
**accessible**
  201:13
**accessories**
  268:10
**accomplished**
  201:25 202:2
  202:19
**account** 56:20
**accuracy** 294:9
**acknowledge...**
  293:3
**acknowledg...**
  294:12
**acrylonitrile**
  69:13

**action** 292:13
**actions** 257:3
**activated** 92:3
  222:1,13
**activities** 14:23
  237:11
**activity** 282:14
**actual** 54:19
  95:10 272:17
  283:13
**actually** 14:1
  18:20 19:16,25
  22:18 32:12
  35:5 49:14
  58:2 66:20,21
  70:4 71:20,22
  76:20 77:17,21
  79:23 86:18
  92:12 95:8
  104:25 117:18
  134:6 153:22
  159:10 186:8
  198:8 202:19
  203:1,11
  211:22,25
  214:8 221:24
  223:20 225:3
  232:19 253:19
  253:21 254:11
  255:18 260:16
  272:6 276:14
  284:10
**addition**
  152:19 157:4

  218:6
**additional**
  50:22 59:9
  68:3 74:16,17
  184:25
**additions** 293:6
**address** 9:8
**addresses**
  68:15
**aderhold** 58:15
**adjacent** 231:8
  232:7
**administer**
  7:13
**administration**
  105:15 106:6
**administrator**
  1:5,7
**advancing**
  202:16
**advantage**
  72:15
**advised** 8:5
**advisement**
  51:9,10 181:21
**afs** 68:4,6,15
**afternoon**
  235:10
**ageing** 5:18
**agencies** 15:11
  165:5
**agency** 204:4
  205:25

**ages** 180:6
**ago** 30:5 38:13
  39:5,9,10
  72:16 87:4
  97:11 110:21
  115:24 157:18
  165:6 178:6,6
**agree** 8:7 19:14
  80:18,25 99:2
  102:19 103:24
  104:2 107:8,22
  108:3,11,13
  109:9 112:12
  113:25 114:12
  118:17 122:14
  122:19 123:10
  123:19 124:2,3
  124:6 144:24
  151:17 156:5
  159:5 163:1
  227:5 228:16
  230:20 258:17
**agreed** 7:3,18
  128:24 158:18
**agreeing** 113:3
**agrees** 112:3
**ah** 207:23
**ahead** 44:15
  71:13 138:9
  153:2 190:15
  203:13 205:9
  227:3
**air** 92:14
  107:13,16,17

[air - answer]                                                        Page 5

| | | | |
|---|---|---|---|
| 124:20 125:16 | **allegedly** 23:22 | **announcing** | 146:17 150:7 |
| 250:18 262:13 | 288:12 | 188:9 190:4 | 150:15 151:10 |
| **al** 8:11 255:9 | **allotted** 294:19 | **answer** 10:16 | 151:19 152:2,9 |
| **alarm** 55:21,22 | **allow** 67:3 | 17:15 21:15 | 152:17,25 |
| 56:16 | 160:19 226:11 | 24:24 27:21 | 153:8 155:3 |
| **alert** 218:17 | 265:7 | 30:24 31:11 | 156:12 160:25 |
| **alexander** 15:6 | **allowed** 13:20 | 33:4 35:17 | 161:18 164:22 |
| **algorithm** | 102:18 176:24 | 37:11 38:10,25 | 164:23 167:14 |
| 165:2,9,18 | **allows** 128:2 | 46:24 47:24 | 167:23 170:2 |
| 166:11 167:20 | **alterations** | 48:6,8,15,21 | 170:17,23 |
| 169:24 170:16 | 278:9 | 52:13 61:2,10 | 172:6 173:1 |
| 172:3,24 189:1 | **altered** 277:1 | 61:12,14 62:18 | 174:6 175:13 |
| 190:3 191:13 | 278:15,17 | 62:19 63:23,25 | 176:16,24,25 |
| 195:19 196:8 | **amazon** 177:22 | 72:16,23 74:21 | 178:15 183:5 |
| 197:19 199:5 | 178:12 181:24 | 75:14 76:16 | 184:18 191:21 |
| 203:18 | **ambient** 68:8 | 78:3 80:22 | 192:20 193:3 |
| **algorithms** | 68:25 69:16,21 | 83:19 85:22 | 195:6,24 |
| 190:7 278:2 | 74:8,18,23 | 87:24 88:11 | 198:23 203:21 |
| **allegany** 3:14 | 78:22 89:10 | 89:4 92:22 | 205:16 207:7 |
| 53:11 54:1,10 | 101:7 | 93:7 94:10 | 207:15,17 |
| 54:17,19 55:4 | **amount** 102:5,7 | 95:16 102:22 | 212:3 215:2,10 |
| 57:4,22 59:3 | 139:4 141:12 | 103:2,13 106:2 | 216:4 224:14 |
| 64:19,23 65:12 | 143:7 264:4 | 106:14 107:25 | 224:20 226:2 |
| 67:23 81:11,16 | 265:8 | 112:11 114:2 | 228:11 230:4 |
| 81:21 82:23 | **analysis** 15:21 | 114:15 117:10 | 231:3 234:3 |
| 86:12 89:16 | 15:21 16:3,11 | 117:22 118:24 | 235:15,21 |
| 289:8 | 19:1 20:2 32:4 | 119:4 120:14 | 236:12 238:2,8 |
| **allegation** | 45:2 62:11 | 122:18 123:17 | 238:15,21 |
| 177:12 | 63:19 64:18 | 124:1,17 | 239:21 242:12 |
| **allegations** | 72:5 77:4 | 125:24 126:13 | 244:18 246:18 |
| 24:18 268:8 | 227:4 261:11 | 126:17,23 | 248:4,15 |
| **alleged** 37:3 | **andy** 5:20 | 127:5 132:23 | 249:24 252:16 |
| 100:22 | **announcements** | 135:9,12,15 | 253:9 258:24 |
| | 187:25 | 140:22 145:7 | 261:22 262:7 |

[answer - article]                                                    Page 6

265:3,19,23
267:3 268:17
269:18 271:7
273:9 276:25
279:9,21 282:4
282:23 284:12
285:5,12,17
287:13 288:19
288:22 289:21
**answered** 34:5
37:9 62:4
140:12 192:23
209:6 234:5
**answers** 4:11
18:17 47:4
134:11 144:19
179:2 209:19
**anybody**
190:19 202:23
203:1 278:14
**anymore** 10:25
19:7 37:4
89:20 165:14
166:4 167:1
187:19 189:9
189:18 190:21
190:24 191:8
193:6 277:23
**anyway** 252:2
281:10 284:17
286:12,18,22
**apart** 22:23
177:24 184:3
186:23

**apartment**
91:20
**apologies** 146:6
**apologize** 21:19
25:20 80:3
105:2 218:18
222:25 234:9
241:15 262:1
266:7 289:25
**apparently**
189:4 206:18
206:20
**appear** 83:12
146:13,20
209:3 273:17
**appearance**
236:2 252:1
**appearances**
8:20
**appeared**
224:24
**appears** 57:20
137:9 147:1,1
163:21 256:24
283:17,18
**appended**
293:7
**apple** 178:23
178:24 183:10
183:12 186:20
186:22
**apples** 261:8
**appliances**
237:12

**applicable**
294:8
**application**
148:14,18,20
149:3,7 150:9
154:11 160:15
162:18
**applied** 236:6
**apply** 151:8
263:7
**applying** 78:5
252:6
**appreciate**
43:19
**appropriate**
192:18
**approved**
130:20 132:13
133:16 145:22
159:11 182:15
**approximate**
265:5
**approximately**
8:3 10:1 11:16
23:17,20 24:1
25:9 26:5,13
29:20 49:22
50:11 275:11
275:15 289:3
**april** 292:18
294:3
**arc** 13:1,2,3,9,9
13:10 18:20,20
19:9

**area** 17:18 36:9
37:23 49:16,16
58:24 59:5,10
59:19,22 60:4
60:6,8,11
68:12,14,16
72:6 73:7
79:18 81:1,12
81:15,24 84:18
88:16,22 93:22
125:5 224:9
244:14 246:20
252:8,13
255:21 287:6
**areas** 89:24,25
239:8
**argue** 153:12
193:15
**armoire** 76:23
77:11 78:1
89:23
**arranged** 14:4
**arrangement**
93:14
**artfully** 21:18
**article** 104:7,8
104:20 105:9
107:21 108:4
110:12 114:18
118:3 121:15
123:6 197:22
198:5 255:6,7
255:16,23
256:13,17

| | | | |
|---|---|---|---|
| **articles** 6:9 | **assessment** | 256:8 | 178:20,25 |
| 114:24 115:20 | 245:23,24 | **attitude** 147:2 | 184:15,23 |
| 117:4,19,25 | **associated** | 147:4 | 185:4,10,11 |
| 278:4 | 131:6 266:15 | **attorney** 9:20 | 186:4,4,9,25 |
| **asked** 10:15 | 267:24 275:3 | 30:23 47:12 | 187:5,8 191:18 |
| 24:5,14 43:15 | **associates** | 50:6 290:16,17 | 194:8 197:16 |
| 63:22 88:14 | 15:21,22 16:3 | 290:19 291:9 | 197:17,19 |
| 98:9 109:6 | **assuming** | 294:13 | 198:15,21 |
| 131:11 184:24 | 194:23 204:11 | **attorneys** 2:4,9 | 199:5,12,20 |
| 215:16 247:24 | **assumption** | 7:4 31:16 | 202:23 204:4 |
| 261:25 267:7 | 35:4 53:5 | 238:13 | 204:16 205:5 |
| 279:5 287:4,5 | 185:3 201:8,9 | **audio** 8:5 126:2 | 207:4 208:3 |
| 290:15,17,19 | **assumptions** | 164:6 | 210:8,13,16,19 |
| **asking** 9:20 | 263:5 | **august** 210:4 | 211:7 276:12 |
| 14:8 16:22 | **atkinson** 4:15 | **auspices** 28:16 | 276:21 277:5 |
| 17:19 27:9 | 30:11,14,23 | **authentic** | 277:10,19 |
| 33:25 53:19 | 31:3,8,17,18 | 167:21 201:6 | 278:2,11,20 |
| 54:18 55:17 | 161:12 205:22 | **authentication** | 279:19 280:8 |
| 64:3,4 90:19 | 207:23 208:2 | 4:13 149:8 | 280:13,20,24 |
| 95:22 108:3 | 209:6,18 210:7 | 150:16,18 | 281:4,7,9,15,18 |
| 112:3 120:15 | 277:16 | 160:6,19 | 281:21 282:1,7 |
| 122:22 123:18 | **atkinson's** | 161:23 162:3 | 282:11,18,20 |
| 124:18 147:2 | 161:5 277:9 | 162:15,16,23 | 283:1,15 |
| 174:9 175:7 | **attached** 12:10 | 163:5,19,21 | 290:18,20 |
| 199:22,23 | 14:6,18 294:11 | 164:13,17 | **authorized** |
| 230:7,8,10 | **attachments** | 165:1 169:11 | 7:12 29:11,14 |
| 241:13 245:16 | 37:18 | 169:13,24 | 32:17 150:22 |
| 251:18 254:14 | **attack** 190:3 | 170:17 171:2 | 159:14 160:9 |
| 264:18 265:4 | 191:13 | 172:3,14,15 | 160:23 178:12 |
| 287:8 | **attempts** 55:25 | 173:4,25 174:3 | 182:7,22 183:2 |
| **aspect** 12:21 | **attend** 41:3 | 174:3 175:10 | 183:14 184:9 |
| 17:3 78:24 | **attended** 40:13 | 175:25 176:3,3 | 186:8,14 |
| **aspects** 16:25 | **attention** | 176:12,22 | 211:24 |
| 18:17 | 104:15 106:4 | 177:17 178:19 | |

**autograph**
254:25
**available** 19:3
19:6 61:7
161:23 167:10
172:4 173:5
179:15,19,21
186:17 193:2
193:25 203:18
209:4 219:2
283:14 294:6
**aviate** 233:18
**avoid** 191:18
**avoided** 122:8
**avoiding**
226:12
**awakened**
55:21 56:16
**aware** 40:16
61:3 70:19
106:6 156:16
156:16,17,20
156:22 161:14
161:14 171:12
204:9 205:6,7
205:11 207:5
211:8,9 216:7
239:13 271:2
273:4 287:19
287:21
**awkwardly**
261:25
**axis** 248:17,17
248:19,21,22

**b**

**b** 203:1
**back** 12:5
18:16 20:5,12
33:20 41:8,12
42:13,24 43:2
43:8 44:4
50:15 63:17
67:19 76:20
77:21 98:7
116:2,18 120:1
129:12 130:2
139:18 142:11
142:12 144:7
145:25 152:4
153:5 154:23
163:3,5,13
164:7 168:6
188:24 194:4
197:10 201:2,4
211:5 230:6,6
231:25 233:20
235:8 238:23
238:24 254:22
275:16 289:7
290:3,9 291:9
**background**
36:18 115:16
**bad** 83:13
100:1 254:25
**badly** 239:3
**balance** 141:3
217:22 218:8

221:15,16
**balancing**
218:1,1 227:19
**banking** 165:24
**banks** 167:6
**base** 164:13
**based** 45:22
53:6 57:20
61:21 75:11
85:18 90:4
103:3 128:11
142:17,18,18
159:14 162:16
162:23 163:19
163:21 175:9
176:13 196:13
196:14 199:12
200:2 215:20
227:4 244:13
245:22 277:24
282:16
**basic** 78:5
185:17,18
**basically** 82:23
107:9 131:20
134:10 145:1
147:2 163:1
191:7
**basis** 197:18
199:11,16
231:10 243:15
251:2,8,13
285:13 288:14
288:20

**basket** 94:24
**batteries** 3:22
25:3,4 26:4
27:4,14 28:1
28:12,14 29:1
29:4,5,9,14,15
29:15 30:21
33:14 34:23,23
35:19,20 39:14
39:20 70:13
78:19 88:8
89:11 90:24
91:6 92:15
98:25 99:6,23
102:11,17
103:3 105:24
107:1 108:6
110:14 114:25
115:5,16 116:7
118:7 123:22
126:4,10 128:2
130:11 142:19
142:21,24
151:14,23
153:5 154:15
154:17,24
155:19 158:12
176:1,1 177:14
177:22,24
178:3,11,12
182:1,5,7
185:20 186:13
187:12 204:6
205:23 219:9

**[batteries - battery]**                                                Page 9

| | | | |
|---|---|---|---|
| 219:24 222:17 | 85:8 86:8,22 | 133:5,6,10,11 | 192:9 195:19 |
| 222:20 223:25 | 87:16 88:1,17 | 133:12,22 | 195:21 199:13 |
| 235:19 242:22 | 92:5,8,9,10,12 | 134:15 135:15 | 201:17,24 |
| 247:3 248:23 | 92:15 93:13,14 | 135:25 138:2 | 202:14,20,24 |
| 248:25 249:17 | 95:6,10,13 | 138:18 139:10 | 205:4 209:1,14 |
| 259:9,22 | 96:15 97:5,6 | 139:13,22,24 | 209:21,21 |
| 260:22 262:10 | 97:17 99:8,13 | 140:19 141:20 | 210:22,23 |
| 262:11,13,16 | 99:15 100:16 | 142:5 143:9 | 211:12,24 |
| 265:16 267:24 | 100:17 101:20 | 145:8,9,22 | 212:1,7,8 |
| 281:14 282:11 | 101:21,24,25 | 149:8 150:12 | 214:22,22 |
| 284:17 | 102:8,13 | 150:19,21,21 | 215:7,23 216:7 |
| **battery**  4:7,9 | 103:18 107:3,4 | 152:6,14,20,23 | 216:16,20,21 |
| 4:13 24:3,14 | 107:11,20 | 153:17,18,23 | 217:1,4,5 |
| 24:21 25:11 | 109:7,25 110:4 | 154:6 156:9,21 | 218:10,24 |
| 26:13 27:5,6 | 110:6,8,10,22 | 157:5,5,7,12,22 | 219:10 220:3,5 |
| 27:11,17,17,19 | 110:24 111:19 | 159:8,9,10,11 | 220:18 223:24 |
| 27:22,24,25 | 111:25 112:6 | 159:14,17,21 | 224:10,12 |
| 28:7 29:1,11 | 112:20,23 | 159:24 160:7 | 226:9 227:13 |
| 29:22,23 30:16 | 113:7,8,15,16 | 160:10,18,20 | 228:4,21,25 |
| 30:16 31:4,9,9 | 118:1 122:22 | 160:23 161:15 | 229:12 235:12 |
| 32:3,4,8,12,17 | 123:20,21 | 162:4,5,9 | 249:12 250:17 |
| 32:19,25 33:21 | 124:19,22 | 163:2,3,10,12 | 251:14 255:11 |
| 34:7,8 35:7,14 | 125:2,3,12,16 | 167:17 168:4 | 258:8,21 |
| 36:14,22 37:2 | 125:21 126:4 | 173:4 174:3 | 259:14 260:1 |
| 37:12,15,18,19 | 126:19 127:3 | 176:4 177:25 | 260:15,17 |
| 38:1,6,14,22 | 127:21,25 | 178:1 180:18 | 266:23,23,25 |
| 59:10,11,12,15 | 128:6,12,17,19 | 180:22,22 | 267:24,25 |
| 59:19 62:16 | 128:21,23,25 | 182:10,22 | 268:5,6,6,9,15 |
| 63:20 64:15 | 129:1,5,5,6,7 | 183:1,7,8,11,14 | 268:20,24 |
| 65:17 68:8,25 | 129:11,11,12 | 183:24 184:3 | 270:10 271:9 |
| 69:25 70:20,24 | 129:16 130:8,9 | 184:11 185:11 | 273:14,15 |
| 72:7 79:18 | 130:25 131:3,9 | 185:22,25 | 274:14,17,18 |
| 80:19 81:1,12 | 131:18 132:5 | 186:8,17,19,19 | 275:4,4 279:7 |
| 81:15 83:3,16 | 132:20 133:2,3 | 186:22,23 | 280:11,12,21 |

**[battery - break]** Page 10

283:25 285:2
**bear** 40:3
127:15
**bearing** 290:12
**beat** 191:14
**bedford** 9:9
**began** 23:16,18
39:4
**beginning**
82:16 256:17
**begins** 108:8
125:2,4 150:24
173:17 233:8
**begun** 122:5
**behalf** 43:24
65:4 94:2,4
277:17
**behavior** 88:16
**belabor** 130:17
**belanger** 2:6
**believe** 9:22
21:2 30:8 41:2
92:25 123:13
127:13 132:8
135:11 156:1
159:14 161:19
177:11 179:23
187:21 193:3
208:8,9 221:20
242:19 259:5
265:20,24
281:11 289:22
**believed** 32:1
55:11 59:4

96:11
**ben** 42:18
**benefit** 65:9
**benjamin** 2:10
**best** 34:13
**betke** 2:8
**better** 12:24
71:20
**beyond** 62:12
68:5 147:9
186:6
**big** 24:8 104:12
175:21 189:21
191:2
**bigger** 208:18
**binder** 39:22
144:8
**birchwood** 9:9
**bit** 12:23 28:11
69:17 77:21
92:13 99:4
103:20 141:22
149:13,24
156:23 196:19
196:21,21
197:2,9 218:2
233:3 254:12
**bits** 196:22,23
201:1,3,4
**black** 241:4
**blood** 292:14
**blow** 137:24
141:15,16
221:25 225:22

256:3
**blown** 139:7,9
139:11
**blue** 83:10
**bmu** 37:4,17,18
38:1 97:8
131:12 195:8
216:16 220:18
271:9,9,10,24
272:1,7,8
**bmu's** 215:16
**bmus** 273:12
**board** 148:4
211:12,23
212:19,20
215:23,25
216:17 218:24
219:1,8,20
222:5,8 223:9
223:10 271:17
273:13,16,24
**boards** 237:13
274:5
**body** 204:15
**book** 251:19
253:22
**boss** 15:25
193:19
**boston** 2:10
**bottom** 55:14
55:15 59:14
68:18 70:14
71:6 75:20
79:13 81:3

84:1 85:3 90:2
93:16 173:17
180:12 217:11
**bought** 22:22
148:2 153:17
178:12 180:7
181:25 187:11
187:12
**boulder** 189:7
**bounced**
251:23
**bounces** 250:10
**box** 67:6,13
**bq** 147:20
169:9 171:18
171:18 172:10
172:20,20
193:2 212:25
215:6
**bq20z40** 5:8
**bq20z45** 5:8
**bq20z70** 4:21
4:23
**bq20z75** 4:21
4:23
**bq20z90** 4:19
**bq20z95** 4:19
**bq29330** 4:19
4:21,23
**brand** 184:5
256:22
**brands** 176:21
**break** 10:13,14
10:17,17 50:8

50:13 71:9,10
98:1,2,5,9
105:6 109:23
119:24 143:19
143:22 144:5
187:15,20,23
188:13,15,22
235:1,6 273:21
275:9,13 289:1
289:5 290:7
**breaker** 65:25
66:1,10,11,12
66:14,19,22,24
**breaking**
165:17
**brick** 23:9
**bridges** 233:4
**brief** 16:6
52:20 53:6
289:11 290:13
**bring** 20:12
44:4 287:1
**broken** 279:18
**brought** 41:12
42:13 43:8
72:3 286:22
**brown** 77:15
**browned** 77:17
**build** 190:25
**building** 18:4
20:6 237:9
241:8,21
**built** 13:6
135:25 189:21

**bunch** 19:8
129:6 131:4
198:11 242:4
265:16
**burn** 89:22
**burned** 85:8
89:18 90:14
93:19,22,23,25
96:25 177:13
177:15 284:1
**burning** 75:2
85:4 92:1,2
239:4
**burnt** 237:12
**burst** 225:9,11
**business** 13:15
21:1,10,11,21
147:15
**busy** 281:7
**butadiene**
69:13
**buy** 13:23
134:4 153:23
154:6
**buying** 38:23
153:1 186:16
281:13,13
**bypass** 198:14
198:20 282:11
282:17
**bypassed** 185:6
186:5 222:24
**bypassing**
197:16

**c**

**c** 2:1 69:15 71:9
76:2 98:16
126:7,10 127:7
127:8 138:15
138:19 139:17
141:14 142:8
215:24 223:22
234:16,20,23
244:23,25
245:12 256:19
257:9,9 259:4
260:5 262:12
292:1,1
**cabinet** 58:23
**calculate**
167:18
**calculation**
167:19 174:22
251:19
**call** 19:5 20:5
21:21 24:20
31:23,23
104:14 159:8
178:10 188:2
256:8
**called** 15:5,20
21:2 22:4
40:24 58:2
94:17 96:23
102:2 106:4
129:5 138:15
138:19 156:24

163:18 166:5
166:25 177:6
189:6 190:23
287:18
**camera** 49:15
**capabilities**
202:11 212:12
216:9
**capability**
133:18 172:23
184:15 215:13
215:16,17
**capacity** 100:7
214:24 215:7
215:11
**caps** 225:19
**captured** 195:8
**card** 165:25
**care** 11:8 245:1
**career** 17:22
94:6
**careful** 100:3
243:22
**carefully** 89:8
**carol** 1:4 5:11
8:10 54:3,11
54:25 55:12
56:3 289:10
293:1 294:4
295:1
**carryover**
121:17
**case** 5:20 8:14
20:15 22:14

| | | | |
|---|---|---|---|
| 27:10 33:22 | 52:3 95:18 | 111:3 118:8 | 218:1,2,5 |
| 36:10 40:7 | 96:2 214:12 | 237:21 245:19 | 221:15,16,17 |
| 45:2,9,11 | 267:18 | 280:21 | 226:11,12,16 |
| 46:22 48:3,12 | **casing** 266:2 | **causes** 17:4,25 | 226:17,23 |
| 48:18 49:1,20 | **catastrophic** | 18:21 19:16 | 227:18 228:6 |
| 52:7,16 53:7 | 106:25 107:20 | 20:11 25:11 | 228:17 229:20 |
| 56:19 72:25 | 108:5 109:19 | 29:6 61:22 | 229:21,24,24 |
| 92:24,24 94:14 | 110:13 111:23 | 62:8,12,13,14 | 230:11,21 |
| 95:4 96:20 | 112:8 226:6 | 62:15,22 63:18 | 231:6,15,16 |
| 97:8,18 115:22 | **categorize** | 64:6,7 65:23 | 232:7,7,11,13 |
| 115:24 116:6 | 103:14 | 67:25 109:7 | 232:13,14,15 |
| 116:16 125:8 | **caught** 92:13 | 110:23 112:17 | 234:21 236:15 |
| 127:2 134:23 | 252:18 | 112:18 119:6 | 236:23 239:13 |
| 134:25 150:4 | **cause** 16:25 | 124:25 206:19 | 246:9 247:25 |
| 159:19,20,23 | 17:17 18:25 | **causing** 101:4 | 248:17,18,22 |
| 161:13 171:18 | 20:21 48:10,19 | 107:14 110:2 | 267:25 268:5,5 |
| 175:23 176:14 | 61:23 62:3 | 113:7,8 204:23 | 268:6 271:25 |
| 176:18,20,23 | 65:16 68:5 | **ceiling** 86:15 | 271:25 |
| 177:5,6 180:4 | 71:1,3 75:11 | 243:11 245:10 | **cells** 3:20 5:18 |
| 180:15 182:10 | 79:3 90:8 | **cell** 4:7 27:6 | 26:13 36:15,15 |
| 230:3,9 236:22 | 101:23 106:25 | 33:15 36:3,4 | 37:3,5,18 68:9 |
| 237:19 241:22 | 107:19 108:5,9 | 37:1,6,22 | 68:25 79:23,25 |
| 258:5,7 259:14 | 108:17 109:19 | 69:25 86:19,25 | 87:13,16,20 |
| 259:14 263:7 | 110:13,18 | 108:24 110:9 | 88:1,24,25 |
| 269:7 272:3,5 | 111:9,12,22 | 111:4,5 113:22 | 127:3 134:14 |
| 272:13 278:1 | 112:7 113:18 | 122:3,6,9,11 | 140:8,9,19,20 |
| 281:12 | 122:6 237:6,7 | 127:21 131:17 | 140:24 142:5 |
| **cases** 16:12 | 247:11 280:14 | 133:10 136:5 | 142:21 182:17 |
| 27:5 29:7 | 284:10 287:10 | 136:15 137:2 | 216:21,24 |
| 30:15 31:2,25 | **caused** 23:21 | 137:19,23 | 217:3 225:3,11 |
| 32:10 33:21,24 | 23:23 64:14 | 140:2,11 141:3 | 225:14,18 |
| 34:2,8 38:3,4,8 | 71:4 73:23 | 141:11,20 | 226:6,18,20 |
| 44:19,25 47:19 | 74:18 95:5 | 214:17 217:20 | 227:6,13,14,19 |
| 47:22 48:1,4,9 | 96:11 97:16 | 217:21,25,25 | 227:25 228:4,7 |

228:18,19
229:5,7,15
230:13,23
231:5,8 233:12
234:12,16
235:12 236:5,7
236:17,18
239:14 240:11
246:1,16 248:5
249:12,13,13
249:14 255:11
256:14,21,22
256:23,23
257:10,11,18
258:4,7,11,21
259:2,15,16,17
259:18 260:1
261:19 262:5
265:9 266:1
285:7,7
**cellular**  151:3
**celsius**  73:10
75:24 123:7,9
126:21 142:6
142:11,16
143:10 145:5
221:4 250:14
250:16 251:4
251:15 256:15
257:13 260:16
260:16,17
261:7,9 262:9
**center**  83:14

**certain**  13:17
13:18 19:24
22:24 32:24
33:13 44:4
78:12 114:7
137:14,14
139:4,4,22
142:1 154:25
157:6 179:9
182:22 214:15
214:25 230:21
233:9 262:9
264:4
**certainly**  39:2
136:14 138:9
147:5 155:8
185:4 245:4
261:3 269:2
273:17
**certainty**
202:19 203:17
276:4
**certification**
7:8 17:8
206:11
**certified**  16:20
17:6 237:7
**certify**  292:5,12
**cfc**  214:7
**cfei**  5:15
**cfi**  5:15
**challenge**
162:15,22
163:18,20

164:7,12 188:2
**chance**  20:13
71:22 148:5
197:16 255:15
287:2
**chances**  34:11
35:6
**change**  123:12
166:21 189:22
196:6,7 198:8
205:14 206:24
251:12 257:3
260:7 264:11
264:17 279:13
295:4,7,10,13
295:16,19
**changed**  11:7
11:22 15:22
279:18
**changes**  13:19
13:23 134:8
189:22 293:6
294:10
**changing**
201:10 206:17
264:7
**channels**
287:15
**char**  85:9
**characteristics**
35:21 36:1,2
36:24
**characterizati...**
156:22

**characterize**
153:9 158:7
**characterizing**
229:10 274:3
**charge**  100:4
100:11 102:20
103:5,18
124:24 131:2
131:13 136:4
136:14 140:7,8
145:5,16
158:15,20
214:8,13,14,24
215:8,15
221:23 222:1,7
222:11,13,19
222:21,23
223:2,3,21
272:21
**chargeable**
25:3
**charged**  91:23
92:6 103:10,11
104:1,1 131:10
140:19 153:24
224:23 259:11
260:22,24
262:17
**charger**  100:18
100:24 101:2,8
138:4,18
143:14 215:8
270:11

charging
  136:15 138:19
  140:3 141:23
  142:7 220:9,10
  220:11,12,13
  220:19,20
  221:2,5,25
  222:22 224:11
  224:17,21,24
  266:2 274:20
  278:6
charles  1:5,7
chart  141:22
  213:12,25
charter  204:19
chasing  207:18
cheap  154:16
  155:19 157:22
  281:13
cheaper  157:24
  158:1,2
cheapest
  186:16 187:12
cheaply  157:12
check  168:6
  182:5 188:25
checked  201:5
chemical  18:8
  35:25 36:1
chemistry  36:7
  37:21
chilled  107:16
chip  131:12,13
  131:20 134:19

  137:3 148:6
  166:7 169:9
  171:7,12 172:4
  172:10 193:20
  197:7,7 198:6
  201:1,1,3,4,6
  212:18,21
  215:13,17
  216:25
chips  166:8
  171:12,15
  192:24
choice  274:17
choose  20:10
chose  19:24
  117:8,12
circuit  65:25
  66:1 101:22
  136:5 148:4
  158:15 211:12
  211:23 215:23
  215:25 216:17
  218:24 219:1,8
  237:13
circuits  49:18
  118:12,20
  154:18 155:21
circular  216:18
circumstance
  270:12
circumstances
  139:22 142:1
  214:25

citations  117:7
cited  104:7,21
  104:24 116:16
  116:21 117:4
  255:16
citing  116:19
civ  1:14
claim  285:14
claiming
  244:14
claims  267:10
  267:12
clarify  267:4
class  14:2,4
  34:15 116:3
classes  14:1
classical  237:11
classification
  11:1,24
cleaning
  223:14
clear  120:23
  201:9 290:21
clearer  274:23
clearly  156:15
  180:9 186:19
  190:17,21
  247:7 283:14
click  131:9
clients  14:20
close  127:8
  140:9 223:10
closely  58:21
  82:17

closer  83:13
  232:9 247:6,9
  247:10
closet  239:3,7
  239:15 240:2,7
  240:15 284:9
  285:1 286:5,10
  286:17,25
  287:20,25
  288:9
code  18:18
codes  166:1
  195:5
collect  286:25
collected  19:8
  41:8 49:18
  239:6 286:12
  286:18,21
  287:21
collision  118:10
  188:3,4
color  3:16,17
colorado  189:7
column  105:13
  108:11 256:25
  257:7,8
combination
  99:11
combinations
  229:13
come  60:18,24
  63:14 75:10
  77:7 195:22
  197:4 240:16

[come - computers]    Page 15

251:3,9
**comes**  75:6
  94:13 143:6
  186:25 200:19
  243:20
**comfortable**
  229:10
**coming**  219:8
  243:13 252:25
**comment**
  122:23
**commercial**
  5:18
**commission**
  105:16
**common**  29:2
  45:4,5 51:22
  52:9,15 135:19
  147:14 153:4
  153:10 268:15
**commun**  31:21
**communicate**
  129:1 131:6
  134:15,18
**communicated**
  95:1 202:13
**communicating**
  204:7
**communication**
  129:2,3 130:11
  157:1 195:5
  287:23
**communicati...**
  130:13

**compact**  284:7
  284:21 285:14
  285:22 288:2
  288:11,15,20
  289:17
**companies**
  14:19 15:17
  22:17 27:23,24
  132:4 146:11
  146:21 147:6
  175:21 177:21
  184:23
**company**  15:5
  15:20 16:2,7
  16:11,11 21:5
  21:7 147:20,22
  148:1
**compaq**  283:24
**compare**  93:4
  269:1
**compared**  96:1
**compartment**
  59:16 70:20
  79:19 80:19
  81:1,13,15
  83:4,11,17
  85:8 92:12,15
  97:6 228:25
**complete**  122:8
  122:11 267:5
  284:2 293:8
**completed**
  294:16

**completely**
  83:4 90:11
  97:2,19 139:12
  246:21 263:2
  263:24 272:20
**compliant**  5:9
**complicated**
  166:12 185:23
  202:10
**compliments**
  254:24
**comply**  126:6
**component**
  134:4
**components**
  125:21 147:9
  235:18
**computer**  23:2
  26:11 30:22
  55:23 56:17
  58:22,23 64:12
  64:13 66:13
  73:5 77:19
  79:14 82:24
  83:13,14 84:18
  84:18,20,25
  85:3,5,5,13,20
  128:23,25
  129:9 131:7,7
  131:11 137:2
  144:15 145:3
  145:14 147:9
  170:4 173:24
  174:2 176:21

178:22,22
  179:13 183:9
  183:10 184:4,5
  184:6,6,22
  186:9,14
  191:14,17,19
  192:10 197:3
  198:7,10 199:6
  202:13 208:24
  209:2,5,13,16
  210:24 212:8
  214:23 215:24
  218:10 221:5
  241:8 244:20
  271:17 272:8,9
  272:18,20
  276:13,15
  277:2,3,4
  278:6,15,16,17
  279:6,12,18
  283:2,15,24
  284:8,21 285:3
  285:14,22
  288:2,5,12,15
  288:20 289:17
**computers**
  22:10,13,22
  23:7,7 25:7,25
  26:6 28:8 29:9
  32:2 100:15
  133:11 175:22
  177:20 178:13
  179:14 180:6
  180:21 183:25

185:19,19,20
185:21 187:11
190:3 191:13
202:25 277:11
281:1,15
**concept** 94:21
154:20 157:20
165:13
**concern** 192:17
278:13
**concerned**
11:13 72:20
188:5 226:25
**conclude** 226:3
**conclusion**
60:16,18 63:15
84:16 85:1,16
200:2 228:12
240:16 251:3
252:12,20
280:2 282:15
282:16
**conclusions**
45:22 48:10
60:21 61:7
84:11 114:25
276:3 290:16
**condition**
139:18 225:25
226:23 231:7
254:16 257:11
264:2,7
**conditions**
118:9 120:6

137:15 142:23
263:13 264:5
264:11,17,22
265:1
**conducted** 8:15
57:21
**conduction**
262:12
**conferences**
198:10,24,25
199:3 282:12
282:13
**confident**
235:25
**confidential**
177:3
**confirm** 129:17
**confirmed**
66:18
**confuse** 213:23
**confused** 25:20
272:15
**confusing**
146:6
**confusion** 80:8
**connect** 18:5
216:20
**connected** 38:1
66:2 111:1
135:1,2 136:21
144:14 145:2
145:11,12
211:22 215:14
215:22,25

217:13 218:12
218:25 219:12
219:17,24
222:19 223:24
224:1 271:10
272:2
**connection**
13:4 176:18
222:10,12,14
**connections**
162:7 210:22
217:7,8,8
**connector**
210:15,15
223:24 271:11
272:2,9
**consider** 62:11
62:16 63:19
87:6 112:19
216:8
**consideration**
261:3
**considered**
64:6 68:7,24
165:14 236:10
281:6
**consistent**
35:22 36:4
44:18 81:17
84:19 88:17
111:2 229:16
230:2 285:2
**constant** 250:5
270:24 271:19

**construction**
33:7 34:17,18
34:23
**construed**
210:16
**consultant**
14:22
**consultations**
18:19
**consulting**
14:16,19 15:5
16:10 17:22
21:4,21
**consume** 89:22
**consumed** 85:5
86:2 88:21
89:25 90:11
93:10 97:1,2
97:19
**consumer**
23:13 24:19
105:16,19
159:2,13
178:22
**consuming**
89:23
**consumption**
85:9 88:23
**contact** 18:4
**contacted** 20:4
**contain** 264:4
**contained**
42:21

**[contaminants - correct]**

| | | | |
|---|---|---|---|
| **contaminants** | **converted** 13:7 | 56:4,5,5,8 | 141:1,21 142:2 |
| 113:13 | **cool** 250:18 | 57:18,19,25 | 142:9,13 |
| **contents** 87:16 | 251:5 | 59:16 60:8,9 | 143:11,12,18 |
| 94:23 95:6,10 | **cooled** 251:15 | 60:13,14 62:6 | 145:13,13,18 |
| 125:12 126:19 | **cooling** 122:9 | 62:8 63:7,9,11 | 146:12 147:6,7 |
| 225:9,15 | **cools** 107:12,13 | 64:19 65:14 | 148:8,9 149:4 |
| 226:16 227:10 | **copied** 57:9 | 67:15,16,25 | 149:6,10 150:5 |
| 227:10 239:14 | 210:18 | 68:1,12 72:4 | 150:8,13,23 |
| 249:2,8,12,17 | **copies** 48:19 | 73:11,12,16 | 151:8 152:3 |
| **context** 48:14 | 294:14 | 75:7,8 76:7,14 | 156:13 157:21 |
| 113:17 204:6 | **copper** 231:22 | 79:17,20,21 | 157:23 158:19 |
| 210:20 | 240:10 | 80:6,13 81:8 | 158:24 160:10 |
| **continue** 8:6 | **copy** 291:19 | 82:2 83:1,14 | 161:1,6,10,11 |
| 221:9 | **corporate** 21:9 | 83:15,21 84:6 | 161:19 162:1 |
| **continued** 4:1 | **corporation** | 93:2 97:21,23 | 162:10,13,20 |
| 5:1 6:1 227:10 | 21:12 | 98:13 99:21,22 | 163:14,23 |
| **continues** | **correct** 9:24,25 | 99:25 102:15 | 164:14 166:24 |
| 108:9,20 121:3 | 10:23,24 14:25 | 102:16 103:6,7 | 167:12,21 |
| **contradicted** | 15:1 17:1 20:3 | 106:22 110:6,7 | 168:11 169:13 |
| 289:18 | 20:14,16,17,24 | 110:7,11,15 | 169:15,19 |
| **contrary** 210:7 | 21:3,6,23 25:5 | 111:20 114:8 | 170:18 172:15 |
| **control** 135:3 | 25:8 26:21 | 116:13 117:5,6 | 175:11,14 |
| 222:11 223:25 | 27:20,23 28:8 | 117:20 123:13 | 179:12 181:9 |
| 279:22 280:3 | 32:21 33:2,5 | 124:11 125:9 | 181:10 182:2 |
| **controlled** | 33:16,17 35:9 | 125:10 127:14 | 182:13,24 |
| 136:23 | 38:18 39:1,2 | 127:20 128:4 | 183:15,18,20 |
| **controller** | 39:20,21 40:7 | 130:12,20 | 183:23 184:1 |
| 145:3 223:2 | 40:8,10,11 | 131:21,22,25 | 186:11 187:14 |
| 278:5,18 | 41:5,6,9,10,13 | 132:1,25 | 188:12 197:11 |
| **controls** 278:5 | 41:14,17 42:7 | 135:11 136:23 | 200:11 201:20 |
| **conversation** | 42:11,16 43:25 | 137:16,25 | 201:21 202:7 |
| 287:19 | 44:1,6,7,23,24 | 138:20,21,25 | 210:25,25 |
| **conversations** | 45:14,15,19 | 139:8,19 | 211:13 212:9 |
| 31:16 287:17 | 47:25 49:6 | 140:10,23 | 212:10,23 |

| | | | |
|---|---|---|---|
| 213:5 214:3,10 | **correctly** 24:13 | **counterfeiter** | **crafted** 21:18 |
| 214:11,18,19 | 48:16 59:1,23 | 163:10 201:16 | **cramps** 109:3 |
| 217:23 220:4,8 | 61:25 84:22 | 210:17,18 | **create** 227:21 |
| 221:6,19,20 | 140:17 224:24 | 211:6 271:3 | 253:5 |
| 223:13 224:4,7 | 246:25 274:3 | 273:5 283:5 | **created** 41:16 |
| 224:15,18 | 276:17 280:16 | **counterfeiters** | 92:25 102:6 |
| 225:12,13,17 | 284:3 | 154:16 155:18 | 242:21 |
| 225:21,25 | **correspond** | 157:11 166:19 | **creates** 140:25 |
| 227:7,11,15,16 | 261:12 | 194:9 | **credence** 149:4 |
| 227:22,23 | **corresponding** | **county** 3:14 | **credit** 165:25 |
| 228:2,9,25 | 184:5 | 57:22 | **crush** 118:10 |
| 229:3 233:24 | **corresponds** | **couple** 14:19 | **ct** 41:13,18 |
| 235:13 236:7,8 | 166:13 | 15:8 89:24,25 | **current** 129:5 |
| 237:3 238:9,13 | **cosco** 15:6 | 100:11 101:14 | 136:4 142:7 |
| 242:23,24 | **coughlin** 2:8 | 102:25 106:23 | 218:4,24 |
| 243:4,7 244:16 | **counsel** 294:14 | 115:11 126:1 | **curriculum** |
| 245:24 246:12 | **counted** 10:4 | 141:5 149:24 | 14:6 |
| 247:21 249:14 | 132:11 | 198:12 226:7 | **curser** 208:22 |
| 249:15,19 | **counter** 91:21 | 233:11 240:19 | **customers** |
| 251:11 253:14 | 91:23 92:5,13 | 240:20 | 147:24 |
| 258:9,10 | 93:17,22,23 | **course** 23:6 | **cut** 139:21 |
| 268:12,13,18 | 270:21 | 48:18 | **cutting** 138:4 |
| 269:9 274:1 | **counterfeit** | **courses** 17:18 | **cv** 1:14 8:14 |
| 275:6,24 276:5 | 27:17 30:16 | **court** 1:1,24 | 39:18 |
| 279:7 281:23 | 31:4,9 32:2,8 | 8:13,18 9:5 | **cycled** 256:24 |
| 283:15,18 | 32:12 34:7 | 43:2 109:3 | **cycles** 256:25 |
| 285:24 288:9 | 38:14,22 | 119:13 177:12 | **cylinders** |
| 288:10,13 | 150:12 158:12 | 252:22 291:18 | 258:19 |
| 289:12,13 | 159:9 162:12 | 291:22 | **d** |
| 291:5 293:8 | 163:12 176:4 | **cover** 59:10,11 | |
| **corrected** | 192:9 195:21 | 59:19 82:10 | **d** 3:1 7:1 |
| 205:12 | 201:24 205:23 | **covered** 83:7 | **damage** 36:3 |
| **corrections** | 211:25 224:10 | **covers** 149:23 | 58:24 59:4,9 |
| 293:6 | 266:23 267:24 | 168:16 | 59:11,15,20 |

60:7,11 68:18
70:11,19 71:17
71:18 73:6,23
74:19 75:11
80:18,20 81:2
81:10,14,23
82:22 83:3,11
83:16 84:17
85:19 93:4,5
95:9,25 122:6
123:9 227:6
228:23 229:5,7
244:1 245:19
245:22 246:23
247:1 252:13
253:5,6,11
254:4
**damaged**  36:16
37:22 71:7
72:9 84:4 90:7
225:6,7 229:7
238:24 239:3
246:21
**dangerous**
206:15,16,23
**data**  4:9 124:4
128:12,17,19
128:21,24
129:1,8,16
130:9 169:7
172:2 184:25
212:13 244:21
256:17 257:15
257:21 261:12

261:16 262:2
263:5 264:15
264:23 265:20
265:24 272:17
272:19
**date**  6:10 9:15
40:18 161:3
167:4 179:25
180:24 181:9
188:5,6 189:4
210:4 293:12
295:24
**dated**  169:19
**dates**  210:2
**david**  4:17
**day**  11:12,13
11:16 12:4
241:16 292:18
293:15
**days**  12:25
294:16
**dc**  13:8
**de**  100:10
**deactivate**
277:19
**deactivated**
277:22
**dead**  102:12
103:9,21
256:23
**deal**  115:12
227:21 247:8
**dealing**  280:23

**dealt**  23:20
26:5
**death**  56:7
**debris**  101:25
159:24 239:15
240:2,11
**deceased**  1:6,8
**december**
187:22 188:8,9
190:5
**decided**  132:19
190:24 286:25
**decipher**  199:8
**deciphered**
195:7
**declare**  293:4
**decoding**
200:17
**deemed**  167:21
293:6
**defeat**  192:10
195:2 211:7
270:22,25
278:19 291:4
**defeated**  176:4
192:7 194:8
197:20 199:14
199:18,20,24
280:10,20
281:4,5,10,19
282:2 283:4
290:24,25
291:3

**defeating**  199:4
281:7
**defect**  232:4,8
**defects**  88:8,25
89:12 233:24
**defendant**  4:11
**defendants**
1:12 2:9
**definitely**
219:24
**definition**
173:23
**degree**  257:19
261:7,9 276:3
**degrees**  69:15
71:9,9 73:10
75:24 123:7,9
126:7,10,21
127:7,8 142:6
142:11,16
143:10,10,16
145:4 221:4
234:1,16,18
244:23 250:14
250:16 251:4
251:15 253:17
256:15 257:9,9
257:13,19
259:3 260:5,15
260:16,17
262:9,12
**delay**  130:1
**deliberately**
116:5

demand   151:2
   154:12
demarcation
   242:9,25
department
   15:7 62:21
   78:23
department's
   62:20
depending   19:3
   80:8 133:9
   134:9 189:12
depends   76:9
   76:17 80:2
   90:22 124:18
   125:3 231:7
depicted
   111:18
depicts   79:12
deponent   293:3
   294:13
deposed   270:16
deposing
   294:13
deposition   1:17
   1:21 4:15,17
   5:11 7:8,11,15
   8:9,15 30:10
   51:11 55:3
   98:10 117:4
   144:11 161:5
   161:10 170:21
   210:4 279:3,11
   289:15

depositions
   9:24
deprecated
   165:5 166:25
deprecating
   190:23
describe
   120:16 123:14
   138:10 140:16
   150:10
described
   19:21 81:11
   82:23 94:11,21
   131:24,25
   174:25 176:17
   197:21 199:14
   208:23 246:2
describes   98:23
   213:25
describing   82:1
   93:9 160:14
   164:4 239:15
   246:16
description
   3:12 4:6 5:6
   6:5 52:21 53:6
   56:24 92:23
   120:12 122:15
   123:11 138:24
   180:10 289:11
descriptions
   213:13
design   162:9
   270:16 272:16

designed   33:14
   35:5 136:16
   141:2 144:23
   268:11 269:12
designing
   189:17 190:20
   193:7
designs   148:2
desk   23:15 40:4
   89:19
desktop   23:6
destruction
   122:8,11 226:6
detail   79:6
   124:5 134:24
   149:12 164:24
   180:15 240:23
detailed   180:10
details   251:11
detect   269:13
detected
   156:10
determination
   32:9,17,19
   35:13 36:17
   72:8 175:8
   187:2
determine
   26:13 68:4
   70:10 150:21
   159:2 175:17
   176:22 177:17
   179:20 182:25
   187:4 211:20

   212:12 218:25
   226:19 232:21
   257:2 284:24
determined
   35:5 97:16
   181:8 183:13
   237:19 268:21
   269:5
determines
   218:2
determining
   236:22 274:14
developed
   166:6
device   134:13
   136:22 145:15
   154:14 160:8
   162:3 163:1
   209:2 214:20
   271:3
devices   32:11
   44:6 97:18
   138:2 141:19
   147:12 151:3
   151:13,16,24
   154:13 157:13
   158:22 160:17
   161:16 162:3
   202:13 226:7
   268:22 269:6
diagram
   123:24 124:7
   165:11

**difference**
125:17 140:8
185:12 203:3
231:11 232:21
264:10,12
265:10
**differences**
268:19,23
**different** 5:18
13:2,3 14:19
15:8 25:1
37:23 77:1,2
85:19 90:18
91:9 94:25
101:14 106:11
111:14 123:3
123:12 124:8
133:7 134:21
138:3 145:21
147:22 149:16
150:10 160:16
161:22 162:5,6
162:6 164:10
171:2 175:10
181:23 190:8
191:10 192:25
204:14 206:9
215:17 227:6
231:15,23
233:17,17,18
233:23 236:17
243:18,23
252:1 253:17
259:20,20

260:19 261:17
262:3,13 263:2
263:13,15,16
263:21,24,25
264:1,2,3,6,6
264:22,23
265:1,2 266:3
267:13
**differently**
111:22 232:14
**difficulty**
110:17
**digit** 196:19,20
196:21
**dimension**
242:18
**diminish** 34:11
**dips** 142:10
**direct** 31:21
**direction**
248:13,20
250:3
**directions**
247:20
**directly** 30:18
50:5 134:18
135:3 136:21
144:14 145:3
145:12 223:24
252:7
**disagree**
109:10 124:7
216:1,5

**disappearance**
284:2
**discharge**
118:13,21
122:12 136:3
136:13
**discharging**
224:1
**discoloration**
243:1
**disconnect**
138:18
**discontinue**
145:5,16
221:25
**discount** 154:8
**discovered**
188:4
**discovery**
53:16 266:19
**discuss** 61:3
144:2
**discussed** 31:7
31:12,13 34:10
210:20 227:5
**discusses**
290:18
**discussing**
27:10 85:6
88:13,15 89:20
97:9 110:21
164:8 271:12
**discussion**
54:17 68:14

100:12 204:14
235:2 287:7
**discussions**
39:24 282:13
**display** 23:2
247:6,13
**displays** 23:1
**disrupt** 43:21
**dissipate** 110:6
**dissipated**
107:4 109:8
**distant** 115:21
**distinction**
269:4
**distributes**
148:22
**district** 1:1,2
8:13,13
**diverted** 24:25
**document**
53:10 58:8
127:13 129:8
130:3 144:18
161:3 163:17
164:11 167:4
168:21 169:18
171:9,25
172:13 180:3,5
190:10,19
191:9,11,22
192:2 207:20
215:3
**documentation**
178:10

**documented**
   179:25 180:20
   239:19
**documents**   6:8
   9:11 50:20,22
   50:24 51:1
   53:14,17 117:1
   135:10
**doing**   11:7 12:9
   12:15,22 13:20
   14:14,16 22:16
   22:18,20 23:4
   23:5,6 26:20
   28:19,22 29:3
   46:18 52:4
   59:24 72:14
   94:17 115:3
   140:14 154:1,4
   170:5 181:14
   189:13,13,20
   190:18 191:3
   193:19 197:13
   198:12 206:7,8
   211:1 218:7
   234:3,7 237:15
   243:21 263:10
   263:12 264:7
   264:19 274:5
   277:3
**don**   167:23
   173:16 175:13
   191:21 192:14
   194:17 195:24
   207:14 212:3

   226:2 258:24
   261:22 273:9
   276:25 287:13
   291:12
**donald**   1:21 3:4
   3:13 8:10 9:1,7
   119:11 135:8
   156:12 293:2,4
   293:12 294:5
   295:2,24
**double**   139:20
   139:21
**downloaded**
   171:6
**downward**
   77:10
**dozen**   24:22
**dr**   36:10,18
   37:8,24 98:11
   98:23 116:12
   116:15 117:3
   199:19,22
   204:13 215:20
   255:8,16
   269:10 270:8
   272:16
**drip**   251:25
**dripping**   69:5
   253:13 254:9
   254:13
**drips**   250:24
**drive**   9:9
**driven**   151:1

**due**   110:9,22
**duly**   9:2 292:8
**duplicated**
   198:1
**dv6-3210us**
   267:6
**dvd**   151:4

**e**

**e**   1:5,7 2:1,1 3:1
   7:1,1 31:19
   50:22 292:1,1
   295:3,3,3
**earlier**   13:5
   144:11 164:2
   188:6
**early**   23:3
   48:22 57:23
   58:4 72:24
   87:4 232:5,9
   286:8
**easier**   10:10
   147:24
**easiest**   162:11
**easily**   199:13
   199:18 210:24
**easy**   270:22
   271:16
**eat**   143:23
**eavesdrop**
   197:15
**eavesdropper**
   197:3

**eavesdropping**
   195:3 197:13
**ebay**   179:22,23
**economist**
   158:3
**edge**   76:2 83:13
**edges**   74:9
   247:5
**educate**   115:4
**edwards**   58:15
**effect**   7:14
   78:10,21
**effects**   68:7,25
**efficient**   258:20
**effort**   186:13
**efforts**   68:4
**eight**   97:12
   259:11 275:23
**either**   32:25
   53:15 61:15
   101:16 121:7
   124:6 160:6,19
   176:2 178:8
   179:22 181:6
   185:5 186:3
   205:2 259:25
   281:17
**eject**   225:19,23
**ejected**   95:6
   225:14,18
   227:9
**ejecting**   94:23
**ejection**   70:24
   87:16 95:9

elbow  57:10
electric  13:1
  66:24 204:21
electrical  12:12
  12:13,14,17,20
  13:12,21 14:25
  15:7,12 16:14
  16:24 17:4,17
  17:24 18:15,17
  18:21,24 19:9
  19:16 20:10
  21:2,22 22:12
  36:22 37:16,19
  37:25 49:17
  62:24 63:4,4
  66:9 90:5,6,7
  118:11 122:21
  158:13 174:22
  204:25 210:14
  211:16 237:13
  239:11 284:17
electrodes
  120:10
electrolyte
  120:8,8
electron  11:9
  12:1
electronic
  134:3 204:25
electronics
  147:14
else's  64:8,18
  142:24

embodied
  36:24 49:8
employed
  211:6
employee  11:11
  11:17 12:4,6
  13:5 14:11,22
  30:19 207:22
employees
  21:14
employing
  271:3
employment
  14:12 15:2
empty  225:15
enable  152:22
enabled  32:12
enclosed  258:8
encountered
  147:11 156:20
  157:8 159:9
encountering
  157:3
encrypted
  194:22 195:10
  196:5 200:4
encryption
  166:11 193:13
  193:14 194:24
  196:6 199:7
  202:17
ends  226:22
energetic  99:1
  99:1,5,7,9,11

  99:14,15,20
  102:4
energized
  100:10
energy  12:12
  13:3 99:12,14
  99:24 100:2,8
  102:6,7,10
  122:13
engineer  10:22
  11:1,6,23
  12:13,14 13:21
  18:9 90:5,6
  122:22 193:18
  195:3,20
  202:12 211:2
  252:3 264:25
engineered
  210:24
engineering
  12:20 14:25
  15:7 21:2,22
  22:12 37:17,20
  174:23 252:5
  276:3
engineers
  15:25 63:4
  87:8 204:25
  263:11 271:13
  271:21
enormous
  202:11
entire  16:2 89:1
  93:22 241:21

entirety  16:1
entities  167:6
entitled  98:16
  164:12 213:12
  214:7
entity  21:9,10
  204:16 205:25
equal  218:3
equipment
  13:19,23 15:12
  62:24 90:7
  154:19 155:22
  190:20 252:18
  252:25 253:3
equipped
  169:10
equivalent
  244:1
era  152:12
  179:9
errata  294:11
  294:13,16
error  143:13
errors  233:11
esm  11:25
especially
  259:23
esq  2:6,6,7,10
  294:1
essentially
  101:20 102:12
  210:19
established
  235:11 237:5

**[established - experience]**                                    Page 24

268:14 281:14
283:10
**estate**  1:5,7
**estimate**  24:7
24:12 25:23
**estimated**
265:7
**estimation**  24:8
**et**  8:11 255:9
**ethically**  206:7
**eva**  8:19 10:10
292:3,23
**evaluate**  19:25
20:13 71:22,24
72:2 211:11,15
**evaluated**  20:1
**evaluation**
72:12,24
**evening**  58:4
**event**  41:3 55:9
143:7 150:2
209:14 228:5
230:12 235:25
**events**  289:12
289:19
**eventually**  63:2
101:25 218:5
**everybody**  8:1
46:8 64:8,17
78:24 286:1
**everyone's**  74:5
**evidence**  40:13
56:10,19 58:3
74:8 79:1

84:25 88:19
176:11 201:23
202:1 239:6
240:8 280:18
284:16 285:1
286:1,10,24
289:18
**evolving**  85:10
**ex**  15:6
**exact**  49:25
171:7 266:13
**exactly**  24:9
51:2 81:17
93:12 124:21
125:1,6 181:2
189:1 215:18
234:25 261:14
**exam**  41:19
48:23 49:12
240:8 286:9,16
286:22,23
287:1
**examination**
3:3 9:16 40:13
41:4,7 51:14
51:15 72:19
290:10 292:7,9
**examine**  42:6
285:19
**examined**  9:3
19:6 42:14
43:9
**example**  94:6
129:4 136:12

197:12 206:12
239:2 273:5
**examples**  275:2
**exams**  19:8,13
51:17
**exceed**  152:6
**exceeded**  145:4
**except**  7:19
10:24 111:3
154:6
**excess**  69:15
75:24 126:21
246:1,9
**excuse**  185:19
257:8
**exhibit**  3:12 4:6
5:6 9:12,13
40:2,6 50:18
52:23 57:4,8
57:11,15 67:20
79:8 81:6,21
82:2 84:8,14
98:10 104:6
114:18 118:4
127:12 129:15
130:18 135:23
140:2 144:9,19
145:20 146:2,3
146:5 148:11
160:15 168:2
171:22 172:9
172:18 194:5
212:17 213:2
213:12,16,23

254:20 275:18
**exhibited**  232:8
**exhibits**  3:9 4:3
5:3
**exist**  138:11
234:6
**exothermic**
107:3 109:7,24
110:10,19,20
110:24 111:10
111:23 112:5
112:19 113:11
113:16 114:5
120:7,18,25
**expand**  37:22
**expands**  36:3
**expect**  68:17
85:19 88:5,9
89:1 90:11
264:23 266:1
270:9
**expected**  60:7
85:4 100:10
178:24 186:14
**expecting**
186:10
**expel**  225:9
249:8
**expelled**  248:2
250:2
**expels**  250:17
**experience**
16:16 22:12
39:13,13 62:23

85:18,23 86:6
90:4 96:13
102:24,25
159:7 174:20
228:15 229:12
237:15 248:16
252:17,19,24
253:3 280:25
**experienced**
52:5 76:13
228:22
**experiment**
185:18 251:19
259:20,21
262:25 263:1
263:11,13,14
264:22 265:1
277:4
**experimental**
3:19
**experimented**
251:20
**experimenting**
13:2 86:25
**experiments**
13:10,16 39:15
39:17 198:4
263:15 264:11
**expert**  1:21
3:13,18 5:13
36:20,21 77:24
78:4 122:22
123:20,21
174:21,23

175:24 178:17
184:22 185:3
199:19 237:6,8
**expertise**  77:4
77:5 244:14
245:21
**experts**  105:2
248:10 264:4
276:10,22
277:16 279:17
**expires**  151:16
**explain**  12:23
31:14 54:12
252:11 256:12
260:14,17
**explains**  283:24
**exploded**
225:11 227:9
249:1,13,22
285:9
**exploding**
251:20
**explore**  184:2
**explosion**  87:15
87:19 88:2
114:11 226:12
249:9,11 250:1
285:3
**explosions**  5:17
**exponent**  15:23
22:1 36:11
65:3
**expose**  165:8

**exposed**  76:24
83:4 101:6
143:2 249:7
260:25 262:20
**exposure**  68:8
69:22 250:5
**extend**  152:23
**extent**  60:7
**exterior**  220:15
220:16
**external**  5:17
93:1 96:15
101:6 112:23
113:14 118:12
124:10,15
125:9,13
220:21 236:24
237:2,20 238:5
255:10,13
260:25 261:19
262:4
**extinguisher**
55:24
**extra**  153:17,23
271:23
**ez**  13:12,12

**f**

**f**  2:6 7:1 292:1
**facility**  11:3,9
16:4
**facing**  93:17
**fact**  73:8 78:19
154:13 156:7

159:17 184:10
202:21 245:11
280:13
**factor**  67:14
**factors**  151:2
**faculty**  14:7
**fail**  17:17 98:25
234:19
**failed**  101:21
**fails**  294:18
**failsafe**  139:10
139:16
**failure**  15:21
15:21 16:3,11
98:16,20 99:7
99:11 102:3
107:1 108:5
109:19 110:13
111:4,9 112:8
114:24 115:4
116:7 118:8,19
118:20 119:1
231:18 232:10
**failures**  16:14
99:5,20 107:20
111:23 113:6
118:1
**fair**  36:19 53:5
245:23,24
264:19 266:5,7
**fairly**  27:7
185:23
**faked**  219:19

**familiar** 22:6
60:3 87:12,15
98:12 99:10
105:4 128:16
132:18 149:17
154:20 162:22
164:18,20,21
164:25 229:18
265:5 277:25
**familiarity**
127:14 147:5
**far** 11:12,24
12:16 44:9
65:2 83:20
189:11 216:15
217:9 219:5
242:16 243:1
246:9 267:9
**faraci** 2:4
**fashion** 34:21
186:5 219:19
278:18
**fast** 109:2
228:13
**faster** 261:4
**favor** 173:10
190:5
**feasible** 270:16
**feature** 34:17
34:19 35:14
**features** 33:7,7
33:13 34:1,10
34:23 35:5,24
36:12 37:14

38:6,15,23
97:8 155:1
156:10 157:6
157:24 211:23
224:11
**february** 41:9
50:23
**federal** 2:9
66:23 166:2
**feet** 92:4
243:12,13
245:9,10
**felt** 67:13
287:16
**fet** 138:15,19
138:19 139:17
141:14 142:8
214:13,14,24
215:8,15,24
222:1,13,19,21
222:23 223:2,3
223:21,22
**fi** 58:23 81:23
**field** 47:2 149:3
**fifth** 257:8
**fight** 55:25
56:1,14
**figure** 69:4
119:19 121:23
123:2 124:3,3
163:11 166:18
195:21 197:14
198:14 219:16
223:9,13 254:2

**figured** 277:19
282:17
**filed** 8:12
**files** 41:18
269:1
**filing** 7:7
**final** 47:21
**finally** 172:17
283:21
**financial** 167:6
**find** 46:17,20
56:10,19,23
63:2 84:10
85:15,19
104:17 105:6
172:1,13
184:10 190:8
194:10 208:16
210:6 239:5,7
253:24 256:17
269:22 281:20
284:19 286:2,6
286:20 287:25
288:1,17
289:18
**finding** 60:25
157:4,5 173:14
**findings** 38:8
45:21
**fine** 25:1 34:6
67:18 140:14
168:19 178:2
181:14 191:7
258:2,2

**finish** 10:8
126:16 200:9
265:22 268:4
273:22
**fire** 3:14,14
16:16,19,20,24
16:25 17:14,23
18:1,4,5,7,10
18:20,25 19:23
20:9,11,18,19
20:22 22:20
24:18 27:3
29:22 37:2,3
41:8 42:1,4,5,6
43:24 44:2,23
45:9,13 47:20
48:11,13,20,23
51:20,22 52:5
52:10,10,16,21
53:11 54:1,4,5
54:10,12,20
55:1,4,24,25
56:1,15 57:4
57:22,22,23
58:2,4,5,14
59:3,20 60:4
60:12,21 61:23
62:3,20,21,21
63:19 64:1,11
64:18,19,20,22
64:23,24 65:1
65:4,13,17
67:23 68:5
72:3 74:4,18

**[fire - format]** Page 27

75:6 77:4 78:4
78:23 81:11,16
81:21 82:23
84:19 85:4,10
85:12,18,20
86:1,2,3,8,10
86:12,13 88:9
88:16,17,22
89:14,16,22
90:7,8,9,9,12
90:13,25 91:7
91:11,11,14,15
91:18,19,25
92:2,3,4,6,13
93:17 94:14,18
96:11 97:4,19
105:17,23
114:11 127:1
161:13 177:14
204:19,21,21
204:23 212:9
214:23 215:7
215:24 218:11
224:17 237:6,7
237:10,11,20
237:25 238:5,6
238:11,12,25
239:10,18
240:17 242:20
244:6,8 252:18
252:19,25
253:1,4 259:10
259:18,19
260:23 261:1

261:10,15
262:18 267:10
267:11 276:16
280:15,22
282:2 284:2,10
284:22 285:15
285:22 287:8,9
287:10 288:15
288:21 289:9
**fires** 16:18 17:5
17:17,25 18:21
19:16 23:20,21
23:23 24:3,15
25:10,11 26:12
29:4 30:16
31:9 32:1
62:23 85:24
94:19,25 156:9
205:22 206:19
266:15,22
267:10,11
**first** 9:2 17:11
17:20 29:19,21
38:13 39:7
40:9,12 46:25
52:20,23,25
53:18 54:16
55:18 56:2,9
56:11,24 57:8
58:11 104:18
104:19 105:12
105:13 109:5
117:1,24
121:18 128:9

130:24 137:18
144:1 152:21
165:4 166:14
169:19 173:22
196:1 197:2
200:5 207:3
208:3 209:3,3
222:2,5 230:21
245:16 253:10
258:8 271:2
276:7 284:6
**fit** 12:21 40:4
**five** 15:8 31:6
79:8 87:4
105:20 106:18
150:3 267:18
**fix** 191:7
206:16,17
**fixed** 274:18
**flame** 248:12
**flammable**
87:12,21 88:20
89:18 108:25
113:24 114:10
**flat** 68:16 91:21
91:24
**flip** 98:19
142:11
**flipping** 194:16
**floor** 249:4
**flying** 252:2
**focus** 109:15
282:5

**focusing** 121:6
**foil** 250:2,17
251:21
**foils** 101:20
110:25 111:9
233:4
**follow** 291:21
**following** 43:1
108:10 136:1
**follows** 9:4
122:13
**fool** 271:4,17
273:2
**fooled** 272:24
**foot** 168:12
**force** 7:13
227:25
**foregoing**
293:5
**foreseeable**
152:5,11
**forever** 139:24
**forget** 170:25
181:17
**forgot** 82:19
239:25 266:13
**form** 3:15 7:19
13:8 73:18,22
151:2 162:4
210:14,21
**formal** 16:19
17:10,16 21:7
**format** 210:14

**[formed - galler]** Page 28

**formed** 231:3
**forms** 13:11
**formulate** 251:10
**formulated** 73:25
**forth** 33:20 232:1 292:8
**found** 27:11 29:22 38:5,13 38:16,17,21 40:15 46:3 59:4 62:22 65:16,19 66:10 66:11 68:18 129:25 165:6 166:2 187:13 190:10 225:15 225:24 239:1 239:10,14,17 249:14,18 261:16 268:10 285:2,8 288:3 288:5
**four** 15:7,24 58:2,6,7 66:14 66:16 178:6 196:19 216:25 217:6,7,8 225:5 226:24 228:4 235:11 236:1
**fourth** 174:12 257:7

**fraction** 93:24
**frame** 23:4
**free** 257:24
**frequently** 13:16 27:11 36:8 45:4,5 48:23 62:22 152:7 241:19 242:1
**front** 69:5 171:9
**frt** 40:13 41:4 41:11 42:14 43:8 44:4 51:14 64:24 65:13 72:1,2 211:13 226:19 239:18
**fuel** 130:20,24 131:12,13 132:4,9,19 133:16 134:19 135:1 136:23 137:1,1,3,9,14 138:17,25 140:6 141:2,13 142:1 145:2,11 145:15,21 146:10,14,21 146:21 147:9 147:12 158:21 167:18 168:3 169:10,23 170:15 171:21

172:10,10,22 173:6 183:25 194:1 197:7,7 198:6 201:1,1 201:3,4,5 203:19 211:21 211:21 212:9 212:11,21 213:3,8 214:1 214:21 215:6 216:25 218:9 218:24 221:24 222:10,11,13 223:1 248:1
**full** 11:17 173:15
**function** 136:21 137:1 219:2 227:19
**functional** 277:23
**functionality** 141:3 151:1 172:14 213:7 214:2
**functions** 131:5 131:15,16,23 135:22 136:1,9 185:23 209:15 216:11,12 268:11
**fundamental** 134:3

**funny** 36:12 246:7
**furnace** 239:2 240:16,17 241:1,3
**furniture** 78:10 78:11
**further** 7:18 56:6 92:8 107:6 186:5 224:3 291:11 292:12
**fuse** 137:24 139:7,9,11 141:15,16 221:25 222:2,4 222:5

**g**

**g** 2:6 177:7,7
**galler** 1:21 3:4 3:13 8:10 9:1,7 9:18 10:21 26:21 39:12 40:2 43:22 50:18 67:4 70:5,19 82:20 96:18 98:8 120:2 169:9 174:14 175:5 188:25 192:8 235:9 275:17 289:8 290:12 291:8 293:2,4

293:12 294:5
295:2,24
**gas** 5:9,17
74:25 75:4
77:10 226:10
226:11 248:18
248:24 283:13
**gases** 3:20
70:24 87:12,20
108:25 113:24
114:10 247:17
248:12,12
249:7
**gauge** 5:9
130:24 131:12
131:13 133:16
134:19 135:1
136:23 137:1,3
137:9,14
138:17 139:1
140:7 141:2,13
142:1 145:2,12
145:15 158:21
167:18 169:10
169:23 170:15
171:21 172:10
172:11,22
197:7,7 198:6
201:1,1,3,4,6
211:21,21
212:9,11,21
213:3,8 214:1
214:21 215:6
216:25 218:9

218:24 221:24
222:10,11,13
223:2
**gauges** 130:20
132:4,9,19
145:21 146:10
146:14,21,22
147:9,13 168:3
173:6 183:25
194:1 203:19
283:13
**gee** 36:11
**general** 34:20
105:22 122:19
128:9 157:20
271:12
**generalities**
63:6,10
**generalization**
167:25
**generally** 32:24
33:22,24 67:16
73:14 90:20,21
135:6,7 149:17
154:23 155:11
156:1 157:19
157:21,23
162:24 216:7
282:7 290:18
**generate** 13:3
99:12 101:21
196:17 200:20
201:19 250:1

**generated**
69:25 70:12
107:2 110:19
111:1,24
**generates**
107:16 110:5,5
121:4 196:8
200:10
**generating**
101:22
**geometry** 77:22
**getting** 19:7
37:10 99:13,18
108:19,20
127:8 147:25
182:20 198:8
220:21 233:20
241:15 269:1
274:21 278:4
**give** 22:11
23:24 29:10
48:14 86:9
92:23 103:1
154:8 178:2
196:18,20,21
288:24
**given** 20:5
69:20,20 124:9
125:7 126:25
149:4 292:10
293:9
**gives** 196:20
**giving** 190:17
206:13 275:2

**glad** 181:14
**glass** 71:8
**glow** 55:22
56:17
**go** 8:7 12:5
26:15 32:23
33:18 36:13
37:5 44:15
51:15,16 56:6
63:17 67:19
70:4,5 71:5,8
71:13 78:20,22
87:9,13 88:3
90:22,24 91:7
97:25 99:8
100:23 101:7
102:13 104:17
110:9 116:2,18
119:18 124:24
125:13,22
126:8,11,20
127:9 130:2
138:9 142:22
144:1 164:1
190:15,20
193:8,19 194:4
197:14 198:10
203:13 205:9
206:15 216:19
217:18 224:5
224:12 225:8
226:4,5 227:3
227:14 230:24
231:25 234:23

236:14 237:9
237:16 249:5
256:11 257:10
257:20,25
261:3 262:12
262:15 263:22
286:22 290:2,3
**goes**  11:24
48:13 69:25
70:20 91:11,12
92:9 103:4
123:3,5,7
137:10,23
139:3 201:2
226:9 227:20
228:17 247:15
248:19,21,22
248:24 259:13
**going**  8:2 9:20
17:12 26:3
27:16 32:23
33:9,15,20
35:14 40:4
47:14 50:12
51:5 71:9 79:5
82:20 87:9,9
89:6,7 94:22
98:4 103:5,25
115:15 119:23
139:11 140:7
144:4 148:5
153:13 188:16
188:21 193:13
195:15 197:14

202:8,12,12
206:17 208:17
211:5 215:18
218:12 219:9
220:7 227:21
228:4,6,8,13,14
229:5 230:22
232:9 235:5,22
236:17 247:9
250:11,18
251:5,10
254:21 259:15
259:16 261:13
261:14 262:15
264:1,10
265:25 267:3
270:4 275:12
290:6 291:24
**good**  8:1 9:18
22:23 24:7
25:17 53:2
60:1 71:15
92:23 104:4
167:24
**gorbett**  6:7
20:19 42:2,4
42:10 43:23
44:2,20,22
45:2,8,12,18,21
45:25 46:6,13
46:17,20 47:11
47:20 49:1,23
50:5 51:15
52:4 60:24

66:3 94:16
238:11 240:3
241:17,22
244:9 286:4,14
287:3
**gorbett's**  43:12
44:10 48:9,19
61:6 65:10
**gotten**  47:5
49:3 185:1
278:8,24
**government**
15:11 105:25
165:5,25 166:2
166:4 167:7
187:19,21
188:4 190:24
**governs**  129:2
**grad**  12:15
15:4
**graduate**  14:4
**graph**  123:19
**graphite**  5:18
**great**  14:9
121:9 164:24
227:21
**greater**  142:5,6
142:16
**greg**  20:18 42:1
42:4 44:10
46:7 65:9
94:16
**grilling**  174:24

**ground**  10:6
242:2
**groups**  190:6
**grown**  151:4
**guarantee**
198:17
**guess**  15:11
23:18 24:20
30:4 36:1,21
53:19 83:20
91:10 92:17
107:13 109:22
120:15 148:2
153:1 185:7
192:22 197:12
223:18 242:2
268:3 278:9,13
**guy**  96:9
**guy's**  134:6
**guys**  286:10

**h**

**h**  2:10 134:7
295:3
**habit**  100:1
**hacker**  201:13
279:13,17
**hackers**  165:16
165:21,22
188:3 198:9,19
199:4 202:9,11
202:16 278:8
**hacking**  198:5
278:3

**half** 12:6 34:14
35:8,12 38:5
93:18
**hand** 80:1,4,5
80:12,14,17
237:12 292:18
**handled** 23:2,8
**hands** 109:3
**hang** 104:12
129:20
**hanging** 92:12
93:16
**happen** 18:3
139:5,6 153:10
166:22 228:8
228:13,14
263:20 266:1
**happened**
15:23 20:15
67:2 97:3
166:23 176:17
221:8 226:13
228:6 230:8
236:5 250:3
260:6 265:6,11
265:11 287:23
289:10
**happening**
137:4
**happens** 31:15
37:4 102:6
230:19 234:25
264:25

**hard** 27:21
39:6 159:4
235:17
**harder** 166:18
201:10 211:2
283:7 291:2,4
291:4
**hash** 165:9
**hazard** 205:11
**health** 105:14
106:6
**healthy** 232:11
232:14
**hear** 119:13,15
192:13
**heard** 230:18
**heat** 64:13 68:8
68:25 69:17,21
70:12,17 71:1
71:3,4,14 72:6
74:8,18,24
75:9,15,16,17
75:23,23,25
76:1,6,7,14,18
77:25 78:10,22
89:10 93:1
101:7,22 107:2
107:4,15,15,16
109:1,8 110:2
110:5,5,19
111:1 113:24
121:4 125:9
126:4,6 142:20
220:15,16,21

227:22,24
228:17,18
230:22 236:6
236:15,24
237:2 239:3
242:22 243:13
244:1 245:1,6
246:14,15
247:5 250:1,5
250:23 251:24
252:6 257:4
258:17,20
259:14,16
260:25 262:20
263:23
**heated** 92:14
250:7,12,13
251:14 259:2
260:5,24
**heating** 5:17
96:16 101:23
113:14 124:10
124:15 125:13
126:3 142:20
255:10,14
**heats** 233:3
**height** 243:19
**held** 1:23
100:12 235:2
**help** 12:16
13:14,19 218:4
256:2,12
**helped** 15:10

**helpful** 12:13
**helping** 13:24
**helps** 36:23
**hereinbefore**
292:8
**hereto** 293:7
**hereunto**
292:17
**herring** 192:19
**hesitant** 231:3
**hesitating**
138:7
**hewlett** 22:16
177:9
**hey** 147:24
156:25 193:19
**high** 15:12
78:23 79:3
145:17 198:19
214:16,18
217:3,4 220:12
220:18 245:9
245:10 247:4
257:1
**higher** 76:6,14
140:20 143:2
218:4 254:12
262:21
**highly** 102:13
108:25 113:23
**hire** 27:23
**hired** 14:18
18:24 19:4
42:6 45:12

238:12 287:9
**hires** 52:10
**hit** 251:22
**hitting** 79:2
  250:22
**hold** 143:20
  208:11 271:25
**holding** 80:2
**hole** 71:6,14
  73:4 82:24
  111:8
**holes** 216:18
  248:18,20
**hollowell** 1:6,6
  1:8 56:7
**homeowner**
  20:6
**hooked** 100:18
  100:23 101:2
  102:14 134:17
  134:19
**hopefully** 39:23
**horizontal**
  248:24
**horizontally**
  248:23 249:1
**horn** 36:10
  37:8,24
**horn's** 36:18
**hose** 223:17
**hot** 70:24 74:25
  75:4 76:9 77:2
  77:10 78:6,12
  86:9 87:5,20

92:14 94:23
95:6 99:13,15
107:17 110:25
124:23 243:8
243:10,17
245:4 247:17
248:12 251:16
252:1,6,12
253:5 259:17
**hotter** 108:19
  108:21 247:9
  247:10
**hour** 10:14
  257:19 263:23
**hours** 57:23
  58:5 259:11
  262:18
**house** 58:4
  237:25 263:2
  265:6 279:18
**hp** 1:11 4:11
  8:11 20:18
  23:5,6,16,20
  24:2,14 25:7
  25:12 26:11,16
  26:19,20 27:4
  27:9,10,11,11
  27:15,19,22
  28:2,5,7,16,20
  28:22 29:8,14
  29:15,21 30:15
  30:19,23 31:4
  31:8 32:2,11
  32:20,22,24

33:8,12 34:20
34:22,24 36:25
37:14 38:7,7
38:16,21 41:12
42:6 43:24
44:19 45:12
50:6 51:20,25
52:9 58:21
59:8 61:23
63:20 65:1,4
65:17 94:1,2,4
94:4,17 96:23
127:21,24
128:6 132:2,18
133:12 135:19
140:18 142:24
143:8,13
144:13 145:19
145:23 146:14
146:20,25
147:3,12 154:5
154:6 156:9,16
156:19,22,25
158:6 159:10
159:11,14,19
160:1 161:24
167:11 168:4
169:23 170:15
172:22 182:12
182:14 193:18
204:12 205:19
205:21 206:22
207:3,22 208:4
209:2,4,12,21

209:22 210:8
212:22 214:14
216:9 238:12
266:19 267:1,7
267:12 269:11
271:17 272:6
276:20 277:11
277:17 278:22
281:25 283:14
285:8 287:9
293:1 294:4
295:1
**hp's** 31:16
  147:2 158:7
**hpi** 276:14
**huge** 154:15
  155:18
**huh** 84:13
  279:4
**hundred**
  250:14
**hungry** 143:24
**hypothesis**
  60:20 61:23
  62:2 63:13
  65:15,18,20,21
  67:24 68:6
  73:17,18,22,25
  75:12 237:2
  238:4 242:19
  246:14
**hypothesized**
  86:1 89:17
  90:8

| i | imbedded | incidents | 21:20 123:25 |
|---|----------|-----------|--------------|
| **iaai** 5:15 | 278:5,18 | 105:18,24 | 124:4 145:1,15 |
| **ic** 5:9 | **immediately** | 112:8 | 271:25 |
| **idea** 22:11 | 189:15 263:19 | **include** 25:24 | **index** 4:1 5:1 |
| 200:25 219:22 | **impact** 92:14 | **included** 53:15 | 6:1 |
| 263:12 282:16 | **impacted** | 171:17 | **indicate** 173:4 |
| **identical** 172:1 | 220:21 232:9 | **including** 41:12 | 181:8 194:7 |
| 172:2 265:25 | **impacts** 250:8 | 282:6 | 245:18 263:6 |
| **identification** | 250:10 251:17 | **incoming** | **indicated** 77:3 |
| 9:14 164:5 | **implementati...** | 222:20 | 121:23 178:11 |
| **identified** | 163:21 164:13 | **inconsistency** | 179:11 266:14 |
| 105:17 285:8 | **implemented** | 59:20 | 276:1 |
| **identify** 209:22 | 169:25 175:18 | **inconsistent** | **indicates** 58:1 |
| **ieee** 204:24 | 270:17 | 56:10,20,24 | 68:7 122:2,4 |
| **ignited** 248:1 | **implementing** | 60:12 85:12 | 122:10 142:4 |
| **ignites** 92:7 | 173:25 | 87:21 | 169:8 172:22 |
| **ignition** 85:2,2 | **imply** 231:4 | **incorporate** | 173:18 188:8 |
| 114:10 237:20 | **implying** | 231:18 | 191:11 |
| 238:19,22 | 284:20 | **incorporated** | **indicating** |
| 242:20 | **importance** | 15:6 147:23 | 119:21 |
| **ii** 122:4 | 206:14 | 165:13 169:12 | **indication** |
| **iii** 122:10 | **important** 10:7 | **incorrect** 185:3 | 146:7 183:9 |
| **images** 41:15 | 67:14 157:6 | 188:12 | 184:11 185:22 |
| 242:1,4 | 220:1 | **increase** 107:5 | 185:25 |
| **imagine** 232:6 | **impossible** | 108:20 | **indicative** |
| 232:17 246:22 | 159:1 | **increased** | 229:4 |
| **imaging** 44:6 | **improper** | 221:17 | **indicators** |
| **imbalance** | 214:17 | **increases** 107:6 | 224:23 |
| 33:15 136:5,16 | **inc.'s** 4:11 | **increasingly** | **individual** |
| 137:2 140:3 | **inch** 251:4,9,9 | 190:2 | 131:17 258:11 |
| 141:12,20 | **inches** 148:4 | **indecipherable** | **individually** |
| 214:17 | 251:15 254:7 | 126:2 164:6 | 1:4 21:8 |
| | **incident** 79:14 | **independent** | **induce** 124:23 |
| | | 14:16,22 21:4 | 228:19 229:25 |

231:6,11
234:12
**induced** 220:14
**inducing**
229:20
**induction**
227:25
**industry** 15:11
128:23,24
130:10 148:8
155:5,7 156:2
170:12 173:8
173:23 175:8
176:12 177:18
178:22 193:13
**inexpensive**
177:23
**infer** 146:25
**inform** 38:7
**information**
6:6 47:11
49:11 67:8
134:15 144:22
166:1 185:17
210:6 215:21
244:16 266:18
274:13
**informed** 253:4
**informs** 209:24
**infrared** 75:17
79:2 243:17,18
245:9
**infrastructure**
191:2

**initial** 19:22
112:16,17,18
113:18
**initiates** 110:20
**initiating** 228:5
**injection**
244:24
**ink** 23:14
**inoperable**
139:11,12
**input** 45:2
166:17
**inside** 97:17
107:3 109:7,24
110:4,10
111:18,24
112:5,20 113:8
113:16 147:12
231:20 236:5
239:15
**inspect** 211:18
226:18 235:18
**inspection**
215:21
**install** 270:23
**installed**
209:15,22
210:8 211:21
276:13 280:12
280:21 282:1
283:2
**installing**
270:23

**instance** 91:16
91:17 134:14
141:17 142:4
182:10 214:16
**instances** 91:17
**instantly**
228:20
**institute** 160:6
189:5 204:25
207:3
**instituted**
208:5 211:25
**instructed**
239:12 255:19
**instrument**
213:7
**instruments**
132:9 145:22
146:10,13,21
147:8,12,19,21
147:22 148:7
148:13,21
150:10 154:10
155:8,16 160:3
160:14 161:21
162:17 169:22
170:14 173:6
192:24 212:21
283:12
**insulating**
231:19 232:3
**insulation**
259:12,13

**insult** 241:14
**insurance**
15:17
**intact** 89:24
**integrated**
151:1
**intellectual**
22:21
**intended** 32:11
34:11 37:14
136:10 144:13
144:22 211:24
214:1,2
**intent** 181:3
**interact** 128:25
**interacted** 31:2
**interested**
109:18 117:13
165:17 288:6
292:15
**interesting**
115:25
**intermediate**
88:14 217:19
**internal** 107:14
118:12 125:12
125:15,21
126:19 145:3
225:20,23
235:18 236:23
239:13 240:10
**internet** 181:24
**interphase**
120:9

interpret
111:21,22
245:9 257:21
263:18 274:18
279:12
interpreted
214:5 274:10
interpreting
256:9
interrogated
131:11
interrogatories
4:11 144:20
interrogatory
144:19,21
introduction
105:8 118:5
investigate
45:13 184:14
218:23 238:12
287:9
investigated
25:10,12 26:12
29:8,21 32:1
66:1 177:18
267:12 269:7
investigates
51:20
investigating
18:18 22:20,24
94:2 186:6
investigation
3:15 16:16,19
17:3,14 19:22

19:24 20:23
43:24 44:5
45:8,22 46:22
47:20 52:5,11
53:11 54:10
57:21,22 60:21
64:2 81:11
85:18 156:21
279:1 281:20
286:15,24
investigations
16:24 22:20,21
27:3 28:20
31:5 60:4
90:17 100:15
156:9 230:15
investigative
54:2 64:24
65:16
investigator
16:21 18:2,5,7
20:18 42:5,5
44:23 52:10
64:11,20 65:1
65:5 90:9,12
94:14 238:11
239:1 244:6,8
287:9 289:9
investigator's
64:25 239:19
investigators
17:14,23 18:11
19:23 20:9,20
43:13 44:3

51:22 58:2,7
58:14 59:3
63:9 64:19
65:13 230:18
237:11 239:10
invited   20:23
involve   26:4
31:9 118:20
involved   15:15
16:13,18 18:8
19:10,12,25
20:7 24:2 25:2
25:6 27:5 29:4
29:11 30:16,24
36:8,10 39:19
42:12 43:5,16
44:16,20 45:1
52:4 85:24
156:8 175:23
199:8,18
269:12 285:22
involvement
16:23 44:11,18
48:18
involves   149:8
involving   22:13
27:4 30:15
32:2 105:18,24
114:24 267:12
ion   3:20,22
5:18 24:14,18
24:21 25:3,11
26:4 27:4,6
29:1,1,4,5,9

39:13,20 69:25
86:22 98:25
99:5,8,23
100:16 102:11
102:13,17
105:19,24
107:1,20 108:6
110:14 114:24
115:5,16 116:7
118:1,7 150:20
151:24 160:18
205:4 256:14
ions   231:25
irreparable
122:6 123:8
irreversible
221:19
issue   27:13
46:5 66:8,17
66:17 150:4
159:18 161:14
184:2 185:7
236:21 258:4
289:17
issued   166:4
issues   271:13
item   6:8 42:1
50:19 53:9
164:11 239:11
items   19:24
20:1,10,20
30:9,10 41:25
44:4 78:12
161:7

| j | | | |
|---|---|---|---|
| **jaclyn** 294:1 | **karasinski** 5:15 | **kinds** 15:9 | 169:4 174:19 |
| **january** 41:8 | **keep** 25:16 | **kitchen** 55:25 | 175:24 179:2 |
| 57:24 189:8 | 26:24 43:19 | 91:21,22 92:4 | 182:9 184:4,24 |
| 190:11 191:9 | 201:10 230:7 | 93:16,22,23 | 186:22,24 |
| 192:2 | 254:23 274:20 | **knew** 35:20 | 187:7 190:22 |
| **jason** 5:15 | 282:6 | 157:2 192:23 | 190:25 191:4 |
| **jelly** 231:20 | **keeps** 131:2 | 201:16 205:21 | 192:16 193:12 |
| 240:10 | 202:16 | 216:12,13 | 193:14,23,25 |
| **jersey** 1:25 | **key** 196:18 | 226:24 272:5 | 194:1 195:4 |
| **jessica** 1:6 | 200:14,16,17 | **know** 10:1,18 | 197:4,4 198:2 |
| **jet** 23:14 248:1 | 200:20,24 | 21:17 27:9 | 200:1,13 |
| **jls** 1:14 8:14 | 201:13,16,17 | 34:16 35:19 | 202:15,22,25 |
| **job** 1:15 11:1 | 201:18 | 37:16 38:17,21 | 203:1,5,6,8,10 |
| 11:23,24 17:13 | **keyboard** | 39:1 42:19 | 203:22 204:12 |
| 17:24 64:12 | 58:25 59:5 | 44:8,9,18 | 204:13 206:19 |
| 206:14 | 69:20 70:11 | 53:16 55:5 | 207:2 210:12 |
| **join** 51:24 | 71:7,16 73:5 | 62:13 63:5,8 | 215:14,16 |
| **josh** 2:7 | 81:7,24 85:7 | 64:6,11 65:2 | 216:10,10,14 |
| **judgment** | 88:21 89:1,21 | 69:17 75:20 | 217:1,10 |
| 153:13,20 | 93:10,15 245:7 | 80:11 86:13 | 218:16 222:9 |
| **july** 148:14 | 246:24 247:2 | 88:20 91:12 | 228:13 229:14 |
| **jumped** 242:6 | **keys** 69:21 | 94:3 96:12 | 230:19 233:6 |
| **junk** 233:7 | 201:9 245:7 | 97:2 100:6,6,9 | 234:13,15,21 |
| **jurisdictions** | **kidding** 255:1 | 103:1 106:17 | 234:24 238:6 |
| 67:3 | **kill** 139:23 | 106:19 107:11 | 239:11 241:10 |
| **jwanemaker** | **kind** 21:8 24:25 | 119:16 120:20 | 241:12,12 |
| 294:2 | 62:10 68:18 | 121:5 124:21 | 245:1,11 247:7 |
| k | 75:11 113:15 | 124:22 125:1 | 251:21 259:10 |
|---|---|---|---|
| **k** 177:7 | 187:5 210:7 | 125:11 126:13 | 259:17 261:2 |
| **kaflinski** 8:19 | 222:3 231:21 | 126:18 128:19 | 261:13 262:15 |
| 292:3,23 | 231:22 232:4 | 132:15,17 | 263:21 264:1 |
| | 258:12 259:20 | 134:11 135:12 | 265:14 267:9 |
| | 271:13 | 138:12 147:24 | 267:18 268:3 |
| | | 154:7 158:3 | 272:1,3,12 |

| | | | |
|---|---|---|---|
| 273:19 275:19 277:1,3,5 278:9,10,11,21 287:5 290:24 291:1,2 **knowing** 184:8 185:8 251:8 **knowledge** 103:3 153:15 156:7 211:14 231:11 233:22 234:4,5,6 238:25 245:17 245:20 **known** 119:1 178:19,21 **knows** 192:11 197:5 206:22 264:25 | **l** 87:7 **labs** 14:5 **lack** 35:13 97:17 154:25 157:8 **lacked** 34:10 38:14 157:6 224:10 268:10 268:22 269:6 **lacking** 156:10 **lange** 2:4 **laptop** 23:7,10 25:6,25 26:6 26:11 27:3 29:9,22 30:15 30:22 31:8 32:2,23 41:13 58:22 59:5,8 59:12,15 61:24 62:12,16 63:20 67:25 68:16,17 68:19 69:6,18 70:14,18,21,25 71:23,24 72:1 72:2,7,16,19 73:4,24 74:9 74:19 75:11,16 75:24 76:2,5 76:13,17,24 77:16 78:7 79:2 81:3,8,12 81:15 87:5,22 89:19,23,23 90:2,17 91:6,9 | 91:23 92:6,11 92:15 93:4,5,9 93:9,18,24,25 94:1,5,7 95:9 95:10,14,21,24 95:25 96:1,9 96:21,24,25 97:4,15,18 100:15 127:2,8 127:22 131:8 132:3,21 133:2 133:7 134:16 134:18,25 135:3 139:13 144:23 150:3 150:11,20 152:5,15,21,23 153:18 156:9 159:18 160:4 163:2 167:20 169:22 171:17 172:23 173:7 178:1 180:23 182:11,21 183:19 184:10 186:20 199:5 199:13 201:2 201:18 202:20 202:25 204:6 208:4 209:5,12 209:13 211:13 211:25 220:19 222:21 224:16 228:23 238:18 | 239:4 242:22 243:3 245:3,22 247:1,3,6,13 251:23 252:8 254:16 258:4,7 258:21 259:9 259:14,22 260:5,23 261:14 262:17 266:15,22,25 267:5 269:12 270:9 273:19 274:11,17 277:18 279:22 281:3 285:9 **laptops** 6:10 22:10,13 26:19 26:20 27:12 34:22 90:18 91:8 96:13 133:3 144:13 147:12 151:8 151:23 152:12 153:23 163:11 168:5 171:16 175:10 177:24 178:11 179:9 179:24 180:25 181:9,23 182:6 184:14 187:1 204:7,17 207:4 210:8 267:12 267:20 281:3 281:13,22 |
| **l** | | | |
| **l** 7:1,1 255:9 **lab** 11:25 12:1 12:11,13 13:4 14:12 19:13 20:12 51:17 96:24 261:10 286:9,16,22,23 287:1 **labeling** 186:18 **labelled** 66:19 **laboratory** 10:23,25 19:7 20:2,22 66:25 | | | |

[large - levites]                                                    Page 38

| | | | |
|---|---|---|---|
| **large**  25:13 | **lead**  108:24 | 279:13 | 119:3,10,15,20 |
| 27:7,12 76:18 | 113:22 114:11 | **levels**  5:18 | 120:13 122:17 |
| 91:21 282:9,10 | 119:2 221:18 | 140:9 227:6 | 123:16 124:16 |
| **largely**  89:24 | **leader**  148:7 | **levites**  2:10 3:5 | 125:23 126:22 |
| 89:25 | 149:3 | 19:19 20:25 | 127:4,15 |
| **larry**  156:25 | **leading**  107:5 | 26:15 31:10 | 129:21 132:22 |
| **larsson**  255:6,9 | **leads**  134:10 | 33:3,18,25 | 135:5,8 140:21 |
| 258:18 259:2 | 217:13 219:8 | 34:4 35:16 | 143:17,19 |
| 261:13 262:11 | 252:20 | 38:9,19,24 | 145:6 146:16 |
| 262:25 263:7 | **learn**  280:1 | 42:8,15,20,23 | 146:23 149:5 |
| 263:18,19,22 | **learned**  17:21 | 43:11 45:16 | 150:6,14 151:9 |
| 265:12,20,25 | 244:11 | 46:1,23 47:23 | 151:18 152:1,8 |
| 266:8 | **learning**  159:3 | 50:8 51:9 | 152:16,24 |
| **laser**  23:14 | **leave**  242:2 | 52:12 56:13 | 153:7,25 |
| **late**  241:16 | **led**  84:25 280:2 | 61:1,9 62:17 | 154:21 155:2,6 |
| **latent**  232:7 | **lee**  4:15 30:10 | 63:21 64:1 | 155:12 156:11 |
| **law**  206:24 | 30:23 31:17,17 | 72:22 73:19 | 157:15 158:9 |
| **lawyer**  18:3 | 31:18,20 | 74:20 75:13 | 160:24 161:17 |
| 19:5 | 207:23 | 76:8,15 78:2 | 161:25 162:19 |
| **lawyers**  15:17 | **left**  14:20 16:6 | 78:14 80:21 | 163:24 164:1 |
| 36:13 | 22:1 32:5 80:1 | 82:3,7,12,14 | 167:13,22 |
| **layer**  74:25 | 80:12,14,17,19 | 83:18 85:21 | 169:14 170:1 |
| 75:4,9,16,21,23 | 99:23 254:8,11 | 87:23 88:10 | 170:22 172:5 |
| 75:25 76:10,18 | 259:6 | 89:3 90:19 | 172:25 173:15 |
| 77:2,10,25 | **legal**  14:23 | 93:6 94:9 | 174:5 175:12 |
| 78:6,11,12 | 277:4 294:23 | 95:15 96:2,5 | 176:15 177:2 |
| 240:25 242:9 | **legitimate** | 97:20 98:1 | 178:14 181:20 |
| 242:20 243:3,8 | 234:22 | 102:21 103:12 | 183:4 184:17 |
| 243:10,17,20 | **level**  13:18 | 106:1,13 | 185:13 187:15 |
| 244:2,2 245:19 | 75:10,16,23 | 107:24 108:8 | 188:14,19 |
| 245:20 246:14 | 76:5,13 139:4 | 109:11 112:1 | 191:20 192:4 |
| 252:6,12 253:5 | 140:20 198:18 | 112:10 114:1 | 192:13 194:16 |
| **layers**  232:10 | 202:3,15,17 | 114:14 117:9 | 194:19 195:23 |
| 232:11 245:17 | 243:3 244:2 | 117:21 118:23 | 203:20 205:15 |

206:2,25 207:6
207:9,13
208:11 210:10
212:2 215:1,9
216:3 218:17
218:20 223:8
223:13,16
224:13,19
226:1 228:10
229:8 230:25
233:25 234:14
235:1,14,20
236:11 237:22
238:1,7,14,20
239:20 240:4
242:11 243:5
244:3,17 246:4
246:11,17
248:3,14 249:3
249:16,23
250:9 251:7
252:15 253:8
253:15,18
254:1,5 256:2
258:23 260:10
261:21 262:6
263:9 266:4
268:16 269:8
269:17 271:6
273:8,21
276:24 277:13
277:21 279:8
279:20 282:3
282:22 283:16

284:11,23
285:4,11,16
287:12 289:20
290:2,11 291:6
291:12,19,21
**lg**  27:23,25
28:1,6,7,14
182:12,15,16
182:16
**liability**  15:16
16:18
**licoo2**  5:18
**lid**  251:23
**life**  151:15
152:5,6 154:13
**lifetime**  151:22
152:14
**liked**  284:18
**likelihood**
243:2
**likely**  33:2
97:16 102:19
152:6,13
154:14 177:23
280:9,19 281:9
281:25 283:3,8
**limit**  102:23
**limitation**
10:15
**limited**  11:15
25:25 67:9
102:9 157:2
238:4

**line**  208:21
242:8,25
273:22 295:4,7
295:10,13,16
295:19
**lines**  14:17
15:14 24:17
173:16
**liquid**  244:24
**list**  22:4,8,9
30:9 40:9,12
41:25 49:5
51:4 53:20
115:13,18
117:23,24
132:8
**listed**  50:19
53:9 129:10
146:24 162:16
163:16 234:22
275:23
**listen**  89:7
195:20 244:19
**lists**  58:14,15
**literature**
114:23 115:3
116:6 123:23
175:16 243:25
**lithium**  3:20,22
5:18 24:14,18
24:21 25:3,11
26:4 27:4,6
29:1,1,4,5,9
39:13,20 69:25

86:22 98:25
99:5,8,23
100:16 102:11
102:13,17
105:19,24
107:1,20 108:6
110:14 114:24
115:5,16 116:7
118:1,7 150:20
151:24 160:18
176:1 205:4
256:14
**litigation**  15:15
**little**  12:23 23:9
28:11 39:6
69:17 77:21
92:13 99:4
103:20 141:22
149:13,16,24
156:23 194:3
216:6 218:2,4
231:24 233:1,3
233:5 250:25
254:12
**litzinger**  5:20
**live**  83:25
**living**  66:20
**llp**  2:4,8
**load**  277:2
**local**  67:3
**localized**
254:13
**located**  16:4
55:24 58:22

**[located - made]**                                     Page 40

59:12 169:7
239:4
**lok**  66:24
**long**  21:24
69:12 100:2,2
100:8 151:25
166:12 177:2
188:17 191:6
197:8,9,15
250:2 289:1,25
**longer**  188:14
262:14,22
**look**  16:24
18:21,24 22:3
24:14 36:14
47:10 49:13
58:10 63:4
64:7,12,17
69:1,3 76:22
86:9 88:19
90:1,18 91:8
105:4 109:12
116:2,6,19,22
116:25 117:16
124:5 129:22
130:18 131:8
135:13 168:1,7
171:19 172:8
172:12,17,18
175:18 187:20
193:22 208:14
212:16 223:20
237:9,12
239:12 240:1

251:19 253:21
255:15,24
256:16 284:18
**looked**  24:18
34:9,22 35:4
39:18 40:10
41:15,22 59:14
64:9,22,23,24
72:16 77:11
94:19 96:8
97:5 115:11
116:21 117:8
117:19 193:5
198:13 213:4
214:13,13
216:19 219:21
228:24 238:10
238:24 239:2,9
240:7,21 241:3
241:4 244:20
272:8,10
286:11,19,24
287:20
**looking**  9:22
17:4,24 19:15
32:16 36:22
37:1,6,12,13,17
37:25 50:17
58:21,24 62:20
62:23 64:15
66:23 70:10
71:21 72:13
73:1 74:9
81:23 82:16,22

85:23 86:7,13
92:1 94:22
96:13 115:16
118:3 129:24
129:25 135:15
149:23 159:7
171:2 186:18
198:6,7 222:9
231:22,23
241:2 242:5,17
250:24 252:17
252:19,24
253:1,3 255:18
255:20 272:5
283:11,11
286:1
**looks**  23:9
36:11 76:23
79:25 86:8
90:6,10 91:3
92:7 123:24
129:18 149:13
149:16 169:16
189:3,12
194:12 216:24
219:5 223:19
250:24 254:6
257:22 266:8
**lose**  99:24
225:19
**lost**  88:15
102:19 130:5
**lot**  16:17 18:11
23:4,12 91:16

98:19 121:4
129:14 189:21
201:10 239:4
247:11 266:9
282:14
**lots**  133:3,11,11
147:10
**louisiana**
177:11,12
**low**  189:23
191:3 217:5,6
218:3
**lower**  143:9
261:17
**lr**  66:20
**lucent**  22:19
23:4
**luckey**  58:15
**lunch**  143:23
144:5
**lying**  248:23
249:1

|   m   |
|-------|

**m**  134:7
**madder**  241:7
241:19,21
242:1,8,17,18
**made**  15:24
20:19,20 22:23
25:7 28:15
30:8 36:17,17
49:14 60:10
63:16 69:11

**[made - marked]** Page 41

77:6 85:25
95:10 132:4
145:21 156:17
156:19,22
157:22 167:20
177:20 179:11
179:14,18
183:8 186:13
200:11 201:8,9
237:14 245:7
268:8 276:14
277:23 278:8
278:20 293:5
**mail**  31:19
50:22
**main**  146:14
**major**  22:17
106:25 107:19
108:5,9 109:19
110:13,18
111:11,22
112:7 269:4
**make**  10:9
13:19,22 18:16
25:21 27:24
28:7 32:9,16
32:19 33:1
35:3,13 41:2
47:9,14 69:8
69:10 71:4,8
72:7 77:6 84:9
89:17 90:14,15
102:12 113:15
122:24 123:25

125:17 127:25
128:2 140:16
143:14 153:13
157:24,25
158:1 182:22
185:21 187:2,2
198:10 204:23
205:14 206:3
206:24 207:18
208:18 218:4
219:4 228:12
241:24 245:21
248:6 251:25
261:3 264:3,10
**makers**  176:4
**makes**  27:25
123:19 133:12
147:8 163:9
191:2 233:2
**making**  28:2
153:20 157:12
159:3 164:9
181:13 211:1
256:1 266:16
274:22
**malfunctions**
23:21,22
**management**
36:23 37:13,19
97:6 132:5
138:3 167:17
211:12 212:7
214:22 215:23
216:7,17

**manager**  11:25
**mankoff**  2:7
**manner**  199:14
199:25
**manual**  4:20,22
171:7,20
172:19
**manufacture**
276:22
**manufactured**
126:5 150:4
169:22 173:7
182:12 209:4
209:11 283:14
**manufacturer**
27:20,22 128:7
154:19 155:22
160:17 167:11
168:5 170:5
182:21 183:1,3
183:17,19
184:9 185:9
201:24 203:11
205:11,13
280:10
**manufacturer's**
200:17
**manufacturers**
26:17 28:12
150:11 160:5,5
161:24 173:24
174:2 175:17
175:24 178:9
178:18 181:23

182:6 187:11
205:20 281:3
**manufactures**
153:11
**manufacturing**
6:10 110:23
179:25 180:24
181:9
**mapping**  18:20
19:10
**marcellin**  1:4
5:11 8:11 54:3
54:12,25 55:12
55:20 56:3,13
263:1,20 265:6
265:11,17
268:24 276:15
280:14 283:25
284:9 289:10
293:1 294:4
295:1
**marcellin's**
279:2,12
**march**  1:18 8:3
**margin**  143:13
**marked**  9:12
40:2 50:18
57:4,15 79:8
81:6 98:9
104:6 114:18
118:4 127:11
129:15 144:9
144:18 148:11
160:15 168:2

**[marked - melted]** Page 42

171:21 172:9
212:17 213:23
**market** 154:15
155:18,23
**markings**
159:10,15,19
183:8,9,16
**marriage**
292:14
**martin** 3:18
5:13 98:23
116:16 199:19
199:22 204:13
255:16 270:8
272:16
**martin's** 98:11
116:12 117:3
215:20 255:8
269:10
**massachusetts**
2:10 9:10 16:5
**match** 167:19
**matched** 163:4
167:21 185:10
195:19
**material** 10:22
68:6 73:15
101:17 225:20
225:23 231:19
231:23 232:4
240:7 249:4,22
251:14 266:9
287:20

**materials** 9:23
41:7,12 42:13
43:7 46:21
47:1 53:7,15
70:25
**matter** 8:10
14:17 196:5
206:9 245:8
247:8 257:11
271:16 292:15
**matthew** 2:6
**maxim** 132:13
**mbs** 189:6
**mckay** 1:6
**mean** 17:8 48:8
56:23 63:14
71:24 74:1,3
76:4 89:19
92:1 100:20
109:25 121:8
129:4 131:1
133:10 136:25
138:23 154:3
174:24 183:10
186:23 206:4
210:15 211:15
211:17 216:10
217:2 222:3,17
236:14 241:14
243:13 250:13
263:19 269:20
277:1 282:24
283:21 284:17

**meaning** 23:9
35:23 74:8
87:4 100:20
136:24 164:21
167:1 190:23
191:14 208:24
216:18 219:19
221:21
**means** 60:6,15
67:1 75:9
110:1 127:8
129:8,9 139:10
140:6 142:23
150:18 176:2
216:21 217:11
217:21 220:2,5
222:16 233:15
234:18 262:19
**meant** 13:13
21:17 91:10
223:1 278:18
**measure** 137:1
216:25 217:19
218:12 219:10
219:18
**measured**
100:9 103:15
134:6
**measurement**
134:7 174:22
274:10,19
**measurements**
219:4 242:7
273:11

**measuring**
219:21,22
271:25 272:11
273:14,15,16
273:17,19,25
274:16
**mechanical**
118:9 158:13
210:14
**mechanism**
107:14 139:16
221:15,16,24
226:8
**mechanisms**
3:21 32:25
259:24
**meet** 234:17
**meets** 32:20
**melt** 69:8,10
73:10 245:7,12
246:2,10 247:7
247:14 250:6,8
250:11,23
251:5
**melted** 69:5,19
69:21 70:14
72:7 77:18,20
83:8 89:2,24
127:7 229:14
244:20,21
245:11 246:15
246:21 247:3
247:12 248:19
251:22 252:8

252:14,17,25 254:7

**melting** 69:14 247:14 253:16 253:17 254:7,8

**melts** 127:7 244:22

**memory** 269:2

**mentioned** 1:23 12:18 240:19

**mess** 256:1

**message** 178:3 208:24 209:10 209:12,20

**messed** 278:14

**met** 128:1,5 214:16

**metal** 231:21 231:21 233:5,9 248:19 250:7 250:10 258:19

**metallic** 111:5

**metals** 12:12 13:15

**methodology** 251:2 252:11

**meyers** 65:3

**micro** 131:20

**microscope** 11:9 12:1

**middle** 79:19 217:1,4,5

**midway** 105:12

**mike** 2:17 8:17

**mind** 85:11,16 94:13 113:10 123:23 255:20

**minus** 101:20 102:1 110:25 111:6,9 232:11 233:4,10

**minute** 143:20 288:25

**minutes** 110:21 126:7 142:21 188:18 234:19 257:12 259:6 288:24

**misinterpreting** 254:15

**mislead** 176:9

**misplaced** 130:7

**missing** 35:24 283:24 285:25

**misspoke** 164:2 203:9 222:25

**misunderstand** 281:16

**mit** 10:22 11:12 12:6 14:11,15 14:22 15:6 16:8

**mitigated** 113:21

**mode** 111:17 224:11,17,21

**model** 133:14 135:6,7 147:23 266:15 267:1,5 267:7,19,23

**modeling** 3:22

**modes** 98:17,20 99:1 101:4,15 111:17 115:4 116:7 118:8,19 118:20 119:1

**modified** 278:12,12 279:6

**molding** 244:24

**moment** 33:10 127:16

**monitor** 77:19 140:7 217:21 217:25 218:6 218:13

**monitoring** 131:17,17 219:2

**monitors** 22:10 22:13

**morally** 206:8

**morning** 8:1 9:18 57:23 58:4 235:10 259:10

**motherboard** 136:22 144:15 145:12 211:22 269:15 270:25

271:4 272:19 274:1

**mouth** 119:14 174:12,14 176:7 179:7 198:23 220:25

**move** 112:14 121:11 130:16 280:6

**moved** 16:3 249:11

**movie** 191:4,5

**moving** 119:14

**mu06062** 4:8 128:13

**multi** 229:24

**multiple** 227:13

**mute** 119:16

**n**

**n** 2:1 3:1 7:1 255:9

**nafi** 5:15

**name** 8:17 9:6 9:19 15:22 131:3 134:6 267:5

**narrative** 58:10 58:12

**national** 189:5

**nationally** 44:22

**nature** 12:7
42:17 43:14
**near** 73:5 82:24
85:4 134:14
143:15
**nearby** 76:19
85:10
**necessarily**
34:17,25 36:16
63:14 91:12
197:11 199:7
220:20 261:9
278:19 284:13
**necessary** 97:7
227:14 246:2
293:6
**need** 10:17
63:24 67:17
117:16 151:13
191:6 195:6
204:5 264:23
290:2
**needed** 13:17
13:17 193:15
**needs** 109:12
142:1 195:4
261:12
**negative** 120:9
231:21
**never** 11:7,17
14:7 46:16
47:21 48:4
66:20 95:12
100:9 122:23

153:17 174:17
248:7,10
266:14
**new** 1:2,24,25
2:5 8:13 9:3
28:8 41:4
74:14 189:17
190:20 193:7
200:10 256:22
277:2 292:4
**newly** 209:4
**nfpa** 63:13
**night** 54:4,12
55:1 57:23
**nine** 137:25
**ninja** 186:22
**nist** 188:8
190:4
**nist.gov** 188:7
**non** 27:11 99:1
99:5,7,9,11,14
99:20 176:1
177:23 178:3
178:24 180:22
183:11 185:22
209:21 272:5
**nonfunctional**
152:22
**normal** 232:11
234:21
**normally** 44:13
44:16 51:16
86:1 241:17

**notary** 1:24 9:2
292:4 293:13
293:19
**notated** 8:20
**note** 47:14
181:13 294:10
**notebook**
104:12 135:6
207:21,21
212:17 276:13
**noted** 293:7
**notes** 45:20
47:2 72:11,18
181:7 290:3
**notice** 1:22
35:18 190:11
190:12
**noticed** 35:23
35:23
**noting** 53:22
**number** 8:14
22:15,22 23:24
24:7 26:24
38:20 40:9
49:25 50:19
66:12,14,16
70:6 82:11
95:18 97:25
105:23 111:17
126:3 128:19
131:14 144:21
147:8,20,21
164:11 165:6
166:12,13,14

166:17,17
167:19 170:25
171:9,10
195:18,22
196:9,17,19,19
196:20,21,22
200:10,18,19
200:21 214:7
218:9 256:24
256:25 262:18
267:7 276:8,9
280:7 282:9,10
283:22
**numbers** 106:7
143:6 147:23
201:19 267:19
267:23
**numerical** 3:22
**numerous**
279:5

**o**

**o** 7:1 134:7
255:9
**oath** 7:13
277:17
**object** 107:12
107:13,15
252:2
**objection** 19:19
20:25 31:10
33:3 35:16
38:9,19,24
42:8,15,18

**[objection - oh]**

| | | | |
|---|---|---|---|
| 43:14,18 45:16 | 170:22 172:5 | 279:8,20 282:3 | 230:2,3 236:5 |
| 46:1,23 47:23 | 172:25 174:5 | 282:22 283:16 | 248:9 259:7 |
| 52:12 61:1,9 | 175:12 176:15 | 284:11,23 | 282:2 |
| 62:17 63:21 | 178:14 183:4 | 285:4,11,16 | **occurrence** |
| 72:22 74:20 | 184:17 185:13 | 287:12 289:20 | 52:9 153:4,10 |
| 75:13 76:8,15 | 191:20 195:23 | **objections**  7:19 | **occurring** |
| 78:2,14 80:21 | 203:20 205:15 | 43:20 | 120:7 205:23 |
| 83:18 85:21 | 206:2,25 207:6 | **observation** | 248:7,8 |
| 87:23 88:10 | 209:17 210:10 | 60:10 61:21 | **occurs**  96:14 |
| 89:3 93:6 94:9 | 212:2 215:1,9 | 68:24 | 101:2 107:2 |
| 95:15 97:20 | 216:3 224:13 | **observations** | 120:19,21 |
| 102:21 103:12 | 224:19 226:1 | 72:15 | 141:12 142:16 |
| 106:1,13 | 228:10 229:8 | **observe**  95:9 | 230:12 232:6 |
| 107:24 112:10 | 230:25 233:25 | **observed**  59:9 | 247:17,20 |
| 113:3 114:1,14 | 234:14 235:14 | 59:11 232:5 | **october**  40:13 |
| 117:9,21 | 235:20 236:11 | **obtain**  17:23 | 42:14 43:10 |
| 118:23 119:3 | 237:22 238:1,7 | 178:8 186:13 | **odd**  46:20 |
| 120:13 122:17 | 238:14,20 | **obtained** | 94:18 229:13 |
| 123:16 124:16 | 239:20 240:4 | 176:21 179:9 | 239:9 240:21 |
| 125:23 126:22 | 242:11 243:5 | 181:22 | **oem**  177:23 |
| 127:4 132:22 | 244:3,17 | **obvious**  158:4 | 178:3 180:22 |
| 140:21 143:17 | 246:11,17 | 158:5,6 | 183:11 185:22 |
| 145:6 146:16 | 248:3,14 249:3 | **obviously** | 272:5 |
| 146:23 149:5 | 249:16,23 | 40:16 96:22 | **offer**  170:15 |
| 150:6,14 151:9 | 250:9 251:7 | 132:18 | 244:15 |
| 151:18 152:1,8 | 252:15 253:8 | **occupational** | **offering**  90:3 |
| 152:16,24 | 253:15 254:5 | 105:14 106:5 | 169:23 192:24 |
| 153:7 154:21 | 258:23 260:10 | **occur**  100:17 | **office**  242:21 |
| 155:2,6 156:11 | 261:21 262:6 | 124:10,15 | **officer**  7:12,15 |
| 158:9 160:24 | 263:9 266:4 | 125:1 195:5 | **officially**  14:7 |
| 161:17,25 | 268:16 269:8 | 232:18 257:13 | 190:23 |
| 162:19 163:24 | 269:17 271:6 | **occurred**  72:20 | **oh**  31:16 55:5 |
| 167:13,22 | 273:8 276:24 | 102:4 125:8 | 62:25 69:16 |
| 169:14 170:1 | 277:13,21 | 196:1 208:4 | 94:24 115:14 |

**[oh - ones]**                                                                   Page 46

| | | | |
|---|---|---|---|
| 129:24 130:8 | 82:14,15 83:2 | 165:15 166:9 | 240:14 245:5 |
| 173:19 178:18 | 83:22 84:7 | 167:3,9 168:13 | 249:19,20 |
| 190:20 194:18 | 85:14 86:11,17 | 168:19,23 | 250:21 252:1 |
| 197:4 198:3 | 86:23 91:2,5 | 170:6,11,13 | 252:10 254:17 |
| 201:2 208:19 | 91:13,15 92:20 | 171:14,23 | 255:5 256:18 |
| 208:20 223:11 | 93:20 95:2 | 173:19,20,21 | 257:17 258:14 |
| 223:23 233:15 | 97:24 98:20 | 174:8,15,17,18 | 261:5 263:3,12 |
| 239:1 246:12 | 99:17 100:25 | 175:1,15 | 263:21 264:20 |
| 263:22,25 | 101:9 103:23 | 176:10,19 | 264:24 265:13 |
| 274:19 291:14 | 104:3,13,23 | 177:10 178:4 | 265:18 266:6 |
| **ohio**   96:24 | 105:5 108:18 | 179:16 180:2,8 | 266:21 267:16 |
| **ohms**   134:5,5,6 | 109:21 110:3 | 181:5,13,17 | 270:6,20 |
| **okay**   10:5,19 | 110:16 112:13 | 182:3,19 184:7 | 272:14 274:6 |
| 11:2,14 13:25 | 112:24 114:4 | 186:1 187:6 | 274:20 275:7 |
| 14:9 26:2,8 | 114:16 115:12 | 189:24 192:3 | 276:6 279:15 |
| 28:18 30:6,25 | 115:15 117:2 | 193:10 194:6 | 280:5 283:20 |
| 32:15 33:11 | 117:15,17 | 194:19 195:13 | 284:5 285:20 |
| 34:4 35:2,11 | 121:9,10,16 | 196:12 198:3 | 286:3 288:7,18 |
| 39:3,11,25 | 123:21 124:13 | 199:2,9,17 | 290:4 291:22 |
| 40:25 47:13,16 | 129:19,22,24 | 200:22 201:7 | **old**   284:8 |
| 48:7 50:3 51:3 | 130:8 132:10 | 201:22 203:24 | **omitted**   157:23 |
| 51:12,18 52:18 | 132:11 133:1 | 206:6 208:15 | **once**   14:2 49:19 |
| 52:25 53:4,25 | 133:13 134:2 | 210:1 211:10 | 104:17 114:5 |
| 55:8 57:1,10 | 134:22 135:18 | 212:15,24 | 139:9,18 195:7 |
| 57:14 58:17 | 137:5,17,22 | 213:10,21,24 | 195:20 206:19 |
| 60:19 61:5,13 | 138:6,13 | 214:4,6 217:15 | 228:8 233:8 |
| 61:19 62:5 | 139:15 141:8 | 218:22 219:13 | 244:5 250:15 |
| 66:7 67:12,18 | 141:10 143:22 | 219:25 221:7 | 250:17 272:12 |
| 67:18 69:23 | 146:4 147:17 | 221:13 223:11 | 274:15 |
| 70:8 73:13 | 149:1 150:1 | 225:1,10 | **ones**   35:4 43:20 |
| 74:7 75:1,19 | 154:2 155:15 | 226:14 230:17 | 87:4 171:8 |
| 77:23 78:16,25 | 156:6,14 | 231:9 232:24 | 183:2 212:22 |
| 79:5,10,15 | 157:10 158:10 | 234:8 235:24 | 213:4 216:13 |
| 80:15,24 82:12 | 160:2 161:4,20 | 236:3,20 | 216:14 229:25 |

260:5 267:22
268:7,8 269:4
272:4
**ongoing** 177:4
**online** 191:6
199:1,3
**ooo** 8:24
**open** 49:13
225:9,12
226:11
**opened** 154:15
155:23
**operated** 24:21
122:4
**operating**
21:24
**operator**
208:25 209:10
277:18
**opine** 123:18
288:14,20
**opined** 269:10
**opinion** 74:14
74:16,17 90:3
124:9 125:7,8
126:25 199:11
199:23 205:24
235:11 237:1
237:24 238:5
243:15 244:15
245:18,21,22
251:13 253:2
260:7 269:11
270:4,8 272:23

273:3 276:20
280:6 282:19
283:3,22 284:7
284:20 285:21
**opinions** 67:14
116:16 255:17
275:24 276:2
**opportunities**
224:8
**opportunity**
45:1,7 46:9
**opposed** 49:14
**opposing**
175:23 178:17
184:22 185:3
**oranges** 261:8
**order** 75:11
128:6 219:6
222:21 231:6
250:6
**organization**
205:13
**organizations**
205:3
**orient** 80:16
**oriented** 18:12
36:8 80:11,12
173:20
**origin** 5:20
48:11,20,24
49:17 84:19
86:14,14 88:17
237:6,7,17
287:10

**original** 13:4
148:1 154:19
155:22 165:13
177:25
**originally**
147:21
**originated**
85:20 95:24
96:14
**originates**
95:13
**originating**
89:15
**osha** 105:15
**outcome** 120:5
264:1,13
292:15
**outcomes**
263:16 264:6
264:23
**outlast** 154:14
**outlet** 66:13
**outlined** 233:11
**outpaces** 107:4
**output** 166:17
**outside** 113:7
160:1 184:11
186:21 236:6
259:15,17
280:3
**outward** 86:3,4
**oven** 256:15,19
257:9,19
258:18,22

261:8
**overcharge**
118:13,21
136:3 137:2,19
**overcharged**
33:15 89:12
140:24 221:18
227:20
**overcharging**
136:13 221:21
223:25
**overcurrent**
136:13
**overheat** 224:5
**overheated**
177:14 220:6
**overheating**
105:17 118:14
118:22
**overreach**
25:14
**overreaching**
156:23
**overriding**
197:16
**overstepping**
62:23
**own** 14:20
153:22
**owner** 20:6

| p |
|---|

**p** 2:1,1 7:1

[p.e. - papers]                                          Page 48

**p.e.**   1:21 3:13
**p.m.**   291:25
**p1-7232365**
  1:15
**p1steno**   294:15
**pacific**   66:23
**pack**   27:25
  28:12,15 29:22
  29:23 30:17
  31:4 32:4,20
  32:25 35:7,14
  37:15 62:16
  63:20 65:17
  72:7 83:17
  92:8,9 93:13
  93:15 95:13
  96:15 97:17
  100:17 128:24
  128:25 129:12
  130:8,25
  131:18 133:2,3
  133:10,12,22
  134:15 135:19
  135:25 138:18
  139:10 140:19
  141:20 143:9
  145:9,9,22
  150:19,21,22
  152:6,20
  153:18 154:6
  156:21 159:14
  159:18,21
  160:7,10,20,23
  162:4 163:2,3

  163:13 182:16
  183:1,8 184:11
  185:11 186:17
  195:19,22
  199:13 201:17
  202:14,20
  205:4 209:1,14
  210:22 211:24
  212:8 214:22
  215:7 216:20
  216:21 217:6
  218:10,25
  220:3,5 224:10
  227:13 228:4
  234:22 235:13
  258:8,21
  259:23 260:2
  268:15,24
  270:10 279:7
  280:11,12,21
  283:25
**packard**   22:16
  177:9
**packs**   27:11,17
  27:18,24 28:2
  28:7 29:1,11
  31:9 32:3,8,13
  32:17 34:8,19
  34:20 38:6,14
  38:22 127:25
  132:20 133:5,6
  150:12 156:9
  157:5,6,8,12,22
  157:24 159:8,9

  159:10,11
  160:18 161:15
  162:5,9 182:23
  183:7,24 184:3
  186:8 202:24
  266:23,23,25
  267:25,25
  268:5,6,6,9,20
  272:6
**pads**   216:17
**page**   3:3,12 4:6
  5:6 6:5 40:9
  52:20,23,25
  53:11,18 55:10
  55:13,15 57:8
  57:12 58:11,11
  58:11,19 67:21
  67:22 82:4,5,7
  82:7,8,9,10,10
  82:13,14 84:11
  84:12 98:15,20
  98:23 104:18
  104:19 117:24
  121:12,14,18
  129:22 137:6
  137:10,10,19
  140:1,2 162:17
  163:22 164:12
  164:15 168:20
  169:19 171:24
  172:12,18,21
  173:3,12,17
  180:12 194:5,7
  194:17 199:25

  208:1,21
  209:18 213:11
  213:18,19,20
  223:9 254:1
  255:23 266:13
  269:23,24
  275:17,21
  290:16 295:4,7
  295:10,13,16
  295:19
**pages**   3:13,15
  3:18,20,23 4:8
  4:10,12,14,16
  4:17,19,21,23
  5:8,10,12,14,16
  5:19,21 98:19
  122:24 149:25
**painted**   241:3
**pair**   217:1,20
  219:8 225:6
**pairs**   216:23
  217:2 218:2
**panel**   66:9,23
  66:24
**paper**   59:9
  76:19,24 77:12
  77:14 83:10
  85:10 115:25
  170:24 265:12
  265:25
**papers**   39:19
  116:9,15
  232:20 282:14

**paragraph**
54:17 55:13,15
55:19 56:11,25
61:20 105:13
113:12 118:4
121:17 158:11
174:20 177:21
180:11 194:12
195:11 276:1
290:16,18,22
**parameters**
129:7 214:15
**parasitic** 120:6
120:25
**pardon** 29:25
**parenthesis**
122:7
**part** 11:11
12:14 16:8
19:12 37:20,21
46:5,5 51:14
54:23,24 56:2
56:9 69:18
81:2 92:7
93:16 109:18
110:17 113:25
117:13 129:7
134:10 146:25
147:25 169:3
184:20,21
185:1 196:25
204:23 210:19
222:3,6 232:24
240:25 241:1,2

241:3,4 247:13
253:13 255:25
274:15 285:8
**partially** 79:24
96:25 97:1
136:10
**particle** 110:22
111:4
**particular**
32:23 116:6
132:3 134:23
134:24,25
137:9 141:12
148:17 149:7
158:20 159:17
168:5 169:9
171:21 173:7
178:21 197:12
213:3,7 224:10
229:11 242:18
255:21 266:15
**particularly**
167:17
**parties** 7:5 8:7
292:13
**partly** 142:18
**parts** 12:17
22:24 107:10
148:3 178:24
225:15 285:7
**party** 154:7
156:21 157:4,5
157:7 159:8
160:7,20

161:15 162:8
185:10
**past** 115:21
142:19
**patent** 22:21
**patents** 23:1
**path** 71:14,15
**pattern** 88:6,9
197:9,10
237:10,18
252:7
**patterns**
229:14
**pavilion** 144:13
182:11 209:13
266:25 267:2,4
267:6,13,13,15
**pc** 69:14
**pdas** 151:4
**pellegrino** 2:17
8:17
**pending** 119:9
**penetrated**
77:25
**penetration**
118:11
**people** 15:8,25
20:8 22:23
36:8 38:23
51:23,24,25
52:1,2 65:12
86:25 87:5,8
112:19 153:14
156:19 157:2

165:7 190:17
197:13 198:12
211:2 241:18
278:1 281:7
282:11
**percent** 11:20
14:11,13 27:8
131:9,13 148:5
**percentage**
27:7,13 29:10
34:9
**perfect** 60:2
**perfectly** 178:2
**perform** 32:3
62:10
**performed**
185:23
**period** 12:5
14:10 28:25,25
99:24 105:20
106:18 146:15
146:22 151:21
153:5 156:16
228:21 255:12
259:9 261:17
261:18 262:3
263:6
**periods** 100:8
**peripheral**
150:11,20
160:5,21
169:12 197:20
**peripherals**
130:11 151:14

**[peripherals - platform]**                                        Page 50

151:23 155:20
162:6
**permit**  247:21
**permitted**
45:24
**perpetuating**
114:6
**person**  21:20
**personal**
153:15,23
156:7
**perspective**
46:13,17
**ph.d.**  3:18 5:13
**phase**  13:8
187:24
**phased**  187:21
188:9 189:1
190:5
**phases**  123:12
123:14
**phd**  263:15
**phone**  31:23,23
96:10 130:7
**phones**  151:3
**phonetic**
244:24
**photograph**
3:16,17 49:15
79:9,12,19
81:7 181:7
253:22
**photographed**
183:7

**photographs**
9:11 42:1,10
45:17 47:2
49:9,10,10,12
49:13,20,21,22
71:21 180:25
241:8 254:15
**phrase**  120:25
**physical**  35:21
35:25 36:3
37:3 93:4,4
289:18
**physically**
94:13
**physics**  36:7
37:21 77:9
78:5 103:4
123:22 263:11
263:15 264:3
264:11,13,24
**pick**  148:4
**picked**  59:8
**picking**  20:1
275:4
**picture**  69:3
70:10 76:12
80:2,9 83:20
89:20 253:19
253:20 254:18
**pictures**  65:10
73:3 76:22
77:11 85:7
86:7 180:23
183:11 223:7,8

226:21 238:11
238:17,18
240:1,20
241:24 273:11
**piece**  78:10
101:24 159:24
190:20 233:5,9
250:7 251:14
284:16 286:1
288:5
**pieces**  73:1
128:24
**pin**  135:2
207:24,24
213:12 214:7
215:22,23,25
218:9,11,25
219:1,12
222:10 271:11
**pins**  210:15
211:21 214:1
**pipho**  4:17
161:12 205:22
270:15
**pipho's**  161:9
**place**  1:23 8:6
19:13 57:11
71:17,18 85:2
88:2 96:24
129:3 222:22
228:20 242:2
242:21 247:8
251:1 271:24
271:24 287:19

287:23
**places**  95:1
**plaintiff**  1:22
9:20
**plaintiff's**  3:11
4:5 5:5 9:12,13
144:20 276:10
276:22 277:16
279:16
**plaintiffs**  1:9
2:4 4:11
**plastic**  69:5,8
69:10,11,12,19
73:9 77:18
83:6 85:6,25
86:2 88:21
89:21 95:25
127:6,7 231:23
237:12 244:20
244:21,22,22
245:11,12
246:3,10,15
250:6,23 251:6
251:17,22,23
251:25 254:9
258:8,12,21
266:2
**plastics**  69:12
69:15 244:23
245:8
**plate**  87:5
**platform**
172:15

[play - prevalence]                                                    Page 51

| | | | |
|---|---|---|---|
| **play** 51:25 52:2 | **pointed** 259:12 | **potential** 17:4 | **prepare** 170:21 |
| **played** 35:14 | **pointing** 73:5 | 18:24 20:11,21 | **prepared** 5:15 |
| **players** 151:4 | 73:23 | 25:11 209:1 | 207:17 |
| **playing** 185:24 | **policy** 153:1 | 221:17 | **present** 2:16 |
| **please** 8:5,22 | **polycarbonate** | **potentially** | 35:7 37:15 |
| 106:8 108:1 | 69:14 | 160:21 | 44:3 137:15 |
| 109:22 146:18 | **pop** 208:23 | **power** 13:6,7,8 | **presentations** |
| 160:12 194:15 | 209:3 | 13:12,17,18,18 | 198:11,11 |
| 234:7 265:22 | **pores** 231:24 | 14:3 15:12 | **president** |
| 273:23 | 231:25 | 22:10,14 23:8 | 156:25 |
| **plenty** 41:2 | **portable** 151:3 | 25:24 63:1 | **pressure** 107:6 |
| 224:8 237:14 | 151:13,16 | 101:3,3 102:14 | 226:10 |
| **plugged** 66:14 | 175:22 | 138:4,18 | **pressurized** |
| 224:17,22 | **portion** 76:18 | 139:21 141:19 | 226:11 |
| 266:2 | 253:5,6,11 | 143:8 205:5 | **presumably** |
| **plugs** 23:10 | **position** 11:22 | 222:20 288:9 | 182:11 |
| **plus** 101:19 | 19:15 223:3 | **powered** | **presume** 44:7 |
| 102:1 110:25 | **positioned** | 105:19 | 46:15 94:4 |
| 111:6,8 232:10 | 57:11 92:10,11 | **powerful** 190:2 | 136:25 215:15 |
| 233:4,10 | **positive** 30:2 | 191:12,14,17 | **presumed** |
| **point** 11:19 | 120:9 231:21 | 191:18 192:10 | 186:3 |
| 12:3 14:20 | **possibilities** | 192:16 | **presumption** |
| 15:19 48:22 | 89:13 236:9 | **powers** 23:10 | 200:24 |
| 61:7 63:16 | **possibility** | 23:11 | **pretty** 24:8 |
| 69:14 101:25 | 64:14 74:6 | **pre** 9:12 | 60:1 102:4 |
| 102:20 126:9 | 165:23 186:7 | **precisely** 84:24 | 135:19 153:4 |
| 130:17 152:14 | 186:11,12 | **predictive** 3:22 | 158:4,5 159:16 |
| 161:13 165:16 | 246:13,15,20 | **preferable** | 164:23 167:24 |
| 166:23 198:8 | **possible** 19:17 | 19:15 | 168:11 171:5 |
| 207:9 219:23 | 60:21 64:5,7 | **preference** | 175:21 185:17 |
| 220:1,17 221:9 | 114:11 195:2 | 146:25 | 185:18 226:25 |
| 242:3 247:11 | 202:4,5,6,14 | **prefers** 146:20 | **prevalence** |
| 257:24 284:1 | **possibly** 157:13 | **premise** 272:22 | 31:8 |
| 284:15 | 159:3 | | |

**prevent** 33:1,14
34:11 35:6
36:23 136:10
136:17 160:7
160:20 162:8
210:23 220:6
224:11 268:11
**prevented**
205:12
**preventing**
220:2
**prevention**
34:18 35:1
**prevents**
259:14,16
**previous** 130:3
**previously**
57:18 127:24
146:9 213:4
247:16 281:11
**principal** 51:21
**printed** 223:6,7
**printer** 23:11
63:1
**printers** 23:13
23:14,14,14
**prior** 15:2
22:14,18 117:4
148:18 161:13
181:7 209:9,10
209:11 210:8
228:17 230:6
233:20

**probable** 61:22
62:8,11,15
63:18 65:22
**probably** 24:8
26:1,7 28:23
30:5 48:22
50:1 55:4
65:14 77:12
81:17 85:24
97:12 152:3
154:6 180:24
207:23 233:17
279:14
**problem** 63:5
108:15,16
113:19 165:8
166:3 190:12
193:3 232:25
233:5 236:18
247:5
**problems**
233:12,17,17
**process** 13:10
13:11,20 18:23
19:4 20:1
43:16 108:19
108:23 111:2
113:22 125:4
158:8 165:23
166:14,16
180:11,18,19
180:20 187:25
191:18 202:22
218:1 220:22

229:17 232:20
233:7,11
236:15 248:2,5
248:6 279:1
281:18 283:23
**processed**
244:25
**processer**
131:21 278:7
**processes** 13:2
**processing**
12:11 13:15
**produce** 46:21
52:10 195:18
226:10 233:24
252:7
**produced** 71:6
206:20
**producers**
175:22
**produces**
107:15 232:25
**producing** 52:6
**product** 15:15
15:16 16:17
85:24,25 86:1
90:10,10
105:16
**production** 6:3
51:1 233:6,7
233:12
**products**
105:19 178:24

**professional**
16:15 42:5
**professor** 15:6
**program**
195:21 197:6
**programmed**
184:16 195:8
270:9,11
272:21 281:21
**programming**
198:9 208:3
278:7
**progresses**
52:17 75:6
**progressive**
121:2,4
**project** 12:17
22:4,8,9
**projects** 12:16
22:13 23:19
**prolific** 147:19
148:3
**pronounce**
132:17
**pronounced**
132:16
**proof** 264:9
**propagate**
88:22 92:8
**propagating**
88:16 89:15
236:16
**proper** 122:9

properly
   207:16 219:7
property   22:22
proportional
   102:7
proprietor
   21:13
proprietorship
   21:25
protect   78:12
protected
   59:21 60:4,11
   68:12,14
protection
   136:1,6 140:3
   141:23 150:12
   154:18 155:21
   158:15,23
   220:2 269:11
prove   184:24
   279:17
proven   276:11
   276:22
proves   264:24
provide   47:1
   51:7 115:12
   141:3 150:12
   160:8,21
   180:10 181:11
   214:1,2 265:7
provided   9:23
   20:22 45:17,20
   47:21 48:2
   50:4 53:16,17

170:20,24
171:4 180:15
207:21 215:21
238:12 243:16
provides   28:5
   28:17 144:21
   172:2,14 213:6
providing
   276:2
public   1:24 9:3
   292:4 293:19
publication
   189:5
publish   205:1
published
   39:19 189:7,16
   190:10,19
   191:9
publishes
   148:21
pull   39:22
   58:22
pulse   13:8,12
purchase   15:24
   152:13 159:3
   159:13 163:11
purchased
   15:20 16:2
   147:22 154:25
   159:25 176:21
   182:4,7 183:7
   183:25 184:15
purchasers
   152:12

purchasing
   147:25 148:1
   181:25
purple   258:13
   258:15
pursuant   1:22
put   23:15 39:15
   51:4 53:6
   56:18 67:15
   90:25 91:7,11
   102:23 115:15
   115:18 116:1
   127:2 132:5,25
   134:14 139:13
   150:10 165:11
   166:12,14
   174:12,13
   176:6 177:25
   179:7 180:21
   184:4 185:18
   185:19,20
   186:20 192:4
   198:22 200:18
   200:19 201:17
   205:5 219:5,20
   220:25 253:18
   255:13 256:2
   256:14,19
   257:18 258:20
   259:3,5 260:4
   261:7,18,19
   262:4 265:9
   271:16 273:16
   274:8,9,15

281:2
puts   92:3
putting   86:25
   87:5 271:23

**q**

quality   159:2
quarter   93:18
query   194:21
   196:1 197:1
   200:3,11
question   10:16
   17:7,11,20
   21:18 24:6,24
   25:1 26:25
   27:1,9 29:18
   30:4,22 31:17
   31:18 34:5
   37:9 42:21,24
   43:1 45:6 47:3
   47:4 48:16
   54:8 62:19
   63:12,17 73:21
   77:20 82:20
   89:7 92:22
   95:8 96:17
   99:16 105:22
   106:9,10,11
   107:22 108:1
   108:11 109:8
   109:16 111:15
   112:1 116:11
   119:9,10 120:3
   120:11 122:14

[question - read]

123:10 124:2
125:20 126:16
127:22 130:15
131:12 133:15
134:11 135:9
135:16 140:13
140:15 141:5
146:8,18 151:7
155:13,25
156:4 160:12
170:14 173:22
175:4,7 176:24
176:25 179:3
179:13 181:19
191:10 192:6
192:12,14,20
192:22 194:4
194:15 195:6
195:15 196:6
201:11 204:15
207:16,17
208:12 212:5
212:19,20
214:5 215:4,19
216:1 218:23
222:6 230:1,4
230:5,6 231:3
234:3,5 241:20
243:24 245:14
246:5,6 251:12
258:6 259:1
263:4 264:14
264:15 265:13
265:22 267:4,6

270:2 271:2
273:4 278:9
284:6 287:3
**questioned**
209:8
**questioning**
43:21 273:23
**questions**  9:21
18:15 21:16
30:24 31:15,19
88:14 135:12
184:25 231:2
251:10 254:14
270:5 289:24
290:13 291:11
**quibbling**
265:3
**quickly**  129:13
171:15 249:7
250:3,18
**quinn**  36:10,13
**quite**  52:14
56:22 106:17
243:6
**quiz**  251:10
**quote**  67:22
68:2
**quoted**  54:21
54:24

**r**

**r**  2:1 7:1 255:9
292:1 295:3,3

**radiant**  76:1
245:6 246:13
**radiate**  247:5
**radiates**  75:17
78:6
**radiating**  75:23
77:10 243:8
**radiation**  79:2
243:17,18,21
245:9 247:7,11
247:12,15
**raise**  206:10
**raising**  206:9
**ran**  153:24
280:25
**random**  196:17
200:21
**range**  122:3
143:14 189:4
**rapid**  107:5
122:12
**rate**  107:7
108:10
**rather**  290:17
**ray**  90:1 184:3
**rays**  41:11
226:22
**rc**  163:19
**reach**  125:13
125:21 126:19
230:23
**reached**  237:24
245:25

**reaches**  85:16
246:9 260:18
260:21
**react**  232:14
**reacted**  64:13
**reaction**  107:7
107:10 108:10
109:7,24 110:1
110:4,10,19,20
110:24 111:10
112:5,20
113:11,16
114:5,6 120:18
221:19 228:3
246:8 257:3
**reactions**  29:12
107:3 111:24
120:7,25
**read**  42:23 43:2
59:1,23 61:25
67:23 68:11
70:2 81:20
82:6 84:22
101:15 103:1
103:15 108:4
109:2 115:8,13
115:14,25
122:23 123:24
149:11,13
156:4 165:12
169:3 175:3,5
197:22 198:4
198:25 199:3
209:25 229:19

[read - referenced]                                                    Page 55

229:23,23
230:5,11,16
231:17 232:20
232:23 233:14
239:23,24
244:4 256:6
257:23,24,25
266:8 276:17
277:9 278:4
279:2,11,24
280:16 284:3
291:14 293:5
294:9
**reader**  60:1
**reading**  58:8
  74:4 111:11
  169:1 191:22
  192:2 230:15
  242:15
**reads**  276:9
**ready**  19:7
  269:25
**realize**  210:13
  259:8
**really**  13:13
  24:4 25:18,23
  29:2 30:2 36:6
  56:21 77:20,22
  97:4 147:20
  162:3 166:12
  169:6 179:1,1
  185:17 192:6
  192:18,18,19
  192:22 193:15

197:8 206:15
206:15,16,23
206:23 215:14
216:22 219:21
220:15 232:5
232:13 236:21
240:21 241:4
243:7 245:8
250:18 261:14
272:11 273:14
274:21
**rear**  93:15
**reason**  61:6
  77:13 116:1,2
  138:7 170:8
  175:6,20
  184:20 185:1
  191:12 206:13
  215:11 216:5
  294:11 295:6,9
  295:12,15,18
  295:21
**reasonable**
  103:2 123:25
  202:18 203:17
  252:3 276:3
**rebuttal**  5:13
  5:15 255:8
**recall**  30:3,12
  46:18 54:6,14
  54:20 55:7
  58:7,8 68:20
  87:3 95:17
  96:20 104:20

115:3 135:4
144:16 183:6
208:7,8 239:22
239:23 267:15
269:16 270:13
270:15,18
277:12 287:22
287:24
**recalled**  66:25
  67:5
**receipt**  294:17
**receive**  209:13
  270:10
**received**  48:19
  76:6
**receiving**  101:3
**recently**  10:4
  40:16 115:21
  116:2
**receptacle**
  288:9
**rechargeable**
  25:4 151:14
**recite**  56:3
**recognize**  55:5
  79:11 195:9
  222:4
**recognized**
  154:24 155:4
  175:21
**recollection**
  25:17 181:4
  209:23,24
  240:10

**reconsidered**
  74:5
**reconstruction**
  20:7
**record**  8:2,8,21
  9:6,8 50:12,15
  67:23 98:4,7
  100:13 119:20
  119:23 120:1
  144:1,4,7,7
  181:6 188:21
  188:24 213:22
  235:3,5,8
  258:1 275:12
  275:16 289:4,7
  290:6,9 291:17
  291:24 292:9
**recorded**  8:9
**recording**  8:6
**red**  192:19
**reduce**  35:6
**redundant**
  144:12
**refer**  114:20,22
**reference**  4:18
  4:20,22 5:7
  117:19 122:24
  168:3,16 171:6
  171:20 172:19
  269:10
**referenced**
  53:10 255:7
  294:6

**references**
104:8 117:24
170:20
**referencing**
164:8
**referring**  6:8
27:18 50:25
54:16 173:13
207:13 243:25
257:16
**refers**  60:4
**refresh**  209:23
**regard**  17:3
19:20 23:19
35:12 45:21
48:10 56:9
60:25 111:16
158:21 221:14
267:22
**regarding**
62:24
**regardless**
121:11
**regulation**
259:24
**regulations**
259:25
**related**  33:8
34:17,25
158:14 243:23
292:12
**relative**  193:13
263:19

**relatively**  90:25
140:9 157:1
**release**  109:1
113:24
**released**  20:5
**relevant**  101:17
243:2
**reliable**  165:14
**relied**  19:23
**rely**  20:8 37:24
281:24
**relying**  231:14
262:2 264:16
280:18,25
**remains**  88:1
140:9
**remember**  22:7
22:25 26:20
29:13 31:22
39:7 46:3 47:7
48:21 49:2,3
49:24,25 50:7
51:2 55:2
81:16,18 93:12
94:3 97:14
100:19,20
102:3 116:17
116:24 154:1,4
159:22,23
173:9 239:16
240:12 241:2
241:23,24
242:4,15,17
244:10,11,16

247:18 255:18
255:19 266:16
267:18,19,23
268:1,7 271:15
272:3,13 287:8
**remembered**
287:6
**remind**  82:21
270:3
**remote**  186:12
**remotely**  8:16
**remove**  220:15
**removed**
107:17 240:2
253:4 276:23
277:1
**removing**
278:1
**renesas**  132:14
132:16
**renown**  44:22
**repeat**  27:1
43:22 54:8
106:8 108:1
146:18 160:12
166:16 194:15
215:4 246:4,6
**rephrase**  141:7
141:9 261:24
**replace**  273:18
**replaced**  34:21
150:19 151:15
185:25

**replacement**
152:13 154:16
154:24 155:19
175:25 180:19
180:20 181:25
182:5,6 187:12
**replacing**
178:23 180:18
272:24 273:5
**replicate**
210:17
**report**  3:13,18
5:13 30:8 40:7
47:21 48:2,4,5
48:9,19 49:6
50:17 52:6,11
52:17,20 53:12
54:2,11,19,24
55:2,4,10 57:5
57:17,20 58:1
61:4,18 62:20
64:5,9,21,24,25
65:3 67:5,10
67:15,19,24
68:15 69:4
72:14 74:11,12
74:13,15 81:22
82:8,10 84:8
98:11,15
101:16 104:21
115:1,14,15
116:12,18
117:3,20 141:3
148:14,18

149:7 150:9
154:11 160:4
160:15 161:21
162:18 173:3
173:12 179:10
180:4,11,14
181:7 194:4,5
194:7 199:15
199:24 207:14
215:20,21
223:11 239:19
239:23 241:7
241:19,21
242:1,8,17,18
253:25 254:1,3
255:8 266:12
269:21 272:23
273:7 275:18
275:20 283:12
289:9
**reported**
  105:25 229:21
**reporter**  1:24
  8:18,22 9:5
  43:3 109:3
  119:13 252:22
  291:18,22
  292:3
**reporting**
  112:9
**reports**  62:21
  65:11,16 74:5
  105:15 106:18
  116:20,22

148:20 149:3
239:24,25
240:20 242:16
**represent**
  207:25
**representation**
  206:4
**representatives**
  156:20
**request**  47:9
  195:7,9
**requested**
  181:16
**requesting**
  47:15
**requests**  6:3
  181:21
**require**  32:24
  69:9 263:14
  268:25
**required**  18:18
  69:8 154:18
  155:21 202:3
  203:1 204:10
  204:12 205:19
  205:24 206:23
  216:9 219:16
  232:22 233:23
  234:11 246:10
  260:8,9 265:8
  265:9 293:13
**requirement**
  193:12 204:1
  205:13 206:5

206:12
**requirements**
  158:14 204:4
  204:16 234:17
**requires**  33:8
  141:18 189:21
**requiring**
  203:9,10
**requisite**
  230:23
**research**  10:22
  11:1,4,5,6,23
  12:8,11,11,16
  12:22 13:6
  39:13 78:9,13
  78:15 116:6
  197:25 198:3
  212:11 229:19
  232:19
**researched**
  124:5
**researchers**
  256:14
**reserved**  7:20
**resistance**
  134:8,9
**resister**  219:20
**resistor**  134:2
  270:23 271:17
  272:25 273:6
  273:18 274:7,8
  274:16
**resistors**  134:2
  271:23

**resolved**  66:9
**resolves**  139:18
**respect**  30:20
  43:12 290:14
  290:21,23
**respective**  7:5
**respond**  129:12
  195:9
**response**
  162:16,23
  163:19,20
  164:7,12
  194:21 195:7
  195:10 196:1
  197:2 200:4
**responses**
  266:20
**rest**  89:15 97:3
  110:25 136:22
**restate**  25:21
  176:7 274:25
**result**  67:1
  99:21 110:8
  120:6 154:12
  221:8,21 224:2
  241:5 248:8
**results**  265:2
**retain**  100:4
**retained**  19:21
  44:17 240:6
**retaining**  100:2
  100:7
**return**  294:13
  294:16

**[reveal - runaway]** Page 58

**reveal**  185:16
**reverse**  136:4
  136:14,15
  202:11 210:24
  211:2
**review**  32:7
  114:23 116:9
  116:15 170:20
  175:9 239:18
  241:7,20 242:7
  294:7
**reviewed**  6:9
  30:9 50:20
  53:7,10,22
  57:18 58:3
  62:21 64:8,21
  86:24 115:17
  115:20 116:10
  116:12 117:25
  127:20 161:5,7
  161:9 289:8,14
**reviewing**
  54:20 101:17
**revised**  169:19
  172:20
**revision**  4:8
  128:12,14,17
  128:18
**ridiculous**
  264:19
**right**  10:11,12
  17:20 26:23
  28:4,9 33:9
  34:3 35:10

36:1,12 37:5
37:16 40:18,22
41:23 42:9
43:11 46:11,19
48:13 49:4,7
54:21 55:7
57:11 58:18
60:23 63:16
64:16 65:1,6
65:19 70:5,20
71:23 72:3
76:3,11 77:16
78:8 79:24
80:20 82:18,25
83:6 84:2 85:4
87:3 95:7
104:2 106:21
107:18 109:20
111:13,19
112:21 114:19
114:21 115:9
118:2 120:17
126:24 127:6
132:7,9 133:5
133:9 134:20
135:16 136:24
137:5,15 138:4
139:2,25 141:4
145:10 146:4
147:9,16 149:9
150:17 152:23
153:3 158:6,23
159:19 161:24
162:4,9,12

163:4,13
166:15 180:4
180:17 181:1,4
182:12,18,23
189:3 190:14
194:2,13,25
195:22 196:3
196:19 198:17
202:21 206:10
207:19 213:1
233:19 235:16
236:19,24,25
238:9 240:13
245:13 246:3
254:8,12
256:20 258:3
258:16 261:10
263:18 267:17
267:21 279:3
279:10,10
290:2 291:6,12
**rights**  148:2
**rise**  221:9
  263:10,13,14
**risk**  140:25
  224:3
**road**  2:5
**rochester**  2:5
**role**  35:14
  43:12 51:25
  52:2
**roles**  14:21
**roll**  231:20
  240:10

**room**  47:3
  48:24 55:23
  56:17 66:20
  74:18,25 75:2
  75:6,18 76:5
  78:21 89:16
  91:20,20,20
  92:14 94:19,23
  127:1 225:16
  237:16,25
  239:3 240:25
  249:18 252:1
  259:3,6,21,23
  260:4,6 261:6
  261:9 262:11
  262:18,20
**rooms**  48:24
**root**  111:9
  113:18
**rough**  26:24
**rule**  62:11
  69:21
**ruled**  62:7
  65:22 78:24
**rules**  10:6
  264:4,5
**ruling**  61:21
  67:24
**run**  86:20
**runaway**  3:19
  3:21 26:14
  27:6,14 29:8
  29:12,24 31:4
  32:9 33:1,10

**[runaway - saying]** Page 59

| | | s | **satisfied** 18:17 |
|---|---|---|---|
| 34:12,18,25 | 136:17 140:25 | | **saw** 29:21 45:3 |
| 35:6,15,21,22 | 142:15,23 | **s** 1:4 2:1 5:11 | 54:13 58:23 |
| 35:24 36:5,15 | 143:1 220:3,7 | 7:1,1 8:10 | 59:15 65:11 |
| 36:16,20,23 | 220:14 221:11 | 177:7,7 255:9 | 81:23 83:23,25 |
| 37:6 39:15 | 221:19,22 | 255:9 295:3 | 94:14 95:11 |
| 64:14 70:1,3,5 | 224:6,12 225:4 | **safe** 122:2 | 96:21,24 97:4 |
| 70:12 72:9,21 | 225:8,24 226:4 | 143:14 | 149:14 159:20 |
| 74:6 78:20,20 | 226:5,9,20,25 | **safety** 32:10,24 | 171:11 188:5,6 |
| 78:22 79:4 | 227:12,15,20 | 33:6,8,13 | 193:7 207:20 |
| 86:19,21 87:1 | 228:1,3,5,18,19 | 34:10 35:5,13 | 211:14 238:22 |
| 87:10,17 88:3 | 229:6,20,24,25 | 35:23 37:13 | 238:24 240:20 |
| 88:5,7,19,25 | 230:12,24 | 38:6,14,23 | 248:10 272:4 |
| 89:9,10,11 | 231:6,12,15,18 | 97:7,17 105:14 | 275:3 286:17 |
| 90:17,23,24 | 232:6,21,25 | 105:16 106:5 | **saying** 10:9 |
| 91:7 92:16,25 | 233:10,15,24 | 131:5 135:22 | 68:23 69:2 |
| 94:7,22 95:4,5 | 234:24 235:12 | 136:1,9 154:17 | 70:23 71:3 |
| 95:13,19,21,23 | 236:1,4,14,18 | 154:25 155:20 | 72:13 73:9 |
| 96:14 97:16 | 237:21 242:23 | 156:10 157:6 | 75:22 76:1 |
| 99:8,13,21 | 246:1,8 247:17 | 157:13,24 | 78:17,18 79:1 |
| 100:14,17,23 | 248:1 255:13 | 158:14,15,20 | 82:15 85:17 |
| 101:1,4,7,23 | 257:10,12,20 | 158:22 161:15 | 86:5,5,7 87:19 |
| 102:2,3,14 | 259:7 260:19 | 165:25 204:19 | 88:3,4,18 89:1 |
| 107:2 108:18 | 260:21 261:20 | 204:21,22 | 89:8,13,14,21 |
| 108:18 110:9 | 262:5,24 265:9 | 209:15 211:23 | 95:6 97:18 |
| 111:2 113:7,9 | 268:12,21 | 220:6 224:10 | 100:7 107:14 |
| 119:2,7 120:12 | 269:5 | 226:7 259:24 | 112:16 113:11 |
| 120:16,21,24 | **runaways** 5:17 | 259:25 268:10 | 113:17 124:20 |
| 121:2,21 122:5 | **running** 87:13 | 268:22 269:6 | 125:11,15 |
| 122:16 123:15 | **runways** | 270:25 | 134:22 155:9 |
| 124:5,10,15,23 | 234:12 | **salary** 11:24 | 155:10,16,25 |
| 124:25 125:8 | **rupture** 108:24 | **sale** 179:19,21 | 160:3 165:19 |
| 125:14,22 | 113:23 | **samsung** 27:23 | 169:6 174:1,10 |
| 126:9,11,20 | **ruptured** 249:1 | | 176:8,11 |
| 127:3 136:11 | | | |

**[saying - scientifically]**                                        Page 60

| | | | |
|---|---|---|---|
| 180:14 184:11 | **says** 22:9 37:5 | **scenario** 19:20 | **schemes** 4:13 |
| 187:19 191:8 | 50:21 52:20 | 29:21 91:8 | 149:8 163:16 |
| 193:5,12,17 | 57:8 58:6,12 | 93:3 101:1 | 171:2 178:25 |
| 195:17 196:16 | 58:20 61:20 | **scenarios** 20:10 | 199:20 202:24 |
| 196:24 197:1 | 81:22 90:12 | **scene** 18:25 | 280:24 |
| 197:13 198:18 | 105:13 106:24 | 19:3,3,6,11,12 | **school** 15:4 |
| 200:7 201:15 | 108:22 110:18 | 19:17,22,23 | **schwarz** 2:6 |
| 201:21 202:2,6 | 111:17 113:20 | 20:4 41:8 42:1 | 3:4 9:17,19 |
| 202:8 203:16 | 114:9 118:6 | 42:6 43:24 | 26:18 33:23 |
| 204:3 206:11 | 120:4 121:19 | 44:3,4 45:3,14 | 34:3 42:17,22 |
| 207:23 208:10 | 122:1,7 130:20 | 46:4,6,8,10,12 | 43:15 50:9,16 |
| 210:3,21 | 131:7,9,13 | 48:23 49:12 | 51:12 63:23 |
| 215:12,22 | 133:17,21 | 52:5,16 58:3 | 64:4 82:5,9,13 |
| 220:24 221:1 | 135:21,24 | 64:8,18 65:7 | 82:18 90:21 |
| 222:7,23 | 136:2 137:13 | 65:12 72:3 | 96:4,7 98:2 |
| 223:12 228:16 | 138:1 141:11 | 92:2 286:9,11 | 109:14 112:3 |
| 230:19 232:12 | 145:1 151:12 | 286:23,24 | 127:18 135:7 |
| 232:23 233:14 | 154:11 158:11 | 287:20 | 143:20,25 |
| 233:16 234:4 | 158:25 171:10 | **scenes** 18:20 | 155:15 157:19 |
| 240:9 245:10 | 186:20,21,21 | 51:20,22 | 187:17 188:16 |
| 246:25 249:21 | 189:8 190:1 | 252:18,20,25 | 192:6 212:4 |
| 249:25 251:21 | 199:19 205:3 | 253:1,4 | 218:19,22 |
| 259:19 260:3 | 208:2,22 215:3 | **schedule** 11:16 | 253:21 254:2 |
| 262:10,16,24 | 217:12 243:25 | **schematic** | 273:22 275:9 |
| 262:25 263:17 | 244:4,22 | 135:13 | 288:24 289:23 |
| 263:21,25 | 283:22 | **schematics** | 290:4,17,19 |
| 264:9 265:2,24 | **sbs** 5:9 | 135:15 | 291:10,11 |
| 266:11 271:20 | **scan** 11:8 41:13 | **scheme** 162:16 | **science** 10:22 |
| 276:20 277:5 | 41:18 241:21 | 162:23,25 | 123:22 |
| 277:15,17 | 242:8 | 163:12 167:25 | **scientific** 87:6 |
| 278:3,22,23 | **scanning** 12:1 | 169:11,13 | 283:23 285:13 |
| 279:16 283:3 | 242:3 | 195:3 210:13 | **scientifically** |
| 285:25 286:23 | **scans** 241:19 | 210:16 276:12 | 276:11 |
| 288:16 290:23 | 242:18 | | |

**screen**  58:25
  69:6 70:11,14
  70:18 71:1,4,5
  71:16 72:6,8
  73:3,6 74:10
  76:5,17 81:25
  82:24 91:22,25
  160:9,22 208:6
  208:17,25
  247:2 248:23
  250:8 251:5,9
  251:17 252:14
  253:6,7,11
  254:4 256:3
**se**  117:19
**sealing**  7:7
**search**  115:4
  175:16
**second**  55:13
  58:11,19 78:24
  118:4 120:16
  162:17 165:10
  173:15 194:12
  213:11 256:24
  291:18
**secondary**  92:4
  269:11
**seconds**  119:9
  137:25,25
  141:13
**secret**  166:1
**section**  52:19
  56:12 67:22
  68:11 98:16

  105:8 128:9
  130:19,22
  133:17 135:21
  137:10 141:24
  168:24 169:3
  172:2,13,21
  194:12,20
**sections**  142:6
**secure**  163:9
  165:9 190:6
**security**  4:13
  149:8 189:14
  189:23 191:3
**see**  36:14 52:17
  52:22 55:22
  58:6,16 59:13
  60:7 61:15
  64:25 66:21
  68:17 69:4
  71:15 76:17
  77:12,16 81:14
  82:15 83:9
  84:21 85:9,9
  86:16 88:1,5,9
  92:1,2 94:24
  95:9 105:6,10
  105:21 107:9
  118:15 119:14
  121:18,24,25
  124:4 126:5
  127:6 129:23
  133:19 135:13
  136:7 140:4
  143:21 146:3

  147:1,1 148:15
  163:1 168:25
  169:2 171:9,20
  172:7,19 173:2
  173:19,20
  180:24 184:5
  194:10 197:8,8
  197:9 208:9,25
  210:2,2 213:21
  215:13 219:6
  222:4 238:17
  241:19 242:5
  248:5,19
  255:11 256:11
  257:5,14,15
  272:9
**seeing**  56:17
  87:22 94:25
  117:1 159:23
  240:10 241:24
  242:4 271:15
  271:23
**seem**  65:25
  287:23
**seemed**  29:14
  198:19
**seems**  78:23
  95:18 158:4,5
  202:15
**seen**  61:16,17
  61:18 70:6
  87:7,7 94:7,12
  95:12,19,20,23
  100:3,17,22

  101:13,13
  106:20 148:17
  148:20 164:21
  229:22 230:11
  230:14 240:13
  248:8,17
  266:24 271:8
  271:14,22
  272:1 273:12
  274:5
**selected**  28:3
  44:3
**selection**  42:13
  43:6 44:17
**selections**
  20:20
**selectively**
  247:12
**self**  101:23
  108:23 113:22
  114:6 221:10
**sell**  158:2
**selling**  191:4,5
**send**  31:19
  163:2,3,13
  248:12 254:21
  255:2 270:24
**sending**  274:1
  274:9,11,12,13
**sends**  200:25
  201:2
**sense**  18:12
  89:17 90:15,15
  122:24 123:19

129:2 133:17
191:2 210:23
264:3
**sensing**  271:9
**sensitive**
189:14
**sensor**  133:23
134:10,17
**sent**  50:22
201:2 269:14
272:25 294:14
**sentence**  82:16
106:24 109:6
109:12,13,17
113:20 118:15
120:4,16,20,24
121:7,7,8,18,24
141:6 156:4
158:25 173:16
**sentences**
106:23
**separate**  278:6
278:7
**separated**
121:22
**separator**
101:19,21
111:6 231:18
231:19 232:3
233:1,2,6
**sequence**  195:4
229:17,19
**series**  118:9
127:22 144:13

168:5 171:16
171:17 172:23
182:11 267:13
267:13
**serious**  178:18
178:23
**seriously**
226:25
**service**  3:14
53:11 54:1,17
54:20 55:4
57:22 67:5,13
67:23 68:16
81:16,22 82:23
86:13 89:16
**set**  4:11 77:21
92:13 93:17
144:20 292:8
292:17
**sets**  204:4,16
217:3
**setting**  277:4
**settings**  137:8
**seven**  130:6,8
132:8 250:14
**several**  11:8
12:18 74:3
112:18 118:19
124:25 151:5
173:6
**severe**  80:19
**sha**  163:20
164:13 165:1,4
165:8,8,11,13

165:24 166:3,5
166:21,21
167:5 169:11
169:24 170:16
171:11 172:3
172:15,24
187:3,18 188:9
189:1,18,19
190:4,6,6,13,21
191:3,15
192:11 193:2,6
193:9,21,25
194:8,24
195:17,19
196:3,8,17
197:19 199:5,7
199:10,12,24
200:6,10,18,20
202:20 203:18
211:5,7 276:21
278:2 280:19
280:24 282:1,6
282:20,24,25
283:1,13
290:19,24
291:4
**shape**  162:9
222:3 243:21
**shapes**  162:6
**share**  208:17
**sheet**  212:13
294:11
**sheets**  244:21

**shelf**  58:22
76:20,23 78:11
**shelves**  77:12
**shock**  204:22
**shopped**
179:22
**short**  3:15
50:13 98:5
101:22 110:23
118:12,20
119:24 136:5
158:15 188:22
235:6 275:13
289:5 290:7
**shorter**  149:25
261:18
**shorthand**
292:3
**shorting**  233:8
**shortly**  122:13
**shorts**  102:1
232:10 233:9
**show**  72:19
119:20 147:5
147:17,17
173:10 185:2
207:11,25
252:13 262:3
265:10
**showed**  59:19
60:11 227:6
242:8
**showing**  148:18

**shown** 82:2
84:1 252:8
**shows** 68:24
79:16,18,22
81:10 83:3,21
123:2 248:11
**shrinking**
151:2
**shut** 141:19
143:9 270:11
272:21
**sick** 232:13,13
232:15
**side** 79:24 80:1
80:4,5,10,13,14
80:17,19,20
81:7 84:4
148:5 229:1
253:12,14
254:8,8,11,12
254:13,14
**sides** 229:5,6
247:14
**sign** 291:15
294:12
**signal** 163:2,3,4
163:13 269:14
270:9 273:1,1
274:1,9
**signals** 163:4
**signature**
292:22
**signed** 7:11,14
294:19

**significant**
268:19
**significantly**
103:10,25
151:5
**silence** 119:8
**silenced** 55:22
**similar** 93:8,13
93:21 97:8,22
167:18 171:9
214:8 245:7
**simple** 78:18
**simplest** 162:2
**simply** 184:4
185:2 240:24
285:25
**simultaneously**
227:15
**single** 136:18
200:21
**sit** 102:18
263:17 269:3
**sitting** 49:3
55:7 87:2
95:17 115:9
121:8 147:16
181:1 193:18
198:16 215:12
240:12 251:25
267:17
**situation** 30:3
121:3,4 227:12
263:23 265:17
265:17

**situations**
38:20
**six** 31:6 132:10
132:11 145:21
145:24 146:10
216:21 225:3
227:5 228:4
250:14 267:18
267:25
**skaggs** 177:6
**sketch** 49:14,15
**sketches** 6:6
47:3,5,10
48:23
**skills** 279:12
**skimping**
157:13
**slightly** 28:24
**slow** 220:21
**sluu264a**
171:10
**small** 11:25
15:5 90:25
92:6 101:24
252:8,13
**smart** 4:9
128:12,16,19
128:21 129:1,7
129:16 130:9
**smithsovik.c...**
294:2
**smoke** 55:21
56:16 240:24
240:25 241:5

243:12,19
**snippy** 241:15
**societal** 153:13
153:20
**sodus** 41:4
**software** 22:25
189:22 277:2
279:13
**solder** 216:17
216:18 223:17
**sole** 21:13,25
**solid** 120:8
**solution** 5:20
**solutions** 21:2
21:22 22:12
294:23
**somebody** 18:7
19:9,11 28:15
36:18 37:5,24
94:16 113:14
115:24 123:21
142:24 218:14
218:15 235:22
244:5,6,7
265:15 272:12
278:24 282:18
**somebody's**
96:24 101:16
101:16
**soon** 190:18
**sophisticated**
163:15,20
166:5 167:6
198:13

**sophistication**
  198:18
**sorensen** 118:3
  121:14
**sorry** 24:5,23
  40:24 44:14
  52:1 53:3 54:7
  67:4 71:12
  82:9 89:8
  98:18 109:4
  120:2 128:14
  128:15 129:23
  129:25 130:5
  132:11 140:12
  160:11 180:13
  190:16 193:24
  194:14,18
  199:21 200:8
  203:14 208:13
  213:15 217:17
  222:25 241:13
  245:15 253:24
  266:12 267:3
  268:4,25
  272:15 274:22
  286:13
**sort** 11:24
  16:14 17:13
  18:12 19:1,4
  23:11 25:14
  29:2 35:25
  36:7 37:23
  51:2 79:19
  122:20 126:10

  139:16,20
  144:12 166:4
  166:18 178:25
  185:9 192:19
  202:11 225:9
  229:15 232:12
  237:10 248:21
  271:3 278:10
**sorts** 39:14
**sound** 248:6
**sounded** 246:7
**sounds** 120:25
**source** 45:9,13
  74:23 101:3
  102:15 123:25
  220:15,16
  237:20 238:19
  242:20 255:14
  262:4
**sources** 13:3
  124:10,15
  238:23 261:19
**south** 2:5
**speak** 18:6
  155:7 254:18
**speaking** 10:9
  63:6,10
**spec** 216:9,9
**specced** 169:23
  170:15 171:16
  172:22 182:14
**special** 14:4
  222:3

**specialists** 36:9
**specialized**
  17:2
**specialty** 16:12
  18:8 36:5
  37:12
**specific** 87:3
  104:14 111:3
  231:5 239:9
  256:7 267:7
  271:15 287:6
**specifically**
  33:13 136:17
  199:4 230:2
  280:23 282:5
  290:20
**specification**
  4:7,9 28:5,16
  32:11,20,22
  34:24 36:25
  38:7 127:21,21
  128:1,5,11,12
  128:20,22
  129:2,16
  130:10,19
  132:2 133:21
  137:9 141:18
  141:25 145:20
  182:10 212:22
  213:3
**specifications**
  33:12 129:8
  133:6 158:16
  214:14

**specifics** 137:7
  137:8
**specified** 143:8
  212:22
**specked** 168:3
**specs** 168:18
  283:13
**speculation**
  128:17
**spelled** 111:10
**spend** 129:14
**spent** 11:19
**spit** 197:9
**spoke** 45:10
  287:22
**spot** 85:11
**spread** 59:21
  60:12 86:10,14
  228:6 230:22
**spreads** 86:2,3
  230:13
**sprinkler** 92:2
**stab** 66:24
**staff** 16:1
**stage** 122:2,4,4
  122:10,10
  123:3,4,4,4,5,6
  123:8,8
**stages** 121:23
  122:15
**stain** 243:12
**staining** 240:24
  241:6

**standard** 126:2
126:6 130:10
130:11,13
142:19,20
170:10 173:8
173:23 175:9
176:13 177:18
203:8,10
204:24 205:2
206:17,21
234:15
**standards** 126:1 189:6
205:1
**standpoint** 252:4,5
**stands** 165:9
**staples** 1:11
8:12 293:1
294:4 295:1
**start** 55:18
57:13 168:12
212:5 233:15
262:11,20
**started** 14:15
16:7 19:12
23:5,5 28:22
32:2 86:8,10
90:13 91:19
109:17 157:17
178:1 237:25
238:6,6 240:17
259:10,18,19
259:21

**starting** 60:17
85:12 106:5
236:15 263:24
264:2,5
**starts** 10:9 20:7
75:5 86:1
90:10 109:18
110:18,24
114:6 226:9
230:13 247:2
250:15 260:15
260:17,23
262:18
**startup** 195:4
**state** 1:24 9:3,6
9:8 140:7
177:12 292:4
**statement** 5:15
54:2,11,25
77:6 84:9
106:5 108:4,12
108:14 111:3
111:16 112:12
112:15 113:3,4
150:25 166:5
200:9 228:17
266:5,16 289:9
289:11
**statements**
55:11 56:11
**states** 1:1 8:12
84:16 111:11
128:10

**stating** 68:5
284:20
**stationery**
250:2
**status** 11:12
48:2
**stay** 39:23
223:3
**staying** 121:13
**steady** 272:25
**stenographic**
8:21
**step** 163:5
181:18 211:2,2
**stephen** 2:6
**stepped** 113:14
**steve** 3:18 5:13
9:19 33:18
82:3 112:2
119:15 155:13
164:1 207:1,10
**steven** 192:4
**stick** 33:9 109:5
**stipulated** 7:3
7:18
**stop** 91:4
189:14,15
220:12,13,18
220:19,20
221:5 234:7
264:18 274:6
**stopped** 123:9
**storage** 100:10

**stored** 102:7
124:24 257:1
**strapped** 219:9
**street** 2:9
**structural** 36:2
**structure** 37:7
189:21
**stuck** 233:6
**students** 12:15
13:1,14 14:5
**studied** 132:19
149:12 164:24
232:20
**studies** 123:21
265:5,14,16
**study** 3:19,21
229:14 240:23
255:8 258:18
262:3 278:1
**stuff** 37:25
76:19 77:18
111:5,11
113:15 115:18
117:14 157:17
166:1 171:11
189:17 191:1,4
193:7 198:12
237:13 258:13
286:17 287:25
**style** 23:13
**styrene** 69:13
**sub** 164:5
**subject** 79:14
84:17 135:6

**[subject - system]**                                    Page 66

| | | | |
|---|---|---|---|
| 171:17 211:13 | **suite** 2:5 | 37:8 40:3 | 83:24 84:2 |
| 280:11,12 | **sum** 187:10 | 41:18 44:10 | **surprise** 106:12 |
| **subjected** | 224:9 | 46:25 47:4 | 106:16 |
| 241:6 | **summarized** | 48:15 49:21 | **surprised** |
| **subparagraph** | 55:9 | 50:9 51:6,8 | 103:17,20 |
| 113:12 | **summary** 56:6 | 52:8,14,25 | 147:15 159:25 |
| **subscribed** | **super** 250:7,12 | 54:9,15 56:22 | 216:6 242:14 |
| 293:14 | 250:13 | 72:25 73:20 | 264:12 |
| **subsequently** | **supplied** 27:14 | 82:19 92:18 | **surrounding** |
| 20:2 | 28:3 29:16 | 93:11 95:1,5 | 107:13 125:5 |
| **subset** 24:2 | 66:13 | 100:19 101:12 | 125:17 246:20 |
| 157:9 | **supplier** 146:14 | 101:13 115:2 | **surveys** 18:21 |
| **substantiate** | **supplies** 13:6 | 119:5 121:5,5 | **survive** 126:8 |
| 160:18 | 14:3 22:10,14 | 121:6 128:18 | 142:22 |
| **substitute** | 23:8 | 130:8 134:12 | **survived** 143:5 |
| 177:25 | **supply** 47:11 | 136:15 138:8 | **suspected** 29:5 |
| **subway** 15:13 | 47:12 154:16 | 138:23 140:16 | **suspicious** |
| **succeeded** | 155:19 | 143:14 146:19 | 239:7 |
| 165:22 | **support** 16:1 | 153:9 154:22 | **sustained** 81:1 |
| **successful** | 116:16 255:16 | 159:16,20 | **sustaining** |
| 165:18 | **supporting** | 160:13 164:9 | 221:10 |
| **sufficient** 76:1 | 14:23 | 165:22 168:11 | **swear** 8:22 |
| 127:2 242:22 | **suppose** 37:2 | 171:5 179:1 | **switch** 138:24 |
| 245:17,21 | 67:11 186:12 | 180:18 182:8 | 138:25 139:5 |
| **sufficiently** | 262:8 | 183:8 193:11 | 141:14 142:12 |
| 251:16 | **supposed** 67:9 | 204:18 207:18 | 193:4 214:9,15 |
| **suggested** | 111:5 140:13 | 209:25 211:15 | **swore** 277:17 |
| 219:23 272:17 | 141:13 145:9 | 223:7 226:3 | **sworn** 7:12,14 |
| **suggesting** | 218:11 226:10 | 243:6,9 250:19 | 9:2 292:8 |
| 222:15 252:3 | 273:13 278:22 | 252:9 261:23 | 293:14 |
| **suggestion** | **sure** 10:24 17:7 | 269:22 274:2 | **synopsis** 55:10 |
| 42:20,22 43:12 | 18:16 21:17 | 287:18,18 | **system** 36:22 |
| **suggests** 219:11 | 25:21 26:10 | **surface** 59:5 | 37:13 132:6 |
| 261:16 | 27:2 29:13 | 81:7,12 83:5 | 139:21 144:12 |

150:19 162:15
164:18 165:18
167:17 169:24
172:3 173:5
186:9 187:1
191:15 194:8
197:19 199:5
199:12 205:5
207:4 208:5
211:7,7,12
212:7 214:22
215:23 220:6
220:13 229:24
269:11 270:22
270:25 272:24
273:2 276:21
277:20 279:19
280:20 281:15
281:21 282:1
282:20 283:2,4
283:15
**systems** 15:13
15:13 138:3,14
160:6,19
161:23 163:10
165:1,17
167:16 174:3
175:11,18
176:12,22
177:17 202:20
204:5 272:1
277:10 278:2

**t**

**t** 7:1,1 292:1,1
295:3,3
**tab** 40:1,6
52:24 57:3,6
67:20 79:7
81:5 82:4,5,7,8
97:25 98:9
104:5,10,11
114:17 121:13
121:14 127:11
127:17,18
129:13 130:19
144:8 145:20
145:25 146:5
148:10 168:1,9
168:10 171:19
172:8,17
173:12 194:5
212:16 213:14
213:17,20
254:19 255:3
275:18
**table** 129:24
217:12 255:22
256:4,6 266:10
**tabs** 130:7
**take** 8:6 10:13
10:17 30:1
50:8 51:10
72:11,14,18
98:1,2 129:3
143:19,22

168:1 171:19
181:20 184:3
186:19,23
187:15,20
188:14,17,18
191:6,17
193:22 212:16
222:22 223:20
235:1 238:23
238:23 250:25
255:24 261:1,2
262:21,23
263:22 273:21
275:9
**taken** 1:22 7:16
17:18 45:18
50:13 51:9
54:3,4,11,25
72:1 98:5
113:17 119:24
144:5 188:22
235:6 240:3
242:7 275:13
289:5 290:7
**takes** 228:20
241:17 247:8
255:12
**talk** 27:16 45:1
45:7,24 46:7
67:17 69:7
99:4 119:17
137:18 199:10
200:16 223:17
236:15 253:19

286:7 287:2
**talked** 46:16
68:12 84:3
96:6,8,9
127:24 144:12
145:19 158:23
187:18 214:9,9
266:24 278:4
286:16
**talking** 46:3,6
48:12 64:18
67:6 71:7 82:4
120:23 121:1,1
135:5 149:20
157:15,16,19
158:21 164:10
164:23 169:4
193:14 194:11
194:23 195:11
199:4 202:22
202:24 243:7
249:8,9 282:7
288:2
**talks** 64:5
109:6
**tape** 219:10
**taste** 156:23
**taught** 14:2
**teach** 14:1
**team** 18:6
57:22 58:23
81:23
**technical** 4:18
4:20,22 5:7

13:4 138:24
168:2,15
170:19 171:6
171:20 172:19
**techniques**
3:22
**technologies**
22:19
**technology**
8:16 189:6
202:3,16,17
**television** 91:22
91:24,25 93:17
**tell** 11:3 12:7
24:9 25:9 34:9
34:13,19 50:24
66:3,6 75:3
77:5 84:24
91:8 95:24
96:20 97:7
103:16 115:8
125:2,5,19,25
135:14 137:3
138:11 147:3
156:25 166:13
168:7 177:16
179:24 181:2
186:24 187:7
188:7 189:12
192:20 197:7
198:2,16
216:15 217:9
221:4 228:22
229:16 231:10

234:11 237:17
240:21,24
241:5 244:9
263:18 266:3
269:20,25
273:10,12
285:18
**telling** 109:14
185:12 245:2
255:20 274:6,7
287:24
**tells** 205:25
**temperature**
33:16 69:7,9
69:24 75:22
107:5 114:7
122:3 123:5,7
124:19 125:3,4
125:12,16,16
125:20 126:12
126:14,18
127:1 129:6,11
129:12 131:18
133:17,23
134:9,10,15
136:4,14,20
141:23 142:5
142:10,15
143:2,4,8
145:4,16
158:22,23
214:17 218:13
218:13 219:1
219:10,21

220:11,17
221:3,9 230:21
230:24 231:5
231:14 232:22
233:9,16
234:20,23,25
245:2,3,25
246:2 250:17
255:12 257:2
258:19 259:3,6
259:21,23
260:4,8,9,18,20
261:7,17,18
262:4,9,11,21
263:7,10,12,14
265:7 269:14
270:24 272:17
272:19 273:1
273:14,15,20
274:14,17,18
274:20,21
**temperatures**
123:3,11,13,14
124:6,14,20,21
125:1,6 231:8
231:11 233:23
234:11,16
246:9 247:4
263:25 271:19
275:5
**tempted** 122:21
**ten** 28:24 29:3
30:5 38:12
39:5 97:10

100:5 102:18
103:9,16,17,21
103:25 126:7
142:21 157:17
234:19 266:25
**term** 134:1
**terms** 17:6,8
24:6 27:9 37:1
141:5 210:12
274:13
**terrible** 212:4
**test** 87:7 126:1
126:4 174:21
174:25 180:11
188:3 234:15
264:8 281:6,24
**tested** 103:16
126:12 142:25
143:5 183:2
184:5 234:17
234:18 255:10
**testified** 9:4
55:20 247:16
278:23 279:25
281:11 283:25
**testify** 67:9
**testifying** 52:6
56:14
**testimony**
47:18 55:11,16
70:9 71:2
179:6,8 207:10
207:11 208:1
233:21 235:10

254:3 277:9
279:2,24 280:2
281:16 283:11
290:14 292:10
293:8 294:9,17
**testing** 142:20
184:21 185:16
**tests** 22:23
41:16 174:21
174:24 211:16
280:25 281:12
**texas** 132:8
145:21 146:10
146:13,20
147:8,11,19,21
147:22 148:7
148:13,21
150:10 154:10
155:8,16 160:3
160:14 161:21
162:17 169:22
170:14 173:5
192:23 212:20
213:7 283:12
**text** 257:23
**thank** 10:20
16:9 47:17
50:16 57:2
59:25 115:19
119:12 130:4
158:8 203:25
208:19 275:8
289:23 290:1
290:12 291:13

**thanks** 291:12
**theory** 255:10
**thermal** 3:19
3:21 5:17
26:14 27:6,13
29:8,12,23
31:4 32:9 33:1
33:10 34:12,18
34:25 35:6,15
35:21,22,24
36:4,15,16,20
36:23 37:6
39:15 64:14
68:18 70:1,3,5
70:12 72:9,21
74:6 75:3
78:19,20,22
79:4 81:2
83:16 84:17
86:19,21 87:1
87:10,13,17
88:3,5,7,19,24
89:9,10,11
90:16,23,24
91:7 92:16,25
94:7,22 95:4,5
95:12,19,20,23
96:13,16 97:16
99:8,13,21
100:14,17,23
101:1,4,7,23
102:2,2,14
107:1 108:17
108:18 110:9

113:7,8 118:13
118:21 119:2,7
120:12,16,21
121:2,21 122:5
122:16 123:14
124:9,14,23,24
125:8,14,22
126:9,11,20
127:3 136:10
136:17 140:25
142:15,22
143:1 220:2,7
220:14,14
221:11,19,22
224:6,12 225:3
225:8,24 226:4
226:5,9,20,24
227:12,14,20
228:1,3,5,18,19
229:6,20,23,25
230:12,24
231:6,12,14,17
232:6,21,25
233:10,15,24
234:12,24
235:12 236:1,4
236:14,18
237:21 242:9
242:20,22
243:3 244:2
245:17,18,20
245:25 246:8
246:14 247:17
248:1 255:13

257:10,12,20
259:7 260:18
260:21 261:19
262:5,24,25
263:1 265:9
268:11,21
269:5
**thermistor**
133:23,24
134:8,13 135:1
135:2 144:12
144:14 145:2,8
218:12 219:6,7
219:11,16,24
221:2 269:13
270:10,23
271:5,16,18
272:6,10,11,18
272:25 273:6
273:15,18,24
274:4,8,16
275:3
**thermistors**
134:22 135:14
271:8,10,24
272:1 273:13
**thickness**
243:10
**thin** 233:2
**thing** 10:13
23:9,11 37:7
37:23 65:24
66:22 90:14
131:9 139:4,6

| | | | |
|---|---|---|---|
| 171:5 189:16 | **think** 10:3 | 116:8 117:12 | 240:6 241:9,23 |
| 196:22 197:9 | 11:19 14:2 | 117:18,23 | 244:4,5,11 |
| 221:14 229:15 | 15:19 16:17 | 122:20 123:18 | 245:19 246:19 |
| 231:20 233:8 | 17:15 20:3,11 | 124:2 126:2 | 247:24 249:8 |
| 237:10 256:10 | 22:16 24:16,25 | 132:16,24 | 250:22 253:10 |
| 264:18 278:5 | 25:13 26:1,23 | 133:3 135:16 | 253:16,25 |
| **things** 10:7 | 26:25 27:7 | 136:18 142:25 | 254:15 256:5 |
| 15:10 17:17 | 28:10,11,22 | 149:14,18,23 | 257:15 259:22 |
| 19:9 22:25 | 31:12 32:14 | 157:21 161:1 | 261:11,25 |
| 23:8 32:18 | 34:5,13 35:8 | 164:2,4 166:8 | 265:6,10,19 |
| 40:10 44:17 | 35:18 37:10 | 166:25 167:1 | 266:5 267:6 |
| 47:3,15 48:3 | 39:7,16,19,21 | 167:24 168:13 | 269:4,23 |
| 49:13,16,17 | 40:20 41:19 | 169:6,15 | 270:14,19 |
| 51:5 63:4 | 43:17 44:12 | 170:17 177:1 | 271:8 273:10 |
| 64:12 76:19 | 45:10,23 46:9 | 179:10,13,23 | 274:24 277:7 |
| 77:2 88:20 | 47:25 48:1,21 | 182:16 184:13 | 279:24 280:4 |
| 89:18,22 115:8 | 49:10,16,20,24 | 184:22 185:15 | 283:6,9 284:8 |
| 115:11,13,17 | 52:15 53:13 | 185:15 187:24 | 286:8 287:21 |
| 119:6 122:23 | 56:21 57:25 | 187:25 188:16 | 288:25 291:1,1 |
| 129:9,10 131:4 | 58:7,8 60:17 | 191:1 193:20 | 291:7 |
| 131:16,19 | 63:5 65:14 | 194:3,11 | **thinking** 25:14 |
| 137:4,14 | 69:6 70:2,6 | 195:25 205:6 | 29:25 74:4 |
| 149:24 164:10 | 72:13,24 75:15 | 206:3,10,13 | 195:25 271:4 |
| 174:23 181:16 | 75:16 79:13 | 207:22 212:23 | 271:18 |
| 198:6,9 201:5 | 80:1 83:1,8 | 220:24 221:1 | **thinks** 36:14 |
| 203:3 204:22 | 86:12 88:4,12 | 223:5,14,23 | **third** 4:11 42:1 |
| 211:1 217:24 | 88:13,15,18 | 224:15 225:5,6 | 116:22 144:20 |
| 223:6 229:13 | 90:8,13 91:15 | 225:17,21 | 154:7 156:21 |
| 233:1 237:14 | 91:16,17 93:11 | 226:22 231:7 | 157:4,5,7 |
| 238:24 242:5 | 93:18 95:11,20 | 234:2,2 235:9 | 159:8 160:7,20 |
| 247:9,10 | 96:19 97:21 | 235:16,22 | 161:15 162:8 |
| 251:20 261:3 | 99:3,18,22 | 236:13,16 | 185:10 186:7 |
| 271:14,22,23 | 101:15 102:16 | 237:5 238:22 | **thirds** 90:13 |
| 277:2 | 104:2 115:6 | 239:23,24 | |

**thirty** 26:9,9
**thorough** 44:5
  72:5
**thought** 20:21
  26:18 158:8
  177:22 192:8
  204:22 207:20
  226:19 230:1
  234:13 239:9
  240:18 266:19
  281:8 284:9
  286:14 287:10
**three** 6:10 13:8
  66:12,12,12
  121:22 122:15
  122:24 123:5,8
  137:25,25
  169:21 173:16
  175:9,21,24
  177:21,24
  178:6,18
  180:25 181:9
  181:22,23
  183:25 184:22
  187:11,11
  196:19,20
  203:3 216:23
  216:24 217:2,3
  281:2,3
**thrown** 88:2
**ti** 148:1,2,3,6
  170:24 203:19
**tickets** 191:4,6

**tim** 65:3
**time** 1:23 7:20
  10:10,14,17
  11:11,17,20,21
  12:5,6,8,14
  14:10 15:23
  16:8 19:4 22:2
  28:25,25 30:1
  38:21 48:17
  50:10,14 72:10
  98:3,6 99:24
  100:2,3,8
  102:8,23 103:4
  103:11 117:1
  119:22,25
  129:14 139:4
  144:3,6 146:15
  146:22 148:21
  148:21 151:21
  152:23 153:2,5
  155:11 156:15
  169:17 174:12
  181:12 188:20
  188:23 191:6
  195:18 196:7,9
  197:5,6 200:11
  200:21 204:23
  212:8 214:23
  215:7,24
  218:11,20
  221:3 223:4
  224:17 228:7
  228:21 235:4,7
  237:14 250:4

250:25 251:24
252:23 255:12
255:24 257:8
260:8,21
261:17,18
262:3,23 263:6
265:8 275:10
275:14 276:15
276:21 279:23
280:11,21
282:2 283:14
284:8 289:2,6
290:5,8 291:23
294:18
**timeframe**
  294:8
**timeframes**
  189:10,11
**times** 12:18
  24:13 31:1
  52:15 63:24
  95:23 240:19
  256:24 279:5
**title** 11:6,7,23
**tkugs** 252:7
**today** 8:18 9:21
  10:10 14:17
  27:11 39:24
  74:2 117:4
  144:11 151:25
  269:3 283:11
  290:14
**today's** 190:2

**together** 39:23
  49:19 53:6
**told** 63:25
  234:13 244:5
  271:21
**took** 14:13
  19:13 22:3,23
  42:10 45:21
  85:2 88:2 98:8
  98:18 177:24
  177:24 180:23
  183:10 191:14
  226:21 241:22
  250:25 256:14
  257:9,11,19
  287:19,23
**tool** 63:1
**tools** 24:20,21
  25:3,24 205:5
**top** 69:17 70:15
  70:18,21,25
  71:5,6,15,16,16
  72:7 74:9 75:5
  76:2 79:2
  81:12 82:24
  83:24 166:1
  226:8 243:11
  244:20 245:3
  247:1,13,14
  248:18 253:16
  276:1
**topic** 148:23
**topics** 148:23
  148:24,25

[tops - type]

Page 72

| | | | |
|---|---|---|---|
| **tops** 225:23 | **transferred** | 174:13,14 | 96:2,5 100:4 |
| **totally** 103:9 | 227:24 272:18 | 176:6,7,9 | 107:9 117:1 |
| **towards** 83:14 | **transition** 16:6 | 179:5,7 198:22 | 123:4,4,6,8 |
| 147:3 | 190:18 | 198:23 201:13 | 134:10,21 |
| **toxic** 108:25 | **transmission** | 207:15 220:25 | 135:14,17,20 |
| 113:23 | 15:13 197:1 | 269:1 282:11 | 138:3,8,9,10 |
| **tr** 121:20 122:5 | **travels** 251:4 | 287:22 | 142:6 146:11 |
| **traced** 66:16,20 | 251:15 | **turn** 40:1 52:19 | 147:6 164:10 |
| **track** 25:16 | **trial** 7:20 48:13 | 57:3,12 58:19 | 183:21 185:12 |
| 26:24 88:15 | **tried** 179:14 | 67:20 79:7 | 193:1 201:4 |
| 131:2 | **tripped** 65:25 | 81:5,19 84:11 | 202:13 216:17 |
| **tracking** | 66:1,10,11,14 | 98:9,15 104:5 | 216:19,20,23 |
| 209:15 | 66:15 | 114:17 121:12 | 217:9,24 |
| **trained** 63:3 | **trouble** 15:12 | 127:11 129:13 | 225:11,14,18 |
| 263:11 | 86:7 173:14 | 131:8 139:1 | 225:22 226:20 |
| **training** 12:21 | 256:9 | 140:1 141:13 | 227:1,9,9,10 |
| 14:24 16:16,19 | **true** 19:22 67:8 | 144:8 145:25 | 232:10,13 |
| 17:3,10,13,16 | 73:14 102:5 | 148:10 168:20 | 235:17 236:13 |
| 17:24 90:4 | 117:11 151:22 | 171:24 197:2 | 248:25 251:4,9 |
| 243:24 264:24 | 183:21 196:3 | 213:11 215:8 | 288:24,25 |
| **transactions** | 282:21 288:22 | 221:10 223:2 | 289:14 |
| 165:24,25 | 288:23 292:9 | 254:19 255:22 | **type** 11:4 13:17 |
| 167:7 | 293:8 | 275:17 291:9 | 16:12 17:14,24 |
| **transcript** 4:15 | **try** 10:8,14 | **turned** 29:10 | 18:11 21:9 |
| 4:17 5:11 | 18:16 30:24 | 139:6,17,18,23 | 26:5 73:15 |
| 30:10 161:6,10 | 197:14 220:19 | 142:7 143:15 | 100:16 150:21 |
| 291:20 293:5,8 | 257:2 | 214:15,25 | 162:14,25 |
| 294:6,19 | **trying** 12:19 | 222:21 | 164:17 165:1 |
| **transcripts** | 24:16 31:14 | **tv** 92:13 96:11 | 173:4,25 187:3 |
| 289:15 | 41:1 56:18 | **twenty** 26:9 | 187:7,8 201:14 |
| **transfer** 250:23 | 57:10 91:16 | **two** 14:21 | 232:7 252:13 |
| 251:24 258:18 | 96:19 109:15 | 15:25 41:16 | 255:11 270:25 |
| 258:20 | 119:17 126:5 | 72:15 90:13 | 272:24 |
| | 130:14 140:16 | 94:19,25,25 | |

**types**  13:2
16:23 85:19
105:18 151:23
151:24 163:16
233:24
**typical**  18:23
19:2 69:24
112:7
**typically**  18:2
51:19 136:22
149:4
**typo**  40:15
**typos**  41:2

**u**

**u**  7:1
**uh**  84:13 279:4
**ul**  126:3,6
142:19,19,25
204:17,24
205:12 206:11
206:20 234:17
234:21
**ul's**  204:19
**un**  66:11
**unable**  56:1,14
56:18
**unauthorized**
27:17 29:15,23
32:3,8 34:8
35:7 37:15
38:5,13 209:2
209:14

**unavoidable**
122:12
**uncharged**
99:24 102:12
102:18 103:5
**unclear**  68:3
110:20 170:4
200:12,14
**uncommon**
31:24
**undamaged**
73:4
**under**  28:16
32:11 33:12
51:9,10 54:17
59:10 70:17
118:4 128:9
139:22 142:1
142:23 162:25
164:4 181:21
206:24 214:25
263:13 264:22
277:17
**undercharged**
259:9
**underneath**
68:2,17
**understand**
10:6 12:19
24:12 37:11
47:18 48:8
77:9 80:7
94:20 96:17
99:16 122:25

134:2 140:17
155:14 164:22
169:3 170:4
174:14 176:8,9
179:6,8 192:17
196:10,11,16
197:25 198:23
201:16 224:16
265:13 266:10
271:20 274:24
275:1,7
**understanding**
10:21 25:22
43:23 78:6
105:23 128:8
142:14 163:6
167:8 170:3
191:16 197:18
201:12 205:10
224:25 225:2
282:8
**understood**
123:1 155:11
156:1,3 288:8
288:10,11
**undertook**  68:4
**underwriter**
66:25
**unexpectedly**
100:8
**uniform**  48:6
83:12,17 84:5
84:5 130:10
228:25 252:6

252:12 253:5
254:4
**unilaterally**
43:17
**unintended**
107:10
**unique**  195:18
196:9
**unit**  36:23
37:19 97:6
134:7 216:7,17
**united**  1:1 8:12
**units**  209:10
**unknown**
242:20,21
**unlisted**  66:25
**unlisting**  67:1
**unnamed**
271:21
**unpack**  220:23
**unprotected**
60:8
**unusual**  58:24
59:4 69:17
81:23 82:22
238:24 286:21
288:4
**upgraded**
165:19
**upper**  240:25
**upset**  175:6
**upward**  248:21
249:2,5,22

[use - vintage]    Page 74

use 13:20 28:1
  28:12 60:17
  121:7,8 151:24
  152:14 153:23
  160:17 161:23
  165:1,18 166:3
  166:6,8 167:1
  167:11 169:11
  170:16 187:19
  189:8,18,19
  190:21,24
  191:8 192:24
  193:20 203:9
  203:10 204:2
  215:8 251:3
used 11:5 13:9
  141:19 152:7
  160:7 165:24
  167:5 168:4,4
  169:12 178:13
  185:9 189:6
  193:2 202:22
  204:5 276:21
  280:8,14
  288:12 289:10
  294:19
useful 13:13
  152:5 154:13
  274:13
user 160:9,22
  204:1 208:5
  209:12
users 152:19

uses 133:12
  141:17 150:20
using 8:16
  13:10 44:5
  138:19 142:7
  172:24 174:2
  178:22 189:14
  189:15 191:3
  203:2,5,6,11,17
  203:22 205:20
  210:23
usually 13:8
  20:5 27:25
  31:14,21 46:7
  47:1 119:8
  131:4,4 135:13
  159:1 287:14
  287:15
utility 13:7
utilized 32:18

v

v 237:18 293:1
  294:4 295:1
v1.50 4:19
v150 4:21
v160 4:23
valeri 58:15
valid 43:18,20
values 134:3,4
variable 273:1
variety 23:7
  118:7 131:23
  161:22 268:7

various 12:15
  13:11 20:20
  28:6 32:10
  37:13 160:16
vary 28:10
vcell1 217:12
vcell4 217:12
vendor 29:16
  128:6 182:15
vendors 28:3,6
  128:2 182:22
  186:15
vent 225:19,23
  226:10 248:13
  248:18
vented 3:20
venting 70:23
  87:12,20
  108:24 113:23
  226:8 247:17
  247:20 248:2,9
  248:11,21
  249:9
vents 247:21
verify 168:6,13
  187:22 188:12
  277:6,16
  278:14 294:9
veritext 294:14
  294:23
veritext.com.
  294:15
version 149:14
  149:18 165:10

172:9 236:17
  289:19
versions 281:2
versus 8:11
  260:16
video 8:2,5,8,9
  23:1,2 50:12
  50:15 87:3
  98:4,7 119:19
  119:23 120:1
  144:4,7 185:24
  188:21,24
  235:5,8 275:16
  289:4,7 290:6
  290:9 291:24
videographer
  2:17 8:1,18
  50:10,14 98:3
  98:6 119:18,22
  119:25 144:3,6
  188:20,23
  235:4,7 275:10
  275:14 289:2,6
  290:5,8 291:16
  291:23
videos 86:24
videotaped
  180:17,19
  248:11
view 252:6
vintage 177:20
  178:10 281:1
  281:13

| | | | |
|---|---|---|---|
| **violate**  158:13 | **waived**  7:9 | **wanted**  35:3 | 282:17 285:23 |
| **virtual**  1:17 | **wall**  23:10 | 51:13 53:21 | 292:14 |
| 8:16 | 91:22,24,25 | 129:23 184:23 | **ways**  138:3,17 |
| **virtue**  36:24 | 237:18 242:9 | 198:20 270:3 | 150:10 160:4 |
| **vis**  43:13,13 | 243:12,19 | **wants**  143:13 | 160:16 233:18 |
| **visibility**  76:9 | 244:1 | **warm**  260:24 | 236:13 259:13 |
| 76:25 77:1 | **walls**  86:15 | **warmer**  262:19 | **we've**  34:10 |
| **visible**  76:18 | 243:1 | **warning**  160:8 | 98:9 160:15 |
| 77:22 79:23 | **wanemaker** | 160:22 178:2 | 213:4 235:10 |
| 80:1 | 294:1 | 208:6 | 235:11 249:11 |
| **visit**  18:20,25 | **want**  10:14 | **warren**  4:15 | 268:14 |
| 19:2,16 | 40:1 64:6 73:8 | **wastepaper** | **website**  21:8 |
| **visualize**  99:11 | 84:24 85:15 | 94:24 | 22:3,5 178:9 |
| **visualized** | 95:24 96:12 | **way**  25:17 | 181:25 188:8 |
| 126:10 | 99:4 102:23 | 26:25 36:3 | 189:25 |
| **visually**  211:18 | 103:14,21 | 38:21 57:9 | **week**  11:12,13 |
| **voice**  252:23 | 104:14 118:5 | 62:20 71:8 | 11:16 12:4 |
| **voltage**  33:15 | 130:16 137:18 | 80:2,16 82:3 | **weeks**  74:3 |
| 129:5 137:19 | 140:11,18 | 92:10,11 | **welding**  10:23 |
| 137:23 139:3 | 143:23 153:9 | 103:15 111:21 | 10:25 11:5 |
| 140:2 214:16 | 153:12 158:7 | 124:8 132:25 | 12:10,11,18,21 |
| 217:1,25 218:3 | 168:6,7 174:19 | 146:24 147:1,1 | 12:25 13:6,9 |
| 272:9 274:10 | 187:17 188:14 | 159:4 162:8 | 13:10,11 14:3 |
| **voltages**  131:17 | 188:17,18 | 165:6,8 167:16 | 14:12 |
| 272:9 | 190:25 192:4 | 169:18 184:8 | **went**  26:14 |
| **volts**  137:24,24 | 200:1 201:8 | 185:2,8 189:12 | 29:23 36:15 |
| **w** | 207:9,12 | 197:20 202:4 | 45:13 51:14 |
| | 208:18 228:12 | 215:12 219:5 | 66:16,21 71:19 |
| **w**  5:13 | 231:4 255:22 | 229:11 230:2,3 | 72:2 78:19 |
| **wait**  104:9 | 255:25 256:7 | 231:2 238:25 | 88:4,7,24 |
| 109:2 115:6 | 256:16 257:25 | 244:19 251:22 | 91:14,15 92:16 |
| 189:23 208:11 | 267:4 276:7 | 262:15 263:20 | 92:16,18,19 |
| 213:14,14 | 280:6 290:21 | 264:13 278:15 | 96:23 143:1 |
| 250:21 | 291:14,19 | 278:16 279:6 | 181:24 211:13 |

**[went - wrote]**                                                    Page 76

220:13,14
225:3 226:19
226:24 235:12
236:1 249:4
269:5 286:5,15
287:24
**westborough**
16:4
**western**  1:2
8:13
**whereof**  292:17
**wide**  166:4
**wind**  218:5
**windings**
240:11
**winton**  2:5
**wired**  223:5
271:9 272:6
**wires**  216:19
216:25
**withdraw**
29:18 73:21
116:11 130:15
133:15 146:8
258:6
**witness**  1:22
3:3 8:23 54:4
108:13 119:12
143:24 173:19
177:4 192:15
194:18 207:15
208:13 223:11
223:15,18
256:5 291:14

292:7,10,17
294:8,10,12,18
**witnessed**
86:18,21
247:23,25
248:7
**witnessing**
248:7
**woman**  177:13
**wondered**
187:20 192:8
**word**  36:2
69:12
**words**  12:15
14:4,7 15:16
16:20 18:14
19:5 27:19
28:11,14 34:20
34:21 38:12
48:15 49:9
60:18 77:7
85:7,17 93:14
97:1 99:20
108:10 115:23
121:2 126:8
140:18 156:24
174:12,13
176:6 179:7
182:9,14 193:1
197:22 198:22
201:15 202:23
213:6 216:10
217:2 219:15
220:25 227:17

231:13 243:19
259:13 260:22
265:15 277:25
278:15
**work**  11:11,13
14:17 15:9,14
15:16 16:18
17:23 19:12,12
22:16,17,18,19
22:22 23:4,5,6
23:12,16 24:2
24:17 28:22
29:3 30:18
72:14 94:15,17
152:20 154:5
166:19 176:13
198:17 199:18
219:7 281:8
**workbench**
97:4
**worked**  15:5,17
16:5,10 23:1
30:15 33:21,24
44:20 47:19
94:20 167:16
176:2 178:1,3
184:6,6 185:5
185:21 187:13
**working**  14:5
14:21 16:8
18:1,6,10 24:2
30:22 33:23
65:4 94:17
157:17 160:21

**works**  94:25
166:19 228:22
244:19 264:13
**world**  60:22
174:2,16,17
178:23
**world's**  190:11
190:12
**worries**  218:19
**worse**  83:12
121:3 229:1
**worst**  229:5
**wrap**  258:21
**wrapped**
258:12
**wrapping**
258:15,16
**write**  181:17
266:13
**written**  46:21
47:1 61:17
65:3 271:15
282:12
**wrong**  26:22
40:18 60:18
63:3 105:1,3
132:12 168:12
184:24 196:25
210:23
**wrote**  40:17
199:24

**[x - yuan]**

| x |
|---|
| **x**  1:3,13,16 3:1 |
| 41:11 90:1 |
| 184:3 197:8 |
| 226:22 |

| y |
|---|
| **yeah**  14:9 |
| 40:19 41:24 |
| 52:25 55:13 |
| 57:7 58:16 |
| 67:16 70:13 |
| 74:22 80:14 |
| 84:13 90:9 |
| 91:5 98:2 99:3 |
| 102:23 104:16 |
| 104:19 106:15 |
| 106:17 108:2,7 |
| 112:5,12 114:3 |
| 115:11 117:12 |
| 121:25 129:18 |
| 134:22 146:4 |
| 159:16 161:1 |
| 167:8 168:14 |
| 168:23 169:1 |
| 173:19 188:19 |
| 189:3 195:25 |
| 204:8 213:21 |
| 215:5 223:18 |
| 224:22 235:16 |
| 241:17 246:19 |
| 255:22 269:24 |
| 270:1,14 |
| 273:10 277:14 |

277:22 279:10
286:18 287:24
**year**  16:7 28:23
28:25 29:20
105:20 106:18
152:4 177:18
191:25
**years**  11:8
22:15 28:24
29:3 30:5
38:13 39:5,9
39:10 72:15
87:4 97:10
100:4,5,11
102:18,25
103:9,16,17,22
103:25 115:24
150:3 151:6
157:17 165:6
169:21 173:6
178:6,6 193:1
266:25 267:18
284:8 288:12
**york**  1:2,25 2:5
8:14 9:3 41:4
292:4
**youtube**  87:6
**yuan**  104:8

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.