# EXHIBIT L

```
                                              Page 1

 1          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF NEW YORK
 2          Civ. No. 1:21-cv-00704-JLS
            ---------------------------------------------X
 3
            CAROL S. MARCELLIN,
 4          Individually, and as
            CoAdministrator of the
 5          Estate of Charles E.
            Hollowell, deceased, and
 6          JESSICA HOLLOWELL-McKAY, as
            Co-Administrator of the
 7          Estate of Charles E.
            Hollowell, Deceased,
 8
               Plaintiffs,
 9
             -against-
10
            HP, INC., and STAPLES,
11          INC.,
12             Defendants.
13          ---------------------------------------------X
                         DATE:  April 3, 2025
14                       TIME:  10:06 a.m.
15
                   EXAMINATION BEFORE TRIAL of the
16          Expert, QUINN HORN, taken by the Plaintiff,
            pursuant to a Court Order, held via Zoom,
17          before a Notary Public of the State of New
            York.
18
19
20
21
22
23                    JOB NO. 7232381
            PRIORITY-ONE COURT REPORTING SERVICES, INC.
24              290 West Mt. Pleasant Avenue
                        Suite 2260
25              Livingston, New Jersey 07039
                      (718) 983-1234
```

Page 2

1                    A P P E A R A N C E S :

2

3         FARACI LANGE, LLP

          1882 South Winton Road, Suite 1

4         Rochester, New York 14618

          BY: STEPHEN G. SCHWARZ, ESQ.

5         BY: JOSH MANKOFF, ESQ.

          Attorneys for the Plaintiff

6

7         SMITH SOVIK KENDRICK & SUGNET, P.C.

          250 South Clinton Street, Suite 600

8         Syracuse, New York

          BY: JACLYN WANEMAKER, ESQ.

9         Attorney for the Defendant, HP, Inc.

10

11

12        ALSO PRESENT:

13          Jessica McKay

14          Marcelo Rivera, Videographer

15

16              *          *          *

17

18

19

20

21

22

23

24

25

1                    S T I P U L A T I O N S

2               IT IS HEREBY STIPULATED AND AGREED

3         by and between the parties hereto, through

4         their respective counsel, that the

5         certification, sealing and filing of the

6         within examination will be and the same are

7         hereby waived;

8

9               IT IS HEREBY STIPULATED AND AGREED

10        that all objections, except as to the form of

11        question, will be reserved to the time of

12        trial;

13

14              IT IS HEREBY STIPULATED AND AGREED that

15        the within examination may be signed before

16        any Notary Public with the same force and

17        effect as if signed and sworn to before this

18        Court.

19

20

21

22

23

24

25

1           THE VIDEOGRAPHER:   Good

2      morning.  We're going on the record at

3      10:06 a.m. on April 3, 2025.

4           Please note that this deposition

5      is being conducted virtually.  Quality

6      of recording depends on the quality of

7      camera and internet connections of

8      participants.  What is seen from the

9      witness and heard on screen is what

10      will be recorded.  Audio and video

11      recording will continue to take place

12      unless all parties agree to go off the

13      record.

14           This is Media Unit 1 of the

15      vide-recorded deposition of Dr. Quinn

16      Horn, in the matter, Marcellin versus

17      HP, Inc. and Staples, filed in the

18      United States District Court for the

19      Western District of New York.

20           This deposition is being

21      conducted remotely using virtual

22      technology.  My name is Marcelo

23      Rivera, representing Veritext Legal

24      Solutions and I am the videographer.

25      The court reporter is Alexis Zinckgraf

Horn - direct

```
                                              Page 5

 1              in association with Veritext Legal

 2              Solutions.

 3                   I am not related to any party in

 4              this action, nor am I financially

 5              interested in the outcome.  All

 6              present counsel will be on the

 7              stenographic record.

 8                   Will the court reporter please

 9              swear in the witness?

10

11         Q U I N N   H O R N, called as a witness,

12    having been first duly sworn by a Notary

13    Public of the State of New York, was examined

14    and testified as follows:

15

16    DIRECT EXAMINATION BY MR. SCHWARZ:

17

18

19         Q.    Good morning, Dr. Horn.

20         A.    Good morning.

21         Q.    My name is Steve Schwarz.  I am

22    one of the attorneys representing the

23    plaintiffs in this case, and I will be

24    asking you the questions today.

25                   From looking at your materials
```

Horn - direct

Page 6

 1      that you provided, I would believe that

 2      you've been through this process before,

 3      correct?

 4          A.    The deposition process, yes.  I

 5      have gone -- yes.

 6          Q.    So I'm not going to bore you

 7      with all the details, and if we talk over

 8      each other, we can remind each other not to

 9      do that, but other than that, I won't go

10      through the -- the spiel that I'm sure

11      you've been through a hundred times.

12              Did you receive the -- the

13      binder that we sent?

14          A.    I -- I did and --

15          Q.    Okay.

16          A.    -- it's unopened.  It's here.

17          Q.    Okay.  Thank you for verifying

18      that, and you can open it now, if -- if you

19      would, sir.  I probably should have told you

20      that 20 minutes ago, but I forgot.

21              MS. WANEMAKER:  Okay.  Steve,

22          would you like to put something on the

23          record with respect to usual

24          stipulations?

25              MR. Schwarz:  Sure.  In fact,

Horn - direct

Page 7

```
 1              yes.
 2                   Alexis, we are stipulating that
 3              the -- you can keep opening, Doctor,
 4              that any objections are reserved for
 5              trial except for objections to the
 6              form of the question, which have to be
 7              raised or waived, and the witness will
 8              choose to read and sign, I believe,
 9              right, Jackie?
10                   MS. WANEMAKER:  Correct.  Thank
11              you.
12                   MR. SCHWARZ:  Okay.
13         A.    Okay.  So I have removed it and
14    that's what it says.
15         Q.    Okay.  Great.  So --
16         A.    Appears to --
17         Q.    There are numerical tabs, and if
18    you could turn to the first tab, that's what
19    I have marked as Exhibit 1, and it's your
20    report with the appendixes to your report
21    that are attached to it.
22                   (Exhibit 1, Report, was received
23              and marked for identification by the
24              reporter.)
25         A.    Okay.
```

Horn - direct

Page 8

1            Q.    And I'd like to just start with
2      some of the information from Appendix B,
3      which is your CV.
4            A.    It's okay.  If you can just give
5      me just a second, several of the pages are
6      not in the rings.  So I need to do a -- just
7      a little bit of engineering on the binder,
8      engineering, if you will, just to get
9      that --
10           Q.    You go ahead and do that, so
11     they don't all fall over the place.
12           A.    Exactly.  Okay.  Thank you for
13     that.  And okay.  So I'm sorry.  You would
14     like me to go to which -- which page?
15           Q.    Your Appendix B, which is your
16     CV.
17           A.    Sure.  Okay.
18           Q.    So my understanding from looking
19     at it is that you -- your educational
20     background, your highest level was a PhD in
21     Metallurgical and Materials Engineering that
22     you got in 1998, correct?
23           A.    Correct.
24           Q.    And then your first employment
25     after getting your PhD was with?

Horn - direct

Page 9

1      Eveready Batteries; is that correct?

2           A.     Energizer/Eveready Battery

3      Company, yes.

4           Q.    And can you tell us -- it says

5      you were a staff technology engineer, what

6      was the -- the nature of your work there for

7      those four years, from '98 to 2002?

8           A.     Yeah, absolutely.  The -- so the

9      -- as -- as a metallur [sic], just -- I was

10     actually replacing the corporate metallur,

11     just -- Energizer/Eveready at the time, in

12     the late 90s, was the largest battery

13     company in the world.

14              They had one metallur just on

15     staff, he was retiring.  I happened to be

16     graduating with a metallurgical engineering

17     background with some knowledge of batteries

18     and so it was a great fit.  So I replaced

19     the corporate metallur, who was retiring and

20     took over what was called the Materials and

21     Characterization Group, which was the home

22     for a number of things, assisting R&D with

23     materials, characterization, and also doing

24     corporate failure analysis on manufacturing

25     and battery products.

Horn - direct

1                 So I led a team for -- to do all

2        of that.  So my group had sort of all of the

3        character -- materials, characterization

4        tools necessary for doing high-end research

5        and development, as well as doing failure

6        analysis of product that was being

7        manufactured at the time.  So field

8        failures, as well as failures that were

9        occurring in manufacturing facilities and

10       things of that nature.

11            Q.    Was Eveready/Energizer [sic] at

12       the time manufacturing rechargeable lithium

13       ion batteries?

14            A.    They were.  When I first started

15       in 1998, they had a facility in Gainesville,

16       Gainesville, Florida, and that was a

17       facility where they were manufacturing 18650

18       lithium ion cells.  So they -- the were --

19       they were ramping up.

20                 So they were manufacturing 18650

21       lithium cells with the intent to

22       commercialize those cells.  They ended up

23       selling that plant, I believe in 2000

24       or 2001, I -- I forget exactly which year,

25       and got out of the lithium ion business, but

Horn - direct

Page 11

```
 1        at the time, I was working with the
 2        Gainesville folks, helping them solve
 3        problems, again, with manufacturing and
 4        failure problems with the -- with the
 5        batteries and so forth.
 6              Q.    So let's just dive into that a
 7        little bit more.  So are you saying that --
 8        that Eveready/Energizer never actually
 9        commercially sold lithium ion batteries,
10        they sold the plant before the plant got to
11        the point of producing commercial batteries?
12              A.    Correct.
13              Q.    And so whatever you were doing
14        with regard to that plant was related to the
15        startup of the manufacturing process and
16        assisting them in their -- making sure the
17        products were -- were meeting
18        specifications?
19              A.    Correct.
20              Q.    Were you involved in designing
21        those lithium ion batteries in any way?
22              A.    To the extent of looking at --
23        characterizing material -- materials'
24        parameters and materials' properties of the
25        active material and associated materials
```

Horn - direct

1     that were going into the batteries,

2     absolutely.

3          Q.    So the -- the -- so the battery

4     chemistry, so to speak, was something that

5     you were involved with?

6          A.    Yes.

7          Q.    And in your report, you go

8     through the -- some of the basics of how

9     those batteries are constructed, so we'll --

10    we may look at that later.

11               With regard to the -- the

12    manufacturing process then and what you were

13    doing, did you do any studies of -- of

14    failures from the standpoint of energetic

15    failures of those batteries?

16         A.    Yes.

17         Q.    And tell me about that.  What --

18    what types of studies did you do of

19    energetic failures of lithium ion batteries

20    during those two years that that plant was

21    there and you were there?

22         A.    So, you know, I mean, you know,

23    obviously, you know, at the time, field

24    failures were not -- in lithium ion

25    batteries were not a huge concern at the

Horn - direct

1          time in the industry.  Although, there were

2          -- the industry was starting to see some,

3          but, you know, the -- the idea was that they

4          really wanted a battery that was safer than

5          lithium prime -- most of the lithium primary

6          batteries.

7                    Those are non-rechargeable

8          lithium batteries, and so the -- the types

9          of things that -- that you would be

10         concerned about would be things like

11         overheating, venting of -- of hot, or

12         caustic, or toxic gases, venting of gases

13         that could be potentially flammable, you

14         know, how to prevent that, how to minimize

15         that, how to control that, how to design a

16         cell in case it does have a, you know,

17         there's an internal defect, or it's misused,

18         or abused in some way, you know, how to test

19         for that.

20                   So, you know, a lot of, you

21         know, external heating-type tests, a lot of

22         intentional defect tests, where you

23         manufacture the battery with intentionally

24         placed defects that you can then activate

25         later to simulate maybe an internal short

Horn - direct

1    circuit or something like that.  Physical

2    abuse tests.

3              At the time, nail penetration

4    tests were very, very common in the

5    industry, because of some of the Japanese

6    standards that were -- that were in place.

7    So a lot of nail penetration tests.  A lot

8    of what we called in the day, hot box tests.

9              They're mostly called oven tests

10   now, but guys that have been around long --

11   as long as I have, often refer to them as

12   hot box tests, but basically, you know,

13   heating the cells up in ovens and -- and

14   looking at what temperatures they will have

15   thermal events, and basically, starting to

16   build a foundation for understanding, you

17   know, how lithium ion batteries, you know,

18   fail under different conditions.

19        Q.   So that was a mouthful.  So let

20   me kind of break that down.  So you directly

21   conducted empirical testing of lithium ion

22   batteries for -- for instance, overheating

23   and thermal events?

24        A.   Correct.

25        Q.   And where did that testing take

Horn - direct

 1       place?

 2              A.    That testing took place in West

 3       Lake, Ohio, in some of the old -- old labs

 4       that were used for lithium cobalt oxide

 5       testing in the --

 6              Q.    In what -- go ahead, I'm sorry.

 7              A.    No.  That's -- that's fine.

 8              Q.    Now, the -- the lithium ion

 9       battery chemistries from the 1998 to 2000

10       time period, there's been an evolution of

11       those batteries over time, correct?

12              A.    There's been an evolution in the

13       -- in the technology -- I mean, so yeah.

14       Yes, there has been.  There have been

15       significant improvements in the -- in the

16       materials and performance in -- of the

17       cells.

18              Q.    So a lot of those -- the battery

19       cells from that year -- or for instance,

20       could not go through as many cycles as the

21       battery cells that they sell today of the

22       18650?  They have a longer lifespan?

23              A.    I would -- no, I would disagree

24       with that.  At the time I was working at

25       Energizer, the goal was to get a thousand

Horn - direct

Page 16

1    cycles on -- on -- on a cell to 80 percent
2    capacity.  That was seen as, you know, at the
3    time, the industry standard.  The industry
4    standard has now come down to about 300
5    cycles to 80-percent capacity for consumer
6    electronics.
7             I think the biggest improvement
8    has been energy density, as well as power
9    density for applications that require very
10   high power, like power tools and things of
11   that nature.  So there -- there -- if you --
12   and cost.  The cost of the -- of the
13   batteries has -- has dropped significantly
14   since that timeframe.
15            Cycle life has really not
16   actually improved surprisingly that -- that
17   much.  Most of the improvements have been in
18   the -- in the energy density and -- and for
19   specific applications, power density, and
20   cost.
21        Q.    Just so I understand, if you --
22   if you improve power density, does that also
23   improve the -- the length of time before you
24   have to recharge?
25        A.    No.  Power density is -- a power

Horn - direct

```
 1        is how fast you can discharge the battery,
 2        and energy is how much total energy the
 3        battery stores.
 4             Q.    So the more energy the battery
 5        stores, the -- the less frequently you'd
 6        have to recharge?
 7             A.    For a -- for a -- for a
 8        low-power application, correct.
 9             Q.    Would a laptop be a low-power
10        application?
11             A.    A laptop is a low power,
12        high-energy application.
13             Q.    So for a laptop, 18650
14        batteries, is it true then that -- that
15        they've improved with regard to the length
16        of time they'll run without being needed to
17        be recharged since 2000?
18             A.    The -- given the same power
19        drain on, you know, load on the battery,
20        yes.  The energy -- what we can call the
21        energy density of the battery has increased.
22        So the amount of capacity and voltage of the
23        battery has increased since, you know, the
24        -- the late 90s, early 2000s.
25             Q.    Were you in any way involved
```

Horn - direct

Page 18

1          with battery management systems, as well as
2          the cells themselves?
3               A.    Only in so far as understanding
4          what the battery management systems do, you
5          know, as, you know, you know, controlling
6          overcharge, controlling overdischarge,
7          balancing circuits and things like that.
8                    Understanding what they do, but
9          not in the design of a battery management
10         system.  I'm not an electrical engineer.  So
11         I understand what they do, I understand what
12         battery management systems need to do in
13         order to keep the cells happy in the battery
14         pack, but again, I'm -- I'm not an
15         electrical engineer.
16               Q.    So let me just make sure I
17         understand from a timeframe standpoint.
18         What I was asking you specifically was:
19         During your time at Eveready, during the
20         time that that plant for the lithium ion
21         batteries were ramping up, was -- were you
22         involved in assessing how battery management
23         systems would work with cells?
24               A.    I was part of a team of -- of
25         people that were looking at what was going

Horn - direct

1      to be required in a battery management

2      system for -- given for certain

3      applications, you know, so, you know, did

4      you need overdischarge protection, did you

5      need overcharge protection, do you want or

6      need balancing, do you need over-temperature

7      protection, do you need under-temperature,

8      those types of things.

9              So I would provide input as far

10     as for a given application, what the cells

11     would like, because lithium ion cells do

12     like to be operated in -- in a certain, you

13     know, comfortable voltage temperature window

14     regime, as well as charge rate and discharge

15     rate.

16             So -- so I would be part of the

17     team that would be informing the electronic

18     side of the group that would be designing

19     the battery management units and telling

20     them what we felt would be, you know, from a

21     cell level perspective, what would be

22     important for the battery management unit or

23     the battery management system.

24        Q.    I can look up the name of it,

25     but see if I can find it quickly.  Was the

Horn - direct

Page 20

1          smart battery data specification in place at
2          the time you were doing that work?
3                    A.    I -- I -- I -- I -- I -- I'm
4          familiar with the smart battery
5          specification system.  I -- I don't recall
6          if it was -- if it was in place at -- at the
7          time or not.
8                    Q.    Was -- was Eveready/Energizer
9          planning to -- to manufacture the entire
10         battery packs as opposed to just battery
11         cells at that point?
12                   A.    The intent was to do both.
13                   Q.    Okay.  And so you weren't
14         involved in the battery management pack --
15         battery management system design, but you
16         were one of the people that informed that
17         team of the different -- the different
18         safety mechanisms that would be required?
19                   A.    Correct.
20                   Q.    Okay.  And you mentioned a few
21         of them, but over-temperature, overcharge,
22         cell balance, overvoltage would be some of
23         those -- overdischarge, right?
24                   A.    Correct.
25                   Q.    And was the -- the -- your

Horn - direct

Page 21

```
 1          understanding then that the battery

 2          management system was to provide those

 3          protections in the circuit board that would

 4          be part of a battery pack?

 5               A.    Yes.  It was -- it was

 6          understood at that point in time.  With

 7          lithium ion batteries being first

 8          commercialized in the early 1990s, by 1998,

 9          1999, it was definitely understood in the

10          industry that to get, you know, to maximize

11          the lifetime of the battery, you know, when

12          I say "lifetime," not, you know, how long it

13          takes before you have to charge it again,

14          but how long the battery will last, and, you

15          know, in -- in a certain application, you

16          know, how many cycles or how many years.

17                    One needs to make sure that they

18          treat the battery in a way that minimizes

19          site reactions and things like that.  Keep

20          the battery happy is what the -- the BMS is

21          designed to do.  Keep the -- keep the

22          battery cell happy.

23               Q.    Well, in addition to that, it

24          was also recognized by -- at least that

25          time, by the time you got your PhD, that
```

Horn - direct

Page 22

1    these batteries also had a -- a safety risk

2    if they got to conditions that were

3    overcharged, over-temperature that could

4    result in a runaway reaction that's called

5    thermal runaway, correct?

6              A.    Yeah, that was -- that was -- at

7    the time, it was recognized that there --

8    there were -- there were potential issues.

9    It was not well-understood, the mechanisms

10   at the time, but it was beginning to be

11   understood.

12              So there were, you know, some of

13   the seminal papers were being published in

14   the late 90s on -- on -- on safety on --

15   there's a lot of confusion back then,

16   because there was a lot of lithium --

17   lithium metal rechargeable, lithium

18   batteries, and a lot of inter -- the -- the

19   nomenclature had yet to be really

20   standardized at the time, but -- but yes.

21              I mean, it was -- there -- there

22   -- I believe in -- I believe it was '96 or

23   '97, the first big consumer battery failures

24   sort of hit the market and that was in --

25   with -- when Apple introduced a laptop with

Horn - direct

Page 23

1          the first ever lithium ion -- first ever

2          lithium ion battery-powered laptop computer,

3          and they had some safety issues, and that

4          was -- that was probably in '96, '97, I

5          think, and that was sort of when the

6          industry really kind of started to, like,

7          key in, and say, all right, we don't really

8          have standards for this.

9                    There were really no industry

10         standards or guidelines for -- for -- for --

11         for the usage of batteries at the time.

12         There was a lot of finger-pointing in the

13         industry at the time as well.  There was a

14         lot of -- so, you know, the laptop, computer

15         companies would point the finger at the

16         battery pack companies, and the battery pack

17         companies would point the finger at the cell

18         manufacturers.

19                    So eventually, they all got

20         together in the early 2000s and formulated

21         some guidelines, and then they -- they --

22         about ten years later, they -- they revamped

23         those and improved those for how one designs

24         batteries for notebook computer

25         applications, but back in the late 90s,

Horn - direct

Page 24

```
 1        there weren't a lot of industry guidelines
 2        at that point.
 3             Q.    When you say "batteries," you're
 4        also referring to battery management
 5        systems, correct?
 6             A.    So yes, and that's a very
 7        excellent question.  I want to, you know,
 8        even I am guilty of using the word "battery"
 9        and "cell" synonymously.  So technically
10        speaking, a battery is one or more cells
11        with -- when we're talking about lithium
12        ion, a battery is one or more cells with
13        some type of electronics in it.
14                  So in -- in your cell phone,
15        your cellular phone, your mobile phone, it
16        has one lithium ion cell with a BMS unit,
17        and that one cell with the BMS is called the
18        battery.  In your notebook computer,
19        typically, you have more than one cell.  In
20        case of this instance, you've got six cells
21        with a, you know, in a, you know, battery
22        pack with a BMS.  So that's your battery.
23                  At any point, if I -- if I, you
24        know, please forgive me, because I will use
25        the word "battery" to talk about a cell
```

Horn - direct

Page 25

1        sometimes.  I really work hard not to, but I
2        might.  Feel free to correct me.
3              Q.    No, I apologize.  I appreciate
4        that, actually, and I appreciate you
5        defining the terms so that we use the right
6        terms, because I want to make sure we're
7        both communicating with the same terms.
8                    During the --
9              A.    And just to make sure that we're
10       -- we're all on the same page, you know,
11       what normally gets everybody on the right
12       track is when I say, when you go to your
13       local grocery store and you buy a pack of
14       Double As off the -- off the pogo pin stand,
15       you know, each of those Double As is -- we
16       call them batteries, but they're actually
17       cells, right?
18                    It's -- it's just chemistry in a
19       can with no electronics wrapped around it.
20       That is technically a cell.  So, you know,
21       when we're talking about in this particular
22       case, we've got 18650s, those are lithium
23       ion cells of a certain size.  Just like a
24       Double A battery is a alkaline cell of a
25       certain size, so --

Horn - direct

1          Q.    Okay.  Great.  So going back to
2     your time then at Eveready/Energizer when
3     you were working with lithium ion batteries,
4     did you do research specifically of
5     attempting to provoke cells to go into
6     thermal runaway and study thermal runaway
7     reactions once those cells went into that --
8     that mode?
9          A.    Yes.  There -- there -- there
10    was -- I mean, I was part of, you know,
11    there's always teams of people.  People
12    don't go, you know, go off into, you know, a
13    vacuum and do -- and do things on their own,
14    typically, in the industry.
15               There's always a team of people,
16    but yes.  I mean, I was definitely part of
17    the -- the team that was doing things like
18    looking at, you know, how hot do you have to
19    get the battery before it -- it becomes a
20    safety risk, you know, how hot do you have
21    to get the battery before it starts to
22    maybe, you know, just have performance
23    degradation, right, you know.
24         Q.    Let me -- let me just stop you a
25    minute, because I really want to focus on

Horn - direct

Page 27

1       the thermal runaway part of it, and I know
2       that there were many other reasons you
3       attest and many other conditions you want to
4       look out for, but with regard to thermal
5       runaway itself, in other words, just seeing
6       what temperature -- what external
7       temperature you would have to reach in order
8       to have the battery cells go into -- or the
9       cells go into thermal runaway, did you
10      actually participate in those studies, you
11      -- hands-on involved with the -- the actual
12      data collection?
13          A.    Yeah.  I mean, some of that was
14      done in -- in Gainesville, Florida, where I
15      -- where I would -- I did -- I did go, and
16      then some of that was done at -- in the West
17      Lake facility, where -- and it was basically
18      an extension of the lithium primary work
19      that had been being -- had been ongoing at
20      Energizer/Eveready for, you know, since the
21      early 80s, and lithium primary batteries,
22      you run into the same issues.
23              There's thermal runaway events
24      there as well.  So it's basically using the
25      same facilities, the same techniques, the

Horn - direct

1          same ovens, the same, you know, furnaces to

2          -- that were being done in the 80s and early

3          90s, and -- and even when I was there on

4          lithium primary to, you know, basically, use

5          that same technology and the same knowledge

6          base for looking at lithium ions.

7               Q.    So did you design experiments

8          then to provoke the runaway in these cells?

9               A.    I was part of the teams that

10         would look at how we should be doing those

11         tests -- how we should be doing those tests,

12         yes.

13              Q.    Okay.  So tell me the -- the

14         test that you were personally involved with

15         -- and did you publish anything from -- from

16         any of those studies?

17              A.    I did not.  Whether or not

18         anybody at Energizer did, I can't speak to

19         that.

20              Q.    Okay.

21              A.    My -- My guess would be no,

22         because there, you know, again, around 2000

23         or 2001, there was a business decision made

24         at a much higher level than I was.  The

25         company was going to get out of the lithium

Horn - direct

Page 29

1    ion battery business, and after that, the

2    focus was put on lithium primary batteries

3    in -- on the nonaqueous chemistry side of

4    things.  So --

5        Q.    In the -- in the experiments

6    then that you were involved with, that you

7    were hands-on involved with, tell me how the

8    -- the methodology that was used to keep the

9    battery and how the temperature of the

10   battery was measured to determine at what

11   level or what -- what temperature the

12   thermal runaway reaction would start.

13       A.    So basically, three different

14   types of -- of heating methods were

15   employed, and quite frankly, are -- are

16   still employed, you know, again, a lot of

17   this stems from work that was done on

18   lithium primary in the -- in the 80s.

19              So you've got -- in no

20   particular order, you -- you -- you have,

21   you know, you're aware of, you know, there's

22   basically three different types of heat

23   transfer, right?

24              There -- there's -- there's

25   conductive, which is where you -- you

Horn - direct

Page 30

```
 1        transfer heat through the contact of a hot
 2        surface with a surface that is at a lower
 3        temperature, that's conductive.  You have
 4        convective, which is heat transfer through
 5        air or -- or a gas, and then you have
 6        radiant -- radiation, which -- radiant heat,
 7        which is heat that's transferred through --
 8        in -- basically, through infrared radiation
 9        to -- to a -- to a sample.
10                So essentially, basically, what
11        we're doing is looking at three -- those
12        three types of -- of ways of doing it.  So
13        conductive is -- generally, you can put the
14        battery on a hot surface where it's in
15        contact with a hot surface or you could --
16        you could put the battery into, you know,
17        we're talking about cylindrical batteries,
18        mostly at the time.
19                So you could put the battery
20        into a -- a form-fitting, like, a pipe
21        that's just a little bit bigger
22        inter-diameter than the battery is itself
23        and then heat the pipe up, so that the pipe
24        is then conducting the heat into the
25        battery.
```

Horn - direct

1              You can do convective, which is

2        essentially putting a battery in an oven

3        where it has minimal contact to hot surfaces

4        and does not have a direct line of sight to

5        a heating element.  So the air is heating

6        the battery up, or you can have radiant,

7        where the battery is in the direct line of

8        sight of a heating element that is then

9        heating the battery directly.  So those are

10       -- I mean, whenever you're doing battery

11       thermal testing, those are essentially the

12       three different categories of heating that

13       one would look at for -- for -- for doing

14       it.

15              Now, there's sort of a little

16       bit of a side category, which would be

17       direct exposure to a flame.  So UL1642 has a

18       test -- standard -- has a -- what's called a

19       projectile test, where the battery is

20       exposed to a flame, directly exposed to -- a

21       flame is impinging on the cell itself.

22              So in that particular case,

23       there's a combination of convective and

24       radiant --  radiation heat.  So that's sort

25       of a combination condition, where you may

Horn - direct

1          have a combination of two factors, but those
2          -- that's pretty much your -- your -- your
3          three primary categories, and then you may
4          have something like a flame impingement,
5          which may combine, you know, you know, more
6          than one type of heat transfer mode.
7                  Q.    When you were at
8          Eveready/Energizer, did you use all of those
9          methods in heating batteries to -- to
10         provoke them into thermal runaway?
11                 A.    Yes, we -- we did.  I mean, I
12         can distinctly remember doing conductive
13         testing, doing oven testing, doing radiant
14         heat testing, as well as doing flame
15         impingement testing, yes.
16                 Q.    So my understanding of what you
17         said is for the radiant heating method, you
18         want to make sure that the -- there's a
19         direct line of sight from the source of the
20         radiant heat directly to the cell, correct?
21                 A.    Correct.  I mean, you know, with
22         -- basically, you know, radiant heat is --
23         is infrared radiation, which is essentially
24         light that we can't see, and so that is, you
25         know, in order to heat the sample, it can't

Horn - direct

```
 1          be shaded, right?
 2                    It's a direct line of sight heat
 3          transfer mechanism.  You can't, you know, I
 4          mean, unless -- unless -- unless you're
 5          using radiant heat to heat something else,
 6          which then heats your sample through either
 7          conductive or --
 8               Q.    That's -- that's not what I was
 9          asking.  I wanted to -- so the direct
10          radiant heat, the key is to have a direct
11          line of sight, so to speak, between the
12          radiant, the IR source, and the battery cell
13          itself?
14               A.    So basically, if you're doing
15          raw -- raw cell testing, if you're doing
16          battery pack testing or if you're doing
17          testing of the batteries in a device, then
18          the cells may not be exposed to direct
19          radiant heat.
20                    They -- they would then be, you
21          know, the outer-casing may be exposed and
22          then that heat would be convected to -- or
23          conducted in -- in the -- depending on the
24          type of heating that is employed to the
25          batteries.
```

Horn - direct

1          Q.    So that's what I was going to

2    get at.  So the -- in my experience, looking

3    -- learning a little bit about these battery

4    cells and not even anywhere near as much as

5    you know, I know that when they're sold

6    commercially, typically, the -- the battery

7    cells themselves are -- are wrapped in a

8    plastic-type coating, and then typically,

9    the battery packs that are actually inserted

10   into devices like laptops are then enclosed

11   in a hard plastic cell.

12              Is that something you're

13   familiar with?

14        A.    So the batteries are just to

15   make sure the -- I believe -- I believe I am

16   familiar with that.  I just want to put it

17   in -- in different terms that --

18        Q.    And you might use a better term

19   than "plastic."

20        A.    No.  I -- I -- I think that

21   you're fine with that.  The battery cells

22   are generally -- when we're talking about

23   18650 cells, they are generally, you know,

24   shrinkwrapped in a, you know, shrink-wrap is

25   a plastic that, you know, it's basically a

Horn - direct

Page 35

1     thin plastic tube that you put around the --

2     the battery cell, heat that up, and it

3     shrinks and it sort of wraps around the --

4     the battery, and it provides -- and it's a

5     -- it is actually a safety component of the

6     safety of the battery, because it prevents

7     short-circuiting from the positive terminal

8     to the can when used correctly.

9             So that's your first -- that's

10    your first plastic layer.  That's a -- it's

11    a very thin plastic that goes around the

12    cell.  So typically, when you're looking at

13    battery cells, you don't see just a steel

14    can, right?  It's got some kind of wrap

15    around it, and then generally, most people

16    never lay eyes on an 18650 battery cell even

17    though they use them on a day-to-day basis,

18    because they are in a battery pack.

19            You're not going to go to

20    Walmart and buy an 18650 cell.  They're

21    generally only sold by cell suppliers to be

22    incorporated into a battery pack of some

23    kind.  That battery pack may be plastic, as

24    in the case in this instance.  It could be

25    other materials, but it's generally in some

Horn - direct

1      sort of -- of a pack.

2           Q.    So when -- when you were

3      involved with the direct testing of the

4      18650 cells and you used the radiant heat

5      source, did you typically put the -- the

6      bare metal can cells in line with the

7      radiant heat source, or did you just

8      typically put them into a battery pack

9      situation with the shrink-wrap and then with

10     the hard plastic around it, or did you do

11     both?

12          A.    Again, you know, we're -- we're

13     talking 25, 24 years ago, but I mean, I

14     recall that we were doing both cells and --

15     and packs for -- we had -- Energizer had

16     some specific customers lined up for -- for

17     -- for their cells and battery packs, and so

18     we were looking at both -- both cells and as

19     well as some prototype packs at -- at the

20     time.

21               So I believe that both cells and

22     packs were being done, yeah.  I'm pretty

23     sure we were doing heat -- I'm pretty sure

24     we were doing thermal testing on both -- on

25     both cells and battery packs.  That, I'm

Horn - direct

1          fairly confident of.

2                    Exactly what tests were being --

3          we were doing -- and we were -- and with

4          respect to the cells, most of the testing

5          was done on cells, but prototype packs, we

6          were definitely doing testing on prototype

7          packs as well.  I just don't recall the

8          details on exactly what -- what heat

9          transfer mechanisms we were -- we were

10         looking at.

11              Q.    So would it be a fair statement,

12         though, that -- that the amount of radiant

13         heat that would be required to get a -- a

14         battery -- a lithium ion battery cell

15         without its plastic wrapping to a

16         temperature that would provoke thermal

17         runaway, it would take more heat if you had

18         the insulation material of the plastic

19         around it to get to that same temperature?

20              A.    I don't think that would be a --

21         I don't think that would be a fair

22         statement.  Maybe --

23              Q.    You think that -- that having

24         something --

25              A.    Hold on --

Horn - direct

1          Q.    Let me just restate it.  So what
2     you're saying, I think, if I understand, is
3     that the plastic wrapping and the plastic
4     would have no impact on the radiant heat
5     transfer from the radiant heat source to the
6     battery cell.  The -- the radiant heat would
7     not absorb any -- the plastic wouldn't
8     absorb any of that radiant heat, it would
9     all go to the cell.
10               Is that what your test showed?
11               MS. WANEMAKER:  Object to the
12          form.
13               You can answer.
14          A.    You know, you're asking me some
15     pretty specific questions about some testing
16     that I did, you know, was involved with a --
17     a very long time ago.
18          Q.    Okay.  Well --
19          A.    And --
20          Q.    You're a materials expert,
21     right?  I mean, you know materials, correct?
22          A.     I -- I -- I am -- I will tell
23     you that I am a -- I am here as a battery
24     failure analysis expert, and to the extent
25     that you really want detailed analysis on

Horn - direct

Page 39

```
 1          thermal conduction, and thermal
 2          conductivity, and heat transport, that would
 3          -- those would be great questions to direct
 4          to fire cause and origin folks.
 5                    I will tell you this, and this
 6          is what I know, that when you are looking at
 7          -- especially when you're looking at radiant
 8          heat transfer, radiant heat transfer is
 9          significantly affected by the surface
10          condition of the sample that you have.
11                    So let's say you have a -- a
12          battery cell in a can that has no plastic
13          around it.  A lot of the radiant heat is
14          going to be -- can be reflected off of that
15          surface.
16                    So it actually -- for the same
17          amount of radiant heat on that surface
18          versus as -- versus if you put a black
19          plastic wrapper around it, which would
20          absorb more of that heat, as opposed to
21          reflect that heat back, you could -- for the
22          exact same heat flux, you could definitely
23          heat a cell up faster with a plastic around
24          it that absorbed the heat, versus having the
25          cell just exposed with either no plastic on
```

Horn - direct

1       it and a reflective metal surface or a

2       plastic that did not absorb the IR as much

3       as, say another -- another plastic.

4               So it depends on how much of the

5       IR that's being put into the sample is being

6       absorbed by the sample versus how much is

7       being reflected, and that is a function of

8       the surface conditions, as well as the

9       surface materials.  That's basically the

10      extent of what I know, and I don't talk

11      about any of that in my report, so --

12          Q.   I would beg to differ.  I think

13      you do, but we'll talk -- we'll show you

14      why.

15               With regard to what you're

16      saying, though, if I understand it

17      correctly, you don't have any experience in

18      how the plastic wrapping and the plastic

19      case of the battery management pack would

20      impact the efficiency of radiant heat to

21      heat battery cells, you're saying that's not

22      in your line of work or not your specialty?

23          A.   I mean, I'm going to say that --

24      that it will have an impact, absolutely.

25          Q.   What will have an impact?

Horn - direct

Page 41

```
 1            A.    That, you know -- the -- I mean,
 2       doing radiant heat on a battery cell that
 3       has no plastic wrapped around it -- around
 4       it versus the same cell in a battery pack
 5       that has material around it.  Yeah.  I mean,
 6       the material will have an impact, whether it
 7       -- whether it makes it -- heats the cell up
 8       slower or heats the cell up faster, is going
 9       to depend on the materials.
10            Q.    And for the typical materials
11       that were used for battery packs, for laptop
12       computers, and I think in your -- in your
13       report, you had actually gotten a exemplar
14       battery pack for this type of computer that
15       you looked at, right?
16            A.    Yeah.  An HP exemplar, yes.
17            Q.    Yeah.  And so, you know --
18            A.    So I want to make sure we didn't
19       get -- we didn't get a non-OME exemplar.
20       We --
21            Q.    Right.  An HP exemplar.
22            A.    An HP exemplar, yes.
23            Q.    One that -- that -- that looked
24       like the other one, but wasn't -- wasn't
25       identical to it, because the other one
```

Horn - direct

1      wasn't a exemplar, correct?

2          A.    You're talking the "other one"

3      being the instant?

4          Q.    Yes.

5          A.    Yes.

6          Q.    The one that was in the

7      computer.

8          A.    Correct, correct.

9          Q.    So that had a black, hard

10     plastic coating that was -- that contained

11     the entire battery pack, and then the

12     individual cells were -- were shrinkwrapped,

13     as you described in your exemplar, correct?

14         A.    That is correct.  That's --

15         Q.    And is it your opinion then that

16     having that heavy plastic casing for the

17     battery pack and the shrink-wrap would

18     somehow enhance the ability of radiant heat

19     to get through that plastic and heat the

20     battery cells faster than if you just took a

21     metal cell and put it in front of a radiant

22     heat source?

23         A.    It -- it -- it may, yes.  I

24     mean, that --

25         Q.    Do you have any -- any data that

Horn - direct

1          -- in other words, have you seen any studies

2          or have you done any studies that would show

3          that -- that having all that plastic around

4          it would somehow speed up the reaction of --

5          of heating up the battery cell?

6                    Is there -- can you tell me,

7          like, where you get that -- that evidence?

8          A.    I think that's basic heat --

9          that's basic heat transfer.  It could --

10         again, it could -- it could heat it up, or

11         it could speed it up, or it could slow it

12         down.

13                   So basically, it's -- it's about

14         how much of -- so you have a certain heat

15         flux going into the surface of the sample.

16         How much of that heat is absorbed by the

17         sample and how much thermal mass is the

18         plastic contributing.  If the plastic

19         absorbs more heat than what it's

20         contributing to the thermal mass compared to

21         how much heat is going to be reflected by a

22         bare metal surface, then it's going to heat

23         the thermal mass up faster given the same

24         heat flux.

25                   If, on the other hand, it is

Horn - direct

Page 44

```
 1        absorbing less heat than what the thermal
 2        mass of the plastic is contributing, then --
 3        I'm sorry, somebody is -- can you give me
 4        just -- I'm sorry, can we take a very quick
 5        break?
 6             Q.    Sure.  Let's go off the record.
 7                   THE VIDEOGRAPHER:  The time is
 8             10:47 a.m., and we're going off the
 9             record.
10                   (An off-the-record discussion
11             was held at this time.)
12                   THE VIDEOGRAPHER:  The time is
13             10:50 a.m., and we're back on the
14             record.
15             Q.    So just going back to the -- the
16        -- what we were talking about at your days
17        of Eveready/Energizer testing 18650 cells to
18        provoke them into thermal runaway.
19                   As you sit here today, do you
20        ever recall a specific test that you did of
21        a battery pack using radiant heat trying to
22        -- to provoke thermal runaway in at least
23        one of the cells in that battery pack?
24             A.    Are you referring specifically
25        to Energizer, my time at --
```

Horn - direct

Page 45

1          Q.    Yeah.  I want to start there,
2      and then I'm going to take you through the
3      rest of your career.
4          A.    Sure.  Yes -- yes.  I do
5      specifically recall us doing -- I don't
6      remember if it was radiant or -- or if it
7      was convective.  I believe it was radiant,
8      you know, it's -- you're -- you're
9      stretching my memory back to, you know, to a
10     very --
11         Q.    Okay.  Do the best you can.
12         A.    -- to some very specific
13     testing.  I believe that we were doing some
14     radiant heat tests, because we were looking
15     at packs for a potential customer that was
16     for outdoor applications, and -- where there
17     would be a fair amount of solar heating on
18     -- on the pack, and so there was concern as
19     far as, you know, how, you know, how hot
20     could the -- could the cells get within a
21     pack due to radiant heat from -- from --
22     from a -- from solar source, from the sun,
23     right?
24              Being left on the blacktop or
25     something like that in -- in -- in sun, but

Horn - direct

1              that was -- that was a long time ago, sir.

2                    Q.    Okay.  And did you do any

3              testing of battery packs actually in devices

4              that were then applied -- or where radiant

5              heat was applied?

6                    A.    I -- boy, that -- doing

7              device-level testing in Gainesville.  I

8              believe there was -- there was some

9              device-level testing in Gainesville, thermal

10             testing on full-scale devices, but -- and I

11             was part of that team, but I was more

12             focused on the cells and the packs than --

13             than the device at the -- at the time.

14                   Q.    Would you agree that -- that

15             when you take a battery pack, that the cells

16             are wrapped -- shrinkwrapped, and then

17             they're in their own casing and then they're

18             put into a device that would provide another

19             barrier to the radiation, that that would

20             also be a factor in how quickly the radiant

21             heat would heat the cells?

22                   A.    I'm going to go back to my

23             previous testimony to answer that question,

24             and -- and say that whether or not it -- it

25             is -- will be the same, or slower, or faster

Horn - direct

Page 47

1        is a function of how much the packaging

2        around the cells absorbs the heat, the

3        radiant heat, combined with the -- the --

4        the thermal mass of the packaging.

5                So if it's absorbing the radiant

6        heat faster than what a raw cell would

7        absorb the radiant heat and the thermal mass

8        of the packaging is relatively small

9        compared to the cells, which is normally the

10       case, because generally, the mass of a

11       battery pack is dominated by the mass of the

12       cells and the plastic around it, the housing

13       is -- is generally a very minor, you know,

14       contributor to that.

15               So you know, if the -- if the

16       plastic is absorbing the heat from the

17       radiant source better than what the battery

18       cells would absorb the radiant heat -- from

19       the radiant heat source, then it would

20       actually heat the batteries faster.

21               The batteries themselves may not

22       be being, you know, heated in that

23       particular case, you've got radiant heat

24       heating the exterior plastic, which then

25       heats the cells through -- generally through

Horn - direct

 1          conduction or convection depending on the
 2          design of the battery pack.
 3                    One could imagine a situation
 4          where it might be similar, you know, the
 5          same or even, you know, heated slower
 6          depending on if there were insulation
 7          materials that were being employed and,
 8          things like that, but again, it depends on
 9          the design of the pack, and I agree that it
10          can be different.
11               Q.    And -- and my question really
12          was not as much theoretical as do you have
13          any -- any experience in actually measuring
14          the difference in radiant heat absorption of
15          a battery pack in a device versus cells that
16          are exposed directly to radiant heat.
17                    Have you had any experience
18          directly measuring the difference in the
19          heat absorption by the cell in those two
20          different scenarios, and if so, I wanted to
21          know what data you had going from that?
22                    MS. WANEMAKER:  I'm just going
23               to make an objection to the form.  Are
24               you limiting this to his time at
25               Eveready or --

Horn - direct

```
 1              MR. SCHWARZ:  Yeah.  We're going

 2         to go -- yeah.  At Eveready for now.

 3         Thank you, Jackie.

 4              MS. WANEMAKER:  Uh-huh.

 5         A.    I think what we saw at -- at

 6    Eveready -- and this was true not just with

 7    lithium ion, but -- but other types of -- of

 8    batteries --

 9         Q.    Well, what I want to know, like,

10    in the lithium ion, in particular, do you

11    have any specific information that you can

12    tell us that you remember about the

13    difference in absorption in those lithium

14    ion battery cells between when they were in

15    a pack, or in a pack in a device, or when

16    they were the bare cells?

17              If you remember actually seeing

18    data.  I don't -- I know we talked about

19    what you think theoretically could be and

20    there are many different possibilities

21    depending on the materials, but I'm just

22    asking for actual physical evidence that you

23    saw.

24         A.    I remember being surprised with

25    certain pack designs that the batteries
```

Horn - direct

```
 1          would actually heat up faster within the
 2          pack due to -- in -- in -- with -- in --
 3          with radiant heat than they would -- the
 4          battery cells, the cells would -- could heat
 5          up faster in -- in -- in a pack with radiant
 6          heat compared to raw cells.
 7                    Compared to convective heating
 8          of the battery pack -- of a battery pack,
 9          where the cells would be essentially
10          insulated by the -- the plastic housing of
11          the battery and would generally heat up
12          slower.  Again, it depends on the design of
13          the battery pack, and you can design --
14              Q.    Yeah.  I know that -- I know
15          that there are a lot of possibilities,
16          Dr. Horn.  I'm just asking of your personal
17          experience, because we'll be able to get
18          through the deposition much faster if you
19          try to specifically answer my question.
20                    You're being helpful and I'm not
21          criticizing that, but I'm just saying that I
22          was asking you for specific data that you
23          saw in the test that you were involved with,
24          with your team whether you demonstrated --
25          that you're saying that you saw it both
```

Horn - direct

Page 51

```
 1      ways.
 2             A.    Yes.
 3             Q.    Okay.  That's -- that's fine.  I
 4      apologize for -- I don't mean to cut you
 5      off, but I do want to try to stick to my
 6      outline and move through this as quickly as
 7      we can and -- and get you back to your --
 8      your day.
 9             A.    In both ways when -- I just want
10      to clarify.  When we say "both ways" being
11      -- and you got a certain heat rate with raw
12      cells being exposed to a certain radiant
13      heat flux, both ways being, it could be
14      slower with a pack, in a pack, it could
15      faster in a pack, it could be maybe very
16      similar in a pack depending on what
17      materials are being used and how the pack is
18      designed.
19             Q.    And you don't remember any
20      specific numbers on that, you just remember
21      there were qualitative differences between
22      the -- the three modes, right?
23             A.    Yes.
24             Q.    Okay.  Now, in the studies that
25      you did at Eveready/Energizer, you said that
```

Horn - direct

1    you tested individual cells, but you also

2    tested cells that were -- were wired

3    basically in the same way that a pack would

4    be wired, correct?

5         A.   We tested cells in prototype

6    packs, yes.

7         Q.   And were they typically four or

8    six cells wired in a -- in a pack the way a

9    laptop computer battery pack might be?

10        A.   I don't remember the number of

11   cells that were in a -- in the packs.  I

12   think the packs we were looking at for the

13   applications were slightly larger than that,

14   but generally, you know, the packs would be

15   wired in a combination of series and

16   parallel cells, so, you know --

17        Q.   So --

18        A.   Go ahead.  Please go ahead.

19        Q.   I'm sorry, go ahead.  Okay.  I

20   apologize.  I talked over you and I'm not

21   supposed to do that, and I apologize to

22   Alexis for doing that.

23             So in these tests then, did you

24   typically try to raise the temperature of

25   the battery to a certain level to see if

Horn - direct

Page 53

1      thermal runaway occurred, or did you heat

2      the batteries -- the battery packs, or the

3      battery cells to provoke thermal runaway, or

4      did you do both?

5           A.    So both, you know, and at the

6      time the -- the term "testing to failure"

7      was becoming very popular in engineering

8      parlance, meaning that rather than test to a

9      specific pass level, you want to -- you want

10     to test beyond the pass to see how close you

11     were to failure for a specific, you know,

12     you know, pass criteria.

13          Let's say that pass criterion is

14     exposure to a certain temperature for a

15     certain amount of time, right?  So yeah.  I

16     mean, we would -- we would test up to

17     certain temperatures, and then, you know,

18     see if it would pass, and then analyze the

19     product to look -- see -- exposure to a

20     certain temperature or a certain amount of

21     time, what that would do to the product, but

22     then we would generally try to test to

23     failure, because management was always --

24     always wanted to, well, all right, it passed

25     here, but where is -- how far -- what is the

Horn - direct

Page 54

1          safety marg, right?

2                  How far above that can we go

3          before we see a -- we see failure, right?

4          Is it just -- just a little bit more or is

5          it a lot more, what's the safety margin, and

6          you don't know the safety margin until you

7          test to failure, and --

8               Q.    So the answer to the question

9          would be, yes, you tested both?

10              A.    Yes.

11              Q.    Okay.  And with regard to

12         monitoring the actual temperature of the

13         cell, how did you do that?

14              A.    Generally, at the time, it was

15         thermocouples attached to the cell when I

16         was at Energizer.  I believe we had one

17         infrared camera at the time, but it's -- was

18         not nearly as fancy and sophisticated as

19         infrared cameras are now.  It was really

20         only a camera in that you could focus on a

21         single point and measure a temperature.

22                  You couldn't take, like, a

23         picture and get, like, a, you know, a

24         colored version of the image that

25         represented the various different

Horn - direct

1    temperatures.  So --

2         Q.    Okay.  So the --

3         A.    -- thermocouples were the

4    primary source of temperature measurement.

5         Q.    So when you were testing a full

6    battery pack then, would you typically

7    attach thermocouples to each of the cells in

8    the battery pack somehow and then use that

9    to evaluate the temperatures inside the

10   cells?

11        A.    Generally, yes.  I mean, the

12   goal was, if possible, to -- to attach

13   thermocouples to all of the cells.  I

14   wouldn't say that was done in every single

15   situation, but I mean, you would -- to get

16   some kind of a thermal map of the -- of the

17   pack during -- during the heating test.

18   That was -- that was desirable.

19        Q.    Okay.  And again, I'm really

20   pinpointing a very specific kind of test.

21   So that's what I'm directing this at.  I

22   know you did a lot of different kinds of

23   tests.

24             So I believe you said you did

25   tests using radiant heat in a battery pack

Horn - direct

Page 56

1          of multiple cells to provoke at least one of

2          the cells into thermal runaway, and then

3          decided what temperature it needed to get to

4          in order for that to happen, right?

5               A.    We -- that was a test that was

6          conducted, yes.

7               Q.    And you were actually physically

8          present for those tests?

9               A.    In some situations, I was

10         physically present.  In other situations,

11         the testing was done offsite, and I may --

12         and I may or may -- I went to Gainesville, I

13         think, three times for -- for auditing and

14         -- and testing.

15                    So in some cases, I reviewed

16         data that was conducted at Gainesville.  I

17         was -- I was at the -- on the center in West

18         Lake, Ohio.  Manufacturing was in

19         Gainesville, Florida.  So although there

20         was, you know, we -- there was a team of

21         people, I wasn't present for, you know,

22         physically present for -- for every test,

23         but I reviewed -- I was part of the team

24         that reviewed all of the -- the testing

25         data.

Horn - direct

Page 57

1          Q.    And what were the -- what were
2     the cell temperatures that were required to
3     -- to raise the cells to those temperatures
4     to provoke a thermal runaway reaction?
5          A.    I -- I -- I -- I don't remember
6     specifically, you know, the -- it hasn't --
7     I can't give you specific numbers.  I can --
8     I can give you generic temperature ranges.
9          Q.    Okay.
10         A.    So generally, you know --
11         Q.    I'm talking about from your
12    test, right?  Not -- because we'll talk
13    about what you've learned since then, but
14    I'm just saying, do -- do you recall what
15    the range was from the test or you're saying
16    that you can apply what you know now to what
17    you think it must have been?
18         A.    The -- the latter of -- of -- of
19    what you -- what you just said.
20         Q.    Okay.  So we -- we can move on
21    then.  We can talk about research that
22    you've looked at.
23              Do you -- did you have any
24    experience -- again, back in the -- in the
25    time with Eveready/Energizer, with having

Horn - direct

Page 58

1        one cell be provoked into thermal runaway

2        and then the heat from that thermal runaway

3        reaction by convection or -- or other

4        contact, I guess -- I guess, that's -- what

5        was the one for that direct contact, was

6        convention?

7                A.    Conduction.

8                Q.    Conduction.  I'm sorry,

9        conduction.  By conduction, provoking other

10       cells into thermal runaway, is that -- is

11       that a type of reaction that you witnessed?

12               A.    That wasn't something that I

13       recall from our lithium ion testing.  That

14       was something that we were doing with

15       lithium primary testing at the time, but

16       that wasn't something that I -- I don't

17       recall us being very focused on that with

18       lithium ion testing.

19               Q.    Okay.

20               A.    When I was at Energizer.

21               Q.    I've been using the word

22       "thermal runaway reaction," and that -- that

23       is a specific description, I guess, of a

24       reaction that, once it gets a certain

25       temperature, because of a breakdown within

Horn - direct

1          the -- the battery chemistry itself and the

2          battery cell, has -- is a cell sustaining,

3          and then increasing temperature reaction,

4          right?

5                    Is that how you describe it or

6          probably much more artfully than I just did?

7          A.    In general -- generally, that's

8          -- that's pretty much it.  I think that

9          where -- again, there's -- there's a little

10         bit of inconsistency in -- in --

11         unfortunately, in -- within the industry and

12         within academic parlance and what exactly

13         does thermal runaway mean.

14                    So there -- there -- there are

15         -- there are a couple different key -- key

16         points as you begin to heat a lithium ion

17         cell up, a fully-charged lithium ion cell

18         up, that are important, but thermal runaway,

19         from a chemical engineering standpoint, if

20         you ask just a chemical engineer what

21         thermal runaway is, they're going to say,

22         hey, you know, it's whenever you get a

23         situation where the heat generated by the

24         object causes the object to heat up, and it

25         raises the reaction rate to generate more

Horn - direct

Page 60

```
 1        heat.
 2                So it raises the -- it increases
 3        the heat generation rate, which increases
 4        the temperature, which increases the heat
 5        generation rate, and now -- and you get a --
 6        sustained as a thermal runaway reaction.  It
 7        can be fast or it can be slow.  Depends on
 8        what -- what's going on.
 9                In lithium ion battery parlance,
10        generally, we talk about thermal runaway as
11        the point where you can no longer quench the
12        reaction.  So, you know, you can't throw it
13        in water, you can't cool it down, you can't
14        stop it through normal means.  It means it's
15        going to go to completion.  That's normally
16        what we -- when we refer to thermal runaway.
17                Although, some people still
18        refer to thermal runaway of lithium ion as
19        what most people refer to as the onset
20        temperature, which is the temperature at
21        which the battery will begin to self-heat.
22        So there's -- there's a temperature where it
23        begins to self-heat, but you can -- you can
24        stop it by cooling it down, and there's a
25        temperature range that that occurs, and then
```

Horn - direct

```
 1        there's a point where you can't stop it.
 2                  It's sort of like lighting a
 3        match, heating a match up, right?  Once you
 4        actually light that match, it's into a
 5        thermal runaway chemical reaction process.
 6        You can't quench that, but up to that point,
 7        you can heat that match up pretty, pretty
 8        hot before it actually does that, and cool
 9        it back down and it will ignite.
10            Q.    Okay.  So with regard to the --
11        the -- the point where it's unstoppable then
12        -- well, let me withdraw that question.
13                  There was an article that was
14        referenced by -- by Dr. Martin.  I think the
15        authors were -- the author was Sorensen, and
16        did you happen to read that article?
17            A.    Yes, I did.
18            Q.    And in the Sorensen article, I
19        think they talked about phases, where the
20        first phase was sort of the normal operating
21        temperature battery, and then the second
22        phase was when it began to have a reaction
23        that was generating heat, but that reaction
24        could -- could be stopped if -- if the heat
25        were dissipated from the cell, and then a
```

Horn - direct

1    point where the -- the cell got into Phase

2    3, which was where it was, what you would

3    describe as thermal runaway, and couldn't be

4    stopped.

5                   Is that -- is that parlance that

6    you're familiar with, generally?

7         A.    Yes.  So Stage 1 is temperatures

8    below what we would refer to as the onset

9    temperature.  Stage 2 is temperature between

10   the onset and the thermal runaway

11   temperature, and above the thermal runaway

12   temperature, that's when things kind of get

13   kick off -- kicked off and you can't stop

14   it.

15        Q.    And in your experience, do you

16   -- do you have numbers or number ranges for

17   each of those transitions that you -- that

18   you believe are -- are fairly consistent

19   throughout the lithium ion battery

20   community?

21        A.    I -- I -- I do.  I -- I do.

22        Q.    Can you tell us what they are?

23        A.    Well, we need to specify the

24   chemistry.  So let's specify the chemistry

25   first.  When I say "the chemistry," we're

Horn - direct

1      talking about lithium ion, but you are aware

2      that lithium ion -- the term "lithium ion,"

3      really covers a wide range of -- of

4      chemistries.

5           Q.    Okay.  So --

6           A.    So -- I -- just -- let me just

7      go ahead and finish with this, because I'm

8      going to try to make your life simpler here.

9      So --

10           Q.    I'm always happy for that.

11           A.    With respect to what we're

12      talking about here, we're talking about --

13      in this instance, we are talking about a

14      lithium ion cell designed in, you know,

15      manufactured in, you know sometime between

16      2010 and 2020, probably sometime around

17      2015, forward to the electronics industry.

18           It is going to have a graphite

19      negative electrode, it's going to have a

20      lithium cobalt oxide positive electrode.

21      That's important, because those two

22      materials will control the temperature for

23      onset and for -- and for thermal runaway.

24           The negative electrode material

25      and the type of -- and the type and -- as

Horn - direct

1      well as the surface area of that, will

2      control your onset temperature, and then the

3      positive is what controls your -- the

4      temperature for thermal runaway.  So given

5      that chemistry --

6              Q.    That chemistry.

7              A.    That chemistry, and assuming

8      that we're fully charged, right?

9              Q.    Right.

10             A.    Assuming we're fully charged,

11     because if we're half charged, it changes.

12             Q.    Oh, fully charged.

13             A.    Fully charged.

14             Q.    That chemistry.

15             A.    Then what you're typically

16     talking about is full onset.  The lowest

17     I've ever -- I believe we've ever measured

18     for onset is around 70 degrees Celsius.

19     Typically, you're in the 85 to 95 degrees

20     Celsius range.

21             Q.    Okay --

22             A.    That -- that's where the --

23     that's where the majority is going to be.

24     In some special cases, we may be a little

25     bit below that.  In some special cases, a

Horn - direct

1        little bit above it.  Eighty-five to 95 is
2        pretty much where you detect onset, and --
3        and that detection is using the accelerating
4        rate calorimetry.
5                   That's pretty much the industry
6        standard for -- for detecting that.  It's
7        very -- it's difficult to do, and -- and a
8        lot of times, it's easy to overshoot and get
9        artificially high measurements.  So pretty
10       much, the industry relies on accelerating
11       rate calorimetry or arc for that onset
12       temperature.
13           Q.    Okay.  So that --
14           A.    And --
15           Q.    And using -- using Sorensen's
16       terminology then, that would be the point
17       where it goes from the normal operating
18       range Phase 1, into the beginning of thermal
19       runaway generation of heat Phase 2?
20           A.    That's -- yes.  That is where
21       you can start to detect and measure the cell
22       beginning to generate heat.  It's really
23       small, really small.  Typically, you're
24       looking at .05 to .1 degrees per minute
25       temperaturized [sic].  So very, very

Horn - direct

Page 66

1    temperature --

2         Q.    Okay.

3         A.    -- increases, but it's

4    detectable.  So that's -- that's -- and

5    normally, when you specify an onset

6    temperature, you have to specify your

7    detection limits for that, but that's --

8    that's -- that's consistent with Sorensen

9    transition from Stage 1 to Stage 2.

10        Q.    Okay.  And then the next

11   transition point, from Stage 2 to Stage 3,

12   is the point of no return, basically, when

13   the cell goes into a thermal runaway

14   reaction that can't be quenched even if you

15   take heat away?

16        A.    Correct.

17        Q.    And what is the temperature

18   range for that transition that you've

19   experienced from stage -- in -- in the type

20   of lithium ion battery we're talking about,

21   manufactured in the year that we're talking

22   about, what would the temperature range be

23   for that transition from Stage 2 where if

24   the -- the -- the reaction can be reversed

25   or stopped, to Stage 3, where it can't?

Horn - direct

1              A.    Generally, between 180 and 195

2       degrees Celsius, and if we're talking a

3       brand new battery, fully charged, graphite,

4       lithium cobalt oxide, polyethylene,

5       polypropylene, you know, bilayer, trilayer,

6       separator, convention, you know, runt of the

7       mill, meat and potatoes, lithium ion cell

8       for consumer electronic applications, 180 to

9       195.

10             Q.    Thank you.  Now, once the -- the

11      lithium ion battery cell of this type gets

12      to that 180 to 195 range and gets into that

13      secondary phase, there's usually some

14      outward appearance of change in the battery

15      cell itself, correct?

16                   In other words, at some point,

17      as the temperature continues to rise,

18      different things are going to happen and

19      they're not good things?

20                   MS. WANEMAKER:  Objection to the

21          form.

22                   You can answer if you can.

23             A.    Well, before that, things can

24      happen that will be visible that are not

25      good things.  So --

Horn - direct

Page 68

1          Q.    Okay.  So where does the venting
2      usually take -- start to take place, at what
3      temperature?
4          A.    So generally, in this type of
5      cell, the -- the first thing that we'll see
6      happen is the polyethylene component of the
7      separated mouths and the voltage will drop.
8      That typically happens around 125 to 230
9      degrees Celsius.
10         Q.    And can you see that from the
11     outside of the cell or is that something
12     that you know from the inside -- from
13     examining after the fact?
14         A.    You see that from measuring --
15     the continuous management of the voltage
16     during the testing.
17         Q.    Okay.
18         A.    That's normally something that's
19     done, is a -- is a voltage management.
20     Venting of the cell is going to typically
21     occur -- it's a little bit larger range, but
22     -- because it depends a little bit on the
23     head space and how much excess electrolyte
24     is in the cell, but basically, venting is
25     occurring because of -- of the partial

Horn - direct

Page 69

1          pressure of electrolyte building up within
2          the cell, and that's generally 145 to
3          155 degrees C.
4                    Again, I don't want to make --
5          want to make sure I'm not putting hard
6          numbers on this.  I don't want somebody to
7          -- to come up and say, hey, this vented at
8          143, that's outside your range.  I mean, I'm
9          just saying, like, generally, that's a --
10         that's a good rule of thumb, 145 to 155 C,
11         is where the cell will vent, and -- and in
12         an 18650 cell, that we're talking about, two
13         things happen when the cell vents, because
14         it's not just the -- it's not just the vent.
15                    The vent is part of what's
16         called the current interrupt device
17         component, and that will break -- that
18         breaks the circuit of the cell.  So when the
19         cell vents, two things happen.  It relieves
20         the internal pressure, and then also, it
21         will open the circuit to prevent any
22         additional charging or discharging.
23                    So when the cell vents, you will
24         typically see that, and if you're watching
25         the cell, you'll see that as, you know,

Horn - direct

1          maybe a spray or mist coming out of the

2          cell.  If you're doing electrical

3          measurements on the cell, the cell will go

4          to an extremely high resistive level,

5          because the circuit has opened.

6               Q.    Now --

7               A.    -- measure voltage.

8               Q.    Let me slip in questions every

9          now and then, and then -- then you can

10         answer them, okay?  So when the cell vents,

11         the gases that vent, are at times,

12         flammable, correct?

13              A.    Yes.  The -- the electrolyte in

14         lithium ion batteries is -- is a flammable

15         organic solvent.  So whenever -- the -- when

16         it vents -- when a cell vents, prior to

17         thermal runaway, most of it is going to be

18         electrolyte aerosol, which is going to be

19         flammable, yes.

20              Q.    And so when a cell goes through

21         this process of going from Stage 2 --

22         through Stage 2, when did you start to -- to

23         typically see flames coming out of that --

24         of that cell?

25              A.    You don't see flames coming out

Horn - direct

Page 71

1    of the cell during Stage 2, because

2    although, you have -- you have a -- you have

3    something that's flammable, you don't have

4    an ignition source, right?

5              So it's like you're, you know,

6    well, I don't use hairspray anymore, maybe

7    you do, but you take -- you can take a

8    hairspray can and you can spray -- you can

9    spray your head or spray it into the air,

10   that's flammable, but it doesn't have a

11   flame unless you, you know, put a match in

12   front of it and then spray it, and then you

13   have a flame, right?

14             So when the cell vents during

15   Stage 2, you're not going to see any kind of

16   -- you're not going to see -- unless there's

17   an ignition source, unless there's already a

18   preexisting flame, you know, nearby that,

19   you know, is within the fuel, oxygen mixture

20   where that is a flammable -- that's a

21   flammable mixture.  Generally, during Stage

22   2, we don't see any flames.

23        Q.    Now, the -- when the -- those

24   gases are released, they're not flammable,

25   they're also -- we're talking about at -- at

Horn - direct

Page 72

1        high temperatures, correct?  We're talking

2        about 150 degrees Celsius range that that

3        gas would be at, right?

4              A.    The -- yes, yes.

5              Q.    And then as that process

6        continues, the heat continues to rise.  Then

7        you get to Stage 3, and is that where you

8        typically will find, at some point, an

9        explosion?

10             A.    I want to be cautious on the --

11       the use of the term "explosion."  Again,

12       it's unfortunately one of those terms that

13       is band-aided about, even -- even amongst

14       academics and -- and professionals to

15       mean --

16             Q.    Well, let's just use whatever

17       terminology you want to use.  At some point,

18       there's -- there's a rupture of the cell and

19       cell contents can be ejected.  What do you

20       want to call that?

21             A.    Well, I -- if you're -- you're

22       skipping ahead a bit, because generally, we

23       don't get rupturing of -- of the cell can in

24       ejection of the contents like we see in this

25       case.  The most common thing that we see is

Horn - direct

1          when you hit thermal runaway, right?

2                  So when you hit 180 to

3          195 degrees C, and you start to begin and

4          you -- and you start the chemical reaction

5          between the cathode material and the

6          electrolyte, the cathode decomposes,

7          produces oxygen which very quickly oxidizes

8          and burns the electrolyte.

9                  That's when the cell temperature

10         really skyrockets, and, you know, increases

11         by hundreds of degrees Celsius per second.

12         It gets well-above -- it can get well-above

13         -- for a fully-charged cell, the melting

14         point of aluminum.  It can eject materials

15         that are red hot.  While it's ejecting those

16         materials, it can be ejecting gases -- the

17         gas mixture, which it can be flammable with

18         the right amount of oxygen from air, and

19         it's those particulates that are coming out

20         with that gas mixture that can ignite that.

21                 Think of it -- think of it like

22         a propane torch that you might have in your

23         garage or your basement for doing whatever

24         maintenance and stuff that you use a propane

25         torch for, right?  You can turn the propane

Horn - direct

1          on the torch, and there's a flammable gas

2          coming out of that and it's not igniting,

3          but you have a striker that you put in front

4          of that, and then you strike an arc or a

5          spark, and it ignites that -- that -- that

6          probate.

7                    Basically, what's happening for

8          a very short period of time coming out of

9          the 18650 cell is a flammable gas, that when

10         mixed with oxygen from air and a spark that

11         can be emitted from the cell itself, can

12         emit a -- a -- a -- can ignite that -- that

13         gas mixture.

14              Q.    Okay.  And you said then that

15         the -- the -- once it gets to a certain

16         point above the 180 to 195 range, the

17         internal components of the cell can heat up

18         to such an extent that they can -- you said,

19         melt aluminum?

20              A.    Generally, a fully-charged 18650

21         cell that gets to that thermal runaway

22         condition, will get above the melting point

23         of aluminum.  So --

24              Q.    And what would that be just to

25         -- to give us a ballpark of what the Celsius

Horn - direct

Page 75

```
 1      temperature would be?
 2          A.    Are you going to quote me?
 3      You're going to test my -- my memory on the
 4      melting point of aluminum.  I'm going to say
 5      660 degrees C.
 6          Q.    Okay.  So that would be --
 7          A.    So you can check that on -- you
 8      can Google that and you can give me a hard
 9      time if I'm not close, but I'm thinking --
10          Q.    No, that's okay.
11          A.    I'm thinking it's 660 degrees C.
12          Q.    And is that something that also
13      you measured in these imperial tests that --
14      that you did when you were working for
15      Eveready/Energizer?
16          A.    Well, the nice thing about the
17      melting point of aluminum is the current
18      collector in -- on the positive electrode
19      for a lithium ion cell is aluminum.  So if
20      you examine the cell after thermal runaway
21      and you have a melted aluminum current
22      collector, you know it got above the melting
23      point.
24               It's very difficult to measure
25      the internal temperature of a cell while it
```

Horn - direct

Page 76

```
 1          is going into thermal runaway.  So what we
 2          have to do as scientists and engineers that
 3          are studying these things, is we look at the
 4          -- we can sort of bracket the different
 5          materials.
 6                    So you have an aluminum current
 7          collector that melts at around 660 degrees
 8          C, as I recall.  You have a copper current
 9          collector that melts at around 1,070 degrees
10          C, I think.  Don't hold me to that, though.
11          If I have a break, I'm definitely going to
12          Google that, but around 1,070 degrees C, I
13          think, and aluminum melts, copper doesn't in
14          -- in that -- in that thermal event.
15                    So the temperature -- and this
16          is very similar to a house fire or a
17          building fire, where aluminum components in
18          the fire will melt, but copper wiring won't
19          unless there is an article -- electrical
20          energy, you know, pass through.
21                    So in the absence of an arc,
22          aluminum -- or copper won't melt, but
23          aluminum will in a typical building fire.
24          So we know that we're in that temperature
25          range, somewhere between the melting point
```

Horn - direct

Page 77

 1          of aluminum and the melting point of copper

 2          inside -- inside the cell.

 3                  Q.    And then the contents of the

 4          cell, if they were ejected, they would be

 5          ejected at about that temperature, somewhere

 6          between aluminum melting and copper melting,

 7          between 600 and over 1,000 degrees Celsius?

 8                  A.    In an -- in an -- in the

 9          situation where the cell vents the way it's

10          designed to, then in the ejecta, we call it

11          the ejecta, that come out the vent of the

12          cell, then yes.  They will be the ejecta,

13          which is the part -- that are coming out of

14          the cell, as well as the gas, will be

15          ejected from the cell within that

16          temperature range.

17                  Q.    And sometimes the -- the cell

18          itself ruptures or the -- the cap is blown

19          off and the actual copper internal

20          components of the cell are also ejected,

21          correct, which is what happened in this

22          case?

23                  A.    In four cells in this case, the

24          -- the can -- so we have two cells that

25          exhibited what we would typically call a

Horn - direct

1          crimp release, and two cells that we would
2          typically refer to as a can rupture, yes.
3          That -- and that -- that occurs, you know,
4          almost always exclusively due to -- to
5          external heating of the cell, as we've been
6          discussing.
7                    We've only been discussing
8          extra, you know, failure of the cell due to
9          external heat imposed onto the cell to this
10         point.  We haven't talked about internal
11         cell faults and other things.  So we've been
12         talking all about external heat.  So --
13              Q.    So you're saying -- let me just
14         stop you there for a minute.
15                    So you're saying that thermal
16         runaway reactions that are caused by
17         internal events in the cell overcharge,
18         overvoltage, over-temperature, those --
19         those types of thermal runaway reactions
20         never result in either a -- a crimp release
21         of the -- of the contents of a rupture of
22         the cell?
23                    That -- that -- basically, if
24         you have a -- that kind of -- of -- of fault
25         that causes thermal runaway, you'd never see

Horn - direct

```
 1          any ejection of the internal components.  Is
 2          that what your testimony is?
 3                     MS. WANEMAKER:  Object to the
 4              form.
 5                     You can answer.
 6              A.     That was a very long question,
 7          sorry.
 8              Q.     Let me -- let me rephrase --
 9              A.     Counselor, can you -- can you --
10          can you maybe --
11              Q.     Sure, I'll rephrase it.
12                     So there are -- there's --
13          there's two different ways that you can --
14          you can have the internal cell temperature
15          reach the point of thermal runaway, where
16          these reactions take place.
17                     You can have the external heat
18          source or you can have a fault within the --
19          the system or -- or too much charge, too
20          high of voltage.  So there's two different
21          ways, right?  With me so far?
22              A.     Sure.  I'll -- I'll -- I'll --
23              Q.     I mean, I just --
24              A.     I'll -- I'll take those two
25          buckets, okay.
```

Horn - direct

Page 80

1          Q.    Okay.  Now, in the bucket of the
2     internal, there's a number of different ways
3     that internal temperature can get to that
4     point.  I'm -- I'm with you on that, but I'm
5     just talking about internal heating versus
6     external heating.
7               We okay with that?
8          A.    Yes.
9          Q.    Okay.  So I think you said for
10    external heating, you see this reaction
11    where -- in at least certain circumstances,
12    the -- the copper windings of the -- the
13    inside of the battery cell can be ejected
14    out of the battery cell?
15         A.    From external heating, yes.
16         Q.    Yes.  Are you saying that that
17    never happens for internal heating?
18         A.    For the -- the -- for the vast
19    majority -- I may be able to come up with --
20    I may be able to, after over 25 years of
21    experience, come up with a way to do it, but
22    the vast, vast majority of the internal
23    defects that result in a -- in a -- in a
24    thermal runaway instant in an 18650 cell, do
25    not result in the ejection of -- of -- of --

Horn - direct

```
 1        of contents, either through a crimp release
 2        or a can rupture.
 3                  The -- and the reason for that
 4        is the -- the venting mechanism is highly
 5        effective and specifically designed to
 6        release the gases at the rates that they're
 7        being generated at when a cell has an
 8        internal defect, as opposed to through an
 9        external heat situation, where you're
10        pumping energy into the cell and when the
11        cell finally fails, it's got all of its
12        stored energy from being fully charged, as
13        well as all the thermal energy you pumped
14        into it.
15                  You get much more rapid
16        generation of gases that can overwhelm the
17        vent and cause failure of the steel can.  So
18        that's one of the things -- and that's
19        something that I've published on, certainly,
20        and many people have published on, is --
21        Q.    Which -- which -- which articles
22        did you publish that in?
23        A.    It's my -- it's all in my CV.
24        Q.    No.  But I mean, can you give me
25        a specific article that you -- in the period
```

Horn - direct

Page 82

1    you -- literature that you published that

2    makes the point that -- that ejection of the

3    internal contents of the cell, rarely, if

4    ever happens, from internal faults in the

5    cell?

6           A.    I -- I would -- I would say the

7    great place to start is my book chapter in

8    the Handbook of Batteries on methodologies

9    for failure analysis of -- of batteries.

10   So --

11          Q.    So the good news is, I guess, it

12   becomes pretty easy for you, that any time

13   there's ejection of contents, it has to be

14   from external heating?

15          A.    Or relatively small battery

16   packs, that -- that -- that's certainly

17   something that we are -- we are -- we are

18   very much looking at, and it's not just

19   myself.  I mean, there are many other people

20   that have published on it.

21          Q.    I didn't ask if you were looking

22   at it.  I'm just saying that based upon your

23   understanding of the science, any time you

24   see ejection of internal contents, it

25   virtually has to be external heat, it can't

Horn - direct

Page 83

1    be any fault within the battery that caused

2    that.

3              Is -- is that your conclusion

4    that you reached just by knowing that?

5              MS. WANEMAKER:  Object to the

6         form.

7              You can answer.

8         A.    No, sir.  You've got to look at

9    the design of the pack, and how many cells,

10   and how thermal the thermal propagation

11   could -- could -- could, you know, you know,

12   how it could progress through the battery

13   pack, you know, and -- and -- and other

14   evidence.

15             So you got -- you can't just

16   take one thing and look at it, but in

17   general, cells don't expel their contents

18   due to an internal cell fault.  18650 cells,

19   designed for consumer electronics, which are

20   different than 18650 cells designed for

21   power electronic applications, but 18650

22   cells designed for consumer electronics,

23   high-energy cells, don't expel their

24   contents due to an -- due to internal cell

25   faults, and the reason for that --

Horn - direct

Page 84

1          Q.    That's sort of an axiom in the

2     industry.  That -- that's something that --

3     that is basically published and everybody

4     knows that, that if you have ejection of the

5     internal components, it must be from some

6     external heating source?

7          A.    Well, it's certainly published

8     from -- by myself and -- and others, so yes.

9     Yes, there are --

10         Q.    Okay.

11         A.    -- publications on that, yep.

12         Q.    And you've never seen anybody

13    disagree with that, like, anybody in the

14    published literature, could be somebody like

15    me disagree with it, but I'm saying, in the

16    -- in the period you published literature,

17    that's pretty much the universal belief,

18    that any time there's ejection of the cell

19    contents, it also has to be from an external

20    heating source, except in exceptional

21    circumstances you can't even think of?

22         A.    Oh.  I can think of exceptional

23    circumstances, yes.  I mean, you could --

24    you could charge -- you can charge -- you

25    can bypass the -- the CID and change the

Horn - direct

Page 85

1        cells in an extremely high rate beyond what

2        they're capable of taking and possibly get

3        ejection of the contents.  There may be --

4        you can -- you can plug the vents.

5                    We get -- we -- we -- we do this

6        by design.  We, you know, in order to

7        understand what the pressures, internal

8        pressures, need to be to cause can failure,

9        we -- we will design experiments to plug

10       vents and to -- so we can measure what those

11       pressures are for the can to fail and things

12       like that.

13                   So I mean, you can -- you can do

14       that, and there may be applications out

15       there, where vents are plugged.  I mean,

16       there -- there are many different uses of

17       18650 cells, where vents could be plugged

18       due to -- from debris, from, you know, from

19       -- from contamination of intrusion of

20       moisture or other things can affect how, you

21       know, how the vents -- or the design of the

22       cell -- the design of the pack.

23                   One could potentially, you know,

24       plug the vent just based on how you -- you

25       attach -- you attach your -- your leads to

Horn - direct

Page 86

1          the -- to the cell or if you pack in some --
2          in some cases, some people feel that packing
3          in insulation material around the cells is a
4          good thing or incapsulating the cells in
5          epoxy is a good thing.  Those types of
6          things can reduce the rate at which the
7          gases can come out, right?
8                    So in no way, shape, of form am
9          I saying, I can look at a pack at post-fire,
10         see its expelled contents and say,
11         (untranscribable noise), that was external
12         heating.  What I am saying is, in the
13         absence of things, you know, could
14         potentially block, you know, crazy different
15         scenarios, and I can come up with many of
16         them, what we see -- and this is based on
17         25 years of experience in the industry,
18         doing almost exclusively battery failure
19         analysis is, you don't get expulsion of
20         contents from 18650 cells due to internal
21         cell faults.
22                    Expulsion of contents is almost
23         always a very strong indicator that you had
24         external heat attack.  Especially in
25         situations where you have multiple cells or

Horn - direct

1    most of your cells from a pack have expelled

2    their contents.  That is very, very

3    compelling strong evidence that you have

4    external heat attack.

5         Q.    Okay.  Thank you for that

6    answer.  You have a list of litigation cases

7    that you've worked on the last four years

8    that have been provided, and I don't want to

9    go through each one of them, but I wanted to

10   ask you:  Did -- which of these, if any of

11   them, involved 18650 batteries that went

12   into thermal runaway?

13        A.    Okay.  So this is Appendix C.

14   Sorry -- sorry for turning my head over

15   here, I got this -- I got my folder off to

16   the side.  So this is Appendix C, correct?

17        Q.    Right.

18        A.    Okay.  So let me -- okay.  So

19   one page, 1 through 8.  So let me just go

20   through these very quickly.  Number one --

21        Q.    You don't have to tell me about

22   each one of them, just tell me which ones

23   involve thermal runaway.

24        A.    I'm going to -- I'm just going

25   to go through it really quick, say "yes" or

Horn - direct

1          "no."

2                Q.    Okay.  Thank you.

3                A.    Yep.  "Yes" means, yes, it's

4          thermal runaway and applies to 18650s.  "No"

5          means it does not.

6                Q.    Thank you.

7                A.    Number one, no.  Number two, no.

8          Number three, yes.  Number four, no.  Number

9          five, no.  Number six, no.  Number seven,

10         yes.  Number eight, no.

11               Q.    Okay.  So the two "yeses" were

12         cases where you worked for Hewlett-Packard,

13         correct?

14               A.    Correct.

15               Q.    And were they -- they were both

16         18650, you said?

17               A.    Correct.

18               Q.    And were they fire or explosion

19         events?

20               A.    They -- they -- they were events

21         where there was a fire, and the batteries in

22         a notebook computer were alleged the source

23         of the fire.

24               Q.    Okay.  And there's another

25         expert for HP that has testified in this

Horn - direct

Page 89

1       case being Mr. Galler, do you know him?

2            A.    I do know Don Galler, yes.

3            Q.    Was he involved in any -- either

4       of those two cases; do you recall?

5            A.    I -- I don't recall.  Let me --

6       let me -- just looking at the years, no.  I

7       -- I know that in -- well, so the two cases

8       -- so three and seven are basically the same

9       case, right?

10          So -- so that's, you know, the

11      three is the trial and seven is the

12      deposition.  Yeah.  So -- so -- and I -- and

13      I do remember the trial, specifically.  I

14      was the only expert that -- for HP that

15      testified at that trial.  I don't know -- so

16      I don't recall if Don Galler was involved

17      with that case or not.

18            Q.    Did -- did those HP laptop fire

19      cases involve unauthorized battery packs for

20      that case -- I guess just one case?

21            A.    It did not.

22            Q.    Did not, okay.  And I assume, in

23      -- in those cases, you determined that

24      whatever happened -- where the fire had

25      nothing to do with the HP battery pack,

Horn - direct

Page 90

1    correct?

2         A.    Correct.  That -- that damage to

3    the pack, and it was -- was a result of

4    external heat on -- on the battery pack,

5    yes.

6         Q.    Now, have you -- this only

7    covers your last four years.  Have you been

8    involved in any HP cases -- Mr. Galler

9    testified that in most of the fire cases

10   he's looked at for HP, there was an

11   unauthorized battery pack that was involved

12   with the fire and explosion from the -- from

13   the HP laptop.

14             Has that been your experience as

15   well?

16        A.    I can only think of one other

17   case that I've been involved with HP that

18   involved an unauthorized battery pack.

19        Q.    And when was that?

20        A.    I -- I -- I don't -- I don't

21   have an -- I -- I -- that -- that was an

22   international case, and I was not deposed

23   and -- and did not testify.  So it wouldn't

24   -- it wouldn't be in my testimony list

25   anyway even if we went back.

Horn - direct

1                    I want to say that that was

2        probably seven years ago, maybe eight -- six

3        years ago -- five to six -- I'm -- I'm

4        guessing.

5                    It was -- it was a minor case

6        that was -- an international case that I --

7        I was -- I was involved at the periphery,

8        but I haven't testified on -- on any other

9        cases or written any reports on any other

10       cases involving HPs that were using

11       non-authorized batteries; to my

12       recollection.

13           Q.    Have you ever studied

14       unauthorized battery packs looking for

15       whether safety features were incorporated

16       into those for HP?

17           A.    For HP?

18           Q.    In other words, have you ever

19       worked for HP to do that type of

20       investigation?  That was a poorly-worded

21       question.

22           A.    I think only on that -- that

23       international case that -- that I mentioned.

24           Q.    Okay.  If you turn to Appendix A

25       of your report, and that's entitled

Horn - direct

1      "Material Reviewed."

2              A.     Yes.

3              Q.     And are these the materials that

4       you looked at in preparation for your report

5       prior to the -- the completion of your

6       report?

7              A.     Yes.  Yes, they -- they would

8       be, yes.

9              Q.     Okay.  So among them, were the

10      reports of the plaintiff's experts, the

11      first three, correct?

12             A.     That's correct, yes.

13             Q.     And you looked at the Allegany

14      Fire Investigation Report and all the

15      photographs that came with that?

16             A.     Correct.

17             Q.     And then you looked at the

18      deposition testimony of Carol Marcellin, who

19      is in the house, and Lee Atkinson, who's the

20      expert in -- that works for HP?

21             A.     Yes.  I'm not sure that it was

22      done in -- in that specific order, but yes.

23             Q.     Okay.  Well, that's the order

24      they're listed in.  I didn't mean -- I read

25      them in that order.

Horn - direct

Page 93

1          A.     Yep.

2          Q.     And Mr. Atkinson also testified

3     in his deposition that you were at, about

4     his investigation of fires that resulted

5     from unauthorized battery packs; do you

6     recall that?

7          A.     I -- I do.

8          Q.     And --

9          A.     I mean, I recall -- I recall

10    reading it.  I don't recall the specifics.

11         Q.     Okay.

12         A.     So if you're going to ask me

13    questions about his deposition, I -- I would

14    say that you may have to point me to

15    specific --

16         Q.     Sure.  But do you recall him

17    saying that -- that he became aware during

18    investigations of fire cases that there were

19    unauthorized battery packs that lack safety

20    devices that were required by HP?

21         A.     I -- I recall that -- I seem to

22    recall -- again, I recall him saying

23    something to that effect, that -- that HP

24    started to see instances around maybe 2018,

25    2000 -- and they implemented some systems in

Horn - direct

Page 94

1      2019.

2            Q.    Okay.

3            A.    Something to that effect, but I

4      -- I could have my dates wrong.  I recall --

5      I remember -- I recall him saying something

6      to the effect of -- and it was either -- I

7      think it was Lee Atkinson.

8                  I recall seeing something in --

9      either in the -- it was Atkinson's

10     deposition or it was in Interrogatories, I

11     -- I don't recall which.

12           Q.    Okay.

13           A.    But it was said that -- that,

14     you know, there was a period of time where

15     HP -- that HP really wasn't concerned about

16     it, because they weren't seeing, you know,

17     any significant prevalence of -- of -- of

18     issues, and then at some point, they started

19     seeing -- they started seeing it, and so

20     they implemented some fixes.

21           Q.    Okay.  Did you review the

22     testimony of the other HP witness that was

23     deposed in this case, Mr. Pipho, P-I-P-H-O?

24     It's not listed here, but I just was

25     wondering.

Horn - direct

Page 95

1          A.    I don't recall -- I don't --
2     when -- at the point -- I don't think that I
3     did review that.  I -- I may have seen some
4     snippets from it, maybe in Dr. Sala's
5     report, but I -- I don't think that I
6     actually read -- read that deposition.
7          Q.    Okay.  And then number seven on
8     your list is the scene inspection notes and
9     photographs of Greg Gorbett, and those were
10    items that you looked at in order to prepare
11    your report, correct?
12         A.    Correct.  And in fact, I believe
13    I include some of Mr. Gorbett's photos in --
14    in -- in my report.
15         Q.    But you recall specifically
16    reviewing the scene inspection notes and
17    photographs of Mr. Gorbett, correct?
18         A.    Yes.  I -- I believe I received
19    a folder with -- a PDF folder with -- with
20    photos and -- and photos of some notes that
21    he took during the inspection.
22         Q.    Okay.  And Mr. Gorbett was the
23    -- the fire investigator expert that was
24    sent by HP to go to the investigation of the
25    scene of the fire in February of 2020,

Horn - direct

Page 96

1    correct?

2         A.    That was before I was involved

3    with the case, but -- but that's my

4    understanding.

5         Q.    And when did you get involved in

6    the case?

7         A.    That's a good question.  Hold

8    on, let me see if I got the -- the project

9    number.

10        So the project number on my

11   report starts with 21.  2110, so that would

12   be late 2021 would have been when I was

13   retained, because that was when the project

14   was authorized. So late 2021.  I can -- I

15   know it's late 2021, because the project

16   number is 10,054, and we typically have

17   around 11 to 12,00 projects a year in

18   Exponent, so --

19        Q.    So with regard to Exponent then,

20   there's another Exponent expert that has

21   testified and that's Dr. Myer [sic].  Do you

22   know Dr. Myers?

23        A.    I -- I -- I do know Dr. Myers.

24        Q.    And would the project number for

25   you be different than the project number for

Horn - direct

Page 97

1     Dr. Myers?

2          A.    Yes.  I believe in this

3     particular case, it would be, because we

4     were retained -- yeah.  It would be

5     different.  I would -- I would think it

6     would be different -- normally -- normally,

7     the project number goes with the expert.

8               Whether or not the -- as opposed

9     to the -- the -- the matter.  So if there

10    are multiple, you know, Exponent experts on

11    a particular project, then there would

12    typically be different project numbers.

13         Q.    So then you -- you list the lab

14    inspection notes and photographs of Don

15    Galler, correct?

16         A.    That is Item 8, yes.

17         Q.    And Don Galler was the HP expert

18    that went to the laboratory where they took

19    the materials that Mr. Gorbett and others

20    chose to be analyzed in a laboratory.

21               Mr. Galler was there to -- to

22    witness that laboratory inspection?

23               MS. WANEMAKER:  Object to the

24         form.

25               You can answer.

Horn - direct

1           A.    My understanding is that -- that
2      Galler was present at at least one
3      inspection of the -- of the evidence at a
4      laboratory, yes.
5           Q.    Right.  So in other words,
6      Mr. Galler didn't go to the scene.
7      Mr. Gorbett went to the scene with others
8      and you list those others, we're going to
9      get to that, in your report, and then they
10     chose certain items to bring to a
11     laboratory, and Mr. Galler went when they
12     did that examination in the laboratory of
13     the items removed from the scene?
14          A.    That was a very long question
15     that had many questions folded into it.  So
16     I don't think I can say a "yes" or a "no."
17     If you could divide that up for me, that
18     would be fantastic.
19          Q.    Well, what -- what was it that
20     Mr. Galler -- what -- what items were looked
21     at that when they went to the scene -- I'm
22     sorry, withdraw that question.
23               Mr. Galler went to the
24     laboratory and it was the fire research
25     technology laboratory in Sodus, New York,

Horn - direct

1    where certain items were evaluated in

2    October of 2020 or, you know, later in the

3    year that the fire occurred, correct?

4         A.    That's my -- yes, that's my

5    understanding.

6         Q.    And what was your understanding

7    of -- of where the items came from that were

8    evaluated during that examination?

9         A.    I -- I -- I would point you to

10   Figure 10 of -- of my report, which has a --

11   a listing of the -- of the items.

12        Q.    Right.  But I was asking if --

13   if -- where those items that are listed

14   there came from.

15        A.    I -- I -- I guess I don't -- I

16   -- I would -- I don't --

17        Q.    What did --

18        A.    I don't --

19        Q.    Did they come from -- did they

20   come from the scene of the fire?

21        A.    That's my understanding.

22        Q.    Okay.  That's what I wanted to

23   know.  That was part of my long question.

24             I said that a selection was made

25   in February by the investigators of things

Horn - direct

1      to take to a laboratory, they were taken to

2      a laboratory, looked at in October, and

3      Mr. Galler was there when they were looked

4      at?

5           A.    Again -- again, you got to

6      divide that up.  I have no idea when the

7      selection was made, whether it was February,

8      what year it was.  Certainly before 2020, I

9      -- I don't know.  All I can say is, that's

10     what I understand -- Figure 10 in my report

11     is what Galler looked at, so --

12          Q.    And -- and just so I -- do you

13     know when the fire was?

14          A.    Make sure I get you an accurate

15     date.  January 24, 2020.

16          Q.    So the items that were taken,

17     were taken at least after January of 2020,

18     correct?

19          A.    That would be my understanding,

20     yes.

21          Q.    Okay.  Then your list of items

22     -- turn back to it, I apologize.

23          A.    You're -- you're referring to

24     Appendix A, list of --

25          Q.    Appendix A, yes.  You -- you

Horn - direct

1     list an article by somebody named -- is it

2     Bankole or Bankole?

3              A.     Which number?  Yeah.

4              Q.     Twelve?

5              A.     Yeah, Bankole.

6              Q.     And then you list an article

7     written by the lead author, Yuan?

8              A.     Yes.

9              Q.     And then 14, you list the

10    National Fire Protection Association Guide

11    for Fire and Explosion Investigations from

12    2017?

13             A.     Yes.

14             Q.     Now, is that -- is that what's

15    also called 921?

16             A.     Yes, it is.  Yes, it is.

17             Q.     And so you looked at the 2017

18    version, not the 2024 version?

19             A.     I've looked at the 2017 version,

20    yes.

21             Q.     Okay.  You understand there has

22    been an update since then?

23             A.     I do, yes.

24             Q.     Okay.  And then you list an

25    appendix by somebody named Reddy?

Horn - direct

Page 102

1          A.    Correct.  That's the -- Reddy is
2     the editor of the Handbook of Batteries,
3     yes.
4          Q.    Okay.  And what is that
5     particular -- that's the appendix that
6     relates to battery failure analysis?
7          A.    Yes.  As -- as -- as it states
8     in the document there.  Appendix H,
9     Methodologies For Battery Failure Analysis,
10    yes.
11         Q.    And then you list two United
12    Laboratories specifications?
13         A.    Correct.
14         Q.    And then what's the last one,
15    18?
16         A.    In an -- it's an international
17    standard testing of -- of lithium ion
18    batteries.
19         Q.    And is that the sum total of
20    everything that you reviewed to prepare for
21    your report?
22         A.    I think it's the sum total of
23    things that I went back to specifically
24    review.  Obviously, you know, you know, I --
25    I know a lot from, you know, 25 years of

Horn - direct

1         doing battery failure analysis.  So there's

2         -- there's a lot of, you know, just inherent

3         knowledge that I rely upon, but -- but yes.

4         Those -- that's the material that I reviewed

5         for this specific case, yes.

6              Q.    Since you've -- you've produced

7         your report, have you looked at other

8         materials about this case prior to today?

9              A.    Certainly I have, yes.

10             Q.    And would that include the --

11        the reports -- the rebuttal report of

12        Dr. Martin and the rebuttal report of

13        Mr. Karasinski?

14             A.    It would, yes.

15             Q.    And what else would it include?

16             A.    It would include the rebuttal

17        report of -- oh, I can never think --

18        remember his name.  It starts with an L.

19        He's another fire investigator.

20             Q.    He didn't do a rebuttal report.

21        So that would be his --

22             A.    Oh -- I guess I reviewed the

23        primary report after -- after I submitted my

24        report.  So I have reviewed that.  I've

25        reviewed the -- sorry, I don't have a list.

Horn - direct

Page 104

1      I've reviewed the -- as I've said, the

2      rebuttal report of Martin, as well as --

3      there -- there were some new references and

4      citations in Martin's rebuttal report that

5      were not in his opening report that -- that

6      I've reviewed.  I've reviewed Martin's

7      deposition.  I've reviewed -- is there

8      anything else --

9              Q.    Did you review Mr. Galler's

10     deposition?

11             A.    No, I didn't review Mr. Galler's

12     deposition.  I did review Dr. Myers' report

13     and Dr. Sala's report.  As -- as -- as --

14     there might be some other documents, but

15     that's what I recall at this point.

16             Q.    No, that's great.  So let's move

17     on then to -- and I know it's getting close

18     to noon --

19                  MS. WANEMAKER:  Yeah.

20                  MR. SCHWARZ:  But -- why don't

21          we go off the record.

22                  MS. WANEMAKER:  Yeah, good idea.

23          Thank you.  I was just --

24                  THE VIDEOGRAPHER:  It's 11:55,

25          we're going off the record.

Horn - direct

Page 105

1                  (An off-the-record discussion

2            was held at this time.)

3                  THE VIDEOGRAPHER:  The time is

4            12:10 p.m., and we're back on the

5            record.

6            Q.    So I think in your -- in this

7       morning's testimony, you provided -- your

8       general opinion, you said, is pretty

9       universally held, that catastrophic failures

10      of lithium ion battery cells form thermal

11      runaway are almost exclusively caused by

12      external heat sources; do you recall that

13      testimony?

14           A.    I just want to make sure -- when

15      you say catastrophic failure, what you're

16      referring to, I believe, correct me if I'm

17      wrong, is failure of the -- and we're

18      talking specifically cylindrical 18650 cells

19      and we are talking about the failure of the

20      can, two types of failure, we see both in

21      this particular instance.

22                  What we would generally call a

23      crimp release and a can rupture.  Those are

24      generally a result of external heat attack,

25      yes.  As opposed to an internal cell fault

Horn - direct

1     mechanism.

2          Q.     And I think you -- you said, not

3     only generally, but the majority, but

4     99.9 percent, right?

5          A.     I --

6               MS. WANEMAKER:  Objection to

7          form.

8               You can answer.

9          A.     I didn't put a number on it, but

10    the vast majority, yes.

11         Q.     Okay.  And the 18650 are the

12    most common cells used in consumer products,

13    correct?

14         A.     Not -- not currently, no.  That

15    -- that would be incorrect.  For consumer

16    product laptops, phones, tablets, generally

17    nowadays, it's either prismatic or -- or

18    pouch cells.

19         Q.     Okay.  But at -- at -- during

20    the period of time prior to the current

21    time, 18650s were predominate, at least for

22    laptops, correct?

23         A.     I want to say in 2010 for

24    notebook computers, I would say that --

25    yeah, 18650s were -- were the -- were -- I

Horn - direct

Page 107

1          don't recall what fraction, but I think that

2          they were the majority.  More than 50

3          percent would have been 18650s, yes.

4               Q.    So in the -- if you turn to Tab

5          18, and I've marked as Exhibit 2, that's the

6          Yuan article that you referenced in your

7          report.

8                    (Exhibit 2, Yuan Article, was

9               received and marked for identification

10              by the reporter.)

11              A.    Yes, I am there.

12              Q.    And in that report, in the

13         introductory section, if you look at it,

14         there's a sentence in the first column that

15         says, the Occupational Safety and Health

16         Administration (OSHA, 2019) reports that the

17         U.S. Consumer Product Safety Commission

18         identified over 25,000 overheating or fire

19         incidents involving more than 400 types of

20         lithium-ion powered consumer products over a

21         five-year period.

22                   Did I read that correctly?

23              A.    Yes.

24              Q.    And so the -- the overheating

25         and fires caused by lithium ion batteries

Horn - direct

Page 108

1       has become a -- a major issue in the last
2       decade; would you agree with that?  25,000
3       incidents.
4           A.    I mean, I guess.  I think the
5       numbers, I guess, speak for themselves.  I
6       don't know if I want to put a, you know,
7       gauge, if that's, you know, the severity of
8       that, but that's -- that's -- that's what
9       CPSC has reported, yes, according to Yuan.
10          Q.    Right.  And you -- you cited
11      this article, so I assume you cited it,
12      because it was a reliable source for
13      information like this?
14          A.    Yep, yes.
15          Q.    Okay.  So the next says, the
16      safety issues pose a great challenge for the
17      wider application of lithium ion batteries
18      in large power-consuming devices, and that
19      would include electric vehicles, correct?
20          A.    It -- it -- it would include
21      electric vehicles, yes.
22          Q.    And the next sentence says, the
23      major cause for catastrophic failure of --
24      for lithium batteries is thermal runaway
25      that occurs when heat generated from

Horn - direct

Page 109

1      exothermic reactions inside a battery

2      outpaces heat dissipated from the battery

3      leading to a rapid increase in temperature

4      and pressure that further increases the

5      reaction rate.

6                  Did I read that correctly?

7           A.    Yes.

8           Q.    And you would agree with that,

9      correct?

10          A.    Yes.

11          Q.    And the next sentence says, if

12     unmitigated, this self-accelerating process

13     will lead to cell rupture and the venting of

14     toxic and highly flammable gases, and the

15     release of heat.

16                  Do you agree with that?

17          A.    I -- I -- I agree with it to a

18     certain extent in -- in that -- again,

19     unfortunately, this is a situation where the

20     term "rupture" is not universally agreed

21     upon, and also keeping in mind that, you

22     know, we're talking about lithium ion cells

23     in general.

24                  So when we talk about rupture of

25     a cylindrical cell, that's different than

Horn - direct

1    rupture of a pouch cell or rupture from a

2    prismatic cell.  The latter two, pouch and

3    prismatic cells, tend not to have dedicated

4    venting mechanisms.

5                    So generally, the casing itself,

6    either the pouch or the prismatic can, will

7    -- will tear, if you will, and that's

8    generally what we refer to as -- as a

9    rupture.  I cannot think of the exact

10    standard.  It's a European standard that

11    defines rupture as a situation where, you

12    know, the -- the -- the cell separates until

13    -- into two or more major components, but in

14    general, yeah, thermal runaway will result

15    in, you know, the -- the emission of -- of

16    -- of chemicals and materials that are

17    generated by the thermal runaway reaction

18    during -- during that process.

19          Q.    And two of the six cells that

20    ruptured in this case, based on your

21    definition of "rupture," correct?

22          A.    Two of the six cells exhibited a

23    rupture, which is the tearing of a steel

24    can, and -- and -- and the -- two of the six

25    cells exhibited a crimp release, which I

Horn - direct

1          would -- I would denote as a special

2          character -- a special rupture situation,

3          where the can doesn't tear or -- or, you

4          know, the can stays intact.  It's the crimp

5          that unfolds and contents are ejected, yes.

6                 Q.    And the next sentence says, an

7          ignition of those flammable gases can lead

8          to a possible explosion or fire, correct?

9                 A.    That's correct.

10                Q.    And then in the next paragraph,

11         it says, lithium battery thermal runaway can

12         be caused by exposure to excessive

13         temperatures, internal shorts due to cell

14         defects, external shorts due to faulty

15         wiring, a surge in the charging or

16         discharging current, or mechanical damage to

17         the cell that can lead to internal shorts

18         and heat generation.

19                      Did I read that correctly?

20                A.    You did, yes.

21                Q.    And do you agree with that

22         statement?

23                A.    I -- I agree with it in that it

24         -- it encompasses, you know, there are --

25         there are other situations that can cause a

Horn - direct

1              thermal runaway in a lithium ion battery,

2              but I agree with those, yes.

3                    Q.    Okay.  And those would include

4              charging and overcharging, surging charging,

5              or over-temperature, correct?

6                    A.    Correct, yes.  I mean, to just

7              -- to be -- to clarify, not every

8              overcharging situation is going to cause

9              thermal runaway.  Not every surge charge

10             current is going to cause thermal runaway,

11             but -- but those things can depending on the

12             severity of -- of them.

13                    They can -- they can in certain

14             situations result in that.  Not always, but

15             they can, yes.

16                    Q.    Now, going back to your report,

17             which is Tab 1, Exhibit 1, and if you turn

18             to Page 5.

19                    A.    Give me just a second.  I -- I

20             got to go to the beginning of your binder.

21             That was at the very end.  So give me just a

22             second, get back to that.  I feel like I'm

23             going from the yellow pages to the white

24             pages in the phonebook.  I guess that maybe

25             dates me.

Horn - direct

Page 113

1              Page -- page number again, I'm
2       sorry?
3              Q.    Page 5.
4              A.    Okay.
5              Q.    And you have -- in the beginning
6       of your report, after you do your
7       qualifications, you -- you provided your two
8       opinions and they're going to be discussed
9       more in the body of the report and then
10      summarized at the end, correct?
11             A.    Yes.
12             Q.    But the first opinion was that
13      the -- the battery pack of the alleged
14      subject HP Pavilion DV6 Notebook Computer
15      was inconsistent with the genuine original
16      battery pack that would have been sold with
17      this HP model.
18             That's your opinion, correct?
19             A.    Yes.
20             Q.    And then the second sentence
21      says, as such, protections provided by the
22      original pack may not have been present in
23      the battery pack that was installed in the
24      notebook at the time of the fire, which
25      could have led to degradation of the

Horn - direct

Page 114

1       performance and safety characteristics of

2       the cells.

3                   Did I read that correct?

4           A.    Yes.

5           Q.    So that -- that combined, is

6       your first opinion, those two sentences that

7       I read?

8           A.    Correct, yes.

9           Q.    Okay.  Now, if you could turn to

10      Tab 15 that I marked as Exhibit 3, and this

11      is a Texas Instruments Application Report

12      from 2005.

13                  (Exhibit 3, Texas Instruments

14             Application Report, was received and

15             marked for identification by the

16             reporter.)

17                  Is this a document that you

18             reviewed in preparation for your

19             testimony today?

20          A.    Yes, it is.

21          Q.    And this is a -- Texas

22      Instruments is one of the -- the leading

23      chipmakers that provides parts to the

24      computer industry, correct?

25          A.    Yes, it is.

Horn - direct

Page 115

1          Q.    And specifically, Texas
2    Instrument [sic] makes a microprocessor
3    called a fuel gauge that is frequently
4    incorporated into battery management
5    systems?
6          A.    Yeah.  Again, I'm -- I'm not an
7    electrical engineer, but -- so I'm going to
8    just qualify that, but my understanding is
9    that, yes, Texas Instrument [sic] chip sets,
10   you know, a fuel gauge, can be incorporated
11   in -- into -- what is generated, called a
12   fuel gauge can be incorporated into the --
13   into the chip or the design of the circuit.
14   That's my understanding.
15         Q.    Well, you -- you have some
16   familiarity with battery management systems,
17   correct?
18         A.    I have familiarity with them
19   with respect to, you know, what is generally
20   -- or what can generally be used in -- in a
21   battery management system, yes.
22         Q.    And -- and battery management
23   systems almost universally have fuel gauges.
24   The reason they're called fuel gauges is one
25   of the functions of that microprocessor is

Horn - direct

1          to keep track of how -- what the state of

2          charge of the battery pack is, correct?

3               A.    There -- my understanding of the

4          term "fuel gauge" is that it is -- again,

5          one of these terms of art that can mean many

6          different things.  In general, my

7          understanding is that it provides some sort

8          of -- at -- at a minimum, some sort of an

9          indication of the charge of the battery.

10                   How it does it, the level of

11         sophistication that is involved, whether

12         it's simply looking at the voltage of the

13         battery, either unloaded or loaded, or if

14         it's doing what's called coulomb counting,

15         things of that nature, or other

16         more-sophisticated techniques, you know, is,

17         you know, that -- that all goes into.

18                   Again, not my area of expertise.

19         I've never designed a fuel gauge system, nor

20         have I tested fuel gauge systems in -- in

21         battery packs, but that's my general

22         understanding, is it is an attempt for -- of

23         the electronics to determine and report --

24         be able to report the -- the user of the

25         device, you know, an -- an estimate of what

Horn - direct

1          the battery -- how much longer the battery

2          will last under a given operating load.

3                  Q.    And again, this may be beyond

4          your expertise, but -- but the fuel gauges

5          that were made by Texas Instruments also

6          provided a number of the safety systems that

7          are required for lithium ion battery

8          protection, such as protection against

9          overcharge, protection against overvoltage,

10         protection against over-temperature and cell

11         balancing.

12                 Is that your understanding or is

13         that beyond your expertise?

14                 A.    Again, I don't -- this is a 2005

15         document, so it's 25 [sic] years ago.  If

16         you're asking me what Texas Instruments was

17         doing with their -- with their chip sets

18         back in 2005 as far as, you know, I don't

19         know if it's a single chip that's doing all

20         of this or if it's a -- if it's a chip set

21         that's doing it.

22                 I -- I -- I, you know, but --

23         but my understanding is that Texas

24         Instruments, even back in 2005, was -- was

25         designing chip sets and chips for -- for

Horn - direct

1     battery management systems.

2          Q.    And you said that in -- in your

3     first opinion that I read, and -- and you

4     can look back at it if you need to, but you

5     said that the -- the fact that this was an

6     unauthorized battery pack may mean that it

7     -- it lacked certain safety systems that a

8     normal battery pack would have?

9          A.    It --

10               MS. WANEMAKER:  Object to form.

11               You can answer.

12         A.    Let's -- let's -- let's just

13    make sure that we go back to -- to that.

14         Q.    Sure.  On Page 5.

15         A.    Yep.

16         Q.    Tab 1.

17         A.    I'm going -- I'm going to keep

18    my finger in Tab 15, so I can get back to

19    that one quicker.  So what I -- what I said

20    is, in -- in --in the Primary Opinion No. 1,

21    such protections provided by the original

22    pack may not have been present in the

23    battery pack that was installed in the

24    notebook at the time of the fire, which

25    could have led to degradation of the

Horn - direct

1      performance and safety characteristics of

2      the cells.

3              Q.    Right.  So that's what I was

4      asking you is, that what you're referring to

5      there, are some of the safety systems that

6      I've described, such as cell balance,

7      overcharge, protection -- overvoltage

8      protection, over-temperature protection,

9      correct?

10             A.    Those are not all necessarily

11     safety systems, but those would be systems

12     that may not be employed by the -- by the

13     instant battery pack.

14             Q.    So you don't -- which ones that

15     I just described would you say are not

16     protection against those -- those states,

17     overcharge, over-temperature, overvoltage,

18     or cell imbalance?  Which of those would not

19     be safety systems in your view?

20             A.    So cell imbalance is not

21     necessarily a safety issue as long as

22     individual, you know, cells or cell blocks

23     are -- are not overcharged.  In fact, many

24     battery packs don't employ a balancing

25     system, because a balancing system can

Horn - direct

Page 120

1        actually be a negative with respect to -- to

2        safety.

3                 Think of it in -- in this way:

4        If you happen to have a defective cell --

5             Q.    Well, actually, I'll stop you.

6        If -- if -- if -- if you're saying that cell

7        balance is one that you would not include as

8        a safety system, that's really the answer to

9        the question.

10            A.    Not -- not necessarily.  Again,

11       the devil's in the details, but that's --

12       that's -- that's -- that's one, and again,

13       overcharge protection, you know, again,

14       where's the overcharge, are we talking about

15       overcharge, are we talking about

16       over-current, but that -- that -- that, you

17       know, if we're talking about over --

18       overcharging to too high of a voltage, that

19       -- that -- that can certainly make a battery

20       more susceptible to exposure to high

21       temperatures, sure.

22            Q.    Okay.  So that's the only thing

23       that you worry about with overcharge, not

24       that that could, by itself, put a system

25       into thermal runaway, overcharge

Horn - direct

1          exclusively, is a danger only if there's

2          external temperature exposure; is that your

3          opinion?

4                    MS. WANEMAKER:  Objection to the

5               form of the question.

6                    You can answer.

7          A.    It's not a blanket opinion,

8          because we -- again, we -- we have to focus

9          on the cells at issue in this case, which

10         are 18650 lithium ion cells.  If we are

11         talking about pouch cells or prismatic

12         cells, overcharging is -- is -- is really

13         crucial on -- on the safety aspects of those

14         cells, because they do not have current

15         interruptive devices that are incorporated

16         into the vent design in those form factors.

17                    18650 cells do have current

18         interruptive devices that are incorporated

19         into the vent.  So when you overcharge an

20         18650 lithium ion -- when you overcharge any

21         lithium ion cell, you generate gas pressure,

22         you generate gas inside the cell, and when

23         that pressure gets to a certain level in an

24         18650 cell, the CID or the current interrupt

25         device will operate, will activate.

Horn - direct

1              As described in my report,

2      there's a section of CIDs, and it -- and it

3      does -- it does -- that section specifically

4      states that it's a protection against

5      overcharging.  It's extremely effective,

6      because when it activates, it's not a

7      reversible activation.  It actually

8      activates permanently.

9              So it prevents the cell from

10     being overcharged beyond the state where it

11     will activate the vent.  When I say it

12     activates the vent, it activates the vent

13     long before you get to the point where you

14     even have -- you even hit the onset

15     temperature.  So it activates the vent by

16     design in Stage 1.

17              So when you're talking about

18     overcharge of a battery system that employs

19     18650 cells, which have inherently a current

20     interrupt device incorporated into the vent

21     assembly, then overcharging is -- is really

22     not an issue with -- with those cells.

23              Especially when we're talking

24     about, you know, slight repeated

25     overcharging, like, what you might have in a

Horn - direct

1           pack like this, you know, in -- in -- in the

2           instant pack.  If it's a pouch cell or if

3           it's a prismatic cell, then overcharging is

4           a serious issue, because you don't have the

5           cell level protection against overcharging.

6                     So 18650s are sort of, I guess

7           you could say, maybe a special case or at

8           least the, you know, a case where

9           overcharging is not really a significant

10          problem from a safety perspective.

11                Q.   Okay.  And that's universal, all

12          18650 cells, none of them have really a

13          danger of overcharge causing a fire?

14                A.   Not overcharging in, like, what

15          would be capable in a battery pack in a

16          notebook computer, correct.

17                Q.   Okay.  So -- okay.  I just want

18          to make sure I'm clear.

19                     So in your opinion, there's not

20          really any safety aspect of overcharging an

21          860 -- 18650 battery because of this inherit

22          design within it that would prevent any --

23          any danger of fire from overcharge?

24                A.   Correct, and, you know, and I

25          base it on, you know, hundreds and hundreds

Horn - direct

Page 124

```
 1          of testing -- tests that -- that -- that
 2          we've done at Exponent on overcharging 18650
 3          cells.
 4                    It's -- unfortunately, it's --
 5          from an experimental standpoint, it's --
 6          it's -- it's really problematic, because you
 7          really like to get the cell to have a
 8          thermal event by overcharging for various
 9          different things that you might be trying to
10          measure from, you know, from a thermal
11          runaway event, but the CID activates before
12          you get to that point.
13                    So generally, when we're looking
14          at studying the effects of overcharge on
15          safety of 18650 cells, we're looking --
16          doing pouch cells and -- and -- and/or
17          prismatic cells.  What we --
18               Q.   Do you have any -- any
19          literature references that support your
20          opinion that 18650 cells do not have any
21          overcharge safety dangers associated with
22          them?
23               A.   I mean, I guess what I would do
24          is, I -- I would initially point to you --
25          to the -- point to the standards, because
```

Horn - direct

Page 125

1        the standards --
2             Q.    I mean -- I'm talking about
3        specific statements that 18650 batteries --
4        battery cells are not going to go into
5        thermal runaway from overcharge because of
6        this system that you say is a fail-safe
7        system that will prevent that.
8                      Do you have a reference for
9        that?
10                     MS. WANEMAKER:   Object to the
11            form.
12                     You can answer.
13            A.    Again, you know, where -- where
14       I would point you to -- off the top of my
15       head, I -- I can't -- I can't come up with a
16       specific reference for you, but I would
17       point you to the -- the -- all the
18       international and national standards, which
19       all subject 18650 cells to an overcharge
20       situation, and then require that those cells
21       do not have any kind of a thermal -- thermal
22       event or -- or fire or explosion.
23                     The same is true for
24       overdischarge, which also generates
25       excessive gas.  Again, the CID, the vent

Horn - direct

Page 126

1      mechanism is extremely resilient from a
2      standpoint -- from a -- from a safety
3      perspective.  There are ways you can bypass
4      that, but -- but generally, when we're
5      talking about, you know, limited charge
6      capability of the -- of the computer to, you
7      know, charging rate and -- and things of
8      that nature in the computer environment
9      itself, then yeah.
10             It's -- overcharging and
11     over-discharging on 18650 batteries is -- is
12     not a -- a safety issue.  It is certainly a
13     performance issue, and it's a safety issue
14     if you're talking about exposure to elevated
15     temperatures, because an overcharged cell,
16     even if the CID has activated, is going to
17     have a lower, you know, slightly lower onset
18     temperature and will be maybe more
19     susceptible or more reactive when exposed so
20     external heat.
21             So it is going to make the cell
22     less resilient from a heat -- external heat
23     exposure standpoint, but the safety
24     mechanism is incredibly robust with respect
25     to these -- these events causing the cell to

Horn - direct

1      have a thermal event assuming that --

2      assuming that you're -- assuming that you're

3      operating the cell within its designed

4      specifications.

5          Q.    Okay.  And so for 18650 cells

6      then, they don't view overcharge,

7      over-temperature protections as safety

8      features, because these cells can't go into

9      thermal runaway for any of those conditions

10     other than from external heat source?

11         A.    Assuming that you're operating

12     the cell under, you know, in -- within its

13     nominal specifications, you know, charge,

14     you know, charge rate specifications, its

15     nominal temperature, you know,

16     specifications, you're not exposing it to

17     external heat, then that is correct.

18         Q.    So this exhibit that we marked,

19     which I've marked as Exhibit 3, Tab 15, the

20     Texas Instrument, he talks about -- the

21     first paragraph talks about multiple devices

22     now that are powered by these -- these

23     batteries and that this has opened a huge

24     market for counterfeiters to supply cheap

25     replacement batteries and peripherals, which

Horn - direct

Page 128

1    may not have the safety and protection
2    circuits required by the original equipment
3    manufacturer; do you see that?
4         A.    This is the first paragraph on
5    Page 1 of the Texas Instrument Application
6    Report from 2005?
7         Q.    Under "Abstract," yes.
8         A.    Yes, I see.
9         Q.    And is this -- is that something
10   that you were aware of in 2005 then, that --
11   that counterfeit battery packs were being
12   sold below the -- the -- the cost of
13   authorized replacement battery packs and
14   that some of the manufacturers of those
15   counterfeit battery packs were skipping the
16   safety devices?
17              MS. WANEMAKER:  Object to the
18         form.
19              You can answer.
20         A.    Yeah.  It -- it was not seen at
21   the time as -- as -- as a significant issue
22   in the industry, as -- as -- as I -- as I
23   recall in that -- in the 2005 timeframe.
24         Q.    Now, Texas Instruments was
25   reporting on it, but you're saying it wasn't

Horn - direct

Page 129

1    a big deal?

2         A.    Well, I mean, you're -- what --

3    this document is -- is a marketing report,

4    right?  Texas Instrument is trying to

5    convince people to purchase their -- their

6    -- their product, right?  So -- but yeah.

7         I -- I as -- as a battery expert

8    back in 2005, and I was definitely in the

9    battery industry back -- back in that

10   timeframe, and doing battery failure

11   analysis, was not aware of counterfeit

12   batteries in devices as being a significant

13   issue, you know, so --

14        Q.    So at some point after that,

15   Mr. Atkinson testified that he became aware

16   of it at HP, though, right?

17        A.    I believe he -- in, you know,

18   around -- as -- as I recall, again, I may

19   have the year -- I may be off by a year or

20   two, but I believe in the late 2000 teens,

21   around maybe 2017, 2018, some -- some -- in

22   that timeframe.  Yes, it started to become

23   more of an issue.

24        There -- there are industry

25   reasons for why it wasn't a big issue back

Horn - direct

Page 130

1    around the 2005, early, mid, early to mid

2    2000, you know, 2000, 2010 timeframe, why

3    things started to get a bit more of a

4    concern in the late 2000 teens, but that's

5    -- I believe that what Atkinson was saying,

6    was that, yeah, HP began to see that as

7    becoming an issue in the late 2000 teens.

8        Q.    And you didn't read Mr. Pipho's

9    deposition, you said, right?

10       A.    I -- I don't think I did, no.

11       Q.    Okay.  So it surprises you to

12   say that he know about it in the early 2000

13   teens, that would be a surprising statement

14   to you?

15       A.    I -- I -- I have a -- I -- I

16   would -- questions like that, if you have

17   something that you would like me to read

18   from his deposition, I would be happy to do

19   it and comment it -- comment on it, but I

20   would want to read it in context.

21       Q.    Sure.  Well, I thought you were

22   saying, universally, no one in the industry

23   knew about a -- a wide-spread danger of

24   counterfeit battery packs that lacked safety

25   features until the late 2000 teens, and I

Horn - direct

Page 131

```
 1          just was asking you if -- if Mr. Pipho had
 2          disagreed with that, would that surprise
 3          you, and you're saying you would have to
 4          read Mr. Pipho's deposition to know whether
 5          it surprised you or not?
 6                    MS. WANEMAKER:  Object to the
 7              form.
 8                    You can answer.
 9          A.    Counselor, I believe you
10          misrepresent my testimony.  I did not
11          testify that nobody in the industry was
12          aware of anything in the early 2000 teens.
13                    In fact, we can have the court
14          reporter go back and -- and -- and reread my
15          testimony on that just so that we're clear.
16          Q.    Okay.  So in 2005, some people
17          in the industry were aware of this problem,
18          because Texas Instrument printed it in this
19          article, correct?  Do you agree with that?
20          A.    No, I do not.  I would -- what I
21          would agree with is that Texas Instruments
22          decided that they had a product that they
23          wanted to sell to the industry, and that
24          this is a marketing report, the marketing
25          paper that says that, hey, look, if you've
```

Horn - direct

Page 132

1    got that problem, if you see that there's a

2    problem here, we may have a solution for

3    this problem.  Again, it's not a

4    peer-reviewed paper, it's a marketing white

5    paper.

6        Q.    Okay.  So in your view, was

7    Texas Instrument inventing a problem so they

8    could sell a device; is that what you're

9    saying?

10        A.    What I'm saying is that I was

11    certainly not aware of a significant problem

12    in the industry in the 2000, 2010 timeframe

13    with respect to counterfeit and/or

14    counterfeit batteries in consumer product

15    applications.

16        Q.    And you only learned of that

17    later?

18        A.    It become -- it became more of

19    an issue in the mid to late 2000 teens,

20    certainly.

21        Q.    Okay.  But you certainly were

22    aware of it by 2020?

23        A.    Yes, yes.

24        Q.    So when Texas Instruments' paper

25    is indicating that the counterfeit battery

Horn - direct

Page 133

1      packs may not include certain safety

2      devices, are those the same types of safety

3      devices you're referring to in your Opinion

4      No. 1 that may be lacking in counterfeit

5      battery packs?

6              A.    I -- I would imagine that they

7      would be -- that some of those would be.

8              Q.    Okay.  So if you would turn to

9      Tab 7, which I've marked as Exhibit 4, and

10     this is, I think, the document that was

11     included in your list of materials that you

12     reviewed.

13                  (Exhibit 4, Tab 7, was received

14              and marked for identification by the

15              reporter.)

16             A.    Let me go back to my list of

17     materials, just to make sure that this is

18     indeed the -- the same document.  So bear

19     with me.

20             Q.    It -- it starts with HP01378,

21     which are the documents that were produced

22     by HP in this case, but certainly, take your

23     time.

24             A.    Which items specifically on the

25     "Materials Reviewed" are you referring to?

Horn - direct

Page 134

1          Q.    The production of HP documents,
2     I think is what it's described as.  HP
3     production documents.
4          A.    Okay.  Okay.  I mean, I -- so
5     for -- for -- for -- for the record, I mean,
6     that was a large number of documents, you've
7     got a specific document here.  I'm happy to,
8     you know, just answer questions about this
9     if you have specific questions.
10               I -- again, you know, it may or
11    may not have been in that production that I
12    looked at.  Obviously, I haven't admitted
13    the entire production to -- to -- to memory.
14    So I -- I can't say as I sit here if this is
15    exactly the same document.
16         Q.    All right.  Let me ask you this:
17    In the generic sense, did you review any HP
18    specification for the authorized battery
19    pack for this type of laptop that was
20    involved in this fire?
21         A.    Yes, I -- yes, I did.
22         Q.    Okay.  And if you look at this,
23    does this appear to be -- first of all, it's
24    got an HP production number on the bottom,
25    so it was produced by HP to us in this case,

Horn - direct

Page 135

1          involving a Pavilion laptop, and

2          representing to us -- represented to us,

3          that this is the specification for the

4          six-cell battery specification for this

5          particular laptop.

6                    Do you have any reason to

7          disagree with that?

8          A.     I -- I do not, and I -- for --

9          for the purposes of any questions that you

10         have for me, I will assume that I -- that

11         this is the spec for the -- for the battery

12         pack for the instant laptop and that I have

13         looked at this.

14         Q.     Okay.  And would you agree with

15         me that -- the spec for the battery pack

16         that was authorized for the laptop would be

17         an important piece of information in

18         analyzing this case?

19         A.     Yes.

20         Q.     Okay.  So you just don't

21         recognize whether it was this particular

22         specification, but you do remember looking

23         at a specification in the production

24         documents that HP provided for this laptop?

25         A.     Correct.  And, you know, I, you

Horn - direct

1    know, and I don't -- I don't mean to be, you

2    know, causing trouble.  I mean -- but, you

3    know, just for -- for the record, I mean,

4    this does say "Revision 1.3."

5            I -- I don't know, for example,

6    if I looked at Revision 1.3, or Revision

7    1.1, or Revision 1.5, if that exists.  I'm

8    -- all I'm saying is that I looked at a

9    specification.  I just can't tell you as I

10    sit here if this -- if this is the -- the --

11    indeed the specific document that -- that I

12    looked at.

13        Q.    Okay.

14        A.    That's all I'm saying.

15        Q.    Understood, understood.  Okay.

16    So just as a general sense, this

17    specification of whatever one you looked at,

18    would be the document where HP produces a --

19    a set of specifications for vendors that

20    might build batteries for them, and these

21    are the requirements that that vendor would

22    have to meet to get their battery pack

23    authorized; is that a fair summary?

24        A.    That's my understanding, yes.

25        Q.    Okay.  So if we look at this --

Horn - direct

1          and I think you said that for -- for 18650

2          batteries, the electrical protections like

3          overcharge, overdischarge, overvoltage,

4          over-temperature, those are all basically

5          more for battery performance than for

6          safety, right?

7                    MS. WANEMAKER:  Objection to the

8               form.

9               Q.    I think that was your testimony.

10              A.    Again, you -- I -- I do want to

11         emphasize that, you know, things like

12         repeated overcharging can cause leakage of

13         the battery, right?  The venting and leakage

14         of the battery.  That's not something we

15         want and that can -- that can have safety

16         implications.

17                   Especially if the electrolyte,

18         you know, gets on the board or it's -- if

19         the electrolyte is flammable, so if it's

20         exposed to a, you know, a flame or an

21         ignition source, it can also -- those types

22         of things, overcharge, overdischarge, things

23         like that, can make the batteries more

24         susceptible to, you know, external heat.

25                   So if you're exposing the

Horn - direct

Page 138

1          battery to, you know, excessively high

2          heats, if you're leaving your notebook

3          computer, you know, on the dashboard of your

4          car in Phoenix in the middle of the summer

5          in the sunshine, right?

6                    Things of that nature, you know,

7          it can make the, you know, the battery less

8          robust than what was initially designed from

9          a safety perspective from, you know,

10         exposure to, you know, misuse, abuse, you

11         know, thing -- things of that nature, but in

12         general, it's -- it's -- it's -- for 18650

13         cells, it's -- it's performance.

14                    It's, you know, it's, you know,

15         you don't want those CIDs to activate,

16         because basically, the pack shuts down and

17         the -- the consumer can't use the battery at

18         that point.  So it's generally a performance

19         issue when it comes to -- for 18650 cells.

20         Q.    Okay.  So just so we're clear,

21         this specification is directed to 18650

22         battery packs, correct?

23         A.    Well, the six-cell battery

24         specification for this pack would -- would

25         be for 18650s, yes.

Horn - direct

Page 139

1          Q.    Okay.  So we're talking about

2     18650 batteries, so the specifications here

3     would apply to 18650 batteries, correct?

4          A.    Correct, yes.

5          Q.    And -- and again, when we're

6     talking about batteries, we're talking about

7     battery packs, not -- not just cells, 18650

8     cells in a battery pack device?

9          A.    Correct.

10         Q.    Okay.  So again, HP sets up

11    these parameters that the vendors have to

12    meet, and first of all, if it specifies

13    certain fuel gauges that are required and --

14    and they have to use one of these -- these

15    approved fuel gauges in the battery

16    management system; is that how you interpret

17    this?

18         A.    Yes.

19         Q.    And six of the eight fuel gauges

20    that are approved for use in the battery

21    management system for this particular laptop

22    were from HP, correct?

23         A.    Incorrect.  They're from Texas

24    Instruments.

25         Q.    I'm sorry, from Texas

Horn - direct

Page 140

 1          Instruments.  That was a misstatement.
 2                    Six of eight are from Texas
 3          Instruments?
 4              A.    Correct.
 5              Q.    And Texas Instruments is the
 6          same company that you said was -- put out
 7          that 2005 propaganda piece to try to sell
 8          additional devices to -- to manufacturers?
 9              A.    Counselor, again, I did not say
10          the "propaganda piece."  I said that was --
11              Q.    Marketing.
12              A.    I said it was -- I said it was
13          marketing material.  If we -- if we could
14          stick to --
15              Q.    Okay.
16              A.    -- you know, actually --
17              Q.    So --
18              A.    -- what I say factually, I would
19          -- I would greatly appreciate it.
20              Q.    But the implication you drew is
21          that HP was trying to raise concerns that
22          you felt were unnecessary in order to sell
23          something?
24                    MS. WANEMAKER:  Objection to the
25              form.

Horn - direct

1                  You can answer.

2          A.    I -- I never said HP was trying

3      to raise concerns of --

4          Q.    I'm sorry.  Texas Instruments

5      was trying to raise potential safety

6      concerns about counterfeit battery packs, so

7      that they could sell authentication systems.

8      Was that your opinion of what that marketing

9      piece was about?

10         A.    I never said that there were

11     unfounded concerns.  There may be certain

12     industries where they -- where that was

13     important.  I mean, that -- that's -- I

14     mean -- but it -- it is marketing.

15                So Texas Instruments designed

16     something, they see that -- TI might see

17     that there's -- there's -- there could be a

18     potential problem and they -- they design

19     something and then they market it.  I mean,

20     that's -- that's what -- that's what

21     companies do, right?

22                They try to get out in front of

23     it, you know, whether or not the, you know,

24     different potential customers see that as a

25     problem or are detected as a problem, that

Horn - direct

Page 142

1           -- that's another thing, right?  So all I'm

2           saying is that it is a marketing piece, it

3           is a white paper.  It is not peer-reviewed.

4           It's Texas Instruments' take on it.

5                      They clearly want to sell their

6           product back in 2005 and -- but HP has

7           testified and -- and I'm testifying today

8           that back in 2005, you know, from a consumer

9           electronic standpoint, this was not the --

10          the big issue with respect to battery

11          failures.

12               Q.   So then this specification has a

13          number of subparts, and one of them is

14          "Safety Functions," and -- and that's --

15          what it's called, right, "Safety Functions"?

16               A.   You're --

17               Q.   2.5.

18               A.   2.6, I believe.

19               Q.   What HP calls as safety

20          functions, correct?

21               A.   Section 2.6 is titled "Safety

22          Functions" in the document, yes.

23               Q.   And the document says, under

24          "Safety Functions," the battery pack shall

25          be built with the following safety

Horn - direct

Page 143

1          protection functions and then it lists,

2          overcharge, discharge, over-current,

3          over-temperature, reverse charge, cell

4          imbalance, and short circuit protection.

5                    That's what it says, correct?

6          A.    Correct.

7          Q.    Now, you -- I believe it's your

8          opinion that none of those are really

9          safety-related functions for 18650, because

10         they -- those conditions aren't capable of

11         causing fires or explosions other than in

12         very limited circumstances, correct?

13                    MS. WANEMAKER:  Object to the

14         form.

15                    You can answer.

16         A.    Yeah.  So Counselor, notice that

17         there is not a section that is performance

18         functions.  Generally, when we're -- when

19         people are -- when specifications are made

20         for battery packs, those specific issues,

21         you know, the -- that are listed here, are

22         put under the category of -- of -- of safety

23         functions.

24                    Again, because there isn't --

25         you'll notice the absence of a section in

Horn - direct

Page 144

1      here, the equivalent section that is

2      performance functions.  Your specific

3      question, which was none of those, are --

4      are -- are safety functions.

5                  I will go back to my original

6      answer and say that, look, you know, a -- a

7      cell that has had an overcharge event that

8      has activated the CID is going to be less

9      thermally stable when exposed to an external

10     heat attack.  It will certainly have leaked

11     electrolyte.

12                  There -- there are potential

13     issues with that under the right conditions

14     where that can be a safety issue, right?

15     You know, if -- if you're using the -- the

16     device in, you know, areas where, you know,

17     it could be exposed to, you know, an

18     ignition source or it could be exposed to

19     extreme elevated temperatures and you don't

20     want that, right?

21                  So -- but those are -- those are

22     -- generally, those are -- those are

23     features that would be, you know, put into a

24     section called safety functions.  Again,

25     because there is an absence of a section

Horn - direct

Page 145

1          called performance enhancement, performance

2          retention, or something like that functions

3          in the specifications.  That's generally

4          where you expect it to be.

5               Q.    And is that something that

6          you're familiar with from creating

7          specifications for battery packs, that you

8          use the word "safety" when you mean

9          performance?

10              A.    It's something that I'm familiar

11         with, because I reviewed hundreds of battery

12         pack specifications for a variety of

13         different applications over the last

14         25 years.

15              Q.    And over that 25-year period,

16         these different devices are universally

17         referred to as safety functions?

18              A.    I would not necessarily say

19         universally, because I think in things like

20         electrical vehicles and other, you know,

21         other, you know, very large battery packs,

22         there are more detailed and sophisticated

23         sections regarding performance, you know,

24         where, you know, when you're spending, you

25         know, a tremendous amount of money on a

Horn - direct

Page 146

1      battery pack and you want to make sure that

2      it lasts for ten, 15 years, you know, you

3      are very concerned, because, you know, the

4      pack is extremely -- a pack is -- might be

5      tens, or 20, or even hundreds of thousands

6      of dollars, you know, performance and

7      longevity is a -- is a very important part.

8              So you will have sections in

9      those specifications for that, but with

10     respect to consumer electronics, this is

11     very standard.

12         Q.    Right.  So in your experience,

13     all the 18650 specifications you've ever

14     read, refers to these particular functions

15     as safety functions, that's -- that's the

16     parlance you've seen?

17         A.    This is consistent with what I

18     am familiar with, yes.

19         Q.    Okay.  And the -- 2.5 also says

20     that the battery pack needs to have

21     temperature sense capability; do you see

22     that?

23         A.    Yes.

24         Q.    And temperature sense capability

25     in this context means -- and we can look at

Horn - direct

Page 147

1          the specification later on here, that when a

2          temperature of the battery pack gets above a

3          certain level, the charge has to be turned

4          off.

5                    Are you familiar with that?

6          A.    Generally, that is one of the --

7          one of the features of the temperature

8          sensing, yes.

9          Q.    And is it your opinion that that

10         is entirely for performance only and not for

11         safety?

12                    MS. WANEMAKER:  Object to the

13              form.

14                    You can answer.

15         A.    There -- there -- there is a

16         safety function of that.  Again, you know,

17         if -- so you're -- the -- again, I'm going

18         to go back to the, you know, your car in the

19         summertime.

20                    It is very foreseeable that

21         somebody may leave their electronic device

22         in their car in the summertime, and it is

23         very conceivable that the temperature of

24         that car could get above 65 degrees Celsius

25         in the summertime if it's parked in the sun.

Horn - direct

Page 148

```
1        You don't want to be charging your battery
2        at 65 degrees Celsius, or 45 degrees
3        Celsius, or 50 degrees Celsius under those
4        conditions, right, and there are certainly
5        car chargers and there are many other, you
6        know, scenarios you can think of where the
7        device could be at elevated temperature and
8        you don't want to be charging, you know,
9        putting charge into it for -- for -- for
10       safety reasons.
11              So yeah.  I mean, that can be
12       under those -- in those situations, where
13       you're -- the device is in a high
14       temperature ambient condition, you don't
15       want to be charging it, and there are safety
16       reasons for this.
17          Q.   Okay.  What's -- what's the
18       danger of a battery that is over 45 degrees
19       Celsius that continues to charge, what's --
20       what's the safety risk there?
21          A.   Generally -- and again, there --
22       there's -- there's, you know, there is a,
23       you know, a safety margin there, but when
24       you charge a battery, the battery does heat
25       up due to -- because of the internal
```

Page 149

1    resistance of the battery.  It's, you know,

2    what we generally refer to as ACIR heating.

3    So the battery is going to heat up.

4              So if it's already at an

5    elevated ambient temperature, right, and

6    then you're heating the battery up, because

7    you're charging it, you want to stay below

8    that onset temperature, right?  So that's

9    the --

10         Q.    The onset of thermal runaway?

11         A.    No.  The onset of -- the onset

12   of self-heating of the battery, right?  You

13   want to make sure -- you want to try to stay

14   below that.  So that's -- that's the issue.

15         Q.    The onset temperature you're

16   talking about is the temperature where the

17   -- the battery creates more heat

18   spontaneously by itself.  That's the onset

19   temperature you're talking about, right?

20         A.    The onset temperature is

21   beginning of Stage 2 in the -- in -- was it

22   the Yuan paper that I believe you pointed

23   to --

24         Q.    Sorensen.

25         A.    Was it Sorensen?  Sorry, my --

Horn - direct

Page 150

1      my apologies.

2              Q.     That's okay.

3              A.     Yeah.   That's the transition

4      from Stage 1 to Stage 2.  That's the onset

5      temperature.

6              Q.     And so --

7              A.     You want to stay below that.

8              Q.     Right.  So this temperature

9      sense capability is intended to keep the

10     battery pack from -- regardless of what

11     caused the -- the heat to increase beyond

12     that temperature, you want to make sure that

13     the charge is turned off when it reaches a

14     certain temperature, so that more energy

15     isn't put into the battery that can then

16     provoke it to the next phase?

17             A.     Generally, that is correct, yes.

18             Q.     And that would be considered a

19     safety device, correct?

20             A.     In that -- in -- in that

21     instance, yes.  That -- that is

22     predominantly there.  I mean, it's there for

23     performance and safety, because when you get

24     the battery up to 45, 50, 55 degrees

25     Celsius, you will be permanently degrading

Horn - direct

1    the performance of the battery as well.  So

2    there's a performance aspect of it, there's

3    a safety aspect of it, yes.

4         Q.    And are you familiar with the

5    mechanism by which HP required the vendor

6    that makes the battery packs of -- of -- of

7    shutting down the charge?

8         A.    The mechanism?

9         Q.    In other words, so they want

10   this -- this battery management system to

11   shut off the charge when the temperature of

12   the battery pack gets above a certain

13   temperature, agreed?

14        A.    Correct.

15        Q.    Okay.  Are you aware of how they

16   want it shut down, in other words, whether

17   it's a switch or whether it's a fuse?

18        A.    I mean, I don't think it would

19   be -- I mean, my understanding of a fuse --

20   again, I'm not -- not -- not an electrical

21   engineer, but my understanding is that it

22   would be something like a FET or something

23   that would be resettable or -- yeah.  I -- I

24   would just want to say, I -- I don't know.

25                It -- it measures the

Horn - direct

Page 152

1      temperature.  If the temperature gets above

2      a certain part, some magic happens in the

3      battery pack and -- and it stops charging

4      the battery.  Exactly what that electronic

5      mechanism is --

6              Q.    Okay.

7              A.    Not my -- not my bailiwick,

8      Counselor.

9              Q.    And have you looked at the

10     specifications for any of the fuel gauges

11     that HP specified that could be used in this

12     device?

13             A.    No, I have not.

14             Q.    So are you familiar that -- that

15     both HP specification and the fuel gauges

16     have two different devices, one a FET and

17     another, a fuse, as a fail-safe, so that if

18     the -- if the battery pack does not shut

19     down, a fuse blows that basically disables

20     the battery pack permanently, were you aware

21     of that?

22             A.    In -- in general, certainly

23     since 2011, the IEEE standards have

24     recommended that you have, you know, a -- a

25     you have to have a -- you can't have a

Horn - direct

Page 153

```
 1      single-point failure, you have to have, you
 2      know, a multipoint failure in -- in the
 3      system.  So having -- essentially having
 4      redundancy in the safety protection
 5      circuits.
 6                   I believe that's in the most
 7      recent addition, I think it's 2011 of IEEE
 8      1625 if I -- if I recall correctly.  Exactly
 9      how that's implemented, how the redundancy
10      is implemented, again, not my bailiwick,
11      Counselor.
12           Q.    Okay.  But if it's a fuse and it
13      permanently disables the battery pack so it
14      can never be used again, that would be --
15      that would be a safety device in all
16      circumstances, right?  It wouldn't be to
17      protect the battery pack, because you're
18      disabling the battery pack?
19           A.    I -- I -- I don't -- I'm sorry,
20      I didn't follow you.
21                   MS. WANEMAKER:  I didn't either.
22           Can you rephrase?
23                   MR. SCHWARZ:  Sure.
24                   MS. WANEMAKER:  Thank you.
25           Q.    If the redundant system includes
```

Horn - direct

Page 154

1          a fuse that gets blown that permanently
2          disables the battery pack so that it can't
3          be used again, that would be a safety
4          feature, not a performance feature; would
5          you agree with that?
6                    MS. WANEMAKER:  Object to the
7               form.
8                    You can answer.
9               A.    I mean, it's -- it's kind of
10         both, right?  I mean, if the fuse blows,
11         then you're -- you're -- and you can't use
12         the battery anymore, you have a serious
13         performance issue.  It's very similar to the
14         CID operating.
15                   Once the CID operates in two
16         cells in the block, in this particular case,
17         the battery, that -- that is essentially a
18         fuse.  The battery is disabled at that
19         point, because you've opened the circuit to
20         the siri strength [sic].  So yeah.  I mean,
21         it's -- it's, you know, from the consumer
22         standpoint, from the customer standpoint,
23         from the user standpoint, it's a performance
24         issue.
25                   From their standpoint, it's

Horn - direct

1          like, my battery pack won't take a charge,

2          my -- my computer won't run off my battery.

3          That's a performance issue, you know, it's

4          -- so I guess it's both.

5              Q.    Okay.  So I thought -- I thought

6          you defined a performance issue as ways of

7          preserving the performance of the battery

8          pack by keeping the -- whatever parameter

9          from getting to a point where it would

10         degrade the performance of the battery pack?

11             A.    Yeah --

12             Q.    And so you're saying that

13         something that would degrade the performance

14         100 percent and never allow it to be used

15         again, would still be a performance and a

16         safety device, not a strictly safety device?

17             A.    Well, yeah.  If you're the -- if

18         you're the user and suddenly, your battery

19         pack stops working, you will perceive that

20         as a performance issue.  That's the

21         customer's -- that's the user perception of

22         that, absolutely.  Yeah.

23             Q.    And you're saying that -- that's

24         what HP would call a performance issue as

25         well?

Horn - direct

1           MS. WANEMAKER:  Object to the
2      form.
3      Q.    HP -- HP was the author of this
4 document and they're the ones that listed
5 things as safety issues.  So I just want to
6 get an understanding.  You said what the
7 user would view as a performance issue.
8           Is it your position that HP will
9 view a blown fuse that disables the battery
10 pack as a performance issue and not a safety
11 issue?
12      A.    I am not in a position to tell
13 you what HP thinks.
14      Q.    Well, you interpret HP's
15 documents --
16      A.    Counselor, I will -- I will tell
17 you this, however, I will tell you that I've
18 been involved with many situations with
19 consumer electronics where there is a lot of
20 thought put into exactly what temperature do
21 we activate the FET, do we blow the fuse.
22           We would like it, you know, in
23 some situations to be as low as possible,
24 gives us the biggest safety margin, but if
25 you make it too low and the fuse is going

Horn - direct

1              off, you know, too frequently at too low of

2              a temperature, then your user is going to be

3              highly upset about this, because they're

4              going to have to be replacing their battery

5              all the time.  That's a performance issue

6              from the user standpoint.

7                      If you make it too high, you

8              don't have enough safety margin.  So there

9              is this in between, right, where you're

10             trying to -- you're trying to navigate that.

11             You -- you want the user experience to be

12             good, you want to make sure that from a

13             safety standpoint, that you got enough --

14             you got enough margin to vary there.

15                     So it's in between.  Exactly how

16             HP interprets that, you know, that's a

17             question for HP, Counselor.

18                 Q.    I was -- I was going by their

19             phraseology in their report -- or in their

20             specification, but if you think that there

21             -- HP would answer that question

22             differently, I -- I will exceed to that.

23                     Would you turn to Tab 5, which

24             I've marked as Exhibit 5?

25                     (Exhibit 5, Fire Department

Horn - direct

1           Report, was received and marked for
2           identification by the reporter.)
3           A.    Okay.  This would be
4      Bates-number HP00398; is that correct?
5           Q.    Yes.  That's the beginning of
6      it.
7           A.    Yep.
8           Q.    And it goes on -- if you could
9      turn to the page that is the narrative part,
10     which is HP00410.
11          A.    410.  Okay.
12          Q.    And this is the narrative report
13     of the fire investigators from the Allegany
14     County Fire Investigation Team that actually
15     went to the scene and looked for the cause
16     of the fire, correct?
17          A.    This -- it appears to be, yeah
18     -- yes.  So if I go to 408, the, you know,
19     two pages before, it's titled "Allegany
20     County Fire Service Fire Investigation Form
21     (short)," yes.
22          Q.    And the next page says,
23     "Narrative," and then the next page
24     continues the narrative, correct?
25          A.    Correct.

Horn - direct

Page 159

1          Q.    And it's signed by CFC Jeff
2     Luckey on 2-21-20?
3          A.    Correct.
4          Q.    And -- and this was one of the
5     documents that you listed as the -- as one
6     of the materials that you reviewed.  So I
7     was just going to ask you quickly:  I
8     thought that you had looked at this?
9          A.    I -- I have looked at this.
10    Again, you know, several months ago in
11    preparation of my report, but yes, I looked
12    at this.
13         Q.    And on the -- on Page 410,
14    you're aware that the fire investigators
15    from the Allegany County Fire Investigation
16    Team reached the final hypothesis that the
17    HP battery or battery components near the
18    battery caused the battery to overheat and
19    explode, sending sparks and flammable
20    material that ignited the lightweight
21    materials in the office area of the computer
22    cabinet or closet?
23              You're aware of that?
24         A.    I am aware that that is what the
25    Allegany Fire Department determined, yes.

Horn - direct

Page 160

```
 1              Q.    But in your opinion, that's
 2       impossible?
 3              A.    In my opinion, they -- they --
 4       they are wrong, yes.
 5              Q.    Right.  And so -- and you
 6       weren't ever at the scene, correct?
 7              A.    Correct.
 8              Q.    You've never looked at -- you
 9       weren't at the inspection that they did of
10       FRT of the laptop, and its components, and
11       the battery, correct?
12              A.    Correct.
13                    MS. WANEMAKER:  Object to the
14              form.
15
16              A.    I -- I -- I -- I -- I've seen
17       photographs and -- and x-ray images of the
18       evidence.
19              Q.    And you've never actually asked
20       to look at the evidence that was collected
21       from the fire, including the -- the HP
22       laptop that was involved in the fire?
23       You've never asked to look at that?
24              A.    There -- there -- I -- I have
25       not for the simple reason that, you know,
```

Horn - direct

Page 161

1       there's nothing that I could conceive of at

2       the time that I wrote my report that -- that

3       I would have needed to do.

4                I -- I think that the, you know,

5       the evidence exam was -- that -- from the

6       evidence -- at least from the opening

7       reports, from the -- from Plaintiff's

8       experts, you know, was -- was sufficient for

9       -- to render an opinion on.

10          Q.    So the answer is, you never --

11      you never asked and you never looked at that

12      stuff, because you didn't think you needed

13      to?

14          A.    That --

15                MS. WANEMAKER:  Object to the

16      form.

17                You can answer.

18          A.    Yeah.  I -- there -- there was

19      nothing in addition that -- at the time that

20      I wrote my report that I would have wanted

21      to look at, correct.

22          Q.    Okay.  So let's turn back then

23      to your report -- and it's now 1:12, would

24      you like to take a quick break and -- and

25      eat something, and we'll come back at maybe

Horn - direct

Page 162

1      1:30?

2                    MR. SCHWARZ:  Jackie?

3                    MS. WANEMAKER:  That's a good

4            idea.  If -- if -- if that works for

5            you, Doctor.

6                    THE WITNESS:  That -- that's

7            fine.

8                    MS. WANEMAKER:  Okay.

9                    MR. SCHWARZ:  Okay.  Let's go

10           off the record.

11                   THE VIDEOGRAPHER:  The time is

12           1:12 p.m., going off the record.

13                   (An off-the-record discussion

14           was held at this time.)

15                   THE VIDEOGRAPHER:  The time is

16           1:30 p.m., and we're back on the

17           record.

18           Q.   We were just looking at -- at

19      the Allegany fire investigator report and

20      the -- the hypothesis -- the final

21      hypothesis they reach, and my question was,

22      in the notes that you looked at from

23      Mr. Gorbett, the HP expert, did you find

24      anything that was contradictory to what the

25      Allegany Fire Department people reported in

Horn - direct

Page 163

1      their narrative?

2            A.     I --

3                   MS. WANEMAKER:   I'm just going

4            to make an objection to the form, but

5            you can answer if you're able.

6            A.     I -- I -- I -- I don't -- I

7      don't recall, you know, again, you know,

8      the, you know, what I would say is that it's

9      -- it's, you know, it's not unusual for me

10     to disagree with a fire department's

11     initial, you know, assessment, you know, a

12     lot of the times, fire departments are, you

13     know, are looking at, you know, where --

14     where they see, you know, you know --

15           Q.     I'm sorry, Doctor.  The question

16     I asked you, in specific, is not why you

17     disagreed with the fire department, but

18     whether anything in Mr. Gorbett's notes that

19     you listed as one of the materials you

20     reviewed -- Mr. Gorbett was the HP fire

21     investigator on the scene, whether anything

22     of his notes were -- were inconsistent with

23     what you read in the narrative from the

24     Allegany Fire Department investigator?

25           A.     I -- I -- I don't recall.

Horn - direct

Page 164

1          Q.    Do you remember how extensive
2     Mr. Gorbett's notes were that you reviewed,
3     like, whether it was one page, or ten pages,
4     or diagrams, or --
5          A.    My recollection was what I
6     reviewed, photographs from Mr. Gorbett and
7     there -- I -- as I recall, there -- there --
8     there may have been some photographs of some
9     notes that he took during his scene
10    inspection and that was -- that was the
11    extent of it.
12         Q.    Okay.  But the photographs of
13    the notes, did you read the -- the notes
14    that were photographed or did you just look
15    at the photographs?
16         A.    I mostly was looking at the
17    photographs and would focus on the -- the
18    notebook computer -- the instant notebook
19    computer issue, as well as the -- the
20    battery debris.
21         Q.    Now, if you turn back to your
22    report which, is Exhibit 1, the last page,
23    you have a "Limitations" section?
24         A.    Yes, I'm there.
25         Q.    And the last sentence says, if

Horn - direct

Page 165

```
 1      new data becomes available or there are
 2      perceived omissions on the statements in
 3      this report regarding any aspect of those
 4      conditions, we ask that they be brought to
 5      our attention as soon as possible so that we
 6      have the opportunity to fully address them.
 7                Did I read that correctly?
 8           A.    Yes.
 9           Q.    And is that sort of a standard
10      ending limitation you put on all your
11      reports?
12           A.    It is, yes.
13           Q.    Okay.  So since the date of --
14      that you issued this report, which I believe
15      was December of 2024, if I'm correct, yeah,
16      December 2, 2024.  Since that time, have you
17      discovered new information that you wish to
18      make any alterations or corrections in any
19      of the facts that you've listed in this
20      report?
21           A.    None of the facts that I've --
22      I've issued -- that I listed in the report.
23      I mean, certainly, there were some issues
24      that were brought up in the rebuttal reports
25      from, you know, especially with respect to
```

Horn - direct

Page 166

```
 1      Professor Martin that I have issue with and
 2      disagree with, but I don't -- but none of
 3      those would call me to change any of the
 4      opinions in my report.
 5           Q.   And what I was really asking
 6      about is, did your -- so there's nothing
 7      that you learned factually since the report
 8      was issued that's different than the -- the
 9      facts you assumed to be true at the time you
10      wrote the report?
11           A.   Correct.
12           Q.   Okay.  All right.  Let's then
13      take a look at Page 13 of your report.
14      Let's start there.
15           A.   Okay.
16           Q.   So on Page 13, you begin to talk
17      about the inspections that occurred that you
18      didn't attend, correct?
19           A.   Correct.
20           Q.   And the first inspection was the
21      February 27, 2020 inspection, where
22      Mr. Gorbett on behalf of HP and all of these
23      other individuals went to the actual scene
24      of the fire, which was approximately a month
25      after the fire?
```

Horn - direct

Page 167

1              A.     That's my understanding, yes.

2              Q.     And where did you get that

3       information; if you recall?  From

4       Mr. Gorbett's notes?

5              A.     I -- I don't recall.  I -- I

6       believe that that was information that was

7       provided to me by -- from -- from counsel

8       for HP.

9              Q.     So who was at the -- the

10      examination was provided to you, do you

11      think by the attorneys for HP?

12             A.     Yes, and as well as the date of

13      the inspection.  Yes.

14             Q.     And so the -- there was a -- it

15      appears to be, there were investigators from

16      two -- different investigators from Farmers

17      Insurance, two investigators from Staples,

18      the two FRT technology investigators, and

19      the attorney from my office, and then

20      Mr. Gorbett of HP, who is with a company

21      called Fire Dynamics Analis -- Analysis,

22      excuse me, and then Mr. Luckey, who was the

23      author of the Allegany fire investigator

24      report.

25                    All those people were on the

Horn - direct

Page 168

1    scene there on February 20th according to
2    your report and the information you were
3    provided, correct?
4         A.    Correct.
5         Q.    And then below that -- oh, and
6    then -- it indicated also that a 3D
7    Matterport, M-A-T-T-E-R-P-O-R-T, scan was
8    created.  Did you review that?
9         A.    I did not.
10        Q.    Okay.  And then the -- the next
11   section indicates that on October 27, 2020,
12   a lab exam occurred and then you list all
13   the people that were at the lab exam,
14   correct?
15        A.    Correct.
16        Q.    And was it your understanding
17   that the lab exam was an examination of
18   materials that were removed from the scene
19   on February 27, 2020?
20        A.    That was my understanding, yes.
21        Q.    And what was your understanding
22   of how the -- the items that were chosen to
23   be examined in the laboratory were chosen?
24        A.    My understanding was that there
25   were, you know, different items that were

Horn - direct

1          found in the -- what was assumed to be, or,

2          you know, the area of origin and that those

3          were the items that were identified in the

4          previous lab exam -- or in the previous

5          scene exam that should be examined in more

6          detail.

7               Q.    And on behalf of HP then,

8          Mr. Galler was present for the lab exam of

9          the materials that were chosen by the group

10         that included Mr. Gorbett?

11              A.    That's my understanding.

12              Q.    Was there any -- any item that

13         you felt should have been examined in the

14         laboratory, but wasn't brought back to the

15         FRT based upon your review of the case?

16              A.    At the time I wrote the report,

17         no.

18              Q.    What about now?

19              A.    There -- there was a -- it's

20         identified in Karasinski's rebuttal report,

21         you know, there's a photo that he claims is

22         a remnant of one of the batteries that was

23         collected from debris from the closet in the

24         office at the scene.

25                    He -- he claims that that is a

Horn - direct

Page 170

1      remnant of the -- of one of the cells that
2      expelled its contents that was found in the
3      closet and that that is what initiated the
4      fire, and I believe he says in his
5      deposition that that was a -- a full
6      electrode assembly from -- from one of the
7      cells.
8                   That -- that -- that specific
9      piece of evidence, I don't believe was
10     examined, in the October 27, 2020
11     examination and seems like that may have
12     been a -- a critical piece of -- of evidence
13     that -- that -- that should have been
14     examined.
15                  Especially if -- if that is what
16     -- he has claimed to have been from the
17     battery from the -- from a cell from the
18     instant computer that made its way to the
19     closet and initiated the fire in the closet.
20          Q.   Okay.  So you used the word
21     "claims" several times.  Is it your -- is
22     your testimony that you don't believe that
23     any remnants of the battery interior cells
24     were found in the closet?
25          A.   I certainly haven't seen any --

Horn - direct

Page 171

1      any evidence that would -- that would

2      support that there were any -- any -- any

3      evidence of the batteries that were found in

4      the -- in the closet.

5           Q.    Including the pictures of the --

6      the contents that were taken from the

7      closet?

8           A.    Correct.  Not -- none -- none of

9      that evidence to my knowledge has -- has

10     been subjected to any -- any kind of photo

11     documentation, measurements,

12     characterization that would confirm that

13     that was evidence of -- of a battery from --

14     evidence of material expelled from the --

15     from the instant battery pack.

16          Q.    And so did you check with

17     Mr. Gorbett, because Mr. Karasinski says in

18     his report and at his deposition that all of

19     the investigators that were there on

20     February 27, 2020 were part of the

21     examination of the materials taken out of

22     the closet when this piece of battery was

23     found?

24              Did you talk to Mr. Gorbett to

25     confirm your suspicion that that's not true?

Horn - direct

Page 172

```
 1              MS. WANEMAKER:  Object to the
 2         form.
 3              You can answer.
 4         A.    Yeah.  I -- I've never spoken to
 5    -- to Mr. Gorbett and -- and that particular
 6    piece, the -- the only -- the only photo of
 7    anything that has been claimed to be part of
 8    the instant battery was -- was a part of
 9    Karasinski's rebuttal report.  So that was
10    not ever shown or analyzed in the evidence
11    that was examined in October of 2020.
12              So at the time I wrote the
13    report and until I saw Karasinski's rebuttal
14    report, I was not aware of anybody claiming
15    that there was any battery material that was
16    found in the closet.
17         Q.    All right.  So it's your
18    understanding that Mr. Gorbett is still
19    alive?
20         A.    I've never spoken to
21    Mr. Gorbett.  I -- I hope he's doing well.
22         Q.    Okay.  Well, if he is doing well
23    and it's our understanding that he's -- he's
24    doing well and fine, your use of the word
25    "claim" with regard to what Mr. Karasinski
```

Horn - direct

Page 173

1      said would be easily checked by checking

2      with Mr. Gorbett to see if he witnessed that

3      piece of evidence being taken out of the

4      closet, right?

5                  Then you can take the word

6      "claim" out of it and you would know that

7      that was found in the closet?

8                  MS. WANEMAKER:  Object to the

9          form.

10         A.    I -- I -- I --- I mean, I would

11     have to assume that if a piece of evidence

12     was found in the closet, that that would

13     have been a critical -- and -- and the

14     closet is what the fire investigators have

15     assigned as the area of origin, that that

16     piece of evidence would have been included

17     in the October 27th -- if you know,

18     inspection.

19                 My understanding is that that

20     was not, and at the time I wrote the report

21     and until I saw Karasinski's rebuttal

22     report, I -- I had not seen - I -- that --

23     that was all brand new information to me.  I

24     would have assumed that if that was a

25     critical piece of evidence that was found at

Horn - direct

Page 174

1          the inspection and Mr. Karasinski thought

2          that that was critical and could have been

3          an initiation in the closet, that that would

4          have been subjected to extensive analysis at

5          the October 2020 examination, and --

6              Q.    So --

7              A.    -- for whatever reason, it

8          wasn't.  All I have seen is a blurry

9          photo --

10             Q.    Keep going.  Just keep going.

11         Just tell me when you're going to be done

12         and then we can go back to questions.

13             A.    All I've seen is a blurry photo

14         of something that Karasinski says is a piece

15         of battery that has not been subjected to my

16         knowledge to any other laboratory

17         examination.  That's all -- as I sit here

18         today, that's all I can tell you.

19             Q.    All right.  And that was my

20         question, is:  If you have such questions,

21         you've learned this since Mr. Karasinski's

22         report.

23                  Have you asked the HP attorneys

24         to talk to Mr. Gorbett to verify that that

25         piece was found in the closet?

Horn - direct

1          A.    I have not.

2          Q.    So you would -- you're relying

3     on your assumption of what would be and what

4     wasn't done, but you didn't go to the source

5     of information that would tell you

6     definitively whether that piece was found in

7     the closet?

8               MS. WANEMAKER:  Object to the

9          form.

10         A.    All I can -- all I can refer to

11    is what Karasinski says in his opening

12    report, where that was not a piece of

13    evidence that was ever mentioned.  It was

14    only mentioned at -- his rebuttal report and

15    that was not analyzed to my understanding at

16    the October inspection.

17         Q.    Okay.  When you say all you can

18    refer to, did HP's attorney say that you

19    couldn't talk to Mr. Gorbett to verify that

20    fact, as you're saying you've been

21    prohibited from referring to anything, but

22    your assumptions about what should have or

23    would have been done?

24               MS. WANEMAKER:  I don't want to

25         get into any privileged territory as

Horn - direct

Page 176

1          to what discussions -- what -- please
2          note my objection to this question.
3                    MR. SCHWARZ:  I mean, if you
4          want to say that -- that he was
5          instructed to do something by the
6          attorneys, that he couldn't talk to
7          Mr. Gorbett, then I won't ask him any
8          more questions if that's the -- the
9          instruction, Jackie.
10                    MS. WANEMAKER:  No. That's --
11          that's not what I'm saying.  I just --
12          I don't want to get into any
13          potentially privileged territory, and
14          also object to the form of your
15          question.
16                    MR. SCHWARZ:  Okay.
17          Q.    So I think that means you can
18     answer it.
19               Were you prohibited from talking
20     to Mr. Gorbett to verify what was in
21     Mr. Karasinski's rebuttal report that you're
22     saying you don't believe?
23          A.    I was not -- I did not ask, nor
24     was I -- was I told that I was prohibited.
25          Q.    So you chose instead to assume

Horn - direct

Page 177

1              that that piece wasn't found in the closet?
2                        MS. WANEMAKER:  Objection to the
3                   form.
4                        You can answer.
5                   A.    No, no, no, Counselor.  That --
6              that -- that is not what I have chosen.
7              What -- all I can do is look at what has
8              been provided by Plaintiff's experts, and
9              Plaintiff's expert in the opening report --
10             in his opening report never pointed to any
11             piece of battery that he claimed was found
12             in the closet.
13                        All of the battery pieces that
14             were analyzed, that were -- that were
15             collected from the February scene inspection
16             and analyzed in the October 2020 inspection
17             were collected from the office area, not
18             from the closet.  That's my understanding.
19                        They were tagged, there was a
20             map of the room, they were -- there were --
21             there was indications and photo
22             documentation, as well as schematics of
23             where those components were found at that
24             October inspection.  There were -- there was
25             nothing that was claimed to be found in the

Horn - direct

 1      closet.

 2              The only thing I have seen is a

 3      blurry photo in Karasinski's rebuttal report

 4      that shows what he claims is a component

 5      from the instant battery with no proof, no

 6      analysis, no anything on -- on, you know,

 7      showing what exactly that is.  That's all I

 8      can say.

 9          Q.    Okay.  So that's what I'm trying

10      to get at.  So that's all you can say from

11      the initial report.  Then you got a

12      subsequent report that provided information

13      that a piece of the battery was found inside

14      the battery pack.  In your initial -- I'm

15      sorry, withdraw that question.

16              In your initial report, you

17      assumed that no battery interior components

18      were found in the closet, correct?

19          A.    I don't want to say I assumed

20      it.  What I -- all I can tell you is that

21      there were no battery components at the time

22      I wrote my report --

23          Q.    All right.  All right.  Let me

24      -- I'm going to withdraw the question.  I'm

25      going to withdraw the question.

Horn - direct

Page 179

1            In coming to your opinion, did
2      you base your opinion on the fact based upon
3      how you understood the facts that no battery
4      components were found in the closet?
5            A.    Correct.
6            Q.    Okay.  Now you have learned that
7      Mr. Karasinski, who was there at the scene
8      along with the other eight people that you
9      listed here on this page, says, indeed a
10     piece of the battery interior component was
11     found in the closet, and you said that in
12     light of that or in spite of that, your
13     opinion remains that no battery materials
14     were found in the closet, correct?
15            A.    My --
16            MS. WANEMAKER:  Object to the
17        form.
18            You can answer if you're able.
19            Q.    In other words, did you -- did
20     you change your assessment of the facts
21     based upon the evidence that Mr. Karasinski
22     presented, and I think the answer is no,
23     right?
24            A.    You've doubled-up on the
25     questions.  Can I go back to the first one?

Horn - direct

Page 180

1          Q.    Not if it's going to be a
2      20-minute answer, but in other words, I'm
3      trying to get at, you had a certain set of
4      facts that you used to come to your
5      conclusion in your -- in your report,
6      correct?
7          A.    Correct.
8          Q.    And one of those facts was that
9      there were no battery components found in
10     the closet?
11         A.    Correct.
12         Q.    Okay.  Subsequent to you writing
13     your report, Mr. Karasinski has presented
14     evidence that, at least his testimony, and
15     his photograph, and his report, that battery
16     components were found in the closet,
17     correct?
18         A.    That's what he claims.  They
19     are --
20         Q.    Yes.
21         A.    -- unsubstantiated.
22         Q.    Okay.  And so because you
23     believe they're unsubstantiated, did you
24     therefore -- do you continue now to -- to
25     believe that no components were found in the

Horn - direct

Page 181

1      closet?

2            A.    All I can say is that there have

3      not been any -- any components from the

4      instant battery that have been confirmed to

5      have been found in the closet.

6            Q.    Okay.  And as a result of that,

7      your opinion is based on the -- the

8      assumption or fact, in your view, that there

9      were no components found in the closet?

10            A.    There have been no components

11      that have been -- there have been no --

12      there has been no evidence extracted from

13      the closet to my knowledge that have been

14      confirmed to have been from the instant

15      battery pack.

16            Q.    Okay.  Now, the -- Mr. Gorbett,

17      on behalf of HP, was present at the time

18      that Mr. Karasinski claims that he found --

19      he and the other investigators that were

20      there, found the piece of the battery inside

21      the closet; you're aware of that?

22                  MS. WANEMAKER:  Object to the

23            form.

24            A.    I -- the way that you're -- the

25      question is phrased is that you're asking me

Horn - direct

Page 182

1      if Mr. Gorbett was present when

2      Mr. Karasinski claims he found evidence of

3      the battery in the closet, and I -- I -- I

4      -- my understanding is that Mr. Karasinski

5      didn't claim to have found evidence of the

6      battery in the closet until after I

7      submitted my opening report and he wrote his

8      rebuttal report.

9            Q.    I guess that's what I'm getting

10     at.  In other words, instead of you having

11     to assume whether there was a piece of

12     battery in the closet or not, Mr. Gorbett,

13     who is an HP representative, was present and

14     you could ask him, and that way, there would

15     be no question in your mind whether

16     Mr. Karasinski is telling the truth or not

17     and whether you can accept Mr. Karasinski's

18     representation or not, and you haven't done

19     that, right?

20                 MS. WANEMAKER:  Object to the

21            form.

22                 You can answer.

23            A.    Counselor, I -- I have to -- I'm

24     -- you -- you're implying that -- you -- you

25     -- and we can have the court reporter go

Horn - direct

Page 183

1           back and -- and -- and state this, but

2           you're -- you just said that I'm implying

3           that Mr. Karasinski is not being truthful,

4           and that is -- that's a complete

5           mischaracterization of -- of my testimony.

6           I am not saying that.

7                   All I am saying -- that, you

8           know, I would -- I would suspect that

9           Mr. Karasinski, if -- if indeed that was

10          evidence that was found from the closet,

11          that that would have been analyzed in

12          October 2020 and not brought to our

13          attention, you know, four to five years

14          later after my report was issued.  If that

15          is indeed the quote, unquote, smoking gun.

16                  If that was what caused --

17          initiated the fire in the closet -- and that

18          was found back in February 2020.  I don't

19          understand why five years later, the first

20          time we've heard of it is in his rebuttal

21          report.  All I'm saying is that from my

22          perspective, I have to look at the facts of

23          the case and the evidence, and the confirmed

24          evidence that has been analyzed at the

25          October 2020 inspection was on materials

Horn - direct

Page 184

1         that were found from the office.

2                    No evidence, and to my

3         knowledge, was analyzed at that inspection

4         that was purportedly from the instant

5         battery, came from the closet.  The first

6         that we've learned of that is five years

7         later.

8                    That's all I can say.  So

9         there's a blurry picture of something that

10        Mr. Karasinski says five years later is from

11        the battery pack, right?  That has not been

12        analyzed.  There has been no subsequent

13        photos, there has been no analysis of that

14        -- that -- similar to what was done on the

15        debris that was found from the office area,

16        and that's what I have to base my opinion

17        on.

18             Q.    Okay.  I -- you haven't answered

19        my question and we'll move on.  My question

20        was:  If you -- if you have issues with

21        whether a piece was found in the closet.

22        There were nine other witnesses there when

23        that piece was extracted and you've chosen

24        not to contact the person from HP who

25        witnessed it being retrieved from the

Horn - direct

Page 185

1    closet.
2                 You've chosen instead to decide
3    that, because you only learned of this now,
4    it can't be true, right?
5         A.    That is incorrect, and that
6    misrepresents my --
7         Q.    Okay.  Then we'll move on.  If
8    that's a misrepresentation, we'll move on.
9    I think the -- the testimony will speak for
10   itself.
11                And you didn't look in
12   Mr. Gorbett's notes to see if he noted
13   anything in his notes about a piece of the
14   battery being found in the closet?
15        A.    I -- I certainly don't recall
16   seeing anything in Mr. Gorbett's notes that
17   indicated there was a piece of battery found
18   in the closet.
19        Q.    And do you have Mr. Gorbett's
20   notes available that you could look at now
21   to see if there's anything in there?
22        A.    I -- I do not.  I'm -- I'm
23   taking this deposition from my home office.
24   I don't have my -- my complete file here.
25        Q.    Well --

Horn - direct

1           A.    Unless -- unless perhaps they're

2     in the binder -- in this binder and you can

3     point me to them.

4           Q.    Well, you -- well, I haven't

5     seen Mr. Gorbett's notes.  That's why I ask

6     you about it, because they haven't been

7     produced to us, but they seem to be highly

8     relevant here to see if the things that

9     you're questioning as evidence was actually

10    contained in Mr. Gorbett's notes.

11               So I think without question, we

12    should get them now; don't you think?

13          A.    I think you should probably ask

14    Mr. Karasinski why he didn't select that

15    piece of material that was found in what he

16    claims is the area of origin and he claims

17    is part of the battery, why he didn't select

18    that as part of the evidence exam in 2020.

19               From my perspective, it would

20    imply to me, at least, that at the time, he

21    didn't feel that that was an important piece

22    of evidence.  So I would -- rather than ask

23    Mr. Gorbett, I would prefer to ask

24    Mr. Karasinski.

25          Q.    Okay.  Let me ask you this

Horn - direct

Page 187

1          question:  What -- what leads you to the
2          conclusion that the battery windings that
3          were taken as evidence didn't include that
4          piece?
5                    A.    Because I haven't seen -- my --
6          my -- the photos that I have seen and from
7          the October 27, 2020 inspection did not
8          include that piece.
9                    Q.    Okay.  And how do you know that?
10                   A.    Because the evidence that was --
11         that was at the inspection was -- there are
12         photos of the office scene.  All of the
13         evidence was tagged, labeled with respect to
14         the location it was found in the office, and
15         that's what was removed and examined at the
16         inspection.
17                   There was no evidence that I saw
18         from any of the inspection photos that was
19         removed from the closet that was -- that was
20         claimed to be part of the battery.
21                   Q.    So you weren't present at the
22         inspection at the house and you weren't
23         present at the inspection at the laboratory,
24         but you've been able to tell from
25         photographs that what was inspected in a

Horn - direct

Page 188

1    laboratory was not the piece of winding that

2    was in the closet?

3         A.    Correct.

4         Q.    Okay.  And you wouldn't be

5    interested in asking Mr. Gorbett what his

6    recollection was and whether anything was

7    found in the closet or why Mr. Gorbett

8    didn't choose other evidence to bring to the

9    laboratory?  That is not something that you

10   would be interested in?

11        A.    No.  I would be more interested

12   in asking Mr. Karasinski about -- why, you

13   know, five years after the inspection, he

14   would show a blurry photograph and claim

15   that that was a piece of evidence that is

16   critical to the case, but yet he did not

17   select that for inspection at the evidence.

18             That would be the question --

19   that's the person I would want to ask, and

20   talk to, and understand what that -- what

21   his -- his thinking was there.

22        Q.    So do you believe then that --

23   that Mr. Karasinski was the only fire

24   inspector that was on the scene on

25   February 20th that was interested in the

Horn - direct

1          cause and origin of the fire?

2                  A.    I --

3                  Q.    Well, you keep saying that you

4          would ask --

5                  A.    No, sir --

6                  Q.    -- Karasinski why he didn't do

7          something when there were nine other people

8          that were also there that could have done

9          exactly the same thing that you don't want

10         to ask, including the HP representative.

11                 A.    Because Mr. Karasinski is the

12         only person who is claiming that there is a

13         piece of the battery that was found in the

14         closet.

15                 Q.    Did you see Mr. Gorbett's report

16         of his -- his findings of the cause and

17         origin of the fire?

18                 A.    I believe that I -- yes, I have.

19                 Q.    And what was the cause and

20         origin of the fire according to Mr. Gorbett?

21                 A.    I believe he pointed to the

22         closet -- to the closet as the -- as the

23         origin of the fire.

24                 Q.    And do you believe he also

25         pointed to the HP laptop as the cause of the

Horn - direct

1       -- the ignition source for the closet for

2       the fire?

3              A.    I -- I don't recall.

4              Q.    And Mr. Gorbett was HP's

5       representative on the scene, who actually

6       did the investigation to determine the cause

7       and origin, correct?

8              A.    My understanding is that

9       Mr. Gorbett was HP's representative on the

10      scene, yes.

11             Q.    Okay.  All right.  On Page 15 of

12      your report, make sure I'm on the right

13      page.  Yeah.  You've got -- Figure 4, you've

14      got the photographs of the laptop and the

15      armoire shelf where the laptop was found,

16      correct?

17             A.    Correct.

18             Q.    And then you describe in the

19      last sentence on that page, you say, both

20      cell cans have de-crimped and ejected their

21      internal windings, and some of these

22      windings were found nearby the cells, and I

23      believe you're talking about the two cells

24      that were not in the computer and the two

25      cells that were -- were intact, but the two

Horn - direct

Page 191

1      cells that were empty; is that what you're
2      referring to?
3              A.    What I'm referring to there is
4      the cell cans and the internal windings from
5      those cell cans, found nearby the cell cans.
6      Maybe I should have said cell cans, but yes.
7              Q.    Okay.  But -- but in any event,
8      just to -- later on, we'll go through it in
9      your report, but there basically were --
10     were three groups of cells of the six,
11     right?
12              There were two that -- that
13     didn't go into thermal runaway that were
14     fused together and were found on the floor,
15     there were two that ruptured and exploded
16     that were found in the laptop, and then
17     there were two empty cans that had ejected
18     their contents, and that's what you're
19     referring to at that last pair, the two
20     empty cans here?
21              A.    Correct.
22              Q.    Okay.  That's what I want to get
23     at, and you said -- the next sentence, you
24     said, there was no thermal damage or
25     ignition of the carpet?

Horn - direct

Page 192

1              A.     Where the cells were observed,
2       correct.
3              Q.     So -- and you base that on your
4       observations of photographs, did you?
5              A.     Yes.
6              Q.     Okay.  Take a look at Tab 12,
7       which we'll mark as Exhibit 6, which is
8       Mr. Litzinger's report.
9                     (Exhibit 6, Mr. Litzinger's
10                    Report, was received and marked for
11                    identification by the reporter.)
12             A.     Okay.
13             Q.     And specifically on Page 15,
14      Figure 21.
15             A.     Okay.
16             Q.     Now, Mr. Litzinger testified and
17      represented that -- let me find that --
18      yeah.  On Page 15, you'll see there's a can
19      on a piece of carpet.
20             A.     Correct.
21             Q.     And you see that there's black
22      char near the top of that can and sort of a
23      diagonal line that goes off the photograph?
24             A.     I -- I see that there is some
25      black residue on the carpet.  Whether that's

Horn - direct

Page 193

```
 1        -- I don't -- I mean, char or not.  I mean,
 2        there's char all over the room.  So -- so
 3        yeah.  I mean, I see that there's -- there's
 4        some black on the carpet.
 5             Q.    And -- and how did you determine
 6        that that wasn't char as Mr. Litzinger
 7        indicated it was, which would be evidence of
 8        thermal damage to the carpet in the area of
 9        where this can was?  How did you make that
10        determination?
11             A.    I make that determination,
12        because the can itself has -- has basically
13        no heat.  So the can has expelled its
14        contents.  The contents of the -- of the
15        cell is the fuel, that's what's generating
16        the heat.
17                   What you have is an empty can
18        that is almost instantaneously cooled as it
19        flies through the room, and so the can is
20        not hot.  When you have a thermal event that
21        causes a cell to expel its contents, the can
22        itself is not just generating heat.  It's
23        the contents of the cell that are reacting.
24                   So the can is not hot, and
25        that's evidence by the fact that, you know,
```

Horn - direct

1      that at least one of the cans still has, you

2      know, that has ruptured, still has part of

3      its label on.  So the can itself does not

4      get hot or it doesn't get very hot when it

5      expels its contents.  So the can itself is

6      not really an ignition source.

7            Q.    So the -- this can wound up

8      across the room, correct?

9            A.    Well, it's -- it separate --

10     yes.  It expelled itself -- ejected itself

11     from the computer, correct.

12           Q.    Right.  And it traveled

13     somewhere in the vicinity of ten to 15 feet?

14           A.    I -- I'm sorry, I -- I don't

15     know exactly how far it fell.  I mean, I

16     think in my report, there is a -- there's a

17     schematic of the room, you know, and where

18     -- where that particular can was found and

19     probably make a measurement on exactly how

20     far it was, you know, from the computer.

21     Several feet, I believe.

22           Q.    What -- what -- what was the

23     energy source that propelled it to travel on

24     its own out of the battery component -- out

25     of the battery compartment across the room?

Horn - direct

Page 195

```
 1          A.    Gas generation within the --
 2     within the cell.
 3          Q.    And you're saying that in your
 4     experience -- and when -- a gas generation
 5     would be sort of an explosive event, right?
 6          A.    It's -- it's an
 7     overpressurization event of the can, yes.
 8          Q.    And that would -- when it
 9     releases its contents, it would be a
10     reactionary force that would propel the can
11     in the opposite direction?
12          A.    Yes.  Generally, that -- that is
13     what happens, yes.
14          Q.    And so the force of -- and you
15     told me, I think, that thermal runaway can
16     -- reactions can run somewhere in the 600
17     Celsius range, which is over 1,000 degrees
18     Fahrenheit, right?
19          A.    Correct.
20          Q.    So it's your testimony that an
21     explosion of the cell contents propelled the
22     can that was somewhere over 1,000 degrees
23     Fahrenheit, and when it went five or ten
24     feet, by the time it landed, it had cooled,
25     so that there would be no heat that would
```

Horn - direct

Page 196

1          char the carpet?

2               A.    To be more specific, cell cans,

3          when they -- when -- when the cell does not

4          expel its contents during a thermal runaway

5          event, the can itself can get red hot,

6          right, because the fuel -- the -- the -- the

7          chemical energy that is resulting in the

8          heat is heating up the can, but when the

9          cell can actually expels the contents, the

10         can itself doesn't actually get very hot.

11              Q.    Okay.  So let me get this

12         straight.  So you're saying that -- this --

13         this is made out of what kind of metal?

14              A.    The can?

15              Q.    Yeah.

16              A.    Battery grade steel,

17         nickel-plated.

18              Q.    So the steel can contains

19         contents that were over 1,000 degrees

20         Fahrenheit?

21              A.    Briefly, yeah.  I mean, well --

22         brief -- could be briefly.

23              Q.    Okay.  But when they got to

24         1,000 degrees Fahrenheit, they didn't get

25         there from ten degrees, they went gradually

Horn - direct

Page 197

1          to 1,000 degrees or -- or actually, they

2          went through the other degrees before they

3          got to 1,000, right?

4               A.    So try -- try to -- try to

5          explain this.  What -- when -- when a cell

6          expels its contents because of rapid

7          pressure buildup, the contents are not

8          necessarily 1,000 degrees Fahrenheit at that

9          point, right?  It's -- the reaction is

10         generating gas very rapidly, and it can

11         expel its contents before the can -- before

12         those contents actually complete their

13         reaction.

14               So when we're talking about

15         temperatures within the cell approaching,

16         you know, above 660 degrees Celsius, you

17         know, up to 1,000 degrees or slightly less,

18         you know, 800ish degrees Celsius within --

19         that's when the contents stay within the

20         can.

21               When they are ejected from the

22         can, especially when they're ejected, and

23         basically, the contents sort of turn into

24         confetti, then you don't see temperature as

25         -- as high, because basically, all the

Horn - direct

Page 198

1          chemicals that are trying to react together,

2          they kind of come apart and they spread

3          throughout the -- the area, and the can

4          itself does not get that hot.

5                    When it expels the contents, the

6          can doesn't get as hot as what it would if

7          the contents stayed inside the can.

8               Q.    So you think while that was

9          going on, while that explosion was going on,

10         you can touch the outside of the can, you

11         would have no damage to the skin, because it

12         would be cool to the touch?

13              A.    You're talking about -- thermal

14         -- thermal necrosity [sic] of the -- of your

15         -- of your skin and that occurs at

16         temperatures that are much, much lower than

17         what we're talking about here.

18                    I think the important point on

19         that photo is that there's no indication

20         that there was melted carpet contacting the

21         surface.  There's no -- carpet is -- the

22         carpet is a polymer, it's a plastic.  If the

23         can was hot when it landed on the carpet,

24         the carpet would have been melted and stuck

25         to the cell -- to the can, and there's no

Horn - direct

1      photographic documentation that that's the

2      case.  The -- the can itself was not melted

3      into the carpet, right?  So you --

4           Q.    What --

5           A.    -- right, so -- if -- if -- if

6      -- if the cell can was hot enough to char

7      the carpet, it would certainly be hot enough

8      to melt the carpet, right?

9           Q.    Isn't -- isn't the char on the

10     carpet equivalent to a melting of the carpet

11     in the area where the char is?

12          A.    No.  The carpet will melt long

13     before it actually begins to decompose and

14     char.

15          Q.    And what -- what was the -- the

16     material that the carpet was made out of and

17     what type of fire retardant was used on the

18     that?

19          A.    I -- I --

20               MS. WANEMAKER:  Object to the

21          form.

22          A.    All I can tell you is that if

23     it's -- it's most likely a polymer carpet,

24     and that's what most carpets are made out

25     of.  Unless it was wool, but, you know, my

Horn - direct

1        expectation would be that, normally, what

2        you see is, you see melting and adhesion of

3        the polymer fibers to a can in a hot -- in a

4        hot battery when it hits the carpet, and if

5        it is sufficiently hot, then you may get

6        charring, but the melting happens first.

7                That's, you know, if you look at

8        any polymer, you're going to get melting,

9        and then at a higher temperature, you're

10       going to get charring.  So --

11       Q.    Were you able to view the carpet

12       underneath the -- the can to see if there

13       was any melting?

14       A.    Well, I -- I -- what I -- what I

15       don't see from any of the photos of the can

16       removed, is adhesion of carpet or fibers to

17       the -- to the can.  So it's -- this is --

18       this is not -- this is very consistent with

19       -- with battery science.

20               When you eject the contents from

21       the can, it happens very, very quickly.  The

22       can does not actually get that hot, because

23       the fuel is leaving the cell can.  Now, if

24       the fuel stays within the cell can, then the

25       can can get extremely hot.  It can get red

Horn - direct

1          hot, it can get well-above 660 degrees

2          Celsius.

3                    That's different, but when it

4          expels its contents, it's expelled the fuel,

5          as well as the vast majority of its thermal

6          mass.  You have less than ten percent of the

7          thermal mass in the can itself.  So it's

8          going to cool very rapidly, and it's not a

9          surprise that the can -- the can would not

10         be an ignition source.

11              Q.    No one -- no one said it was, no

12         one said it was, and just so I'm -- I'm

13         clear, I -- I think I understand, but you're

14         not saying that before the can expels its

15         contents, the can would be some fraction of

16         the temperature of the internal components,

17         like, some small fraction, like, it'd be

18         kind of cool, but the inside would be three,

19         four, 500 degrees Celsius?

20              A.    Generally, when you are heating

21         a -- a 18650 cell up from an external heat

22         source, obviously, you know, the can itself

23         is going to get to, you know, around, you

24         know, before -- at the point where you have

25         a thermal event.  The can itself is going to

Horn - direct

Page 202

1    be -- is being heated from an external

2    source.

3              At the point where you get a

4    thermal event, that's when the internal

5    chemistry starts to take over and you start

6    getting inside-out heating.  In the

7    situations where you expel the contents,

8    that inside-out heating doesn't have a

9    chance to really get the can itself higher

10   than what the external heating has -- has

11   caused the can to get.

12             So the can, at the point when it

13   expelled its contents, is probably going to

14   be right around 185 to 200 degrees

15   Celsius-ish, right in that -- right in that

16   vicinity, but it expels the contents.  So

17   it's not going to get really any hotter than

18   that, because, again, there's no other heat

19   source, right?

20             It's -- it's been blown away

21   from the computer, it's now on the -- on the

22   carpet.  That's a cool location, and the

23   can's going to cool very rapidly, because it

24   has very little thermal mass.

25             Q.    And is that based upon your

Horn - direct

1        experiments in causing thermal runaway from

2        external heating sources?

3              A.    In part, absolutely.

4              Q.    Okay.  What is your basis of

5        saying that that's the same temperature

6        would be if the thermal runaway that

7        happened from internal heating alone and

8        without an external source, would it be

9        different in that circumstance or the same?

10             A.    It would be different in that

11       circumstance, because when you have an

12       internal source, like an internal cell

13       defect, then the cell does not expel its

14       internal contents, and in that situation,

15       the can does get -- can get very, very hot,

16       you know, almost as hot as the inside of the

17       cell.

18                   So again, there are -- I've

19       certainly seen situations where, because of

20       an internal cell fault, the can itself can

21       reach temperatures that you can actually

22       see, you know, it becomes -- starts to

23       become red hot.  You can actually see that.

24       So in those --

25             Q.    In those -- in those

Horn - direct

Page 204

1          circumstances, I understand that the cell
2          can never expel its contents; in your
3          experience?
4               A.    The cells -- cells are -- 18650
5          cells are designed and -- and tested and
6          designed to not expel contents when they
7          fail due to internal cell defects.
8               Q.    So that would be -- yeah.  Based
9          upon your analysis, that has never happened
10         and it's impossible and that proves your
11         theory that it must have been an external
12         source, because if it was an internal
13         source, there could be no battery components
14         anywhere -- or internal components anywhere,
15         they would all still be in the cells?
16                    MS. WANEMAKER:  Object to the
17              form.
18                    You can answer if you're able.
19              A.    Based -- based on, you know,
20         25 years of testing of -- of -- of 18 --
21         18650 and other lithium ion cells.
22         Everything that we see here is consistent
23         with that, and not only that, I mean, we
24         don't -- we don't look at any one piece of
25         evidence in a vacuum, right?

Horn - direct

1            We're looking at the fact that

2       it wasn't just one, but two cells that

3       de-crimped and two cells that -- that

4       ruptured.  So we've got four cells that have

5       had rupturing events out of six.  What that

6       indicates is that this is not an internal

7       cell defect.

8            That is an external heat applied

9       to the battery pack that is causing the

10      cells to very rapidly go into thermal

11      runaway, generate gas that overwhelms the

12      vent, causes the can to failure -- fail, and

13      not just one cell, but in four of the six

14      cells in the battery pack.

15      Q.    In your theory, all six cells

16      were exposed to exactly the same thermal

17      heat source, right?

18      A.    Well, all six cells would been

19      in the computer at the time that the fire,

20      you know, encroached on the -- the heat from

21      the fire encroached on the computer.

22      Q.    Right.  So all six cells -- all

23      six cells were exposed to the same external

24      heat source under your theory, but only four

25      of them went into thermal runaway and the

Horn - direct

1        other two were completely intact?

2            A.    Yeah, and -- and that's

3        consistent, right, because one -- I mean,

4        one cell has to go off first, right?  I

5        mean, one has to go first.  Even if, you

6        know, the best laboratory conditions and you

7        put the cells in an oven or the -- a

8        constant radiating heat source, they're not

9        all going to go off instantaneously, right?

10               One's going to be a little bit

11       hotter, one's going to go off first.  Now,

12       in the event that you have expulsion, what

13       happened -- what happened in this case is

14       that the first cells that went, blew out the

15       -- the two cells that were found that didn't

16       have a thermal event, blew them to a part of

17       the room that was cooler.

18               So those cells had not gone into

19       the Stage 3.  They were still in Stage 2,

20       and so they went to a cooler location.  They

21       were able to cool down, they didn't go into

22       thermal runaway.  That's very consistent

23       with what we saw when we have cells being

24       expelled from the pack before they actually

25       reach that critical temperature.

Horn - direct

1          Q.    And just so I know, can you give

2     me any references that support your

3     contention that internal causes of thermal

4     runaway never result in expulsion of the

5     internal cell material?

6          A.    Again, I'll -- I'll point you to

7     the standards that I referenced, right,

8     which is -- which is --

9          Q.    In the standard, it says that?

10         A.    In the standards, the -- the

11    important point of the standards is that all

12    of the tests that are conducted in the

13    standards require that the cells do not

14    expel their internal contents, except when

15    exposed to an external heat source, such as

16    flame impingement.

17              In which case, the cells can

18    expel their internal contents and still pass

19    the standards, right?  What that tells you

20    is that -- and the standards subject cells

21    to overcharge, overdischarge, over-current,

22    all kinds of testing, right?  They can't --

23    and under those conditions, expel their

24    contents, unless they're exposed to a fire,

25    and now when they're exposed to a fire, they

Horn - direct

Page 208

1    can pass the standards and -- and still

2    expel their contents.

3              So that right there tells you

4    that the industry-accepted behavior of 18650

5    lithium ion cells is that if they have an

6    internal fault, they don't expel their

7    contents.  If they're exposed to a fire,

8    they can expel their internal contents.

9         Q.    And I misunderstood the

10   testimony of a prior witness, because I

11   thought that the standard required the --

12   the cells to be exposed to something like

13   130 degrees Celsius.

14              Are you saying that the

15   standards require them to be exposed to the

16   200-degrees Celsius temperature that would

17   -- would go into Phase -- Phase 3 of thermal

18   runaway, is that the standard you're talking

19   about?

20        A.    You -- if you look at the UL

21   standards, there is an oven test that

22   exposes the cell for a brief period of time

23   at 130 degrees Celsius, and in addition to

24   that, there's a test called the projectile

25   test, which exposes the cell to an external

Horn - direct

Page 209

1      flame.

2             Q.    So --

3             A.    So I don't know who -- which --

4      which expert you were talking to, but --

5             Q.    Okay.

6             A.    -- you'd have to look.  The

7      standards have many, many different tests.

8             Q.    Yes.

9             A.    The external flame is part of

10     those tests, yes.

11            Q.    Okay.

12            A.    And -- and that -- that test

13     does -- and if you read the standard, it

14     does stipulate that an explosion may occur

15     and that, you know, proper safety

16     conditions, including hearing protection and

17     things need to be employed, because when

18     these cells expel their contents, it's loud.

19                  It's like a gunshot going off.

20     When they expel their contents from a

21     computer and -- and shoot through a

22     computer, that is a very loud event.  So --

23     and it's very energetic, so you have to have

24     the appropriate safety precautions in place

25     to make sure that, you know, nobody gets

Horn - direct

1      hurt while you're doing those types of

2      tests.

3              Q.    Now, I'm going to ask my

4      question now and see if you can answer.  I'm

5      not talking about the flame, I'm talking

6      about without a flame, the highest

7      temperature the standard requires the

8      batteries to be exposed to is 130 degrees;

9      is that correct?

10             A.    Yeah.  That's the oven test,

11     correct.

12             Q.    Yes.  And -- and you just said

13     too, that that 130-degree temperature is

14     only for a brief period of time?

15             A.    Correct, yes.  It used to --

16             Q.    You're saying that --

17             A.    It used --

18             Q.    Let me -- go ahead, go ahead.

19             A.     No.  It used to be 150, but it's

20     been brought down to 130, you know, maybe

21     around 2005ish timeframe.

22             Q.    Okay.  So as I understand it

23     then, you're saying that the fact that a

24     cell doesn't go into thermal runaway when

25     exposed to an external heat of 130 degrees

Horn - direct

Page 211

 1          Celsius for a brief period of time, is your
 2          proof that internal defects in a battery
 3          that cause thermal runaway, never causes
 4          explosion of the internal components of the
 5          battery, only -- only the flame would do
 6          that, you're saying?
 7               A.    Yeah.  Only when you heat the
 8          cell externally up to the thermal runaway
 9          point -- only when you heat the cell up to
10          the thermal runaway point from an external
11          heating source.
12                    So you -- so you have to heat it
13          up to, you know, 185, 180 plus from an
14          external heat source in order to possibly,
15          not -- and again, it's a bit stochastic.  So
16          not every cell is going to expel its
17          contents when you heat it up that high, but
18          there's a possibility that when you heat it
19          up to the thermal runaway condition via an
20          external heat source, that it can expel its
21          contents.
22               Q.    Right.  But -- but the point was
23          that, I asked you for references as to your
24          absolute statement that an internal cause of
25          thermal runaway never causes explosion of

Horn - direct

Page 212

1           the battery contents, and you pointed me to

2           the UL standard that requires from an

3           external force -- external heat for a brief

4           period of time at 130 degrees, and is that

5           part of the test that you're saying shows

6           you that it -- it can't expel its contents

7           from internal heat alone, it has to be

8           external heat, is that -- is that your proof

9           of that?

10                    I'm just trying to get it clear.

11                    MS. WANEMAKER:  Object to the

12               form.

13                    You can answer.

14               A.    It's the totality of the testing

15           that is incorporated --

16               Q.    Okay.  So we know one test now

17           -- okay.  So the one test that you've

18           mentioned is the proof of your theorem that

19           internal cell defects causing thermal

20           runaway can cause ejection of the contents.

21           One part is the 130 degrees brief period of

22           time, external source test.

23                    Now, you said there's a

24           totality, so tell me what else you're

25           relying on from the UL standard that gives

Horn - direct

Page 213

1    you confidence that you can make this

2    statement that the type of ejection that

3    happened here could never happen from an

4    internal thermal runaway event.

5            What else is there other than

6    what you've told me already about the flame

7    test and of the oven test, what else?

8            MS. WANEMAKER:  Objection to the

9        form.

10           You can answer.

11      A.   I don't have U -- the -- the UL

12   testing memorized as far as every single

13   test, but there are multiple tests that are

14   part of the UL safety standards for -- for

15   -- for lithium ion cells.

16           They -- which subject the cells

17   to various different conditions, overcharge,

18   overdischarge, the oven test, and additional

19   types of testing, and the requirement in all

20   of those tests is that the cells do not

21   expel their contents, right?  That's --

22   that's the -- that's the foundation, right?

23           We don't want the can to expel

24   its contents, we don't want the can to have

25   a crimp release or rupture, right, except

Horn - direct

Page 214

1    when it explode -- expose it to a fire.

2    That --

3         Q.    Let me -- let me -- can I -- can

4    I just break this down, because I know you

5    like to go on for a long time, but I want to

6    try to be as concise as possible.

7              So you're saying that in

8    addition to the test that you told me about

9    with the flame and with the oven, there are

10   other tests where they expose the -- the --

11   the battery cells to overcharge, and are you

12   saying that they expose them to overcharge

13   to the point that they go into thermal

14   runaway?

15        A.    No.  They expose the cell to

16   overcharge under, you know, for -- under the

17   conditions of the test, and if the cell

18   expels its contents, it fails.  Again --

19        Q.    I'm sorry --

20        A.    The point is that --

21        Q.    No.  That's -- that's not the

22   point.  What I'm asking you is, is the -- is

23   the design of the test to -- to expose the

24   cell to overcharge to the extent it causes

25   thermal runaway?

Horn - direct

1          A.    The design of the test is to

2     expose the cell to various different misuse

3     and abuse conditions to show that the cell

4     will not, you know, explode.

5          Q.    And wouldn't it depend then on

6     the extent of the overcharge and

7     overvoltage?  In other words, do they -- do

8     they -- are they setting it at a overcharge

9     level that they know will cause thermal

10    runaway in most cells or are they setting it

11    to an overcharge situation that is above the

12    normal operating range, but below where you

13    would expect thermal runaway to occur?

14              What is your understanding of

15    that?

16         A.    You're -- you're -- for 18650

17    cells, unless you are charging them at a

18    very high rate, higher than what is

19    specified, the cells are not going to go

20    into thermal runaway.

21         Q.    Okay.  I'm sorry.  We're not

22    talking about what your opinion of 18650

23    cells -- we're talking about the UL standard

24    that you pointed me to, okay?  You told me

25    that you're relying on the UL standard as

Horn - direct

Page 216

1      your proof of your support for your opinion

2      of a certain condition cannot occur from

3      internal thermal runaway.

4              So now we're just talking about

5      the UL, not everything else you want to talk

6      about.  The UL standard for overcharge

7      testing, what extent of overcharge is

8      specified that the cell has to withstand; do

9      you know?

10     A.    Off the top of my head, I don't

11     have that committed to memory.  So no, I --

12     I -- I can't answer that question off the

13     top of my head.

14     Q.    Okay.  And when was the last

15     time you looked at the UL standard and

16     compared it to any test of cells that were

17     put into internal runaway -- internal

18     thermal runaway by overcharge?

19     A.    I -- I -- I can't recall when

20     the last time I -- I -- I reviewed that

21     section of the UL standard.

22     Q.    So you have no idea of what the

23     literature shows is a sufficient amount of

24     overcharge to cause thermal runaway --

25     thermal runaway, and you have no idea what

Horn - direct

Page 217

1         -- whether the temperature or the -- the

2         overcharge that's in the UL standard is

3         equal to that or less than that?

4              A.    You're asking me --

5                    MS. WANEMAKER:  Objection.

6              A.    -- specific questions and asking

7         me to recite specific numbers from -- from

8         memory from an extensive standard, and as I

9         sit here right now during this deposition, I

10        don't have those numbers committed to

11        memory.  I'm sorry, Counselor.  I would have

12        to review the standard.

13             Q.    Well, I thought that you did

14        review the standards in order to come to

15        your report, because you listed them in the

16        materials you reviewed; do you remember

17        that?

18             A.    Counselor, I did not commit the

19        entire standard to memory.

20             Q.    Got it.  Okay.  Now, we'll move

21        on.  So if you could turn to Page 19 of your

22        report, and at the bottom of Page 19, you

23        describe what you -- in other words, you

24        call each cell a different number.

25                    Those are numbers that you

Horn - direct

Page 218

```
 1          decided to apply to them, right, or are
 2          those cells -- are those numbers that were
 3          somehow, you know, designated in the battery
 4          management -- or the battery system?
 5                A.    As I recall, Counselor, those
 6          were numbers that were assigned by somebody,
 7          and I don't -- and I was trying to be
 8          consistent.  I don't recall off the top of
 9          my head who initially assigned, like, Cells
10          1 and Cell 2 to Item 1, Cell 3, Cell 4 --
11          called them Cell 3, Cell 4 for Item 7, Cell
12          5, Cell 6.
13                     I seem to recall that somebody
14          else had assigned those numbers, but off the
15          top of my head right now, I -- I don't
16          recall.  I --
17                Q.    Most likely, that were -- those
18          were designations that were made by the --
19          the investigators that went to the scene and
20          found these cells where they found them so
21          they would identify them later?
22                A.    That's my understanding, yes.
23                Q.    Okay.  That's fine.  All right.
24          So Cells 1 and 2 then are what you got
25          depicted in Figure 11 on the next page?
```

Horn - direct

Page 219

1            A.    Correct.

2            Q.    And those are the two cells that

3      appear to be -- still be connected in --

4      connected together, so that these were cells

5      that were connected in series?

6            A.    They're connected in -- these --

7      Cells 1 and 2 are connected in parallel.

8            Q.    In parallel.  Okay.  And then

9      the -- so there were -- in this battery

10     pack, there were three cells -- three sets

11     of two cells connected in parallel that were

12     then connected in series?

13           A.    Yes.  It's -- it's -- yes.  It's

14     a -- what we would refer to as a 3S2P pack.

15     So you have three blocks of two cells

16     connected to in parallel.  So Cells 1 and 2

17     represent one block, cells 3 and 4 represent

18     another parallel block, Cells 5 and 6, a

19     third, and then those three blocks would be

20     connected in series.

21           Q.    So these two cells got ejected

22     and were found on the floor of the office,

23     correct?

24           A.    Yes.

25           Q.    And the picture on the bottom

Horn - direct

1          right of Figure 11 appears to have some

2          material that is fused onto the -- the

3          cells, and is that -- do you assume that to

4          be the -- the shrink-wrap, as you called it,

5          covering that was originally on these cells?

6               A.    Yes.

7               Q.    Okay.  So these cells were

8          protected to some extent by a plastic

9          shrink-wrap that was around them, and then

10         they were inside the battery pack, and then

11         they were inside the computer?

12              A.    Yes.  They would of had a, you

13         know, the shrink-wrap wrapper on -- on the

14         cell and that would have been -- those cells

15         would have been in this computer, yes.

16              Q.    So they were -- they were in the

17         shrink-wrap and then they were in a -- in a

18         hard plastic case, and then they were

19         enclosed inside the computer from the

20         bottom, right?

21              A.    From the bottom?

22              Q.    You insert the -- you insert the

23         battery pack from the bottom, you don't

24         insert it from the top -- from the -- from

25         the keyboard surface, you insert it from

Horn - direct

Page 221

1          below the bottom of the computer, right?

2               A.    Well, yeah.  I mean, I'm not

3          sure exactly where the cells float within

4          the -- in the thickness, but the battery

5          pack itself, does go -- go, you know --

6               Q.    It's the wrong term --

7               A.    --  bottom of the computer.

8               Q.    The battery is installed from

9          beneath?

10              A.    Yes.

11              Q.    So above the battery compartment

12         area is the surface of the laptop where the

13         keyboard is?

14              A.    Correct.

15              Q.    Okay.  So radiant heat to get

16         through to the battery cells themselves,

17         would have to go through the surface of the

18         computer that is the -- the keyboard surface

19         first?  First -- first, it'd have to go

20         through that, right?

21              A.    Well, the radiant heat doesn't

22         go through that.  The radiant heat heats up

23         the surface and then the -- the conduction

24         is going to --

25              Q.    Okay.

Horn - direct

Page 222

1              A.    -- going to go from there.  The
2      radiant heat is only going to be line of
3      sight.
4              Q.    Okay.
5              A.    So -- so --
6              Q.    Right.  I got it.  Let me
7      rephrase it.  The radiant heat would hit the
8      top of the -- the surface of the laptop on
9      the keyboard side.  It would heat the -- the
10     plastic or metal, whatever that is, and that
11     heat then would be transferred to the hard
12     plastic case of the battery pack, and then
13     that would get hot and that would transfer
14     its heat to the shrink-wrap, and then
15     eventually, that would transfer its heat to
16     the battery cell, and then that would -- the
17     steel, and then that would then transfer its
18     heat to the internal components based upon
19     your theory, correct?
20             A.    That's -- that's pretty much --
21     you --  excellent description of how heat
22     transfer works in that situation, yes.
23             Q.    Okay.  And so the -- the surface
24     of the laptop then, would have to reach a
25     temperature in excess of 200 degrees Celsius

Horn - direct

Page 223

1          in order to -- there's going to be some loss
2          of heat in that -- in that, correct?
3               A.     We would refer to that as a
4          thermal gradient.
5               Q.     Right.  So in other words, in
6          order to get the inside of the battery cells
7          to 200 degrees Celsius, the surface of the
8          computer by the keyboard would have to get a
9          lot hotter than that in order to -- to --
10         with the heat loss that would occur with
11         each transfer to each material to get the
12         battery components up to 200 degrees
13         Celsius?
14              A.     Well, you're neglecting the --
15         the fact that once the batteries get above
16         around 80 to 90 degrees Celsius, that they
17         begin to generate their own heat, right?
18              Q.     Okay.
19              A.     So your assumption would be true
20         if the batteries were completely discharged
21         and could not generate their own heat,
22         right?
23              Q.     Okay --
24              A.     But we've already established
25         that there's an onset temperature that goes

Horn - direct

1        from Stage 1 to Stage 2, right?  I don't

2        think anybody disputes that.  The above 80

3        to 90 degrees Celsius-ish that the battery

4        will begin to generate their own heat.

5                   In fact, like the arc testing

6        that, you know, one of these citations that

7        I -- that I referenced is, you know,

8        excelling rate calcimetry.  That only

9        applies heat up to the onset temperature.

10       Beyond that, it just basically -- the

11       batteries are in adiabatic condition and

12       they self-heat up to that -- up to the

13       thermal runaway temperature.

14                   So the batteries simply needed

15       to be heated up to 80 and 90 -- 80 to 90

16       degrees C and enough heat provided that the

17       thermal -- the temperature can build up from

18       the batteries themselves.  So I just want to

19       make sure that we're clear on that, that you

20       don't need to get external heating up to

21       that -- that point, that the batteries will

22       self-heat themselves up to thermal runaway

23       if there is no way for the batteries to

24       dissipate that thermal energy.

25                   Q.    Okay.  And I -- and thank you

Horn - direct

Page 225

1          for that clarification.  So you're saying

2          that -- that whatever the heat on the

3          surface and whatever the heat loss as it

4          goes from material to the other, once the

5          batteries get somewhere in the 90 to 100

6          Celsius range, they'll start to produce

7          their own heat internally?

8               A.    Correct.

9               Q.    And I believe you said

10         previously in your testimony that the

11         beginning of that process is -- is a slow

12         one, and as the temperature rises, it -- it

13         -- the -- the change in temperature per

14         second increases until it gets to the point

15         where it becomes very rapid after

16         200 degrees Celsius; is that true?

17              A.    Well, you know, very slow

18         versus, you know, it's as the temperature

19         increases, the rate of temperature rise

20         increases, right?

21              Q.    So what is -- what is the -- the

22         typical -- once you get to 90 to -- let's

23         say 70 to 90 degrees Celsius, what is the

24         rate of change of temperature from a thermal

25         runaway that's -- reaction that starts over

Horn - direct

1          the first 50 degrees, say, from -- from 100

2          to 150?  How quickly does that happen?

3                  A.    Well, you're really doing a

4          great job at testing my -- my -- my memory

5          skills.  I -- I -- I can't remember what,

6          you know, off the top of my head what the

7          degrees C per minute is -- is -- is going to

8          be, what that temperature rise is.

9                  Q.    Do you have a range?

10                 A.    I -- I -- off the top of my

11         head, I -- I really don't want to -- to

12         throw numbers out, you know, that could,

13         but, you know, all -- what I'm saying is

14         that, you know, you initially said, well,

15         the computer -- the top of the computer has

16         to be hotter than the battery in order to

17         get the battery to go into thermal runaway.

18                       I clarified that, no, that's not

19         the case, because once you heat the battery

20         up to the point where the battery starts to

21         generate its own heat, as long as the

22         battery cannot dissipate that heat as fast

23         as it's being generated.  The battery will

24         continue to self-heat itself up.  The rate

25         at which it does that is going to depend a

Horn - direct

1      lot on how much more heat is going into how

2      much, you know, how insulated the battery

3      is, how much heat can be -- can come out it,

4      all those things.

5              So it's -- I can't put a number

6      on that, but I can -- I can -- but I can

7      qualitatively say that those are things that

8      you consider when you're looking at how fast

9      it's going to, you know, take, you know, how

10     long it's going to take for the battery to

11     have a thermal event.

12     Q.    And I think you said -- so

13     again, I think your testimony before was, at

14     the beginning, the generation of heat, once

15     you get to that 70 to 900-degree temperature

16     rage is -- is much slower than it is later

17     in the reaction; is that a true statement?

18     A.    As you increase the temperature,

19     the heating -- the self-heating rate of the

20     battery increases.

21     Q.    Right.  And I think if you read

22     the Sorensen paper, there's a graph that

23     shows that -- that the temperature goes up

24     rather slowly and then it gets to 200 and

25     then it shoots up at a tremendous rate; do

Horn - direct

1    you recall that?  I can show you the graph,

2    but --

3        A.    Well, let's -- if you're going

4    to --

5            MS. WANEMAKER:  Yeah.

6        A.    -- bring it up, why don't you

7    show it to me and just -- we're -- we're

8    clear on -- on everything.

9        Q.    Okay.

10           MS. WANEMAKER:  Do you want to

11           take a little break before we do that?

12           It's been about an hour and 15

13           minutes.

14           THE WITNESS:  Sure.

15           MS. WANEMAKER:  Just quick to

16           stretch legs.

17           THE WITNESS:  Yeah.

18           THE VIDEOGRAPHER:  The time is

19           2:44 p.m., and we're going off the

20           record.

21           (An off-the-record discussion

22           was held at this time.)

23           THE VIDEOGRAPHER:  The time is

24           2:54 p.m., and we're back on the

25           record.

Horn - direct

1          Q.    Okay.  Dr. Horn, I've marked the

2     Sorensen article, which is Tab 14 of your

3     binder, as Exhibit 9, and that was what we

4     were talking about.  There's a graph on the

5     second page of that article, which is Page 2

6     of 16, that I wanted to look at, and you

7     said you had looked at it and we wanted to

8     look at it together.

9                (Exhibit 9, Sorensen Article,

10           was received and marked for

11           identification by the reporter.)

12          A.    Yes, I have it.

13          Q.    Now, this graph has -- has -- in

14     the X axis is temperature, and on the Y axis

15     is rate of change of temperature; is that

16     true?

17          A.    Correct.

18          Q.    And it's also a log scale,

19     correct?

20          A.    It is, correct.

21          Q.    And a log scale is just a way to

22     compress the data so that -- because if

23     there's a great change, it's difficult to

24     graph in -- in one graph.  So you compress

25     the scales so that you can get all the data

Horn - direct

1        on one -- one chart, basically -- or you

2        want to give -- why don't you give a better

3        explanation of a log scale than I just did.

4             A.    Yeah.  I -- I -- a log scale is

5        useful when -- when the change that you're

6        measuring -- in this particular case, you're

7        -- the -- the -- the rate -- the change in

8        the temperature rise as a function of

9        temperature, and you can see from the -- the

10       plot that that occurs over, you know, you

11       know, two to three orders of magnitude.

12                  So if you were to do the Y axis

13       on a linear scale, you really wouldn't be

14       able to see much of a change, you know, at

15       the lower temperatures, right?  That -- that

16       would -- that would -- that would be kind of

17       compressed.  So the log scale gives you --

18       it's -- it's almost the opposite of

19       compression.

20                  It kind of expands that so that

21       you can really look at the low rate of

22       temperature rise compared to the high rate

23       of temperature rise over a change in the

24       actual temperature.

25                  Does that make sense?

Horn - direct

1        Q.    Yes.  And thank you.  That's a
2   much better explanation than I -- than I
3   tried to provide to you, and I don't know
4   why I tried in the first place.
5            So if we take a look at Figure 1
6   then, which is the one we're looking at,
7   this is -- again, we talked about this
8   previously, but the way that Sorensen, et
9   al. described the thermal runaway process
10  was, there were three phases, right?
11       A.    Three -- yeah.  Three stages,
12  yes.
13       Q.    Stages.  I -- I keep calling --
14  phases, they call them stages, and you're
15  absolutely correct, they're stages.  So the
16  first stage is the relatively normally
17  operating range of the battery?
18       A.    It gets above -- it does kind of
19  get above the normal operating range in the
20  -- of the cell, but yeah.  Normal operating
21  range is going to be, you know, they want,
22  you know, you want to be below the onset
23  temperature, right?
24            So the typical normal operating
25  range, the battery is, you know, below 65 or

Horn - direct

Page 232

1          below 60 degrees Celsius.

2               Q.    Okay.  And then they -- they

3          demarcate the -- the time when the battery

4          contents themselves start to generate heat

5          as Phase 2?

6               A.    Yes, they do.

7               Q.    And they -- they indicate that,

8          in their study anyway, that -- that battery

9          -- that heating generating phase begins at

10         about 117 degrees Celsius?

11              A.    Correct, yes.

12              Q.    And then -- then the temperature

13         starts going up based on heat that's

14         generated by the chemistry in the battery?

15              A.    That's correct, yes.

16              Q.    Now -- so using this log scale

17         is a little confusing, so I just want you to

18         help explain it to us.  So there's a line

19         for -- for when the rate is one degree per

20         minute, that's across -- horizontally across

21         the graph, right?

22              A.    Correct.

23              Q.    And so everything below that

24         line then is some fraction of a degree per

25         minute?

Horn - direct

Page 233

1       A.    Correct.

2       Q.    So up to the 150-degree level

3  approximately, it looks like the rate of

4  change with the heat generated within the --

5  the battery cell at Phase 2 is less than one

6  degree per minute?

7       A.    In -- in this type of test -- -

8  that is -- that is correct, and, you know,

9  keeping in mind that, you know, in these

10 types of testing -- in this type of testing,

11 basically, what -- what you're doing is, you

12 are applying heat up until the cell starts

13 to self-heat, and then you stop applying

14 heat and you just basically let the cell

15 heat itself up under adiabatic conditions.

16 So --

17      Q.    But we're -- and -- and that's

18 being done, because you want to -- you want

19 to try to measure the amount of heat that's

20 actually generated by the battery contents,

21 not by the heat that might be externally

22 applied?

23      A.    That -- that is correct.  These

24 -- these, you know, very, very controlled

25 laboratory tests to, you know, extract as

Horn - direct

Page 234

1          much information as you can get out of
2          what's happening inside the battery.  So
3          they -- they -- they take a long time.
4                    Typically, accelerated rate
5          calorimetry tests can take a day to two days
6          to -- to perform to -- to really extract
7          that information out that you're looking
8          for.
9               Q.    So getting back to my question
10         then, up until 150 degrees, the heat that's
11         generated by the chemistry by the battery
12         once it gets to that first transition point,
13         the rate or change is less than a degree per
14         minute?
15              A.    Correct, with -- with -- in the
16         absence of application of additional heat,
17         yeah.  That's just the battery generating
18         its own heat under perfect adiabatic
19         conditions.
20              Q.    That was the premise of the
21         question, yes.  So the answer is, yes,
22         that's -- that's correct, and then when it
23         gets above 150 degrees, the rate of change
24         stays below ten until it gets to somewhere
25         around 180 degrees.

Horn - direct

1           Would you agree with that

2      interpretation, again, with the same premise

3      that this is the heat generated by the

4      battery chemistry itself and not by any

5      external additional heat?

6           A.    Yeah.  In -- in -- in this

7      particular example, in -- for this

8      particular cell, that -- that's what it

9      shows, yes.

10          Q.    So you think that this was just

11     some unique cell that they did and this

12     wasn't meant to in -- indicate what is

13     generally true in thermal runaway in 18650

14     battery cells?

15          A.    Qualitatively, qualitatively,

16     this is exactly what one expects, Stage 1,

17     Stage 2, Stage 3.  Quantitatively, one would

18     want to know exactly what chemistry was

19     being applied -- was in the cell, exactly

20     the state of charge, the size of the cell

21     can -- can matter as well, the form factor,

22     those types of things, but qualitatively,

23     absolutely, you know, you've got Stage 1,

24     the cell, you can heat it up.

25               It doesn't generate heat up

Horn - direct

Page 236

1          until the onset temperature when you go into
2          Stage 2.  Stage 2, the cell begins to
3          self-heat.  If it's in a perfect adiabatic
4          environment, it will continue to self -- it
5          will continue to heat itself up.
6                     The rate of temperature rise
7          will increase until you get to the thermal
8          runaway, you know, critical temperature, at
9          which point, the chemistry in the cell
10         begins to react at such a rate that it's
11         essentially unstoppable and will go to
12         completion.
13             Q.    Okay.  So is your reference,
14         Methodologies For Battery Failure Analysis,
15         does that provide a different rate of
16         temperature at these different phases than
17         this graph does?
18             A.    Well, yeah.  I mean, you -- you
19         -- one would -- one would want to look at an
20         18650 with the same chemistry at the same
21         state of charge, because, you know, those
22         things -- and -- and also the same energy
23         density, right, because -- absolutely.
24                     Those specific numbers, as far
25         as picking a specific temperature and

Horn - direct

Page 237

1          picking -- and looking -- looking a

2          particular -- a specific rise, that -- that

3          point that you're -- that you're looking at,

4          is going to be dependent on the cell

5          chemistry, the state of charge of the cell,

6          as well as the specific design of the cell

7          as well.  So, yes.  I mean --

8               Q.    So it's --

9               A.    It -- it will be different, and

10         that's why people do the arc testing,

11         because if it was just, like, we -- then

12         otherwise, we would only need to do one cell

13         and then that would apply to everything, but

14         that's not the case, right?

15              Q.    So --

16              A.    You have to look at the, you

17         know, if you're looking at -- if you want to

18         say, well, at 150, it's ten degrees C per

19         minute for that cell, that's true, right?

20         For that cell under these conditions, at

21         that particular state of charge, that's

22         right, right?

23                    So it can -- it will -- it will

24         be different for a different cell using

25         sightly different materials, a different

Horn - direct

1      cell design, a different energy density, a

2      different state of charge, it would be

3      different.

4            Q.    Okay.  The question I was trying

5      to interpose while you were giving that

6      answer was, what data or references did you

7      utilize when you came to your opinion that

8      once the temperature of the battery pack

9      from the radiant heat got to 90 degrees,

10     that what the rate of change of the inside

11     of the battery cell was after that point?

12            What data did you rely upon?

13            A.    I don't think that anywhere in

14     my report I -- I -- I speak to that other --

15     other than the fact that we know that with,

16     you know, convectional lithium ion cells,

17     when you're above, you know, in the 80, 90

18     degrees C area, that the cells begin to

19     self-heat.  So --

20            Q.    Right.  But this -- this graph

21     indicates that the rate of change up to 150

22     degrees is -- is less than one degree

23     Celsius per minute.

24            So I'm just saying, did -- you

25     must have looked at some other data that

Horn - direct

Page 239

 1          indicated that the rate of -- of increase of

 2          temperature is much faster than that.

 3               A.    Why -- why -- I don't understand

 4          why you would -- you would assume that.

 5               Q.    Well, because you said that all

 6          the -- the radiant heat had to do was raise

 7          the level of temperature in the batteries to

 8          the threshold of when heat started to be

 9          generated from the batteries, and then the

10          batteries would -- would heat themselves to

11          the point of thermal runaway, so radiant

12          heat didn't have to provide heat all the way

13          up to 200 degrees Celsius; do you recall

14          that?

15               A.    I -- I -- we probably need to

16          get the reporter to go back to that.  I

17          don't -- I don't think I said that

18          specifically.

19                    What I said was -- and just make

20          sure that I clarify this, you had said that

21          you need to have a temperature of the

22          surface of the computer hotter -- that was

23          hotter than the battery itself.  I said that

24          you were neglecting the fact in that

25          question that the batteries are producing

Horn - direct

Page 240

1          their own heat.
2                    So now, you have both the heat
3          coming down on top of the computer, the
4          radiant heat heating the surface of the
5          computer, which is then heating the
6          batteries by -- via conduction.  Plus, you
7          have the batteries heating themselves up.
8          So now, you have an internal source of heat
9          versus an external source of heat, and I'm
10         sorry if I was not clear on that.
11                   I didn't say that -- I don't
12         believe I said --  and we can go back and
13         take a look.  I don't believe I said, you,
14         you know, shut off the radiant heat.  You
15         could shut off the radiant heat and it's
16         going to take a long time assuming perfect
17         adiabatic conditions.
18                   It will -- it's -- it's slow.
19         Once you turn off the external heat source,
20         which is what the arc testing does, this
21         test, which is in this report, shuts off the
22         external heat at the point of the onset.  So
23         at that point, the only source of heat is --
24         the heat from -- that's being generated
25         internal to the battery, okay?

Horn - direct

Page 241

```
 1              Keep in mind, nobody is saying
 2      that, suddenly, the computer is pulled out
 3      of the office and set on -- on the side and
 4      it's heating itself up.  There is still heat
 5      coming from the radiant heat source.  So
 6      this is a great study.
 7              It shows phenomenologically what
 8      happens in -- in a 18650 cell, right -- or
 9      in fact, I don't know that this is actually
10      an 18650, but generally, this is what
11      happens in lithium ion cells, Stage 1, Stage
12      2, Stage 3.  The purpose of this is to show
13      that once you get above a certain onset
14      temperature, the cell begins to generate its
15      own heat.
16              So from the incident situation
17      -- now, you've got two sources of heat from
18      the battery cell perspective.  You've got
19      the heat that's being applied from the
20      external heat source and you have the heat
21      that's being generated from the cell.
22      Q.    I understand that completely.
23      That wasn't my question, but thank you for
24      that long answer.
25              So the battery internal contents
```

Horn - direct

Page 242

1           have to get to 200 degrees Celsius, correct,

2           approximately?

3                   A.    180, 190, yeah.  That -- right

4           in there.

5                   Q.    And -- and what you're saying is

6           that that heat to -- to cause the internal

7           battery components to get to 200 degrees

8           Celsius can come from two sources, the

9           external heat, plus the heat that starts to

10          be generated by the battery?

11                  A.    Correct.

12                  Q.    Now, what this indicates,

13          though, is that the heat that's generated by

14          the battery at the early part of that Phase

15          2, is a relatively slow generation of heat,

16          correct?

17                  A.    At -- at the beginning of the

18          Stage 2, it -- it -- it -- it I mean, it's

19          -- it is a small amount of heat at the

20          beginning of Stage 2, which is why if you --

21                  Q.    But just -- just --

22                  A.    -- why if you review the

23          external heat source --

24                  Q.    Yes, is the answer.

25                  A.    It takes a long time -- it takes

Horn - direct

Page 243

1          a long time to get to that.

2               Q.    Yes is the answer.  At the

3          beginning, the internal heat generated by

4          the battery in thermal runaway goes

5          relatively slowly, and in this study, it was

6          less than a degree per minute?

7               A.    At -- at the onset in the

8          absence of any additional external heat

9          source.

10              Q.    Right.  So -- so under your

11         theory then, you have the radiant heat

12         that's heating the computer and -- and

13         heating the top of the computer to a certain

14         temperature.  Then as that heat is

15         transferred downward, there's some loss and

16         some differential between the surface

17         temperature and the outside of the battery

18         pack, at least, is going to occur there,

19         correct?

20                    There's going to be some loss of

21         temperature of the heat source from the

22         external source, because it's got to go

23         through three layers of plastic?

24              A.    Initially, until the cell --

25              Q.    Yes.  Just talking -- I'm just

Horn - direct

Page 244

1      talking about the external component of

2      what's being transferred.  In other words,

3      that's all I'm asking right now.  The

4      external component that -- the source that

5      you say from the unknown prior -- from the

6      unknown source is what we're talking about

7      here that was applied in radiant energy to

8      the top of the laptop.

9                  That component is going to be

10     some level of degrees less than the

11     temperature of the surface of the laptop for

12     that component only?

13                  MS. WANEMAKER:  Object to the

14          form.

15                  You can answer.

16          A.    Up until the cell hits the --

17          Q.    Just -- just answer my question.

18     I'm -- I'm -- we're dividing -- I'm not

19     saying that the temperature of the cell will

20     be that temperature.  I'm talking about the

21     contribution of heat from the -- the radiant

22     energy that goes through the -- the three

23     layers of plastic before it gets to the

24     cell.

25                  That component is going to be

Horn - direct

Page 245

1    less heat at the level of the cell than it

2    was at the surface, not -- not including the

3    internal temperature, which we're going to

4    talk about?

5        A.    Counselor, you're -- you're --

6    I'm sorry, you're not talking my language,

7    and I --

8        Q.    I'm sorry --

9        A.    I got ---

10       Q.    Let me -- that's okay, I'll just

11   rephrase it.  So let's just use numbers.

12            If the -- if the temperature of

13   the surface of the laptop at the -- at the

14   keyboard level from radiant heat reaches 200

15   degrees Celsius, okay, assume that that's

16   possible.  Is that 200 degrees Celsius

17   temperature energy going to entirely be

18   transferred to the battery cell?

19       A.    Counselor, again, you're not

20   talking my language.  So let me -- let me --

21   let me -- I believe what you're saying is

22   that there is a thermal gradient initially,

23   because you have external heat source

24   impinging on the surface of the computer,

25   right?  The keyboard area of the computer,

Horn - direct

Page 246

1       right?

2               We all know that there is,

3       because there's melting on the top of the

4       computer, fine.  There's an external heat

5       source impinging on the surface of the

6       computer.  The batteries are inside the

7       computer.  So for the batteries to heat up,

8       heat has to get transferred from the surface

9       of the computer to the cells.

10              There is going to be a thermal

11      gradient, a temperature gradient, if you

12      will, between the surface and -- and the --

13      and the cells.  Initially, the cells will be

14      cooler than the surface.  That holds true up

15      until --

16          Q.    Okay --

17          A.    -- onset temperature --

18          Q.    All I wanted --

19          A.    -- self-heat --

20          Q.    Okay --

21          A.     -- at that point, then it can

22      reverse, right?  The cells become -- the

23      cells can get to a higher temperature than

24      what is actually at the surface, because the

25      cells are generating their own heat at that

Horn - direct

Page 247

```
 1      point, right?
 2           Q.    You're getting ahead of me.
 3      Okay.  So at the beginning, though, the
 4      component that's coming internally from the
 5      cells, according to Sorensen and according
 6      to what you're saying is well-known, is the
 7      rate of change of increase from the internal
 8      temperature from the battery chemistry going
 9      into thermal runaway, is a slow gradient
10      until it gets to a certain point where it
11      starts to get to, you know, ten degrees per
12      minute, and then eventually, it goes up to
13      1,000 degrees per minute once it gets into
14      Phase 3?
15                MS. WANEMAKER:  Objection to
16           form.
17                You can answer if you're able.
18           A.    I -- I -- I can't.  I -- I don't
19      even know what the question is.  I'm sorry,
20      sir --
21           Q.    That's okay --
22           A.    I don't --
23           Q.    You're doing your best to
24      obfuscate, that's fine.  What I'm trying to
25      get at --
```

Horn - direct

Page 248

1           A.    Sir -- sir -- sir -- you are --
2     you are mischaracterizing my testimony --
3           Q.    Okay.  Well --
4           A.    -- and that is not -- that is
5     not --
6           Q.    I'm sorry --
7           A.    I am doing my best to give you
8     an honest and -- and technically correct
9     answer to your question.  You are asking me
10    questions that are not the way that a
11    technical person would ask them, all right,
12    and I'm giving you technical answers back to
13    you, which for whatever reason, you're not
14    liking.
15              So I'm doing my best.  I am not
16    obfuscating.  Let's make the record clear on
17    that, and I --
18          Q.    I think the record is clear on
19    that.
20          A.    Quite frankly, I am offended
21    that you would say I'm trying to obfuscate.
22          Q.    Okay.  Well, I'm sorry.  I
23    didn't mean to offend you, but if you would
24    let me ask questions and you would answer
25    them, I promise I won't offend you anymore.

Horn - direct

Page 249

1          A.    I am doing my best to answer you

2      in --

3          Q.    Okay.  We'll, I'm doing my

4      best --

5          A.    -- correct way I can.  I am not

6      obfuscating.

7          Q.    Okay.  Doctor, the rate of

8      increase temperature produced by the battery

9      themselves is less than one degree per

10     minute until approximately 150 degrees

11     Celsius, assuming there's no additional heat

12     produced by the external heat source,

13     correct?

14         A.    In that particular plot, that --

15     in that particular test, yes.

16         Q.    Okay.  Tell me what other data

17     you have that would show a different rate of

18     increase in that initial stage of thermal

19     runaway.

20             Do you have a reference of

21     another test that you're relying upon that

22     says that in a different circumstance, that

23     rate of change would be different?

24         A.    Well, I would -- I would -- I

25     guess I would probably just point to the

Horn - direct

Page 250

1    Larson paper, which is what Martin points

2    to.

3              Q.    So you would -- you would point

4    -- again, I'm just asking you -- in other

5    words, you didn't have the Larson paper when

6    you came to your conclusions here as to the

7    -- the cause of the therapy runaway here.

8              You assumed that it was radiant

9    heat, and I'm just trying to get the basis

10   of your assumption of how the radiant heat

11   caused the cells to get to over 200 degrees

12   Celsius.

13             Did you have any references

14   other than something that was cited by the

15   other expert that you relied upon?

16             A.    Counselor, the surface of the

17   computer got well-above 200 degrees Celsius,

18   right?

19             Q.    Okay.

20             A.    Even if the batteries did not

21   self-heat, that would be sufficient, because

22   we know what the melting point is of the --

23   of the polymers that comprise the keyboard.

24             So if the polymer -- if the

25   surface of the computer is above the -- the

Horn - direct

Page 251

1       thermal runaway temperature, then certainly,

2       there is a high likelihood that the cells

3       are going to get to the thermal runaway

4       temperature.  That is ignoring the fact that

5       the cells are going to produce their own

6       heat, right?

7               So we know that the surface of

8       the computer got above those temperatures,

9       we know that the cells are going to generate

10      their own heat.  It's pretty basic stuff.

11      Q.    I have a question.  Can I impose

12      a question?  You ready?  Okay.

13              When in the course of the fire

14      did the melting of the keyboard occur?  In

15      other words, how long after the initiation

16      of the fire was the heat layer sufficient to

17      melt the keyboard?

18      A.    I, you know, I don't know -- I

19      don't think anybody knows exactly when the

20      fire started.  All we can really point to is

21      the fact that Ms. Marcellin observed, you

22      know, projectiles coming out of the computer

23      when she first walked into the -- into the

24      office and -- and looked at the conditions.

25              At which point, if you look at

Horn - direct

Page 252

```
 1        her declaration, the fire had already been
 2        well-underway, you know, by her observations
 3        of blackening of the -- of the armoire and
 4        -- and the walls and so, you know, I don't
 5        know exactly when it happened, but what we
 6        can say is that it certainly did happen at a
 7        -- a certain point, that the cells in the
 8        computer got hot enough to begin ejecting
 9        their contents.
10            Q.    Okay.  That's what I'm trying to
11        get at.  In other words, you were of the
12        opinion that the temperature that caused the
13        cells to go into thermal runaway occurred at
14        the time that the keyboard was melting?
15            A.    Correct, yes.
16            Q.    Okay.  And -- and what I'm
17        asking you is, how do you know the damage to
18        the keyboard happened at the time that
19        Ms. Marcellin was -- was in the room -- it
20        would have to be before she was in the room,
21        and -- and how do you exclude that that
22        melting of the keyboard happened at some
23        later point after she left the house, after
24        the fire increased in temperature, increased
25        in -- in size and -- and the thermal layer
```

Horn - direct

Page 253

1      came down lower?

2                    How do you -- how did you make a

3      determination that the keyboard melted

4      before Ms. Marcellin came into the office?

5             A.    The fire had already -- had

6      already begun and -- and reached to the

7      point where there was enough smoke to

8      activate smoke detectors on the opposite

9      side of the house, is my understanding, and

10     Ms. Marcellin observed projectiles coming

11     out of the computer, which means that the

12     cells were already engaged in a thermal

13     event substantially after the fire had

14     started.

15            Q.    Okay.  Well, at least one cell

16     was engaged in a thermal event.  You don't

17     know how many were going off that she

18     observed, did you?  Did -- were you able to

19     tell from her testimony how many cells were

20     ejecting their contents when she observed

21     it?

22            A.    She said projectiles were being

23     emitted from the computer, so that's more

24     than one.

25            Q.    Right.  Well, you said that the

Horn - direct

Page 254

```
 1        internal components can break into many
 2        pieces and be ejected; do you remember that?
 3        You called it confetti.
 4             A.    Yes.
 5             Q.    And -- and those would be super
 6        heated pieces of metal that would come out,
 7        correct?
 8             A.    I don't know what you mean by
 9        "super heated," but --
10             Q.    They would be very high
11        temperature and -- and probably give off
12        photons, because of the temperature they're
13        at so that you would see them.  Just like
14        embers give off photons.
15             A.    Again, you know, she's said
16        there were projectiles being, you know, from
17        -- from the computer.
18             Q.    Right.  So from her testimony,
19        you're able to tell that that was multiple
20        cells going into thermal runaway that she
21        was observing?
22             A.    Projectiles coming from the
23        computer.
24             Q.    So if -- if one cell was
25        shooting projectiles from the computer, how
```

Horn - direct

Page 255

1    would that be described differently?

2        A.    Sir, all -- all -- that's --

3    that's -- that's what I said, and -- and

4    again, you know, you don't look at any one

5    piece of evidence or eyewitness testimony in

6    a vacuum.  You look at the entire incident,

7    and --

8        Q.    And so what from the entire

9    incident allows you to provide a -- a

10   scientific opinion that the keyboard melted

11   before Ms. Marcellin got into the room other

12   than your assumption that it was an external

13   heat source that provided the -- the heat to

14   cause thermal runaway?

15           Other than that fact, what other

16   facts do you have that you could point to

17   that says that that keyboard melted before

18   Ms. Marcellin came into the room?

19       A.    Well --

20           MS. WANEMAKER:  Objection to the

21       form.

22           You can answer if you're able.

23       A.    She -- she -- she stated that --

24   that there was blackening of the armoire and

25   blackening coming down from the walls, which

Horn - direct

Page 256

```
 1        means there was a significant amount of
 2        radiant heat already being applied to -- to
 3        the -- to the computer, and -- and if the --
 4        if an initiating cell ejected itself from --
 5        then -- then -- it would not have started
 6        the fire in the computer, right?  So the
 7        fire from the batteries has to be from the
 8        outside in.
 9             Q.   So you're saying that it -- when
10        a cell goes into thermal runaway, no flames
11        are produced from the cell?
12             A.   When it ejects its contents,
13        that is correct.  It is far worse from a
14        fire perspective for the cell to not eject
15        its contents, because then the -- all of the
16        fuel burns to completion.  That's when most
17        of the heat is -- is generated.
18                  When it ejects its contents --
19        especially if it ejects its contents as we
20        know that these did, which is basically
21        confetti, the cell -- all those super thin
22        foils just kind of break up into the air.
23        There's no heat load there, there's no
24        thermal load there.
25                  So it doesn't actually project,
```

Horn - direct

Page 257

 1          you know, a lot of thermal mass into the
 2          room.  When a cell does not eject its
 3          contents, that's when it is much more likely
 4          to initiate a fire, which will cascade to
 5          other cells in the pack and start other
 6          things on fire.
 7               Q.    So a cell that doesn't eject its
 8          contents and remains in place is more likely
 9          to start a fire than the cell that ejects
10          its contents into the room and could hit a
11          flammable object; is that what you're
12          saying?
13               A.    Generally speaking, that is the
14          case, unless the cell expels its entire
15          electrode winding intact, which is not the
16          case in this situation.
17               Q.    And what is the -- do you have a
18          -- some research that you can point to that
19          indicates what you just said, that supports
20          that other than your expert opinion?
21               A.    I -- I would say that's based
22          on, you know, basic science and -- and my
23          25 years of doing battery failure analysis.
24               Q.    Now, there's -- there are
25          literally hundreds of published articles

Horn - direct

1       about fires and fire risk of lithium ion

2       battery thermal runaway, correct?

3               A.      There are, yes.

4               Q.      And there must be then, hundreds

5       of articles that support what you just said?

6               A.      You know, very few -- very few

7       academics actually report on these very

8       practical matters, but I don't think that

9       there's anybody that would disagree with the

10      idea that if you keep all of the fuel in the

11      can to burn to completion, you are going to

12      generate the highest temperatures at that

13      point.

14              If you eject the fuel from the

15      can and disburse it into the air, you are

16      going to have a much less likely chance that

17      you are going to ignite something, because

18      the thermal load is not -- it -- it's just

19      -- the thermal load -- any particular piece

20      of that confetti, if you will, is -- is to

21      -- is -- is not sufficient.

22              At that point, I'm going to say,

23      you should probably talk to somebody like

24      Tim Myers, you know, and fire cause and

25      origin guys, and things -- and -- and those

Horn - direct

Page 259

1      guys.

2              Q.    How about Mr. Gorbett, who was

3      actually on the scene and observed all that,

4      he would be a good person to talk to, right?

5                   MS. WANEMAKER:  Asked and

6              answered.  We've been through this

7              many times.

8              Q.    You can answer it.

9              A.    I -- look, you're -- you're --

10     you're getting into the point where -- where

11     we're getting out of the battery failure

12     analysis, and the technical aspects of the

13     battery, and how batteries fail, and what

14     happens to batteries under different

15     conditions, and you're getting into fire

16     cause and origin, which I have said from the

17     very beginning is, you know, outside of my

18     bailiwick.

19             Q.    Okay.  I want to just share the

20     screen for a minute.  I want to just ask you

21     to confirm something, because I didn't mark

22     this and I apologize.

23                  Can you see that?

24             A.    Yes, I can.

25             Q.    Is that the reference that you

Horn - direct

Page 260

```
 1          had in your materials as the -- one of the
 2          references that you used to support your
 3          opinions?
 4                A.    It is, yes.
 5                Q.    Okay.  I just wanted to confirm
 6          that, and we've marked that as Exhibit 10
 7          and that's the Appendix H, Methodologies For
 8          Battery Failure Analysis.
 9                      (Exhibit 10, Methodologies For
10                Battery Failure Analysis, was received
11                and marked for identification by the
12                reporter.)
13                      And you're saying that -- that
14                -- things in this document are
15                supportive of your opinion that you
16                stated today that in any thermal
17                runaway reaction where the battery
18                contents are expelled, it is far more
19                likely than not that it was an
20                external heat source that caused the
21                thermal runaway rather than some
22                internal overcharge, overvoltage-type
23                situation, correct?
24                A.    Yes.
25                Q.    And that's in this document?
```

Horn - direct

Page 261

1           A.    It -- it is.  I believe that

2      there is a paragraph -- that -- that

3      mentions that when a battery expels its

4      contents, that it is likely from external

5      heat source.

6           Q.    Okay.  And is it to say it's

7      likely or it's -- I think you said in the

8      vast majority of circumstances, it has to be

9      from external heat; do you recall which one

10     it was?

11          A.    Counselor, you've got the

12     document here.  Let's go to the paragraph

13     and we can see what it reads.

14          Q.    Do you know where that paragraph

15     is?

16          A.    I don't --

17          Q.    Say --

18          A.    I don't recall off the top of my

19     head, Counselor.

20          Q.    It's a 35-page document, that's

21     why I think it will take quite a while to

22     find it, but we'll find it and if it's -- if

23     it's there, I'll be able to read it later,

24     and if not, we can deal with it on the

25     motion.

Horn - direct

Page 262

```
 1                  Now, you said that you didn't
 2       look at the Matterport photographs of the --
 3       of the rooms where the fire occurred?
 4            A.    Yes.  That's -- that's what I
 5       said.
 6            Q.    And did you look at
 7       Mr. Karasinski's rebuttal report, where he
 8       measured different markings, lines of
 9       demarcation in the -- in the office and the
10       other parts of the building.
11            A.    I -- I saw that he did that,
12       yes.
13            Q.    And did you ever do anything
14       like that to look at how far the thermal
15       heat layer came down to make your estimate
16       that radiant energy from the thermal heat
17       layer was sufficient to increase the heat of
18       the battery pack into thermal runaway?
19            A.    No, Counselor.  I'm not a fire
20       cause and origin person.  That's beyond my
21       -- my -- my expertise to -- to do that.
22            Q.    Well, the fire and origin person
23       said that you would be able to answer how
24       you estimated the temperature of the thermal
25       heat layer being sufficient to produce
```

Horn - direct

Page 263

```
 1          radiant energy to put the battery pack into
 2          thermal runaway.
 3                   Are you saying that you didn't
 4          do any analysis of that aspect?
 5          A.    No, sir.  I -- I -- I don't know
 6          -- no -- no, sir.  That's -- that's -- I --
 7          I'm not a fire cause and origin person.  So
 8          what I can tell you is what the, you know,
 9          the minimum surface temperature that the --
10          the surface of the computer got to and what
11          -- what the temperature it's going to take a
12          cell to go into -- have a thermal event and
13          look at the -- at the evidence of what the
14          cells looked like after the thermal event
15          and look at that in totality from a battery
16          failure analysis.  As far as --
17          Q.    So --
18          A.    As far as looking at the scene
19          and -- and -- and -- and, you know,
20          measuring temperatures based on damage
21          patterns in the -- in the room and things of
22          that nature, again, you -- that's not my
23          bailiwick.
24          Q.    Okay.  But -- but you did say
25          that you were able to determine the
```

Horn - direct

Page 264

1    temperature that the keyboard surface

2    reached?

3        A.    At a minimum based on the

4    melting point of the -- of the plastics that

5    composed the -- the keyboard, yes.

6        Q.    And -- and that would be -- that

7    would be heat that you're attributing to the

8    thermal layer radiation, not to heat

9    generated by the thermal runaway reaction,

10   right?

11       A.    Correct, because the thermal

12   runaway would have been local to the

13   batteries, and so, you know, you do see some

14   melting on the bottom of the computer.

15            That would have been due to the

16   -- due to the thermal events, you know, with

17   the -- with the batteries, but, you know,

18   from the surface, that would be, you know,

19   my -- that would be from the -- the heat

20   from the room from the fire itself.

21       Q.    So I think you got a photograph,

22   let me find it.  Maybe you don't.  I think

23   you have a photo of the actual laptop that

24   you look -- you put in your report, didn't

25   you?

Horn - direct

Page 265

```
 1              A.    I can go to my report and -- and
 2         look through it, if you'd like.
 3              Q.    I've -- I've got -- not the
 4         best, but I got one.  If you look at Page
 5         15, Figure 4, there's a photograph of the
 6         laptop.
 7              A.    Correct.
 8              Q.    Now, the damage to the keyboard
 9         is -- and -- and the surface of the laptop
10         that has the keyboard on it, is not uniform,
11         correct?
12              A.    I -- I -- I don't understand
13         what --
14              Q.    Let me -- let me rephrase it a
15         different way.
16                    If you look at the upper-right
17         part of the -- above the keyboard before you
18         get to the screen, above the battery
19         component -- compartment on the right side,
20         would you agree that there's significantly
21         more plastic deformation there than there is
22         near the touch pad?
23              A.    Yeah -- well, what I would agree
24         with, Counselor, is that that is where the
25         cells ejected themselves from -- from the
```

Horn - direct

Page 266

1    computer.

2              So there is certainly going to

3    be a combination of thermal damage due to

4    the softening of the plastic, as well as

5    mechanical damage due to the -- forced the

6    ejection of the -- of the cells from the

7    battery compartment.

8         Q.   So that's what's I'm getting at.

9    In other words, that area was damaged by not

10   only the thermal layer, but also by the heat

11   and mechanical energy that was created by

12   the expulsion of the -- the cells out of the

13   battery pack, correct?

14        A.   Yes.  If you're referring to the

15   damage directly above the battery

16   compartment where the battery -- where the

17   battery cells ejected themselves, correct.

18        Q.   So that's what I -- I wanted to

19   sort of exclude that area, because that had

20   multiple different components to it and just

21   look at the rest of the -- the surface that

22   -- that the keyboard is on, and if you

23   exclude that area then, the rest of the

24   surface, you believe, was damaged by radiant

25   heat, correct?

Horn - direct

Page 267

1          A.    That's my understanding,
2    correct.
3          Q.    Well, that's your opinion?
4          A.    Yes.
5          Q.    Okay.  And -- and the question I
6    asked you before, I just want to ask you
7    again is, when in the course of the fire did
8    that damage -- other than the -- the thermal
9    runaway compartment damage, when did that
10   damage to the keyboard that you say happened
11   from radiant heat, when in the course of the
12   fire did that happen?
13              Did it happen at the beginning
14   of the fire, or when it got to its peak, or
15   at some point in between?
16         A.    You're asking questions that are
17   outside of my -- my -- my area of expertise,
18   sir.  All -- all I can say is that, you
19   know, we know that the, you know, the
20   surface of the computer got -- the keyboard
21   got to, you know, temperatures that are
22   well-above what is required to, you know,
23   get lithium ion cells to begin to self-heat
24   and reach the, you know, critical
25   temperatures for thermal runaway.

Horn - direct

Page 268

1           When it happened, that's a
2    question for -- for the -- your fire cause
3    and origin guys.
4         Q.    So just to be clear, you can't
5    look at the surface of the -- the computer
6    and the keyboard, and tell me that it had
7    that degree of fire damage or heat damage at
8    the time that Ms. Marcellin saw the -- the
9    ejectile -- projectiles coming out of the
10   computer, except for your assumption that it
11   had to have occurred before that in order to
12   put the -- the cells into thermal runaway;
13   is that true?
14        A.    Yeah.  The heat from the fire
15   would have to have -- yeah, gotten the cells
16   to the point where they were going to --
17   into thermal runaway and expelling their
18   contents, yes.
19        Q.    All right.  So your -- your
20   premise is that because these cells could
21   only have gotten into thermal runaway by
22   external heat, because of all the things we
23   talked about before, then if that is a true
24   statement, then you're saying that the
25   keyboard would have to have been damaged to

Horn - direct

1    this degree by the time the cells went into

2    thermal runaway?

3         A.   I don't know necessarily that it

4    would have to have been damaged to this

5    degree, but it would of had to have been,

6    you know, subjected -- it would have likely

7    been subjected to temperatures above

8    200 degrees Celsius, yes.

9         Q.   But -- but that's, I guess, the

10   question.  In other words, is it because

11   you're looking at the deformity of the

12   keyboard that you can say that the keyboard

13   got this way before thermal runaway or is it

14   because of your assumption based upon your

15   state of knowledge that it's impossible for

16   thermal runaway to occur where you get the

17   ejections from anything other than external

18   heat, that therefore, it must have been that

19   hot to -- to cause this damage to the -- the

20   keyboard.

21             I'm trying to understand whether

22   -- whether you're saying that -- you're --

23   you're bootstrapping your opinion of when

24   the keyboard got deformed to when the

25   thermal runaway occurred, because you

Horn - direct

1      believe thermal runaway could only have

2      occurred from the external heat source?

3           A.    No.   I -- I appreciate that, and

4      you -- you do -- you do have a tendency to

5      -- to -- to pick pieces of evidence in -- in

6      a vacuum.

7                I think, you know, one of the

8      things that we have to always remember is

9      that if -- if indeed a particular cell

10     ejected its contents in the room prior to

11     there being any fire, it would have

12     generated a substantial amount of noise.

13               Again, these things are like

14     gunshots going off.  Nobody reported any

15     kind of explosion, or sound, or anything at

16     the beginning of this event.  It wasn't

17     until the smoke detector went off.  So

18     there's no evidence.

19               There would have been a -- an

20     acoustic signature, that was not observed.

21     Also the fact that we have multiple cells

22     that have experienced, you know, an ejection

23     and rupture events, and we see that there is

24     sub, you know, if -- if -- if there was not

25     enough thermal damage to the computer that

Horn - direct

Page 271

1        would have caused the cells to go into

2        thermal runaway, that would be one thing,

3        but there clearly is.

4               So when you look at all of this

5        evidence in totality, all right, it is

6        absolutely more consistent than not, with

7        the batteries failing from external heat

8        source versus any kind of an internal

9        failure of -- of the cell.  So again, we

10       want to look at all the evidence in

11       totality, not just picking one thing at a

12       time.

13       Q.    I think what you just said is

14       that when a cell goes into thermal runaway,

15       there's a gunshot-like sound that goes off

16       that can't be missed by anyone?

17       A.    I didn't say that.  I said, when

18       a cell ejects its contents, to the extent

19       where either the cell can ruptures or the

20       crimp releases with such energy that it

21       blasts its way through the housing of the

22       computer, right?

23              That's an incredibly energetic

24       event.  It is extremely loud.  Again, if you

25       go back to the standards, the standards will

Horn - direct

Page 272

1          tell you that when you're doing tests --
2          when you -- when you anticipate that their
3          could be an explosive event of a cell, that
4          personal protection, including hearing
5          protection, is required.  It is very loud.
6                    I've been -- I've done this --
7          these tests hundreds of times.  It is like a
8          gunshot going off in the room.  It can't be
9          missed.
10         Q.    So if it can't be missed and
11         these cells had that explosive experience,
12         then where in Ms. Marcellin's testimony does
13         she recall any explosive sound that would be
14         consistent with your opinion that it always
15         makes a sound like a gunshot that can't be
16         missed?
17         A.    You know, she didn't mention it,
18         but nobody asked her about it, which, you
19         know, but you can't -- it's -- it's -- it is
20         impossible.  I mean, think about it.  These
21         cells will rupture.
22                    The steel can ruptures at
23         pressures well-above 1,000 PSI, you know,
24         your car tires are pumped up to around 35
25         PSI.  We're talking about very high

Horn - direct

Page 273

1          pressures, very energetic explosion of
2          contents, and it is extremely loud, and I
3          don't think that anybody could -- would --
4          would dispute that, that that is --
5               Q.    Okay.
6               A.    -- going to be a very, very loud
7          event.
8               Q.    So -- so here's the question, I
9          guess, if that loud event occurred,
10         Ms. Marcellin didn't say anything about it,
11         correct?
12              A.    That -- that's correct.  She --
13         she woke up due to the fire, the smoke
14         detector, which would imply that the cells
15         had not yet ruptured and expelled their
16         contents at the point where she was woken
17         up.
18              Q.    And then she goes -- is in the
19         house and goes and gets the fire
20         extinguishers, and she witnesses thermal
21         runaway, which you say is the expulsion of
22         the internal contents of at least one of the
23         cells, correct?
24              A.    She, I believe in her
25         declaration, which I don't have in front of

Horn - direct

Page 274

1          me, I believe she used the word
2          "projectiles."
3                Q.    Okay.  But is that -- what
4          you're saying is that at that point, that's
5          when the loud gunshot must have gone off?
6                A.    One -- one would be hearing
7          noise -- loud -- loud noises from the
8          expulsion of the contents, yes.  There's no
9          -- if -- if she has seen projectiles, there
10         is going to be very loud noises.
11               Q.    Right --
12               A.    You -- you cannot rupture the --
13         a cell like this and not have -- and -- and
14         have it be quiet.  It's -- it's just not
15         possible.  There -- it's -- it's incredibly
16         energetic and incredibly loud.
17               Q.    But there's no mention in any of
18         the statements that she gave the night of
19         the incident, or in her deposition, or in
20         her declaration of a loud noise or multiple
21         loud noises.
22                     She describes many things, but
23         she doesn't describe that, and your
24         explanation for that is because she wasn't
25         asked?

Horn - direct

Page 275

1           A.    That's the only explanation I

2     can -- I -- I can give, because it's simply

3     not possible for a cell to expel its

4     contents and do it quietly.

5           Q.    Okay.  So theoretically then,

6     there could have been a gunshot that

7     happened before Ms. Marcellin got up that

8     she didn't get asked about either, right?

9           A.    Well, she said she was awoken

10    from the fire -- the smoke detector.

11          Q.    Right.  Well, you said that --

12    that she wasn't asked the question.  Nobody

13    asked the question if she heard a loud noise

14    after she woke up -- or when she woke up,

15    and you're saying that -- that -- that

16    proves that it couldn't have been thermal

17    runaway that caused the fire, and yet, she

18    never mentions ever hearing that sound that

19    you say is inevitable later.

20               So I'm just trying to understand

21    what is the absence of her recollection of a

22    gunshot before she sees the thermal runaway

23    more credible to you as -- as an important

24    fact to consider than the absence of her

25    ever saying she heard the sound that you say

Horn - direct

Page 276

1    is inevitable.

2         A.    Because she would have said that

3    she was awoken by a loud noise equivalent to

4    a gunshot or something similar, as opposed

5    to being woken by the smoke detector.

6         Q.    And -- and then a loud noise

7    that you say is sufficient to cause hearing

8    damage if you don't have ear protection

9    would be something that she would not bother

10   to mention if it happened after she woke up;

11   is that what your testimony is?

12              MS. WANEMAKER:  Objection to the

13         form.

14        A.    I -- I -- I don't know why she,

15   you know, obviously, it was a very traumatic

16   experience for her, but what I'm saying is

17   that if -- if -- if -- the -- if the fire

18   was started by a -- the expulsion of the --

19   the energetic expulsion of an 18650 cell

20   that blew its way through the computer and

21   into the room, it would have made an

22   incredibly loud sound and that's not what

23   was reported.  What was -- that's -- that's

24   -- it just isn't.

25        Q.    Okay.  If you take a look at

Horn - direct

Page 277

1           Figure 13 of your report, that's on Page 21.

2               A.    Yes.

3               Q.    That's a close-up of that area

4           that we were talking about just above the

5           keyboard on the right side, where you have a

6           -- an annotation for Cell Number 3, right?

7               A.    Correct.

8               Q.    So that's one of the ruptured

9           cells that broke through the -- the plastic

10          of the -- of the top of the computer?

11              A.    Yes.

12              Q.    And there appears to be

13          significant damage to the -- the plastic

14          covering that was above the -- the battery

15          pack, and I believe you said that that

16          significant damage is likely to happen in

17          the thermal runaway event?  Let me -- let me

18          phrase that a different way.

19                   Is the damage to that -- that

20          area of the top of the computer a

21          combination of what you think the radiant

22          heat and the thermal runaway heat caused to

23          the plastic?

24              A.    Yeah.  As -- as well -- yes, in

25          addition to whatever mechanical forces were,

Horn - direct

1      you know, you know, imparted due to the

2      expulsion of cell contents, correct.

3            Q.    And in -- in the photograph that

4      -- I know it's not your photograph, I think

5      this was -- I'm not sure whose photograph it

6      was.  It must have been Mr. Galler's

7      photograph, I guess, because that appears to

8      be his company's name.

9            It appears that the -- the keys

10     closest to that area are more damaged than

11     the keys that are closest to the foreground

12     of the picture; would you agree with that?

13           A.    No. I -- I --

14           Q.    So you think that's uniform

15     damage to the keyboard?

16           A.    Yeah.  I mean, there's a couple

17     missing keys there, but that's not

18     surprising that you -- you -- you might blow

19     off a couple keys, you know, because of the

20     -- the shock from the, you know, from the

21     mechanical damage, but as far as thermal

22     damage is concerned that -- it doesn't -- I

23     -- I don't see much of a difference in

24     thermal damage.

25           Q.    Okay.  Then if you look at the

Horn - direct

Page 279

1          picture next to it, that's the bottom of the

2          battery compartment, correct?

3               A.     Correct.

4               Q.     And the bottom of the battery

5          compartment appears to be -- have much more

6          heat damage than the rest of the bottom of

7          the computer, correct?

8               A.     Correct.

9               Q.     So is it your -- and -- and the

10         radiant heat likely played no role in

11         heating the bottom of the computer, correct?

12              A.     Correct.

13              Q.     So all of the damage to the

14         bottom of the battery compartment cover or

15         the battery -- actually, the battery pack

16         probably cover that -- that is.  That

17         occurred as a result of the heat from the

18         thermal runaway?

19              A.     Yes.  Likely from Cells 3 and 4,

20         yes.

21              Q.     Okay.  Now, I think you said

22         that when the cells were ejected that they

23         didn't have enough heat to melt the carpet

24         or anything else, correct?  I'll -- I'll

25         take this off the share too, I apologize.

Horn - direct

Page 280

1                Remember that testimony?

2       A.     When the cell ejects the

3   contents, the cell can no longer have --

4   there's no longer a source of heat.  So

5   generally, when a cell ejects its contents,

6   the can will not get nearly as hot as it

7   will if the cell does not eject its

8   contents, all things being equal.

9       Q.     Okay.  And I think it's under

10  your nomenclature or whoever numbered the

11  cells, it's Cell 5 and Cell 6 that ejected

12  their content and went across the room,

13  right?

14      A.     Yes.  Cells 5 and 6 are the --

15  the cells ejected -- had a crimp release and

16  ejected their contents into the room, yes.

17      Q.     And I think you said that if the

18  -- those cell cans were hot, that they would

19  have melted the carpet and that's how you

20  knew that they had cooled before they

21  landed?

22      A.     Well, that -- that's one

23  indication, yes.

24      Q.     Okay.  So take a look at -- at

25  Page 23 of your report, and specifically the

Horn - direct

Page 281

1          paragraph that you've got written there, and

2          you say -- and this is what was referenced

3          to Cells 5 and 6 that were ejected, and you

4          say, no wrap or residue was observed on

5          either Cell 5 or 6.

6                    However, a thick green polymeric

7          residue was observed to be melted to the

8          Cell 6 can.  The color of this substance was

9          similar to that of a green melted handle to

10         a bag recovered from the same area of the

11         office as shown on Figure 17, which is

12         another photograph of a green handle of a

13         bag of some sort; you see that?

14              A.    Yes.

15              Q.    And so what you're saying there

16         is that the cell landed on that bag and

17         melted that material and that fixed to the

18         -- to the cell?

19              A.    Correct.

20              Q.    And that was the cell that had

21         cooled to the point that it wasn't capable

22         of melting the carpet, is that the same

23         cell?

24              A.    Hold on, just a second.  I want

25         to make -- what -- there was a -- you had

Horn - direct

Page 282

1          showed me a photo, and I don't recall which
2          one it was, where you had said that -- you
3          showed me a photo of a cell on carpet, and
4          you said that there was char marks on the
5          upper-left corner on the opening of the
6          cell, and you asked if that had come from
7          that cell, and I said that I -- and I said,
8          no, because there was no evidence of the
9          melting of the carpet on that cell.
10                    Can we go back to that?
11              Q.    Sure.  But I -- I think -- and
12          we will.  I promise, but -- but I just want
13          to get clarification --
14              A.    I don't -- I'm sorry --
15              Q.    First let me ask my question and
16          then we'll go back.  I promise we'll go
17          back.  We're on this page now and I -- I
18          want to -- both Cells 5 and 6 ejected their
19          content, right?
20              A.    Yes.
21              Q.    So it really doesn't matter --
22          there's only two cells that ejected their
23          content, 5 and 6?
24              A.    That were found outside the
25          computer, yes.

Horn - direct

1          Q.    Right.  And so -- so the -- the

2     cell that we looked at on the carpet had to

3     be one of those two?

4          A.    Correct.

5          Q.    Okay.  So your testimony was

6     that by the time that cell landed, it was

7     not hot enough to melt anything, and yet,

8     one of the two cells that was ejected --

9     that had ejected their contents was hot

10    enough to melt this plastic bag handle that

11    you've identified and actually made a

12    picture of, of Figure 17, showing that it

13    had sufficient heat at least to do that?

14         A.    Well --

15              MS. WANEMAKER:  Object to the

16         form.

17         A.    Yeah.  That cell -- I mean,

18    again, sir -- sir, you ask me -- you ask me

19    specific questions of a specific photo and a

20    specific black mark on the carpet, and you

21    said, doesn't that -- and we can go back and

22    -- and replay the testimony, but -- but --

23    and the questions.

24              You said, doesn't that prove

25    that that cell caused that char on that

Horn - direct

Page 284

1         carpet, and I said, no, it does not in that

2         photo for that cell.  Obviously --

3              Q.    What was the -- what was the

4         difference in -- in the rate of cooling of

5         the two cells that ejected all their

6         contents, such that one wasn't sufficient to

7         char the carpet, but the other one was

8         sufficient to melt the handle of the bag?

9              A.    Sir, I, you know, there -- there

10         -- there could be a number of explanations.

11         One could be that the -- that the -- that

12         the initiating cell, the first cell to go

13         off -- because it was -- it's welded and

14         attached to the -- its -- its -- its sister

15         cell, which is in parallel to it, carried

16         them both out, and then at some point,

17         shortly after that, the other cell had a

18         thermal event, and it could have actually

19         had a thermal event after it was ejected

20         from the -- from the battery pack, you know,

21         it's, you know, but again, I want to focus

22         on the point that you asked me specific

23         questions of a specific photo and I gave you

24         answers to that.

25                   Now, we're looking at a

Horn - direct

Page 285

1      different cell in a different photo, and

2      yeah.  I -- clearly, that cell -- that cell

3      can was hot enough to melt that plastic when

4      it came in contact with it.

5              Q.    That's what I was -- I was --

6      okay.  So let's take care of your issue.

7                   Turn to Tab 12 and Page 15 and

8      Figure 21, and that was the picture of the

9      carpet with the -- what you say is not char

10     from the cell?

11             A.    Right.

12             Q.    That's the one.  And I believe

13     your testimony was that it couldn't be

14     charred, because by the time the cell

15     reached the ground from the computer, it

16     would not be hot enough to melt the carpet,

17     and if it was that hot, there would be some

18     evidence of carpet melt on the cell?

19             A.    Correct.

20             Q.    But that's what you said.  All

21     right.  So then we're looking at your

22     report, and the other cell that ejected its

23     content was apparently hot enough to melt

24     the substance that you show in Figure 17?

25             A.    Yeah -- yes.

Horn - direct

Page 286

1          Q.    And I think now you're saying

2     that it's possible that the cell that melted

3     the -- the bag handle in Figure 17 may have

4     ejected its contents after it left the

5     computer?

6          A.    It's -- it's possible, yes.

7          Q.    Okay.  What is the support that

8     you have for that occurring?  In other

9     words, is there any physical evidence of

10    that?

11         A.    Sir, you're --

12         Q.    I'm just asking.  Is there any

13    physical evidence of that happening?

14         A.    You're -- you were asking me to

15    explain why one cell may have been -- one

16    cell can may have been hot enough to melt

17    polymer.  Whereas, the other cell can was

18    not.  There could be a couple different

19    explanations.

20              One, the polymer that one cell

21    was in contact with had a lower melting

22    point than the other cell.  Another

23    explanation is that they -- and, you know,

24    ejected their contents at different points

25    during the fire, right?  So one cell may

Horn - direct

1          have, you know, ejected its contents while

2          it was in the computer carrying the other

3          cell out, which then, you know, ejected its

4          contents, you know, shortly thereafter and

5          still -- and still contained, you know, a

6          significant heat load to be able to melt

7          the, you know, melt the polymer.

8               Q.    Could you turn to Page 34 of

9          your report?

10              A.    Got it.

11              Q.    This is in your "Timing of

12         Events" section, and you say, in my

13         experience, thermal runaway of an 18650

14         battery cell completes in seconds once it

15         has started.

16                    Did I read that correctly?

17              A.    Yes.

18              Q.    All right.  So let's -- let's

19         talk about -- first of all, using the

20         Sorensen phase discussion, are you -- are

21         you starting your timing from when the

22         thermal runaway reaction begins creating its

23         own heat or are you talking about the point

24         that it gets to around 200 degrees Celsius

25         when you talk about it occurring in a -- in

Horn - direct

Page 288

1    seconds?

2         A.    The transition from Stage 2 to

3    Stage 1, which typically occurs above 180

4    degrees Celsius.  It's --

5         Q.    That -- you're saying that --

6    I'm sorry --

7         A.    Yeah --

8         Q.    Okay.  Go ahead, my question --

9         A.    The analogy I was going to give,

10   again, is -- is -- is a match, right?  So

11   you can heat a match up from an external

12   source, but once the match -- it -- the tip

13   of the match actually ignites, that's kind

14   of like the thermal runaway event, right?

15              So that's -- that's when the

16   chemistry actually goes into that Stage 3

17   where the cathode decomposes, produces

18   oxygen, reacts with the electrolyte, and

19   things go very, very quickly at that point.

20   So it's the -- it's that transition point,

21   Stage 2 to Stage 3, where things go within

22   -- within seconds.  Typically, it's done

23   within ten seconds after it starts.

24         Q.    So that's what I'm getting at.

25   Okay.  So what you're saying in this

Horn - direct

1        statement is, in my -- quote, in my

2        experience, thermal runaway of an 18650

3        battery cell completes in seconds once it

4        has started, and what you're saying is

5        that's when it gets to the point from --

6        from the point it gets to 200 degrees

7        Celsius, approximately, or 190 and it has

8        the -- it starts to accelerate in its rate

9        of heat production at a high rate?

10                       That's what takes seconds,

11       you're saying?

12              A.     Correct.

13              Q.     Not -- not from the point where

14       the thermal runaway reaction actually begins

15       in Phase 2, where it begins to generate its

16       own heat?

17              A.     Most people would not call Stage

18       2 thermal runaway --

19              Q.     Okay.

20              A.     That -- that -- that do any kind

21       of battery failure analysis.

22              Q.     Okay.

23              A.     The -- the thermal runaway is

24       generally understood at the point where

25       we're above typically for a fully-charged

Horn - direct

Page 290

1        lithium ion cell above the decomposition
2        temperature in the melting point of --
3        decomposition temperature of the positive of
4        electrode cathode material at the point
5        where it begins to release oxygen and react
6        with the electrolyte.  That's where the
7        chemistry generates the vast amount of its
8        heat and it happens very, very quickly.
9             Q.    So when you say "in seconds,"
10       are we talking about five seconds, ten
11       seconds?  What's the range from that point
12       to when all of the cell contents are
13       expelled, time-wise?
14            A.    Assuming that the contents of
15       the cell stay in the cell, less -- ten
16       seconds or less.
17            Q.    Well, in this case, for two of
18       them, the contents didn't stay in the cell,
19       right?  So you're saying that once they --
20       once it starts ejecting material from the
21       cell, that happens -- that completes in
22       seconds?
23            A.    You're -- you're talking about
24       when the cell expels its contents as per
25       Cells 5 and 6 here, where we have a crimp

Horn - direct

Page 291

1    release and the cells expelled their

2    contents into the room?

3         Q.    Right.  How -- how -- is that

4    not what you're referring to or you're

5    referring to something else in this

6    sentence?

7         A.    I -- I'm referring to a

8    situation where the cell remains intact.

9         Q.    Okay.  But let me -- let me --

10   before you go on to a long explanation, the

11   whole point you're making here is, you're

12   trying to time when the thermal runaway

13   reaction happened that Ms. Marcellin saw,

14   correct?

15            That's what you're doing here.

16   You're saying that if she saw the reaction,

17   that must have been when the thermal runaway

18   was going on, because if it happened sooner,

19   it would have been over by the time she got

20   in the room; do you recall that was your

21   premise?

22        A.    So just wait a second.  Allow me

23   to make sure that I answer your -- your

24   question accurately.  Yeah.  So yes.

25            I mean, that -- that -- I mean,

Horn - direct

Page 292

1          if she saw projectiles coming from the
2          computer, she -- she was observing cells
3          going into thermal runaway and ejecting
4          their contents.
5               Q.    Okay.  So that's why I asked you
6          to look at that, because you started to tell
7          me about what would happen if it didn't
8          excel -- eject its contents, and that wasn't
9          what you made the statement for.
10               So now, I'm going to go back to
11          -- my question was:  What is your basis of
12          -- and range of time that you say from the
13          beginning of expelling its contents to when
14          all the contents are expelled, what is the
15          range of seconds that that takes?
16               In other words, does it happen
17          all at once, does it happen in parts?  What
18          is your -- what is your opinion on that and
19          what is the basis of that opinion?
20               A.    When you -- and when you say
21          "expel contents," you're referring to either
22          a crimp release or rupture of the cell?
23               Q.    I'm referring to what you -- you
24          have taken from Ms. Marcellin's testimony of
25          what she observed.  You -- you took her

Horn - direct

Page 293

```
 1          testimony and then you said, I interpret her
 2          testimony to be X, and based upon X, that
 3          happens in seconds.
 4                    So I don't know what you're
 5          talking about.  You're the one that made the
 6          statement.  I'm trying to get a sense of how
 7          many seconds it would take from when --
 8          presumably, the reason you quote
 9          Ms. Marcellin's testimony is because she saw
10          projectiles, correct?
11              A.    Correct.
12              Q.    And you assume those projectiles
13          came from Cells 5 and 6 or potentially from
14          the other cells that were still in the --
15          that exploded in the computer?
16              A.    Based on the fact that she said
17          that projectiles were coming from the
18          computer, the only source of projectiles
19          coming from the computer would have been the
20          lithium ion cells, correct.
21              Q.    Right.  But which ones?
22              A.    I -- I -- I -- I don't know
23          which -- which cells she observed coming,
24          you know, projectiles coming from the
25          computer.
```

Horn - direct

Page 294

```
 1          Q.    Okay.  So there are four
 2     possibilities, right?
 3          A.    There are four possibilities,
 4     yes.
 5          Q.    Okay.  And two of those
 6     possibilities remained in the computer, and
 7     two of those possibilities -- the -- the
 8     cans, at least, were found in the corner of
 9     the room?
10          A.    They were found in the room,
11     correct.
12          Q.    Right.  So did you assume that
13     what she saw was from the two in the corner
14     of the room that were the empty cans, or did
15     you assume that when she said she saw
16     projectiles coming from the computer, that
17     it was battery cell contents that were from
18     those cells that remained in the computer
19     that were spewing their contents out through
20     the -- the break in the can, or did you not
21     assume either?
22          A.    I -- I -- I did not assume
23     either.  All -- all I said -- and let me
24     just read the report that Ms. Marcellin --
25          Q.    Go ahead.
```

Horn - direct

Page 295

```
 1          A.    -- subsequently observed
 2     fireballs from the notebook and fire
 3     dropping from the ceiling.  If this was when
 4     the cell thermal runaway events were
 5     occurring, then this would have been well
 6     after the fire had started.
 7               So what I was -- what I was
 8     saying is that cells were going into thermal
 9     runaway after the fire had started.
10          Q.    Right.  So I'm asking you, which
11     cells were going into thermal runaway when
12     she walked into the room; if you know?
13          A.    I don't know.
14          Q.    And what is the basis of your
15     opinion that -- that some of the cells had
16     already gone into thermal runaway and
17     ejected their -- their contents before she
18     saw the cell that was ejecting its contents
19     when she walked into the room?
20               How did you exclude that other
21     cells had already ejected their contents
22     before she watched the contents being
23     ejected from whatever cell was ejecting when
24     she walked into the room?
25          A.    I -- I never offer that opinion.
```

Horn - direct

Page 296

1          Q.     So it's possible then that other
2     cells went into thermal runaway before the
3     cell that she observed?
4          A.     From -- from the external heat,
5     that's possible.  Yes.
6          Q.     Okay.  And if that happened,
7     then a fire could have started from the
8     ejectile from those prior -- withdraw that
9     question.
10               So just to pin it down, in what
11     sequence did the four cells that went into
12     thermal runaway go into thermal runaway in
13     your opinion?
14          A.     I -- I don't have an opinion on
15     -- on the sequence of events.
16          Q.     Do you have an opinion as to
17     whether all four went into thermal runaway
18     simultaneously?
19          A.     It would likely have been very,
20     very close, because the external heat would
21     have been heating all of the cells, you
22     know, at a reasonably similar, you know,
23     rate.  So most likely, they -- they would
24     have gone -- they would have gone into
25     thermal runaway relatively quickly following

Horn - direct

Page 297

```
 1          each other.  The -- the four cells --
 2                  Q.    Okay.
 3                  A.    -- and except for the two cells
 4          that basically got ejected from the pack and
 5          did not experience a thermal event.
 6                  Q.    What's the basis of your opinion
 7          that all the cells went into thermal runaway
 8          because of the external heat source as
 9          opposed to heat that was transferred from
10          the first cell that went into thermal
11          runaway in combination with whatever heat
12          they were getting from the internal source?
13                  A.    Well, again, if it was an
14          internal cell fault --
15                  Q.    I'm just -- I'm not even talking
16          about the -- I'm not even going there.  I'm
17          saying that -- I believe you just said that
18          all four of the -- the battery cells
19          experience the same -- well, actually, all
20          six of the battery cells experience the same
21          external thermal heat, correct?
22                  A.    Similar, yes.  They would have
23          all been in the computer at the same time,
24          yes.
25                  Q.    And two of them show no signs of
```

Horn - direct

Page 298

1          thermal runaway?

2              A.     They -- they did not.  They were

3          ejected from the pack, yes.

4              Q.     Okay.  And when did that happen

5          in the sequence of events?

6              A.     Before they reached the -- the

7          temperature for thermal runaway of those

8          cells.

9              Q.     I know.  But did it -- did it

10         happen before the other cells went into

11         thermal runaway or between when some cells

12         went in and some weren't?  When did it

13         happen?

14             A.     Well, they would of had to have

15         been ejected after the -- at least the first

16         cell had, you know, ejected its contents,

17         right, because they wouldn't have been

18         ejected before that -- they would -- they

19         would not have been ejected from the

20         computer before the -- another -- the first

21         cell went into thermal runaway, right?

22                   Something had to eject those

23         cells from the computer in the first place.

24         So clearly, they got ejected after -- at

25         least the first cell or two cells had their

Horn - direct

1      ejection of contents and -- in the battery

2      pack.

3              Q.    Okay.  And so the force that --

4      that ejected them had to come from an

5      explosion from one of the other cells?

6              A.    It -- yes, yes.  Again, you

7      know, I don't necessarily like the word

8      "explosion," but yes.

9              Q.    Okay.  We'll -- we'll use a

10     different word.  Something --

11             A.    A forceable expulsion of the

12     internal contents of -- of one of the other

13     cells pushed those out of the pack.

14             Q.    And not only pushed them out of

15     the pack, but pushed them completely out of

16     the computer, right?

17             A.    Correct, yes.

18             Q.    Okay.  And -- and you don't know

19     whether that happened based on one cell

20     going into thermal runaway or multiple cells

21     going into thermal runaway.  You just know

22     that at least one went into thermal runaway

23     that would produce enough energy to shoot

24     those out -- out of the computer?

25             A.    Correct.

Horn - direct

Page 300

1              Q.    Okay.  And you can't tell me the
2        sequence that the four that went into
3        thermal runaway, like, which one started and
4        which one was the last one?
5              A.    I -- I -- I cannot.
6              Q.    And you can't tell me over what
7        period of time it took from when the first
8        one went into thermal runaway that the last
9        of the four went into thermal runaway?  You
10       can't tell me that period of time?
11             A.    I -- I -- I can't, but what --
12       what I would say is that it was probably --
13       when a -- a multicell battery pack is -- is
14       forced into thermal runaway through external
15       heat, typically, from the time that the
16       first cell goes to the last cell goes, is
17       within less than a minute, because the cells
18       are almost already at relatively high
19       temperature.
20                   So the progression goes much
21       faster than it would if the cells at room --
22       if the pack's at room temperature and you
23       have a cell that initiates the event in a
24       vent through internal heating without an
25       external heat source.

Horn - direct

Page 301

1              That takes longer to cascade
2       through the pack.  When you have an external
3       heat source that brings the whole pack up to
4       temperature, where the first cell starts to
5       go into thermal runaway, things go much
6       faster.
7              Hey, if -- if -- we can keep
8       going, but I was just going -- get a break
9       if, you know, but -- but, Counselor, if you
10      -- if you want to go -- end -- end a certain
11      line of questioning, I'm happy to stay for
12      that.
13         Q.   Yeah.  Let me just finish this
14      line and then we'll take a break, and then
15      we'll get a read on the -- the time.
16              If I understand what you said, I
17      just want to make sure I'm clear, the reason
18      you know that the time sequence from when
19      the first cell to the last cell went into
20      thermal runaway was a short time sequence,
21      because of your opinion that this occurred
22      as a result of external heat, and when
23      there's an external heat source that causes
24      it, that's the time sequence that you always
25      see?

Horn - direct

Page 302

1           A.    Correct.
2           Q.    So is there anything other than
3     your opinion that these went into external
4     heat source, generated thermal runaway that
5     allows you to say that it was a short time
6     sequence other than your assumption and your
7     opinion that it always happens if that's the
8     cause of the thermal runaway?
9                 You understand my question?
10          A.    No, I'm sorry.  I --
11          Q.    Okay.
12                MS. WANEMAKER:  Can you rephrase
13          it?
14          Q.    Let me go back a step and just
15     say it again.
16                I believe what you told me is
17     that, you know that it was a short time
18     sequence from when the first expulsion of
19     contents happen to when the -- the thermal
20     runaway reaction was over, because, you
21     know, every time, based upon your opinion,
22     when there's an external heat source that
23     causes it, it's a short timeframe?
24          A.    Correct.
25          Q.    Okay.  Other than your knowledge

Horn - direct

Page 303

1              of the typical timeframe when there's an

2              external heat source, is there any other

3              evidence, information that you can provide

4              that would give us a timeframe of how long

5              it -- it lasted from when the first thermal

6              runaway reaction evidence appeared visually

7              to when it would have been -- run its

8              course, anything other than your assumption

9              of how it happened that you base your

10             opinion on that it would of happened in

11             seconds?

12                  A.    No, no.  I -- I can't think of

13             -- as I sit here today, I can't think of any

14             evidence that would -- that would

15             independently be able to provide a timeline

16             for exactly when each cell went into -- into

17             thermal runaway.

18                  Q.    Okay.  Thank you.  We can take a

19             break now, and let's go off the record

20             first.

21                  THE VIDEOGRAPHER:  The time is

22                  4:14 p.m., and we're going off the

23                  record.

24                  (An off-the-record discussion

25                  was held at this time.)

Horn - direct

Page 304

```
 1                THE VIDEOGRAPHER:  The time is
 2          4:25 p.m., we're back on the record.
 3          Q.    Going back to your report,
 4     Exhibit 1, Page 35, Dr. Horn.
 5          A.    Yes.
 6          Q.    The last paragraph on that page,
 7     in about the middle of that paragraph, you
 8     say, based upon my review of the scene and
 9     lab inspection data, I'm going to stop
10     there, and that would be your review of the
11     photographs of the scene and the reports --
12     the notes that you read from Mr. Gorbett and
13     Mr. Galler, correct?
14          A.    That's -- that's correct.
15          Q.    Okay.  Then you say, it does not
16     appear that any cell or notebook remnants
17     were found in the closet.
18                So there was nothing that you
19     found in Mr. Gorbett's notes that discussed
20     finding the cell remnants in the closet, is
21     that what -- what this would indicate?
22          A.    Well, in -- in -- in addition --
23     yeah, that -- that is correct.  In -- in
24     addition to the reports issued by
25     Karasinski, as well as -- as Professor
```

Horn - direct

Page 305

1      Martin, correct.

2            Q.    Well, the reports that were

3      issued by Mr. Karasinski and Dr. Martin

4      predate that date you wrote this report,

5      correct?

6            A.    That -- that is correct.

7            Q.    So when you said, based upon my

8      review of the scene and lab inspection data,

9      you meant to include their reports as well?

10           A.    I -- yes.  I mean, basically,

11     everything that I had reviewed, I listed in

12     my materials of reviewed, correct.

13           Q.    Okay.  So then you say, as such,

14     in other words, based upon the assumption

15     that there were no battery remnants found in

16     the closet, it appears that most, if not

17     all, of the cell ejected was found --

18     ejecta, excuse me, was found in locations in

19     the area of origin that experienced more

20     limited thermal damage, let me just stop you

21     there.

22                 Are you referring then to areas

23     of the office away from the closet?

24           A.    Correct.

25           Q.    Okay.  So assuming that nothing

Horn - direct

Page 306

1    -- no ejecta got to the closet and the areas

2    that ejecta was found that you found in

3    reviewing Mr. Gorbett's notes and

4    Mr. Galler's notes -- I guess it would be

5    Mr. Gorbett's notes, because he was the one

6    that was present, you're assuming that there

7    was no obvious ignition pathway between the

8    notebook cell cans -- or cell ejecta and the

9    closet where a concentration of fuel burning

10   was observed?

11            MS. WANEMAKER:  Object to the

12       form.

13            You can answer.

14   A.    Yeah.  I -- I -- I think it's --

15   again, you know, at the time, you know,

16   writing this report, there -- there was -- I

17   don't -- I'm not aware of anyone who had

18   said that there was any evidence of cell

19   ejecta in the closet.  So --

20   Q.    So -- and -- and I guess your --

21   your assumption here is that -- let me

22   remove that.

23            You said that you're not a fire

24   expert, right?

25   A.    Correct.

Horn - direct

Page 307

1          Q.    So when you say, where a

2     concentration of fuel burning was observed,

3     were you relying on one of the other experts

4     who characterized what they saw in the

5     closet or were you relying on your opinion

6     of what you saw in the closet from the

7     photographs that you looked at and

8     Mr. Gorbett's notes?

9          A.    Relying upon what -- what other

10    experts, both Plaintiff's and -- as well as

11    experts for HP have stated in that, I

12    believe, it's everybody's opinion that the

13    area of origin was in the closet.  So that's

14    -- that's essentially the basis of -- of

15    what I'm trying to get at in -- in that

16    paragraph.

17         Q.    Did you -- did you find any --

18    any opinions of anyone that said the fire

19    started someplace other than the closet?

20         A.    Not that I recall.

21         Q.    Okay.  Was there anything in

22    Mr. Gorbett's notes that suggested the fire

23    came from someplace other than the -- the

24    closet?

25         A.    Not that I recall.

Horn - direct

Page 308

1          Q.    And -- and based upon your

2     assumption -- based upon the evidence you

3     had at the time you wrote the report, that

4     there was no cell ejecta in the closet.

5               You say at the end of that

6     paragraph, this provides further support

7     that the subject notebook was exposed to

8     external heat attack as a victim of the

9     fire.  Okay.

10              So can you just tell me how you

11    came to that conclusion based upon your

12    understanding that there was no cell ejecta

13    in the closet?

14         A.    I -- my understanding is that

15    the fire cause and origin experts on this

16    case on -- on both are -- are in agreement

17    that the area of origin is in the closet,

18    right?  So if the area of origin is in the

19    closet and there's no evidence of cell

20    ejecta or any part of the -- the battery

21    from the instant computer at issue in the

22    closet, then that is further support that

23    the -- the battery in the laptop at the time

24    of the incident was a victim of the fire,

25    because it was not in the closet at the

Horn - direct

Page 309

 1          time.
 2                    So the area of origin -- and if
 3          everybody agrees, is the closet, there's no
 4          evidence of battery material that could have
 5          ignited in the closet there, then the
 6          battery in the instant computer must,
 7          therefore, have been a victim of the fire.
 8               Q.    Is the converse of that true if
 9          there was battery material found in the
10          closet that that would refute that
11          assumption?
12               A.    If there was -- I mean, you
13          know, if there is battery material that is
14          -- would be a competent ignition source,
15          then that's something that I would have to
16          review.
17               Q.    Okay.  Going onto -- to the next
18          page, where you begin to critique
19          Dr. Martin.
20                    You have in the -- in the first
21          full paragraph under Section 5.1, I think
22          this is just a recitation of what you
23          already said, but it says, as discussed in
24          Section 4, analysis of the remains of the
25          battery cells observed at the scene, the

Horn - direct

Page 310

1          notebook, and the association -- associated

2          -- remnant locations in the alleged room of

3          origin of the fire are more indicative of

4          the subject notebook failing as a result of

5          an external heat attack from a fire already

6          in progress.

7                    Did I read that correctly?

8          A.    Yes.

9          Q.    And I think we've been through

10         this, so is your opinion that all those

11         things support your theory of external heat

12         attack, it's based on multiple things you

13         list here, and one of them is the location

14         of the cells -- of the -- of the -- the cans

15         and the remnants in the room, right?

16         A.    Yes.

17         Q.    And is that -- is that based

18         upon your prior testimony that -- your

19         opinion that it's highly unlikely that if it

20         wasn't an external heat source that caused

21         it, there would be no ejection of the

22         battery contents?

23         A.    Correct.

24         Q.    Okay.  I just want to make sure

25         I understood that, and then with regard --

Horn - direct

Page 311

```
1          when you say "the notebook," are you talking
2          about your testimony regarding your
3          interpretation of the deformities of the
4          laptop itself?
5                    MS. WANEMAKER:  Objection to the
6              form.
7               A.    I, you know, not -- not in that
8          particular sense.  I -- I think that I'm
9          using the -- the term in that particular
10         sense, "subject notebook" more -- more or
11         less referring to the subject battery in the
12         notebook.
13              Q.    Okay.  Just so I'm clear, the
14         sentence we're on is the one you say, as
15         discussed in Section 4, analysis of the
16         remains of the battery cells observed at the
17         scene, then you say "the notebook," and I
18         just wanted to just drill down on what you
19         meant by "the notebook" there.
20              A.    Yes.  So the subject notebook
21         battery pack would have been more complete.
22              Q.    So the -- the battery pack
23         meaning, what the -- the cells and the
24         remnants of that?
25              A.    Correct.
```

Horn - direct

Page 312

1           Q.    And I -- I neglected to ask you
2      this:  Did you do any analysis of the
3      capability of the battery management system
4      of the battery pack that was in the computer
5      at the time of the event?
6           A.    I have -- I have not done any
7      analysis other than to review Galler's notes
8      and -- and -- and his report on, you know,
9      the -- on the battery pack itself.
10          Q.    Okay.  So any conclusions or --
11     or any assumptions you made regarding the
12     capability of that battery pack to provide
13     protection against thermal runaway would be
14     based upon Mr. Galler's assessment?
15          A.    It -- I would say that in -- in
16     -- yes, except for the fact that -- I mean,
17     I did review the photos and I agree that
18     there is no -- that there was not evidence
19     of independent block voltage monitoring, as
20     well as thermal monitoring of -- of the
21     battery pack.  That, you know, I -- I
22     reviewed what he -- he did, and I was -- I
23     agreed with that, so --
24          Q.    So the -- the battery pack
25     specifications from HP required a thermistor

Horn - direct

Page 313

 1          that would monitor temperature of the

 2          battery pack, and you confronted there was

 3          no thermistor on this -- this board?

 4               A.    Based on my analysis of the

 5          photos that it did not appear that there was

 6          a thermistor in the battery pack, correct.

 7               Q.    Okay.  And other than that then

 8          in -- in your observation that you made of

 9          the photographs versus -- you didn't do any

10          research into the particular gas gauge that

11          was on that board and whether or not the --

12          the components of that gas gauge that would

13          be -- that would control things like cell

14          balance, and overcharging, and undercharge,

15          and over-temperature, you didn't do any

16          analysis as to whether any of that was

17          functional on that board?

18               A.    Well, with -- with -- I would

19          say that, you know, with the exception of

20          the fact that I did not see any evidence of

21          individual block voltage monitoring, which

22          would be required if you were going to be

23          doing things like block balancing, or, you

24          know, individual block overcharge,

25          overdischarge protection.

Horn - direct

Page 314

1          Q.    Just help me understand what
2      "individual block" means.
3          A.    So recall that the -- we
4      referred to this battery -- this six-cell
5      battery pack as a 3S2P, right?  So we've
6      got, you know, three blocks of cells in
7      series.  Each block has two cells, right?
8              So the -- the -- each parallel
9      block is -- is -- isn't parallel, so it's
10     going to be at the same voltage and in order
11     to have pack balancing or cell balancing,
12     you have to monitor the voltage of each
13     individual block, and there didn't appear to
14     be evidence that that was -- that was, you
15     know, that was being utilized on this pack.
16         Q.    So the cell balancing feature is
17     actually a two-cell balancing feature, where
18     it would -- you would have a -- a -- a
19     monitor of the voltage in each of the -- the
20     blocks, which are two cells?
21         A.    Of each of the blocks.  Not each
22     individual cell within a block, but with --
23     on each of the blocks.
24         Q.    And what you could tell just
25     from looking at the photos is that there

Horn - direct

1      were no such voltage monitors that were

2      apparent that would have been able to do

3      that for this particular battery pack?

4           A.    That's correct, I did not see

5      that.

6           Q.    And then in the next paragraph,

7      you say, Dr. Martin alleges a specific

8      failure mode of a battery pack without

9      identifying the initiating cells.  That's

10     the first thing you say, right?

11          A.    Yes.

12          Q.    Were you able to identify the

13     initiating cell that started the thermal

14     runaway reaction?

15          A.    Well, other than it would have

16     -- I mean, the -- the first cell to go into

17     thermal runaway, no.

18          Q.    Right.  I don't know what --

19     what initiating cell means to you, but

20     that's what it would mean to me.

21          A.    So -- so -- when -- so, you

22     know, Professor Martin, you know, says that,

23     you know, a -- a -- a -- one of the cells in

24     the pack initiated the -- the entire event.

25               So generally, one would want to

Horn - direct

1          identify if -- if that is his assumption,

2          that's his theory, is that, you know,

3          there's no fire and everything is fine in

4          the room, and then for some reason, you

5          know, a cell goes bad inside the computer

6          and initiates the event.

7                    Normally, one would have to

8          identify the initiating cell and talk about

9          how then the event progresses from there and

10         show evidence that that initiating -- that

11         that initiating -- that that cell initiated

12         from some -- for some reason, whether it's

13         an internal cell defect, a manufacturing

14         problem, you know, whether it's because of,

15         you know, lack of pack balancing, or block

16         balancing, or, you know, whatever it is that

17         you have -- you identified what the

18         initiating cell is.

19                    My point here is that Professor

20         Martin did not identify an initiating cell.

21              Q.   Okay.  So you -- you say that

22         that should have been done by having any

23         mass measurements, and I assume that would

24         mean a determination of the -- the loss of

25         mass of a cell?

Horn - direct

Page 317

1           A.    Loss of mass of a -- of a cell,
2      or the collection of materials that were
3      ejected from the cell, or it, you know,
4      there, you know, anything that would -- I
5      mean, there was -- there was no analysis
6      from Professor Martin and he is the one that
7      is asserting and he has the burden of proof
8      to -- to, you know, to show that, you know,
9      his -- his hypothesis that a -- a cell
10     initiated the -- the event from the pack,
11     but he didn't do any analysis to -- to
12     confirm, you know, or -- or to show how the
13     evidence supported that --
14          Q.    Okay.  I just want to -- I want
15     to try to take this in pieces, and I know
16     there's more -- there's more to it, but I
17     want to ask you, again, the mass measurement
18     question.
19               Tell me -- tell me what analysis
20     could have been done on these empty cells
21     and the ruptured cells, and the -- the
22     pieces of battery that were -- the internal
23     battery components that were found, what
24     could have been done that would have been
25     able to determine one way or the other the

Horn - direct

1         initiating cell?
2              A.    Well, I, you know, one of the
3         things that one would do is to try to assert
4         -- try to determine what the state of charge
5         of the cell is, and, you know, so
6         identifying any remnant of -- of un-reacted
7         active materials from the cells, you know,
8         doing x-ray diffraction on -- on --
9              Q.    So wait, wait, wait --
10             A.    -- material --
11             Q.    Okay.  Let me stop you there,
12        I'm sorry.  The x-rays are not going to tell
13        you state of charge; are they or are they?
14             A.    X-ray diffraction can give you
15        some indication of what the state of charge
16        is, and then also mass analysis of the cells
17        that did not go into thermal runaway, may
18        give you an indication of what the state of
19        charge of those, and, you know, you can also
20        do analysis of the remains of the active
21        materials, and there -- there are other
22        things that one can do to try to, you know,
23        you know, provide you with experimental
24        evidence of, you know, if you are thinking,
25        you know, asserting, you know, this is due

Horn - direct

Page 319

1      to overcharge, or overdischarge, or whatever

2      the -- the assertion is that would cause a

3      cell to have a thermal event, you know, one

4      could take, you know, give exemplar cells in

5      attempt to overcharge them and try to

6      replicate, you know, these -- these types of

7      things.  One could get an exemplar --

8           Q.    Let me just stop you.  If you

9      got cells to try to replicate thermal

10     runaway by overcharging them, how would that

11     help you identify which cell was the

12     initiating cell in this scenario?  How

13     would -- how would that happen?

14          A.    Yeah.  So you would -- you would

15     attempt to replicate the, you know, the --

16     the -- the conditions that -- that are --

17     that he has asserted, which is, you know,

18     something wrong with the battery pack

19     management system, you know, that is not

20     controlling overcharge or overdischarge, and

21     show that if that is indeed, you know, the

22     case, then -- then you would have cells

23     rupture, or expel contents, or -- or things

24     like that with -- with -- with this battery

25     pack, and, you know, I mean, again, you

Horn - direct

Page 320

 1      know, you know, Professor Martin is -- is

 2      the one that is asserting these things,

 3      and --

 4           Q.    Yeah.  I'm just trying to drill

 5      down to understand how if you got another

 6      battery pack -- first of all, this was a --

 7      a counterfeit battery pack that no one knows

 8      where it came from, so that's the first

 9      question.

10                How would you get an exemplar

11      counterfeit battery pack that looks

12      identical to this and know what state of

13      charge to -- to put that exemplar battery

14      pack into to do the experiment that you say

15      would help you determine which was the

16      initiating cell?  How would you do all that?

17           A.    Well, first, it's not a

18      counterfeit pack.  I -- we got to get the

19      nomenclature correct.

20           Q.    Well, I thought it -- my

21      understanding -- maybe you have a different

22      understanding, it said "HP" on the outside

23      and it wasn't an HP authorized battery pack.

24      I would -- I would call that a counterfeit,

25      but if you say that there's some other term

Horn - direct

1       for it, go ahead.

2               A.    I don't recall it saying that it

3       wasn't -- that the -- I mean, counterfeit is

4       -- is one -- is -- is -- is a pack that is

5       selling itself as a genuine HP product as

6       opposed to an aftermarket or non-OME pack.

7               Q.    And -- and you didn't find

8       markings on this -- the remnants of the

9       battery pack that indicated it was an HP

10      battery pack, is that what you're saying,

11      you didn't see that?

12              A.    I -- I seem to recall there may

13      be an HP model number, but nothing that

14      would imply that it was a genuine HP battery

15      pack.

16              Q.    Okay.  So for a consumer who

17      sees an HP model number on it, is that

18      something that you would expect them to

19      immediately say, that can't be an HP battery

20      pack?

21                    MS. WANEMAKER:  Object to the

22              form.

23                    You can answer.

24              A.    I mean, you know, I -- it

25      doesn't have the same markings as the pack

Horn - direct

Page 322

```
 1        that came out of the -- that they're
 2        replacing, so --
 3             Q.    Right.  But -- but I'm saying
 4        that, are you -- is it your expectation that
 5        a consumer would be able to discern one
 6        battery pack that says "HP" from another
 7        battery pack that says "HP" that maybe was
 8        manufactured at a different point in time
 9        and say, these labels are not identical,
10        therefore, this must be a counterfeit?
11                  MS. WANEMAKER:  Objection to the
12             form.
13                  You can answer.
14             A.    Yeah.  I would -- I would think
15        that that's -- yes, I would say --
16             Q.    You think most people should
17        be --
18             A.    But I'm not -- I'm not an expert
19        in -- in -- in that.  That's a good question
20        for Joe Sala, Dr. Sala, who is our human
21        factors individual who is a part of this
22        case.  So --
23             Q.    Okay.
24             A.    It's a bit outside my --
25             Q.    So let's -- let's get back to
```

Horn - direct

Page 323

1        the -- you're saying that -- that a mass

2        measurement was not done, and I'm still

3        trying to understand that.  So two cells had

4        -- had completely lost their contents and

5        two cells were ruptured and had lost their

6        contents.

7                    So what would the mass

8        measurement compare?  In other words, what

9        would you do to say, this -- this empty cell

10       is more likely to be the initiating cell

11       than this empty cell, because I found X?

12       What is it that you -- you think you could

13       find that would tell you which was the

14       initiating battery cell?

15            A.    Again, it isn't just one test,

16       but --

17            Q.    No, I know it's not.  I know

18       it's not, but you said mass measurement.  So

19       I want to take it one at a time, and then

20       you can tell me how each of them is relevant

21       to -- to proving that point, and this is the

22       one we're talking about.

23                    So it's mass measurement, how

24       would -- how would you do a mass measurement

25       analysis to determine which was the

Horn - direct

Page 324

1      initiating cell?  That's the question.  I
2      know there's other tests, but this is the
3      test you specified here.
4                So I just want you to explain
5      why this test would tell you that or give
6      you some -- some information for that.
7           A.    So mass measurement on the cells
8      that did not have a thermal event would give
9      you an indication whether or not those cells
10     actually vented or not, and that would give
11     you an indication of how hot those cells
12     got.
13               Did they get to the point where
14     they would vent or did they not get to that
15     point.  So that's -- that's -- and -- and
16     also a measure -- that would also give you a
17     measurement on whether, you know, whether
18     they vented and whether the CID activated or
19     not.
20               So that's just -- again, it's
21     just a data point in that analysis, but it's
22     -- if you're -- if you're going to blame the
23     battery pack, then you need to go through
24     and you need to -- dot your I's and cross
25     your T's and go through the entire analysis

Horn - direct

Page 325

1          of every -- of what -- of the evidence that
2          you have.
3                  Q.    Okay.  So what you just said
4          then is that the mass measurement you would
5          do is not of the cells that ruptured or that
6          ejected all their contents, but the cells
7          that were intact?
8                  A.    Correct.
9                  Q.    And if you studied the cells
10         that were intact, you could also tell the
11         likelihood that it was an external thermal
12         attack, right?  That would be something that
13         would give you evidence of an external
14         thermal attack by studying those cells?
15                 A.    It may, yes.
16                 Q.    And Mr. Galler was at the
17         laboratory examination.  Did he request that
18         those cells be studied that way so he could
19         make a determination as to whether this was
20         an internal failure of the other cells or
21         there was some support for your theory that
22         it was an external heat attack?
23                      MS. WANEMAKER:  Object to the
24             form.
25                      You can answer.

Horn - direct

Page 326

1          A.     Yeah.  Counselor, you -- you --
2     you are under -- you do realize that -- that
3     Mr. Galler was at the inspection over a year
4     before I was involved with -- with this
5     case, right?  So I don't -- I don't know if
6     he -- that's a question for him, right,
7     whether he requested that or not.
8          Q.     But the -- had an analysis like
9     that been done, would that have provided you
10     with more information about whether your
11     theory is correct?
12          A.     From my perspective, no.  It
13     would not have provided me with -- with --
14     with -- with additional information.  If I
15     was Professor Martin and I was the one
16     accusing this battery pack of -- of
17     initiating this event, then I would want to
18     use every tool of my disposal in order to
19     analyze everything that -- that I had, that
20     -- that was available to me, but from my
21     perspective, the evidence is very, very
22     conclusive that it was external heat attack.
23          Q.     So the -- the two intact battery
24     cells would -- would have definitive
25     evidence of how much heat they were exposed

Horn - direct

1          to if you looked at them, correct?

2               A.    I wouldn't necessarily say that

3          they would have definitive evidence, but

4          there -- there may be -- there -- there may

5          be some information gleaned from -- from --

6          from that.

7               Q.    And -- and the information that

8          could be gleaned would be if it was an

9          external fire attack, how much heat were

10         these cells exposed to from that source?

11              A.    Possibly.  Again -- again, we

12         don't want to take any -- any specific

13         information or -- or test in a vacuum.  It's

14         just wanting to collect as -- if -- if -- if

15         you're -- if you are accusing a battery pack

16         of initiating a thermal event, you want to

17         take the time to do as much as you can on

18         the evidence that -- that you have.

19         Especially when the evidence that has been

20         collected is contrary to the battery pack

21         initiating the event.

22              Q.    So let me just ask you this

23         question:  Is it your opinion that studying

24         the two intact battery cells would have

25         proved more information to -- to determine

Horn - direct

Page 328

1       what caused the other cells to go into

2       thermal runaway, then it would have to

3       determine whether these cells were actually

4       exposed to enough external heat to cause

5       damage to the cells?

6              A.    No.  I -- I -- I -- I don't

7       think so, but if I was the person that was

8       blaming the cells, then I would certainly be

9       wanting to do as much as I could.

10             Q.    Okay.  And as much as you could

11      would be included -- would be looking at the

12      actual cell components themselves, right,

13      not just pictures?

14             A.    No.  From -- I, you know, again,

15      if -- if -- if you're -- if you're

16      attempting to blame the battery pack,

17      then -- and you have the burden of proof on

18      -- on that, then you need -- then -- then

19      you need to have evidence that the battery

20      pack actually did initiate the event.

21                  So therefore, looking at the

22      evidence to try to prove a hypothesis is

23      something that one would want to -- want to

24      do.  Especially when all of the evidence is

25      contrary to your opinion.

Horn - direct

1          Q.    So in your opinion then, the

2     role of the expert -- an expert that says it

3     was the battery pack that caused the fire or

4     caused the thermal runaway, has to do more

5     than the -- than the expert who says it was

6     from an external fire attack, because the

7     plaintiff has the burden of proof, is that

8     where you're going with this?

9                MS. WANEMAKER:   Object to the

10         form.

11         A.    All I'm saying is that -- that

12    if -- if you're going to try -- if you have

13    a hypothesis that -- and it's contrary to

14    all of the existing evidence, than you have

15    to go above and beyond to prove that

16    hypothesis.

17         Q.    Now, the -- the hypothesis --

18    the final hypothesis of the initial fire

19    investigation from Allegany was that in

20    fact, it was the laptop that started the

21    fire, correct?

22         A.    You're referring to the -- the

23    fire department?

24         Q.    Yes.

25         A.    Yeah.   That -- that -- that's my

Horn - direct

Page 330

1      understanding.

2            Q.    Okay.  So -- so Dr. Martin

3      didn't come up with that hypothesis, the --

4      the initial fire investigators came up with

5      that hypothesis, correct?

6            A.    The initial fire investigator

7      that is not a battery expert came up with

8      that hypothesis, correct.

9            Q.    And you don't know what

10     hypothesis Mr. Gorbett came up with, do you?

11           A.    No.  Off the top of my head, I

12     don't.

13           Q.    Okay.  Do you think you received

14     that and you just forgot about it?

15           A.    No.  I don't think that I ever

16     -- I ever did.

17           Q.    You said that there was nothing

18     in Mr. Karasinski's report, his initial

19     report, that indicated that a fragment from

20     the battery that was ejected from the

21     battery ignited the combustibles in the

22     closet; do you recall that?

23           A.    Yes.

24           Q.    All right.  Take a look at your

25     report, Page 38 and Section 6.1.

Horn - direct

Page 331

1          A.    Okay.

2          Q.    You pulled from Mr. Karasinski's

3     first report, correct, that's what you have

4     here?

5          A.    Correct.

6          Q.    I think you forgot to put the

7     end of the quotes, but I assume it's

8     everything after "based"?

9          A.    I'm -- I'm -- I'm sorry, what --

10    what --

11         Q.    In the heading, you have an --

12    an open quote before the word "based," but

13    you don't have a -- close the quotation.

14    I'm just saying, I'm assuming that the --

15    the entire part that's in bold there is a

16    quote.

17         A.    Yes.  My -- thank you.  I'm

18    going to -- I'll -- I'll -- I'll chastise my

19    -- the person who did the editorial on -- on

20    that.  So yes --

21         Q.    I'm not -- I'm not --

22         A.    It should have been -- it should

23    have been a close quote.  I --

24         Q.    Okay.  Just -- just want to --

25    to make sure that we're quoting it.  So you

Horn - direct

Page 332

1        say quote -- and this is from

2        Mr. Karasinski's initial report, based on

3        the totality of the investigation, the cause

4        of the fire was a failure of the HP Pavilion

5        Notebook to include the battery pack.

6                    This failure resulted in the

7        ejection of hot battery material that

8        ignited combustibles located within the room

9        of origin to include the closet.  So he

10       actually did provide that opinion in his

11       first -- in his first report.  He just

12       didn't provide a picture of the ejected

13       piece that was in the closet, right?

14            A.    He provided an opinion with no

15       evidence to support it, correct.

16            Q.    So -- but -- but he -- he said

17       that it was an ejected piece of battery

18       material in the closet that caused the fire

19       in the first report, that's what he said.

20            A.    That's what he said, but at the

21       -- when he wrote that report and there was,

22       you know, the evidence was collected and

23       analyzed at the October 2020 inspection,

24       there was no piece of evidence that was --

25       that had -- that was analyzed and identified

Horn - direct

                                        Page 333

1        as being pulled from the closet.

2             Q.    So let me just break that one

3        down.  Would there be some analysis that you

4        would do that -- other than asking the

5        witnesses that were there to determine where

6        the fragment came from?

7             A.    Well, one would start with doing

8        a competent analysis similar to what was

9        done on the fragments that were recovered

10       from the office area, right?

11             One would expect that, you know,

12       one would take photos with -- with scale

13       bars, you know, and -- and do at least some

14       kind of photo documentation of the actual

15       evidence, not just some blurry photo of the

16       of -- of -- of a, you know, a piece of

17       material in the debris that was, you know,

18       shoveled out of the closet.

19             I would think that that would be

20       a great place to start.  Just do -- do what

21       you did on the other evidence.  That wasn't

22       done --

23             Q.    Okay.  Well, you don't know what

24       was done, because you weren't there, right?

25             A.    Counselor, there is -- there is

Horn - direct

Page 334

1        -- there is no documentation from that

2        inspection that I certainly have seen that

3        would indicate that that piece of debris

4        that Mr. Karasinski identifies in his

5        rebuttal report was analyzed at the 2000 --

6        October 2020 inspection.

7            Q.    Okay.  So that -- that's a

8        different question, and that's what I was

9        going to ask you.  So is there some analysis

10       that you could do in a laboratory in October

11       that would have told you something about

12       where that fragment was found?

13           A.    Where the fragment was --

14           Q.    Well, you said that the location

15       of the fragment in the closet is the key

16       factor, and you said that it should have

17       been done in October at the -- at the lab

18       investigation.

19               So I'm trying to say, how did

20       you -- what was your methodology at the

21       laboratory that would have provided

22       additional evidence about where that

23       fragment came from?

24               MS. WANEMAKER:  Objection to the

25          form.

Horn - direct

1          A.    Well, first and foremost, one

2     has to identify and make sure that it

3     actually is a fragment from a battery cell.

4              To my knowledge, that has not

5     been done, and then secondly, one would have

6     to analyze that fragment to determine that

7     it actually came from one of the cells that,

8     you know, one of the instant battery cells

9     and not some other component that may have

10    already been in the closet itself.

11         Q.    What -- what other components

12    were in the closet to your knowledge that

13    could have produced that fragment?

14         A.    My understanding is that there

15    were other electronic components in the

16    closet that may or may not have -- have had

17    batteries in there.  I mean, that's --

18         Q.    Okay --

19         A.    So --

20         Q.    Which ones?

21         A.    I -- I -- I don't know.  There

22    were other things in the closet.

23         Q.    I know.  But which ones were --

24    were devices that would of had a copper

25    winding from an internal battery -- lithium

Horn - direct

1    ion battery cell?

2         A.    Nobody has identified that as

3    being a copper winding from a lithium ion

4    battery cell, number one.  That's --

5    that's --

6         Q.    That's in your opinion, I guess.

7    Okay.  Let's move on.

8         A.    It's not just my opinion.  I

9    have not seen anything -- I have not seen

10   anything, you know, correct -- it's not in

11   Karasinski's report.  A blurried [sic]

12   picture of a piece of fragment on -- on --

13   on -- in a bunch of debris on the floor,

14   does not say that that is a piece of copper

15   winding from a lithium ion battery, and it

16   certainly does not say that it is a piece of

17   copper winding from a battery that was from

18   the instant computer.

19        Q.    Okay.  You've -- you've made

20   your point, thank you.  All right.  Then you

21   have -- then the last sentence, you say, it

22   appears that in the absence of a -- of a --

23   of an observed ignition source that would be

24   consistent with the fire damage patterns

25   observed in the room, Mr. Karasinski has

Horn - direct

Page 337

1          attributed the initiation of the fire to the

2          notebook without sufficient evidentiary

3          proof to support that claim; do you see

4          that?

5               A.    Yes.

6               Q.    So if I understand what you're

7          saying, because you don't think a fragment

8          from a battery cell was found in the closet,

9          you think Mr. Karasinski has not supported

10         his theory of the ignition of the -- the

11         clothing and linens in the closet, he has

12         not supported that -- that theory, is that

13         what you're saying here?

14              A.    Yes.

15              Q.    And if he had found a cell

16         fragment that you believe was actually from

17         the -- one of the battery cells, then that

18         would be proof, but he hasn't found that?

19              A.    No.  I'm not saying that it

20         would be proof, because we still have all of

21         the evidence of the damage patterns of the

22         batteries that are inconsistent with an

23         internal fault in a battery as described by

24         Professor Martin.  So there's all the other

25         body of evidence in addition to that.

Horn - direct

Page 338

 1                  Again, this is just pointing out
 2          that you have -- you have an area of origin
 3          in the closet that -- that the fire
 4          investigators continue to point to with no
 5          competent ignition source.
 6                      Now, I will defer to the fire
 7          cause and origin guys on -- on that, but
 8          from my perspective, you know, there --
 9          there has not been -- has not been shown
10          that there is any evidence of battery debris
11          from the instant computer in the closet.
12          That has not been shown.
13              Q.    But if it had been shown, that
14          wouldn't convince you that it was from the
15          laptop anyway, correct?
16                      MS. WANEMAKER:  Form.
17                      You can answer if you can.
18              A.    Well, first and foremost, you --
19          one would have to show that the debris is
20          from a lithium ion cell.
21              Q.    Okay.  So assume that -- that
22          that was shown, that that was debris from a
23          lithium ion cell, then that wouldn't change
24          your opinion either, because you believe
25          that the only way that ejected material can

Horn - direct

Page 339

```
 1        come out of a battery cell is from external
 2        heat source.
 3                     So that would be just an
 4        incidental finding to you even if it weren't
 5        true?
 6                     MS. WANEMAKER:  Form.
 7                     You can answer.
 8            A.     Correct.
 9            Q.     Okay.  And -- and that opinion
10        is -- is basically uninformed by any
11        information you have as to what could have
12        possibly started a fire that provided the
13        external heat source, correct?
14            A.     Yeah.  I -- I -- I -- I think --
15        I want to make sure that -- what you're
16        saying is that I do not personally have a --
17        a -- an alternative -- an alternative
18        ignition source in the closet.  Is that --
19        is that what you're asking?
20            Q.     I'm asking that, either in the
21        closet or anywhere else in the house.
22            A.     Yeah.  Then -- then I -- I
23        believe that I answered in the affirmative
24        in that I do not have an alterative for the
25        -- for the initiation of the -- the event.
```

Horn - direct

Page 340

1          Q.    But for your theory to be true,

2     your opinion to be accurate, there would

3     have to be an external heat source that was

4     capable of heating the -- the computer

5     before the cells went into thermal runaway?

6          A.    Correct.  Another way of saying

7     it is, something started the fire and that

8     has not been, to my knowledge, identified.

9          Q.    So without something starting a

10    fire, your theory couldn't be true?  In

11    other words, the cells didn't go into

12    thermal runaway by themselves, they were

13    forced into thermal runaway in your view by

14    an external fire that caused them to heat

15    up, right?

16          A.    Correct.

17          Q.    So if your theory is true, then

18    there must be some evidence of an external

19    fire starting somewhere else that one of the

20    other experts has found?

21              MS. WANEMAKER:  Objection to the

22          form.

23          A.    I -- I -- again, you're --

24    you're -- you're -- we're -- we're straying

25    into fire cause and origin areas, right?  My

Horn - direct

Page 341

1      understanding of an FP921 is that there are

2      situations where the cause of a fire is

3      undetermined, and simply by eliminating

4      other sources of a fire if you do not have

5      evidence that something caused the fire,

6      that you can -- that the fire is still

7      undetermined.

8                So there are situations where

9      the cause of the fire is undetermined.  So,

10     but again, you know, fire cause and origin

11     question.

12                MR. SCHWARZ:  Can we just take a

13          short break?  I think I'm done.  About

14          five minutes.

15                MS. WANEMAKER:  Sounds good.

16                THE VIDEOGRAPHER:  The time is

17          5:08 p.m., and we're going off the

18          record.

19                (An off-the-record discussion

20          was held at this time.)

21                THE VIDEOGRAPHER:  The time is

22          5:12 p.m., and we're back on the

23          record.

24          Q.    Dr. Horn, I'd -- I'd love to

25     keep talking to you for the rest of the

Horn - direct

Page 342

1          afternoon until my seven hours is up, but I

2          think I'm going to let us all have a break

3          and we'll be done.  Thank you for your

4          patience with me.

5                A.    Thank you, sir.  Thank you for

6          your patience with me, I appreciate it.

7                      MS. WANEMAKER:  Nice to see

8                everyone.

9                      THE VIDEOGRAPHER:  The time is

10               5:12 p.m., and we're going off the

11               record.

12                     (Exhibit 7, Karasinski's Report,

13               was received and marked for

14               identification by the reporter.)

15                     (Exhibit 8, Liu Article, was

16               received and marked for identification

17               by the reporter.)

18                     (Deposition concluded at

19               5:12 p.m.)

20

21

22

23

24

25

Page 343

1                    WITNESS CERTIFICATION

2

3          I have read the foregoing transcript

4     of my testimony and find it to be true and

5     accurate to the best of my knowledge and

6     belief.

7

8

9

10

11          _____

12                    QUINN HORN

13

14

15

16

17     Subscribed and sworn to before me on

18     this _____ day of _____ 2025.

19

20

21          _____

22          NOTARY PUBLIC

23

24

25

Page 344

```
1                        I N D E X
2    WITNESS:          DIRECT  CROSS  REDIRECT RECROSS
3    QUINN HORN
     By Mr. Schwarz           5
4
5
6                    E X H I B I T S
7
     NUMBER              DESCRIPTION                PAGE
8
     Exhibit 1         Report                         7
9
     Exhibit 2         Yuan Article                 107
10
     Exhibit 3         Texas Instruments            114
11                     Application Report
12   Exhibit 4         Tab 7                        133
13   Exhibit 5         Fire Department Report       157
14   Exhibit 6         Mr. Litzinger's Report       192
15   Exhibit 7         Karasinski's Report          342
16   Exhibit 8         Liu Article                  342
17   Exhibit 9         Sorensen Article             229
18   Exhibit 10        Methodologies For            260
                       Battery Failure Analysis
19
20
              INFORMATION AND/OR DOCUMENTS REQUESTED
21                          (none)
22
23            QUESTIONS MARKED FOR RULINGS
                            (none)
24
25
                    (Exhibit(s) attached)
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

Page 345

```
1                    C E R T I F I C A T E

2        STATE OF NEW YORK      )

                              :  SS.:

3        COUNTY OF NEW YORK     )

4

5              I, ALEXIS ZINCKGRAF, a Court

6        Reporter and Notary Public, do hereby

7        certify:

8              That the witness whose examination

9        is hereinbefore set forth was duly sworn and

10       that such examination is a true record of the

11       testimony given by that witness.

12             I further certify that I am not

13       related to any of the parties to this action

14       by blood or by marriage and that I am in no

15       way interested in the outcome of this matter.

16             IN WITNESS WHEREOF, I have hereunto

17       set my hand this 27th day of April 2025.

18

19

20       _____

21             ALEXIS N. ZINCKGRAF

22

23

24

25
```

```
                                              Page 346

 1    Jaclyn Wanemaker, Esq., Smith Sovik Kendrick & Sugent

 2    wanemaker@smithsovik.com

 3                      05/05/2025

 4    RE:    Marcellin, Carol  v. HP, Inc. And Staples, Inc.

 5        4/3/2025, Quinn Horn (#7232381)

 6        The above-referenced transcript is available for

 7    review.

 8        Within the applicable timeframe, the witness should

 9    read the testimony to verify its accuracy. If there are

10    any changes, the witness should note those with the

11    reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13    Deponent and Errata and return to the deposing attorney.

14    Copies should be sent to all counsel, and to Veritext at

15    (p1steno@veritext.com).

16     Return completed errata within 30 days from

17    receipt of testimony.

18      If the witness fails to do so within the time

19    allotted, the transcript may be used as if signed.

20

21

22                    Yours,

23                    Veritext Legal Solutions

24

25
```

1   Marcellin, Carol  v. HP, Inc. And Staples, Inc.

2   Quinn Horn (#7232381)

3                    E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____      _____

24  Quinn Horn                            Date

25

**[& - 1:12]** Page 1

| & |
|---|
| **&**  2:7 346:1 |

**0**

**00704**  1:2
**05**  65:24
**05/05/2025**
  346:3
**07039**  1:25

**1**

**1**  2:3 4:14 7:19
  7:22 62:7
  65:18,24 66:9
  87:19 112:17
  112:17 118:16
  118:20 122:16
  128:5 133:4
  150:4 164:22
  218:10,10,24
  219:7,16 224:1
  231:5 235:16
  235:23 241:11
  288:3 304:4
  344:8
**1,000**  77:7
  195:17,22
  196:19,24
  197:1,3,8,17
  247:13 272:23
**1,070**  76:9,12
**1.1**  136:7
**1.3**  136:6

**1.3.**  136:4
**1.5**  136:7
**10**  99:10
  100:10 260:6,9
  344:18
**10,054**  96:16
**100**  155:14
  225:5 226:1
**107**  344:9
**10:06**  1:14 4:3
**10:47**  44:8
**10:50**  44:13
**11**  96:17
  218:25 220:1
**114**  344:10
**117**  232:10
**11:55**  104:24
**12**  192:6 285:7
**12,00**  96:17
**125**  68:8
**12:10**  105:4
**13**  166:13,16
  277:1
**130**  208:13,23
  210:8,13,20,25
  212:4,21
**133**  344:12
**14**  101:9 229:2
**143**  69:8
**145**  69:2,10
**14618**  2:4
**15**  114:10
  118:18 127:19
  146:2 190:11

  192:13,18
  194:13 228:12
  265:5 285:7
**150**  72:2
  210:19 226:2
  233:2 234:10
  234:23 237:18
  238:21 249:10
**155**  69:3,10
**157**  344:13
**16**  229:6
**1625**  153:8
**17**  281:11
  283:12 285:24
  286:3
**18**  102:15
  107:5 204:20
**180**  67:1,8,12
  73:2 74:16
  211:13 234:25
  242:3 288:3
**185**  202:14
  211:13
**18650**  10:17,20
  15:22 17:13
  34:23 35:16,20
  36:4 44:17
  69:12 74:9,20
  80:24 83:18,20
  83:21 85:17
  86:20 87:11
  88:16 105:18
  106:11 121:10
  121:17,20,24

  122:19 123:12
  123:21 124:2
  124:15,20
  125:3,19
  126:11 127:5
  137:1 138:12
  138:19,21
  139:2,3,7
  143:9 146:13
  201:21 204:4
  204:21 208:4
  215:16,22
  235:13 236:20
  241:8,10
  276:19 287:13
  289:2
**18650s**  25:22
  88:4 106:21,25
  107:3 123:6
  138:25
**1882**  2:3
**19**  217:21,22
**190**  242:3
  289:7
**192**  344:14
**195**  67:1,9,12
  73:3 74:16
**1990s**  21:8
**1998**  8:22
  10:15 15:9
  21:8
**1999**  21:9
**1:12**  161:23
  162:12

**[1:21 - 3s2p]**

| | | | |
|---|---|---|---|
| **1:21** 1:2 | 289:6 | 100:8,15,17 | **250** 2:7 |
| **1:30** 162:1,16 | **2000** 10:23 | 132:22 166:21 | **260** 344:18 |
| **2** | 15:9 17:17 | 168:11,19 | **27** 166:21 |
| **2** 62:9 65:19 | 28:22 93:25 | 170:10 171:20 | 168:11,19 |
| 66:9,11,23 | 129:20 130:2,2 | 172:11 174:5 | 170:10 171:20 |
| 70:21,22 71:1 | 130:4,7,12,25 | 177:16 183:12 | 187:7 |
| 71:15,22 107:5 | 131:12 132:12 | 183:18,25 | **27th** 173:17 |
| 107:8 149:21 | 132:19 334:5 | 186:18 187:7 | 345:17 |
| 150:4 165:16 | **2000s** 17:24 | 332:23 334:6 | **28733** 345:19 |
| 206:19 218:10 | 23:20 | **2021** 96:12,14 | **290** 1:24 |
| 218:24 219:7 | **2001** 10:24 | 96:15 | **2:44** 228:19 |
| 219:16 224:1 | 28:23 | **2024** 101:18 | **2:54** 228:24 |
| 229:5 232:5 | **2002** 9:7 | 165:15,16 | **3** |
| 233:5 235:17 | **2005** 114:12 | **2025** 1:13 4:3 | **3** 1:13 4:3 62:2 |
| 236:2,2 241:12 | 117:14,18,24 | 343:18 345:17 | 66:11,25 72:7 |
| 242:15,18,20 | 128:6,10,23 | **20th** 168:1 | 114:10,13 |
| 288:2,21 | 129:8 130:1 | 188:25 | 127:19 206:19 |
| 289:15,18 | 131:16 140:7 | **21** 96:11 | 208:17 218:10 |
| 344:9 | 142:6,8 | 192:14 277:1 | 218:11 219:17 |
| **2-21-20** 159:2 | **2005ish** 210:21 | 285:8 | 235:17 241:12 |
| **2.5** 146:19 | **2010** 63:16 | **2110** 96:11 | 247:14 277:6 |
| **2.5.** 142:17 | 106:23 130:2 | **2260** 1:24 | 279:19 288:16 |
| **2.6** 142:18,21 | 132:12 | **229** 344:17 | 288:21 344:10 |
| **20** 6:20 146:5 | **2011** 152:23 | **23** 280:25 | **30** 346:16 |
| 180:2 | 153:7 | **230** 68:8 | **300** 16:4 |
| **200** 202:14 | **2015** 63:17 | **24** 36:13 | **34** 287:8 |
| 208:16 222:25 | **2017** 101:12,17 | 100:15 | **342** 344:15,16 |
| 223:7,12 | 101:19 129:21 | **25** 36:13 80:20 | **35** 261:20 |
| 225:16 227:24 | **2018** 93:24 | 86:17 102:25 | 272:24 304:4 |
| 239:13 242:1,7 | 129:21 | 117:15 145:14 | **38** 330:25 |
| 245:14,16 | **2019** 94:1 | 145:15 204:20 | **3d** 168:6 |
| 250:11,17 | 107:16 | 257:23 | **3s2p** 219:14 |
| 269:8 287:24 | **2020** 63:16 | **25,000** 107:18 | 314:5 |
| | 95:25 99:2 | 108:2 | |

**4**

**4**  133:9,13
190:13 218:10
218:11 219:17
265:5 279:19
309:24 311:15
344:12
**4/3/2025**  346:5
**400**  107:19
**408**  158:18
**410**  158:11
159:13
**45**  148:2,18
150:24
**4:14**  303:22
**4:25**  304:2

**5**

**5**  112:18 113:3
118:14 157:23
157:24,25
218:12 219:18
280:11,14
281:3,5 282:18
282:23 290:25
293:13 344:3
344:13
**5.1**  309:21
**50**  107:2 148:3
150:24 226:1
**500**  201:19
**55**  150:24
**5:08**  341:17

**5:12**  341:22
342:10,19

**6**

**6**  192:7,9
218:12 219:18
280:11,14
281:3,5,8
282:18,23
290:25 293:13
344:14
**6.1.**  330:25
**60**  232:1
**600**  2:7 77:7
195:16
**65**  147:24
148:2 231:25
**660**  75:5,11
76:7 197:16
201:1

**7**

**7**  133:9,13
218:11 342:12
344:8,12,15
**70**  64:18
225:23 227:15
**718**  1:25
**7232381**  1:23
346:5 347:2

**8**

**8**  87:19 97:16
342:15 344:16

**80**  16:1,5
223:16 224:2
224:15,15
238:17
**800ish**  197:18
**80s**  27:21 28:2
29:18
**85**  64:19
**860**  123:21

**9**

**9**  229:3,9
344:17
**90**  223:16
224:3,15,15
225:5,22,23
238:9,17
**900**  227:15
**90s**  9:12 17:24
22:14 23:25
28:3
**921**  101:15
**95**  64:19 65:1
**96**  22:22 23:4
**97**  22:23 23:4
**98**  9:7
**983-1234**  1:25
**99.9**  106:4

**a**

**a.m.**  1:14 4:3
44:8,13
**ability**  42:18
**able**  50:17
80:19,20

116:24 163:5
179:18 187:24
200:11 204:18
206:21 230:14
247:17 253:18
254:19 255:22
261:23 262:23
263:25 287:6
303:15 315:2
315:12 317:25
322:5
**above**  54:2
62:11 65:1
73:12,12 74:16
74:22 75:22
147:2,24
151:12 152:1
197:16 201:1
215:11 221:11
223:15 224:2
231:18,19
234:23 238:17
241:13 250:17
250:25 251:8
265:17,18
266:15 267:22
269:7 272:23
277:4,14 288:3
289:25 290:1
329:15 346:6
**absence**  76:21
86:13 143:25
144:25 234:16
243:8 275:21

275:24 336:22
**absolute**
211:24
**absolutely** 9:8
12:2 40:24
155:22 203:3
231:15 235:23
236:23 271:6
**absorb** 38:7,8
39:20 40:2
47:7,18
**absorbed** 39:24
40:6 43:16
**absorbing** 44:1
47:5,16
**absorbs** 43:19
47:2
**absorption**
48:14,19 49:13
**abstract** 128:7
**abuse** 14:2
138:10 215:3
**abused** 13:18
**academic** 59:12
**academics**
72:14 258:7
**accelerate**
289:8
**accelerated**
234:4
**accelerating**
65:3,10 109:12
**accept** 182:17

**accepted** 208:4
**accuracy** 346:9
**accurate**
100:14 340:2
343:5
**accurately**
291:24
**accusing**
326:16 327:15
**acir** 149:2
**acknowledg...**
346:12
**acoustic** 270:20
**action** 5:4
345:13
**activate** 13:24
121:25 122:11
138:15 156:21
253:8
**activated**
126:16 144:8
324:18
**activates** 122:6
122:8,12,12,15
124:11
**activation**
122:7
**active** 11:25
318:7,20
**actual** 27:11
49:22 54:12
77:19 166:23
230:24 264:23
328:12 333:14

**actually** 9:10
11:8 16:16
25:4,16 27:10
34:9 35:5
39:16 41:13
46:3 47:20
48:13 49:17
50:1 56:7 61:4
61:8 95:6
120:1,5 122:7
140:16 158:14
160:19 186:9
190:5 196:9,10
197:1,12
199:13 200:22
203:21,23
206:24 233:20
241:9 246:24
256:25 258:7
259:3 279:15
283:11 284:18
288:13,16
289:14 297:19
314:17 324:10
328:3,20
332:10 335:3,7
337:16
**addition** 21:23
153:7 161:19
208:23 214:8
277:25 304:22
304:24 337:25
**additional**
69:22 140:8

213:18 234:16
235:5 243:8
249:11 326:14
334:22
**address** 165:6
**adhesion** 200:2
200:16
**adiabatic**
224:11 233:15
234:18 236:3
240:17
**administration**
107:16
**administrator**
1:6
**admitted**
134:12
**aerosol** 70:18
**affect** 85:20
**affected** 39:9
**affirmative**
339:23
**aftermarket**
321:6
**afternoon**
342:1
**ago** 6:20 36:13
38:17 46:1
91:2,3 117:15
159:10
**agree** 4:12
46:14 48:9
108:2 109:8,16
109:17 111:21

111:23 112:2
131:19,21
135:14 154:5
235:1 265:20
265:23 278:12
312:17
**agreed** 3:2,9,14
109:20 151:13
312:23
**agreement**
308:16
**agrees** 309:3
**ahead** 8:10
15:6 52:18,18
52:19 63:7
72:22 210:18
210:18 247:2
288:8 294:25
321:1
**aided** 72:13
**air** 30:5 31:5
71:9 73:18
74:10 256:22
258:15
**al** 231:9
**alexis** 4:25 7:2
52:22 345:5,21
**alive** 172:19
**alkaline** 25:24
**allegany** 92:13
158:13,19
159:15,25
162:19,25
163:24 167:23

329:19
**alleged** 88:22
113:13 310:2
**alleges** 315:7
**allotted** 346:19
**allow** 155:14
291:22
**allows** 255:9
302:5
**alterations**
165:18
**alterative**
339:24
**alternative**
339:17,17
**aluminum**
73:14 74:19,23
75:4,17,19,21
76:6,13,17,22
76:23 77:1,6
**ambient** 148:14
149:5
**amount** 17:22
37:12 39:17
45:17 53:15,20
73:18 145:25
216:23 233:19
242:19 256:1
270:12 290:7
**analis** 167:21
**analogy** 288:9
**analysis** 9:24
10:6 38:24,25
82:9 86:19

102:6,9 103:1
129:11 167:21
174:4 178:6
184:13 204:9
236:14 257:23
259:12 260:8
260:10 263:4
263:16 289:21
309:24 311:15
312:2,7 313:4
313:16 317:5
317:11,19
318:16,20
323:25 324:21
324:25 326:8
333:3,8 334:9
344:18
**analyze** 53:18
326:19 335:6
**analyzed** 97:20
172:10 175:15
177:14,16
183:11,24
184:3,12
332:23,25
334:5
**analyzing**
135:18
**annotation**
277:6
**answer** 38:13
46:23 50:19
54:8 67:22
70:10 79:5

83:7 87:6
97:25 106:8
118:11 120:8
121:6 125:12
128:19 131:8
134:8 141:1
143:15 144:6
147:14 154:8
157:21 161:10
161:17 163:5
172:3 176:18
177:4 179:18
179:22 180:2
182:22 204:18
210:4 212:13
213:10 216:12
234:21 238:6
241:24 242:24
243:2 244:15
244:17 247:17
248:9,24 249:1
255:22 259:8
262:23 291:23
306:13 321:23
322:13 325:25
338:17 339:7
**answered**
184:18 259:6
339:23
**answers** 248:12
284:24
**anticipate**
272:2

[anybody - asking]

| | | | |
|---|---|---|---|
| **anybody** 28:18 | **appendixes** | **appropriate** | **art** 116:5 |
| 84:12,13 | 7:20 | 209:24 | **artfully** 59:6 |
| 172:14 224:2 | **apple** 22:25 | **approved** | **article** 61:13,16 |
| 251:19 258:9 | **applicable** | 139:15,20 | 61:18 76:19 |
| 273:3 | 346:8 | **approximately** | 81:25 101:1,6 |
| **anymore** 71:6 | **application** | 166:24 233:3 | 107:6,8 108:11 |
| 154:12 248:25 | 17:8,10,12 | 242:2 249:10 | 131:19 229:2,5 |
| **anyway** 90:25 | 19:10 21:15 | 289:7 | 229:9 342:15 |
| 232:8 338:15 | 108:17 114:11 | **april** 1:13 4:3 | 344:9,16,17 |
| **apart** 198:2 | 114:14 128:5 | 345:17 | **articles** 81:21 |
| **apologies** 150:1 | 234:16 344:11 | **arc** 65:11 74:4 | 257:25 258:5 |
| **apologize** 25:3 | **applications** | 76:21 224:5 | **artificially** 65:9 |
| 51:4 52:20,21 | 16:9,19 19:3 | 237:10 240:20 | **asked** 160:19 |
| 100:22 259:22 | 23:25 45:16 | **area** 64:1 | 160:23 161:11 |
| 279:25 | 52:13 67:8 | 116:18 159:21 | 163:16 174:23 |
| **apparent** 315:2 | 83:21 85:14 | 169:2 173:15 | 211:23 259:5 |
| **apparently** | 132:15 145:13 | 177:17 184:15 | 267:6 272:18 |
| 285:23 | **applied** 46:4,5 | 186:16 193:8 | 274:25 275:8 |
| **appear** 134:23 | 205:8 233:22 | 198:3 199:11 | 275:12,13 |
| 219:3 304:16 | 235:19 241:19 | 221:12 238:18 | 282:6 284:22 |
| 313:5 314:13 | 244:7 256:2 | 245:25 266:9 | 292:5 |
| **appearance** | **applies** 88:4 | 266:19,23 | **asking** 5:24 |
| 67:14 | 224:9 | 267:17 277:3 | 18:18 33:9 |
| **appeared** 303:6 | **apply** 57:16 | 277:20 278:10 | 38:14 49:22 |
| **appears** 7:16 | 139:3 218:1 | 281:10 305:19 | 50:16,22 99:12 |
| 158:17 167:15 | 237:13 | 307:13 308:17 | 117:16 119:4 |
| 220:1 277:12 | **applying** | 308:18 309:2 | 131:1 166:5 |
| 278:7,9 279:5 | 233:12,13 | 333:10 338:2 | 181:25 188:5 |
| 305:16 336:22 | **appreciate** 25:3 | **areas** 144:16 | 188:12 214:22 |
| **appendix** 8:2 | 25:4 140:19 | 305:22 306:1 | 217:4,6 244:3 |
| 8:15 87:13,16 | 270:3 342:6 | 340:25 | 248:9 250:4 |
| 91:24 100:24 | **approaching** | **armoire** 190:15 | 252:17 267:16 |
| 100:25 101:25 | 197:15 | 252:3 255:24 | 286:12,14 |
| 102:5,8 260:7 | | | 295:10 333:4 |

339:19,20
**aspect** 123:20
151:2,3 165:3
263:4
**aspects** 121:13
259:12
**assembly**
122:21 170:6
**assert** 318:3
**asserted** 319:17
**asserting** 317:7
318:25 320:2
**assertion** 319:2
**assessing** 18:22
**assessment**
163:11 179:20
312:14
**assigned**
173:15 218:6,9
218:14
**assisting** 9:22
11:16
**associated**
11:25 124:21
310:1
**association** 5:1
101:10 310:1
**assume** 89:22
108:11 135:10
173:11 176:25
182:11 220:3
239:4 245:15
293:12 294:12
294:15,21,22

316:23 331:7
338:21
**assumed** 166:9
169:1 173:24
178:17,19
250:8
**assuming** 64:7
64:10 127:1,2
127:2,11
240:16 249:11
290:14 305:25
306:6 331:14
**assumption**
175:3 181:8
223:19 250:10
255:12 268:10
269:14 302:6
303:8 305:14
306:21 308:2
309:11 316:1
**assumptions**
175:22 312:11
**atkinson** 92:19
93:2 94:7
129:15 130:5
**atkinson's** 94:9
**attach** 55:7,12
85:25,25
**attached** 7:21
54:15 284:14
344:25 346:11
**attack** 86:24
87:4 105:24
144:10 308:8

310:5,12
325:12,14,22
326:22 327:9
329:6
**attempt** 116:22
319:5,15
**attempting**
26:5 328:16
**attend** 166:18
**attention** 165:5
183:13
**attest** 27:3
**attorney** 2:9
167:19 175:18
346:13
**attorneys** 2:5
5:22 167:11
174:23 176:6
**attributed**
337:1
**attributing**
264:7
**audio** 4:10
**auditing** 56:13
**authentication**
141:7
**author** 61:15
101:7 156:3
167:23
**authorized**
91:11 96:14
128:13 134:18
135:16 136:23
320:23

**authors** 61:15
**available** 165:1
185:20 326:20
346:6
**avenue** 1:24
**aware** 29:21
63:1 93:17
128:10 129:11
129:15 131:12
131:17 132:11
132:22 151:15
152:20 159:14
159:23,24
172:14 181:21
306:17
**awoken** 275:9
276:3
**axiom** 84:1
**axis** 229:14,14
230:12

**b**

**b** 8:2,15 344:6
**back** 22:15
23:25 26:1
39:21 44:13,15
45:9 46:22
51:7 57:24
61:9 90:25
100:22 102:23
105:4 112:16
112:22 117:18
117:24 118:4
118:13,18

129:8,9,9,25
131:14 133:16
142:6,8 144:5
147:18 161:22
161:25 162:16
164:21 169:14
174:12 179:25
183:1,18
228:24 234:9
239:16 240:12
248:12 271:25
282:10,16,17
283:21 292:10
302:14 304:2,3
322:25 341:22
**background**
8:20 9:17
**bad**  316:5
**bag**  281:10,13
281:16 283:10
284:8 286:3
**bailiwick**  152:7
153:10 259:18
263:23
**balance**  20:22
119:6 120:7
313:14
**balancing**  18:7
19:6 117:11
119:24,25
313:23 314:11
314:11,16,17
316:15,16

**ballpark**  74:25
**band**  72:13
**bankole**  101:2
101:2,5
**bare**  36:6 43:22
49:16
**barrier**  46:19
**bars**  333:13
**base**  28:6
123:25 179:2
184:16 192:3
303:9
**based**  82:22
85:24 86:16
110:20 169:15
179:2,21 181:7
202:25 204:8
204:19,19
222:18 232:13
257:21 263:20
264:3 269:14
293:2,16
299:19 302:21
304:8 305:7,14
308:1,2,11
310:12,17
312:14 313:4
331:8,12 332:2
**basement**
73:23
**basic**  43:8,9
251:10 257:22
**basically**  14:12
14:15 27:17,24

28:4 29:13,22
30:8,10 32:22
33:14 34:25
40:9 43:13
52:3 66:12
68:24 74:7
78:23 84:3
89:8 137:4
138:16 152:19
191:9 193:12
197:23,25
224:10 230:1
233:11,14
256:20 297:4
305:10 339:10
**basics**  12:8
**basis**  35:17
203:4 250:9
292:11,19
295:14 297:6
307:14
**bates**  158:4
**batteries**  9:1,17
10:13 11:5,9
11:11,21 12:1
12:9,15,19,25
13:6,8 14:17
14:22 15:11
16:13 17:14
18:21 21:7
22:1,18 23:11
23:24 24:3
25:16 26:3
27:21 29:2

30:17 32:9
33:17,25 34:14
47:20,21 49:8
49:25 53:2
70:14 82:8,9
87:11 88:21
91:11 102:2,18
107:25 108:17
108:24 125:3
126:11 127:23
127:25 129:12
132:14 136:20
137:2,23 139:2
139:3,6 169:22
171:3 210:8
223:15,20
224:11,14,18
224:21,23
225:5 239:7,9
239:10,25
240:6,7 246:6
246:7 250:20
256:7 259:13
259:14 264:13
264:17 271:7
335:17 337:22
**battery**  9:2,12
9:25 12:3 13:4
13:23 15:9,18
15:21 17:1,3,4
17:19,21,23
18:1,4,9,12,13
18:22 19:1,19
19:22,23 20:1

| | | | |
|---|---|---|---|
| 20:4,10,10,14 | 90:4,11,18 | 154:2,12,17,18 | 227:2,10,20 |
| 20:15 21:1,4 | 91:14 93:5,19 | 155:1,2,7,10,18 | 231:17,25 |
| 21:11,14,18,20 | 102:6,9 103:1 | 156:9 157:4 | 232:3,8,14 |
| 21:22 22:23 | 105:10 109:1,2 | 159:17,17,18 | 233:5,20 234:2 |
| 23:2,16,16 | 111:11 112:1 | 159:18 160:11 | 234:11,17 |
| 24:4,8,10,12,18 | 113:13,16,23 | 164:20 170:17 | 235:4,14 |
| 24:21,22,25 | 115:4,16,21,22 | 170:23 171:13 | 236:14 238:8 |
| 25:24 26:19,21 | 116:2,9,13,21 | 171:15,22 | 238:11 239:23 |
| 27:8 29:1,9,10 | 117:1,1,7 | 172:8,15 | 240:25 241:18 |
| 30:14,16,19,22 | 118:1,6,8,23 | 174:15 177:11 | 241:25 242:7 |
| 30:25 31:2,6,7 | 119:13,24 | 177:13 178:5 | 242:10,14 |
| 31:9,10,19 | 120:19 122:18 | 178:13,14,17 | 243:4,17 |
| 33:12,16 34:3 | 123:15,21 | 178:21 179:3 | 245:18 247:8 |
| 34:6,9,21 35:2 | 125:4 128:11 | 179:10,13 | 249:8 257:23 |
| 35:4,6,13,16,18 | 128:13,15 | 180:9,15 181:4 | 258:2 259:11 |
| 35:22,23 36:8 | 129:7,9,10 | 181:15,20 | 259:13 260:8 |
| 36:17,25 37:14 | 130:24 132:25 | 182:3,6,12 | 260:10,17 |
| 37:14 38:6,23 | 133:5 134:18 | 184:5,11 | 261:3 262:18 |
| 39:12 40:19,21 | 135:4,11,15 | 185:14,17 | 263:1,15 |
| 41:2,4,11,14 | 136:22 137:5 | 186:17 187:2 | 265:18 266:7 |
| 42:11,17,20 | 137:13,14 | 187:20 189:13 | 266:13,15,16 |
| 43:5 44:21,23 | 138:1,7,17,22 | 194:24,25 | 266:17 277:14 |
| 46:3,15 47:11 | 138:23 139:7,8 | 196:16 200:4 | 279:2,4,14,15 |
| 47:17 48:2,15 | 139:15,20 | 200:19 204:13 | 279:15 284:20 |
| 49:14 50:4,8,8 | 141:6 142:10 | 205:9,14 211:2 | 287:14 289:3 |
| 50:11,13 52:9 | 142:24 143:20 | 211:5 212:1 | 289:21 294:17 |
| 52:25 53:2,3 | 145:7,11,21 | 214:11 218:3,4 | 297:18,20 |
| 55:6,8,25 59:1 | 146:1,20 147:2 | 219:9 220:10 | 299:1 300:13 |
| 59:2 60:9,21 | 148:1,18,24,24 | 220:23 221:4,8 | 305:15 308:20 |
| 61:21 62:19 | 149:1,3,6,12,17 | 221:11,16 | 308:23 309:4,6 |
| 66:20 67:3,11 | 150:10,15,24 | 222:12,16 | 309:9,13,25 |
| 67:14 80:13,14 | 151:1,6,10,12 | 223:6,12 224:3 | 310:22 311:11 |
| 82:15 83:1,12 | 152:3,4,18,20 | 226:16,17,19 | 311:16,21,22 |
| 86:18 89:19,25 | 153:13,17,18 | 226:20,22,23 | 312:3,4,9,12,21 |

312:24 313:2,6
314:4,5 315:3
315:8 317:22
317:23 319:18
319:24 320:6,7
320:11,13,23
321:9,10,14,19
322:6,7 323:14
324:23 326:16
326:23 327:15
327:20,24
328:16,19
329:3 330:7,20
330:21 332:5,7
332:17 335:3,8
335:25 336:1,4
336:15,17
337:8,17,23
338:10 339:1
344:18
**bear** 133:18
**becoming** 53:7
130:7
**beg** 40:12
**began** 61:22
130:6
**beginning**
22:10 65:18,22
112:20 113:5
149:21 158:5
225:11 227:14
242:17,20
243:3 247:3
259:17 267:13

270:16 292:13
**begins** 60:23
199:13 232:9
236:2,10
241:14 287:22
289:14,15
290:5
**begun** 253:6
**behalf** 166:22
169:7 181:17
**behavior** 208:4
**belief** 84:17
343:6
**believe** 6:1 7:8
10:23 22:22,22
34:15,15 36:21
45:7,13 46:8
54:16 55:24
62:18 64:17
95:12,18 97:2
105:16 129:17
129:20 130:5
131:9 142:18
143:7 149:22
153:6 165:14
167:6 170:4,9
170:22 176:22
180:23,25
188:22 189:18
189:21,24
190:23 194:21
225:9 240:12
240:13 245:21
261:1 266:24

270:1 273:24
274:1 277:15
285:12 297:17
302:16 307:12
337:16 338:24
339:23
**beneath** 221:9
**best** 45:11
206:6 247:23
248:7,15 249:1
249:4 265:4
343:5
**better** 34:18
47:17 230:2
231:2
**beyond** 53:10
85:1 117:3,13
122:10 150:11
224:10 262:20
329:15
**big** 22:23 129:1
129:25 142:10
**bigger** 30:21
**biggest** 16:7
156:24
**bilayer** 67:5
**binder** 6:13 8:7
112:20 186:2,2
229:3
**bit** 8:7 11:7
30:21 31:16
34:3 54:4
59:10 64:25
65:1 68:21,22

72:22 130:3
206:10 211:15
322:24
**black** 39:18
42:9 192:21,25
193:4 283:20
**blackening**
252:3 255:24
255:25
**blacktop** 45:24
**blame** 324:22
328:16
**blaming** 328:8
**blanket** 121:7
**blasts** 271:21
**blew** 206:14,16
276:20
**block** 86:14
154:16 219:17
219:18 312:19
313:21,23,24
314:2,7,9,13,22
316:15
**blocks** 119:22
219:15,19
314:6,20,21,23
**blood** 345:14
**blow** 156:21
278:18
**blown** 77:18
154:1 156:9
202:20
**blows** 152:19
154:10

**blurried** 336:11
**blurry** 174:8,13 178:3 184:9 188:14 333:15
**bms** 21:20 24:16,17,22
**board** 21:3 137:18 313:3 313:11,17
**body** 113:9 337:25
**bold** 331:15
**book** 82:7
**bootstrapping** 269:23
**bore** 6:6
**bother** 276:9
**bottom** 134:24 217:22 219:25 220:20,21,23 221:1,7 264:14 279:1,4,6,11,14
**box** 14:8,12
**boy** 46:6
**bracket** 76:4
**brand** 67:3 173:23
**break** 14:20 44:5 69:17 76:11 161:24 214:4 228:11 254:1 256:22 294:20 301:8

301:14 303:19 333:2 341:13 342:2
**breakdown** 58:25
**breaks** 69:18
**brief** 196:22 208:22 210:14 211:1 212:3,21
**briefly** 196:21 196:22
**bring** 98:10 188:8 228:6
**brings** 301:3
**broke** 277:9
**brought** 165:4 165:24 169:14 183:12 210:20
**bucket** 80:1
**buckets** 79:25
**build** 14:16 136:20 224:17
**building** 69:1 76:17,23 262:10
**buildup** 197:7
**built** 142:25
**bunch** 336:13
**burden** 317:7 328:17 329:7
**burn** 258:11
**burning** 306:9 307:2

**burns** 73:8 256:16
**business** 10:25 28:23 29:1
**buy** 25:13 35:20
**bypass** 84:25 126:3

**c**

**c** 2:1 69:3,10 73:3 75:5,11 76:8,10,12 87:13,16 224:16 226:7 237:18 238:18 345:1,1
**cabinet** 159:22
**calcimetry** 224:8
**call** 17:20 25:16 72:20 77:10,25 105:22 155:24 166:3 217:24 231:14 289:17 320:24
**called** 5:11 9:20 14:8,9 22:4 24:17 31:18 69:16 101:15 115:3,11,24 116:14 142:15 144:24 145:1

167:21 208:24 218:11 220:4 254:3
**calling** 231:13
**calls** 142:19
**calorimetry** 65:4,11 234:5
**camera** 4:7 54:17,20
**cameras** 54:19
**can's** 202:23
**cans** 190:20 191:4,5,5,6,17 191:20 194:1 196:2 280:18 294:8,14 306:8 310:14
**cap** 77:18
**capability** 126:6 146:21 146:24 150:9 312:3,12
**capable** 85:2 123:15 143:10 281:21 340:4
**capacity** 16:2,5 17:22
**car** 138:4 147:18,22,24 148:5 272:24
**care** 285:6
**career** 45:3
**carol** 1:3 92:18 346:4 347:1

| | | | |
|---|---|---|---|
| **carpet** 191:25 | 220:18 222:12 | 258:24 259:16 | **cell** 13:16 16:1 |
| 192:19,25 | 226:19 230:6 | 262:20 263:7 | 19:21 20:22 |
| 193:4,8 196:1 | 237:14 257:14 | 268:2 269:19 | 21:22 23:17 |
| 198:20,21,22 | 257:16 290:17 | 276:7 302:8 | 24:9,14,16,17 |
| 198:23,24 | 308:16 319:22 | 308:15 319:2 | 24:19,25 25:20 |
| 199:3,7,8,10,10 | 322:22 326:5 | 328:4 332:3 | 25:24 31:21 |
| 199:12,16,23 | **cases** 56:15 | 338:7 340:25 | 32:20 33:12,15 |
| 200:4,11,16 | 64:24,25 86:2 | 341:2,9,10 | 34:11 35:2,12 |
| 202:22 279:23 | 87:6 88:12 | **caused** 78:16 | 35:16,20,21 |
| 280:19 281:22 | 89:4,7,19,23 | 83:1 105:11 | 37:14 38:6,9 |
| 282:3,9 283:2 | 90:8,9 91:9,10 | 107:25 111:12 | 39:12,23,25 |
| 283:20 284:1,7 | 93:18 | 150:11 159:18 | 41:2,4,7,8 |
| 285:9,16,18 | **casing** 33:21 | 183:16 202:11 | 42:21 43:5 |
| **carpets** 199:24 | 42:16 46:17 | 250:11 252:12 | 47:6 48:19 |
| **carried** 284:15 | 110:5 | 260:20 271:1 | 54:13,15 57:2 |
| **carrying** 287:2 | **catastrophic** | 275:17 277:22 | 58:1 59:2,2,17 |
| **cascade** 257:4 | 105:9,15 | 283:25 310:20 | 59:17 61:25 |
| 301:1 | 108:23 | 328:1 329:3,4 | 62:1 63:14 |
| **case** 5:23 13:16 | **categories** | 332:18 340:14 | 65:21 66:13 |
| 24:20 25:22 | 31:12 32:3 | 341:5 | 67:7,11,15 |
| 31:22 35:24 | **category** 31:16 | **causes** 59:24 | 68:5,11,20,24 |
| 40:19 47:10,23 | 143:22 | 78:25 193:21 | 69:2,11,12,13 |
| 72:25 77:22,23 | **cathode** 73:5,6 | 205:12 207:3 | 69:18,19,23,25 |
| 89:1,9,17,20,20 | 288:17 290:4 | 211:3,25 | 70:2,3,3,10,16 |
| 90:17,22 91:5 | **cause** 39:4 | 214:24 301:23 | 70:20,24 71:1 |
| 91:6,23 94:23 | 81:17 85:8 | 302:23 | 71:14 72:18,19 |
| 96:3,6 97:3 | 108:23 111:25 | **causing** 123:13 | 72:23 73:9,13 |
| 103:5,8 110:20 | 112:8,10 | 126:25 136:2 | 74:9,11,17,21 |
| 121:9 123:7,8 | 137:12 158:15 | 143:11 203:1 | 75:19,20,25 |
| 133:22 134:25 | 189:1,16,19,25 | 205:9 212:19 | 77:2,4,9,12,14 |
| 135:18 154:16 | 190:6 211:3,24 | **caustic** 13:12 | 77:15,17,20 |
| 169:15 183:23 | 212:20 215:9 | **cautious** 72:10 | 78:5,8,9,11,17 |
| 188:16 199:2 | 216:24 242:6 | **ceiling** 295:3 | 78:22 79:14 |
| 206:13 207:17 | 250:7 255:14 | | 80:13,14,24 |

81:7,10,11
82:3,5 83:18
83:24 84:18
85:22 86:1,21
105:25 109:13
109:25 110:1,2
110:12 111:13
111:17 117:10
119:6,18,20,22
120:4,6 121:21
121:22,24
122:9 123:2,3
123:5 124:7
126:15,21,25
127:3,12 135:4
138:23 143:3
144:7 170:17
190:20 191:4,5
191:5,6 193:15
193:21,23
195:2,21 196:2
196:3,9 197:5
197:15 198:25
199:6 200:23
200:24 201:21
203:12,13,17
203:20 204:1,7
205:7,13 206:4
207:5 208:22
208:25 210:24
211:8,9,16
212:19 214:15
214:17,24
215:2,3 216:8

217:24 218:10
218:10,10,11
218:11,11,12
220:14 222:16
231:20 233:5
233:12,14
235:8,11,19,20
235:24 236:2,9
237:4,5,6,12,19
237:20,24
238:1,11 241:8
241:14,18,21
243:24 244:16
244:19,24
245:1,18
253:15 254:24
256:4,10,11,14
256:21 257:2,7
257:9,14
263:12 270:9
271:9,14,18,19
272:3 274:13
275:3 276:19
277:6 278:2
280:2,3,5,7,11
280:11,18
281:5,8,16,18
281:20,23
282:3,6,7,9
283:2,6,17,25
284:2,12,12,15
284:17 285:1,2
285:2,10,14,18
285:22 286:2

286:15,16,17
286:20,22,25
287:3,14 289:3
290:1,12,15,15
290:18,21,24
291:8 292:22
294:17 295:4
295:18,23
296:3 297:10
297:14 298:16
298:21,25
299:19 300:16
300:16,23
301:4,19,19
303:16 304:16
304:20 305:17
306:8,8,18
308:4,12,19
313:13 314:4
314:11,16,17
314:22 315:13
315:16,19
316:5,8,11,13
316:18,20,25
317:1,3,9
318:1,5 319:3
319:11,12
320:16 323:9
323:10,11,14
324:1 328:12
335:3 336:1,4
337:8,15
338:20,23
339:1

**cells**  10:18,21
10:22 14:13
15:17,19,21
18:2,13,23
19:10,11 20:11
24:10,12,20
25:17,23 26:5
26:7 27:8,9
28:8 33:18
34:4,7,21,23
35:13 36:4,6
36:14,17,18,21
36:25 37:4,5
40:21 42:12,20
44:17,23 45:20
46:12,15,21
47:2,9,12,18,25
48:15 49:14,16
50:4,4,6,9
51:12 52:1,2,5
52:8,11,16
53:3 55:7,10
55:13 56:1,2
57:3 58:10
77:23,24 78:1
83:9,17,18,20
83:22,23 85:1
85:17 86:3,4
86:20,25 87:1
105:10,18
106:12,18
109:22 110:3
110:19,22,25
114:2 119:2,22

[cells - certification]

| | | | |
|---|---|---|---|
| 121:9,10,11,12 | 246:9,13,13,22 | 317:20,21 | **center**  56:17 |
| 121:14,17 | 246:23,25 | 318:7,16 319:4 | **certain**  19:2,12 |
| 122:19,22 | 247:5 250:11 | 319:9,22 323:3 | 21:15 25:23,25 |
| 123:12 124:3 | 251:2,5,9 | 323:5 324:7,9 | 43:14 49:25 |
| 124:15,16,17 | 252:7,13 | 324:11 325:5,6 | 51:11,12 52:25 |
| 124:20 125:4 | 253:12,19 | 325:9,14,18,20 | 53:14,15,17,20 |
| 125:19,20 | 254:20 257:5 | 326:24 327:10 | 53:20 58:24 |
| 127:5,8 138:13 | 263:14 265:25 | 327:24 328:1,3 | 74:15 80:11 |
| 138:19 139:7,8 | 266:6,12,17 | 328:5,8 335:7 | 98:10 99:1 |
| 154:16 170:1,7 | 267:23 268:12 | 335:8 337:17 | 109:18 112:13 |
| 170:23 190:22 | 268:15,20 | 340:5,11 | 118:7 121:23 |
| 190:23,25 | 269:1 270:21 | **cellular**  24:15 | 133:1 139:13 |
| 191:1,10 192:1 | 271:1 272:11 | **celsius**  64:18,20 | 141:11 147:3 |
| 204:4,4,5,15,21 | 272:21 273:14 | 67:2 68:9 72:2 | 150:14 151:12 |
| 205:2,3,4,10,14 | 273:23 277:9 | 73:11 74:25 | 152:2 180:3 |
| 205:15,18,22 | 279:19,22 | 77:7 147:24 | 216:2 241:13 |
| 205:23 206:7 | 280:11,14,15 | 148:2,3,3,19 | 243:13 247:10 |
| 206:14,15,18 | 281:3 282:18 | 150:25 195:17 | 252:7 301:10 |
| 206:23 207:13 | 282:22 283:8 | 197:16,18 | **certainly**  81:19 |
| 207:17,20 | 284:5 290:25 | 201:2,19 | 82:16 84:7 |
| 208:5,12 | 291:1 292:2 | 202:15 208:13 | 100:8 103:9 |
| 209:18 213:15 | 293:13,14,20 | 208:16,23 | 120:19 126:12 |
| 213:16,20 | 293:23 294:18 | 211:1 222:25 | 132:11,20,21 |
| 214:11 215:10 | 295:8,11,15,21 | 223:7,13,16 | 133:22 144:10 |
| 215:17,19,23 | 296:2,11,21 | 224:3 225:6,16 | 148:4 152:22 |
| 216:16 218:2,9 | 297:1,3,7,18,20 | 225:23 232:1 | 165:23 170:25 |
| 218:20,24 | 298:8,10,11,23 | 232:10 238:23 | 185:15 199:7 |
| 219:2,4,7,10,11 | 298:25 299:5 | 239:13 242:1,8 | 203:19 251:1 |
| 219:15,16,17 | 299:13,20 | 245:15,16 | 252:6 266:2 |
| 219:18,21 | 300:17,21 | 249:11 250:12 | 328:8 334:2 |
| 220:3,5,7,14 | 309:25 310:14 | 250:17 269:8 | 336:16 |
| 221:3,16 223:6 | 311:16,23 | 287:24 288:4 | **certification** |
| 235:14 238:16 | 314:6,7,20 | 289:7 | 3:5 343:1 |
| 238:18 241:11 | 315:9,23 | | |

[certify - claim]                                                    Page 15

| | | | |
|---|---|---|---|
| **certify** 345:7,12 | **characterized** | **chastise** 331:18 | **chosen** 168:22 |
| **cfc** 159:1 | 307:4 | **cheap** 127:24 | 168:23 169:9 |
| **challenge** | **characterizing** | **check** 75:7 | 177:6 184:23 |
| 108:16 | 11:23 | 171:16 | 185:2 |
| **chance** 202:9 | **charge** 19:14 | **checked** 173:1 | **cid** 84:25 |
| 258:16 | 21:13 79:19 | **checking** 173:1 | 121:24 124:11 |
| **change** 67:14 | 84:24,24 112:9 | **chemical** 59:19 | 125:25 126:16 |
| 84:25 166:3 | 116:2,9 126:5 | 59:20 61:5 | 144:8 154:14 |
| 179:20 225:13 | 127:13,14 | 73:4 196:7 | 154:15 324:18 |
| 225:24 229:15 | 143:3 147:3 | **chemicals** | **cids** 122:2 |
| 229:23 230:5,7 | 148:9,19,24 | 110:16 198:1 | 138:15 |
| 230:14,23 | 150:13 151:7 | **chemistries** | **circuit** 14:1 |
| 233:4 234:13 | 151:11 155:1 | 15:9 63:4 | 21:3 69:18,21 |
| 234:23 238:10 | 235:20 236:21 | **chemistry** 12:4 | 70:5 115:13 |
| 238:21 247:7 | 237:5,21 238:2 | 25:18 29:3 | 143:4 154:19 |
| 249:23 338:23 | 318:4,13,15,19 | 59:1 62:24,24 | **circuiting** 35:7 |
| 347:4,7,10,13 | 320:13 | 62:25 64:5,6,7 | **circuits** 18:7 |
| 347:16,19 | **charged** 59:17 | 64:14 202:5 | 128:2 153:5 |
| **changes** 64:11 | 64:8,10,11,12 | 232:14 234:11 | **circumstance** |
| 346:10 | 64:13 67:3 | 235:4,18 236:9 | 203:9,11 |
| **chapter** 82:7 | 73:13 74:20 | 236:20 237:5 | 249:22 |
| **char** 192:22 | 81:12 289:25 | 247:8 288:16 | **circumstances** |
| 193:1,2,6 | **chargers** 148:5 | 290:7 | 80:11 84:21,23 |
| 196:1 199:6,9 | **charging** 69:22 | **chip** 115:9,13 | 143:12 153:16 |
| 199:11,14 | 111:15 112:4,4 | 117:17,19,20 | 204:1 261:8 |
| 282:4 283:25 | 126:7 148:1,8 | 117:25 | **citations** 104:4 |
| 284:7 285:9 | 148:15 149:7 | **chipmakers** | 224:6 |
| **character** 10:3 | 152:3 215:17 | 114:23 | **cited** 108:10,11 |
| 111:2 | **charles** 1:5,7 | **chips** 117:25 | 250:14 |
| **characteristics** | **charred** 285:14 | **choose** 7:8 | **civ** 1:2 |
| 114:1 119:1 | **charring** 200:6 | 188:8 | **claim** 172:25 |
| **characterizati...** | 200:10 | **chose** 97:20 | 173:6 182:5 |
| 9:21,23 10:3 | **chart** 230:1 | 98:10 176:25 | 188:14 337:3 |
| 171:12 | | | |

| | | | |
|---|---|---|---|
| **claimed** 170:16 | **closet** 159:22 | **clothing** 337:11 | 227:3 242:8 |
| 172:7 177:11 | 169:23 170:3 | **coadministrat...** | 254:6 282:6 |
| 177:25 187:20 | 170:19,19,24 | 1:4 | 299:4 330:3 |
| **claiming** | 171:4,7,22 | **coating** 34:8 | 339:1 |
| 172:14 189:12 | 172:16 173:4,7 | 42:10 | **comes** 138:19 |
| **claims** 169:21 | 173:12,14 | **cobalt** 15:4 | **comfortable** |
| 169:25 170:21 | 174:3,25 175:7 | 63:20 67:4 | 19:13 |
| 178:4 180:18 | 177:1,12,18 | **collect** 327:14 | **coming** 70:1,23 |
| 181:18 182:2 | 178:1,18 179:4 | **collected** | 70:25 73:19 |
| 186:16,16 | 179:11,14 | 160:20 169:23 | 74:2,8 77:13 |
| **clarification** | 180:10,16 | 177:15,17 | 179:1 240:3 |
| 225:1 282:13 | 181:1,5,9,13,21 | 327:20 332:22 | 241:5 247:4 |
| **clarified** | 182:3,6,12 | **collection** | 251:22 253:10 |
| 226:18 | 183:10,17 | 27:12 317:2 | 254:22 255:25 |
| **clarify** 51:10 | 184:5,21 185:1 | **collector** 75:18 | 268:9 292:1 |
| 112:7 239:20 | 185:14,18 | 75:22 76:7,9 | 293:17,19,23 |
| **clear** 123:18 | 187:19 188:2,7 | **color** 281:8 | 293:24 294:16 |
| 131:15 138:20 | 189:14,22,22 | **colored** 54:24 | **comment** |
| 201:13 212:10 | 190:1 304:17 | **column** 107:14 | 130:19,19 |
| 224:19 228:8 | 304:20 305:16 | **combination** | **commercial** |
| 240:10 248:16 | 305:23 306:1,9 | 31:23,25 32:1 | 11:11 |
| 248:18 268:4 | 306:19 307:5,6 | 52:15 266:3 | **commercialize** |
| 301:17 311:13 | 307:13,19,24 | 277:21 297:11 | 10:22 |
| **clearly** 142:5 | 308:4,13,17,19 | **combine** 32:5 | **commercializ...** |
| 271:3 285:2 | 308:22,25 | **combined** 47:3 | 21:8 |
| 298:24 | 309:3,5,10 | 114:5 | **commercially** |
| **clinton** 2:7 | 330:22 332:9 | **combustibles** | 11:9 34:6 |
| **close** 53:10 | 332:13,18 | 330:21 332:8 | **commission** |
| 75:9 104:17 | 333:1,18 | **come** 16:4 69:7 | 107:17 |
| 277:3 296:20 | 334:15 335:10 | 77:11 80:19,21 | **commit** 217:18 |
| 331:13,23 | 335:12,16,22 | 86:7,15 99:19 | **committed** |
| **closest** 278:10 | 337:8,11 338:3 | 99:20 125:15 | 216:11 217:10 |
| 278:11 | 338:11 339:18 | 161:25 180:4 | **common** 14:4 |
| | 339:21 | 198:2 217:14 | 72:25 106:12 |

**communicating**
 25:7
**community**
 62:20
**companies**
 23:15,16,17
 141:21
**company**  9:3
 9:13 28:25
 140:6 167:20
**company's**
 278:8
**compare**  323:8
**compared**
 43:20 47:9
 50:6,7 216:16
 230:22
**compartment**
 194:25 221:11
 265:19 266:7
 266:16 267:9
 279:2,5,14
**compelling**
 87:3
**competent**
 309:14 333:8
 338:5
**complete**  183:4
 185:24 197:12
 311:21
**completed**
 346:16
**completely**
 206:1 223:20

 241:22 299:15
 323:4
**completes**
 287:14 289:3
 290:21
**completion**
 60:15 92:5
 236:12 256:16
 258:11
**component**
 35:5 68:6
 69:17 178:4
 179:10 194:24
 244:1,4,9,12,25
 247:4 265:19
 335:9
**components**
 74:17 76:17
 77:20 79:1
 84:5 110:13
 159:17 160:10
 177:23 178:17
 178:21 179:4
 180:9,16,25
 181:3,9,10
 201:16 204:13
 204:14 211:4
 222:18 223:12
 242:7 254:1
 266:20 313:12
 317:23 328:12
 335:11,15
**composed**
 264:5

**compress**
 229:22,24
**compressed**
 230:17
**compression**
 230:19
**comprise**
 250:23
**computer**  23:2
 23:14,24 24:18
 41:14 42:7
 52:9 88:22
 113:14 114:24
 123:16 126:6,8
 138:3 155:2
 159:21 164:18
 164:19 170:18
 190:24 194:11
 194:20 202:21
 205:19,21
 209:21,22
 220:11,15,19
 221:1,7,18
 223:8 226:15
 226:15 239:22
 240:3,5 241:2
 243:12,13
 245:24,25
 246:4,6,7,9
 250:17,25
 251:8,22 252:8
 253:11,23
 254:17,23,25
 256:3,6 263:10

 264:14 266:1
 267:20 268:5
 268:10 270:25
 271:22 276:20
 277:10,20
 279:7,11
 282:25 285:15
 286:5 287:2
 292:2 293:15
 293:18,19,25
 294:6,16,18
 297:23 298:20
 298:23 299:16
 299:24 308:21
 309:6 312:4
 316:5 336:18
 338:11 340:4
**computers**
 41:12 106:24
**conceivable**
 147:23
**conceive**  161:1
**concentration**
 306:9 307:2
**concern**  12:25
 45:18 130:4
**concerned**
 13:10 94:15
 146:3 278:22
**concerns**
 140:21 141:3,6
 141:11
**concise**  214:6

**[concluded - contents]**                                    Page 18

concluded
  342:18
conclusion   83:3
  180:5 187:2
  308:11
conclusions
  250:6 312:10
conclusive
  326:22
condition   31:25
  39:10 74:22
  148:14 211:19
  216:2 224:11
conditions
  14:18 22:2
  27:3 40:8
  127:9 143:10
  144:13 148:4
  165:4 206:6
  207:23 209:16
  213:17 214:17
  215:3 233:15
  234:19 237:20
  240:17 251:24
  259:15 319:16
conducted   4:5
  4:21 14:21
  33:23 56:6,16
  207:12
conducting
  30:24
conduction
  39:1 48:1 58:7
  58:8,9,9

  221:23 240:6
conductive
  29:25 30:3,13
  32:12 33:7
conductivity
  39:2
confetti   197:24
  254:3 256:21
  258:20
confidence
  213:1
confident   37:1
confirm   171:12
  171:25 259:21
  260:5 317:12
confirmed
  181:4,14
  183:23
confronted
  313:2
confusing
  232:17
confusion
  22:15
connected
  219:3,4,5,6,7
  219:11,12,16
  219:20
connections   4:7
consider   227:8
  275:24
considered
  150:18

consistent
  62:18 66:8
  146:17 200:18
  204:22 206:3
  206:22 218:8
  271:6 272:14
  336:24
constant   206:8
constructed
  12:9
consumer   16:5
  22:23 67:8
  83:19,22
  106:12,15
  107:17,20
  132:14 138:17
  142:8 146:10
  154:21 156:19
  321:16 322:5
consuming
  108:18
contact   30:1,15
  31:3 58:4,5
  184:24 285:4
  286:21
contacting
  198:20
contained
  42:10 186:10
  287:5
contains
  196:18
contamination
  85:19

content   280:12
  282:19,23
  285:23
contention
  207:3
contents   72:19
  72:24 77:3
  78:21 81:1
  82:3,13,24
  83:17,24 84:19
  85:3 86:10,20
  86:22 87:2
  111:5 170:2
  171:6 191:18
  193:14,14,21
  193:23 194:5
  195:9,21 196:4
  196:9,19 197:6
  197:7,11,12,19
  197:23 198:5,7
  200:20 201:4
  201:15 202:7
  202:13,16
  203:14 204:2,6
  207:14,18,24
  208:2,7,8
  209:18,20
  211:17,21
  212:1,6,20
  213:21,24
  214:18 232:4
  233:20 241:25
  252:9 253:20
  256:12,15,18

[contents - correct]                                              Page 19

256:19 257:3,8
257:10 260:18
261:4 268:18
270:10 271:18
273:2,16,22
274:8 275:4
278:2 280:3,5
280:8,16 283:9
284:6 286:4,24
287:1,4 290:12
290:14,18,24
291:2 292:4,8
292:13,14,21
294:17,19
295:17,18,21
295:22 298:16
299:1,12
302:19 310:22
319:23 323:4,6
325:6
**context**  130:20
146:25
**continue**  4:11
180:24 226:24
236:4,5 338:4
**continues**
67:17 72:6,6
148:19 158:24
**continuous**
68:15
**contradictory**
162:24
**contrary**
327:20 328:25

329:13
**contributing**
43:18,20 44:2
**contribution**
244:21
**contributor**
47:14
**control**  13:15
63:22 64:2
313:13
**controlled**
233:24
**controlling**
18:5,6 319:20
**controls**  64:3
**convected**
33:22
**convection**
48:1 58:3
**convectional**
238:16
**convective**  30:4
31:1,23 45:7
50:7
**convention**
58:6 67:6
**converse**  309:8
**convince**  129:5
338:14
**cool**  60:13 61:8
198:12 201:8
201:18 202:22
202:23 206:21

**cooled**  193:18
195:24 280:20
281:21
**cooler**  206:17
206:20 246:14
**cooling**  60:24
284:4
**copies**  346:14
**copper**  76:8,13
76:18,22 77:1
77:6,19 80:12
335:24 336:3
336:14,17
**corner**  282:5
294:8,13
**corporate**  9:10
9:19,24
**correct**  6:3
7:10 8:22,23
9:1 11:12,19
14:24 15:11
17:8 20:19,24
22:5 24:5 25:2
32:20,21 38:21
42:1,8,8,13,14
52:4 66:16
67:15 70:12
72:1 77:21
87:16 88:13,14
88:17 90:1,2
92:11,12,16
95:11,12,17
96:1 97:15
99:3 100:18

102:1,13
105:16 106:13
106:22 108:19
109:9 110:21
111:8,9 112:5
112:6 113:10
113:18 114:3,8
114:24 115:17
116:2 119:9
123:16,24
127:17 131:19
135:25 138:22
139:3,4,9,22
140:4 142:20
143:5,6,12
150:17,19
151:14 158:4
158:16,24,25
159:3 160:6,7
160:11,12
161:21 165:15
166:11,18,19
168:3,4,14,15
171:8 178:18
179:5,14 180:6
180:7,11,17
188:3 190:7,16
190:17 191:21
192:2,20 194:8
194:11 195:19
210:9,11,15
219:1,23
221:14 222:19
223:2 225:8

229:17,19,20
231:15 232:11
232:15,22
233:1,8,23
234:15,22
242:1,11,16
243:19 248:8
249:5,13
252:15 254:7
256:13 258:2
260:23 264:11
265:7,11
266:13,17,25
267:2 273:11
273:12,23
277:7 278:2
279:2,3,7,8,11
279:12,24
281:19 283:4
285:19 289:12
291:14 293:10
293:11,20
294:11 297:21
299:17,25
302:1,24
304:13,14,23
305:1,5,6,12,24
306:25 310:23
311:25 313:6
315:4 320:19
325:8 326:11
327:1 329:21
330:5,8 331:3
331:5 332:15

336:10 338:15
339:8,13 340:6
340:16
**corrections**
165:18
**correctly** 35:8
40:17 107:22
109:6 111:19
153:8 165:7
287:16 310:7
**cost** 16:12,12
16:20 128:12
**coulomb**
116:14
**counsel** 3:4 5:6
167:7 346:14
**counselor** 79:9
131:9 140:9
143:16 152:8
153:11 156:16
157:17 177:5
182:23 217:11
217:18 218:5
245:5,19
250:16 261:11
261:19 262:19
265:24 301:9
326:1 333:25
**counterfeit**
128:11,15
129:11 130:24
132:13,14,25
133:4 141:6
320:7,11,18,24

321:3 322:10
**counterfeiters**
127:24
**counting**
116:14
**county** 158:14
158:20 159:15
345:3
**couple** 59:15
278:16,19
286:18
**course** 251:13
267:7,11 303:8
**court** 1:1,16,23
3:18 4:18,25
5:8 131:13
182:25 345:5
**cover** 279:14
279:16
**covering** 220:5
277:14
**covers** 63:3
90:7
**cpsc** 108:9
**crazy** 86:14
**created** 168:8
266:11
**creates** 149:17
**creating** 145:6
287:22
**credible** 275:23
**crimp** 78:1,20
81:1 105:23
110:25 111:4

213:25 271:20
280:15 290:25
292:22
**crimped** 190:20
205:3
**criteria** 53:12
**criterion** 53:13
**critical** 170:12
173:13,25
174:2 188:16
206:25 236:8
267:24
**criticizing**
50:21
**critique** 309:18
**cross** 324:24
344:2
**crucial** 121:13
**current** 69:16
75:17,21 76:6
76:8 106:20
111:16 112:10
120:16 121:14
121:17,24
122:19 143:2
207:21
**currently**
106:14
**customer** 45:15
154:22
**customer's**
155:21
**customers**
36:16 141:24

**cut** 51:4
**cv** 1:2 8:3,16
  81:23
**cycle** 16:15
**cycles** 15:20
  16:1,5 21:16
**cylindrical**
  30:17 105:18
  109:25

**d**

**d** 344:1
**damage** 90:2
  111:16 191:24
  193:8 198:11
  252:17 263:20
  265:8 266:3,5
  266:15 267:8,9
  267:10 268:7,7
  269:19 270:25
  276:8 277:13
  277:16,19
  278:15,21,22
  278:24 279:6
  279:13 305:20
  328:5 336:24
  337:21
**damaged** 266:9
  266:24 268:25
  269:4 278:10
**danger** 121:1
  123:13,23
  130:23 148:18

**dangers** 124:21
**dashboard**
  138:3
**data** 20:1 27:12
  42:25 48:21
  49:18 50:22
  56:16,25 165:1
  229:22,25
  238:6,12,25
  249:16 304:9
  305:8 324:21
**date** 1:13
  100:15 165:13
  167:12 305:4
  347:24
**dates** 94:4
  112:25
**day** 14:8 35:17
  35:17 51:8
  234:5 343:18
  345:17
**days** 44:16
  234:5 346:16
**de** 190:20
  205:3
**deal** 129:1
  261:24
**debris** 85:18
  164:20 169:23
  184:15 333:17
  334:3 336:13
  338:10,19,22
**decade** 108:2

**deceased** 1:5,7
**december**
  165:15,16
**decide** 185:2
**decided** 56:3
  131:22 218:1
**decision** 28:23
**declaration**
  252:1 273:25
  274:20
**decompose**
  199:13
**decomposes**
  73:6 288:17
**decomposition**
  290:1,3
**dedicated**
  110:3
**defect** 13:17,22
  81:8 203:13
  205:7 316:13
**defective** 120:4
**defects** 13:24
  80:23 111:14
  204:7 211:2
  212:19
**defendant** 2:9
**defendants**
  1:12
**defer** 338:6
**defined** 155:6
**defines** 110:11
**defining** 25:5

**definitely** 21:9
  26:16 37:6
  39:22 76:11
  129:8
**definition**
  110:21
**definitive**
  326:24 327:3
**definitively**
  175:6
**deformation**
  265:21
**deformed**
  269:24
**deformities**
  311:3
**deformity**
  269:11
**degradation**
  26:23 113:25
  118:25
**degrade** 155:10
  155:13
**degrading**
  150:25
**degree** 210:13
  227:15 232:19
  232:24 233:2,6
  234:13 238:22
  243:6 249:9
  268:7 269:1,5
**degrees** 64:18
  64:19 65:24
  67:2 68:9 69:3

72:2 73:3,11
75:5,11 76:7,9
76:12 77:7
147:24 148:2,2
148:3,18
150:24 195:17
195:22 196:19
196:24,25
197:1,2,8,16,17
197:18 201:1
201:19 202:14
208:13,16,23
210:8,25 212:4
212:21 222:25
223:7,12,16
224:3,16
225:16,23
226:1,7 232:1
232:10 234:10
234:23,25
237:18 238:9
238:18,22
239:13 242:1,7
244:10 245:15
245:16 247:11
247:13 249:10
250:11,17
269:8 287:24
288:4 289:6
**demarcate**
232:3
**demarcation**
262:9

**demonstrated**
50:24
**denote** 111:1
**density** 16:8,9
16:18,19,22,25
17:21 236:23
238:1
**department**
157:25 159:25
162:25 163:17
163:24 329:23
344:13
**department's**
163:10
**departments**
163:12
**depend** 41:9
215:5 226:25
**dependent**
237:4
**depending**
33:23 48:1,6
49:21 51:16
112:11
**depends** 4:6
40:4 48:8
50:12 60:7
68:22
**depicted**
218:25
**deponent**
346:13
**deposed** 90:22
94:23

**deposing**
346:13
**deposition** 4:4
4:15,20 6:4
50:18 89:12
92:18 93:3,13
94:10 95:6
104:7,10,12
130:9,18 131:4
170:5 171:18
185:23 217:9
274:19 342:18
**describe** 59:5
62:3 190:18
217:23 274:23
**described**
42:13 119:6,15
122:1 134:2
231:9 255:1
337:23
**describes**
274:22
**description**
58:23 222:21
344:7
**design** 13:15
18:9 20:15
28:7 48:2,9
50:12,13 83:9
85:6,9,21,22
115:13 121:16
122:16 123:22
141:18 214:23
215:1 237:6

238:1
**designated**
218:3
**designations**
218:18
**designed** 21:21
51:18 63:14
77:10 81:5
83:19,20,22
116:19 127:3
138:8 141:15
204:5,6
**designing**
11:20 19:18
117:25
**designs** 23:23
49:25
**desirable** 55:18
**detail** 169:6
**detailed** 38:25
145:22
**details** 6:7 37:8
120:11
**detect** 65:2,21
**detectable** 66:4
**detected**
141:25
**detecting** 65:6
**detection** 65:3
66:7
**detector** 270:17
273:14 275:10
276:5

detectors 253:8
determination
   193:10,11
   253:3 316:24
   325:19
determine
   29:10 116:23
   190:6 193:5
   263:25 317:25
   318:4 320:15
   323:25 327:25
   328:3 333:5
   335:6
determined
   89:23 159:25
development
   10:5
device 33:17
   46:7,9,13,18
   48:15 49:15
   69:16 116:25
   121:25 122:20
   132:8 139:8
   144:16 147:21
   148:7,13
   150:19 152:12
   153:15 155:16
   155:16
devices 34:10
   46:3,10 93:20
   108:18 121:15
   121:18 127:21
   128:16 129:12
   133:2,3 140:8

145:16 152:16
   335:24
devil's 120:11
diagonal
   192:23
diagrams 164:4
diameter 30:22
differ 40:12
difference
   48:14,18 49:13
   278:23 284:4
differences
   51:21
different 14:18
   20:17,17 29:13
   29:22 31:12
   34:17 48:10,20
   49:20 54:25
   55:22 59:15
   67:18 76:4
   79:13,20 80:2
   83:20 85:16
   86:14 96:25
   97:5,6,12
   109:25 116:6
   124:9 141:24
   145:13,16
   152:16 166:8
   167:16 168:25
   201:3 203:9,10
   209:7 213:17
   215:2 217:24
   236:15,16
   237:9,24,24,25

237:25 238:1,2
   238:3 249:17
   249:22,23
   259:14 262:8
   265:15 266:20
   277:18 285:1,1
   286:18,24
   299:10 320:21
   322:8 334:8
differential
   243:16
differently
   157:22 255:1
difficult 65:7
   75:24 229:23
diffraction
   318:8,14
direct 5:16 31:4
   31:7,17 32:19
   33:2,9,10,18
   36:3 39:3 58:5
   344:2
directed 138:21
directing 55:21
direction
   195:11
directly 14:20
   31:9,20 32:20
   48:16,18
   266:15
disabled
   154:18
disables 152:19
   153:13 154:2

156:9
disabling
   153:18
disagree 15:23
   84:13,15 135:7
   163:10 166:2
   258:9
disagreed
   131:2 163:17
disburse
   258:15
discern 322:5
discharge 17:1
   19:14 143:2
discharged
   223:20
discharging
   69:22 111:16
   126:11
discovered
   165:17
discussed 113:8
   304:19 309:23
   311:15
discussing 78:6
   78:7
discussion
   44:10 105:1
   162:13 228:21
   287:20 303:24
   341:19
discussions
   176:1

[disposal - eighty]    Page 24

| | | | |
|---|---|---|---|
| **disposal** 326:18 | 135:24 156:15 | **double** 25:14 | **dynamics** |
| **dispute** 273:4 | 159:5 344:20 | 25:15,24 | 167:21 |
| **disputes** 224:2 | **doing** 9:23 10:4 | **doubled** 179:24 | **e** |
| **dissipate** | 10:5 11:13 | **downward** | **e** 1:5,7 2:1,1 |
| 224:24 226:22 | 12:13 20:2 | 243:15 | 168:7 344:1,6 |
| **dissipated** | 26:17 28:10,11 | **dr** 4:15 5:19 | 345:1,1 347:3 |
| 61:25 109:2 | 30:11,12 31:10 | 50:16 61:14 | 347:3,3 |
| **distinctly** 32:12 | 31:13 32:12,13 | 95:4 96:21,22 | **ear** 276:8 |
| **district** 1:1,1 | 32:13,14 33:14 | 96:23 97:1 | **early** 17:24 |
| 4:18,19 | 33:15,16 36:14 | 103:12 104:12 | 21:8 23:20 |
| **dive** 11:6 | 36:23,24 37:3 | 104:13 229:1 | 27:21 28:2 |
| **divide** 98:17 | 37:6 41:2 45:5 | 304:4 305:3 | 130:1,1,12 |
| 100:6 | 45:13 46:6 | 309:19 315:7 | 131:12 242:14 |
| **dividing** 244:18 | 52:22 58:14 | 322:20 330:2 | **easily** 173:1 |
| **doctor** 7:3 | 70:2 73:23 | 341:24 | **easy** 65:8 82:12 |
| 162:5 163:15 | 86:18 103:1 | **drain** 17:19 | **eat** 161:25 |
| 249:7 | 116:14 117:17 | **drew** 140:20 | **editor** 102:2 |
| **document** | 117:19,21 | **drill** 311:18 | **editorial** |
| 102:8 114:17 | 124:16 129:10 | 320:4 | 331:19 |
| 117:15 129:3 | 172:21,22,24 | **drop** 68:7 | **educational** |
| 133:10,18 | 210:1 226:3 | **dropped** 16:13 | 8:19 |
| 134:7,15 | 233:11 247:23 | **dropping** 295:3 | **effect** 3:17 |
| 136:11,18 | 248:7,15 249:1 | **due** 45:21 50:2 | 93:23 94:3,6 |
| 142:22,23 | 249:3 257:23 | 78:4,8 83:18 | **effective** 81:5 |
| 156:4 260:14 | 272:1 291:15 | 83:24,24 85:18 | 122:5 |
| 260:25 261:12 | 313:23 318:8 | 86:20 111:13 | **effects** 124:14 |
| 261:20 | 333:7 | 111:14 148:25 | **efficiency** |
| **documentation** | **dollars** 146:6 | 204:7 264:15 | 40:20 |
| 171:11 177:22 | **dominated** | 264:16 266:3,5 | **eight** 88:10 |
| 199:1 333:14 | 47:11 | 273:13 278:1 | 91:2 139:19 |
| 334:1 | **don** 89:2,16 | 318:25 | 140:2 179:8 |
| **documents** | 97:14,17 | **duly** 5:12 345:9 | **eighty** 65:1 |
| 104:14 133:21 | **dot** 324:24 | **dv6** 113:14 | |
| 134:1,3,6 | | | |

either 33:6
39:25 78:20
81:1 89:3 94:6
94:9 106:17
110:6 116:13
153:21 271:19
275:8 281:5
292:21 294:21
294:23 338:24
339:20
eject 73:14
200:20 256:14
257:2,7 258:14
280:7 292:8
298:22
ejecta 77:10,11
77:12 305:18
306:1,2,8,19
308:4,12,20
ejected 72:19
77:4,5,15,20
80:13 111:5
190:20 191:17
194:10 197:21
197:22 219:21
254:2 256:4
265:25 266:17
270:10 279:22
280:11,15,16
281:3 282:18
282:22 283:8,9
284:5,19
285:22 286:4
286:24 287:1,3

295:17,21,23
297:4 298:3,15
298:16,18,19
298:24 299:4
305:17 317:3
325:6 330:20
332:12,17
338:25
ejectile 268:9
296:8
ejecting 73:15
73:16 252:8
253:20 290:20
292:3 295:18
295:23
ejection 72:24
79:1 80:25
82:2,13,24
84:4,18 85:3
212:20 213:2
266:6 270:22
299:1 310:21
332:7
ejections
269:17
ejects 256:12
256:18,19
257:9 271:18
280:2,5
electric 108:19
108:21
electrical 18:10
18:15 70:2
76:19 115:7

137:2 145:20
151:20
electrode 63:19
63:20,24 75:18
170:6 257:15
290:4
electrolyte
68:23 69:1
70:13,18 73:6
73:8 137:17,19
144:11 288:18
290:6
electronic
19:17 67:8
83:21 142:9
147:21 152:4
335:15
electronics
16:6 24:13
25:19 63:17
83:19,22
116:23 146:10
156:19
element 31:5,8
elevated 126:14
144:19 148:7
149:5
eliminating
341:3
embers 254:14
emission
110:15
emit 74:12

emitted 74:11
253:23
emphasize
137:11
empirical 14:21
employ 119:24
employed
29:15,16 33:24
48:7 119:12
209:17
employment
8:24
employs 122:18
empty 191:1,17
191:20 193:17
294:14 317:20
323:9,11
enclosed 34:10
220:19
encompasses
111:24
encroached
205:20,21
ended 10:22
energetic 12:14
12:19 209:23
271:23 273:1
274:16 276:19
energizer 9:2
9:11 10:11
11:8 15:25
20:8 26:2
27:20 28:18
32:8 36:15

44:17,25 51:25
54:16 57:25
58:20 75:15
**energy** 16:8,18
17:2,2,4,12,20
17:21 76:20
81:10,12,13
83:23 150:14
194:23 196:7
224:24 236:22
238:1 244:7,22
245:17 262:16
263:1 266:11
271:20 299:23
**engaged** 253:12
253:16
**engineer** 9:5
18:10,15 59:20
115:7 151:21
**engineering** 8:7
8:8,21 9:16
53:7 59:19
**engineers** 76:2
**enhance** 42:18
**enhancement**
145:1
**entire** 20:9
42:11 134:13
217:19 255:6,8
257:14 315:24
324:25 331:15
**entirely** 147:10
245:17

**entitled** 91:25
**environment**
126:8 236:4
**epoxy** 86:5
**equal** 217:3
280:8
**equipment**
128:2
**equivalent**
144:1 199:10
276:3
**errata** 346:11
346:13,16
**especially** 39:7
86:24 122:23
137:17 165:25
170:15 197:22
256:19 327:19
328:24
**esq** 2:4,5,8
346:1
**essentially**
30:10 31:2,11
32:23 50:9
153:3 154:17
236:11 307:14
**established**
223:24
**estate** 1:5,7
**estimate**
116:25 262:15
**estimated**
262:24

**et** 231:8
**european**
110:10
**evaluate** 55:9
**evaluated** 99:1
99:8
**event** 76:14
124:8,11
125:22 127:1
144:7 191:7
193:20 195:5,7
196:5 201:25
202:4 206:12
206:16 209:22
213:4 227:11
253:13,16
263:12,14
270:16 271:24
272:3 273:7,9
277:17 284:18
284:19 288:14
297:5 300:23
312:5 315:24
316:6,9 317:10
319:3 324:8
326:17 327:16
327:21 328:20
339:25
**events** 14:15,23
27:23 78:17
88:19,20
126:25 205:5
264:16 270:23
287:12 295:4

296:15 298:5
**eventually**
23:19 222:15
247:12
**eveready** 9:1,2
9:11 10:11
11:8 18:19
20:8 26:2
27:20 32:8
44:17 48:25
49:2,6 51:25
57:25 75:15
**everybody**
25:11 84:3
309:3
**everybody's**
307:12
**evidence** 43:7
49:22 83:14
87:3 98:3
160:18,20
161:5,6 170:9
170:12 171:1,3
171:9,13,14
172:10 173:3
173:11,16,25
175:13 179:21
180:14 181:12
182:2,5 183:10
183:23,24
184:2 186:9,18
186:22 187:3
187:10,13,17
188:8,15,17

193:7,25
204:25 255:5
263:13 270:5
270:18 271:5
271:10 282:8
285:18 286:9
286:13 303:3,6
303:14 306:18
308:2,19 309:4
312:18 313:20
314:14 316:10
317:13 318:24
325:1,13
326:21,25
327:3,18,19
328:19,22,24
329:14 332:15
332:22,24
333:15,21
334:22 337:21
337:25 338:10
340:18 341:5
**evidentiary**
337:2
**evolution** 15:10
15:12
**exact** 39:22
110:9
**exactly** 8:12
10:24 37:2,8
59:12 134:15
152:4 153:8
156:20 157:15
178:7 189:9

194:15,19
205:16 221:3
235:16,18,19
251:19 252:5
303:16
**exam** 161:5
168:12,13,17
169:4,5,8
186:18
**examination**
1:15 3:6,15
5:16 98:12
99:8 167:10
168:17 170:11
171:21 174:5
174:17 325:17
345:8,10
**examine** 75:20
**examined** 5:13
168:23 169:5
169:13 170:10
170:14 172:11
187:15
**examining**
68:13
**example** 136:5
235:7
**exceed** 157:22
**excel** 292:8
**excellent** 24:7
222:21
**excelling** 224:8
**except** 3:10 7:5
84:20 207:14

213:25 268:10
297:3 312:16
**exception**
313:19
**exceptional**
84:20,22
**excess** 68:23
222:25
**excessive**
111:12 125:25
**excessively**
138:1
**exclude** 252:21
266:19,23
295:20
**exclusively**
78:4 86:18
105:11 121:1
**excuse** 167:22
305:18
**exemplar** 41:13
41:16,19,21,22
42:1,13 319:4
319:7 320:10
320:13
**exhibit** 7:19,22
107:5,8 112:17
114:10,13
127:18,19
133:9,13
157:24,25
164:22 192:7,9
229:3,9 260:6
260:9 304:4

342:12,15
344:8,9,10,12
344:13,14,15
344:16,17,18
344:25
**exhibited** 77:25
110:22,25
**existing** 329:14
**exists** 136:7
**exothermic**
109:1
**expands** 230:20
**expect** 145:4
215:13 321:18
333:11
**expectation**
200:1 322:4
**expects** 235:16
**expel** 83:17,23
193:21 196:4
197:11 202:7
203:13 204:2,6
207:14,18,23
208:2,6,8
209:18,20
211:16,20
212:6 213:21
213:23 275:3
292:21 319:23
**expelled** 86:10
87:1 170:2
171:14 193:13
194:10 201:4
202:13 206:24

260:18 273:15
290:13 291:1
292:14
**expelling**
268:17 292:13
**expels** 194:5
196:9 197:6
198:5 201:4,14
202:16 214:18
257:14 261:3
290:24
**experience** 34:2
40:17 48:13,17
50:17 57:24
62:15 80:21
86:17 90:14
146:12 157:11
195:4 204:3
272:11 276:16
287:13 289:2
297:5,19,20
**experienced**
66:19 270:22
305:19
**experiment**
320:14
**experimental**
124:5 318:23
**experiments**
28:7 29:5 85:9
203:1
**expert** 1:16
38:20,24 88:25
89:14 92:20

95:23 96:20
97:7,17 129:7
162:23 177:9
209:4 250:15
257:20 306:24
322:18 329:2,2
329:5 330:7
**expertise**
116:18 117:4
117:13 262:21
267:17
**experts** 92:10
97:10 161:8
177:8 307:3,10
307:11 308:15
340:20
**explain** 197:5
232:18 286:15
324:4
**explanation**
230:3 231:2
274:24 275:1
286:23 291:10
**explanations**
284:10 286:19
**explode** 159:19
214:1 215:4
**exploded**
191:15 293:15
**explosion** 72:9
72:11 88:18
90:12 101:11
111:8 125:22
195:21 198:9

209:14 211:4
211:25 270:15
273:1 299:5,8
**explosions**
143:11
**explosive** 195:5
272:3,11,13
**exponent** 96:18
96:19,20 97:10
124:2
**expose** 214:1
214:10,12,15
214:23 215:2
**exposed** 31:20
31:20 33:18,21
39:25 48:16
51:12 126:19
137:20 144:9
144:17,18
205:16,23
207:15,24,25
208:7,12,15
210:8,25 308:7
326:25 327:10
328:4
**exposes** 208:22
208:25
**exposing**
127:16 137:25
**exposure** 31:17
53:14,19
111:12 120:20
121:2 126:14
126:23 138:10

**expulsion**
86:19,22
206:12 207:4
266:12 273:21
274:8 276:18
276:19 278:2
299:11 302:18
**extension** 27:18
**extensive** 164:1
174:4 217:8
**extent** 11:22
38:24 40:10
74:18 109:18
164:11 214:24
215:6 216:7
220:8 271:18
**exterior** 47:24
**external** 13:21
27:6 78:5,9,12
79:17 80:6,10
80:15 81:9
82:14,25 84:6
84:19 86:11,24
87:4 90:4
105:12,24
111:14 121:2
126:20,22
127:10,17
137:24 144:9
201:21 202:1
202:10 203:2,8
204:11 205:8
205:23 207:15
208:25 209:9

210:25 211:10
211:14,20
212:3,3,8,22
224:20 235:5
240:9,19,22
241:20 242:9
242:23 243:8
243:22 244:1,4
245:23 246:4
249:12 255:12
260:20 261:4,9
268:22 269:17
270:2 271:7
288:11 296:4
296:20 297:8
297:21 300:14
300:25 301:2
301:22,23
302:3,22 303:2
308:8 310:5,11
310:20 325:11
325:13,22
326:22 327:9
328:4 329:6
339:1,13 340:3
340:14,18
**externally**
211:8 233:21
**extinguishers**
273:20
**extra**  78:8
**extract**  233:25
234:6

**extracted**
181:12 184:23
**extreme**  144:19
**extremely**  70:4
85:1 122:5
126:1 146:4
200:25 271:24
273:2
**eyes**  35:16
**eyewitness**
255:5

**f**

**f**  345:1
**facilities**  10:9
27:25
**facility**  10:15
10:17 27:17
**fact**  6:25 68:13
95:12 118:5
119:23 131:13
175:20 179:2
181:8 193:25
205:1 210:23
223:15 224:5
238:15 239:24
241:9 251:4,21
255:15 270:21
275:24 293:16
312:16 313:20
329:20
**factor**  46:20
235:21 334:16

**factors**  32:1
121:16 322:21
**facts**  165:19,21
166:9 179:3,20
180:4,8 183:22
255:16
**factually**
140:18 166:7
**fahrenheit**
195:18,23
196:20,24
197:8
**fail**  14:18 85:11
125:6 152:17
204:7 205:12
259:13
**failing**  271:7
310:4
**fails**  81:11
214:18 346:18
**failure**  9:24
10:5 11:4
38:24 53:6,11
53:23 54:3,7
78:8 81:17
82:9 85:8
86:18 102:6,9
103:1 105:15
105:17,19,20
108:23 129:10
153:1,2 205:12
236:14 257:23
259:11 260:8
260:10 263:16

**factors**  271:9 289:21
315:8 325:20
332:4,6 344:18
**failures**  10:8,8
12:14,15,19,24
22:23 105:9
142:11
**fair**  37:11,21
45:17 136:23
**fairly**  37:1
62:18
**fall**  8:11
**familiar**  20:4
34:13,16 62:6
145:6,10
146:18 147:5
151:4 152:14
**familiarity**
115:16,18
**fancy**  54:18
**fantastic**  98:18
**far**  18:3 19:9
45:19 53:25
54:2 79:21
117:18 194:15
194:20 213:12
236:24 256:13
260:18 262:14
263:16,18
278:21
**faraci**  2:3
**farmers**  167:16
**fast**  17:1 60:7
226:22 227:8

[faster - first]                                                      Page 30

**faster**  39:23
  41:8 42:20
  43:23 46:25
  47:6,20 50:1,5
  50:18 51:15
  239:2 300:21
  301:6
**fault**  78:24
  79:18 83:1,18
  105:25 203:20
  208:6 297:14
  337:23
**faults**  78:11
  82:4 83:25
  86:21
**faulty**  111:14
**feature**  154:4,4
  314:16,17
**features**  91:15
  127:8 130:25
  144:23 147:7
**february**  95:25
  99:25 100:7
  166:21 168:1
  168:19 171:20
  177:15 183:18
  188:25
**feel**  25:2 86:2
  112:22 186:21
**feet**  194:13,21
  195:24
**fell**  194:15
**felt**  19:20
  140:22 169:13

**fet**  151:22
  152:16 156:21
**fibers**  200:3,16
**field**  10:7 12:23
**figure**  99:10
  100:10 190:13
  192:14 218:25
  220:1 231:5
  265:5 277:1
  281:11 283:12
  285:8,24 286:3
**file**  185:24
**filed**  4:17
**filing**  3:5
**final**  159:16
  162:20 329:18
**finally**  81:11
**financially**  5:4
**find**  19:25 72:8
  162:23 192:17
  261:22,22
  264:22 307:17
  321:7 323:13
  343:4
**finding**  304:20
  339:4
**findings**  189:16
**fine**  15:7 34:21
  51:3 162:7
  172:24 218:23
  246:4 247:24
  316:3
**finger**  23:12,15
  23:17 118:18

**finish**  63:7
  301:13
**fire**  39:4 76:16
  76:17,18,23
  86:9 88:18,21
  88:23 89:18,24
  90:9,12 92:14
  93:18 95:23,25
  98:24 99:3,20
  100:13 101:10
  101:11 103:19
  107:18 111:8
  113:24 118:24
  123:13,23
  125:22 134:20
  157:25 158:13
  158:14,16,20
  158:20 159:14
  159:15,25
  160:21,22
  162:19,25
  163:10,12,17
  163:20,24
  166:24,25
  167:21,23
  170:4,19
  173:14 183:17
  188:23 189:1
  189:17,20,23
  190:2 199:17
  205:19,21
  207:24,25
  208:7 214:1
  251:13,16,20

  252:1,24 253:5
  253:13 256:6,7
  256:14 257:4,6
  257:9 258:1,24
  259:15 262:3
  262:19,22
  263:7 264:20
  267:7,12,14
  268:2,7,14
  270:11 273:13
  273:19 275:10
  275:17 276:17
  286:25 295:2,6
  295:9 296:7
  306:23 307:18
  307:22 308:9
  308:15,24
  309:7 310:3,5
  316:3 327:9
  329:3,6,18,21
  329:23 330:4,6
  332:4,18
  336:24 337:1
  338:3,6 339:12
  340:7,10,14,19
  340:25 341:2,4
  341:5,6,9,10
  344:13
**fireballs**  295:2
**fires**  93:4
  107:25 143:11
  258:1
**first**  5:12 7:18
  8:24 10:14

21:7 22:23
23:1,1 35:9,10
61:20 62:25
68:5 92:11
107:14 113:12
114:6 118:3
127:21 128:4
134:23 139:12
166:20 179:25
183:19 184:5
200:6 206:4,5
206:11,14
221:19,19,19
226:1 231:4,16
234:12 251:23
282:15 284:12
287:19 297:10
298:15,20,23
298:25 300:7
300:16 301:4
301:19 302:18
303:5,20
309:20 315:10
315:16 320:6,8
320:17 331:3
332:11,11,19
335:1 338:18
**fit**  9:18
**fitting**  30:20
**five**  65:1 88:9
91:3 107:21
183:13,19
184:6,10
188:13 195:23

290:10 341:14
**fixed**  281:17
**fixes**  94:20
**flame**  31:17,20
31:21 32:4,14
71:11,13,18
137:20 207:16
209:1,9 210:5
210:6 211:5
213:6 214:9
**flames**  70:23,25
71:22 256:10
**flammable**
13:13 70:12,14
70:19 71:3,10
71:20,21,24
73:17 74:1,9
109:14 111:7
137:19 159:19
257:11
**flies**  193:19
**float**  221:3
**floor**  191:14
219:22 336:13
**florida**  10:16
27:14 56:19
**flux**  39:22
43:15,24 51:13
**focus**  26:25
29:2 54:20
121:8 164:17
284:21
**focused**  46:12
58:17

**foils**  256:22
**folded**  98:15
**folder**  87:15
95:19,19
**folks**  11:2 39:4
**follow**  153:20
**following**
142:25 296:25
**follows**  5:14
**force**  3:16
195:10,14
212:3 299:3
**forceable**
299:11
**forced**  266:5
300:14 340:13
**forces**  277:25
**foregoing**
343:3
**foreground**
278:11
**foremost**  335:1
338:18
**foreseeable**
147:20
**forget**  10:24
**forgive**  24:24
**forgot**  6:20
330:14 331:6
**form**  3:10 7:6
30:20 38:12
48:23 67:21
79:4 83:6 86:8
97:24 105:10

106:7 118:10
121:5,16
125:11 128:18
131:7 137:8
140:25 143:14
147:13 154:7
156:2 158:20
160:14 161:16
163:4 172:2
173:9 175:9
176:14 177:3
179:17 181:23
182:21 199:21
204:17 212:12
213:9 235:21
244:14 247:16
255:21 276:13
283:16 306:12
311:6 321:22
322:12 325:24
329:10 334:25
338:16 339:6
340:22
**formulated**
23:20
**forth**  11:5
345:9
**forward**  63:17
**found**  169:1
170:2,24 171:3
171:23 172:16
173:7,12,25
174:25 175:6
177:1,11,23,25

178:13,18
179:4,11,14
180:9,16,25
181:5,9,18,20
182:2,5 183:10
183:18 184:1
184:15,21
185:14,17
186:15 187:14
188:7 189:13
190:15,22
191:5,14,16
194:18 206:15
218:20,20
219:22 282:24
294:8,10
304:17,19
305:15,17,18
306:2,2 309:9
317:23 323:11
334:12 337:8
337:15,18
340:20
**foundation**
14:16 213:22
**four** 9:7 52:7
77:23 87:7
88:8 90:7
183:13 201:19
205:4,13,24
294:1,3 296:11
296:17 297:1
297:18 300:2,9

**fp921** 341:1
**fraction** 107:1
201:15,17
232:24
**fragment**
330:19 333:6
334:12,13,15
334:23 335:3,6
335:13 336:12
337:7,16
**fragments**
333:9
**frankly** 29:15
248:20
**free** 25:2
**frequently** 17:5
115:3 157:1
**front** 42:21
71:12 74:3
141:22 273:25
**frt** 160:10
167:18 169:15
**fuel** 71:19
115:3,10,12,23
115:24 116:4
116:19,20
117:4 139:13
139:15,19
152:10,15
193:15 196:6
200:23,24
201:4 256:16
258:10,14
306:9 307:2

**full** 46:10 55:5
64:16 170:5
309:21
**fully** 59:17 64:8
64:10,12,13
67:3 73:13
74:20 81:12
165:6 289:25
**function** 40:7
47:1 147:16
230:8
**functional**
313:17
**functions**
115:25 142:14
142:15,20,22
142:24 143:1,9
143:18,23
144:2,4,24
145:2,17
146:14,15
**furnaces** 28:1
**further** 109:4
308:6,22
345:12
**fuse** 151:17,19
152:17,19
153:12 154:1
154:10,18
156:9,21,25
**fused** 191:14
220:2

## g

**g** 2:4
**gainesville**
10:15,16 11:2
27:14 46:7,9
56:12,16,19
**galler** 89:1,2,16
90:8 97:15,17
97:21 98:2,6
98:11,20,23
100:3,11 169:8
304:13 325:16
326:3
**galler's** 104:9
104:11 278:6
306:4 312:7,14
**garage** 73:23
**gas** 30:5 72:3
73:17,20 74:1
74:9,13 77:14
121:21,22
125:25 195:1,4
197:10 205:11
313:10,12
**gases** 13:12,12
70:11 71:24
73:16 81:6,16
86:7 109:14
111:7
**gauge** 108:7
115:3,10,12
116:4,19,20
313:10,12

**[gauges - go]**

| | | | |
|---|---|---|---|
| **gauges** 115:23 | **generate** 59:25 | **genuine** 113:15 | 27:8,9,15 |
| 115:24 117:4 | 65:22 121:21 | 321:5,14 | 35:19 38:9 |
| 139:13,15,19 | 121:22 205:11 | **getting** 8:25 | 44:6 46:22 |
| 152:10,15 | 223:17,21 | 104:17 155:9 | 49:2 52:18,18 |
| **general** 59:7 | 224:4 226:21 | 182:9 202:6 | 52:19 54:2 |
| 83:17 105:8 | 232:4 235:25 | 234:9 247:2 | 60:15 63:7 |
| 109:23 110:14 | 241:14 251:9 | 259:10,11,15 | 70:3 87:9,19 |
| 116:6,21 | 258:12 289:15 | 266:8 288:24 | 87:25 95:24 |
| 136:16 138:12 | **generated** | 297:12 | 98:6 104:21 |
| 152:22 | 59:23 81:7 | **give** 8:4 44:3 | 112:20 118:13 |
| **generally** 30:13 | 108:25 110:17 | 57:7,8 74:25 | 125:4 127:8 |
| 34:22,23 35:15 | 115:11 226:23 | 75:8 81:24 | 131:14 133:16 |
| 35:21,25 47:10 | 232:14 233:4 | 112:19,21 | 144:5 147:18 |
| 47:13,25 50:11 | 233:20 234:11 | 207:1 230:2,2 | 158:18 162:9 |
| 52:14 53:22 | 235:3 239:9 | 248:7 254:11 | 174:12 175:4 |
| 54:14 55:11 | 240:24 241:21 | 254:14 275:2 | 179:25 182:25 |
| 57:10 59:7 | 242:10,13 | 288:9 303:4 | 191:8,13 |
| 60:10 62:6 | 243:3 256:17 | 318:14,18 | 205:10 206:4,5 |
| 67:1 68:4 69:2 | 264:9 270:12 | 319:4 324:5,8 | 206:9,11,21 |
| 69:9 71:21 | 302:4 | 324:10,16 | 208:17 210:18 |
| 72:22 74:20 | **generates** | 325:13 | 210:18,24 |
| 105:22,24 | 125:24 290:7 | **given** 17:18 | 214:5,13 |
| 106:3,16 110:5 | **generating** | 19:2,10 43:23 | 215:19 221:5,5 |
| 110:8 115:19 | 61:23 193:15 | 64:4 117:2 | 221:17,19,22 |
| 115:20 124:13 | 193:22 197:10 | 345:11 | 222:1 226:17 |
| 126:4 138:18 | 232:9 234:17 | **gives** 156:24 | 236:1,11 |
| 143:18 144:22 | 246:25 | 212:25 230:17 | 239:16 240:12 |
| 145:3 147:6 | **generation** | **giving** 238:5 | 243:22 252:13 |
| 148:21 149:2 | 60:3,5 65:19 | 248:12 | 261:12 263:12 |
| 150:17 195:12 | 81:16 111:18 | **gleaned** 327:5,8 | 265:1 271:1,25 |
| 201:20 235:13 | 195:1,4 227:14 | **go** 4:12 6:9 | 282:10,16,16 |
| 241:10 257:13 | 242:15 | 8:10,14 12:7 | 283:21 284:12 |
| 280:5 289:24 | **generic** 57:8 | 15:6,20 25:12 | 288:8,19,21 |
| 315:25 | 134:17 | 26:5,12,12 | 291:10 292:10 |

[go - graph]                                                    Page 34

| | | | |
|---|---|---|---|
| 294:25 296:12 | 68:20 70:17,18 | 251:9 253:17 | 171:24 172:5 |
| 301:5,5,10 | 70:21 71:15,16 | 254:20 258:11 | 172:18,21 |
| 302:14 303:19 | 75:2,3,4 76:1 | 258:16,17,22 | 173:2 174:24 |
| 315:16 318:17 | 76:11 87:24,24 | 263:11 266:2 | 175:19 176:7 |
| 321:1 324:23 | 93:12 98:8 | 268:16 270:14 | 176:20 181:16 |
| 324:25 328:1 | 104:25 112:8 | 272:8 273:6 | 182:1,12 |
| 329:15 340:11 | 112:10,16,23 | 274:10 288:9 | 186:23 188:5,7 |
| **goal**  15:25 | 113:8 115:7 | 291:18 292:3 | 189:20 190:4,9 |
| 55:12 | 118:17,17 | 292:10 295:8 | 259:2 304:12 |
| **goes**  35:11 | 125:4 126:16 | 295:11 297:16 | 330:10 |
| 65:17 66:13 | 126:21 144:8 | 299:20,21 | **gorbett's**  95:13 |
| 70:20 97:7 | 147:17 149:3 | 301:8,8 303:22 | 163:18 164:2 |
| 116:17 158:8 | 156:25 157:2,4 | 304:3,9 309:17 | 167:4 185:12 |
| 192:23 223:25 | 157:18 159:7 | 313:22 314:10 | 185:16,19 |
| 225:4 227:23 | 162:12 163:3 | 318:12 324:22 | 186:5,10 |
| 243:4 244:22 | 174:10,10,11 | 329:8,12 | 189:15 304:19 |
| 247:12 256:10 | 178:24,25 | 331:18 334:9 | 306:3,5 307:8 |
| 271:14,15 | 180:1 198:9,9 | 341:17 342:2 | 307:22 |
| 273:18,19 | 200:8,10 201:8 | 342:10 | **gotten**  41:13 |
| 288:16 300:16 | 201:23,25 | **good**  4:1 5:19 | 268:15,21 |
| 300:16,20 | 202:13,17,23 | 5:20 67:19,25 | **grade**  196:16 |
| 316:5 | 206:9,10,11 | 69:10 82:11 | **gradient**  223:4 |
| **going**  4:2 6:6 | 209:19 210:3 | 86:4,5 96:7 | 245:22 246:11 |
| 12:1 18:25 | 211:16 215:19 | 104:22 157:12 | 246:11 247:9 |
| 26:1 28:25 | 221:24 222:1,2 | 162:3 259:4 | **gradually** |
| 34:1 35:19 | 223:1 226:7,25 | 322:19 341:15 | 196:25 |
| 39:14 40:23 | 227:1,9,10 | **google**  75:8 | **graduating** |
| 41:8 43:15,21 | 228:3,19 | 76:12 | 9:16 |
| 43:22 44:8,15 | 231:21 232:13 | **gorbett**  95:9,17 | **graph**  227:22 |
| 45:2 46:22 | 237:4 240:16 | 95:22 97:19 | 228:1 229:4,13 |
| 48:21,22 49:1 | 243:18,20 | 98:7 162:23 | 229:24,24 |
| 59:21 60:8,15 | 244:9,25 245:3 | 163:20 164:6 | 232:21 236:17 |
| 63:8,18,19 | 245:17 246:10 | 166:22 167:20 | 238:20 |
| 64:23 67:18 | 247:8 251:3,5 | 169:10 171:17 | |

**graphite** 63:18
67:3
**great** 7:15 9:18
26:1 39:3 82:7
104:16 108:16
226:4 229:23
241:6 333:20
**greatly** 140:19
**green** 281:6,9
281:12
**greg** 95:9
**grocery** 25:13
**ground** 285:15
**group** 9:21
10:2 19:18
169:9
**groups** 191:10
**guess** 28:21
58:4,4,23
82:11 89:20
99:15 103:22
108:4,5 112:24
123:6 124:23
155:4 182:9
249:25 269:9
273:9 278:7
306:4,20 336:6
**guessing** 91:4
**guide** 101:10
**guidelines**
23:10,21 24:1
**guilty** 24:8
**gun** 183:15

**gunshot** 209:19
271:15 272:8
272:15 274:5
275:6,22 276:4
**gunshots**
270:14
**guys** 14:10
258:25 259:1
268:3 338:7

**h**

**h** 5:11 94:23
102:8 260:7
344:6 347:3
**hairspray** 71:6
71:8
**half** 64:11
**hand** 43:25
345:17
**handbook** 82:8
102:2
**handle** 281:9
281:12 283:10
284:8 286:3
**hands** 27:11
29:7
**happen** 56:4
61:16 67:18,24
68:6 69:13,19
120:4 213:3
226:2 252:6
267:12,13
277:16 292:7
292:16,17

298:4,10,13
302:19 319:13
**happened** 9:15
77:21 89:24
203:7 204:9
206:13,13
213:3 252:5,18
252:22 267:10
268:1 275:7
276:10 291:13
291:18 296:6
299:19 303:9
303:10
**happening** 74:7
234:2 286:13
**happens** 68:8
80:17 82:4
152:2 195:13
200:6,21 241:8
241:11 259:14
290:8,21 293:3
302:7
**happy** 18:13
21:20,22 63:10
130:18 134:7
301:11
**hard** 25:1
34:11 36:10
42:9 69:5 75:8
220:18 222:11
**head** 68:23
71:9 87:14
125:15 216:10
216:13 218:9

218:15 226:6
226:11 261:19
330:11
**heading** 331:11
**health** 107:15
**heard** 4:9
183:20 275:13
275:25
**hearing** 209:16
272:4 274:6
275:18 276:7
**heat** 29:22 30:1
30:4,6,7,23,24
31:24 32:6,14
32:20,22,25
33:2,5,5,10,19
33:22 35:2
36:4,7,23 37:8
37:13,17 38:4
38:5,6,8 39:2,8
39:8,13,17,20
39:21,22,23,24
40:20,21 41:2
42:18,19,22
43:8,9,10,14,16
43:19,21,22,24
44:1,21 45:14
45:21 46:5,21
46:21 47:2,3,6
47:7,16,18,19
47:20,23 48:14
48:16,19 50:1
50:3,4,6,11
51:11,13 53:1

| | | | |
|---|---|---|---|
| 55:25 58:2 | 227:1,3,14 | 277:22 279:6 | 224:20 227:19 |
| 59:16,23,24 | 232:4,13 233:4 | 279:10,17,23 | 227:19 232:9 |
| 60:1,3,4,21,23 | 233:12,13,14 | 280:4 283:13 | 240:4,5,7 |
| 61:7,23,24 | 233:15,19,21 | 287:6,23 | 241:4 243:12 |
| 65:19,22 66:15 | 234:10,16,18 | 288:11 289:9 | 243:13 279:11 |
| 72:6 74:17 | 235:3,5,24,25 | 289:16 290:8 | 296:21 300:24 |
| 78:9,12 79:17 | 236:3,5 238:9 | 296:4,20 297:8 | 340:4 |
| 81:9 82:25 | 238:19 239:6,8 | 297:9,11,21 | **heats**   33:6 41:7 |
| 86:24 87:4 | 239:10,12,12 | 300:15,25 | 41:8 47:25 |
| 90:4 105:12,24 | 240:1,2,4,8,9 | 301:3,22,23 | 138:2 221:22 |
| 108:25 109:2 | 240:14,15,19 | 302:4,22 303:2 | **heavy**   42:16 |
| 109:15 111:18 | 240:22,23,24 | 308:8 310:5,11 | **held**   1:16 44:11 |
| 126:20,22,22 | 241:4,5,15,17 | 310:20 325:22 | 105:2,9 162:14 |
| 127:10,17 | 241:19,20,20 | 326:22,25 | 228:22 303:25 |
| 137:24 144:10 | 242:6,9,9,13,15 | 327:9 328:4 | 341:20 |
| 148:24 149:3 | 242:19,23 | 339:2,13 340:3 | **help**   232:18 |
| 149:17 150:11 | 243:3,8,11,14 | 340:14 | 314:1 319:11 |
| 193:13,16,22 | 243:21 244:21 | **heated**   47:22 | 320:15 |
| 195:25 196:8 | 245:1,14,23 | 48:5 202:1 | **helpful**   50:20 |
| 201:21 202:18 | 246:4,7,8,19,25 | 224:15 254:6,9 | **helping**   11:2 |
| 205:8,17,20,24 | 249:11,12 | **heating**   13:21 | **hereinbefore** |
| 206:8 207:15 | 250:9,10,21 | 14:13 29:14 | 345:9 |
| 210:25 211:7,9 | 251:6,10,16 | 31:5,5,8,9,12 | **hereto**   3:3 |
| 211:12,14,17 | 255:13,13 | 32:9,17 33:24 | **hereunto** |
| 211:18,20 | 256:2,17,23 | 43:5 45:17 | 345:16 |
| 212:3,7,8 | 260:20 261:5,9 | 47:24 50:7 | **hewlett**   88:12 |
| 221:15,21,22 | 262:15,16,17 | 55:17 61:3 | **hey**   59:22 69:7 |
| 222:2,7,9,11,14 | 262:25 264:7,8 | 78:5 80:5,6,10 | 131:25 301:7 |
| 222:15,18,21 | 264:19 266:10 | 80:15,17 82:14 | **high**   10:4 16:10 |
| 223:2,10,17,21 | 266:25 267:11 | 84:6,20 86:12 | 17:12 65:9 |
| 224:4,9,12,16 | 267:23 268:7 | 149:2,6,12 | 70:4 72:1 |
| 224:22 225:2,3 | 268:14,22 | 196:8 201:20 | 79:20 83:23 |
| 225:7 226:19 | 269:18 270:2 | 202:6,8,10 | 85:1 120:18,20 |
| 226:21,22,24 | 271:7 277:22 | 203:2,7 211:11 | 138:1 148:13 |

**[high - identical]**                                          Page 37

157:7 197:25
211:17 215:18
230:22 251:2
254:10 272:25
289:9 300:18
**higher**  28:24
200:9 202:9
215:18 246:23
**highest**  8:20
210:6 258:12
**highly**  81:4
109:14 157:3
186:7 310:19
**hit**  22:24 73:1,2
122:14 222:7
257:10
**hits**  200:4
244:16
**hold**  37:25
76:10 96:7
281:24
**holds**  246:14
**hollowell**  1:5,6
1:7
**home**  9:21
185:23
**honest**  248:8
**hope**  172:21
**horizontally**
232:20
**horn**  1:16 4:16
5:19 50:16
229:1 304:4
341:24 343:12

344:3 346:5
347:2,24
**hot**  13:11 14:8
14:12 26:18,20
30:1,14,15
31:3 45:19
61:8 73:15
193:20,24
194:4,4 196:5
196:10 198:4,6
198:23 199:6,7
200:3,4,5,22,25
201:1 203:15
203:16,23
222:13 252:8
269:19 280:6
280:18 283:7,9
285:3,16,17,23
286:16 324:11
332:7
**hotter**  202:17
206:11 223:9
226:16 239:22
239:23
**hour**  228:12
**hours**  342:1
**house**  76:16
92:19 187:22
252:23 253:9
273:19 339:21
**housing**  47:12
50:10 271:21
**hp**  1:10 2:9
4:17 41:16,21

41:22 88:25
89:14,18,25
90:8,10,13,17
91:16,17,19
92:20 93:20,23
94:15,15,22
95:24 97:17
113:14,17
129:16 130:6
133:22 134:1,2
134:17,24,25
135:24 136:18
139:10,22
140:21 141:2
142:6,19 151:5
152:11,15
155:24 156:3,3
156:8,13
157:16,17,21
159:17 160:21
162:23 163:20
166:22 167:8
167:11,20
169:7 174:23
181:17 182:13
184:24 189:10
189:25 307:11
312:25 320:22
320:23 321:5,9
321:13,14,17
321:19 322:6,7
332:4 346:4
347:1

**hp's**  156:14
175:18 190:4,9
**hp00398**  158:4
**hp00410**
158:10
**hp01378**
133:20
**hps**  91:10
**huge**  12:25
127:23
**huh**  49:4
**human**  322:20
**hundred**  6:11
**hundreds**
73:11 123:25
123:25 145:11
146:5 257:25
258:4 272:7
**hurt**  210:1
**hypothesis**
159:16 162:20
162:21 317:9
328:22 329:13
329:16,17,18
330:3,5,8,10

**i**

**idea**  13:3 100:6
104:22 162:4
216:22,25
258:10
**identical**  41:25
320:12 322:9

**identification**
7:23 107:9
114:15 133:14
158:2 192:11
229:11 260:11
342:14,16
**identified**
107:18 169:3
169:20 283:11
316:17 332:25
336:2 340:8
**identifies** 334:4
**identify** 218:21
315:12 316:1,8
316:20 319:11
335:2
**identifying**
315:9 318:6
**ieee** 152:23
153:7
**ignite** 61:9
73:20 74:12
258:17
**ignited** 159:20
309:5 330:21
332:8
**ignites** 74:5
288:13
**igniting** 74:2
**ignition** 71:4
71:17 111:7
137:21 144:18
190:1 191:25
194:6 201:10

306:7 309:14
336:23 337:10
338:5 339:18
**ignoring** 251:4
**image** 54:24
**images** 160:17
**imagine** 48:3
133:6
**imbalance**
119:18,20
143:4
**immediately**
321:19
**impact** 38:4
40:20,24,25
41:6
**imparted** 278:1
**imperial** 75:13
**impingement**
32:4,15 207:16
**impinging**
31:21 245:24
246:5
**implemented**
93:25 94:20
153:9,10
**implication**
140:20
**implications**
137:16
**imply** 186:20
273:14 321:14
**implying**
182:24 183:2

**important**
19:22 59:18
63:21 135:17
141:13 146:7
186:21 198:18
207:11 275:23
**impose** 251:11
**imposed** 78:9
**impossible**
160:2 204:10
269:15 272:20
**improve** 16:22
16:23
**improved**
16:16 17:15
23:23
**improvement**
16:7
**improvements**
15:15 16:17
**incapsulating**
86:4
**incident** 241:16
255:6,9 274:19
308:24
**incidental**
339:4
**incidents**
107:19 108:3
**include** 95:13
103:10,15,16
108:19,20
112:3 120:7
133:1 187:3,8

305:9 332:5,9
**included**
133:11 169:10
173:16 328:11
**includes** 153:25
**including**
160:21 171:5
189:10 209:16
245:2 272:4
**inconsistency**
59:10
**inconsistent**
113:15 163:22
337:22
**incorporated**
35:22 91:15
115:4,10,12
121:15,18
122:20 212:15
**incorrect**
106:15 139:23
185:5
**increase** 109:3
150:11 227:18
236:7 239:1
247:7 249:8,18
262:17
**increased**
17:21,23
252:24,24
**increases** 60:2
60:3,4 66:3
73:10 109:4
225:14,19,20

227:20

**increasing** 59:3

**incredibly**
126:24 271:23
274:15,16
276:22

**independent**
312:19

**independently**
303:15

**indicate** 232:7
235:12 304:21
334:3

**indicated** 168:6
185:17 193:7
239:1 321:9
330:19

**indicates**
168:11 205:6
238:21 242:12
257:19

**indicating**
132:25

**indication**
116:9 198:19
280:23 318:15
318:18 324:9
324:11

**indications**
177:21

**indicative**
310:3

**indicator** 86:23

**individual**
42:12 52:1
119:22 313:21
313:24 314:2
314:13,22
322:21

**individually**
1:4

**individuals**
166:23

**industries**
141:12

**industry** 13:1,2
14:5 16:3,3
21:10 23:6,9
23:13 24:1
26:14 59:11
63:17 65:5,10
84:2 86:17
114:24 128:22
129:9,24
130:22 131:11
131:17,23
132:12 208:4

**inevitable**
275:19 276:1

**information**
8:2 49:11
108:13 135:17
165:17 167:3,6
168:2 173:23
175:5 178:12
234:1,7 303:3
324:6 326:10

326:14 327:5,7
327:13,25
339:11 344:20

**informed** 20:16

**informing**
19:17

**infrared** 30:8
32:23 54:17,19

**inherent** 103:2

**inherently**
122:19

**inherit** 123:21

**initial** 163:11
178:11,14,16
249:18 329:18
330:4,6,18
332:2

**initially** 124:24
138:8 218:9
226:14 243:24
245:22 246:13

**initiate** 257:4
328:20

**initiated** 170:3
170:19 183:17
315:24 316:11
317:10

**initiates** 300:23
316:6

**initiating** 256:4
284:12 315:9
315:13,19
316:8,10,11,18
316:20 318:1

319:12 320:16
323:10,14
324:1 326:17
327:16,21

**initiation** 174:3
251:15 337:1
339:25

**input** 19:9

**insert** 220:22
220:22,24,25

**inserted** 34:9

**inside** 55:9
68:12 77:2,2
80:13 109:1
121:22 178:13
181:20 198:7
201:18 202:6,8
203:16 220:10
220:11,19
223:6 234:2
238:10 246:6
316:5

**inspected**
187:25

**inspection** 95:8
95:16,21 97:14
97:22 98:3
160:9 164:10
166:20,21
167:13 173:18
174:1 175:16
177:15,16,24
183:25 184:3
187:7,11,16,18

[inspection - investigation]

187:22,23
188:13,17
304:9 305:8
326:3 332:23
334:2,6
**inspections**
166:17
**inspector**
188:24
**installed**
113:23 118:23
221:8
**instance** 14:22
15:19 24:20
35:24 63:13
105:21 150:21
**instances** 93:24
**instant** 42:3
80:24 119:13
123:2 135:12
164:18 170:18
171:15 172:8
178:5 181:4,14
184:4 308:21
309:6 335:8
336:18 338:11
**instantaneous...**
193:18 206:9
**instructed**
176:5
**instruction**
176:9
**instrument**
115:2,9 127:20

128:5 129:4
131:18 132:7
**instruments**
114:11,13,22
117:5,16,24
128:24 131:21
132:24 139:24
140:1,3,5
141:4,15 142:4
344:10
**insulated** 50:10
227:2
**insulation**
37:18 48:6
86:3
**insurance**
167:17
**intact** 111:4
190:25 206:1
257:15 291:8
325:7,10
326:23 327:24
**intended** 150:9
**intent** 10:21
20:12
**intentional**
13:22
**intentionally**
13:23
**inter** 22:18
30:22
**interested** 5:5
188:5,10,11,25
345:15

**interior** 170:23
178:17 179:10
**internal** 13:17
13:25 69:20
74:17 75:25
77:19 78:10,17
79:1,14 80:2,3
80:5,17,22
81:8 82:3,4,24
83:18,24 84:5
85:7 86:20
105:25 111:13
111:17 148:25
190:21 191:4
201:16 202:4
203:7,12,12,14
203:20 204:7
204:12,14
205:6 207:3,5
207:14,18
208:6,8 211:2
211:4,24 212:7
212:19 213:4
216:3,17,17
222:18 240:8
240:25 241:25
242:6 243:3
245:3 247:7
254:1 260:22
271:8 273:22
297:12,14
299:12 300:24
316:13 317:22
325:20 335:25

337:23
**internally**
225:7 247:4
**international**
90:22 91:6,23
102:16 125:18
**internet** 4:7
**interpose** 238:5
**interpret**
139:16 156:14
293:1
**interpretation**
235:2 311:3
**interprets**
157:16
**interrogatories**
94:10
**interrupt** 69:16
121:24 122:20
**interruptive**
121:15,18
**introduced**
22:25
**introductory**
107:13
**intrusion** 85:19
**inventing** 132:7
**investigation**
91:20 92:14
93:4 95:24
158:14,20
159:15 190:6
329:19 332:3
334:18

**investigations**
93:18 101:11
**investigator**
95:23 103:19
162:19 163:21
163:24 167:23
330:6
**investigators**
99:25 158:13
159:14 167:15
167:16,17,18
171:19 173:14
181:19 218:19
330:4 338:4
**involve** 87:23
89:19
**involved** 11:20
12:5 17:25
18:22 20:14
27:11 28:14
29:6,7 36:3
38:16 50:23
87:11 89:3,16
90:8,11,17,18
91:7 96:2,5
116:11 134:20
156:18 160:22
326:4
**involving** 91:10
107:19 135:1
**ion** 10:13,18,25
11:9,21 12:19
12:24 14:17,21
15:8 18:20

19:11 21:7
23:1,2 24:12
24:16 25:23
26:3 29:1
37:14 49:7,10
49:14 58:13,18
59:16,17 60:9
60:18 62:19
63:1,2,2,14
66:20 67:7,11
70:14 75:19
102:17 105:10
107:20,25
108:17 109:22
112:1 117:7
121:10,20,21
204:21 208:5
213:15 238:16
241:11 258:1
267:23 290:1
293:20 336:1,3
336:15 338:20
338:23
**ions** 28:6
**ir** 33:12 40:2,5
**ish** 202:15
224:3
**issue** 108:1
119:21 121:9
122:22 123:4
126:12,13,13
128:21 129:13
129:23,25
130:7 132:19

138:19 142:10
144:14 149:14
154:13,24
155:3,6,20,24
156:7,10,11
157:5 164:19
166:1 285:6
308:21
**issued** 165:14
165:22 166:8
183:14 304:24
305:3
**issues** 22:8 23:3
27:22 94:18
108:16 143:20
144:13 156:5
165:23 184:20
**it'd** 201:17
221:19
**item** 97:16
169:12 218:10
218:11
**items** 95:10
98:10,13,20
99:1,7,11,13
100:16,21
133:24 168:22
168:25 169:3

**j**

**jackie** 7:9 49:3
162:2 176:9
**jaclyn** 2:8
346:1

**january** 100:15
100:17
**japanese** 14:5
**jeff** 159:1
**jersey** 1:25
**jessica** 1:6 2:13
**jls** 1:2
**job** 1:23 226:4
**joe** 322:20
**josh** 2:5

**k**

**karasinski**
103:13 171:17
172:25 174:1
174:14 175:11
179:7,21
180:13 181:18
182:2,4,16
183:3,9 184:10
186:14,24
188:12,23
189:6,11
304:25 305:3
334:4 336:25
337:9
**karasinski's**
169:20 172:9
172:13 173:21
174:21 176:21
178:3 182:17
262:7 330:18
331:2 332:2
336:11 342:12

344:15
keep 7:3 18:13
21:19,21,21
29:8 116:1
118:17 150:9
174:10,10
189:3 231:13
241:1 258:10
301:7 341:25
keeping 109:21
155:8 233:9
kendrick 2:7
346:1
key 23:7 33:10
59:15,15
334:15
keyboard
220:25 221:13
221:18 222:9
223:8 245:14
245:25 250:23
251:14,17
252:14,18,22
253:3 255:10
255:17 264:1,5
265:8,10,17
266:22 267:10
267:20 268:6
268:25 269:12
269:12,20,24
277:5 278:15
keys 278:9,11
278:17,19

kick 62:13
kicked 62:13
kind 14:20 23:6
35:14,23 55:16
55:20 62:12
71:15 78:24
125:21 154:9
171:10 196:13
198:2 201:18
230:16,20
231:18 256:22
270:15 271:8
288:13 289:20
333:14
kinds 55:22
207:22
knew 130:23
280:20
know 12:22,22
12:23 13:3,14
13:16,18,20,21
14:12,17,17
16:2 17:19,23
18:5,5,5 19:3,3
19:13,20 21:10
21:11,12,15,16
22:12 23:14
24:7,21,21,24
25:10,15,20
26:10,12,12,18
26:20,22,23
27:1,20 28:1,4
28:22 29:16,21
29:21 30:16

32:5,5,21,22,25
33:3,21 34:5,5
34:23,24,25
36:12 38:14,16
38:21 39:6
40:10 41:1,17
45:8,9,19,19
47:13,15,22
48:4,5,21 49:9
49:18 50:14,14
52:14,16 53:5
53:11,12,17
54:6,23 55:22
56:20,21 57:6
57:10,16 59:22
60:12 63:14,15
67:5,6 68:12
69:25 71:5,11
71:18,19 73:10
75:22 76:20,24
78:3,8 83:11
83:11,13 85:6
85:18,21,23
86:13,14 89:1
89:2,7,10,15
94:14,16 96:15
96:22,23 97:10
99:2,23 100:9
100:13 102:24
102:24,25,25
103:2 104:17
108:6,6,7
109:22 110:12
110:15 111:4

111:24 115:10
115:19 116:16
116:17,25
117:18,19,22
119:22 120:13
120:17 122:24
123:1,8,24,25
124:10 125:13
126:5,7,17
127:12,13,14
127:15 129:13
129:17 130:2
130:12 131:4
134:8,10
135:25 136:1,2
136:3,5 137:11
137:18,20,24
138:1,3,6,7,9
138:10,11,14
138:14 140:16
141:23,23
142:8 143:21
144:6,15,16,16
144:17,23
145:20,21,23
145:24,25
146:2,3,6
147:16,18
148:6,8,22,23
149:1 151:24
152:24 153:2
154:21 155:3
156:22 157:1
157:16 158:18

**[know - lange]**

| | | | **l** |
|---|---|---|---|
| 159:10 160:25 | 240:14 241:9 | 313:19,24 | **l** 3:1 103:18 |
| 161:4,8 163:7 | 246:2 247:11 | 314:6,15 | **lab** 97:13 |
| 163:7,8,9,11,11 | 247:19 250:22 | 315:18,22,22 | 168:12,13,17 |
| 163:13,13,14 | 251:7,9,18,18 | 315:23 316:2,5 | 169:4,8 304:9 |
| 163:14 165:25 | 251:22 252:2,4 | 316:14,15,16 | 305:8 334:17 |
| 168:25 169:2 | 252:5,17 | 317:3,4,8,8,12 | **label** 194:3 |
| 169:21 173:6 | 253:17 254:8 | 317:15 318:2,5 | **labeled** 187:13 |
| 173:17 178:6 | 254:15,16 | 318:7,19,22,23 | **labels** 322:9 |
| 183:8,13 187:9 | 255:4 256:20 | 318:24,25,25 | **laboratories** |
| 188:13 193:25 | 257:1,22 258:6 | 319:3,4,6,15,17 | 102:12 |
| 194:2,15,17,20 | 258:24 259:17 | 319:19,21,25 | **laboratory** |
| 197:16,17,18 | 261:14 263:5,8 | 320:1,1,12 | 97:18,20,22 |
| 199:25 200:7 | 263:19 264:13 | 321:24 323:17 | 98:4,11,12,24 |
| 201:22,23,24 | 264:16,17,18 | 323:17 324:2 | 98:25 100:1,2 |
| 203:16,22 | 267:19,19,19 | 324:17 326:5 | 168:23 169:14 |
| 204:19 205:20 | 267:21,22,24 | 328:14 330:9 | 174:16 187:23 |
| 206:6 207:1 | 269:3,6 270:7 | 332:22 333:11 | 188:1,9 206:6 |
| 209:3,15,25 | 270:22,24 | 333:13,16,17 | 233:25 325:17 |
| 210:20 211:13 | 272:17,19,23 | 333:23 335:8 | 334:10,21 |
| 212:16 214:4 | 276:14,15 | 335:21,23 | **labs** 15:3 |
| 214:16 215:4,9 | 278:1,1,4,19,20 | 336:10 338:8 | **lack** 93:19 |
| 216:9 218:3 | 284:9,20,21 | 341:10 | 316:15 |
| 220:13 221:5 | 286:23 287:1,3 | **knowing** 83:4 | **lacked** 118:7 |
| 224:6,7 225:17 | 287:4,5,7 | **knowledge** | 130:24 |
| 225:18 226:6 | 293:4,22,24 | 9:17 28:5 | **lacking** 133:4 |
| 226:12,13,14 | 295:12,13 | 103:3 171:9 | **lake** 15:3 27:17 |
| 227:2,9,9 | 296:22,22 | 174:16 181:13 | 56:18 |
| 230:10,11,14 | 298:9,16 299:7 | 184:3 269:15 | **landed** 195:24 |
| 231:3,21,22,25 | 299:18,21 | 302:25 335:4 | 198:23 280:21 |
| 233:8,9,24,25 | 301:9,18 | 335:12 340:8 | 281:16 283:6 |
| 235:18,23 | 302:17,21 | 343:5 | **lange** 2:3 |
| 236:8,21 | 306:15,15 | **known** 247:6 | |
| 237:17 238:15 | 309:13 311:7 | **knows** 84:4 | |
| 238:16,17 | 312:8,21 | 251:19 320:7 | |

[language - listing]

language 245:6
  245:20
laptop 17:9,11
  17:13 22:25
  23:2,14 41:11
  52:9 89:18
  90:13 134:19
  135:1,5,12,16
  135:24 139:21
  160:10,22
  189:25 190:14
  190:15 191:16
  221:12 222:8
  222:24 244:8
  244:11 245:13
  264:23 265:6,9
  308:23 311:4
  329:20 338:15
laptops 34:10
  106:16,22
large 108:18
  134:6 145:21
larger 52:13
  68:21
largest 9:12
larson 250:1,5
lasted 303:5
lasts 146:2
late 9:12 17:24
  22:14 23:25
  96:12,14,15
  129:20 130:4,7
  130:25 132:19

lay 35:16
layer 35:10
  251:16 252:25
  262:15,17,25
  264:8 266:10
layers 243:23
  244:23
lead 101:7
  109:13 111:7
  111:17
leading 109:3
  114:22
leads 85:25
  187:1
leakage 137:12
  137:13
leaked 144:10
learned 57:13
  132:16 166:7
  174:21 179:6
  184:6 185:3
learning 34:3
leave 147:21
leaving 138:2
  200:23
led 10:1 113:25
  118:25
lee 92:19 94:7
left 45:24
  252:23 282:5
  286:4
legal 4:23 5:1
  346:23

legs 228:16
length 16:23
  17:15
level 8:20 19:21
  28:24 29:11
  46:7,9 52:25
  53:9 70:4
  116:10 121:23
  123:5 147:3
  215:9 233:2
  239:7 244:10
  245:1,14
life 16:15 63:8
lifespan 15:22
lifetime 21:11
  21:12
light 32:24 61:4
  179:12
lighting 61:2
lightweight
  159:20
likelihood
  251:2 325:11
likely 199:23
  218:17 257:3,8
  258:16 260:19
  261:4,7 269:6
  277:16 279:10
  279:19 296:19
  296:23 323:10
liking 248:14
limitation
  165:10

limitations
  164:23
limited 126:5
  143:12 305:20
limiting 48:24
limits 66:7
line 31:4,7
  32:19 33:2,11
  36:6 40:22
  192:23 222:2
  232:18,24
  301:11,14
  347:4,7,10,13
  347:16,19
linear 230:13
lined 36:16
linens 337:11
lines 262:8
list 87:6 90:24
  95:8 97:13
  98:8 100:21,24
  101:1,6,9,24
  102:11 103:25
  133:11,16
  168:12 310:13
listed 92:24
  94:24 99:13
  143:21 156:4
  159:5 163:19
  165:19,22
  179:9 217:15
  305:11
listing 99:11

lists   143:1
literally   257:25
literature   82:1
   84:14,16
   124:19 216:23
lithium   10:12
   10:18,21,25
   11:9,21 12:19
   12:24 13:5,5,8
   14:17,21 15:4
   15:8 18:20
   19:11 21:7
   22:16,17,17
   23:1,2 24:11
   24:16 25:22
   26:3 27:18,21
   28:4,6,25 29:2
   29:18 37:14
   49:7,10,13
   58:13,15,18
   59:16,17 60:9
   60:18 62:19
   63:1,2,2,14,20
   66:20 67:4,7
   67:11 70:14
   75:19 102:17
   105:10 107:20
   107:25 108:17
   108:24 109:22
   111:11 112:1
   117:7 121:10
   121:20,21
   204:21 208:5
   213:15 238:16

241:11 258:1
267:23 290:1
293:20 335:25
336:3,15
338:20,23
litigation   87:6
little   8:7 11:7
   30:21 31:15
   34:3 54:4 59:9
   64:24 65:1
   68:21,22
   202:24 206:10
   228:11 232:17
litzinger
   192:16 193:6
litzinger's
   192:8,9 344:14
liu   342:15
   344:16
livingston   1:25
llp   2:3
load   17:19
   117:2 256:23
   256:24 258:18
   258:19 287:6
loaded   116:13
local   25:13
   264:12
located   332:8
location   187:14
   202:22 206:20
   310:13 334:14
locations
   305:18 310:2

log   229:18,21
   230:3,4,17
   232:16
long   14:10,11
   21:12,14 38:17
   46:1 79:6
   98:14 99:23
   119:21 122:13
   199:12 214:5
   226:21 227:10
   234:3 240:16
   241:24 242:25
   243:1 251:15
   291:10 303:4
longer   15:22
   60:11 117:1
   280:3,4 301:1
longevity   146:7
look   12:10
   19:24 27:4
   28:10 31:13
   53:19 76:3
   83:8,16 86:9
   107:13 118:4
   131:25 134:22
   136:25 144:6
   146:25 160:20
   160:23 161:21
   164:14 166:13
   177:7 183:22
   185:11,20
   192:6 200:7
   204:24 208:20
   209:6 229:6,8

230:21 231:5
236:19 237:16
240:13 251:25
255:4,6 259:9
262:2,6,14
263:13,15
264:24 265:2,4
265:16 266:21
268:5 271:4,10
276:25 278:25
280:24 292:6
330:24
looked   41:15
   41:23 57:22
   90:10 92:4,13
   92:17 95:10
   98:20 100:2,3
   100:11 101:17
   101:19 103:7
   134:12 135:13
   136:6,8,12,17
   152:9 158:15
   159:8,9,11
   160:8 161:11
   162:22 216:15
   229:7 238:25
   251:24 263:14
   283:2 307:7
   327:1
looking   5:25
   8:18 11:22
   14:14 18:25
   26:18 28:6
   30:11 34:2

| | | | |
|---|---|---|---|
| 35:12 36:18 | **loud** 209:18,22 | **maintenance** | 151:6 272:15 |
| 37:10 39:6,7 | 271:24 272:5 | 73:24 | **making** 11:16 |
| 45:14 52:12 | 273:2,6,9 | **major** 108:1,23 | 291:11 |
| 65:24 82:18,21 | 274:5,7,7,10,16 | 110:13 | **management** |
| 89:6 91:14 | 274:20,21 | **majority** 64:23 | 18:1,4,9,12,22 |
| 116:12 124:13 | 275:13 276:3,6 | 80:19,22 106:3 | 19:1,19,22,23 |
| 124:15 135:22 | 276:22 | 106:10 107:2 | 20:14,15 21:2 |
| 162:18 163:13 | **love** 341:24 | 201:5 261:8 | 24:4 40:19 |
| 164:16 205:1 | **low** 17:8,9,11 | **make** 18:16 | 53:23 68:15,19 |
| 227:8 231:6 | 156:23,25 | 21:17 25:6,9 | 115:4,16,21,22 |
| 234:7 237:1,1 | 157:1 230:21 | 32:18 34:15 | 118:1 139:16 |
| 237:3,17 | **lower** 30:2 | 41:18 48:23 | 139:21 151:10 |
| 263:18 269:11 | 126:17,17 | 63:8 69:4,5 | 218:4 312:3 |
| 284:25 285:21 | 198:16 230:15 | 100:14 105:14 | 319:19 |
| 314:25 328:11 | 253:1 286:21 | 118:13 120:19 | **mankoff** 2:5 |
| 328:21 | **lowest** 64:16 | 123:18 126:21 | **manufacture** |
| **looks** 233:3 | **luckey** 159:2 | 133:17 137:23 | 13:23 20:9 |
| 320:11 | 167:22 | 138:7 146:1 | **manufactured** |
| **loss** 223:1,10 | | 149:13 150:12 | 10:7 63:15 |
| 225:3 243:15 | **m** | 156:25 157:7 | 66:21 322:8 |
| 243:20 316:24 | | 157:12 163:4 | **manufacturer** |
| 317:1 | **m** 168:7 | 165:18 190:12 | 128:3 |
| **lost** 323:4,5 | **made** 28:23 | 193:9,11 | **manufacturers** |
| **lot** 13:20,21 | 99:24 100:7 | 194:19 209:25 | 23:18 128:14 |
| 14:7,7 15:18 | 117:5 143:19 | 213:1 224:19 | 140:8 |
| 22:15,16,18 | 170:18 196:13 | 230:25 239:19 | **manufacturing** |
| 23:12,14 24:1 | 199:16,24 | 248:16 253:2 | 9:24 10:9,12 |
| 29:16 39:13 | 218:18 276:21 | 262:15 281:25 | 10:17,20 11:3 |
| 50:15 54:5 | 283:11 292:9 | 291:23 301:17 | 11:15 12:12 |
| 55:22 65:8 | 293:5 312:11 | 310:24 325:19 | 56:18 316:13 |
| 102:25 103:2 | 313:8 336:19 | 331:25 335:2 | **map** 55:16 |
| 156:19 163:12 | **magic** 152:2 | 339:15 | 177:20 |
| 223:9 227:1 | **magnitude** | **makes** 41:7 | **marcellin** 1:3 |
| 257:1 | 230:11 | 82:2 115:2 | 4:16 92:18 |

251:21 252:19
253:4,10
255:11,18
268:8 273:10
275:7 291:13
294:24 346:4
347:1
**marcellin's**
272:12 292:24
293:9
**marcelo**  2:14
4:22
**marg**  54:1
**margin**  54:5,6
148:23 156:24
157:8,14
**mark**  192:7
259:21 283:20
**marked**  7:19
7:23 107:5,9
114:10,15
127:18,19
133:9,14
157:24 158:1
192:10 229:1
229:10 260:6
260:11 342:13
342:16 344:23
**market**  22:24
127:24 141:19
**marketing**
129:3 131:24
131:24 132:4
140:11,13

141:8,14 142:2
**markings**  262:8
321:8,25
**marks**  282:4
**marriage**
345:14
**martin**  61:14
103:12 104:2
166:1 250:1
305:1,3 309:19
315:7,22
316:20 317:6
320:1 326:15
330:2 337:24
**martin's**  104:4
104:6
**mass**  43:17,20
43:23 44:2
47:4,7,10,11
201:6,7 202:24
257:1 316:23
316:25 317:1
317:17 318:16
323:1,7,18,23
323:24 324:7
325:4
**match**  61:3,3,4
61:7 71:11
288:10,11,12
288:13
**material**  11:23
11:25 37:18
41:5,6 63:24
73:5 86:3 92:1

103:4 140:13
159:20 171:14
172:15 186:15
199:16 207:5
220:2 223:11
225:4 281:17
290:4,20 309:4
309:9,13
318:10 332:7
332:18 333:17
338:25
**materials**  5:25
8:21 9:20,23
10:3 11:23,24
11:25 15:16
35:25 38:20,21
40:9 41:9,10
48:7 49:21
51:17 63:22
73:14,16 76:5
92:3 97:19
103:8 110:16
133:11,17,25
159:6,21
163:19 168:18
169:9 171:21
179:13 183:25
217:16 237:25
260:1 305:12
317:2 318:7,21
**matter**  4:16
97:9 235:21
282:21 345:15

**matterport**
168:7 262:2
**matters**  258:8
**maximize**
21:10
**mckay**  1:6 2:13
**mean**  12:22
15:13 22:21
26:10,16 27:13
31:10 32:11,21
33:4 36:13
38:21 40:23
41:1,5 42:24
51:4 53:16
55:11,15 59:13
69:8 72:15
79:23 81:24
82:19 84:23
85:13,15 92:24
93:9 108:4
112:6 116:5
118:6 124:23
125:2 129:2
134:4,5 136:1
136:2,3 141:13
141:14,19
145:8 148:11
150:22 151:18
151:19 154:9
154:10,20
165:23 173:10
176:3 193:1,1
193:3 194:15
196:21 204:23

206:3,5 221:2
236:18 237:7
242:18 248:23
254:8 272:20
278:16 283:17
291:25,25
305:10 309:12
312:16 315:16
315:20 316:24
317:5 319:25
321:3,24
335:17
**meaning**  53:8
311:23
**means**  60:14,14
88:3,5 146:25
176:17 253:11
256:1 314:2
315:19
**meant**  235:12
305:9 311:19
**measure**  54:21
65:21 70:7
75:24 85:10
124:10 233:19
324:16
**measured**
29:10 64:17
75:13 262:8
**measurement**
55:4 194:19
317:17 323:2,8
323:18,23,24
324:7,17 325:4

**measurements**
65:9 70:3
171:11 316:23
**measures**
151:25
**measuring**
48:13,18 68:14
230:6 263:20
**meat**  67:7
**mechanical**
111:16 266:5
266:11 277:25
278:21
**mechanism**
33:3 81:4
106:1 126:1,24
151:5,8 152:5
**mechanisms**
20:18 22:9
37:9 110:4
**media**  4:14
**meet**  136:22
139:12
**meeting**  11:17
**melt**  74:19
76:18,22 199:8
199:12 251:17
279:23 283:7
283:10 284:8
285:3,16,18,23
286:16 287:6,7
**melted**  75:21
198:20,24
199:2 253:3

255:10,17
280:19 281:7,9
281:17 286:2
**melting**  73:13
74:22 75:4,17
75:22 76:25
77:1,6,6
199:10 200:2,6
200:8,13 246:3
250:22 251:14
252:14,22
264:4,14
281:22 282:9
286:21 290:2
**melts**  76:7,9,13
**memorized**
213:12
**memory**  45:9
75:3 134:13
216:11 217:8
217:11,19
226:4
**mention**  272:17
274:17 276:10
**mentioned**
20:20 91:23
175:13,14
212:18
**mentions**  261:3
275:18
**metal**  22:17
36:6 40:1
42:21 43:22
196:13 222:10

254:6
**metallur**  9:9,10
9:14,19
**metallurgical**
8:21 9:16
**method**  32:17
**methodologies**
82:8 102:9
236:14 260:7,9
344:18
**methodology**
29:8 334:20
**methods**  29:14
32:9
**microprocessor**
115:2,25
**mid**  130:1,1
132:19
**middle**  138:4
304:7
**mill**  67:7
**mind**  109:21
182:15 233:9
241:1
**minimal**  31:3
**minimize**  13:14
**minimizes**
21:18
**minimum**
116:8 263:9
264:3
**minor**  47:13
91:5

**minute** 26:25
65:24 78:14
180:2 226:7
232:20,25
233:6 234:14
237:19 238:23
243:6 247:12
247:13 249:10
259:20 300:17
**minutes** 6:20
228:13 341:14
**mischaracteri...**
183:5
**mischaracteri...**
248:2
**misrepresent**
131:10
**misrepresent...**
185:8
**misrepresents**
185:6
**missed** 271:16
272:9,10,16
**missing** 278:17
**misstatement**
140:1
**mist** 70:1
**misunderstood**
208:9
**misuse** 138:10
215:2
**misused** 13:17
**mixed** 74:10

**mixture** 71:19
71:21 73:17,20
74:13
**mobile** 24:15
**mode** 26:8 32:6
315:8
**model** 113:17
321:13,17
**modes** 51:22
**moisture** 85:20
**money** 145:25
**monitor** 313:1
314:12,19
**monitoring**
54:12 312:19
312:20 313:21
**monitors** 315:1
**month** 166:24
**months** 159:10
**morning** 4:2
5:19,20
**morning's**
105:7
**motion** 261:25
**mouthful** 14:19
**mouths** 68:7
**move** 51:6
57:20 104:16
184:19 185:7,8
217:20 336:7
**mt** 1:24
**multicell**
300:13

**multiple** 56:1
86:25 97:10
127:21 213:13
254:19 266:20
270:21 274:20
299:20 310:12
**multipoint**
153:2
**myer** 96:21
**myers** 96:22,23
97:1 104:12
258:24

**n**

**n** 2:1 3:1 5:11
5:11,11 344:1
345:21
**nail** 14:3,7
**name** 4:22 5:21
19:24 103:18
278:8
**named** 101:1
101:25
**narrative** 158:9
158:12,23,24
163:1,23
**national** 101:10
125:18
**nature** 9:6
10:10 16:11
116:15 126:8
138:6,11
263:22

**navigate**
157:10
**near** 34:4
159:17 192:22
265:22
**nearby** 71:18
190:22 191:5
**nearly** 54:18
280:6
**necessarily**
119:10,21
120:10 145:18
197:8 269:3
299:7 327:2
**necessary** 10:4
**necrosity**
198:14
**need** 8:6 18:12
19:4,5,6,6,7
62:23 85:8
118:4 209:17
224:20 237:12
239:15,21
324:23,24
328:18,19
**needed** 17:16
56:3 161:3,12
224:14
**needs** 21:17
146:20
**negative** 63:19
63:24 120:1
**neglected** 312:1

**neglecting**
223:14 239:24
**never** 11:8
35:16 78:20,25
80:17 84:12
103:17 116:19
141:2,10
153:14 155:14
160:8,19,23
161:10,11,11
172:4,20
177:10 204:2,9
207:4 211:3,25
213:3 275:18
295:25
**new** 1:1,17,25
2:4,8 4:19 5:13
67:3 98:25
104:3 165:1,17
173:23 345:2,3
**news** 82:11
**nice** 75:16
342:7
**nickel** 196:17
**night** 274:18
**nine** 184:22
189:7
**noise** 86:11
270:12 274:7
274:20 275:13
276:3,6
**noises** 274:7,10
274:21

**nomenclature**
22:19 280:10
320:19
**nominal** 127:13
127:15
**non** 13:7 41:19
91:11 321:6
**nonaqueous**
29:3
**noon** 104:18
**normal** 60:14
61:20 65:17
118:8 215:12
231:19,20,24
**normally** 25:11
47:9 60:15
66:5 68:18
97:6,6 200:1
231:16 316:7
**notary** 1:17
3:16 5:12
343:22 345:6
**note** 4:4 176:2
346:10
**notebook** 23:24
24:18 88:22
106:24 113:14
113:24 118:24
123:16 138:2
164:18,18
295:2 304:16
306:8 308:7
310:1,4 311:1
311:10,12,17

311:19,20
332:5 337:2
**noted** 185:12
**notes** 95:8,16
95:20 97:14
162:22 163:18
163:22 164:2,9
164:13,13
167:4 185:12
185:13,16,20
186:5,10
304:12,19
306:3,4,5
307:8,22 312:7
**notice** 143:16
143:25
**nowadays**
106:17
**number** 9:22
52:10 62:16
80:2 87:20
88:7,7,8,8,9,9
88:10 95:7
96:9,10,16,24
96:25 97:7
101:3 106:9
113:1 117:6
134:6,24
142:13 158:4
217:24 227:5
277:6 284:10
321:13,17
336:4 344:7

**numbered**
280:10
**numbers** 51:20
57:7 62:16
69:6 97:12
108:5 217:7,10
217:25 218:2,6
218:14 226:12
236:24 245:11
**numerical** 7:17

**o**

**o** 3:1 5:11
94:23 168:7
**obfuscate**
247:24 248:21
**obfuscating**
248:16 249:6
**object** 38:11
59:24,24 79:3
83:5 97:23
118:10 125:10
128:17 131:6
143:13 147:12
154:6 156:1
160:13 161:15
172:1 173:8
175:8 176:14
179:16 181:22
182:20 199:20
204:16 212:11
244:13 257:11
283:15 306:11
321:21 325:23

329:9
**objection** 48:23
67:20 106:6
121:4 137:7
140:24 163:4
176:2 177:2
213:8 217:5
247:15 255:20
276:12 311:5
322:11 334:24
340:21
**objections** 3:10
7:4,5
**observation**
313:8
**observations**
192:4 252:2
**observed** 192:1
251:21 253:10
253:18,20
259:3 270:20
281:4,7 292:25
293:23 295:1
296:3 306:10
307:2 309:25
311:16 336:23
336:25
**observing**
254:21 292:2
**obvious** 306:7
**obviously**
12:23 102:24
134:12 201:22
276:15 284:2

**occupational**
107:15
**occur** 68:21
209:14 215:13
216:2 223:10
243:18 251:14
269:16
**occurred** 53:1
99:3 166:17
168:12 252:13
262:3 268:11
269:25 270:2
273:9 279:17
301:21
**occurring** 10:9
68:25 286:8
287:25 295:5
**occurs** 60:25
78:3 108:25
198:15 230:10
288:3
**october** 99:2
100:2 168:11
170:10 172:11
173:17 174:5
175:16 177:16
177:24 183:12
183:25 187:7
332:23 334:6
334:10,17
**offend** 248:23
248:25
**offended**
248:20

**offer** 295:25
**office** 159:21
167:19 169:24
177:17 184:1
184:15 185:23
187:12,14
219:22 241:3
251:24 253:4
262:9 281:11
305:23 333:10
**offsite** 56:11
**oh** 64:12 84:22
103:17,22
168:5
**ohio** 15:3 56:18
**okay** 6:15,17
6:21 7:12,13
7:15,25 8:4,12
8:13,17 20:13
20:20 26:1
28:13,20 38:18
45:11 46:2
51:3,24 52:19
54:11 55:2,19
57:9,20 58:19
61:10 63:5
64:21 65:13
66:2,10 68:1
68:17 70:10
74:14 75:6,10
79:25 80:1,7,9
84:10 87:5,13
87:18,18 88:2
88:11,24 89:22

91:24 92:9,23
93:11 94:2,12
94:21 95:7,22
99:22 100:21
101:21,24
102:4 106:11
106:19 108:15
112:3 113:4
114:9 120:22
123:11,17,17
127:5 130:11
131:16 132:6
132:21 133:8
134:4,4,22
135:14,20
136:13,15,25
138:20 139:1
139:10 140:15
146:19 148:17
150:2 151:15
152:6 153:12
155:5 158:3,11
161:22 162:8,9
164:12 165:13
166:12,15
168:10 170:20
172:22 175:17
176:16 178:9
179:6 180:12
180:22 181:6
181:16 184:18
185:7 186:25
187:9 188:4
190:11 191:7

| | | | |
|---|---|---|---|
| 191:22 192:6 | 294:1,5 296:6 | 290:20 292:17 | 117:2 127:3,11 |
| 192:12,15 | 297:2 298:4 | **one's** 206:10,11 | 154:14 215:12 |
| 196:11,23 | 299:3,9,18 | **ones** 87:22 | 231:17,19,20 |
| 203:4 209:5,11 | 300:1 302:11 | 119:14 156:4 | 231:24 |
| 210:22 212:16 | 302:25 303:18 | 293:21 335:20 | **opinion** 42:15 |
| 212:17 215:21 | 304:15 305:13 | 335:23 | 105:8 113:12 |
| 215:24 216:14 | 305:25 307:21 | **ongoing** 27:19 | 113:18 114:6 |
| 217:20 218:23 | 308:9 309:17 | **onset** 60:19 | 118:3,20 121:3 |
| 219:8 220:7 | 310:24 311:13 | 62:8,10 63:23 | 121:7 123:19 |
| 221:15,25 | 312:10 313:7 | 64:2,16,18 | 124:20 133:3 |
| 222:4,23 | 316:21 317:14 | 65:2,11 66:5 | 141:8 143:8 |
| 223:18,23 | 318:11 321:16 | 122:14 126:17 | 147:9 160:1,3 |
| 224:25 228:9 | 322:23 325:3 | 149:8,10,11,11 | 161:9 179:1,2 |
| 229:1 232:2 | 328:10 330:2 | 149:15,18,20 | 179:13 181:7 |
| 236:13 238:4 | 330:13 331:1 | 150:4 223:25 | 184:16 215:22 |
| 240:25 245:10 | 331:24 333:23 | 224:9 231:22 | 216:1 238:7 |
| 245:15 246:16 | 334:7 335:18 | 236:1 240:22 | 252:12 255:10 |
| 246:20 247:3 | 336:7,19 | 241:13 243:7 | 257:20 260:15 |
| 247:21 248:3 | 338:21 339:9 | 246:17 | 267:3 269:23 |
| 248:22 249:3,7 | **old** 15:3,3 | **open** 6:18 | 272:14 292:18 |
| 249:16 250:19 | **ome** 41:19 | 69:21 331:12 | 292:19 295:15 |
| 251:12 252:10 | 321:6 | **opened** 70:5 | 295:25 296:13 |
| 252:16 253:15 | **omissions** | 127:23 154:19 | 296:14,16 |
| 259:19 260:5 | 165:2 | **opening** 7:3 | 297:6 301:21 |
| 261:6 263:24 | **once** 26:7 58:24 | 104:5 161:6 | 302:3,7,21 |
| 267:5 273:5 | 61:3 67:10 | 175:11 177:9 | 303:10 307:5 |
| 274:3 275:5 | 74:15 154:15 | 177:10 182:7 | 307:12 310:10 |
| 276:25 278:25 | 223:15 225:4 | 282:5 | 310:19 327:23 |
| 279:21 280:9 | 225:22 226:19 | **operate** 121:25 | 328:25 329:1 |
| 280:24 283:5 | 227:14 234:12 | **operated** 19:12 | 332:10,14 |
| 285:6 286:7 | 238:8 240:19 | **operates** | 336:6,8 338:24 |
| 288:8,25 | 241:13 247:13 | 154:15 | 339:9 340:2 |
| 289:19,22 | 287:14 288:12 | **operating** | **opinions** 113:8 |
| 291:9 292:5 | 289:3 290:19 | 61:20 65:17 | 166:4 260:3 |

307:18
**opportunity**
  165:6
**opposed**  20:10
  39:20 81:8
  97:8 105:25
  276:4 297:9
  321:6
**opposite**
  195:11 230:18
  253:8
**order**  1:16
  18:13 27:7
  29:20 32:25
  56:4 85:6
  92:22,23,25
  95:10 140:22
  211:14 217:14
  223:1,6,9
  226:16 268:11
  314:10 326:18
**orders**  230:11
**organic**  70:15
**origin**  39:4
  169:2 173:15
  186:16 189:1
  189:17,20,23
  190:7 258:25
  259:16 262:20
  262:22 263:7
  268:3 305:19
  307:13 308:15
  308:17,18
  309:2 310:3

332:9 338:2,7
  340:25 341:10
**original**  113:15
  113:22 118:21
  128:2 144:5
**originally**
  220:5
**osha**  107:16
**outcome**  5:5
  345:15
**outdoor**  45:16
**outer**  33:21
**outline**  51:6
**outpaces**  109:2
**outside**  68:11
  69:8 198:10
  243:17 256:8
  259:17 267:17
  282:24 320:22
  322:24
**outward**  67:14
**oven**  14:9 31:2
  32:13 206:7
  208:21 210:10
  213:7,18 214:9
**ovens**  14:13
  28:1
**overcharge**
  18:6 19:5
  20:21 78:17
  117:9 119:7,17
  120:13,14,15
  120:23,25
  121:19,20

122:18 123:13
  123:23 124:14
  124:21 125:5
  125:19 127:6
  137:3,22 143:2
  144:7 207:21
  213:17 214:11
  214:12,16,24
  215:6,8,11
  216:6,7,18,24
  217:2 260:22
  313:24 319:1,5
  319:20
**overcharged**
  22:3 119:23
  122:10 126:15
**overcharging**
  112:4,8 120:18
  121:12 122:5
  122:21,25
  123:3,5,9,14,20
  124:2,8 126:10
  137:12 313:14
  319:10
**overdischarge**
  18:6 19:4
  20:23 125:24
  137:3,22
  207:21 213:18
  313:25 319:1
  319:20
**overheat**
  159:18

**overheating**
  13:11 14:22
  107:18,24
**overpressuriz...**
  195:7
**overshoot**  65:8
**overvoltage**
  20:22 78:18
  117:9 119:7,17
  137:3 215:7
  260:22
**overwhelm**
  81:16
**overwhelms**
  205:11
**own**  26:13
  46:17 194:24
  223:17,21
  224:4 225:7
  226:21 234:18
  240:1 241:15
  246:25 251:5
  251:10 287:23
  289:16
**oxide**  15:4
  63:20 67:4
**oxidizes**  73:7
**oxygen**  71:19
  73:7,18 74:10
  288:18 290:5

|  p  |
|---|
| **p**  2:1,1 3:1 |
|   94:23,23 168:7 |

**[p.c. - parallel]** Page 54

| | | | |
|---|---|---|---|
| **p.c.** 2:7 | 136:22 138:16 | 321:4,6,9,10,15 | 164:3,22 |
| **p.m.** 105:4 | 138:24 139:8 | 321:20,25 | 166:13,16 |
| 162:12,16 | 142:24 145:12 | 322:6,7 324:23 | 179:9 190:11 |
| 228:19,24 | 146:1,4,4,20 | 326:16 327:15 | 190:13,19 |
| 303:22 304:2 | 147:2 150:10 | 327:20 328:16 | 192:13,18 |
| 341:17,22 | 151:12 152:3 | 328:20 329:3 | 217:21,22 |
| 342:10,19 | 152:18,20 | 332:5 | 218:25 229:5,5 |
| **p1steno** 346:15 | 153:13,17,18 | **pack's** 300:22 | 261:20 265:4 |
| **pack** 18:14 | 154:2 155:1,8 | **packaging** 47:1 | 277:1 280:25 |
| 20:14 21:4 | 155:10,19 | 47:4,8 | 282:17 285:7 |
| 23:16,16 24:22 | 156:10 171:15 | **packard** 88:12 | 287:8 304:4,6 |
| 25:13 33:16 | 178:14 181:15 | **packing** 86:2 | 309:18 330:25 |
| 35:18,22,23 | 184:11 205:9 | **packs** 20:10 | 344:7 347:4,7 |
| 36:1,8 40:19 | 205:14 206:24 | 34:9 36:15,17 | 347:10,13,16 |
| 41:4,14 42:11 | 219:10,14 | 36:19,22,25 | 347:19 |
| 42:17 44:21,23 | 220:10,23 | 37:5,7 41:11 | **pages** 8:5 |
| 45:18,21 46:15 | 221:5 222:12 | 45:15 46:3,12 | 112:23,24 |
| 47:11 48:2,9 | 238:8 243:18 | 52:6,11,12,14 | 158:19 164:3 |
| 48:15 49:15,15 | 257:5 262:18 | 53:2 82:16 | **pair** 191:19 |
| 49:25 50:2,5,8 | 263:1 266:13 | 89:19 91:14 | **paper** 131:25 |
| 50:8,13 51:14 | 277:15 279:15 | 93:5,19 116:21 | 132:4,5,24 |
| 51:14,15,16,17 | 284:20 297:4 | 119:24 128:11 | 142:3 149:22 |
| 52:3,8,9 55:6,8 | 298:3 299:2,13 | 128:13,15 | 227:22 250:1,5 |
| 55:17,25 83:9 | 299:15 300:13 | 130:24 133:1,5 | **papers** 22:13 |
| 83:13 85:22 | 301:2,3 311:21 | 138:22 139:7 | **paragraph** |
| 86:1,9 87:1 | 311:22 312:4,9 | 141:6 143:20 | 111:10 127:21 |
| 89:25 90:3,4 | 312:12,21,24 | 145:7,21 151:6 | 128:4 261:2,12 |
| 90:11,18 | 313:2,6 314:5 | **pad** 265:22 | 261:14 281:1 |
| 113:13,16,22 | 314:11,15 | **page** 8:14 | 304:6,7 307:16 |
| 113:23 116:2 | 315:3,8,24 | 25:10 87:19 | 308:6 309:21 |
| 118:6,8,22,23 | 316:15 317:10 | 112:18 113:1,1 | 315:6 |
| 119:13 123:1,2 | 319:18,25 | 113:3 118:14 | **parallel** 52:16 |
| 123:15 134:19 | 320:6,7,11,14 | 128:5 158:9,22 | 219:7,8,11,16 |
| 135:12,15 | 320:18,23 | 158:23 159:13 | 219:18 284:15 |

314:8,9
**parameter**
155:8
**parameters**
11:24 139:11
**parked** 147:25
**parlance** 53:8
59:12 60:9
62:5 146:16
**part** 18:24
19:16 21:4
26:10,16 27:1
28:9 46:11
56:23 69:15
77:13 99:23
146:7 152:2
158:9 171:20
172:7,8 186:17
186:18 187:20
194:2 203:3
206:16 209:9
212:5,21
213:14 242:14
265:17 308:20
322:21 331:15
**partial** 68:25
**participants**
4:8
**participate**
27:10
**particular**
25:21 29:20
31:22 47:23
49:10 97:3,11

102:5 105:21
135:5,21
139:21 146:14
154:16 172:5
194:18 230:6
235:7,8 237:2
237:21 249:14
249:15 258:19
270:9 311:8,9
313:10 315:3
**particulates**
73:19
**parties** 3:3 4:12
345:13
**parts** 114:23
262:10 292:17
**party** 5:3
**pass** 53:9,10,12
53:13,18 76:20
207:18 208:1
**passed** 53:24
**pathway** 306:7
**patience** 342:4
342:6
**patterns**
263:21 336:24
337:21
**pavilion** 113:14
135:1 332:4
**pdf** 95:19
**peak** 267:14
**peer** 132:4
142:3

**penetration**
14:3,7
**people** 18:25
20:16 26:11,11
26:15 35:15
56:21 60:17,19
81:20 82:19
86:2 129:5
131:16 143:19
162:25 167:25
168:13 179:8
189:7 237:10
289:17 322:16
**perceive**
155:19
**perceived**
165:2
**percent** 16:1,5
106:4 107:3
155:14 201:6
**perception**
155:21
**perfect** 234:18
236:3 240:16
**perform** 234:6
**performance**
15:16 26:22
114:1 119:1
126:13 137:5
138:13,18
143:17 144:2
145:1,1,9,23
146:6 147:10
150:23 151:1,2

154:4,13,23
155:3,6,7,10,13
155:15,20,24
156:7,10 157:5
**period** 15:10
74:8 81:25
84:16 94:14
106:20 107:21
145:15 208:22
210:14 211:1
212:4,21 300:7
300:10
**peripherals**
127:25
**periphery** 91:7
**permanently**
122:8 150:25
152:20 153:13
154:1
**person** 184:24
188:19 189:12
248:11 259:4
262:20,22
263:7 328:7
331:19
**personal** 50:16
272:4
**personally**
28:14 339:16
**perspective**
19:21 123:10
126:3 138:9
183:22 186:19
241:18 256:14

[perspective - plastic]                                      Page 56

326:12,21
338:8
**phase**  61:20,22
62:1 65:18,19
67:13 150:16
208:17,17
232:5,9 233:5
242:14 247:14
287:20 289:15
**phases**  61:19
231:10,14
236:16
**phd**  8:20,25
21:25
**phenomenolo...**
241:7
**phoenix**  138:4
**phone**  24:14,15
24:15
**phonebook**
112:24
**phones**  106:16
**photo**  169:21
171:10 172:6
174:9,13
177:21 178:3
198:19 264:23
282:1,3 283:19
284:2,23 285:1
333:14,15
**photograph**
180:15 188:14
192:23 264:21
265:5 278:3,4

278:5,7 281:12
**photographed**
164:14
**photographic**
199:1
**photographs**
92:15 95:9,17
97:14 160:17
164:6,8,12,15
164:17 187:25
190:14 192:4
262:2 304:11
307:7 313:9
**photons**  254:12
254:14
**photos**  95:13
95:20,20
184:13 187:6
187:12,18
200:15 312:17
313:5 314:25
333:12
**phrase**  277:18
**phrased**  181:25
**phraseology**
157:19
**physical**  14:1
49:22 286:9,13
**physically**  56:7
56:10,22
**pick**  270:5
**picking**  236:25
237:1 271:11

**picture**  54:23
184:9 219:25
278:12 279:1
283:12 285:8
332:12 336:12
**pictures**  171:5
328:13
**piece**  135:17
140:7,10 141:9
142:2 170:9,12
171:22 172:6
173:3,11,16,25
174:14,25
175:6,12 177:1
177:11 178:13
179:10 181:20
182:11 184:21
184:23 185:13
185:17 186:15
186:21 187:4,8
188:1,15
189:13 192:19
204:24 255:5
258:19 332:13
332:17,24
333:16 334:3
336:12,14,16
**pieces**  177:13
254:2,6 270:5
317:15,22
**pin**  25:14
296:10
**pinpointing**
55:20

**pipe**  30:20,23
30:23
**pipho**  94:23
131:1
**pipho's**  130:8
131:4
**place**  4:11 8:11
14:6 15:1,2
20:1,6 68:2
79:16 82:7
209:24 231:4
257:8 298:23
333:20
**placed**  13:24
**plaintiff**  1:16
2:5 329:7
**plaintiff's**
92:10 161:7
177:8,9 307:10
**plaintiffs**  1:8
5:23
**planning**  20:9
**plant**  10:23
11:10,10,14
12:20 18:20
**plastic**  34:8,11
34:19,25 35:1
35:10,11,23
36:10 37:15,18
38:3,3,7 39:12
39:19,23,25
40:2,3,18,18
41:3 42:10,16
42:19 43:3,18

43:18 44:2
47:12,16,24
50:10 198:22
220:8,18
222:10,12
243:23 244:23
265:21 266:4
277:9,13,23
283:10 285:3
**plastics** 264:4
**plated** 196:17
**played** 279:10
**pleasant** 1:24
**please** 4:4 5:8
24:24 52:18
176:1
**plot** 230:10
249:14
**plug** 85:4,9,24
**plugged** 85:15
85:17
**plus** 211:13
240:6 242:9
**pogo** 25:14
**point** 11:11
20:11 21:6
23:15,17 24:2
24:23 54:21
60:11 61:1,6
61:11 62:1
65:16 66:11,12
67:16 72:8,17
73:14 74:16,22
75:4,17,23

76:25 77:1
78:10 79:15
80:4 82:2
93:14 94:18
95:2 99:9
104:15 122:13
124:12,24,25
125:14,17
129:14 138:18
153:1 154:19
155:9 186:3
197:9 198:18
201:24 202:3
202:12 207:6
207:11 211:9
211:10,22
214:13,20,22
224:21 225:14
226:20 234:12
236:9 237:3
238:11 239:11
240:22,23
246:21 247:1
247:10 249:25
250:3,22
251:20,25
252:7,23 253:7
255:16 257:18
258:13,22
259:10 264:4
267:15 268:16
273:16 274:4
281:21 284:16
284:22 286:22

287:23 288:19
288:20 289:5,6
289:13,24
290:2,4,11
291:11 316:19
322:8 323:21
324:13,15,21
336:20 338:4
**pointed** 149:22
177:10 189:21
189:25 212:1
215:24
**pointing** 23:12
338:1
**points** 59:16
250:1 286:24
**polyethylene**
67:4 68:6
**polymer**
198:22 199:23
200:3,8 250:24
286:17,20
287:7
**polymeric**
281:6
**polymers**
250:23
**polypropylene**
67:5
**poorly** 91:20
**popular** 53:7
**pose** 108:16
**position** 156:8
156:12

**positive** 35:7
63:20 64:3
75:18 290:3
**possibilities**
49:20 50:15
294:2,3,6,7
**possibility**
211:18
**possible** 55:12
111:8 156:23
165:5 214:6
245:16 274:15
275:3 286:2,6
296:1,5
**possibly** 85:2
211:14 327:11
339:12
**post** 86:9
**potatoes** 67:7
**potential** 22:8
45:15 141:5,18
141:24 144:12
**potentially**
13:13 85:23
86:14 176:13
293:13
**pouch** 106:18
110:1,2,6
121:11 123:2
124:16
**power** 16:8,10
16:10,19,22,25
16:25 17:8,9
17:11,18 83:21

108:18

**powered**   23:2
107:20 127:22

**practical**   258:8

**precautions**
209:24

**predate**   305:4

**predominantly**
150:22

**predominate**
106:21

**preexisting**
71:18

**prefer**   186:23

**premise**   234:20
235:2 268:20
291:21

**preparation**
92:4 114:18
159:11

**prepare**   95:10
102:20

**present**   2:12
5:6 56:8,10,21
56:22 98:2
113:22 118:22
169:8 181:17
182:1,13
187:21,23
306:6

**presented**
179:22 180:13

**preserving**
155:7

**pressure**   69:1
69:20 109:4
121:21,23
197:7

**pressures**   85:7
85:8,11 272:23
273:1

**presumably**
293:8

**pretty**   32:2
36:22,23 38:15
59:8 61:7,7
65:2,5,9 82:12
84:17 105:8
222:20 251:10

**prevalence**
94:17

**prevent**   13:14
69:21 123:22
125:7

**prevents**   35:6
122:9

**previous**   46:23
169:4,4

**previously**
225:10 231:8

**primary**   13:5
27:18,21 28:4
29:2,18 32:3
55:4 58:15
103:23 118:20

**prime**   13:5

**printed**   131:18

**prior**   70:16
92:5 103:8
106:20 208:10
244:5 270:10
296:8 310:18

**priority**   1:23

**prismatic**
106:17 110:2,3
110:6 121:11
123:3 124:17

**privileged**
175:25 176:13

**probably**   6:19
23:4 59:6
63:16 91:2
186:13 194:19
202:13 239:15
249:25 254:11
258:23 279:16
300:12

**probate**   74:6

**problem**
123:10 131:17
132:1,2,3,7,11
141:18,25,25
316:14

**problematic**
124:6

**problems**   11:3
11:4

**process**   6:2,4
11:15 12:12
61:5 70:21
72:5 109:12

110:18 225:11
231:9

**produce**   225:6
251:5 262:25
299:23

**produced**
103:6 133:21
134:25 186:7
249:8,12
256:11 335:13

**produces**   73:7
136:18 288:17

**producing**
11:11 239:25

**product**   10:6
53:19,21
106:16 107:17
129:6 131:22
132:14 142:6
321:5

**production**
134:1,3,11,13
134:24 135:23
289:9

**products**   9:25
11:17 106:12
107:20

**professionals**
72:14

**professor**   166:1
304:25 315:22
316:19 317:6
320:1 326:15
337:24

**progress** 83:12
310:6
**progresses**
316:9
**progression**
300:20
**prohibited**
175:21 176:19
176:24
**project** 96:8,10
96:13,15,24,25
97:7,11,12
256:25
**projectile**
31:19 208:24
**projectiles**
251:22 253:10
253:22 254:16
254:22,25
268:9 274:2,9
292:1 293:10
293:12,17,18
293:24 294:16
**projects** 96:17
**promise** 248:25
282:12,16
**proof** 178:5
211:2 212:8,18
216:1 317:7
328:17 329:7
337:3,18,20
**propaganda**
140:7,10

**propagation**
83:10
**propane** 73:22
73:24,25
**propel** 195:10
**propelled**
194:23 195:21
**proper** 209:15
**properties**
11:24
**protect** 153:17
**protected**
220:8
**protection** 19:4
19:5,7 101:10
117:8,8,9,10
119:7,8,8,16
120:13 122:4
123:5 128:1
143:1,4 153:4
209:16 272:4,5
276:8 312:13
313:25
**protections**
21:3 113:21
118:21 127:7
137:2
**prototype**
36:19 37:5,6
52:5
**prove** 283:24
328:22 329:15
**proved** 327:25

**proves** 204:10
275:16
**provide** 19:9
21:2 46:18
231:3 236:15
239:12 255:9
303:3,15
312:12 318:23
332:10,12
**provided** 6:1
87:8 105:7
113:7,21 117:6
118:21 135:24
167:7,10 168:3
177:8 178:12
224:16 255:13
326:9,13
332:14 334:21
339:12
**provides** 35:4
114:23 116:7
308:6
**proving** 323:21
**provoke** 26:5
28:8 32:10
37:16 44:18,22
53:3 56:1 57:4
150:16
**provoked** 58:1
**provoking** 58:9
**psi** 272:23,25
**public** 1:17
3:16 5:13
343:22 345:6

**publications**
84:11
**publish** 28:15
81:22
**published**
22:13 81:19,20
82:1,20 84:3,7
84:14,16
257:25
**pulled** 241:2
331:2 333:1
**pumped** 81:13
272:24
**pumping** 81:10
**purchase** 129:5
**purportedly**
184:4
**purpose** 241:12
**purposes** 135:9
**pursuant** 1:16
**pushed** 299:13
299:14,15
**put** 6:22 29:2
30:13,16,19
34:16 35:1
36:5,8 39:18
40:5 42:21
46:18 71:11
74:3 106:9
108:6 120:24
140:6 143:22
144:23 150:15
156:20 165:10
206:7 216:17

227:5 263:1
264:24 268:12
320:13 331:6
**putting** 31:2
69:5 148:9

**q**

**qualifications**
113:7
**qualify** 115:8
**qualitative**
51:21
**qualitatively**
227:7 235:15
235:15,22
**quality** 4:5,6
**quantitatively**
235:17
**quench** 60:11
61:6
**quenched**
66:14
**question** 3:11
7:6 24:7 46:23
48:11 50:19
54:8 61:12
79:6 91:21
96:7 98:14,22
99:23 120:9
121:5 144:3
157:17,21
162:21 163:15
174:20 176:2
176:15 178:15

178:24,25
181:25 182:15
184:19,19
186:11 187:1
188:18 210:4
216:12 234:9
234:21 238:4
239:25 241:23
244:17 247:19
248:9 251:11
251:12 267:5
268:2 269:10
273:8 275:12
275:13 282:15
288:8 291:24
292:11 296:9
302:9 317:18
320:9 322:19
324:1 326:6
327:23 334:8
341:11
**questioning**
186:9 301:11
**questions** 5:24
38:15 39:3
70:8 93:13
98:15 130:16
134:8,9 135:9
174:12,20
176:8 179:25
217:6 248:10
248:24 267:16
283:19,23
284:23 344:23

**quick** 44:4
87:25 161:24
228:15
**quicker** 118:19
**quickly** 19:25
46:20 51:6
73:7 87:20
159:7 200:21
226:2 288:19
290:8 296:25
**quiet** 274:14
**quietly** 275:4
**quinn** 1:16
4:15 343:12
344:3 346:5
347:2,24
**quite** 29:15
248:20 261:21
**quotation**
331:13
**quote** 75:2
183:15 289:1
293:8 331:12
331:16,23
332:1
**quotes** 331:7
**quoting** 331:25

**r**

**r** 2:1 5:11 168:7
168:7 345:1
347:3,3
**r&d** 9:22

**radiant** 30:6,6
31:6,24 32:13
32:17,20,22
33:5,10,12,19
36:4,7 37:12
38:4,5,6,8 39:7
39:8,13,17
40:20 41:2
42:18,21 44:21
45:6,7,14,21
46:4,20 47:3,5
47:7,17,18,19
47:23 48:14,16
50:3,5 51:12
55:25 221:15
221:21,22
222:2,7 238:9
239:6,11 240:4
240:14,15
241:5 243:11
244:7,21
245:14 250:8
250:10 256:2
262:16 263:1
266:24 267:11
277:21 279:10
**radiating** 206:8
**radiation** 30:6
30:8 31:24
32:23 46:19
264:8
**rage** 227:16
**raise** 52:24
57:3 140:21

141:3,5 239:6
**raised** 7:7
**raises** 59:25
60:2
**ramping** 10:19
18:21
**range** 57:15
60:25 63:3
64:20 65:18
66:18,22 67:12
68:21 69:8
72:2 74:16
76:25 77:16
195:17 215:12
225:6 226:9
231:17,19,21
231:25 290:11
292:12,15
**ranges** 57:8
62:16
**rapid** 81:15
109:3 197:6
225:15
**rapidly** 197:10
201:8 202:23
205:10
**rarely** 82:3
**rate** 19:14,15
51:11 59:25
60:3,5 65:4,11
85:1 86:6
109:5 126:7
127:14 215:18
224:8 225:19

225:24 226:24
227:19,25
229:15 230:7
230:21,22
232:19 233:3
234:4,13,23
236:6,10,15
238:10,21
239:1 247:7
249:7,17,23
284:4 289:8,9
296:23
**rates** 81:6
**rather** 53:8
186:22 227:24
260:21
**raw** 33:15,15
47:6 50:6
51:11
**ray** 160:17
318:8,14
**rays** 318:12
**reach** 27:7
79:15 162:21
203:21 206:25
222:24 267:24
**reached** 83:4
159:16 253:6
264:2 285:15
298:6
**reaches** 150:13
245:14
**react** 198:1
236:10 290:5

**reacted** 318:6
**reacting** 193:23
**reaction** 22:4
29:12 43:4
57:4 58:3,11
58:22,24 59:3
59:25 60:6,12
61:5,22,23
66:14,24 73:4
80:10 109:5
110:17 197:9
197:13 225:25
227:17 260:17
264:9 287:22
289:14 291:13
291:16 302:20
303:6 315:14
**reactionary**
195:10
**reactions** 21:19
26:7 78:16,19
79:16 109:1
195:16
**reactive** 126:19
**reacts** 288:18
**read** 7:8 61:16
92:24 95:6,6
107:22 109:6
111:19 114:3,7
118:3 130:8,17
130:20 131:4
146:14 163:23
164:13 165:7
209:13 227:21

261:23 287:16
294:24 301:15
304:12 310:7
343:3 346:9
**reading** 93:10
**reads** 261:13
**ready** 251:12
**realize** 326:2
**really** 13:4
16:15 22:19
23:6,7,9 25:1
26:25 38:25
48:11 54:19
55:19 63:3
65:22,23 73:10
87:25 94:15
120:8 121:12
122:21 123:9
123:12,20
124:6,7 143:8
166:5 194:6
202:9,17 226:3
226:11 230:13
230:21 234:6
251:20 282:21
**reason** 81:3
83:25 115:24
135:6 160:25
174:7 248:13
293:8 301:17
316:4,12
346:11 347:6,9
347:12,15,18
347:21

**reasonably**
296:22
**reasons** 27:2
129:25 148:10
148:16
**rebuttal** 103:11
103:12,16,20
104:2,4 165:24
169:20 172:9
172:13 173:21
175:14 176:21
178:3 182:8
183:20 262:7
334:5
**recall** 20:5
36:14 37:7
44:20 45:5
57:14 58:13,17
76:8 89:4,5,16
93:6,9,9,10,16
93:21,22,22
94:4,5,8,11
95:1,15 104:15
105:12 107:1
128:23 129:18
153:8 163:7,25
164:7 167:3,5
185:15 190:3
216:19 218:5,8
218:13,16
228:1 239:13
261:9,18
272:13 282:1
291:20 307:20

307:25 314:3
321:2,12
330:22
**receipt** 346:17
**receive** 6:12
**received** 7:22
95:18 107:9
114:14 133:13
158:1 192:10
229:10 260:10
330:13 342:13
342:16
**recent** 153:7
**recharge** 16:24
17:6
**rechargeable**
10:12 13:7
22:17
**recharged**
17:17
**recitation**
309:22
**recite** 217:7
**recognize**
135:21
**recognized**
21:24 22:7
**recollection**
91:12 164:5
188:6 275:21
**recommended**
152:24
**record** 4:2,13
5:7 6:23 44:6,9

44:10,14
104:21,25
105:1,5 134:5
136:3 162:10
162:12,13,17
228:20,21,25
248:16,18
303:19,23,24
304:2 341:18
341:19,23
342:11 345:10
**recorded** 4:10
4:15
**recording** 4:6
4:11
**recovered**
281:10 333:9
**recross** 344:2
**red** 73:15 196:5
200:25 203:23
**reddy** 101:25
102:1
**redirect** 344:2
**reduce** 86:6
**redundancy**
153:4,9
**redundant**
153:25
**refer** 14:11
60:16,18,19
62:8 78:2
110:8 149:2
175:10,18
219:14 223:3

**reference** 125:8
125:16 236:13
249:20 259:25
**referenced**
61:14 107:6
207:7 224:7
281:2 346:6
**references**
104:3 124:19
207:2 211:23
238:6 250:13
260:2
**referred** 145:17
314:4
**referring** 24:4
44:24 100:23
105:16 119:4
133:3,25
175:21 191:2,3
191:19 266:14
291:4,5,7
292:21,23
305:22 311:11
329:22
**refers** 146:14
**reflect** 39:21
**reflected** 39:14
40:7 43:21
**reflective** 40:1
**refute** 309:10
**regard** 11:14
12:11 17:15
27:4 40:15
54:11 61:10

[regard - report]                                                    Page 63

96:19 172:25
310:25
**regarding**
145:23 165:3
311:2 312:11
**regardless**
150:10
**regime**  19:14
**related**  5:3
11:14 143:9
345:13
**relates**  102:6
**relatively**  47:8
82:15 231:16
242:15 243:5
296:25 300:18
**release**  78:1,20
81:1,6 105:23
109:15 110:25
213:25 280:15
290:5 291:1
292:22
**released**  71:24
**releases**  195:9
271:20
**relevant**  186:8
323:20
**reliable**  108:12
**relied**  250:15
**relies**  65:10
**relieves**  69:19
**rely**  103:3
238:12

**relying**  175:2
212:25 215:25
249:21 307:3,5
307:9
**remained**  294:6
294:18
**remains**  179:13
257:8 291:8
309:24 311:16
318:20
**remember**
32:12 45:6
49:12,17,24
51:19,20 52:10
57:5 89:13
94:5 103:18
135:22 164:1
217:16 226:5
254:2 270:8
280:1
**remind**  6:8
**remnant**
169:22 170:1
310:2 318:6
**remnants**
170:23 304:16
304:20 305:15
310:15 311:24
321:8
**remotely**  4:21
**remove**  306:22
**removed**  7:13
98:13 168:18
187:15,19

200:16
**render**  161:9
**repeated**
122:24 137:12
**rephrase**  79:8
79:11 153:22
222:7 245:11
265:14 302:12
**replaced**  9:18
**replacement**
127:25 128:13
**replacing**  9:10
157:4 322:2
**replay**  283:22
**replicate**  319:6
319:9,15
**report**  7:20,20
7:22 12:7
40:11 41:13
91:25 92:4,6
92:14 95:5,11
95:14 96:11
98:9 99:10
100:10 102:21
103:7,11,12,17
103:20,23,24
104:2,4,5,12,13
107:7,12
112:16 113:6,9
114:11,14
116:23,24
122:1 128:6
129:3 131:24
157:19 158:1

158:12 159:11
161:2,20,23
162:19 164:22
165:3,14,20,22
166:4,7,10,13
167:24 168:2
169:16,20
171:18 172:9
172:13,14
173:20,22
174:22 175:12
175:14 176:21
177:9,10 178:3
178:11,12,16
178:22 180:5
180:13,15
182:7,8 183:14
183:21 189:15
190:12 191:9
192:8,10
194:16 217:15
217:22 238:14
240:21 258:7
262:7 264:24
265:1 277:1
280:25 285:22
287:9 294:24
304:3 305:4
306:16 308:3
312:8 330:18
330:19,25
331:3 332:2,11
332:19,21
334:5 336:11

342:12 344:8
344:11,13,14
344:15
**reported**  108:9
162:25 270:14
276:23
**reporter**  4:25
5:8 7:24
107:10 114:16
131:14 133:15
158:2 182:25
192:11 229:11
239:16 260:12
342:14,17
345:6
**reporting**  1:23
128:25
**reports**  91:9
92:10 103:11
107:16 161:7
165:11,24
304:11,24
305:2,9
**represent**
219:17,17
**representation**
182:18
**representative**
182:13 189:10
190:5,9
**represented**
54:25 135:2
192:17

**representing**
4:23 5:22
135:2
**request**  325:17
**requested**
326:7 344:20
**require**  16:9
125:20 207:13
208:15
**required**  19:1
20:18 37:13
57:2 93:20
117:7 128:2
139:13 151:5
208:11 267:22
272:5 312:25
313:22
**requirement**
213:19
**requirements**
136:21
**requires**  210:7
212:2
**reread**  131:14
**research**  10:4
26:4 57:21
98:24 257:18
313:10
**reserved**  3:11
7:4
**resettable**
151:23
**residue**  192:25
281:4,7

**resilient**  126:1
126:22
**resistance**
149:1
**resistive**  70:4
**respect**  6:23
37:4 63:11
115:19 120:1
126:24 132:13
142:10 146:10
165:25 187:13
**respective**  3:4
**rest**  45:3
266:21,23
279:6 341:25
**restate**  38:1
**result**  22:4
78:20 80:23,25
90:3 105:24
110:14 112:14
181:6 207:4
279:17 301:22
310:4
**resulted**  93:4
332:6
**resulting**  196:7
**retained**  96:13
97:4
**retardant**
199:17
**retention**  145:2
**retiring**  9:15,19
**retrieved**
184:25

**return**  66:12
346:13,16
**revamped**
23:22
**reverse**  143:3
246:22
**reversed**  66:24
**reversible**
122:7
**review**  94:21
95:3 102:24
104:9,11,12
134:17 168:8
169:15 217:12
217:14 242:22
304:8,10 305:8
309:16 312:7
312:17 346:7
**reviewed**  56:15
56:23,24 92:1
102:20 103:4
103:22,24,25
104:1,6,6,7
114:18 132:4
133:12,25
142:3 145:11
159:6 163:20
164:2,6 216:20
217:16 305:11
305:12 312:22
**reviewing**
95:16 306:3
**revision**  136:4
136:6,6,7

| | | | |
|---|---|---|---|
| **right** 7:9 20:23 | 194:12 195:5 | 277:6 280:13 | **room** 177:20 |
| 23:7 25:5,11 | 195:18 196:6 | 282:19 283:1 | 193:2,19 194:8 |
| 25:17 26:23 | 197:3,9 199:3 | 285:11,21 | 194:17,25 |
| 29:23 33:1 | 199:5,8 202:14 | 286:25 287:18 | 206:17 252:19 |
| 35:14 38:21 | 202:15,15,19 | 288:10,14 | 252:20 255:11 |
| 41:15,21 45:23 | 204:25 205:17 | 290:19 291:3 | 255:18 257:2 |
| 51:22 53:15,24 | 205:22 206:3,4 | 293:21 294:2 | 257:10 263:21 |
| 54:1,3 56:4 | 206:9 207:7,19 | 294:12 295:10 | 264:20 270:10 |
| 57:12 59:4 | 207:22 208:3 | 298:17,21 | 272:8 276:21 |
| 61:3 64:8,9 | 211:22 213:21 | 299:16 306:24 | 280:12,16 |
| 71:4,13 72:3 | 213:22,25 | 308:18 310:15 | 291:2,20 294:9 |
| 73:1,18,25 | 217:9 218:1,15 | 314:5,7 315:10 | 294:10,14 |
| 79:21 86:7 | 218:23 220:1 | 315:18 322:3 | 295:12,19,24 |
| 87:17 89:9 | 220:20 221:1 | 325:12 326:5,6 | 300:21,22 |
| 98:5 99:12 | 221:20 222:6 | 328:12 330:24 | 310:2,15 316:4 |
| 106:4 108:10 | 223:5,17,22 | 332:13 333:10 | 332:8 336:25 |
| 119:3 129:4,6 | 224:1 225:20 | 333:24 336:20 | **rooms** 262:3 |
| 129:16 130:9 | 227:21 230:15 | 340:15,25 | **rule** 69:10 |
| 134:16 137:6 | 231:10,23 | **rings** 8:6 | **rulings** 344:23 |
| 137:13 138:5 | 232:21 236:23 | **rise** 67:17 72:6 | **run** 17:16 |
| 141:21 142:1 | 237:14,19,22 | 225:19 226:8 | 27:22 155:2 |
| 142:15 144:13 | 237:22 238:20 | 230:8,22,23 | 195:16 303:7 |
| 144:14,20 | 241:8 242:3 | 236:6 237:2 | **runaway** 22:4 |
| 146:12 148:4 | 243:10 244:3 | **rises** 225:12 | 22:5 26:6,6 |
| 149:5,8,12,19 | 245:25 246:1 | **risk** 22:1 26:20 | 27:1,5,9,23 |
| 150:8 153:16 | 246:22 247:1 | 148:20 258:1 | 28:8 29:12 |
| 154:10 157:9 | 248:11 250:18 | **rivera** 2:14 | 32:10 37:17 |
| 160:5 166:12 | 251:6 253:25 | 4:23 | 44:18,22 53:1 |
| 172:17 173:4 | 254:18 256:6 | **road** 2:3 | 53:3 56:2 57:4 |
| 174:19 178:23 | 259:4 264:10 | **robust** 126:24 | 58:1,2,10,22 |
| 178:23 179:23 | 265:16,19 | 138:8 | 59:13,18,21 |
| 182:19 184:11 | 268:19 271:5 | **rochester** 2:4 | 60:6,10,16,18 |
| 185:4 190:11 | 271:22 274:11 | **role** 279:10 | 61:5 62:3,10 |
| 190:12 191:11 | 275:8,11 277:5 | 329:2 | 62:11 63:23 |

64:4 65:19
66:13 70:17
73:1 74:21
75:20 76:1
78:16,19,25
79:15 80:24
87:12,23 88:4
105:11 108:24
110:14,17
111:11 112:1,9
112:10 120:25
124:11 125:5
127:9 149:10
191:13 195:15
196:4 203:1,6
205:11,25
206:22 207:4
208:18 210:24
211:3,8,10,19
211:25 212:20
213:4 214:14
214:25 215:10
215:13,20
216:3,17,18,24
216:25 224:13
224:22 225:25
226:17 231:9
235:13 236:8
239:11 243:4
247:9 249:19
250:7 251:1,3
252:13 254:20
255:14 256:10
258:2 260:17

260:21 262:18
263:2 264:9,12
267:9,25
268:12,17,21
269:2,13,16,25
270:1 271:2,14
273:21 275:17
275:22 277:17
277:22 279:18
287:13,22
288:14 289:2
289:14,18,23
291:12,17
292:3 295:4,9
295:11,16
296:2,12,12,17
296:25 297:7
297:11 298:1,7
298:11,21
299:20,21,22
300:3,8,9,14
301:5,20 302:4
302:8,20 303:6
303:17 312:13
315:14,17
318:17 319:10
328:2 329:4
340:5,12,13
**runt** 67:6
**rupture** 72:18
78:2,21 81:2
105:23 109:13
109:20,24
110:1,1,9,11,21

110:23 111:2
213:25 270:23
272:21 274:12
292:22 319:23
**ruptured**
110:20 191:15
194:2 205:4
273:15 277:8
317:21 323:5
325:5
**ruptures** 77:18
271:19 272:22
**rupturing**
72:23 205:5

**s**

**s** 1:3 2:1 3:1,1
344:6,25 347:3
**safe** 125:6
152:17
**safer** 13:4
**safety** 20:18
22:1,14 23:3
26:20 35:5,6
54:1,5,6 91:15
93:19 107:15
107:17 108:16
114:1 117:6
118:7 119:1,5
119:11,19,21
120:2,8 121:13
123:10,20
124:15,21
126:2,12,13,23

127:7 128:1,16
130:24 133:1,2
137:6,15 138:9
141:5 142:14
142:15,19,21
142:24,25
143:9,22 144:4
144:14,24
145:8,17
146:15 147:11
147:16 148:10
148:15,20,23
150:19,23
151:3 153:4,15
154:3 155:16
155:16 156:5
156:10,24
157:8,13
209:15,24
213:14
**sala** 322:20,20
**sala's** 95:4
104:13
**sample** 30:9
32:25 33:6
39:10 40:5,6
43:15,17
**saw** 49:5,23
50:23,25
172:13 173:21
187:17 206:23
262:11 268:8
291:13,16
292:1 293:9

294:13,15
295:18 307:4,6
**saying**  11:7
38:2 40:16,21
50:21,25 57:14
57:15 69:9
78:13,15 80:16
82:22 84:15
86:9,12 93:17
93:22 94:5
120:6 128:25
130:5,22 131:3
132:9,10 136:8
136:14 142:2
155:12,23
175:20 176:11
176:22 183:6,7
183:21 189:3
195:3 196:12
201:14 203:5
208:14 210:16
210:23 211:6
212:5 214:7,12
225:1 226:13
238:24 241:1
242:5 244:19
245:21 247:6
256:9 257:12
260:13 263:3
268:24 269:22
274:4 275:15
275:25 276:16
281:15 286:1
288:5,25 289:4

289:11 290:19
291:16 295:8
297:17 321:2
321:10 322:3
323:1 329:11
331:14 337:7
337:13,19
339:16 340:6
**says**  7:14 9:4
107:15 108:15
108:22 109:11
111:6,11
113:21 131:25
142:23 143:5
146:19 158:22
164:25 170:4
171:17 174:14
175:11 179:9
184:10 207:9
249:22 255:17
309:23 315:22
322:6,7 329:2
329:5
**scale**  46:10
229:18,21
230:3,4,13,17
232:16 333:12
**scales**  229:25
**scan**  168:7
**scenario**
319:12
**scenarios**  48:20
86:15 148:6

**scene**  95:8,16
95:25 98:6,7
98:13,21 99:20
158:15 160:6
163:21 164:9
166:23 168:1
168:18 169:5
169:24 177:15
179:7 187:12
188:24 190:5
190:10 218:19
259:3 263:18
304:8,11 305:8
309:25 311:17
**schematic**
194:17
**schematics**
177:22
**schwarz**  2:4
5:16,21 6:25
7:12 49:1
104:20 153:23
162:2,9 176:3
176:16 341:12
344:3
**science**  82:23
200:19 257:22
**scientific**
255:10
**scientists**  76:2
**screen**  4:9
259:20 265:18
**sealing**  3:5

**second**  8:5
61:21 73:11
112:19,22
113:20 225:14
229:5 281:24
291:22
**secondary**
67:13
**secondly**  335:5
**seconds**  287:14
288:1,22,23
289:3,10 290:9
290:10,11,16
290:22 292:15
293:3,7 303:11
**section**  107:13
122:2,3 142:21
143:17,25
144:1,24,25
164:23 168:11
216:21 287:12
309:21,24
311:15 330:25
**sections**  145:23
146:8
**see**  13:2 19:25
32:24 35:13
52:25 53:10,18
53:19 54:3,3
68:5,10,14
69:24,25 70:23
70:25 71:15,16
71:22 72:24,25
78:25 80:10

**[see - show]**                                                    Page 68

82:24 86:10,16
93:24 96:8
105:20 128:3,8
130:6 132:1
141:16,16,24
146:21 163:14
173:2 185:12
185:21 186:8
189:15 192:18
192:21,24
193:3 197:24
200:2,2,12,15
203:22,23
204:22 210:4
230:9,14
254:13 259:23
261:13 264:13
270:23 278:23
281:13 301:25
313:20 315:4
321:11 337:3
342:7
**seeing**  27:5
49:17 94:8,16
94:19,19
185:16
**seem**  93:21
186:7 218:13
321:12
**seems**  170:11
**seen**  4:8 16:2
43:1 84:12
95:3 128:20
146:16 160:16

170:25 173:22
174:8,13 178:2
186:5 187:5,6
203:19 274:9
334:2 336:9,9
**sees**  275:22
321:17
**select**  186:14
186:17 188:17
**selection**  99:24
100:7
**self**  60:21,23
109:12 149:12
224:12,22
226:24 227:19
233:13 236:3,4
238:19 246:19
250:21 267:23
**sell**  15:21
131:23 132:8
140:7,22 141:7
142:5
**selling**  10:23
321:5
**seminal**  22:13
**sending**  159:19
**sense**  134:17
136:16 146:21
146:24 150:9
230:25 293:6
311:8,10
**sensing**  147:8
**sent**  6:13 95:24
346:14

**sentence**
107:14 108:22
109:11 111:6
113:20 164:25
190:19 191:23
291:6 311:14
336:21
**sentences**  114:6
**separate**  194:9
**separated**  68:7
**separates**
110:12
**separator**  67:6
**sequence**
296:11,15
298:5 300:2
301:18,20,24
302:6,18
**series**  52:15
219:5,12,20
314:7
**serious**  123:4
154:12
**service**  158:20
**services**  1:23
**set**  117:20
136:19 180:3
241:3 345:9,17
**sets**  115:9
117:17,25
139:10 219:10
**setting**  215:8
215:10

**seven**  88:9 89:8
89:11 91:2
95:7 342:1
**several**  8:5
159:10 170:21
194:21
**severity**  108:7
112:12
**shaded**  33:1
**shape**  86:8
**share**  259:19
279:25
**sheet**  346:11
**shelf**  190:15
**shock**  278:20
**shoot**  209:21
299:23
**shooting**
254:25
**shoots**  227:25
**short**  13:25
35:7 74:8
143:4 158:21
301:20 302:5
302:17,23
341:13
**shortly**  284:17
287:4
**shorts**  111:13
111:14,17
**shoveled**
333:18
**show**  40:13
43:2 188:14

215:3 228:1,7
241:12 249:17
285:24 297:25
316:10 317:8
317:12 319:21
338:19
**showed** 38:10
282:1,3
**showing** 178:7
283:12
**shown** 172:10
281:11 338:9
338:12,13,22
**shows** 178:4
212:5 216:23
227:23 235:9
241:7
**shrink** 34:24
36:9 42:17
220:4,9,13,17
222:14
**shrinks** 35:3
**shrinkwrapped**
34:24 42:12
46:16
**shut** 151:11,16
152:18 240:14
240:15
**shuts** 138:16
240:21
**shutting** 151:7
**sic** 9:9 10:11
65:25 96:21
115:2,9 117:15

154:20 198:14
336:11
**side** 19:18 29:3
31:16 87:16
222:9 241:3
253:9 265:19
277:5
**sight** 31:4,8
32:19 33:2,11
222:3
**sightly** 237:25
**sign** 7:8 346:12
**signature**
270:20 345:19
**signed** 3:15,17
159:1 346:19
**significant**
15:15 94:17
123:9 128:21
129:12 132:11
256:1 277:13
277:16 287:6
**significantly**
16:13 39:9
265:20
**signs** 297:25
**similar** 48:4
51:16 76:16
154:13 184:14
276:4 281:9
296:22 297:22
333:8
**simple** 160:25

**simpler** 63:8
**simply** 116:12
224:14 275:2
341:3
**simulate** 13:25
**simultaneously**
296:18
**single** 54:21
55:14 117:19
153:1 213:12
**sir** 6:19 46:1
83:8 189:5
247:20 248:1,1
248:1 255:2
263:5,6 267:18
283:18,18
284:9 286:11
342:5
**siri** 154:20
**sister** 284:14
**sit** 44:19
134:14 136:10
174:17 217:9
303:13
**site** 21:19
**situation** 36:9
48:3 55:15
59:23 77:9
81:9 109:19
110:11 111:2
112:8 125:20
203:14 215:11
222:22 241:16
257:16 260:23

291:8
**situations** 56:9
56:10 86:25
111:25 112:14
148:12 156:18
156:23 202:7
203:19 341:2,8
**six** 24:20 52:8
88:9 91:2,3
110:19,22,24
135:4 138:23
139:19 140:2
191:10 205:5
205:13,15,18
205:22,23
297:20 314:4
**size** 25:23,25
235:20 252:25
**skills** 226:5
**skin** 198:11,15
**skipping** 72:22
128:15
**skyrockets**
73:10
**slight** 122:24
**slightly** 52:13
126:17 197:17
**slip** 70:8
**slow** 43:11 60:7
225:11,17
240:18 242:15
247:9
**slower** 41:8
46:25 48:5

| | | | |
|---|---|---|---|
| 50:12 51:14 | **someplace** | 35:3 36:1 61:2 | 244:4,6 245:23 |
| 227:16 | 307:19,23 | 61:20 76:4 | 246:5 249:12 |
| **slowly** 227:24 | **soon** 165:5 | 84:1 116:7,8 | 255:13 260:20 |
| 243:5 | **sooner** 291:18 | 123:6 165:9 | 261:5 270:2 |
| **small** 47:8 | **sophisticated** | 192:22 195:5 | 271:8 280:4 |
| 65:23,23 82:15 | 54:18 116:16 | 197:23 266:19 | 288:12 293:18 |
| 201:17 242:19 | 145:22 | 281:13 | 297:8,12 |
| **smart** 20:1,4 | **sophistication** | **sound** 270:15 | 300:25 301:3 |
| **smith** 2:7 346:1 | 116:11 | 271:15 272:13 | 301:23 302:4 |
| **smithsovik.c...** | **sorensen** 61:15 | 272:15 275:18 | 302:22 303:2 |
| 346:2 | 61:18 66:8 | 275:25 276:22 | 309:14 310:20 |
| **smoke** 253:7,8 | 149:24,25 | **sounds** 341:15 | 327:10 336:23 |
| 270:17 273:13 | 227:22 229:2,9 | **source** 32:19 | 338:5 339:2,13 |
| 275:10 276:5 | 231:8 247:5 | 33:12 36:5,7 | 339:18 340:3 |
| **smoking** | 287:20 344:17 | 38:5 42:22 | **sources** 105:12 |
| 183:15 | **sorensen's** | 45:22 47:17,19 | 203:2 241:17 |
| **snippets** 95:4 | 65:15 | 55:4 71:4,17 | 242:8 341:4 |
| **sodus** 98:25 | **sorry** 8:13 15:6 | 79:18 84:6,20 | **south** 2:3,7 |
| **softening** 266:4 | 44:3,4 52:19 | 88:22 108:12 | **sovik** 2:7 346:1 |
| **solar** 45:17,22 | 58:8 79:7 | 127:10 137:21 | **space** 68:23 |
| **sold** 11:9,10 | 87:14,14 98:22 | 144:18 175:4 | **spark** 74:5,10 |
| 34:5 35:21 | 103:25 113:2 | 190:1 194:6,23 | **sparks** 159:19 |
| 113:16 128:12 | 139:25 141:4 | 201:10,22 | **speak** 12:4 |
| **solution** 132:2 | 149:25 153:19 | 202:2,19 203:8 | 28:18 33:11 |
| **solutions** 4:24 | 163:15 178:15 | 203:12 204:12 | 108:5 185:9 |
| 5:2 346:23 | 194:14 214:19 | 204:13 205:17 | 238:14 |
| **solve** 11:2 | 215:21 217:11 | 205:24 206:8 | **speaking** 24:10 |
| **solvent** 70:15 | 240:10 245:6,8 | 207:15 211:11 | 257:13 |
| **somebody** 44:3 | 247:19 248:6 | 211:14,20 | **spec** 135:11,15 |
| 69:6 84:14 | 248:22 282:14 | 212:22 240:8,9 | **special** 64:24 |
| 101:1,25 | 288:6 302:10 | 240:19,23 | 64:25 111:1,2 |
| 147:21 218:6 | 318:12 331:9 | 241:5,20 | 123:7 |
| 218:13 258:23 | **sort** 10:2 22:24 | 242:23 243:9 | **specialty** 40:22 |
| | 23:5 31:15,24 | 243:21,22 | |

[specific - started]                                         Page 71

| | | | |
|---|---|---|---|
| **specific**  16:19 | 152:15 157:20 | **staff**  9:5,15 | **standards**  14:6 |
| 36:16 38:15 | **specifications** | **stage**  62:7,9 | 23:8,10 124:25 |
| 44:20 45:12 | 11:18 102:12 | 66:9,9,11,11,19 | 125:1,18 |
| 49:11 50:22 | 127:4,13,14,16 | 66:23,25 70:21 | 152:23 207:7 |
| 51:20 53:9,11 | 136:19 139:2 | 70:22 71:1,15 | 207:10,11,13 |
| 55:20 57:7 | 143:19 145:3,7 | 71:21 72:7 | 207:19,20 |
| 58:23 81:25 | 145:12 146:9 | 122:16 149:21 | 208:1,15,21 |
| 92:22 93:15 | 146:13 152:10 | 150:4,4 206:19 | 209:7 213:14 |
| 103:5 125:3,16 | 312:25 | 206:19 224:1,1 | 217:14 271:25 |
| 134:7,9 136:11 | **specifics**  93:10 | 231:16 235:16 | 271:25 |
| 143:20 144:2 | **specified** | 235:17,17,23 | **standpoint** |
| 163:16 170:8 | 152:11 215:19 | 236:2,2 241:11 | 12:14 18:17 |
| 196:2 217:6,7 | 216:8 324:3 | 241:11,12 | 59:19 124:5 |
| 236:24,25 | **specifies** | 242:18,20 | 126:2,23 142:9 |
| 237:2,6 283:19 | 139:12 | 249:18 288:2,3 | 154:22,22,23 |
| 283:19,20 | **specify**  62:23 | 288:16,21,21 | 154:25 157:6 |
| 284:22,23 | 62:24 66:5,6 | 289:17 | 157:13 |
| 315:7 327:12 | **speed**  43:4,11 | **stages**  231:11 | **staples**  1:10 |
| **specifically** | **spending** | 231:13,14,15 | 4:17 167:17 |
| 18:18 26:4 | 145:24 | **stand**  25:14 | 346:4 347:1 |
| 44:24 45:5 | **spewing**  294:19 | **standard**  16:3 | **start**  8:1 29:12 |
| 50:19 57:6 | **spiel**  6:10 | 16:4 31:18 | 45:1 65:21 |
| 81:5 89:13 | **spite**  179:12 | 65:6 102:17 | 68:2 70:22 |
| 95:15 102:23 | **spoken**  172:4 | 110:10,10 | 73:3,4 82:7 |
| 105:18 115:1 | 172:20 | 146:11 165:9 | 166:14 202:5 |
| 122:3 133:24 | **spontaneously** | 207:9 208:11 | 225:6 232:4 |
| 192:13 239:18 | 149:18 | 208:18 209:13 | 257:5,9 333:7 |
| 280:25 | **spray**  70:1 71:8 | 210:7 212:2,25 | 333:20 |
| **specification** | 71:9,9,12 | 215:23,25 | **started**  10:14 |
| 20:1,5 134:18 | **spread**  130:23 | 216:6,15,21 | 23:6 93:24 |
| 135:3,4,22,23 | 198:2 | 217:2,8,12,19 | 94:18,19 |
| 136:9,17 | **ss**  345:2 | **standardized** | 129:22 130:3 |
| 138:21,24 | **stable**  144:9 | 22:20 | 239:8 251:20 |
| 142:12 147:1 | | | 253:14 256:5 |

276:18 287:15
289:4 292:6
295:6,9 296:7
300:3 307:19
315:13 329:20
339:12 340:7
**starting**  13:2
14:15 287:21
340:9,19
**starts**  26:21
96:11 103:18
133:20 202:5
203:22 225:25
226:20 232:13
233:12 242:9
247:11 288:23
289:8 290:20
301:4
**startup**  11:15
**state**  1:17 5:13
116:1 122:10
183:1 235:20
236:21 237:5
237:21 238:2
269:15 318:4
318:13,15,18
320:12 345:2
**stated**  255:23
260:16 307:11
**statement**
37:11,22
111:22 130:13
211:24 213:2
227:17 268:24

289:1 292:9
293:6
**statements**
125:3 165:2
274:18
**states**  1:1 4:18
102:7 119:16
122:4
**stay**  149:7,13
150:7 197:19
290:15,18
301:11
**stayed**  198:7
**stays**  111:4
200:24 234:24
**steel**  35:13
81:17 110:23
196:16,18
222:17 272:22
**stems**  29:17
**stenographic**
5:7
**step**  302:14
**stephen**  2:4
**steve**  5:21 6:21
**stick**  51:5
140:14
**stipulate**
209:14
**stipulated**  3:2,9
3:14
**stipulating**  7:2
**stipulations**
6:24

**stochastic**
211:15
**stop**  26:24
60:14,24 61:1
62:13 78:14
120:5 233:13
304:9 305:20
318:11 319:8
**stopped**  61:24
62:4 66:25
**stops**  152:3
155:19
**store**  25:13
**stored**  81:12
**stores**  17:3,5
**straight**  196:12
**straying**  340:24
**street**  2:7
**strength**
154:20
**stretch**  228:16
**stretching**  45:9
**strictly**  155:16
**strike**  74:4
**striker**  74:3
**strong**  86:23
87:3
**stuck**  198:24
**studied**  91:13
325:9,18
**studies**  12:13
12:18 27:10
28:16 43:1,2
51:24

**study**  26:6
232:8 241:6
243:5
**studying**  76:3
124:14 325:14
327:23
**stuff**  73:24
161:12 251:10
**sub**  270:24
**subject**  113:14
125:19 207:20
213:16 308:7
310:4 311:10
311:11,20
**subjected**
171:10 174:4
174:15 269:6,7
**submitted**
103:23 182:7
**subparts**
142:13
**subscribed**
343:17
**subsequent**
178:12 180:12
184:12
**subsequently**
295:1
**substance**
281:8 285:24
**substantial**
270:12
**substantially**
253:13

**suddenly**
  155:18 241:2
**sufficient** 161:8
  216:23 250:21
  251:16 258:21
  262:17,25
  276:7 283:13
  284:6,8 337:2
**sufficiently**
  200:5
**sugent** 346:1
**suggested**
  307:22
**sugnet** 2:7
**suite** 1:24 2:3,7
**sum** 102:19,22
**summarized**
  113:10
**summary**
  136:23
**summer** 138:4
**summertime**
  147:19,22,25
**sun** 45:22,25
  147:25
**sunshine** 138:5
**super** 254:5,9
  256:21
**suppliers** 35:21
**supply** 127:24
**support** 124:19
  171:2 207:2
  216:1 258:5
  260:2 286:7

308:6,22
310:11 325:21
332:15 337:3
**supported**
  317:13 337:9
  337:12
**supportive**
  260:15
**supports**
  257:19
**supposed** 52:21
**sure** 6:10,25
  8:17 11:16
  18:16 21:17
  25:6,9 32:18
  34:15 36:23,23
  41:18 44:6
  45:4 69:5
  79:11,22 92:21
  93:16 100:14
  105:14 118:13
  118:14 120:21
  123:18 130:21
  133:17 146:1
  149:13 150:12
  153:23 157:12
  190:12 209:25
  221:3 224:19
  228:14 239:20
  278:5 282:11
  291:23 301:17
  310:24 331:25
  335:2 339:15

**surface** 30:2,2
  30:14,15 39:9
  39:15,17 40:1
  40:8,9 43:15
  43:22 64:1
  198:21 220:25
  221:12,17,18
  221:23 222:8
  222:23 223:7
  225:3 239:22
  240:4 243:16
  244:11 245:2
  245:13,24
  246:5,8,12,14
  246:24 250:16
  250:25 251:7
  263:9,10 264:1
  264:18 265:9
  266:21,24
  267:20 268:5
**surfaces** 31:3
**surge** 111:15
  112:9
**surging** 112:4
**surprise** 131:2
  201:9
**surprised**
  49:24 131:5
**surprises**
  130:11
**surprising**
  130:13 278:18
**surprisingly**
  16:16

**susceptible**
  120:20 126:19
  137:24
**suspect** 183:8
**suspicion**
  171:25
**sustained** 60:6
**sustaining** 59:2
**swear** 5:9
**switch** 151:17
**sworn** 3:17
  5:12 343:17
  345:9
**synonymously**
  24:9
**syracuse** 2:8
**system** 18:10
  19:2,23 20:5
  20:15 21:2
  79:19 115:21
  116:19 119:25
  119:25 120:8
  120:24 122:18
  125:6,7 139:16
  139:21 151:10
  153:3,25 218:4
  312:3 319:19
**systems** 18:1,4
  18:12,23 24:5
  93:25 115:5,16
  115:23 116:20
  117:6 118:1,7
  119:5,11,11,19
  141:7

[t - tell]                                                    Page 74

| t | | | |
|---|---|---|---|
| **t** 3:1,1 168:7,7 | 285:6 293:7 | 66:20,21 67:2 | **tear** 110:7 |
| 168:7 344:6 | 301:14 303:18 | 69:12 71:25 | 111:3 |
| 345:1,1 347:3 | 317:15 319:4 | 72:1 78:12 | **tearing** 110:23 |
| 347:3 | 323:19 327:12 | 80:5 105:18,19 | **technical** |
| **t's** 324:25 | 327:17 330:24 | 109:22 120:14 | 248:11,12 |
| **tab** 7:18 107:4 | 333:12 341:12 | 120:15,17 | 259:12 |
| 112:17 114:10 | **taken** 1:16 | 121:11 122:17 | **technically** |
| 118:16,18 | 100:1,16,17 | 122:23 125:2 | 24:9 25:20 |
| 127:19 133:9 | 171:6,21 173:3 | 126:5,14 139:1 | 248:8 |
| 133:13 157:23 | 187:3 292:24 | 139:6,6 149:16 | **techniques** |
| 192:6 229:2 | **takes** 21:13 | 149:19 176:19 | 27:25 116:16 |
| 285:7 344:12 | 242:25,25 | 190:23 197:14 | **technology** |
| **tablets** 106:16 | 289:10 292:15 | 198:13,17 | 4:22 9:5 15:13 |
| **tabs** 7:17 | 301:1 | 208:18 209:4 | 28:5 98:25 |
| **tagged** 177:19 | **talk** 6:7 24:25 | 210:5,5 215:22 | 167:18 |
| 187:13 | 40:10,13 57:12 | 215:23 216:4 | **teens** 129:20 |
| **take** 4:11 14:25 | 57:21 60:10 | 229:4 243:25 | 130:4,7,13,25 |
| 37:17 44:4 | 109:24 166:16 | 244:1,6,20 | 131:12 132:19 |
| 45:2 46:15 | 171:24 174:24 | 245:6,20 | **tell** 9:4 12:17 |
| 54:22 66:15 | 175:19 176:6 | 272:25 277:4 | 28:13 29:7 |
| 68:2,2 71:7,7 | 188:20 216:5 | 287:23 290:10 | 38:22 39:5 |
| 79:16,24 83:16 | 245:4 258:23 | 290:23 293:5 | 43:6 49:12 |
| 100:1 133:22 | 259:4 287:19 | 297:15 311:1 | 62:22 87:21,22 |
| 142:4 155:1 | 287:25 316:8 | 323:22 341:25 | 136:9 156:12 |
| 161:24 166:13 | **talked** 49:18 | **talks** 127:20,21 | 156:16,17 |
| 173:5 192:6 | 52:20 61:19 | **team** 10:1 | 174:11,18 |
| 202:5 227:9,10 | 78:10 231:7 | 18:24 19:17 | 175:5 178:20 |
| 228:11 231:5 | 268:23 | 20:17 26:15,17 | 187:24 199:22 |
| 234:3,5 240:13 | **talking** 24:11 | 46:11 50:24 | 212:24 249:16 |
| 240:16 261:21 | 25:21 30:17 | 56:20,23 | 253:19 254:19 |
| 263:11 276:25 | 34:22 36:13 | 158:14 159:16 | 263:8 268:6 |
| 279:25 280:24 | 42:2 44:16 | **teams** 26:11 | 272:1 292:6 |
| | 57:11 63:1,12 | 28:9 | 300:1,6,10 |
| | 63:12,13 64:16 | | 308:10 314:24 |

317:19,19
318:12 323:13
323:20 324:5
325:10
**telling** 19:19
182:16
**tells** 207:19
208:3
**temperature**
19:6,7,13
20:21 22:3
27:6,7 29:9,11
30:3 37:16,19
52:24 53:14,20
54:12,21 55:4
56:3 57:8
58:25 59:3
60:4,20,20,22
60:25 61:21
62:9,9,11,12
63:22 64:2,4
65:12 66:1,6
66:17,22 67:17
68:3 73:9 75:1
75:25 76:15,24
77:5,16 78:18
79:14 80:3
109:3 112:5
117:10 119:8
119:17 121:2
122:15 126:18
127:7,15 137:4
143:3 146:21
146:24 147:2,7

147:23 148:7
148:14 149:5,8
149:15,16,19
149:20 150:5,8
150:12,14
151:11,13
152:1,1 156:20
157:2 197:24
200:9 201:16
203:5 206:25
208:16 210:7
210:13 217:1
222:25 223:25
224:9,13,17
225:12,13,18
225:19,24
226:8 227:15
227:18,23
229:14,15
230:8,9,22,23
230:24 231:23
232:12 236:1,6
236:8,16,25
238:8 239:2,7
239:21 241:14
243:14,17,21
244:11,19,20
245:3,12,17
246:11,17,23
247:8 249:8
251:1,4 252:12
252:24 254:11
254:12 262:24
263:9,11 264:1

290:2,3 298:7
300:19,22
301:4 313:1,15
**temperatures**
14:14 53:17
55:1,9 57:2,3
62:7 72:1
111:13 120:21
126:15 144:19
197:15 198:16
203:21 230:15
251:8 258:12
263:20 267:21
267:25 269:7
**temperaturized**
65:25
**ten** 23:22 146:2
164:3 194:13
195:23 196:25
201:6 234:24
237:18 247:11
288:23 290:10
290:15
**tend** 110:3
**tendency** 270:4
**tens** 146:5
**term** 34:18
53:6 63:2
72:11 109:20
116:4 221:6
311:9 320:25
**terminal** 35:7
**terminology**
65:16 72:17

**terms** 25:5,6,7
34:17 72:12
116:5
**territory**
175:25 176:13
**test** 13:18
28:14 31:18,19
38:10 44:20
50:23 53:8,10
53:16,22 54:7
55:17,20 56:5
56:22 57:12,15
75:3 208:21,24
208:25 209:12
210:10 212:5
212:16,17,22
213:7,7,13,18
214:8,17,23
215:1 216:16
233:7 240:21
249:15,21
323:15 324:3,5
327:13
**tested** 52:1,2,5
54:9 116:20
204:5
**testified** 5:14
88:25 89:15
90:9 91:8 93:2
96:21 129:15
142:7 192:16
**testify** 90:23
131:11

**testifying**  142:7
**testimony**
 46:23 79:2
 90:24 92:18
 94:22 105:7,13
 114:19 131:10
 131:15 137:9
 170:22 180:14
 183:5 185:9
 195:20 208:10
 225:10 227:13
 248:2 253:19
 254:18 255:5
 272:12 276:11
 280:1 283:5,22
 285:13 292:24
 293:1,2,9
 310:18 311:2
 343:4 345:11
 346:9,17
**testing**  14:21
 14:25 15:2,5
 31:11 32:13,13
 32:14,15 33:15
 33:16,17 36:3
 36:24 37:4,6
 38:15 44:17
 45:13 46:3,7,9
 46:10 53:6
 55:5 56:11,14
 56:24 58:13,15
 58:18 68:16
 102:17 124:1
 204:20 207:22

 212:14 213:12
 213:19 216:7
 224:5 226:4
 233:10,10
 237:10 240:20
**tests**  13:21,22
 14:2,4,7,8,9,12
 28:11,11 37:2
 45:14 52:23
 55:23,25 56:8
 75:13 124:1
 207:12 209:7
 209:10 210:2
 213:13,20
 214:10 233:25
 234:5 272:1,7
 324:2
**texas**  114:11,13
 114:21 115:1,9
 117:5,16,23
 127:20 128:5
 128:24 129:4
 131:18,21
 132:7,24
 139:23,25
 140:2,5 141:4
 141:15 142:4
 344:10
**thank**  6:17 7:10
 8:12 49:3
 67:10 87:5
 88:2,6 104:23
 153:24 224:25
 231:1 241:23

 303:18 331:17
 336:20 342:3,5
 342:5
**theorem**  212:18
**theoretical**
 48:12
**theoretically**
 49:19 275:5
**theory**  204:11
 205:15,24
 222:19 243:11
 310:11 316:2
 325:21 326:11
 337:10,12
 340:1,10,17
**therapy**  250:7
**thermal**  14:15
 14:23 22:5
 26:6,6 27:1,4,9
 27:23 29:12
 31:11 32:10
 36:24 37:16
 39:1,1 43:17
 43:20,23 44:1
 44:18,22 46:9
 47:4,7 53:1,3
 55:16 56:2
 57:4 58:1,2,10
 58:22 59:13,18
 59:21 60:6,10
 60:16,18 61:5
 62:3,10,11
 63:23 64:4
 65:18 66:13

 70:17 73:1
 74:21 75:20
 76:1,14 78:15
 78:19,25 79:15
 80:24 81:13
 83:10,10 87:12
 87:23 88:4
 105:10 108:24
 110:14,17
 111:11 112:1,9
 112:10 120:25
 124:8,10 125:5
 125:21,21
 127:1,9 149:10
 191:13,24
 193:8,20
 195:15 196:4
 198:13,14
 201:5,7,25
 202:4,24 203:1
 203:6 205:10
 205:16,25
 206:16,22
 207:3 208:17
 210:24 211:3,8
 211:10,19,25
 212:19 213:4
 214:13,25
 215:9,13,20
 216:3,18,24,25
 223:4 224:13
 224:17,22,24
 225:24 226:17
 227:11 231:9

235:13 236:7
239:11 243:4
245:22 246:10
247:9 249:18
251:1,3 252:13
252:25 253:12
253:16 254:20
255:14 256:10
256:24 257:1
258:2,18,19
260:16,21
262:14,16,18
262:24 263:2
263:12,14
264:8,9,11,16
266:3,10 267:8
267:25 268:12
268:17,21
269:2,13,16,25
270:1,25 271:2
271:14 273:20
275:16,22
277:17,22
278:21,24
279:18 284:18
284:19 287:13
287:22 288:14
289:2,14,18,23
291:12,17
292:3 295:4,8
295:11,16
296:2,12,12,17
296:25 297:5,7
297:10,21

298:1,7,11,21
299:20,21,22
300:3,8,9,14
301:5,20 302:4
302:8,19 303:5
303:17 305:20
312:13,20
315:13,17
318:17 319:3,9
324:8 325:11
325:14 327:16
328:2 329:4
340:5,12,13
**thermally**
144:9
**thermistor**
312:25 313:3,6
**thermocouples**
54:15 55:3,7
55:13
**thick** 281:6
**thickness** 221:4
**thin** 35:1,11
256:21
**thing** 68:5
72:25 75:16
83:16 86:4,5
120:22 138:11
142:1 178:2
189:9 271:2,11
315:10
**things** 9:22
10:10 13:9,10
16:10 18:7

19:8 21:19
26:13,17 29:4
48:8 62:12
67:18,19,23,25
69:13,19 76:3
78:11 81:18
85:11,20 86:6
86:13 99:25
102:23 112:11
116:6,15 124:9
126:7 130:3
137:11,22,22
138:6,11
145:19 156:5
186:8 209:17
227:4,7 235:22
236:22 257:6
258:25 260:14
263:21 268:22
270:8,13
274:22 280:8
288:19,21
301:5 310:11
310:12 313:13
313:23 318:3
318:22 319:7
319:23 320:2
335:22
**think** 16:7 23:5
34:20 37:20,21
37:23 38:2
40:12 41:12
43:8 49:5,19
52:12 56:13

57:17 59:8
61:14,19 73:21
73:21 76:10,13
80:9 84:21,22
90:16 91:22
94:7 95:2,5
97:5 98:16
102:22 103:17
105:6 106:2
107:1 108:4
110:9 120:3
130:10 133:10
134:2 137:1,9
145:19 148:6
151:18 153:7
157:20 161:4
161:12 167:11
176:17 179:22
185:9 186:11
186:12,13
194:16 195:15
198:8,18
201:13 224:2
227:12,13,21
235:10 238:13
239:17 248:18
251:19 258:8
261:7,21
264:21,22
270:7 271:13
272:20 273:3
277:21 278:4
278:14 279:21
280:9,17

[think - tools]                                                                 Page 78

| | | | |
|---|---|---|---|
| 282:11 286:1 | **threshold** | 173:20 178:21 | 346:8 |
| 303:12,13 | 239:8 | 181:17 183:20 | **timeline** 303:15 |
| 306:14 309:21 | **throw** 60:12 | 186:20 195:24 | **times** 6:11 |
| 310:9 311:8 | 226:12 | 205:19 208:22 | 56:13 65:8 |
| 322:14,16 | **thumb** 69:10 | 210:14 211:1 | 70:11 163:12 |
| 323:12 328:7 | **ti** 141:16 | 212:4,22 214:5 | 170:21 259:7 |
| 330:13,15 | **tim** 258:24 | 216:15,20 | 272:7 |
| 331:6 333:19 | **time** 1:14 3:11 | 228:18,22,23 | **timing** 287:11 |
| 337:7,9 339:14 | 9:11 10:7,12 | 232:3 234:3 | 287:21 |
| 341:13 342:2 | 11:1 12:23 | 240:16 242:25 | **tip** 288:12 |
| **thinking** 75:9 | 13:1 14:3 | 243:1 252:14 | **tires** 272:24 |
| 75:11 188:21 | 15:10,11,24 | 252:18 268:8 | **titled** 142:21 |
| 318:24 | 16:3,23 17:16 | 269:1 271:12 | 158:19 |
| **thinks** 156:13 | 18:19,20 20:2 | 283:6 285:14 | **today** 5:24 |
| **third** 219:19 | 20:7 21:6,25 | 290:13 291:12 | 15:21 44:19 |
| **thought** 130:21 | 21:25 22:7,10 | 291:19 292:12 | 103:8 114:19 |
| 155:5,5 156:20 | 22:20 23:11,13 | 297:23 300:7 | 142:7 174:18 |
| 159:8 174:1 | 26:2 30:18 | 300:10,15 | 260:16 303:13 |
| 208:11 217:13 | 36:20 38:17 | 301:15,18,20 | **together** 23:20 |
| 320:20 | 44:7,11,12,25 | 301:24 302:5 | 191:14 198:1 |
| **thousand** 15:25 | 46:1,13 48:24 | 302:17,21 | 219:4 229:8 |
| **thousands** | 53:6,15,21 | 303:21,25 | **told** 6:19 |
| 146:5 | 54:14,17 57:25 | 304:1 306:15 | 176:24 195:15 |
| **three** 29:13,22 | 58:15 74:8 | 308:3,23 309:1 | 213:6 214:8 |
| 30:11,12 31:12 | 75:9 82:12,23 | 312:5 322:8 | 215:24 302:16 |
| 32:3 51:22 | 84:18 94:14 | 323:19 327:17 | 334:11 |
| 56:13 88:8 | 105:2,3 106:20 | 341:16,20,21 | **took** 9:20 15:2 |
| 89:8,11 92:11 | 106:21 113:24 | 342:9 346:18 | 42:20 95:21 |
| 191:10 201:18 | 118:24 128:21 | **timeframe** | 97:18 164:9 |
| 219:10,10,15 | 133:23 157:5 | 16:14 18:17 | 292:25 300:7 |
| 219:19 230:11 | 161:2,19 | 128:23 129:10 | **tool** 326:18 |
| 231:10,11,11 | 162:11,14,15 | 129:22 130:2 | **tools** 10:4 |
| 243:23 244:22 | 165:16 166:9 | 132:12 210:21 | 16:10 |
| 314:6 | 169:16 172:12 | 302:23 303:1,4 | |

[top - type]                                                    Page 79

| | | | |
|---|---|---|---|
| **top**  125:14 | 245:18 246:8 | **truth**  182:16 | **turned**  147:3 |
| 192:22 216:10 | 297:9 | **truthful**  183:3 | 150:13 |
| 216:13 218:8 | **transition**  66:9 | **try**  50:19 51:5 | **turning**  87:14 |
| 218:15 220:24 | 66:11,18,23 | 52:24 53:22 | **twelve**  101:4 |
| 222:8 226:6,10 | 150:3 234:12 | 63:8 140:7 | **two**  12:20 32:1 |
| 226:15 240:3 | 288:2,20 | 141:22 149:13 | 48:19 63:21 |
| 243:13 244:8 | **transitions** | 197:4,4,4 | 69:12,19 77:24 |
| 246:3 261:18 | 62:17 | 214:6 233:19 | 78:1 79:13,20 |
| 277:10,20 | **transport**  39:2 | 317:15 318:3,4 | 79:24 88:7,11 |
| 330:11 | **traumatic** | 318:22 319:5,9 | 89:4,7 102:11 |
| **torch**  73:22,25 | 276:15 | 328:22 329:12 | 105:20 110:2 |
| 74:1 | **travel**  194:23 | **trying**  44:21 | 110:13,19,22 |
| **total**  17:2 | **traveled**  194:12 | 124:9 129:4 | 110:24 113:7 |
| 102:19,22 | **treat**  21:18 | 140:21 141:2,5 | 114:6 129:20 |
| **totality**  212:14 | **tremendous** | 157:10,10 | 152:16 154:15 |
| 212:24 263:15 | 145:25 227:25 | 178:9 180:3 | 158:19 167:16 |
| 271:5,11 332:3 | **trial**  1:15 3:12 | 198:1 212:10 | 167:17,18 |
| **touch**  198:10 | 7:5 89:11,13 | 218:7 238:4 | 190:23,24,25 |
| 198:12 265:22 | 89:15 | 247:24 248:21 | 191:12,15,17 |
| **toxic**  13:12 | **tried**  231:3,4 | 250:9 252:10 | 191:19 205:2,3 |
| 109:14 | **trilayer**  67:5 | 269:21 275:20 | 206:1,15 219:2 |
| **track**  25:12 | **trouble**  136:2 | 291:12 293:6 | 219:11,15,21 |
| 116:1 | **true**  17:14 49:6 | 307:15 320:4 | 230:11 234:5 |
| **transcript** | 125:23 166:9 | 323:3 334:19 | 241:17 242:8 |
| 343:3 346:6,19 | 171:25 185:4 | **tube**  35:1 | 282:22 283:3,8 |
| **transfer**  29:23 | 223:19 225:16 | **turn**  7:18 73:25 | 284:5 290:17 |
| 30:1,4 32:6 | 227:17 229:16 | 91:24 100:22 | 294:5,7,13 |
| 33:3 37:9 38:5 | 235:13 237:19 | 107:4 112:17 | 297:3,25 |
| 39:8,8 43:9 | 246:14 268:13 | 114:9 133:8 | 298:25 314:7 |
| 222:13,15,17 | 268:23 309:8 | 157:23 158:9 | 314:17,20 |
| 222:22 223:11 | 339:5 340:1,10 | 161:22 164:21 | 323:3,5 326:23 |
| **transferred** | 340:17 343:4 | 197:23 217:21 | 327:24 |
| 30:7 222:11 | 345:10 | 240:19 285:7 | **type**  13:21 |
| 243:15 244:2 | | 287:8 | 24:13 32:6 |

[type - universally]                                                        Page 80

| | **u** | **understand** | 330:1 335:14 |
|---|---|---|---|
| 33:24 34:8 | | 16:21 18:11,11 | 341:1 |
| 41:14 58:11 | **u**   3:1 5:11 | 18:17 38:2 | **understood** |
| 63:25,25 66:19 | 213:11 | 40:16 85:7 | 21:6,9 22:9,11 |
| 67:11 68:4 | **u.s.**   107:17 | 100:10 101:21 | 136:15,15 |
| 91:19 134:19 | **uh**   49:4 | 183:19 188:20 | 179:3 289:24 |
| 199:17 213:2 | **ul**   208:20 212:2 | 201:13 204:1 | 310:25 |
| 233:7,10 | 212:25 213:11 | 210:22 239:3 | **underway** |
| 260:22 | 213:14 215:23 | 241:22 265:12 | 252:2 |
| **types**   12:18 | 215:25 216:5,6 | 269:21 275:20 | **undetermined** |
| 13:8 19:8 | 216:15,21 | 301:16 302:9 | 341:3,7,9 |
| 29:14,22 30:12 | 217:2 | 314:1 320:5 | **unfolds**   111:5 |
| 49:7 78:19 | **ul1642**   31:17 | 323:3 337:6 | **unfortunately** |
| 86:5 105:20 | **un**   318:6 | **understanding** | 59:11 72:12 |
| 107:19 133:2 | **unauthorized** | 8:18 14:16 | 109:19 124:4 |
| 137:21 210:1 | 89:19 90:11,18 | 18:3,8 21:1 | **unfounded** |
| 213:19 233:10 | 91:14 93:5,19 | 32:16 82:23 | 141:11 |
| 235:22 319:6 | 118:6 | 96:4 98:1 99:5 | **uniform**   265:10 |
| **typical**   41:10 | **under**   14:18 | 99:6,21 100:19 | 278:14 |
| 76:23 225:22 | 19:7 117:2 | 115:8,14 116:3 | **uninformed** |
| 231:24 303:1 | 127:12 128:7 | 116:7,22 | 339:10 |
| **typically**   24:19 | 142:23 143:22 | 117:12,23 | **unique**   235:11 |
| 26:14 34:6,8 | 144:13 148:3 | 136:24 151:19 | **unit**   4:14 19:22 |
| 35:12 36:5,8 | 148:12 205:24 | 151:21 156:6 | 24:16 |
| 52:7,24 55:6 | 207:23 214:16 | 167:1 168:16 | **united**   1:1 4:18 |
| 64:15,19 65:23 | 214:16 233:15 | 168:20,21,24 | 102:11 |
| 68:8,20 69:24 | 234:18 237:20 | 169:11 172:18 | **units**   19:19 |
| 70:23 72:8 | 243:10 259:14 | 172:23 173:19 | **universal**   84:17 |
| 77:25 78:2 | 280:9 309:21 | 175:15 177:18 | 123:11 |
| 96:16 97:12 | 326:2 | 182:4 190:8 | **universally** |
| 234:4 288:3,22 | **undercharge** | 215:14 218:22 | 105:9 109:20 |
| 289:25 300:15 | 313:14 | 253:9 267:1 | 115:23 130:22 |
| | **underneath** | 308:12,14 | 145:16,19 |
| | 200:12 | 320:21,22 | |

| | | | |
|---|---|---|---|
| **unknown** 244:5 | 41:11 51:17 | **variety** 145:12 | 77:9 85:4,10 |
| 244:6 | 106:12 115:20 | **various** 54:25 | 85:15,17,21 |
| **unloaded** | 152:11 153:14 | 124:8 213:17 | **verify** 174:24 |
| 116:13 | 154:3 155:14 | 215:2 | 175:19 176:20 |
| **unmitigated** | 170:20 180:4 | **vary** 157:14 | 346:9 |
| 109:12 | 199:17 210:15 | **vast** 80:18,22 | **verifying** 6:17 |
| **unnecessary** | 210:17,19 | 80:22 106:10 | **veritext** 4:23 |
| 140:22 | 260:2 274:1 | 201:5 261:8 | 5:1 346:14,23 |
| **unopened** 6:16 | 346:19 | 290:7 | **veritext.com** |
| **unquote** 183:15 | **useful** 230:5 | **vehicles** 108:19 | 346:15 |
| **unstoppable** | **user** 116:24 | 108:21 145:20 | **version** 54:24 |
| 61:11 236:11 | 154:23 155:18 | **vendor** 136:21 | 101:18,18,19 |
| **unsubstantiat...** | 155:21 156:7 | 151:5 | **versus** 4:16 |
| 180:21,23 | 157:2,6,11 | **vendors** 136:19 | 39:18,18,24 |
| **untranscribable** | **uses** 85:16 | 139:11 | 40:6 41:4 |
| 86:11 | **using** 4:21 24:8 | **vent** 69:11,14 | 48:15 80:5 |
| **unusual** 163:9 | 27:24 33:5 | 69:15 70:11 | 225:18 240:9 |
| **update** 101:22 | 44:21 55:25 | 77:11 81:17 | 271:8 313:9 |
| **upper** 265:16 | 58:21 65:3,15 | 85:24 121:16 | **vicinity** 194:13 |
| 282:5 | 65:15 91:10 | 121:19 122:11 | 202:16 |
| **upset** 157:3 | 144:15 232:16 | 122:12,12,15 | **victim** 308:8,24 |
| **usage** 23:11 | 237:24 287:19 | 122:20 125:25 | 309:7 |
| **use** 24:24 25:5 | 311:9 | 205:12 300:24 | **vide** 4:15 |
| 28:4 32:8 | **usual** 6:23 | 324:14 | **video** 4:10 |
| 34:18 35:17 | **usually** 67:13 | **vented** 69:7 | **videographer** |
| 55:8 71:6 | 68:2 | 324:10,18 | 2:14 4:1,24 |
| 72:11,16,17 | **utilize** 238:7 | **venting** 13:11 | 44:7,12 104:24 |
| 73:24 138:17 | **utilized** 314:15 | 13:12 68:1,20 | 105:3 162:11 |
| 139:14,20 | **v** | 68:24 81:4 | 162:15 228:18 |
| 145:8 154:11 | | 109:13 110:4 | 228:23 303:21 |
| 172:24 245:11 | **v** 346:4 347:1 | 137:13 | 304:1 341:16 |
| 299:9 326:18 | **vacuum** 26:13 | **vents** 69:13,19 | 341:21 342:9 |
| **used** 15:4 29:8 | 204:25 255:6 | 69:23 70:10,16 | **view** 119:19 |
| 35:8 36:4 | 270:6 327:13 | 70:16 71:14 | 127:6 132:6 |

156:7,9 181:8
200:11 340:13
**virtual** 4:21
**virtually** 4:5
82:25
**visible** 67:24
**visually** 303:6
**voltage** 17:22
19:13 68:7,15
68:19 70:7
79:20 116:12
120:18 312:19
313:21 314:10
314:12,19
315:1

**w**

**wait** 291:22
318:9,9,9
**waived** 3:7 7:7
**walked** 251:23
295:12,19,24
**walls** 252:4
255:25
**walmart** 35:20
**wanemaker** 2:8
6:21 7:10
38:11 48:22
49:4 67:20
79:3 83:5
97:23 104:19
104:22 106:6
118:10 121:4
125:10 128:17

131:6 137:7
140:24 143:13
147:12 153:21
153:24 154:6
156:1 160:13
161:15 162:3,8
163:3 172:1
173:8 175:8,24
176:10 177:2
179:16 181:22
182:20 199:20
204:16 212:11
213:8 217:5
228:5,10,15
244:13 247:15
255:20 259:5
276:12 283:15
302:12 306:11
311:5 321:21
322:11 325:23
329:9 334:24
338:16 339:6
340:21 341:15
342:7 346:1,2
**want** 19:5 24:7
25:6 26:25
27:3 32:18
34:16 38:25
41:18 45:1
49:9 51:5,9
53:9,9 69:4,5,6
72:10,17,20
87:8 91:1
105:14 106:23

108:6 123:17
130:20 137:10
137:15 138:15
142:5 144:20
146:1 148:1,8
148:15 149:7
149:13,13
150:7,12 151:9
151:16,24
156:5 157:11
157:12 175:24
176:4,12
178:19 188:19
189:9 191:22
213:23,24
214:5 216:5
224:18 226:11
228:10 230:2
231:21,22
232:17 233:18
233:18 235:18
236:19 237:17
259:19,20
267:6 271:10
281:24 282:12
282:18 284:21
301:10,17
310:24 315:25
317:14,14,17
323:19 324:4
326:17 327:12
327:16 328:23
328:23 331:24
339:15

**wanted** 13:4
33:9 48:20
53:24 87:9
99:22 131:23
161:20 229:6,7
246:18 260:5
266:18 311:18
**wanting** 327:14
328:9
**watched**
295:22
**watching** 69:24
**water** 60:13
**way** 11:21
13:18 17:25
21:18 52:3,8
77:9 80:21
86:8 120:3
170:18 181:24
182:14 224:23
229:21 231:8
239:12 248:10
249:5 265:15
269:13 271:21
276:20 277:18
317:25 325:18
338:25 340:6
345:15
**ways** 30:12
51:1,9,10,13
79:13,21 80:2
126:3 155:6
**we've** 25:22
64:17 78:5,7

78:11 124:2
183:20 184:6
205:4 223:24
259:6 260:6
310:9 314:5
**welded** 284:13
**went** 26:7
56:12 87:11
90:25 97:18
98:7,11,21,23
102:23 158:15
166:23 195:23
196:25 197:2
205:25 206:14
206:20 218:19
269:1 270:17
280:12 296:2
296:11,17
297:7,10
298:10,12,21
299:22 300:2,8
300:9 301:19
302:3 303:16
340:5
**west** 1:24 15:2
27:16 56:17
**western** 1:1
4:19
**whereof** 345:16
**white** 112:23
132:4 142:3
**wide** 63:3
130:23

**wider** 108:17
**winding** 188:1
257:15 335:25
336:3,15,17
**windings** 80:12
187:2 190:21
190:22 191:4
**window** 19:13
**winton** 2:3
**wired** 52:2,4,8
52:15
**wiring** 76:18
111:15
**wise** 290:13
**wish** 165:17
**withdraw**
61:12 98:22
178:15,24,25
296:8
**withstand**
216:8
**witness** 4:9 5:9
5:11 7:7 94:22
97:22 162:6
208:10 228:14
228:17 343:1
344:2 345:8,11
345:16 346:8
346:10,12,18
**witnessed**
58:11 173:2
184:25
**witnesses**
184:22 273:20

333:5
**woke** 273:13
275:14,14
276:10
**woken** 273:16
276:5
**wondering**
94:25
**wool** 199:25
**word** 24:8,25
58:21 145:8
170:20 172:24
173:5 274:1
299:7,10
331:12
**worded** 91:20
**words** 27:5
43:1 67:16
91:18 98:5
151:9,16
179:19 180:2
182:10 215:7
217:23 223:5
244:2 250:5
251:15 252:11
266:9 269:10
286:9 292:16
305:14 323:8
340:11
**work** 9:6 18:23
20:2 25:1
27:18 29:17
40:22

**worked** 87:7
88:12 91:19
**working** 11:1
15:24 26:3
75:14 155:19
**works** 92:20
162:4 222:22
**world** 9:13
**worry** 120:23
**worse** 256:13
**wound** 194:7
**wrap** 34:24
35:14 36:9
42:17 220:4,9
220:13,17
222:14 281:4
**wrapped** 25:19
34:7 41:3
46:16
**wrapper** 39:19
220:13
**wrapping**
37:15 38:3
40:18
**wraps** 35:3
**writing** 180:12
306:16
**written** 91:9
101:7 281:1
**wrong** 94:4
105:17 160:4
221:6 319:18
**wrote** 161:2,20
166:10 169:16

**[wrote - zoom]**                                    Page 84

| | | |
|---|---|---|
| 172:12 173:20 | 211:7 221:2 | **yep**  84:11 88:3 |
| 178:22 182:7 | 228:5,17 230:4 | 93:1 108:14 |
| 305:4 308:3 | 231:11,20 | 118:15 158:7 |
| 332:21 | 234:17 235:6 | **yeses**  88:11 |
| **x** | 236:18 242:3 | **york**  1:1,17 2:4 |
| **x**  1:2,13 160:17 | 265:23 268:14 | 2:8 4:19 5:13 |
| 229:14 293:2,2 | 268:15 277:24 | 98:25 345:2,3 |
| 318:8,12,14 | 278:16 283:17 | **yuan**  101:7 |
| 323:11 344:1,6 | 285:2,25 288:7 | 107:6,8 108:9 |
| **y** | 291:24 301:13 | 149:22 344:9 |
| **y**  229:14 | 304:23 306:14 | **z** |
| 230:12 | 319:14 320:4 | **zinckgraf**  4:25 |
| **yeah**  9:8 15:13 | 322:14 326:1 | 345:5,21 |
| 22:6 27:13 | 329:25 339:14 | **zoom**  1:16 |
| 36:22 41:5,16 | 339:22 | |
| 41:17 45:1 | **year**  10:24 | |
| 49:1,2 50:14 | 15:19 66:21 | |
| 53:15 89:12 | 96:17 99:3 | |
| 97:4 101:3,5 | 100:8 107:21 | |
| 104:19,22 | 129:19,19 | |
| 106:25 110:14 | 145:15 326:3 | |
| 115:6 126:9 | **years**  9:7 12:20 | |
| 128:20 129:6 | 21:16 23:22 | |
| 130:6 143:16 | 36:13 80:20 | |
| 148:11 150:3 | 86:17 87:7 | |
| 151:23 154:20 | 89:6 90:7 91:2 | |
| 155:11,17,22 | 91:3 102:25 | |
| 158:17 161:18 | 117:15 145:14 | |
| 165:15 172:4 | 146:2 183:13 | |
| 190:13 192:18 | 183:19 184:6 | |
| 193:3 196:15 | 184:10 188:13 | |
| 196:21 204:8 | 204:20 257:23 | |
| 206:2 210:10 | **yellow**  112:23 | |