# EXHIBIT O

CONFIDENTIAL

Page 1

1   UNITED STATES DISTRICT COURT

2   WESTERN DISTRICT OF NEW YORK

3   ------------------------------------------------------X

4   CAROL S. MARCELLIN, individually, and as

5   Co-Administrator of the Estate of Charles E.

6   Hollowell, deceased, and JESSICA HOLLOWELL-McKAY,

7   as Co-Administrator of the Estate of Charles E.

8   Hollowell, deceased,

9                                    Plaintiffs,

10                 -against-

11  HP, INC., and STAPLES, INC.,

12                                    Defendants.

13  ------------------------------------------------------X

14  Case No:  1:21-cv-00704-JLS

15  Job No:  P1-6030025

16  ------------------------------------------------------X

17                                    Virtual Deposition

18                                    August 2, 2023

                                      7:09 a.m.

19

20

21      EXAMINATION BEFORE TRIAL of HP, INC. by LEE

22  WARREN ATKINSON, a Defendant herein, taken by the

23  Plaintiff, held at the above-mentioned time and

24  place, before a Court Reporter and Notary Public of

25  the State of New York and New Jersey.

CONFIDENTIAL

Page 2

```
1   A P P E A R A N C E S:
2
3
4           FARACI LANGE, LLP
            Attorneys for Plaintiffs
5           1882 South Winton Road - Suite 1
            Rochester, New York 14618
6           BY:  STEPHEN SCHWARZ, ESQ.
                 TEAGAN C. DOLAN, ESQ.
7                MATTHEW BELANGER, ESQ.
8
            COUGHLIN & BETKE, LLP
9           Attorneys for Defendant
            HP, INC.
10          175 Federal Street
            Boston, Massachusetts 02110
11          BY:  CHRISTOPHER G. BETKE, ESQ.
12
            SMITH, SOVIK, KENDRICK & SUGNET, P.C.
13          Attorneys for Defendant
            HP, INC.
14          6245 Sheridan Drive - Suite 218
            Williamsville, New York 14221
15          BY:  JACLYN S. WANEMAKER, ESQ.
16
            PILLINGER, MILLER, TARALLO, LLP
17          Attorneys for Defendant
            STAPLES, INC.
18          126 North Salina Street - Suite 215
            Syracuse, New York 13202
19          BY:  MARIA T. MASTRIANO, ESQ.
20
21
22
    ALSO PRESENT:
23
            Alexa Pastor - Videographer
24
            Jessica Hollowell-McKay
25
```

CONFIDENTIAL

Page 3

1                          I N D E X
2
3    WITNESS                  EXAMINATION BY        PAGE
4    Lee Atkinson             Mr. Schwarz             8
5                             Ms. Mastriano         148
6
7
8                          EXHIBITS
9
10   PLAINTIFF'S
11   EXHIBIT                  DESCRIPTION           PAGE
12   1       Plaintiff'S Notice of Rule 30(b)(6)      8
             Deposition of Defendant HP, Inc.
13           (6 pages)
14   2       HP Expands Recall of Batteries for HP and 8
             Compaq Notebook Computers Due to Fire and
15           Burn Hazards
             (5 pages)
16
     3       6-Cell Battery Specification For MU09093  8
17           Bates Stamped HP01366 - HP01377
             (12 pages)
18
     4       Specifications for Approval Version A11   8
19           Bates Stamped HP01297 - HP01334
             (38 pages)
20
     5       Notebook PC User Guide                    8
21           Bates Stamped HP00053 - HP00181
             (129 pages)
22
     6       Color Photograph - Counterfeit Battery    8
23           Circuit Board
24
                             (continued to next page)
25

CONFIDENTIAL

Page 4

1                    I N D E X (CONTINUED)

2

3                         EXHIBITS

4    PLAINTIFF'S

5    EXHIBIT                 DESCRIPTION              PAGE

6    7         Color Photograph - Sample Battery Pack    8

7    8         Notebook Essentials                      133

              Bates Stamped HP00182 - HP00233

8             (52 pages)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 5

1          F E D E R A L    S T I P U L A T I O N S

2

3          IT IS HEREBY STIPULATED AND AGREED by

4          and between the attorneys for the

5          respective parties herein:

6

7          THAT the sealing, filing and

8          certification of the within deposition be

9          waived;

10

11          THAT such deposition may be signed and

12          sworn to before any officer authorized to

13          administer and oath, with the same force

14          and effect as if signed and sworn to before

15          the officer before whom said deposition is

16          taken.

17

18          IT IS FURTHER STIPULATED AND AGREED

19          that all objections, except as to form, are

20          reserved to the time of trial.

21

22

23

24

25

CONFIDENTIAL

Page 6

 1          VIDEOGRAPHER:  Good afternoon.

 2          We are going on the record at 7:09 p.m.

 3      on August 2nd, 2023.

 4          Please note that this deposition is

 5      being conducted virtually.  The quality of

 6      recording depends on the quality of camera

 7      and internet connection of participants.

 8      What is seen from the witness and heard on

 9      screen is what will be recorded.

10          Video recording will continue to take

11      place unless all parties agree to go off

12      the record.

13          This is media unit number one of the

14      video recorded deposition of Lee Atkinson

15      taken by counsel for plaintiff in the

16      matter of Carol S. Marcellin, individually,

17      and as Co-Administrator of the Estate of

18      Charles E. Hollowell, deceased, and Jessica

19      Hollowell-McKay, as Co-Administrator of the

20      Estate of Charles E. Hollowell, deceased

21      versus HP, Inc. and Staples, Inc.  Filed in

22      the United States District Court Western

23      District of New York.  Case number

24      1:21-CV-00704-JLS.

25          My name is Alexa Pastor representing

CONFIDENTIAL

Page 7

1           Veritext and I am the videographer.

2               The court reporter is Eva Kaflinski

3           from the firm, Veritext.

4               I am not authorized to administer an

5           oath.  I am not related to any party in

6           this action.  Nor am I financially

7           interested in the outcome.

8               If there is any objections to

9           proceeding, please state them at the time

10          of your appearance.

11              Counsel, and all present including

12          remotely, will now state their appearances

13          and affiliations for the record, beginning

14          with the noticing attorney.

15              MR. SCHWARZ:  Yes.  Stephen Schwarz

16          from Faraci Lange.  And with me, I have

17          Matthew Belanger and Tegan Dolan, also from

18          Faraci Lange.

19              And also participating and observing is

20          the plaintiff, Jessica Hollowell-McKay.

21              MS. MASTRIANO:  I am Maria Mastriano

22          from the law firm of Pillinger, Miller and

23          Tarallo.  And I represent Staples in this

24          action.

25              MS. WANEMAKER:  I am Jacquelyn

CONFIDENTIAL

Page 8

1          Wanemaker from the law firm of Smith, Sovik

2          for Defendant, HP, Inc.

3              MR. BETKE:  Chris Betke from Coughlin

4          and Betke.  I am HP's national coordinated

5          counsel.

6              VIDEOGRAPHER:  Will the court reporter,

7          please, swear in the witness, and then

8          counsel may proceed.

9              (Documents were pre-marked as

10                Plaintiff's Exhibit 1 through

11                Plaintiff's Exhibit 7 for

12                identification, as of this

13                date)

14              LEE WARREN ATKINSON,

15     after having first been duly sworn by a Notary

16     Public of the State of New York, was examined and

17     testified as follows:

18     EXAMINATION BY

19     MR. SCHWARZ:

20          Q    State your name for the record.

21          A    My name is Lee Warren Atkinson.

22          Q    State your address for the record.

23          A    51-17 Ling Hang North Road, Zhomgli

24     District, Jaoyuam.

25          Q    Good morning, Mr. Atkinson.

CONFIDENTIAL

Page 9

1              My name is Steve Schwarz.  I will be

2      asking you the majority of the questions today, I

3      believe.  I represent the plaintiffs in this case.

4              And you are in the nation of Taiwan,

5      this morning in New York, but this evening in Taiwan,

6      correct?

7              A      Yes.

8              Q      You are currently an employee of HP?

9              A      Yes.

10             Q      Can you tell us what your position is

11     at HP at present?

12             A      My title is distinguished technologist.

13             Q      How long have you been employed by HP?

14             A      Just over 35 years.

15             Q      So, that would take us back to the late

16     1980s?

17             A      Yes.

18             Q      Could you review your educational

19     background for us?

20             A      I am a bachelor of science in

21     electrical engineering from Texas A&M.  Graduated in

22     1983.

23             Q      Have you had any post graduate

24     education in the field of computers or engineering?

25             A      No.

CONFIDENTIAL

1          Q      Prior to your --

2                 When did you graduate from Texas A&M?

3          A      May of 1983.

4          Q      Were you employed anywhere from the

5     time you graduated and the time you started with HP?

6          A      Yes.

7          Q      Where was that?

8          A      Texas Instruments.

9          Q      Were you continuously employed at Texas

10    Instruments until you started at HP?

11         A      Yes.

12         Q      What area of work -- initial job at

13    Texas Instruments?

14                In other words, what was your job

15    description?  What did you do?

16         A      My job title was product engineer.

17         Q      What types of products did you work on

18    at Texas Instruments?

19         A      Semiconductors.  Specifically,

20    microprocessors.

21         Q      Just as a definition, is there a

22    difference between integrated circuits and

23    microprocessors or are they synonyms?

24         A      An integrated circuit is a broader

25    classification of a single chip.  Microprocessor is

CONFIDENTIAL

Page 11

1    just one embodiment of an integrated circuit.

2         Q    Have you ever testified at a deposition

3    prior to today?

4         A    Yes.

5         Q    Approximately how many times?

6         A    Maybe somewhere between 10 and 15

7    times.

8         Q    What were the --

9              What was the subject matter of the

10   cases you testified in, if you can recall them, and

11   summarize them for us?

12        A    For HP, it's been either usually IP

13   defense, IP issues, or some battery cases.  Some

14   insurance cases.

15        Q    Okay.

16             So, IP would be intellectual property

17   that would involve either patents or some challenge

18   to patents; is that correct?

19        A    Yes.

20        Q    With regard to the battery cases, how

21   many battery -- alleged battery defect cases have you

22   testified in?

23        A    Related to battery, maybe about four or

24   five maybe.

25        Q    Do you recall the names of any of those

CONFIDENTIAL

Page 12

1  cases?

2          A      Gopel Ratnum.

3          Q      Could you spell that?

4          A      I will try.  I think it's G-O-P-E-L

5  R-A-T-N-U-M.

6                 The second is Critser, C-R-I-T-S-E-R.

7                 The third, I can't remember the name

8  for the third.

9          Q      How about the fourth?

10         A      That, I can't remember either.

11                I'm trying to even visualize when that

12 was.

13         Q      The first one you mentioned, do you

14 recall what jurisdiction that was in?

15         A      No, I don't know.

16         Q      Do you recall what the allegations in

17 that case were?

18         A      There was a fire with a laptop.

19         Q      Fire with a laptop?

20         A      A fire in the room.

21         Q      Was it alleged that it was caused by a

22 battery failure?

23         A      Yes, I think so.

24         Q      And what about the Critser case, the

25 second case?

CONFIDENTIAL

Page 13

```
 1                  Was that a similar fire battery failure

 2       case?

 3            A     Yes, similar type of case.

 4            Q     The two that you can't remember the

 5       names of, are they also battery failure cases

 6       alleged?

 7            A     Yes.

 8            Q     Resulting in fires?

 9            A     I can't remember.  In fact, I can't

10       remember for sure.

11            Q     Do you recall what any of the other

12       jurisdictions of the cases were, were venued?

13            A     No.  No.

14            Q     In the cases that you've testified, at

15       least four battery cases, were you put forward as a

16       witness for HP as a 30(b)(6) witness as we refer to

17       it in law?

18            A     Yes.

19            Q     So, you are familiar with your role as

20       a rule 30(b)(6) witness for HP?

21            A     Yes.

22            Q     I see that you have a number of patents

23       in your name that you hold; is that correct?

24            A     Yes.

25            Q     One of those patents is for a computing
```

CONFIDENTIAL

Page 14

1    device powered management; is that correct?

2        A    I have several related to power

3    management, yes.

4        Q    Can you tell us what aspects of

5    computer power management you got patents, if you can

6    generally describe that?

7        A    Since the early '90s, I have many

8    patents on power management and also thermal

9    management.  Many subsections of the computer, I have

10   patents on.

11       Q    Is your --

12            You said power management and thermal

13   management?

14       A    Yes.

15       Q    That would be obviously management of

16   the heat that is produced by a computer?

17       A    Correct.

18       Q    Do any of those patents involve the

19   battery pack of computers?

20       A    I think one of them does.

21       Q    Can you tell us about that particular

22   patent and how it involved the battery pack?

23       A    It's a battery pack improvement and how

24   to package the battery so that the cells will be

25   cooled when it's run at a high current.

CONFIDENTIAL

Page 15

1        Q      When did you obtain that particular

2   patent?

3        A      I don't know when it was granted.  I

4   think I worked on it around 2006.

5        Q      Are you currently an officer or

6   director of the HP?

7        A      No.

8        Q      Now, I am going to share the screen at

9   this moment.

10               Can you see what is up on the screen

11  right now, and I marked as Exhibit 1?

12       A      Yes.

13       Q      This is --

14               I will represent for the record, the

15  Plaintiff's Notice of Rule 30(b)(6) Deposition of

16  Defendant, HP, Inc.  And it's a six-page document.

17               Do you have a copy of it in front of

18  you?

19       A      I don't have a copy of it in front of

20  me, no.

21       Q      Have you seen this document prior to

22  today?

23       A      Yes.

24       Q      Have you --

25               If you could, I am going to scroll down

CONFIDENTIAL

Page 16

1   to page 5 of this document.

2                Beginning on page 5, carrying over to

3   page 6, there are six topics listed.

4                Are you familiar or have you reviewed

5   those topics?

6        A    Yes.

7        Q    Are you prepared, on behalf of HP, to

8   answer questions regarding each of these seven

9   topics?

10       A    Yes.

11       Q    Are you --

12               Do you understand that pursuant to the

13  rules or any of these topics that you don't have

14  personal knowledge you were required to educate

15  yourself in order to provide answers on behalf of HP

16  about each topic?

17       A    Yes.

18       Q    I am going to start --

19               The first area of questioning I want to

20  ask you about is actually topic two.

21               And I have that up on the screen right

22  now.

23               Do you see that?

24               It's the:

25               "Design and function of the battery

CONFIDENTIAL

Page 17

1           management system in the original battery

2           pack sold with the laptop including

3           connections to the motherboard."

4                Do you see that?

5      A     Yes.

6      Q     In this document, we also provided

7  definitions for each of the bolded items.

8                And you understand what those bolded

9  items refer to based on those definitions?

10     A     Yes, I think so.

11     Q     So, the laptop is the HP Pavilion.

12                That's the subject matter of this

13  litigation.

14                Do you understand that?

15     A     Yes.

16     Q     And do you understand what a Battery

17  Management System is, correct?

18     A     Yes.

19     Q     What would your definition be of a

20  Battery Management System?

21     A     My definition would be the circuitry

22  that interfaces the battery cells to the notebook.

23     Q     So, for particular devices, including

24  notebook computers, batteries are packaged with its

25  own circuitry that provides certain functions,

CONFIDENTIAL

Page 18

1    correct?

2              A      Yes.  For this notebook, yes.

3              Q      And that entire package is referred to

4    as a battery pack?

5              A      Yes.

6              Q      And in that battery pack, there is

7    certain circuitry and there are also cells?

8              A      Correct.

9              Q      The cells are the actual batteries.

10             The circuitry is -- provides some

11   function with regard to the use of those batteries,

12   correct?

13             A      Correct.

14             Q      Now, with regard to topic two, did

15   anything from your work experience with HP provide

16   you with knowledge related to this topic?

17             A      I'm acquainted with this topic, yes.

18             Q      In other words, is this part of your

19   general work area job description at HP or was it at

20   some period of time?

21             A      Yes.

22             Q      Tell us about your role in design and

23   function of Battery Management Systems in your

24   regular work experience at HP?

25             A      Because my job has focus especially on

CONFIDENTIAL

Page 19

```
 1    power management and performance management for the

 2    notebook, the integration of the battery is a

 3    critical part.

 4          Q     In addition to your personal experience

 5    then with this topic, and with regard particularly to

 6    the make and model HP Pavilion Series laptop that's

 7    involved in this case, did you do any additional

 8    preparation to answer the questions related to this

 9    topic?

10          A     Yes.

11          Q     Did you review any documents?

12          A     Yes.

13          Q     What documents did you review?

14          A     Especially the HP specification for the

15    battery.  And also, the LG specification for the

16    battery.

17          Q     I have those two.  We are going to look

18    at those later today.

19                Did you review any other documents

20    related to topic number two to help you prepare to

21    answer questions about this topic?

22          A     I looked at the schematic for the

23    notebook.

24          Q     Can you identify that document in any

25    way by either a document number or a specification
```

CONFIDENTIAL

Page 20

1    number?

2         A    I didn't bring my index of the Bates

3    numbers.  I think for the LG spec, I remember that

4    being 1297.  But I don't remember what the Bates

5    number was for the schematic.

6         Q    Okay.

7              But you believe that that's --

8              MR. BETKE:  Excuse me for one second.

9         I might be able to provide that.

10             MR. SCHWARZ:  Sure.

11             MR. BETKE:  I think the schematic for

12        the notebook is 0483 to 530.

13             MR. SCHWARZ:  Thank you.

14             COURT REPORTER:  And who was saying

15        that?  It's not showing up who is talking

16        on my screen, Alexa.

17             MR. BETKE:  That was Chris Betke.

18             COURT REPORTER:  Okay.  One second.

19             Alexa, are you there?

20             VIDEOGRAPHER:  Yes.

21             (Whereupon, a discussion was held off

22        the record)

23         Q    Other than reviewing documents and

24    other than talking to any of the attorneys who

25    prepared you, did you do anything else to prepare

CONFIDENTIAL

Page 21

1    yourself for topic number two to answer questions

2    about that topic?

3           A      No.

4           Q      So, did you speak to any other

5    employees of HP to gain any information that you

6    didn't have that you couldn't get from the documents?

7           A      No, not for topic two for certain.

8           Q      I want to show you what I marked as

9    Exhibit 2.

10                 MR. SCHWARZ:  And all of these --

11                 Counsel, all of these exhibits are in

12              the Exhibit Share folder.  So, you have

13              access to them at any time in addition to

14              what is on the screen.

15                 (Whereupon, a discussion was held off

16              the record)

17          Q      Do you recognize this document that I

18    marked as Exhibit 2, Mr. Atkinson?

19          A      I don't recognize it.  I don't know if

20    I ever seen it before.

21          Q      Are you aware of what the United States

22    Consumer Product Safety Commission is?

23          A      I heard of it.

24          Q      Are you aware of recalls that have been

25    put out by your company to recall batteries from HP

CONFIDENTIAL

Page 22

```
 1   and compact notebook computers due to fire and burn

 2   hazards?

 3           A     I am only vaguely aware of recalls.

 4                 MR. BETKE:  Hey, Steve.  What category

 5           is this for the depo notice?

 6                 MR. SCHWARZ:  This is part of the

 7           background for topic two.

 8                 COURT REPORTER:  I'm sorry.

 9           Who was saying that?

10                 MR. BETKE:  The topic doesn't say

11           anything.

12                 MR. SCHWARZ:  -- battery fires and

13           that's part of.

14                 MR. BETKE:  Hang on.  Hang on.  Let me

15           get the notice in front of me.

16                 COURT REPORTER:  Who is talking right

17           now?

18                 MR. SCHWARZ:  You can object, but I

19           don't think we can delay the deposition.

20                 MR. BETKE:  I want to follow along.

21           Category two, I have.  There is only a

22           function of an BMS including the original

23           battery pack sold with the laptop including

24           connections with the motherboard.

25                 MR. SCHWARZ:  Yes, that's -- this is a
```

CONFIDENTIAL

1    background issue with regard to that topic.

2         And you can object and say that you

3    don't believe it's within the topic and

4    that's your objection and then we can move

5    forward.

6         MR. BETKE:  So, okay.  So, Lee is here.

7    I will allow you to explore his personal

8    knowledge.

9         But it is my objection that he is not

10   here to testify as a 30 (b)(6) deponent

11   with respect to other battery packs and

12   potential recalls regarding same.

13        Why don't you ask him what he knows

14   about it, and he'll answer, but we object

15   to this being a 30 (b)(6) question.

16        MR. SCHWARZ:  I understand that.

17        Thank you for your objection.

18        COURT REPORTER:  This is the court

19   reporter.

20        MR. SCHWARZ:  I'm sorry.  The court

21   reporter is going to stop again.

22        Go ahead.

23        COURT REPORTER:  Yes.

24        I don't know who was speaking in the

25   colloquy.

CONFIDENTIAL

1          MR. BETKE:  That was the great Chris

2     Betke.

3          COURT REPORTER:  Okay.

4          I need for you to have the camera on.

5          MR. BETKE:  Listen, I couldn't find the

6     button, ma'am.  Okay?  I couldn't find the

7     button to do it.

8          (Whereupon, a discussion was held off

9     the record)

10         Q     The question I want to ask you about

11    this is that the hazard listed here is:

12         "The lithium-ion batteries used in

13         notebook computers can overheat, posing

14         fire and burn hazards."

15         And my question to you, Mr. Atkinson,

16    were you aware of this particular potential hazard

17    of lithium-ion batteries that were included in

18    laptop computers?

19         A     Your question is do I -- am I aware

20    that a lithium-ion battery can lead to a fire or burn

21    hazard?  The answer is yes.

22         Q     Okay.

23         A     I don't know this specific report or

24    this specific battery.  And I am not involved in

25    recalls.

CONFIDENTIAL

Page 25

```
 1        Q    Thank you.  That's all I had to ask you
 2   about that on that.
 3             And are you familiar with a term called
 4   thermal runaway when it refers to lithium-ion
 5   batteries?
 6        A    It's a vague term.  I am not sure what
 7   some of it specifically means from it.
 8        Q    Well, do you understand that the
 9   organic electro light and lithium-ion batteries can
10   be flammable under certain circumstances?
11             MR. BETKE:  Same objection on the
12             30(b)(6), but I will let Lee testify as to
13             his personal knowledge.
14        A    Yes.
15        Q    Are you familiar with a phenomena that
16   lithium-ion cells can enter uncontrollable
17   self-heating space?
18        A    I am not aware of the specific
19   mechanisms for those, but I am, of course, aware that
20   the battery can catch on fire.
21        Q    Now, I want to move on to what I marked
22   as Exhibit 3.
23             And I believe this is one of the
24   documents that you indicated you had reviewed in
25   preparation for the deposition.
```

CONFIDENTIAL

Page 26

 1            MS. WANEMAKER:  Can you just scroll
 2       down so I can see the Bates number on that,
 3       please?  Thank you.
 4            MR. SCHWARZ:  It begins with HP 01366
 5       and goes to 1377.
 6       A    Yes.
 7            MR. SCHWARZ:  And this is available to
 8       the attorneys on Exhibit Share.  All of
 9       these exhibits are, so.  You can look at
10       them any --
11            MR. BETKE:  Where is that?
12            MR. SCHWARZ:  -- time.
13            MR. BETKE:  Where is that?
14            MR. SCHWARZ:  Exhibit Share is one of
15       the features that's offered by Veritext and
16       it was provided to you in several e-mails
17       that were sent to you.
18            MR. BETKE:  It's not on the screen.
19            MR. SCHWARZ:  No.  It's a separate --
20            You log in separately to the Veritext
21       website and you get Exhibit Share provided
22       by Veritext.  And instructions were
23       provided in advance by several e-mails.
24       Q    Is this, again, Mr. Atkinson, a
25  document that you reviewed prior to today?

CONFIDENTIAL

Page 27

1         A     Yes.

2         Q     Can you describe what this document is?

3         A     This is the HP specification for a

4  9-cell pack that was an option for this notebook.

5               MR. BETKE:  Lee, I think you said 9.

6               This is 6.

7               THE WITNESS:  This is a --

8               The 6-cell is obviously a typo.  This

9           is a 9-cell.  I am looking at the MU09093.

10          This is a 9-cell battery.

11        Q     Okay.

12        A     It is an extended capacity battery that

13  was an option in this family of batteries.

14        Q     So, with regard to the HP Pavilion

15  laptop at issue in this case, there were several

16  different battery options that would work with the

17  system?

18        A     That's correct.

19        Q     And you are saying that one of them was

20  a 6-cell option and another was a 3-cell option?

21        A     There were --

22        Q     I'm sorry --

23        A     There were three different options for

24  6-cell batteries.  And one 9-cell battery.  Not

25  counting the variations of pack manufacturer and

Page 28

1    cells for each.

2          Q     Now, with regard to --

3                Is there a similar document that you

4    reviewed that provides a specification for the 6-cell

5    batteries?

6          A     Yes.

7          Q     And what do you recall that

8    specification being numbered?

9          A     It was titled MU06055.

10         Q     Thank you.

11               I want to just go down.

12               Section 2.4 refers to fuel gauge

13   specifications.

14               Do you see that?

15         A     Yes.

16         Q     Are the fuel gauge specifications for

17   the different types of battery packs for this

18   Pavilion the same or different?

19         A     I am sorry.

20               Would you ask the question again,

21   please?

22         Q     I am asking you are the fuel gauge

23   specifications for the different battery packs that

24   were approved for this Pavilion laptop computer, are

25   they the same or different based upon the different

CONFIDENTIAL

Page 29

1    number of cells?

2          A    They were not --

3                There were multiple approved battery

4    gauges for each of these battery packs.  So, these

5    are the -- these are the available -- these were the

6    approved battery controllers for the 9-cell pack.

7    The 6-cell might include others.  Each specification

8    is going to be slightly different.

9          Q    Let's start with what is a fuel gauge

10   for a battery pack like this?

11               What does that mean?

12         A    Fuel gauge -- the meaning of a fuel

13   gauge is especially to measure the energy in and out

14   of the battery cell so that it would provide, just as

15   a car, a fuel gauge.

16               The other function of the battery fuel

17   gauge is to direct the charge and discharge.

18               Lastly, provide the safety features for

19   the battery pack.

20         Q    So, the fuel gauge provides the ability

21   to communicate with the laptop itself to indicate how

22   much charge is left on the battery, is one thing it

23   does, correct?

24         A    That's one thing, correct.  Yes.

25         Q    And another thing it does is provide

CONFIDENTIAL

Page 30

1    some of the safety features that keep the battery

2    from malfunctioning?

3         A    It's -- yes.  It provides some of the

4    safety features for the battery pack, yes.

5         Q    So, as we go down here on this Exhibit

6    3, there are -- underneath 2.4.1, there is a number

7    of approved fuel gauges for this particular battery

8    pack.  And these are basically different

9    manufacturers that have --

10             Are these microprocessors or integrated

11   circuits that are here?

12        A    These are integrated circuits that have

13   some microprocessors features, correct.

14        Q    So, the ones that begin with BQ are of

15   the brand from Texas Instruments that provide these

16   fuel gauge functions that you've described?

17        A    Correct.

18        Q    And then, there is also one from Maxim

19   and from --

20             And I am not sure how to pronounce

21   that.

22             Renesas?

23        A    Renesas.

24        Q    Renesas.  Okay.

25             And all of those are for this

CONFIDENTIAL

Page 31

1    particular 9-cell battery pack were integrated

2    circuits that provide these functions that HP

3    requires for its battery packs for this particular

4    laptop line?

5         A    Yes.

6         Q    And then, under 2.5, it indicates:

7              "Temperature Sense Capability.  The

8         battery pack shall have a temperature

9         sensor thermistor.  The thermistor shall be

10        placed between adjacent cells for more

11        accurate sensing."

12             Is this a safety function to allow the

13   battery pack to sense the actual temperature of the

14   batteries as they are operating?

15        A    This is to sense the temperature of the

16   battery cells.  That's correct.

17        Q    And is that function then provided for

18   in the integrated circuit that is provided with the

19   fuel gauge?

20        A    The temperature sensor is connected to

21   the IC.  It is connected to the fuel gauge chips.

22        Q    So, the sensor is a separate device but

23   it's connected and communicates with the integrated

24   circuit?

25        A    Correct.

CONFIDENTIAL

Page 32

```
 1          Q      And it provides the information about
 2    the temperature of the battery cells to the
 3    integrated circuit?
 4          A      Correct.
 5          Q      And then, 2.6 indicates that there are
 6    safety functions.
 7                 It says:
 8                 "The battery pack shall be built with
 9             the following safety protection functions."
10                 And the first one is:
11                 "Overcharge/discharge."
12                 Did I read that correctly?
13          A      Yes.
14          Q      And what does that refer to,
15    overcharge/discharge?
16          A      Overcharge, undercharge, over current,
17    the temperature, these are all monitored by the fuel
18    gauge.  And so, when there -- when there are
19    boundaries that are exceeded in any of these, they
20    are detected by the fuel gauge or there is also
21    another chip that performs a backup.  A backup to the
22    fuel gauge.  But these are -- these are sensed by the
23    fuel gauge.
24          Q      What is the phrase "overcharge" mean?
25          A      Overcharge -- or it means an over
```

CONFIDENTIAL

Page 33

1    voltage of the cell.

2           Q      And then, also listed here is current.

3                  And you mentioned current.

4                  So, voltage is different than current,

5    correct?

6           A      Correct.

7           Q      Tell me what the difference is between

8    voltage and current generally just as an electrical

9    engineer?

10          A      We give analogies to water.  A current

11   is like a flow of a river -- a current is a flow of a

12   river compared to the flow of the --

13                 So, a current is how much flow of

14   energy is.  Voltage is the potential of the -- that

15   the flow occurs at.

16          Q      So, the integrated circuit that would

17   be provided with the fuel gauge itself would measure

18   instances where there is too much current going into

19   the battery pack?

20          A      Yes.  Both into or out of a battery

21   pack.

22          Q      And then, there is a phrase "over

23   temperature."

24                 And I assume that would mean that

25   temperature exceeds some threshold which would be

CONFIDENTIAL

Page 34

1    over what it should be?

2          A      Yes.

3          Q      And is that what the thermistor is

4    designed to provide that information to the

5    integrated circuit?

6          A      Yes.

7          Q      And then, it also is supposed to detect

8    reverse charge.

9                 Can you explain what that means?

10         A      Reverse -- I am sorry.

11                Reverse charge would be a negative

12   current.  So, if the pins were somehow reversed, if

13   there was a reversal of current, it would detect

14   that.

15         Q      Next listed item is cell imbalance.

16                Can you explain what that means?

17         A      Cell imbalance is a comparison of the

18   different voltages that are put in series

19   configuration.  The cell balances an independent

20   measurement of each individual cell.  In this case,

21   the cell pair.

22         Q      Now, you indicated that there were

23   several different approved battery pack designs.

24                Some were 6-cell and some were 9-cell,

25   correct?

CONFIDENTIAL

Page 35

1          A      Correct.

2          Q      And why is it important that when

3    charging a multi-cell battery pack, that the cells

4    are in balance?

5          A      It's important to avoid over voltaging

6    any one cell.  Individual -- individual cells must be

7    measured.

8                 I say individual.  In the case of the

9    6-cell or 9-cell, we have basically three cells in

10   series.  So, each group of series cells must be

11   monitored for voltage so they do not exceed the rated

12   voltage.

13         Q      What is the risk if the cells become

14   imbalanced?

15         A      If a cell is -- if a cell is

16   overcharged -- meaning, if the voltage is higher than

17   it was rated at -- it might have risk of damaging the

18   cell.

19         Q      What about overheating?

20         A      At a high enough voltage, yes.  When

21   it's a high voltage, it can cause some damage to the

22   cell and I suppose that would lead to a mechanism

23   that would cause overheating.

24         Q      And then, the last safety function item

25   that fuel gauge is required to possess is a short

CONFIDENTIAL

Page 36

1   circuit protection.

2              Can you describe what that is for me?

3       A     A short circuit protection is to make

4   sure that if the battery has a fast output discharge

5   that can -- this is to detect the output current is

6   higher than expected.

7       Q     And what is the risk of that if that

8   occurs?

9              What is the risk even to the battery

10  pack or to the laptop itself?

11      A     It only indicates that there is

12  something that is out of operation and it's just a --

13  I am not sure that it provides any certain or -- that

14  provides any risks to the battery pack.

15      Q     Do you have any understanding of why

16  it's listed as a safety function if it doesn't

17  provide some safety feature?

18      A     Normally, over occurrence -- the

19  current would be to prevent perhaps the ignition of

20  an external short circuit.  Not necessarily for the

21  battery pack itself.

22      Q     Thank you.

23              And if you turn to the second page of

24  this document, which is HP01367, do you see the chart

25  that's in the middle of the page there?

CONFIDENTIAL

Page 37

1       A      The 3.2 battery connecter pinout?

2       Q      Yes.

3       A      Yes, I see it.

4            MR. BETKE:  Hey, Steve.  Just I meant

5         to say this at the beginning.

6            We are designating since we are going

7         into so much technical information about

8         the HP product, we are designating this

9         deposition as confidential under the

10        protective order.

11           MR. SCHWARZ:  Yes, I understand that.

12           And these documents are marked

13        confidential.  And we will abide by that.

14           And that was Chris Betke that made that

15        statement.

16           MR. BETKE:  Yes.  I had my video on

17        though, too.

18           MR. SCHWARZ:  Okay.  Thank you.

19       Q     Mr. Atkinson, what does this battery

20   connecter pinout table --

21           What information does that provide

22   generally?

23       A     These are the signal connections from

24   the battery pack to the motherboard.  The notebook

25   motherboard.

CONFIDENTIAL

1          Q     In other words, in order for a battery

2     pack to work in this particular laptop computer, it

3     would have to have these pins and these

4     configurations to match up with the connection on the

5     motherboard of the computer so that the two can

6     function together; is that correct?

7          A     That's correct.

8          Q     So, one and two and seven and eight

9     appear to be the connections -- actually, the

10    positive and negative connections -- between the

11    battery and the motherboard?

12         A     Correct.

13         Q     And that would be similar

14    simplistically to the plus and the minus side of a

15    battery that we are familiar with in our daily lives

16    that we might use for a smoke detector or something

17    like that?

18         A     Yes.

19         Q     And pin number 3 refers to something

20    called an SMD or SMBus data interface I/O pin.

21               Do you see that?

22         A     Yes.

23         Q     Now, can you define for us what an

24    SMBus interface is?

25         A     SMBus is a communications interface

CONFIDENTIAL

Page 39

1    between the notebook motherboard and the battery

2    pack.

3          Q     So, in other words, the motherboard and

4    the battery pack have to communicate certain

5    information.  And some of the information we already

6    talked about, right?  The information about how much

7    charge is left in the battery has to be communicated

8    to the motherboard so that it could be displayed to

9    the user.

10                Correct?

11          A     Correct.

12          Q     And other information that we already

13    talked about, too, would be communicated to the

14    motherboard through this SMBus, right?

15          A     Correct.

16          Q     Now, there appear to be two SMBus

17    connections on this particular diagram.  One for the

18    data interface and one for the clock interface.

19                Could you describe the difference

20    between those two?

21          A     Both are essential for this serial

22    interface.  One is the clock distance that tells you

23    when to sample data.  The SMBus is a standard

24    interface.  And so, the clock is something that just

25    sequences each bit of information one at a time

CONFIDENTIAL

Page 40

1    communicated through the data pin.

2         Q    So, let me break that down and see if I

3    understand it.

4              We talked about various different

5    pieces of information that have to be communicated

6    between the battery pack and the motherboard.

7              And the third pin there, the SMBus data

8    interface, is where that data is transmitted.  But

9    since there are multiple different types of data that

10   have to be transmitted, the second pin controls the

11   sequence by which that data is transmitted to the

12   motherboard?

13        A    The data is serialized because there is

14   only one data line.  It is a one or a zero.  And so,

15   to construct any kind of communication, we structured

16   in addresses and data.  Then, so, each of those

17   addresses and data are communicated one bit at a

18   time.  The clock is the one that -- and tells when

19   the next single piece of data -- that each single bit

20   is present and ready to be transferred in that

21   process.

22        Q    Okay.  I think I understand that.  And

23   to the extent I don't, I probably won't find out --

24   won't be able to understand even if I ask you 12 more

25   questions so I am going to just move on from that.

CONFIDENTIAL

Page 41

1          Pin number 5 is listed as ID and open.

2          Could you describe what that means?

3     A     I have to look at the schematic to

4 understand what that means.  If that was used at all.

5 If that was used at all in the circuit.

6     Q     So, at this point, you can't answer

7 that question?

8     A     Open indicates that it was not

9 connected, whether it was a -- whether it was a --

10 but I would have to verify that by looking at the

11 schematic to be absolutely sure.

12     Q     So, the term, though, "open" to you

13 just looking at Exhibit 3 would be an indication that

14 pin 5 would serve no purpose at this point unless you

15 can find something on the schematic that changes your

16 mind on that?

17     A     That's correct.  I can't think of

18 what we would need the pin for.  That's correct.

19     Q     Okay.

20          And pin number 6, it says:

21          "Connect to thermistor."

22          And we talked about the thermistor as

23 being the device that measures the temperature of

24 the battery cells, correct?

25     A     Correct.

CONFIDENTIAL

Page 42

```
 1          Q      And is that information then
 2    transmitted to the motherboard through pin number 6?
 3          A      Yes.
 4                 There were two thermistors.  One of
 5    them is -- this is standard for the smart battery
 6    standard.  But this -- that this one follows.  That
 7    this pack follows.  There is one that connects to the
 8    integrated fuel gauge and another one goes to the
 9    system motherboard.
10          Q      So, they basically are --
11                 It is a redundant for this thermistor
12    then?
13          A      Correct.
14          Q      So, let me just dig down into that.
15                 You mentioned something.  I want to go
16    back to page one of Exhibit 3.
17                 And under the fuel gauge -- let me just
18    blow that up a little bit.
19                 You mentioned this smart battery data
20    specification revision 1.1.
21                 Do you see that?
22          A      Yes.
23          Q      Can you describe what that is, what
24    that particular document represents, and how it's
25    used by HP?
```

CONFIDENTIAL

Page 43

1          A     The smart battery standard was made in

2     the late '90s.  I somehow remember this.  1998.  The

3     smart battery standard is a standard form of data and

4     communication between the battery pack and then to

5     the motherboard.

6          Q     And so, if I can just generalize that.

7                Is it true that the industry, in a

8     sense, both the battery manufacturers and the device

9     manufacturers, kind of got together to try to

10    standardize things with regard to these lithium-ion

11    batteries for different electronic devices that they

12    can power?

13         A     Yes, that's correct.

14         Q     And so, this smart battery data

15    specification, is that the outcome of an effort to

16    provide some standardization in the field of

17    lithium-ion batteries for these types of electronic

18    devices?

19         A     Yes, that's correct.

20         Q     And that assisted both the

21    manufacturers of the devices and the manufacturers of

22    the batteries to be on the same page with regard to

23    different features that would be expected to be in

24    these battery packs?

25         A     Correct.

CONFIDENTIAL

Page 44

```
 1          Q     And some of the things that we talked
 2    about today already would be -- of these battery
 3    packs are also discussed in that smart battery data
 4    specification, correct?
 5          A     I can't remember if they speak to
 6    safety -- speak to safety features.  I can't remember
 7    that it's in the smart battery pack.
 8          Q     Okay.
 9                So, let me go back to the second page
10    of Exhibit 3 then.
11                And we were talking about the connect
12    to thermistor pin number 6.
13                And I just wanted to reiterate that
14    with regard to the fuel gauge, which was the
15    integrated circuit that was required for these
16    battery packs, there is one circuit that is connected
17    to a thermistor that goes to the integrated circuit,
18    correct?
19          A     Correct.
20          Q     And --
21          A     To the fuel gauge inside the battery
22    pack.  That's correct.
23          Q     And if the thermistor that's connected
24    to the fuel gauge registers a temperature out of
25    range of acceptable, is information then transmitted
```

CONFIDENTIAL

Page 45

1    to the motherboard through the pin number 3 SMD data
2    interface?
3         A      It can be -- I'm sorry.  Yes.  It would
4    be accessed through -- yes.  It can be read from the
5    host.
6         Q      And the host --
7         A      The temperature can be read by the
8    motherboard through the SMBus data to the fuel gauge.
9    That's correct.
10        Q      And then pin number 6 is a direct
11   connection from the thermistor -- from a thermistor
12   to the motherboard?
13        A      Yes.
14        Q      And is that a different thermistor --
15   connected to the integrated circuit?
16        A      It's the second thermistor, yes.
17        Q      So, there are basically two
18   thermistors.
19               And you have a redundant system so that
20   if the temperature gets above a certain temperature,
21   the motherboard is directly -- has provided that
22   information directly and it's also provided that
23   information through the integrated circuit from the
24   fuel gauge?
25        A      Yes.

CONFIDENTIAL

Page 46

1          Q      And is that a standard configuration

2     for the battery packs for both of the 6-cell and the

3     9-cell?

4          A      That's a standard for the

5     specifications, yes.

6          Q      I want to turn to page 3, which is HP

7     1368.  This is a chart in Exhibit 3.

8                 And it talks about number 10 is

9     identified as allowable temperature range.

10                Do you see that?

11         A      Yes.

12         Q      And the allowable temperature range for

13    charge initial temperature and continuous charging is

14    between zero celsius and approximately 45 degrees

15    celsius, correct?

16         A      Yes.

17         Q      So, what it seems to be saying here is

18    that the temperature of the battery cells should not

19    exceed 45 degrees celsius during either of those

20    charging conditions?

21         A      Correct.

22         Q      I am now going to go to page HP 01371

23    of Exhibit 3.

24                And particularly item number nine on

25    that list.  It's entitled, "Over-temp protection for

CONFIDENTIAL

Page 47

1    charge."

2              Can you identify or describe what that

3    means?

4         A    Yes.  Number nine, it says when over 46

5    degrees for more than two seconds, it turns off the

6    C-FET.  C-FET means charge set.  So, current into the

7    battery pack is interrupted.

8         Q    So, a FET is a field-effect transistor,

9    correct?

10        A    Correct.

11        Q    And so, that is sort of an on/off

12   switch that's available to cut the current to the

13   battery in the event that the battery gets above 46

14   degrees celsius?

15        A    That's correct.

16        Q    Now, we talked about there being two

17   different thermistors that are in the battery pack

18   that are available to communicate information to the

19   motherboard about the temperature of the cells.

20             Does this refer to both of those or

21   just one of those?

22        A    This refers to -- this control of the

23   charge -- solely by the fuel gauge I see.  It's not

24   directly by the motherboard.  So, this is -- this is

25   controlled by the fuel gauge chip.

CONFIDENTIAL

1      Q     So, the fuel gauge chip then is

2  programmed so that if the thermistor transmits

3  information that is 46 degrees or higher, it will

4  turn off the power charge in the battery

5  automatically?

6      A     Yes.  The battery pack will turn itself

7  off.  The fuel gauge chip will do this automatically.

8      Q     Now, I am going to ask you a different

9  hypothetical.

10         What if the pin to the motherboard that

11  gets information on the thermistor receives

12  information that the temperature is above 46 degrees

13  celsius, is the motherboard programmed in some way to

14  also shut off power to the battery pack?

15      A     I don't know.

16      Q     You don't know?

17      A     I only -- I can only be sure that it

18  will -- that the imbedded controller -- the imbedded

19  controller is on the system motherboard and that

20  would detect.  Before it starts to -- before it

21  starts to charge, it will read that then, but I don't

22  know if it will continue to monitor through that pin.

23      Q     So, let me see if I can break that

24  down.

25         It's your understanding that the pin

CONFIDENTIAL

Page 49

1  that provides a direct connection between the

2  thermistor and the motherboard provides information

3  on the initial temperature of the battery pack when

4  charging begins?

5        A    Yes.

6        Q    And let me just ask you in this

7  hypothetical.

8              What if the temperature at the initial

9  charging state is above 46 degrees celsius?

10             What, if anything, can the motherboard

11 do under those circumstances?

12       A    The motherboard will not initiate

13 charge.

14       Q    So, how does the motherboard accomplish

15 that process of not initiating the charge?

16       A    I can't remember.  I can't remember if

17 it looks at the SMBus data or if it does it -- I'm

18 sorry -- independently.

19       Q    My question again, and this is all

20 within topic, too.

21             My question is does the motherboard

22 have some control over the current coming into the

23 battery pack directly?

24       A    Yes.

25       Q    And how is that accomplished?

CONFIDENTIAL

1        A     The motherboard -- the integrated

2   imbedded controller on the motherboard side will

3   relay information from the battery pack through the

4   charger.  So, the imbedded controller is relaying the

5   request through the charger from the battery pack to

6   the charging IC.

7               And in this case, the fuel gauge will

8   not request --

9               If a fuel gauge detects that it's over

10  46 degrees, the fuel gauge, itself, will not request

11  that.  It will not request the charge.

12       Q     I think we are talking past each other

13  or maybe I am just not understanding.

14              I understand that the fuel gauge has

15  the capacity to turn off the C-FET -- C dash F-E-T --

16  which will stop the power coming into the battery

17  pack if the temperature is exceeded in the thermistor

18  that is connected to the fuel gauge, correct?

19       A     Correct.

20       Q     If the temperature is exceeded in the

21  thermistor connected to the motherboard, I am trying

22  to understand does the motherboard then have to shut

23  the C-FET off through the fuel gauge or is there some

24  independent way to shut the C-FET off?

25       A     The motherboard has independent --

CONFIDENTIAL

Page 51

```
 1              The motherboard has some control of the

 2    charging IC that would provide current to the battery

 3    pack.

 4         Q    Where is the charging IC housed itself?

 5         A    It's on the motherboard.

 6         Q    So, the motherboard has the capacity to

 7    shut down charging under certain circumstances, one

 8    of which is if this thermistor connected to the

 9    motherboard shows a temperature above 46 degrees?

10         A    Correct.

11         Q    And what you are not sure of is if the

12    initial charging condition is below 46 degrees but

13    then the thermistor registers information showing

14    that it's above 46 degrees during the charge, you are

15    not sure whether the motherboard continues to have

16    that ability to shut off the FET, to shut off the

17    charge?

18         A    I am not sure specifically on this

19    system.

20         Q    And when you say on this system, are

21    you talking about the nine volt system?  The 9-cell

22    system?

23              Or the system for this particular

24    laptop?

25         A    This specific laptop.
```

CONFIDENTIAL

Page 52

```
 1              I haven't reviewed -- I haven't
 2    reviewed that protocol on this system.
 3         Q    And describe for me if you were to look
 4    for the answer to that question, what specific
 5    documents are you referring to you will need to look
 6    at in order to answer that question if we come back
 7    again?
 8         A    I would -- I would -- I would probably
 9    have to review the --
10              I have to go think about that.  I am
11    not sure.  I am not sure if I have an answer of where
12    I would review that.  I'd have to look at the
13    protocol itself.
14         Q    Okay.  Help me understand.
15              When you refer to a protocol -- I know
16    that must be a term of art that you are referring
17    to -- can you just describe for the record what you
18    are referring to when you are saying to look at the
19    protocol?
20         A    I am sorry.  I was thinking I would --
21              I would have to look at our system -- I
22    am sorry.
23              Your question is if the SMBus
24    thermistor was detecting lower than 45 degrees, would
25    the thermistor through the -- would the other
```

CONFIDENTIAL

Page 53

1    thermistor through the imbedded controller
2    independently turn off the charge?
3                    Could I look at the --
4                    Could I look again at the schematic for
5    -- oh, I'm sorry.
6                    I'd be certain that the accuracy of the
7    thermistor of the imbedded controller would probably
8    not be so accurate as the thermistor that goes
9    directly to the fuel gauge.
10                   So, it's possible that within a few
11   degrees of margin that the imbedded controller is not
12   going to detect exactly a 45 or 46 degree
13   temperature.  There might be a disagreement.
14                   So -- I am sorry.  I haven't reviewed
15   to see that the imbedded controller, itself, would be
16   monitoring that charge or measuring that temperature.
17   I am not sure about that.
18        Q    The system --
19                   Actually, the speculation requires that
20   there be two thermistors.
21                   One for the -- that educates the fuel
22   gauge the temperature and the other educates the
23   motherboard, right?
24        A    Yes.
25        Q    And this is an important safety feature

CONFIDENTIAL

1    because there could potentially be a failure of one

2    of those thermistors and that way there is a backup

3    that would provide information in the event that one

4    of them failed, right?

5         A    It's possible.  I am not sure how the

6    thermistor would fail.  If it would -- I am not sure

7    -- you know, I can't say --

8         Q    Well, what is your understanding of why

9    there is this redundant thermistor system if not to

10   provide a backup in case of one failing?

11        A    The original thermistor was just an ID

12   pin.  The one that comes on its own separate panel

13   was an ID pin to know that the pack was actually

14   inserted in the system from the smart battery

15   standard.

16        Q    I am not understanding that.  I

17   apologize.

18             So, if you can explain it better?

19             The smart battery standard requires

20   this, is what you are saying?

21        A    The smart battery pack requires that

22   thermistor can double -- they had two functions.

23             One was especially as an ID pin.  In an

24   imbedded controller, I think we would look at this

25   pin to also detect that was over a high temp.  As far

CONFIDENTIAL

Page 55

1    as the accuracy at 45 degrees or not, I am not sure

2    the imbedded controller would be that -- I am not

3    sure it would be that accurate.

4              So, I don't know the accuracy for the

5    imbedded controller.  The 45 degrees was a later

6    requirement from something called a PSE.  That we

7    deliver that through the thermistor that's connected

8    to the fuel gauge.

9         Q    So, if I understand correctly, the real

10   safety device then with regard to overheating is the

11   thermistor that's connected to the fuel gauge?

12        A    That's the principal that -- yes.

13        Q    So, if there is a condition of

14   overheating and potential thermal runaway, it is the

15   thermistor connected to the fuel gauge that's going

16   to inform the integrated circuit fuel gauge FET to

17   shut off the battery?

18        A    Yes.  I am sorry I don't -- I am not

19   perfectly clear on exactly the role of the imbedded

20   controller.  I apologize, but I don't know that.

21        Q    Again, nobody can know everything, but

22   I might get another opportunity to ask you that

23   question if you get some time to educate yourself on

24   that.

25              I want to now go to a different

CONFIDENTIAL

Page 56

1  document and what I've marked as Exhibit 4.

2            MS. WANEMAKER:  Do you mind if we can

3       take about a two-minute break so I can use

4       the restroom before you switch gears --

5            THE WITNESS:  I was just going to ask

6       the same thing, to be honest.

7            MR. SCHWARZ:  Absolutely.

8            THE WITNESS:  Maybe grab another cup of

9       coffee.

10           MS. WANEMAKER:  For sure.  Thank you.

11           VIDEOGRAPHER:  Just a moment, please.

12           The time is 8:18 p.m., and we are going

13      off the record.

14           (Whereupon, a short break was taken)

15           VIDEOGRAPHER:  The time is 8:27 p.m.,

16      and we are back on the record.

17       Q    Mr. Atkinson, I would like to now have

18  you look at a new document.  Another one that I

19  believe that you indicated in your prior testimony

20  that you have reviewed in preparation for today.

21           This we marked as Exhibit 4.

22           It is entitled, "Specifications for

23  Approval Version A11" from LG Chem.

24           It begins with HP01297.

25           Is this the document that you were

CONFIDENTIAL

Page 57

1   referring to that you reviewed in preparation for

2   today?

3          A    Yes.

4          Q    Generally, is it an accurate statement

5   to say that this is a specification that was

6   submitted to HP by LG for approval to use this

7   particular battery pack design with your Pavilion

8   laptop computers?

9          A    Yes.  This is their specification in

10  answer to our requirements, yes.

11         Q    And with regard to your requirements,

12  this particular specification, as we will see, is for

13  a 6-cell battery pack.

14              And I believe you said that the

15  specification we looked at Exhibit 3 was a

16  specification for a 9-cell.  You said there is an --

17  6-cell specification that would have been provided to

18  LG that LG then responded with this proposal for HP

19  to approve for use of these particular battery packs,

20  correct?

21         A    Yes.

22         Q    Okay.

23              And we will find that at some point.

24  That other specification that we haven't looked at

25  yet.

CONFIDENTIAL

Page 58

1                  Now, this particular document, I want

2     to scroll down Exhibit 4 to page 1301.  And I am on

3     that now.

4                  Can you see that page?

5                  Do you want me to make it a little

6     bigger?

7          A     Thank you.  I can see that.

8          Q     Okay.  Great.

9                  So, under scope, it indicates:

10                 "This specification describes the

11                  requirements for the battery pack,

12                  HSTNN-LB0X supplied by LG Chem. included

13                  rechargeable lithium ion battery and

14                  Battery Management System.  The

15                  Battery Management System consists mainly

16                  of protection unit and fuel gauging unit."

17                 Did I read that correctly?

18         A     Yes.

19         Q     Now, is the phrase "protection unit" a

20    phrase that's used in the trade with regard to these

21    particular Battery Management Systems?

22         A     I am not -- I haven't seen that.  I

23    don't think that's used as a formal name.  I think

24    it's just a description.

25         Q     Okay.

CONFIDENTIAL

Page 59

1              Well, with regard to the description it

2      provides though, we talked about the specification of

3      HP of the overcharge/undercharge protection, the

4      short circuit protection, the overheating protection,

5      and the over voltage protection.

6              Would those be the types of safety

7      devices, then, that would be described as the

8      protection unit for the battery pack?

9          A     Yes, I think so.

10         Q     And the gauging unit would be

11     referred -- it would be the part of the battery pack

12     or the information about the available charge on the

13     battery that is communicated to the motherboard,

14     right?

15         A     Yes.

16         Q     Okay.  Good.

17              And if we skip down here to under the

18     cell type and configuration under 1.2.2 it says:

19              "The battery pack consists of 6 cells

20          combines with fuel gauging control circuit

21           and protection control circuit."

22              So, that is in the description of what

23     the battery pack generally provides, correct?

24         A     Correct.

25         Q     And I believe you told us that -- and

CONFIDENTIAL

Page 60

1    it says under cell configuration, that the 6 cells

2    are connected in three units that are connected in

3    series.

4               So, there is two cells, two cells, two

5    cells that are connected in series, right?

6          A     Correct.  There is three pairs of

7    batteries, yes.

8          Q     Much better phraseology than I used.

9    Thank you.

10              I want to turn then to page HP01305 of

11   Exhibit 4.

12              MR. BETKE:  By the way, Lee,

13          Mr. Schwarz is highlighting particular

14          things.  If you ever need to look at the

15          entire document, he is not preventing you

16          from doing that.  He is just putting it up

17          for your ease of reference.

18          Q     If at any time, you want to look at the

19   page that precedes it to get context, just ask me.

20              I didn't ask you this, but do you have

21   a copy of this with you today in front of you?

22          A     I do.

23          Q     Okay.  So, you can feel free to also

24   refer to that in case you want to look at any other

25   section of the document since this is a document that

CONFIDENTIAL

Page 61

```
 1   we both have.
 2                So, I want to have a look now at this
 3   battery pack operation.
 4                And the first section is entitled, "3.1
 5   First Level Protection."
 6                Do you know what that refers to, first
 7   level protection?
 8        A    Yes.
 9        Q    Can you describe that for us?
10        A    First level means a recoverable
11   protection.
12        Q    So, recoverable protection means -- if
13   I understand it correctly from the context of this
14   document -- that under certain circumstances the
15   battery pack will shut itself off but can be turned
16   back on once whatever the condition caused it to shut
17   off is cured; is that correct?
18        A    That's correct.
19        Q    And second level of protection would be
20   a sort of a fail safe type of protection where it
21   shuts the battery pack down and it can't be restored.
22   It would just have to be restored if that were to
23   occur.
24        A    That's correct.  It's goes to permanent
25   failure.
```

CONFIDENTIAL

Page 62

1          Q      Thank you.

2                 So, we are talking about --

3                 The first of those two options, the

4    first level protection, which means that the battery

5    pack would be shut down but could be restored and

6    then later once whatever the condition clears that it

7    caused that shutdown, correct?

8          A      Okay.

9          Q      So, the first sentence of this, the

10   first section involves cell over voltage and cell

11   under voltage.

12                And I think you described what voltage

13   is.  It's the potential --

14                So, there is an operating range of

15   voltage that is required for these battery packs that

16   you don't want to exceed that range either below or

17   above, right?

18         A      Yes.

19         Q      Now, it indicates that --

20                It describes a particular integrated

21   circuit or microprocessor that is made by Texas

22   Instruments as the -- it says BQ20Z70/BQ20Z75.

23                Are those two separate integrated

24   circuits made by Texas Instruments?

25         A      I think this refers to the pair of --

CONFIDENTIAL

Page 63

1                    There is a pair of devices.  I think it

2    refers to -- showing a schematic.

3          Q     So, this particular then, this LG

4    version of the battery pack that was eventually --

5                    I should ask this question before I go.

6                    Was this LG version of the battery pack

7    actually approved by HP for use in the Pavilion

8    Series?

9          A     Yes.

10         Q     So, the document we have, it doesn't

11   indicate that, but at some later point HP did approve

12   this particular design for a battery pack for the HP

13   Pavilion Series, correct?

14         A     Yes.

15         Q     Okay.

16                   And I believe what you are saying is

17   that this particular battery pack had two different

18   Texas Instrument integrated circuits as part of its

19   Battery Management System?

20         A     Correct.

21         Q     And do you have an understanding of

22   which one provided which functions or features?

23         A     I think they work as a pair.

24         Q     So, they actually --

25                   They are actually an integrated unit

CONFIDENTIAL

Page 64

1    then?

2         A     They work in combination with each

3    other.

4         Q     Do you know how --

5              Can you describe that?

6              In other words, how they work in

7    combination with each other, if you know?

8         A     Yes.  On the schematic page, Bates

9    1316.

10        Q     Okay.

11             And that is on this document itself?

12        A     Yes.

13        Q     So, let's just go back to that.

14             So, that's the schematic page.

15             And what is this a schematic of?

16             Is it the Battery Management System

17   itself?

18        A     This is the whole pack.  This is a

19   schematic of the entire pack.

20        Q     And this features, then, both of those

21   integrated circuits from HP?

22        A     The integrated circuits are from Texas

23   Instruments.

24        Q     I am sorry.  I misspoke.  Thank you for

25   correcting me.  From Texas Instruments.

CONFIDENTIAL

Page 65

1              And each of these --

2              So, I see something that refers to as

3     U2 and U3.

4              Do those represent those two integrated

5     circuits?

6         A    Yes.

7         Q    They don't appear to have the same

8     numbers though.

9              Is there any reasoning for that?

10        A    I don't remember the naming, no.  I

11    don't understand the difference in naming.

12        Q    Okay.

13             And as we look at this schematic, then,

14    there appear to be on the left-hand integrated

15    circuit, there appears to be 16 connections; is that

16    correct?

17        A    I didn't count.  But there are a number

18    of connections, yes.

19        Q    Are you familiar with what each of the

20    connections on each of these integrated circuits is

21    supposed to do with regard to function?

22        A    Not all of them.  I would have to look

23    at the data sheets to know all of these.  But from a

24    high level, yes.

25        Q    Okay.

CONFIDENTIAL

Page 66

1                    Let's go back, then, to the page that I

2     was looking at then.

3                    I appreciate your directing me to that

4     schematic.

5                    Going back to page HP01305.

6                    There we go.

7                    This Section 3.1.1 is describing how

8     the battery pack that was designed and provided by LG

9     performs this cell over voltage and cell under

10    voltage function, correct?

11         A     Yes.  This describes the perimeters of

12    the events occur.

13         Q     So, with regard to this particular

14    possible condition, it provides the details of the

15    various voltage differences that would initially have

16    it shut the FET or the connection that allows the

17    charging to occur off if the perimeter were exceeded,

18    correct?

19         A     Correct.

20         Q     And then, it also provides the -- if

21    the cell recovers to get back within or the battery

22    pack recovers to get back within the operating

23    voltage perimeters, then it's an indication that the

24    FET would be turned back on and charging can resume?

25         A     Correct.

CONFIDENTIAL

Page 67

1          Q      And similarly, 3.1.2 describes the
2    perimeters for the charge and discharge over current,
3    which again we described as being different than
4    voltage, correct?
5          A      Yes.
6          Q      And so, if the current is exceeded --
7                 If the operating range current is
8    exceeded, the same thing happens.  The charger gets
9    turned off.  And then if -- or if it is too low, the
10   charger gets turned off and then if it recovers to
11   the operating range it's allowed to go back on?
12         A      That's correct.  I think you used the
13   word "charger," but these control FETs are turned
14   off, yes.
15         Q      Okay.
16                But the control FET is what allows the
17   AC power that's converted to DC power that actually
18   gets to the batteries, right?
19         A      I am sorry.
20                Would you please ask that question
21   again?
22         Q      Yeah.  I probably misstated it.
23                Let me rephrase it.
24                When we talk about charging these
25   battery packs, we are talking about plugging a

CONFIDENTIAL

Page 68

1   charging system into an AC source, AC power source,

2   and then connecting it to the device, the laptop,

3   that eventually connects to the battery pack, right?

4          A    Yes.

5          Q    When we talk about the FET shutting

6   off, it would shut off -- when it shuts off, it shuts

7   off the connection between the power coming through

8   that power cord charger to the device?

9          A    It shuts off the power inside the

10  battery to the cell.  It disconnects inside the

11  battery pack itself.  That current into the cell.

12         Q    So, once that FET is off, there is no

13  more power running into the battery pack?

14         A    That's correct.

15         Q    Is there still power to the motherboard

16  that's provided by the charger even though the power

17  is not going through the battery pack?

18         A    Yes.  But we call that the AC brick,

19  yes.

20         Q    Describe for me what that means?

21         A    AC brick is the ACDC conversion.  There

22  is another chip on the motherboard called the charger

23  chip, the IC charger chip.  And then, the output of

24  that charger chip goes into the battery terminals.

25         Q    What is the function of the IC charger

CONFIDENTIAL

Page 69

1   chip in the motherboard?

2        A     It converts the 19 volts outputs from

3   the AC brick into a voltage that is requested by the

4   battery pack.

5        Q     And I may be using the wrong

6   terminology, but if the battery pack is disabled, in

7   other words, if the -- is taken out or if the FET is

8   turned off, is there still power available to the

9   motherboard of the computer to operate without the

10  battery pack?

11       A     Yes.

12       Q     So, if the battery pack fails for some

13  reason and the FET shuts off, does the power to the

14  motherboard and the function of the computer, is that

15  affected at all?

16       A     That continues.

17       Q     It continues?

18       A     Yes.

19       Q     So, for the Pavilion Series laptops

20  then, if you were to remove the battery pack and just

21  plug in the AC power source, would there be any

22  change in the function of the computer?

23       A     No.  It will work fully without a

24  battery pack installed.

25       Q     Okay.

CONFIDENTIAL

Page 70

1              Thank you.

2              I want to turn to page 1306 of Exhibit

3    4.  This is, again, the LG specification that was

4    approved by HP for these battery packs for the

5    Pavilion computer series.

6              And there is a description on 3.1.3

7    short circuit protection, which is another safety

8    device that will shut off the FET in the event of

9    this condition appearing in the battery pack,

10   correct?

11        A    Correct.

12        Q    And all of these, the ones that we are

13   talking about so far, are designed to as a protection

14   system to protect the battery pack and for safety,

15   correct?

16        A    Well, I think for short circuit

17   protection it is a protection for external.  I don't

18   believe that that's a protection for the battery pack

19   per se.  That's a protection for whatever might be

20   shorting that output.

21        Q    So, it can be protection for some other

22   components in the computer that could be damaged by

23   the short circuit?

24        A    That may be the short circuit.

25        Q    And then 3.1.4, that begins on page

CONFIDENTIAL

Page 71

1    1306, is for the over temperature protection; is that

2    correct?

3              A      Yes.

4              Q      And this specifically calls out a one

5    Texas Instruments integrated circuit BQ20Z70 as part

6    of this Battery Management System that is responsible

7    for the over temperature protection, correct?

8              A      Correct.

9              Q      And then, it says that:

10                    "This particular integrated circuit

11              sets the over temperature charging safety

12              status flag."

13                    Did I read that correctly?

14             A      Yes.

15             Q      What is a safety status flag?

16                    What does that mean?

17             A      That would be a digital value that the

18   motherboard can read.

19             Q      And can you describe that any further

20   when you say a digital value?

21                    Are you talking about a digital value

22   with regard to the temperature or a digital value

23   with regard to some signal that is sent by the

24   integrated circuit to the motherboard, or both?

25             A      Let me read it.  At least this is an

CONFIDENTIAL

Page 72

1    internal register that the integrated -- the fuel

2    gauge IC, itself, would set when it was over

3    temperature.

4        Q    So, with regard to the safety status

5    flag, what I am trying to get at, what information is

6    conveyed to the motherboard if the safety status flag

7    is activated?

8        A    I am not sure.  It might be that the

9    charge current, itself, could also be shut down.

10       Q    But that shutdown, we are talking about

11   occurs, with regard -- within the Battery Management

12   System itself, right?

13       A    Here it describes it --

14            It describes a signal that turns off

15   the charge -- I'm sorry.  It turns off the charge

16   FET.

17       Q    Right.

18            So, does the motherboard then have the

19   opportunity by receiving the safety status flag to

20   take some other action beyond what's being -- what's

21   happening in the Battery Management System?

22       A    I am not sure.  I don't know.

23       Q    Now, it says here in Exhibit 4 that if

24   the pack temperature reaches or surpasses the over

25   temp charge limit during charging for a two second

CONFIDENTIAL

Page 73

1  time period, is when the safety status flag occurs?

2          A     Yes.

3          Q     Then it says if the OT FET, which is

4  the controller that we are talking about, sort of the

5  on/off switch for the charger, is set and the over

6  temperature protection portion of this integrated

7  circuit registers that over temperature condition,

8  the charging is disabled and the charge FET is turned

9  off?

10         A     That's correct.

11         Q     And then, it talks about what it does

12 with regard to setting the voltage if that happens,

13 right?

14         A     Correct.

15         Q     If you go to the next page, there is a

16 chart.

17               And this actually provides the over

18 temperature values that are programmed in so that if

19 that condition occurs --

20               Withdraw that question.

21               This chart provides the actual

22 temperatures at which this over temperature condition

23 is realized?

24         A     Yes.

25         Q     And similar to what we saw in the

CONFIDENTIAL

1   specification for the 9-cell battery pack that HP had

2   sent, this indicates if the temperature exceeds 46

3   degrees centigrade for two seconds, then this over

4   temperature condition is realized and the FET is

5   turned off and the charging stops?

6           A       Correct.

7           Q       And is it your understanding that this

8   46 degree temperature is registered on the thermistor

9   that's connected to this particular integrated

10  circuit?

11          A       Yes.

12          Q       And does this provide you with any

13  information about the other thermistor that we talked

14  about?

15                  The redundant thermistor that's

16  connected directly to the motherboard?

17          A       No, it doesn't.

18          Q       So, this doesn't help us in

19  understanding whether that thermistor has any impact

20  on the motherboard's ability to shut off the charger?

21          A       That's correct.

22          Q       Now, we talked about first level of

23  protection.

24                  And again, just to review, the first

25  level of protection is when something happens that

CONFIDENTIAL

1  the battery pack can be shut off but it can resume

2  functioning later if that condition is relieved,

3  right?

4          A     Yes.

5          Q     But there is a second level of

6  protection that's provided that will completely

7  disable the battery pack and not allow it to function

8  again and require a replacement, right?

9          A     Correct.

10          Q     And under the second level of

11  protection, there is a reference -- there is a

12  reference actually to the cell imbalance fault.

13                Do you see that?

14          A     Yes.

15          Q     We talked about the importance of cell

16  balance previously that under the way these Battery

17  Management Systems are designed, you want the cells

18  to charge at roughly the same rate and not have one

19  be much more charged than another one, correct?

20          A     Correct.

21          Q     And one of the features of these

22  integrated circuits that are part of this process, in

23  particular the BQ20Z70 circuit, is to monitor the

24  balancing of the charging of the cells itself?

25          A     Yes.

CONFIDENTIAL

Page 76

1          Q      And if according to this second level

2     of protection there if a certain level of imbalance is

3     detected -- and that I think is technically written

4     here somewhere -- then the battery pack has the

5     ability to actually blow a fuse that will disable the

6     battery pack and stop any additional current from

7     coming in from the AC source, correct?

8          A      Correct.

9          Q      Now, in this HP Pavilion Series laptop

10    system, did the motherboard have any similar ability

11    to monitor the cell charging balance and shut off the

12    power in the event that a cell imbalance fault is

13    detected?

14         A      No, it did not implement that.

15         Q      So, the motherboard had --

16                The motherboard -- or excuse me -- the

17    device relied entirely on the Battery Management

18    System to monitor cell balance in charging?

19         A      That's correct.

20         Q      Now, there is something that's referred

21    to here as a second level of protection IC input.

22                Do you see that?

23         A      Yes.

24         Q      It says:

25                "The PFIN input of the BQ20Z70 can be

CONFIDENTIAL

1          used to determine the state of an external

2           protection device such as the BQ294XX."

3                Did I read that correctly?

4        A     I see that.

5        Q     Do you understand what that refers to?

6        A     I can look at the schematic and see if

7   it's connected, but I think I understand what it

8   means.

9        Q     So, what is an external protection

10  device?

11               What does that refer to?

12       A     It's a redundant device that's

13  measured -- that is independently measuring each of

14  the cell voltages.

15       Q     Where is that particular device

16  located?

17               Is that in the Battery Management

18  System or is that a device that's in the computer

19  itself?

20       A     It's in the battery pack.

21       Q     So, according to this, is it your

22  understanding that the --

23               MR. SCHWARZ:  I don't know where that

24        feedback is coming from.

25               Is everybody on mute other than the

CONFIDENTIAL

Page 78

1              witness?  I ask that you be because we are

2              getting a lot of feedback.

3         Q     With regard to --

4              MR. BETKE:  I was on mute.

5              MR. SCHWARZ:  Yeah, I saw that Chris.

6         Thank you.  I was asking about everybody

7              else.

8              This is better, I am not getting

9              feedback.  Thank you.

10         Q     The second level of protection, is that

11   something that you believe was part of the Battery

12   Management Systems for the approved battery packs for

13   the HP Pavilions?

14         A     I can look at the schematic and see if

15   I can find it here.

16         Q     The schematic for the LG version?

17         A     Yes.

18              It looks like that pin is connected on

19   the LG schematic.

20         Q     When they refer to an external device

21   in this particular section, do you know what that

22   refers to?

23         A     Yes.

24         Q     Can you explain that?

25         A     If you look at the schematic, it's

CONFIDENTIAL

Page 79

1    Device E1.

2         Q      Why is it referred to as an external

3    device?

4                What does that refer to?

5         A      I mean, it's not within the Texas

6    Instruments chip set.  It's a third integrated

7    circuit on the battery pack.

8         Q      What is the purpose of that third

9    integrated circuit, to your understanding?

10        A      That's a redundant protection device

11   used for second level protection.

12        Q      So, when LG Chem designed this battery

13   pack, it provided redundant protection for all of

14   these safety features, overcharge, overheating, over

15   current; is that correct?

16        A      Redundant protection -- the second

17   device is redundant protection for voltage.

18        Q      For voltage only?

19        A      Yes.

20        Q      And that would apply to the cell

21   imbalance voltage?

22        A      That's for any voltage.  It's not

23   necessarily imbalance, but that was basically a

24   maximum voltage for any cell pair.  There are other

25   redundant pieces especially in the cells and also for

CONFIDENTIAL

Page 80

1    the fuse itself for over current.  So, there are a

2    redundant features for current protection.  But this

3    E1 device is to -- it's a redundant device for cell

4    over voltage.

5            Q      And can cell over voltage lead to

6    overheating of a cell?

7            A      It can do damage to the cell, yes.

8            Q      And potentially thermal runaway if not

9    shut down?

10           A      Yes.

11               MR. BETKE:  I am sorry.  What was his

12         answer?

13               MR. SCHWARZ:  Yes.

14               MR. BETKE:  I thought he said I guess.

15          That's what it sounded to me.

16           Q      In the event that this second

17   protection system operates or detects one of these

18   conditions, and the outcome of that is the blowing of

19   a fuse that disables the battery pack permanently?

20           A      Correct.

21           Q      I want to stop sharing for a moment.

22               I would like to move on to Exhibit 1,

23   topic number 3.  I will put that on so you can see

24   it.

25               Topic number three reads:

CONFIDENTIAL

Page 81

1            "Any designed remote or external
2              balancing system designed into the laptop
3              such that the motherboard can monitor cell
4              balancing and/or overcharging of any
5              battery cell."
6                    Do you see that?
7        A     Yes.
8        Q     Is that a topic that you are prepared
9    to testify about today?
10       A     Yes.
11       Q     Can you tell us what you did to educate
12   yourself about that particular topic in order to
13   answer questions on behalf of HP today?
14       A     I looked at the MU06055 battery spec.
15   The HP battery specification.
16       Q     Did you look at anything with regard to
17   the functionality of the motherboard or other parts
18   of the actual device itself outside of the Battery
19   Management System?
20       A     I did not.
21       Q     So, with regard to this topic, then,
22   what we are trying to find out is, is there some
23   ability of the motherboard to control the input of
24   energy into the battery pack under certain
25   circumstances?

CONFIDENTIAL

Page 82

1          A     Under certain circumstances, you mean,

2     specifically with regards to cell balancing or?

3          Q     I am talking about with regard to cell

4     balancing and/or overcharging of any particular

5     battery cells.

6                In other words, does the motherboard

7     have some ability, independent of the Battery

8     Management System, to monitor cell balancing and to

9     shut down the power to the battery pack in the event

10    of overcharging of a particular battery cell?

11         A     The motherboard did not look for cell

12    balancing dynamically.  So, it did not -- the

13    motherboard and the code running on the motherboard

14    did not actively -- did not dynamically look at cell

15    balance and -- did not look at cell balance.

16         Q     So, the only cell balance function for

17    the HP Pavilion laptop was contained in the Battery

18    Management System of the battery pack?

19         A     Correct.  The only supervision was in

20    the battery pack.

21         Q     Now, we talked about cell balancing and

22    cell imbalancing and overcharging can lead to some

23    other things including overheating of a cell battery

24    pack and overheating of the battery pack.

25                So, did the motherboard have the

CONFIDENTIAL

```
 1   capacity to sort of monitor some of the sequela of
 2   cell overcharging or imbalancing?
 3                    In other words, some of the --
 4                    Could it monitor whether the -- there
 5   is overcharging occurring that was causing too much
 6   heat, for instance?
 7                    MR. BETKE:  I am going to object to the
 8             form of the question, but you can go ahead
 9             and answer it.
10                    MR. SCHWARZ:  I will rephrase it
11             because it went on forever, and thank you.
12                    MR. BETKE:  I wasn't going to say that,
13             but.
14        Q    So, when cells become imbalanced, they
15   can create a situation for too much heat being
16   created by the battery, correct?
17        A    I am not sure if it's about heat, but
18   the cell imbalance -- I am sorry.
19                    The cell imbalance itself is not the
20   problem.  It's an over voltage of any cell that could
21   create a damage of the cell.
22        Q    Right.
23                    So, in other words, if there are
24   multiple cells in these battery packs and if some
25   cells are fully charged and some cells are not
```

CONFIDENTIAL

Page 84

1    charged to the same extent, and current continues to

2    flow into the battery pack, there is a potential for

3    those fully charged cells to become overcharged?

4           A    In an HP battery pack, we have those

5    two redundant systems that would prevent that.

6                Without those safeguards, yes, the

7    voltage from the -- the battery pack as per the

8    charged voltage.  And as long as that charged voltage

9    is within some boundary, the motherboard will set the

10   charging IC to give the voltage requested by that

11   battery.

12          Q    So, the motherboard integrated circuit

13   controls the flow of current into the battery pack?

14          A    Yes.  Only controls the voltage that

15   goes to the battery pack.

16          Q    And you are saying that the balancing

17   function is performed entirely within the battery

18   pack and the motherboard doesn't get any kind of

19   realtime data as to what the balancing situation is?

20          A    That's correct.

21          Q    But if those battery imbalance systems

22   on the battery pack were to fail or not exist, would

23   the motherboard have the capacity to shut down the

24   power to the battery pack if there was a failure such

25   as an overheating situation caused by that over

CONFIDENTIAL

Page 85

1    voltage?

2          A    I think you are leading to something

3    else.

4               The motherboard relies on the battery

5    pack to avoid over voltage.  The motherboard will

6    only contain the maximum -- the total maximum voltage

7    that -- the battery pack.  But the motherboard does

8    not distinguish that there is an imbalance on the

9    battery pack.  It relies on the battery pack to

10   differentiate that.

11         Q    So, if I understand what you are saying

12   correctly, the only thing the motherboard does is

13   monitors the maximum voltage going to the battery

14   pack.  It doesn't monitor the voltage in any

15   particular cell in the battery pack or has any role

16   in managing the cell balancing of the voltage of

17   those cells?

18         A    That's correct.

19         Q    And I think I asked you this question

20   previously, but I am going to ask it again under this

21   topic.

22              In the event that the overcharging

23   system within the Battery Management System fails and

24   there is an overheating situation, is there any

25   functionality of the motherboard to detect that and

CONFIDENTIAL

1    take any action to stop the charging of the battery

2    pack?

3            A    I am sorry that I didn't answer this

4    before.  But I am not sure what the circuitry on the

5    motherboard would be dynamically for that.

6            Q    And if the motherboard --

7                 Withdraw that question.

8                 We saw that there was a particular pin

9    that was provided to transmit information from a

10   separate thermistor into the motherboard, correct?

11           A    Yes.

12           Q    So, that means that the temperature

13   information has the capacity to be transmitted

14   independently of the Battery Management System to the

15   motherboard?

16           A    Yes.

17           Q    And if HP wanted to do so, it could

18   design functionality to have the motherboard take

19   action if a certain temperature value was transmitted

20   through that pin?

21           A    Yes.

22           Q    And in your experience in various

23   laptop designs, is it your understanding that in at

24   least some series of HP computers, that functionality

25   is provided to the motherboard to detect overheating

CONFIDENTIAL

Page 87

1    of the battery pack and shut down the power

2    independently of the Battery Management System?

3            A     That I just can't -- I can't say with

4    accuracy.  I can't say that with reliability.  I don't

5    know.  I am not sure.  I assume the answer is yes,

6    but I can't say that a hundred percent accurately.

7            Q     With regard to topic number three, did

8    you look at any additional documents other than the

9    ones you've already provided to educate yourself as

10   to how to answer questions regarding topic number

11   three?

12           A     No, I haven't.  Not for this position,

13   no.

14           Q     In preparing for this deposition, did

15   you speak to any other HP employees or former

16   employees on topic number three to educate yourself

17   to provide answers?

18           A     No.

19           Q     I want to move now to topic number

20   four.

21                 And topic number four reads:

22                 "HP's knowledge of counterfeit --"

23                 MR. SCHWARZ:  Actually, it's been

24            another 45 minutes.

25                 Do you want to take a break now or you

CONFIDENTIAL

1           want to keep going?

2                 MR. BETKE:  We can take a quick break.

3           It probably wouldn't hurt.

4                 MR. SCHWARZ:  How about a five-minute

5           break?

6                 MS. BETKE:  Sure.

7                 Lee, does that sound good with you?

8                 THE WITNESS:  Yeah, great.

9                 MR. BETKE:  Okay.  Sounds about right.

10                MS. WANEMAKER:  Yes.

11                MS. SCHWARZ:  Okay.

12                VIDEOGRAPHER:  The time is 9:15 p.m.,

13          and we are going off the record.

14                (Whereupon, a short break was taken)

15                VIDEOGRAPHER:  The time now is 9:21

16          p.m., and we are back on the record.

17          Q     Mr. Atkinson, I would like to move on

18    to now into topic number four, which is -- I will

19    read them into the record:

20                "HP's knowledge of counterfeit

21          batteries on the market that were being

22          sold for use in Pavilion Series Laptop

23          computers prior to the date of incident,

24          including contact with third-party battery

25          suppliers regarding safety and design of

CONFIDENTIAL

Page 89

```
 1          counterfeit replacement batteries."
 2              So, let me take those in two different
 3     segments.
 4              And before actually doing that, let me
 5     ask you this.
 6     What did you do to prepare to respond to questions
 7     on topic number four for today?
 8          A    I've reviewed our history of --
 9     especially the battery counterfeit message that were
10     introduced in something like 2019 to understand what
11     the thinking was on that.
12          Q    So, when you say the battery
13     counterfeit message, are you talking about something
14     that was programmed into HP computers to alert users
15     that the battery pack or the battery management --
16     the battery pack -- I am sorry -- that was connected
17     to the computer was a counterfeit?
18          A    It's a message that notifies the
19     customer when the battery doesn't respond in a
20     special HP way.
21          Q    I am going to get into what the systems
22     are.  I just want to ask you.
23              When you say the message, you are
24     talking about a message that would flash on the
25     screen of the device itself, right?
```

CONFIDENTIAL

Page 90

```
 1          A      A message that the user is given, yes,
 2     on display when they turn it on.
 3          Q      And did you review any internal HP
 4     documents that discussed the need for that message?
 5          A      A few years ago.  A few years ago with
 6     an engineer I spoke to this, yes.
 7          Q      A few years ago you spoke to a person
 8     who told you that?
 9                 MR. BETKE:  Hold on for one second.
10                 I think what might be hanging up Lee is
11                 I think he just knows about this from his
12                 work.  So, you are, like, asking what he
13                 did to prepare for it, but, like, so, it's
14                 confusing to him because he just knows
15                 about it because he was part -- you know,
16                 it was involved in his work.
17                 MR. SCHWARZ:  Okay.  Thank you.
18                 MR. BETKE:  If that helps.
19                 MR. SCHWARZ:  That's helpful.
20                 THE WITNESS:  Thank you.
21          Q      Mr. Atkinson, when did you first become
22     involved in your role at HP in concerns over
23     counterfeit battery packs being used in HP computers?
24          A      I think it's been within the last five
25     or six years.
```

CONFIDENTIAL

1          Q      How did that occur?

2                 How did you become involved in that

3    particular topic?

4          A      Working on other cases that had --

5                 Working with other cases that involved

6    aftermarket batteries or third-party batteries.

7          Q      So, your involvement with that topic

8    was because of legal cases that were brought?

9          A      Yes.

10         Q      Is there a section or division or unit

11   within HP that has actually become involved in

12   investigating counterfeit battery packs that were out

13   on the market that were being sold for use at HP

14   computers, that you are aware of?

15         A      Well, at least I am aware of a group

16   who looks for counterfeits.  And specifically HP

17   branded batteries, yes, there is a group that does

18   that.

19         Q      Can you describe what the name or

20   description of that group is?

21         A      I can't remember their name.  I can't

22   remember their name of the group, but they basically

23   look at the use of the HP brand.

24         Q      Is it part of the legal department, to

25   your knowledge?

CONFIDENTIAL

```
 1          A      I don't know.

 2          Q      How did you become aware of this group

 3    and what information did you get from the group?

 4          A      I was curious what HP would -- what HP

 5    could do on after market, on counterfeit, cloned

 6    batteries.

 7          Q      And when you say what HP could do, you

 8    are talking about sort of taking legal action against

 9    manufacturers that were trying to sell products that

10    appear to be HP products but were not?

11          A      Especially interested in what we might

12    be able to do to -- what we could do to avoid the

13    problems with third-party with substandard batteries.

14          Q      And in your --

15                 In the other cases that you were

16    involved in, were counterfeit batteries -- in legal

17    cases I am talking about that you indicated you have

18    been deposed a number of times I think you said four

19    in battery cases.

20                 Did all four of those involve

21    counterfeit batteries?

22          A      No.

23          Q      Did some number of those four involve

24    counterfeit batteries?

25          A      Oh, I am sorry.  Third-party batteries.
```

CONFIDENTIAL

Page 93

1    At least some that I seen involved third-party
2    batteries.
3            Q      Let's talk about third-party batteries.
4                   Would it be fair to say that HP did not
5    manufacture any of the battery packs including the
6    ones that came with the original HP Pavilion?
7                   That they are all made by
8    third-parties?
9            A      I am sorry.  By third-party batteries,
10   I mean unauthorized manufactured.  Batteries that are
11   not authorized by HP.
12           Q      Okay.
13           A      But to answer, that HP does not
14   manufacture.
15           Q      Right.
16                  So, we looked at Exhibits 3 and 4 and
17   you said there is an alogous 6-cell version of
18   Exhibit 3 where HP has a specification, but in order
19   for a particular battery pack to be authorized to be
20   used on an HP device, HP has to approve a
21   specification similar to one that LG submitted that
22   we looked at as Exhibit 4, correct?
23           A      It needs the approval process, yes.
24           Q      And LG was only one of several
25   manufacturers that got the approval to use their

CONFIDENTIAL

Page 94

1    particular battery pack in HP Pavilion computers,

2    correct?

3         A    Well, they built through HP's

4    specification.  So, we regard that as an HP battery

5    of course.

6              But, yes, the batteries that were made

7    were all through our specification and through our

8    business purchasing, yes.

9         Q    I am sorry.  Let me -- I think --

10             I know what you meant, but I don't

11   think you said it that way.

12             Batteries that were included in the HP

13   Pavilion Series laptops as sold were all approved,

14   authorized battery packs under this process that we

15   talked about?

16        A    Yes, the HP processed battery.  Yes.

17   They were HP approved batteries.

18        Q    Right.

19             But you became aware at some point in

20   your career that there were other unauthorized

21   third-party manufactured batteries that were being

22   sold as if they were authorized approved HP

23   batteries, right?

24        A    No.  Not sold as autho -- I am sorry.

25             We were aware that at some time there

CONFIDENTIAL

Page 95

1    were ones with HP brand.  But within the last five or

2    six years, aware that there are batteries that have

3    no HP approval whatsoever that are sold as

4    replacement of authorized HP batteries.

5            Q     You became aware of that?

6            A     Yes.

7                  MR. BETKE:  I think there might be a

8             nomenclature thing here between counterfeit

9             versus third -- unapproved third-party.

10            Maybe you want to ask about that.  I think

11            you guys might be talking past each other

12            in that regard.

13            Q     So, is there a distinction in your view

14    between unapproved unauthorized battery packs made by

15    third-parties versus counterfeit battery packs made

16    by third-parties?

17            A     Yes.

18            Q     And help me with that distinction, what

19    you are talking about.

20            A     Counterfeit would have the HP brand.

21            Q     Okay.

22            A     It would be marked as HPs.

23            Q     So, let's talk about that.

24                  So, in the last five or six years, you

25    became aware that there were some unauthorized

CONFIDENTIAL

Page 96

1    battery packs being sold to be used as replacement

2    batteries for HP Pavilion laptops and some of them

3    actually had HP's brand on them and some of them

4    didn't?

5         A    The counterfeits -- I vaguely was aware

6    of counterfeits for a long time.  Longer than that

7    period of time.  But especially in the last five or

8    six years, it's a very clear significant availability

9    of third-party battery packs that are not branded

10   with HP.

11        Q    So, again the distinction that counsel

12   for HP was helping me understand is that there are

13   sort of two classes of unauthorized battery packs out

14   there that could potentially be used in a Pavilion

15   computer.

16             One of them actually has an HP brand on

17   it and the other one doesn't, but both of them have

18   not been cleared by HP to work effectively in this

19   computer system, right?

20        A    That's correct.

21        Q    And you said that you have been aware

22   of those unauthorized battery pack issues for many --

23   more than five or six years?

24        A    Yes.  The non HP brand.  The prevalence

25   of those battery packs has become significant in the

CONFIDENTIAL

Page 97

```
 1   last five or six years.
 2            Q      And in addition to the --
 3                   Withdraw that question.
 4                   Are you aware of HP actually acquiring
 5   any unauthorized battery packs and studying them to
 6   find out their functionality?
 7            A      I've done that.  I am not aware if
 8   anybody else has done that.
 9            Q      When did you begin doing that?
10            A      Probably about three years ago.
11            Q      And how many different unauthorized HP
12   Pavilion battery packs would you say that you
13   studied?
14            A      Two.  Two or three.
15            Q      And you said that that happened in the
16   last two or three years?
17            A      Two to four years, let's say.
18            Q      Did you write reports based upon what
19   you found in studying those unauthorized battery
20   packs?
21            A      Protected by privilege.  Only one that
22   I reviewed that might have privilege on it.
23                   MR. BETKE:  So, hang on, Lee.  So,
24            answer the question yes or no.  And then,
25            if you believe it was related to litigation
```

CONFIDENTIAL

1            that it was communicated to an attorney,

2            then so state, and we will invoke a

3            privilege.

4                 But at least answer the question

5            whether or not you prepared some reports.

6                 THE WITNESS:  Yes.

7            Q     Just so that I am clear, your efforts

8      to do this, this process of investigating

9      unauthorized battery packs for use in the HP

10     Pavilion, was that done for purposes of litigation

11     only?

12           A     Yes.

13           Q     So, other than your efforts to study

14     unauthorized battery packs and whatever functionality

15     they had, that you did in litigation, you are not

16     aware of any similar process going on within HP where

17     unauthorized battery packs were being studied for

18     purposes of, say, safety and warning consumers not to

19     use these products?

20           A     Well, I am not aware of any other study

21     with an HP for these other -- for these other battery

22     packs.

23           Q     Right.

24                 Have you --

25                 Did you inquire as to whether --

CONFIDENTIAL

Page 99

```
 1            Did you take any action in preparation

 2   for today to find out whether there was some other

 3   unit within HP that was doing that function outside

 4   of purely for litigation?

 5                 MR. BETKE:  Or would you know as part

 6            of your work?

 7       A     I am not aware of any other study

 8   for -- any other study on unauthorized battery packs.

 9       Q     But my question is did you inquire of

10   anyone else in the company to find out if there is

11   something you are unaware of that is actually

12   occurring with these unauthorized battery packs are

13   being studied for purposes other than litigation?

14            Did you inquire of anyone about that

15   topic?

16       A     No.  I've had discussions with other

17   people on this, but I am not aware of any other

18   activity that actually -- to actually analyze these

19   battery packs.

20       Q     When you say you've had discussions,

21   again, I don't want to know any discussions you had

22   with lawyers, but, in other words, have you had any

23   discussions within the company, generally outside of

24   litigation process, about the potential hazards

25   associated with using these unauthorized battery
```

CONFIDENTIAL

Page 100

1   packs because they lack certain safety features?

2           A     Yes.

3           Q     And when did you have those

4   conversations and with whom again outside of

5   litigation context?

6           A     The question about how we can -- about

7   what me might be able to do to discourage use of

8   third-party batteries.

9           Q     Yes.

10                So, that's what I understood the

11  concept was, but my question is, who did you discuss

12  that with and when?

13          A     I talked to a few people over the last

14  four years on this.  Last four years on this.

15          Q     So, we have when.

16                Who were the few people that you

17  talked to?

18          A     Another person who -- I have to name a

19  name, David Pipho.

20          Q     Do you know how to spell that, please?

21          A     P-I-P-H-O.

22          Q     Where in the HP system is Mr. Pipho

23  housed?

24          A     He works in quality.  HP quality group.

25          Q     Where is that located?

CONFIDENTIAL

1          A      In Houston.

2          Q      Can you recall the name of anyone else

3     that you had this conversation with?

4          A      Yes.  With -- no.  I am trying to

5     remember specifically.  I can't remember a name

6     that -- I am trying to remember a specific

7     conversation that I had with someone.  But at least I

8     am trying to remember specific discussion.

9          Q      You are having trouble remembering who

10    you talked to?

11         A      Yeah.  I am trying to put in context --

12    I am trying to remember a specific conversation and

13    how -- and what exactly we talked about.

14         Q      So, the only name that you can give me

15    is Mr. Pipho?

16         A      Yes.  Right now, yes.

17         Q      With regard to your discussions with

18    Mr. Pipho, do you know if any action was taken by HP

19    to further those discussions after you had the

20    discussion with Mr. Pipho?

21         A      I don't know if there -- I don't know

22    if there is anymore further action.  No, I don't

23    know.

24         Q      Do you remember why it was that you

25    chose Mr. Pipho to discuss this particular topic

CONFIDENTIAL

Page 102

```
1    with?

2          A     I am aware of other incidents we had

3    with after market batteries or third -- or

4    unauthorized batteries.

5          Q     I am sorry.  I didn't catch your

6    answer.

7                You are saying that you knew he was

8    aware of that problem as well?

9          A     Yes.

10         Q     And how did you understand that he was

11   aware of this problem in addition to you being aware

12   of it?

13         A     I don't remember how.

14         Q     Did you communicate with Mr. Pipho any

15   of the knowledge that you had gained from your

16   analysis of the unauthorized battery packs in

17   litigation?

18         A     Litigation, yes.  Roughly.

19         Q     So, in other words, you gained certain

20   knowledge from your work on a particular legal case

21   about the functionality or lack of functionality of

22   some of these unauthorized battery packs and that

23   information you then used to have this discussion

24   with Mr. Pipho?

25         A     Yes.
```

CONFIDENTIAL

Page 103

1          Q     And your goal in doing that was to see

2     if there was something that HP could do to prevent

3     those types of unauthorized battery packs that lacked

4     that functionality from operating in the HP systems?

5          A     Yes.

6          Q     Did you have this discussion with

7     Mr. Pipho one time or multiple times?

8          A     Probably multiple times.

9          Q     And did Mr. Pipho ever communicate back

10    to you what, if anything, he or others at HP were

11    doing to address the concerns that you had raised?

12         A     We discussed ideas about what might be

13    possible, yes.

14         Q     Did you communicate with Mr. Pipho

15    information about the lack of safety functionality

16    you were finding inside of these unauthorized

17    third-party battery packs?

18         A     I did.

19         Q     What did you convey to him on that

20    topic?

21         A     That these battery packs are void of

22    even authentic reporting.  That the battery packs

23    are -- some of these battery packs will sacrifice

24    multiple standard safety features.

25         Q     And some of those standard safety

CONFIDENTIAL

Page 104

1   features would be the thermal protection shutdown

2   process that we talked about?

3          A    Yes.  The -- sacrifice almost

4   everything that HP would require for a battery pack.

5          Q    And that would include the cell

6   balancing function as well?

7          A    Yes.

8          Q    And even though these battery packs --

9   these counterfeit unauthorized battery packs lacked

10  all of those safety functions, they were still able

11  to function within the HP Pavilion Series laptops?

12         A    Yes.

13         Q    And you have been aware of this and HP

14  has been aware of this you said over four years?

15         A    I am thinking about five or six years.

16  The prevalence of the uses has become significant.

17         Q    To your knowledge, has Mr. --

18              Is it Pipho, did you say?

19         A    Yes.

20         Q    Has Mr. Pipho communicated back to you

21  any effort within HP to provide information to

22  purchasers of HP laptops of this danger that you are

23  describing of these completely functional battery

24  packs lacking all of the safety devices HP requires

25  that would work in an HP Pavilion laptop?

CONFIDENTIAL

Page 105

1          MR. BETKE:  Did you say beyond the

2       pop-up that he referred to earlier?

3          MR. SCHWARZ:  Well, I am asking about

4       previously manufactured --

5          Withdraw that question.

6       Q     When did the pop-up that you

7    described -- meaning, a message that the computer

8    operator would see on the screen about the potential

9    that the battery pack that was in the computer was an

10   unauthorized HP device -- when did that pop-up first

11   appear or first become available on a newly

12   manufactured HP laptop computer?

13      A     In 2019.

14      Q     So, prior to that, was there any

15   message that an operator prior to units manufactured

16   prior to 2019, was there any message that a user of

17   an HP laptop, a Pavilion laptop computer, would

18   receive in the event that an unauthorized battery

19   pack lacking safety functions was installed in that

20   computer?

21          MR. BETKE:  You are now talking about a

22       pop-up, not in the materials that they get

23       with the machine?  You are talking about,

24       like, on the computer a pop-up?

25          MR. SCHWARZ:  Yes, and we will get into

CONFIDENTIAL

Page 106

```
 1            the materials.  I am talking about the
 2            pop-up that you brought up a few minutes
 3            ago and Mr. Atkinson described.
 4       A     Before that there was no message when a
 5   non HP battery was -- when a battery that didn't
 6   identify as HP was installed.
 7       Q     What was the --
 8            We will get to that.  I will leave that
 9   for now.
10            I withdraw that question.
11            To your knowledge, was any information
12   about the concerns that you raised with Mr. Pipho
13   ever communicated to registered owners of HP laptop
14   computers that lacked this pop-up?
15            MS. MASTRIANO:  Form.
16       A     You mean for previous customers?  I
17   think that goes to the material that we had before.
18   But no, there has been -- I don't know of any other
19   communication from HP on these aftermarket batteries.
20       Q     So, I think you said that you became
21   acutely aware of this problem in the last five or six
22   years, correct?
23       A     Yes.
24       Q     And when you became acutely aware of
25   this problem of these completely functional battery
```

CONFIDENTIAL

1     packs lacking safety devices were out there being

2     used as replacement batteries for HP, did you find

3     that there were others within the company that were

4     aware of this problem even before you were?

5               A     No.  I think that -- my sense is that

6     around 2017 is when the company -- when the other

7     people in the battery group decided to have -- we

8     might benefit from some message.  I wasn't part of

9     that original group.

10              Q     Okay.

11                    So, would it be fair to say that laptop

12    computers that were manufactured and purchased prior

13    to that date would not have in its literature

14    contained information about this problem that you

15    only learned about in 2017 or so?

16                    MS. MASTRIANO:  Form.

17              A     A message simply was an instruction to

18    not use unauthorized batteries.  But, no, I don't

19    know of any other -- I don't know of any other

20    notification that has been given to the customers.

21              Q     What I was getting at is that if the

22    problem -- if you weren't aware of the problem --

23                    If HP wasn't aware of the problem until

24    sometime around 2017, then it is not really possible

25    that that particular problem was communicated to

CONFIDENTIAL

Page 108

1    customers who bought computers prior to 2017?

2              MS. MASTRIANO:   Form.

3        A    I am not aware of any communication to

4    customers --

5              MR. BETKE:   Objection to the form.

6        Q    I think that they objected over your

7    answer.

8              So, can you give your answer again so

9    the court reporter can get that?

10       A    I am not aware of any other

11   communication except for the pop-up message to the

12   customers since 2017.

13       Q    I am going to move on then to share the

14   screen again with you and just show you topic number

15   five, which is the:

16            "Battery authentication systems known

17        or available to HP prior to the incident to

18        detect and warn against counterfeit

19        replacement batteries, including battery

20        error messaging."

21            And I just want to turn up to the

22   definition section to provide you with a

23   specification of what we mean by the incident.

24   That was the January 24, 2020 incident that gives

25   rise to this litigation.

CONFIDENTIAL

Page 109

1    Okay?

2         A    (No verbal response)

3         Q    So, let's talk about battery

4    authentication systems.

5              Are you familiar with what that phrase

6    refers to?

7         A    Could you help define what you mean by

8    authentication?

9         Q    Are you aware that there have been and

10   are various ways that a device like an HP Pavilion

11   laptop can determine whether a particular battery

12   pack is an authorized battery pack for the device?

13        A    Aware of the mechanisms that have been

14   used to address this concern, yes.

15        Q    Okay.

16             And so, let's just talk about the

17   various systems and let me ask you if you agree.

18             So, there is one sort of simplistic way

19   of making sure that an authorized battery pack is

20   used in a particular laptop like the HP Pavilion and

21   that would be basically the form of the battery pack

22   and the pin construction, so to speak, of the battery

23   pack that we talked about previously, right?

24        A    It's the mechanical piece especially

25   integrated for a customer replaceable battery as this

CONFIDENTIAL

1    one, yes, those are custom -- those are custom made

2    for that period, yes.  There is a mechanical team.

3           Q    So, you can't just go into a computer

4    battery store and buy any old computer battery.  It's

5    not going to fit in the laptop and it's not going to

6    have the pin construction that would be required to

7    connect to the motherboard, right?

8           A    That's correct.  There is not the

9    universal standardized battery like we have with a

10   flashlight.  Correct.

11          Q    So, that sort of the most simplistic

12   means of making sure that the battery pack that is

13   used in an HP Pavilion would work in HP Pavilion is

14   to have it -- it would have to have the same form, it

15   would have to have the same pin construction to

16   actually integrate with the motherboard, right?

17          A    Correct.

18          Q    So, that's sort of the most simplistic.

19               But then there are other means that can

20   be used for the computer, assuming that the form and

21   the pin construction is the same, would be the

22   computer to actually determine whether or not the

23   battery pack that has been installed is one that is

24   authorized, correct?

25          A    Well, I understand the intention , yes.

CONFIDENTIAL

Page 111

1          Q     So, let me just go through some of
2     those systems that are on the market to see if you
3     have an understanding of that.
4                I apologize.  I will find the section
5     in my outline.
6                Now, one of those I am going to refer
7     to as an identification based authentication scheme.
8                Are you familiar with that phrase?
9          A     Well, no.
10               Can you explain what you mean
11    specifically by that?
12         Q     Sure.
13               In that type of scheme that I am using,
14    the laptop would send a command to read data from the
15    battery pack.  And if the data coming from the
16    battery pack is the correct data, that the
17    motherboard is expecting, then that would be the
18    authentication step.
19               Are you familiar with that?
20         A     Yes.
21         Q     Was there any such system designed into
22    the HP Pavilion laptop computer that's at issue in
23    this case?
24         A     No.
25         Q     Has HP implemented any similar system

CONFIDENTIAL

Page 112

1    in any series laptops since the manufacture of this

2    particular laptop involved in this case?

3            A     Yes.

4            Q     And has it implemented this type of

5    authentication system or some other type of

6    authentication system?

7            A     You mean a simple query from the

8    motherboard to the battery with a code, yes.  That

9    was the change in 2019.

10           Q     Now, the drawback of that type of

11   authentication system is that anyone who wanted to,

12   either counterfeit or have an unauthorized battery

13   pack, could use a oscilloscope to figure that out if

14   they bought a Pavilion laptop computer and the

15   battery pack that came with it, correct?

16           A     Yes.

17           Q     So, there are other systems that are

18   also available which are similar in a sense to

19   what many of us use to provide security when we

20   remote connect with computers where there is a

21   challenge and then a calculation using a secret key

22   that's in both systems, correct?

23           A     Yeah, I understand that.

24           Q     And has HP utilized any similar systems

25   with secret keys in the battery pack and in the -- in

CONFIDENTIAL

Page 113

1    the authorized battery packs and in the laptop which

2    allow for that type of security where both of those

3    secret keys are used to calculate a result that

4    matches?

5            A     No.  We have not used those.

6            Q     Has that been looked into by HP as a

7    way to assure that the authorized battery packs are

8    actually the ones that are used in replacements?

9            A     Yes.

10           Q     What is the --

11                 What was the decision one way or the

12   other as to whether or not to use that system or not,

13   to your knowledge?

14           A     We haven't used it.

15           Q     Was that a function because it would

16   add expense to the device?

17           A     No.

18           Q     What is the reason why HP has not used

19   that type of system?

20           A     Those systems always break.  They are

21   always -- they are just another speed bump.  They are

22   just another hindrance that they are always able to

23   break.  Always able to be broken.

24           Q     Sure.

25                 But does HP recognize that the cost of

CONFIDENTIAL

Page 114

1   breaking the authentication system would be a factor

2   in the profitability of the counterfeiting operation?

3              MR. BETKE:  Objection to the form.

4              MS. MASTRIANO:  Same.

5       A     My opinion is that it will not

6   discourage -- it will not stop someone from stealing

7   the key and it will not stop someone from

8   refurbishing genuine HP battery packs.

9       Q     Let me go back to the second part.

10             So, if the secret key were imbedded in

11  an authorized HP battery pack but the cells became

12  dysfunctional, someone could actually take that

13  battery pack out, replace the cells, keep the

14  integrated circuits that are included in that which

15  include the secret key, and that would be functional

16  under this type of authentication system?

17      A     That's correct.

18      Q     Now, the information you gave from your

19  study of some of these unauthorized battery packs was

20  that they lacked certain safety features, important

21  safety features.

22             You said they actually sacrificed all

23  of that and none of that functionality was included,

24  correct?

25      A     It was very, very little.  Yes.  The

Page 115

1    significant features were missing.

2         Q    Do you know if HP has looked into some

3    mechanism within the motherboard of the laptop to

4    actually identify whether those safety systems are

5    included?

6              MR. BETKE:  Can we put some time on

7         this -- timeframe on this, Steve?  Because

8         the -- there is a little bit of a glitch

9         here.  Because the laptop at issue was

10        designed and manufactured in, like, 2009

11        and 2010 and I think you have him talking

12        about 2023 or some version of that.

13             So, if you can put a time on that so

14        the witness knows what you are asking his

15        knowledge of.

16             MR. SCHWARZ:  Okay.

17        Q    So, let's go back.

18             I believe you said that this problem,

19   itself, became known to you and known to the company

20   at least by 2017, correct?

21        A    Correct.

22        Q    And so, these systems that we are

23   talking about as possible chores for this problem or

24   solutions to this problem would be ones that would

25   have been discussed after 2017?

CONFIDENTIAL

Page 116

1          A      Correct.

2          Q      And so, in that timeframe what I am

3    asking is was in addition to the authentication type

4    system that we have been talking about, whether it

5    would be the challenge response system or the secret

6    key calculation systems, in addition to those, was

7    there any --

8               Has there been any discussion since

9    2017 of programming the device, itself, to be able to

10   determine whether safety devices were actually

11   functional in the battery pack?

12         A      I can't, no.  I can't imagine how we

13   would be able to discern that remotely.  No, I can't

14   think of a way that we would discern remotely that

15   there were -- what the construction of the battery

16   pack was.

17         Q      So, in other words, from a

18   technological standpoint it would be in your

19   knowledge impossible for the motherboard to be able

20   to determine whether those cell balancing and

21   overheating over temperature devices were actually

22   functional on the battery pack.

23         A      Undetectable.  Undetectable if the term

24   -- if the goal was to disguise those.  Yes,

25   undetectable.

CONFIDENTIAL

Page 117

1          Q    I want to go back actually to the first

2     topic listed on the 30(b)(6) notice known as Exhibit

3     1.  Let me just show you that.

4               And that topic says:

5               "All warnings, manuals, and

6               instructions issued by HP to purchasers of

7               HP Pavilion Series laptop computers similar

8               to the laptop --"

9               Which is the one at issue in this case.

10              "-- regarding replacement batteries,

11              including risks of using non-HP

12              manufactured replacement batteries, and the

13              method of communicating such warnings to

14              purchasers."

15              Do you see that?

16         A    Yes.

17         Q    Actually, after our discussion today, I

18    recognize that that's probably improperly phrased

19    because it isn't HP manufactured replacement

20    batteries.  It's HP authorized replacement batteries

21    that we are talking about.

22              Correct?

23         A    I am sorry.  HP manufactured -- oh,

24    yes.  Non-HP authorized batteries.  I understand.

25         Q    And my question, I guess, is as you

CONFIDENTIAL

Page 118

1   were preparing for this deposition, and your

2   testimony on the topic one, did the misstatement of

3   non-HP manufactured as opposed to non-HP authorized

4   batteries prevent you from understanding what it was

5   that we are asking about?

6          A     No.

7          Q     Okay.

8                Because you knew that HP didn't

9   manufacture any batteries.  So, you assumed we were

10  talking because we were uneducated --

11               MR. BETKE:  We read this.  We did not

12            read this a ticky-tack manner to say,

13            "ah-ha, like, you messed up the question."

14          We understood you were requesting there

15            about non-authorized batteries.

16               MR. SCHWARZ:  Thank you.

17          Q     So, my next question then is Mr.

18  Atkinson, what effort did you make to determine

19  the information that was conveyed to purchasers of

20  laptops such as the one at issue in this case about

21  the risks and dangers of using unauthorized

22  replacement batteries?

23          A     I looked to what was written;

24  specifically, this laptop.

25          Q     And are you talking about in the

CONFIDENTIAL

Page 119

1    instruction manual for this particular laptop?

2            A      Yes.

3                    MR. BETKE:  I think specifically it's,

4            like, Laptop Essentials or Notebook

5            Essentials, I think it's called.

6                    THE WITNESS:  Bates 2010.

7                    MR. BETKE:  Bates 2010?

8            Q      What I am going to do is I am going to

9    show you what has been previously marked as Exhibit

10   5.

11                   I am going to put that on the screen

12   now.  I just have the cover page, which is HP00053.

13   It's entitled, to "Notebook PC User Guide."

14                   Is that one of the documents that you

15   referred to in preparing to answer topic one?

16           A      I'm sorry.  I don't recognize this one.

17                   Let me look at Bates 53.

18                   MR. BETKE:  Can you scroll down on it?

19                   MR. SCHWARZ:  Yeah.

20                   MR. BETKE:  I think that notebook

21           Essentials is maybe part of that, but it

22           may have been Bates as a separate document.

23           Q      Let me just go to the table of

24   contents.

25                   If that helps, I can make that bigger

CONFIDENTIAL

Page 120

```
1    so you can see it better.
2           A     If you could.
3                 MR. BETKE:  Can you scroll?
4                 MR. SCHWARZ:  Sure.
5                 MR. BETKE:  Or better yet, Lee, if you
6           have access this is Bates -- this is Bates
7           53.  If you want to just take us there and
8           pull that up yourself and then scroll down
9           to see if it includes -- it may have just
10          been the way that it was Bates, but if it
11          includes the 182 to 233.
12                MR. SCHWARZ:  While you are doing that,
13          I am going to pick the page I want to start
14          on.  And we can see if we are on the same
15          page.
16                THE WITNESS:  This looks like the same
17          document.  It looks the same.
18                MR. BETKE:  Well, why don't we go with
19          these questions and see where that takes us
20          and then we can -- if you think there is
21          something somewhere else, we can go into
22          that.
23                THE WITNESS:  Great.
24          Q     So, I am going to start with page
25    HP00108 of Exhibit 5, where it says, "Using External
```

CONFIDENTIAL

Page 121

1    AC Power."

2              Now, this section on the other document

3    that you were referring to that covers the same

4    topics as this.

5         A    Okay.  Thank you.  I see it.

6         Q    Okay.

7              MS. MASTRIANO:  I'm sorry, Steve.

8              What is the Bates number on this?

9              MR. SCHWARZ:  HP00108.

10             MS. MASTRIANO:  Thanks.

11        A    I see it.

12        Q    Okay.

13             Now, turning to HP00109, which is

14   listed as page 47 in the user manual, there is a

15   diagram or a pictorial description.

16             I just want to get some terminology

17   down.

18             This involves the AC adapter.  So, this

19   indicates number one is called connect the AC adapter

20   to the power connecter on the computer.  And there is

21   a square box that we all are familiar with seeing in

22   any kind of AC adapters.

23             Is there a name for that?

24        A    AC adapter is a good word.  We call it

25   brick, but the AC adapter is an accurate name.

CONFIDENTIAL

Page 122

1          Q      When you referred previously to the

2    brick, that's what you were referring to?

3                 That's just another name for it, right?

4          A      Yes.

5          Q      And that's where the power in

6    alternating current is converted to a direct current

7    as used by the device itself?

8          A      Yes.

9          Q      Okay.

10                And if we scroll to page 111 of Exhibit

11   5, there is another pictorial diagram.

12                And this shows how you remove and

13   replace or reinstall a battery pack, correct?

14         A      Yes.

15         Q      Is that something that certain

16   computers can use batteries that were called

17   imbedded.

18                Is that a familiar term for you?

19         A      Internal batteries, yes.

20         Q      And imbedded or internal batteries are

21   batteries that are not easily replaceable by a user.

22   They would have to take the whole computer apart

23   basically to replace the battery.

24                Right?

25         A      They are a little more -- you need

CONFIDENTIAL

Page 123

```
 1   tools to replace an internal battery pack.
 2        Q    But for the one on the HP Pavilion,
 3   similar to the device in question here, it had what
 4   would be considered an easily removable battery and
 5   easily replaceable battery, correct?
 6        A    Yes.
 7        Q    And then there is instructions in the
 8   owner's manual about charging the battery.
 9             And so, circumstances under which it
10   will take longer and shorter to charge the battery.
11             Is that correct?
12        A    That's right.  I am looking at the same
13   page you are.  Yes.
14        Q    And then, I want to skip to page
15   HP00116.
16             And particularly I want to ask you
17   about the replacing the battery section as well as
18   disposing of the used battery section.
19             But before I ask you specific -- what
20   it specifically says there, based on these two
21   sections, would you agree that it was understood and
22   foreseeable by HP that the useful life of the laptop
23   was likely to exceed the use of the life of the
24   battery that came with it when it initially
25   manufactured?
```

CONFIDENTIAL

Page 124

1          MR. BETKE:  Objection to the form.

2          You can go ahead and answer, if you

3      understand.

4          MS. MASTRIANO:  Same.

5      A     Not necessarily a conclusion, no.  I

6  wouldn't say that necessarily the battery would have

7  a shorter life than the laptop.

8      Q     I am asking you was it reasonably

9  foreseeable that in certain circumstances that would

10  be true?

11      A     In certain circumstances, yes, it's

12  possible.

13      Q     And what you written here is --

14          Not you written here, but what HP has

15  in this manual.  Excuse my phraseology on that.

16          What HP put in this manual is that

17  computer battery life varies depending on power

18  management settings, programs running on the

19  computer, display brightness, external devices

20  connected to the computer, and other factors.

21          So, I guess what it is indicating there

22  is that depending on how you use the computer the

23  battery may well exceed its useful life before the

24  laptop does, correct?

25      A     No, that's not how I interpret this.

CONFIDENTIAL

Page 125

1          Computer battery life has two different

2     meanings.  One is the longevity of the battery.  The

3     other one -- and measured in years or cycles.  And

4     the other one is how many hours.  So, here when it

5     talks about display brightness and other devices

6     connected, that's talking about the run time of the

7     battery.

8          Q     Okay.

9          A     But not longevity.

10         Q     But the run time of the battery would

11    not require replacement, would it?

12         A     Correct.

13               But let me look at the text right here

14    to understand the context better.

15               MR. BETKE:  Steve, are you asking

16            whether HP knew people might replace the

17            batteries?

18               MR. SCHWARZ:  That's what I am asking.

19               THE WITNESS:  Yeah, of course we --

20               MR. BETKE:  It's replacing the battery.

21            I think we are getting hung up on

22            nomenclature.  That's why I'm cutting in.

23            The question is, is HP aware that

24            people might replace the battery.

25            I think this very document clearly

CONFIDENTIAL

Page 126

1         indicates, yeah, people might replace the
2         battery depending on whatever reason.
3             MR. SCHWARZ:  Okay.  That's the bottom
4         line.  And if you are stipulating to that
5         then --
6             MR. BETKE:  Well, he is testifying to
7         it.
8             Why don't you ask him?  I am not in
9         position to stipulate for the client.
10            But was HP aware that people might
11        replace the battery as indicated by this
12        document which says replacing the battery?
13            MR. SCHWARZ:  I will adopt that
14        question.
15            THE WITNESS:  Yes, of course.
16            MR. BETKE:  Might it be time for a
17        quick break?  Another restroom break?
18            MR. SCHWARZ:  Sure.
19            MR. BETKE:  And also, Steve, if you
20        could while we are taking a break, maybe if
21        you can give some thought on how much
22        longer you think you will have.  I am not
23        trying to limit you or anything.  I'm just
24        trying to figure out -- it's 10:30 Lee's
25        time so I'm trying to get --

CONFIDENTIAL

Page 127

1          MR. SCHWARZ:  I believe I will be done

2      before noon.

3          MR. BETKE:  That sounds great.

4          THE WITNESS:  That's great.

5          MR. BETKE:  Because --

6          Off the record.

7          (Whereupon, a discussion was held off

8      the record)

9          VIDEOGRAPHER:  The time is 10:21 p.m.,

10     and we are off the record.

11         (Whereupon, a short break was taken)

12         VIDEOGRAPHER:  The time is 10:29 p.m.,

13     and we are back on the record.

14     Q    I am going to share the screen again to

15 show page HP00110 of the user manual for the computer

16 that we marked as Exhibit 5.

17              Can you see that?

18     A    Yes.

19     Q    Let me blow it up a little bit.

20              So, the only reference I could find in

21 here is that in the user manual concerning the type

22 of replacement battery to utilize if the replacement

23 battery is needed is under this "Using Battery Power"

24 heading of the manual and the warning that is listed

25 here that is on the page.

CONFIDENTIAL

Page 128

1           Do you see that?

2    A     Yes, I see that.

3           MR. BETKE:  Steve, what page is this?

4           MR. SCHWARZ:  HP00110.

5           MS. BETKE:  Okay.

6    Q     And this warning says:

7           "To reduce potential safety issues, use

8            only the battery provided with the

9            computer, a replacement battery provided by

10           HP, or a compatible battery purchased from

11           HP."

12          Did I read that correctly?

13   A     Yes.

14   Q     Now, what potential safety issues were

15   intended to be referenced there, to your knowledge,

16   and based upon your study of the warnings that were

17   provided?

18   A     In that time, I don't -- I am not sure

19   there was a specific -- a specific safety item

20   mentioned.  I think it was just generally trying to

21   discourage anybody with a homemade battery or some

22   other power source.  I don't believe that there was a

23   specific -- a specific alternative battery even

24   mentioned here.  I am not sure there were any kind of

25   clone battery market even really in that time.

CONFIDENTIAL

1          Q     Okay.

2                So, the dangers that you've discovered

3     in your analysis of some of the what you call the

4     cloned or unauthorized batteries of having none of

5     the safety devices, that information wasn't even

6     known at the time in 2010 when this manual was

7     written.

8                Is that what your testimony is?

9          A     I think there were some vague

10    understanding that there might be counterfeits, but,

11    no, there was nothing in the way of the ultimate

12    sales of replica, cloned batteries that we have now.

13    It wasn't there at all.

14         Q     And again --

15         A     And --

16         Q     I'm sorry.  I spoke over you and I

17    apologize for that.

18                And just a final point on that, your

19    awareness that there were cloned batteries out there

20    that had none of the safety features that were

21    required by the authorized batteries, that didn't

22    happen until after the time that this manual was

23    written, correct?

24         A     Yes.  That was really about four or

25    five years ago for me.  Yes.

CONFIDENTIAL

Page 130

1        Q     And in your discussions and preparation

2    for your testimony today, did you discover that there

3    were other people in the company that had concerns

4    about these counterfeit batteries prior to 2017?

5        A     I haven't found anybody who -- I am

6    sorry -- awareness of counterfeit batteries but know

7    that these are exceptional -- those are exceptional

8    and I think virtually nonexistent.  I think those

9    were limited to counterfeits only.

10             No, I haven't found anybody before that

11   time who recognized -- who was aware of a significant

12   problem or a significant number of these kind of

13   batteries.

14       Q     And by these kind of batteries, you are

15   talking about the counterfeit batteries that had none

16   of the safety devices that were required for the

17   authorized batteries?

18             MR. BETKE:  Unauthorized, right?  I

19         don't want you to be caught up

20         nomenclature.

21       A     Yeah.  Counterfeit are like cloned

22   batteries.  But these ones that don't have an HP

23   brand, I don't think we were aware of those at all in

24   2009 when this battery was designed.

25       Q     Again, does that mean --

CONFIDENTIAL

Page 131

```
 1              I don't mean to get caught up in a
 2   nomenclature.
 3              What I am trying to get at is whether
 4   they had an HP brand or not, at the time that this
 5   manual was written, are you saying that HP was
 6   unaware that there were batteries out there whether
 7   they be unauthorized or counterfeit that lack the
 8   safety features that HP required for authorized
 9   batteries?
10        A    Vaguely we knew that some existed, but
11   it was a -- but those were basically elicit product.
12   There was really no awareness of these kind of --
13   these battery packs.  No awareness of a problem with
14   these battery packs then.  I never remember any
15   discussion about that; I will say that.
16        Q    Okay.
17              And that's what I am getting at.
18              In other words the knowledge that not
19   only there were unauthorized battery packs but there
20   were unauthorized battery packs that lacked certain
21   very important safety features.
22              That knowledge was gained you think
23   sometime after the time that this was written?
24        A    Yes.
25        Q    So, in your analysis of information on
```

CONFIDENTIAL

Page 132

```
 1   replacing batteries --
 2                   Withdraw that question.
 3                   Do you have any knowledge as to why
 4   this warning was not included or repeated under the
 5   section we previously looked at which was entitled
 6   "Replacing the Battery"?
 7           A     No idea.
 8           Q     To your knowledge, was there any other
 9   warning provided to purchasers of these HP Pavilion
10   laptops in or about 2010 or 2011 about the potential
11   hazards of replacing the battery with an unauthorized
12   HP battery other than this one warning that we found
13   on page 110?
14           A     I'm only aware of one other, which is
15   210.
16           Q     Is 210 within this document or a
17   different document?
18           A     I think different document.
19           Q     Okay.
20                   Tell me what is your understanding of
21   what that second document is and whether it was
22   included in the literature that was provided with
23   these laptops or it was provided some other way?
24                   MR. BETKE:  Lee, can you share that
25           document for --
```

CONFIDENTIAL

Page 133

```
 1              Steve, can he share that document?  Are
 2         you able to --
 3              MR. SCHWARZ:  Sure.  I mean, we can ask
 4         the videographer to allow him to screen
 5         share.
 6              MR. BETKE:  Is that okay, Lee?
 7              THE WITNESS:  Yes.
 8              MR. BETKE:  Just so everybody is
 9         looking at the same thing.  It starts at --
10         I think it's Bates 182.
11    A     Can you see the share?
12    Q     Yes, we can see.
13              MR. BETKE:  We can see it.
14              (Document was marked as
15                 Plaintiff's Exhibit 8 for
16                 identification, as of this
17                 date)
18              MR. SCHWARZ:  What we will do is we
19         will mark this as Exhibit 8.  At some point
20         after the deposition, I will take care of
21         that.  I will find that document or if you
22         can e-mail it to me, that would be great
23         and --
24              MR. BETKE:  It was produced.  It's
25         Bates 182.
```

CONFIDENTIAL

Page 134

1        MR. SCHWARZ:  Right.  I think one of

2        the problems with the production was that

3        they contained links that died so we didn't

4        download --

5        MR. BETKE:  I am happy to send it to

6        you.  I can send it to you now, if you

7        want.

8        MR. SCHWARZ:  That would be great.

9        MR. BETKE:  Hang on one second.  I will

10        send it to you.

11        MR. SCHWARZ:  Thank you.

12        MR. BETKE:  And just for the record if

13        you ever find yourself in a circumstance

14        where a link died or whatever, just shoot

15        us an e-mail and we will send you whatever

16        you need.

17        MR. SCHWARZ:  I will do that.

18        MR. BETKE:  All right.  Hang on.  I am

19        going to try to do this.  I will send it to

20        everybody.  Just for completeness I will

21        send it to you, Jackie and to you, Maria,

22        too.

23        MR. SCHWARZ:  Once I get it, I will

24        mark it and put it in the same folder as

25        the other marked exhibits.

CONFIDENTIAL

Page 135

1          MR. BETKE:  All right.  I sent that.

2              In the meantime, Lee, you have that up

3          on the --

4          MR. SCHWARZ:  Yeah, we are good with

5          what is on the screen.

6              Thank you very much for doing that.

7          MR. BETKE:  Let's go ahead, if we can.

8     Q      So, you scrolled to page HP00210.

9              Would you do me a favor and just scroll

10    to the page before to see what the heading is that

11    this is under.

12             It's under the heading, "Using the

13    Computer Safely," is that correct?

14    A      Yes.

15    Q      And then, if you could scroll to the

16    next page.

17             Is the warning you are referring to the

18    only one on this page which says:

19             "To reduce potential safety issues use

20             only the AC adapter or battery provided

21             with the computer, a replacement AC

22             adapter, or a battery provided by HP, or a

23             compatible HP adapter, or a battery

24             purchased as an accessory from HP."

25    A      Yes.

CONFIDENTIAL

Page 136

```
 1         Q     Okay.

 2               And that's essentially the same warning

 3    that we read from the Exhibit 5 except it includes a

 4    reference to the AC adapter as well as the battery?

 5         A     Yes.

 6         Q     And what is your understanding of this

 7    essential document we marked as Exhibit 8?

 8               In other words, is that something that

 9    was provided to purchasers of these Pavilion laptops

10    at the time of purchase?

11         A     I don't know how it was provided.  And

12    I can't distinguish it from the other document that

13    we saw.  They seem to be very similar.

14         Q     Okay.

15               So, it's possible that either one or

16    the other was provided and not both?

17         A     I think so.

18         Q     In addition --

19               Withdraw that question.

20               With regard to the other warning we

21    talked about at the time that that warning was put

22    into the user manual, that that was before you and HP

23    became aware of the unauthorized battery packs that

24    lacked these safety features that were out on the

25    market?
```

CONFIDENTIAL

Page 137

1          A     Before we were aware of -- aware of any

2     danger from -- really aware that they were really

3     available.

4          Q     So, did you find any other then

5     information that was provided to purchasers of the HP

6     Pavilion laptops in the 2010 to '11 period that

7     warned about the use of unauthorized replacement

8     batteries other than the two that we've looked at

9     from these two similar documents?

10         A     No.

11         Q     Now, since 2017, when you became aware

12    and HP became aware of this problem that we talked at

13    length about with unauthorized HP battery packs that

14    would work with an HP computer, Pavilion computer,

15    that lack safety features --

16              Withdraw that question.  I am sorry.

17              Let me start again.

18              After 2017 when you became aware there

19    were unauthorized battery packs without safety

20    features that would work in HP Pavilion computers,

21    what steps did HP take to notify previous purchasers

22    of HP computers who might potentially buy

23    unauthorized batteries warning them about the safety

24    issues associated with that?

25         A     I am not aware of any.  Besides these

CONFIDENTIAL

Page 138

1    warnings, I am not sure of any other notification.

2         Q      But since the time that these warnings

3    were devised, the nature of the risk became much

4    better categorized based upon your work in analyzing

5    this unauthorized battery packs that lack safety

6    devices, correct?

7         A      I'm sorry.

8                Would you please repeat that question

9    again?

10        Q      Yeah.

11               Since the time the two warnings that we

12   just looked at in the two documents were devised,

13   since that time, years later in 2017 approximately

14   you said, you learned the scope of the danger of not

15   only the scope of the number of these battery packs

16   that are out there, but also the scope of the danger

17   created by them lacking the safety devices.  That is

18   all information you did not have in 2010 and 2011.

19               Correct?

20        A      That's probably fair, yes.

21        Q      So, that's my question.

22               In other words, once you did know the

23   scope of the risk and the scope of the volume of

24   these dangerous battery packs, what action did HP

25   take to notify people who had purchased and

CONFIDENTIAL

Page 139

1    registered HP Pavilion laptops to warn them about

2    this new danger that you discovered the scope of in

3    2017?

4         A    I don't think that there was exactly a

5    turning point or a sudden moment of discovery.  I am

6    not sure -- and so, I think that our response in 2017

7    was what we could do with new computers and the

8    so-called counterfeit error message.  For previous --

9    for prior purchasers, I don't know if there was any

10   other communication.  I don't know of any other

11   communication to customers.

12              MR. SCHWARZ:  Can you switch back,

13        videographer, please, Alexa, to allow me to

14        share the screen?

15              MR. BETKE:  I was hoping we are going

16        to stay in control the rest of the way,

17        Lee.  Joke for the record.  That's a joke.

18              MR. SCHWARZ:  I am smiling.

19              MR. BETKE:  Let the record reflect that

20        Mr. Schwarz is smiling.

21        Q    Returning to Exhibit 1, let me blow

22   this up.  Topic number eight.  Excuse me.  Seven.

23   That you were produced here to answer was whether:

24              "Any post-manufacturer and sale

25        warnings or instructions were provided to

CONFIDENTIAL

Page 140

1              HP Pavilion Series laptop computers

2              regarding replacement batteries, risks of

3              fire or explosion of lithium-ion batteries

4              and the method by which any such warnings

5              or instructions were provided to prior

6              purchasers."

7         A    Yes.

8         Q    And you understand that although you

9    don't necessarily have personal knowledge of whether

10   any post-manufacture and sale warnings or

11   instructions were provided, but that was one of the

12   topics that you were supposed to educate yourself

13   about to testify today on behalf of the company.

14             And your response that you know of no

15   such post-manufacture of sale warnings or

16   instructions is an indication that HP provided no

17   such post manufactual warnings and instructions; do

18   you understand that?

19        A    At least what my testimony was that the

20   message that we have since the owner's manual, I

21   think has persisted until today.  We augmented that

22   in 2019 with the extra notifications.

23             I think your question is whether there

24   was any other communication.  And then, I said I am

25   not aware of any other communication.

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

CONFIDENTIAL

Page 141

1        Q     But I am saying that as a 30(b)(6)

2    witness produced here today on this topic, you are

3    required to be aware on behalf of HP, and if you are

4    not aware, that means that there were no such

5    communications.

6              Do you understand it as that?

7              MR. BETKE:  Objection to the form.

8              Go ahead.

9        A     That's correct.

10             MR. BETKE:  By the way, just to

11        clarify, the warning you referenced are all

12        on HP.COM still.  So, in other words, I

13        don't want us to get -- that was there then

14        and it's there now.  So, that's always -- I

15        think when he said it's always persisted,

16        that's one of the things he is referring

17        to.

18             THE WITNESS:  Yeah.

19        Q     Okay.

20             Well, were any additional warnings

21    beyond the warnings that you've shown us from the two

22    documents, from the 2010 era, were any additional

23    warnings about replacement batteries for HP Pavilion

24    laptops posted on the HP website?

25        A     No, none that I know of.

CONFIDENTIAL

Page 142

1          Q      And again, that would be something that
2     would be in topic seven that you were supposed to
3     make yourself aware of?
4          A      I understand.
5          Q      During your --
6                 And again, if any of this is
7     privileged, then obviously don't answer this
8     question, but in your investigation of the prior
9     battery packs that turned out to be unauthorized
10    battery packs but lacked the safety features that we
11    have been discussing were required for the authorized
12    battery packs, did you determine who the manufacturer
13    was in any of those cases?
14         A      No.
15         Q      I am going to share the screen again.
16                I will show you what I previously
17    marked as Exhibit 7.
18                And I will represent to you that this
19    is just an exemplar battery pack of the type that was
20    used in the Pavilion Series HP laptops.
21                And my question is did the battery
22    packs that you looked at that turned out to lack the
23    safety devices required to be authorized battery
24    packs, did they look identical to this in shape,
25    form, and color?

CONFIDENTIAL

Page 143

1    A    Not to this battery pack, no.

2    Q    How did they differ?

3    A    It was a previous generation of battery

4  pack, but not this specific -- not this line of

5  battery packs.

6    Q    Okay.

7         MR. BETKE:  It's impossible to tell

8         size from this.  I don't think there is a

9         measurement.  I don't know how he can --

10        MR. SCHWARZ:  Okay.

11   Q    Now, I am going to show you what we

12  marked as Exhibit 6.

13        I will represent to you that this is a

14  photograph of the circuit board in the battery pack

15  that was in the subject laptop computer.

16        And I just want you to confirm that the

17  pin structure here on this laptop that's pointed out

18  with the diagram is the same pin structure that was

19  required for the authorized battery packs?

20   A    Yeah.  I remember you pointed out

21  browned on both ends, but I can't remember -- and we

22  have the no -- we have the open pin.  So, the pin

23  name looks familiar.  The same -- I assume that they

24  -- I assume that there is a match, yes.

25   Q    So, basically, a non-authorized

CONFIDENTIAL

Page 144

1    manufacturer could duplicate this pin placement just

2    by reverse engineering an authorized battery pack,

3    correct?

4            A    Yes.

5            Q    And an unauthorized manufacturer could

6    also create the identical size and shape that would

7    fit in the Pavilion laptop so such a battery could

8    function?

9            A    Yes.

10           Q    And there is absolutely no way for --

11                Withdraw that question.

12                And prior to the new error message that

13   you say was incorporated into later models of HP

14   laptop computers, there would be no way for a user to

15   know that an unauthorized battery was in their

16   computer?

17                MS. BETKE:  Objection.

18                I assume you mean by a pop-up.

19                MR. SCHWARZ:  I mean, there would be no

20          message.  There would be no function of

21          loss.  There would be nothing that would

22          indicate to the user that an unauthorized

23          battery was operating the system.

24                MR. BETKE:  Objection to the form.

25                Lee --

CONFIDENTIAL

1            MS. MASTRIANO:  Same.

2        A     I think in -- we testified that before

3    2017 there wasn't even a discussion for -- so, no we

4    did not have any pop-up message before 2019.  And so,

5    yes, it was possible for someone to make -- it's

6    possible for someone to make a battery that is

7    functionally looks like an HP battery.

8        Q     It looked like and actually functioned

9    the same way without the safety devices?

10       A     Yes.

11            MR. SCHWARZ:  Let's take a break.  I

12            just want to check my outline.  I might pass

13            the witness, if any further questions are

14            going to be asked.

15            Just give me five minutes.

16            MR. BETKE:  Great, Steve.  Thank you.

17            VIDEOGRAPHER:  The time is 10:57 p.m.,

18            and we are going off the record.

19            (Whereupon, a short break was taken)

20            VIDEOGRAPHER:  The time is 11:04 p.m.,

21            and we are back on the record.

22       Q     Mr. Atkinson, I have one more topic

23    area I would like to cover and I just need to cover

24    that.  And I am going to put it back on the screen.

25            And it is topic six which reads:

CONFIDENTIAL

Page 146

1              "Reports received by HP of fires and

2          explosions caused by overcharging

3          lithium-ion batteries in HP Pavilion Series

4          laptop computers and investigations of any

5          such incidents."

6              Is that a topic that you came here

7     prepared to testify about today?

8          A     Yes.

9          Q     And what have you done to educate

10    yourself on that particular topic?

11         A     I've talked with counsel to see what

12    evidence we have or what we have from this.

13         Q     And what evidence did you review to

14    determine whether there had been any reports of such

15    incidents of other HP Pavilion laptop computer

16    batteries malfunctioning in this way?

17         A     I think we have no evidence of

18    overcharging being a cause or any language between

19    overcharging and the fires or even -- you know, I

20    don't think we have any -- I don't think we have

21    reports of overcharging in lithium-ion batteries.

22         Q     So, are you saying then that you found

23    reports of fires and explosions that were not caused

24    by overcharge?

25         A     I think that there was one report of a

CONFIDENTIAL

Page 147

1   suspicion that I think is actually in the Bates

2   documents here.

3            Q     That's the only other fire or explosion

4   of an HP Pavilion laptop battery that you are aware

5   of?

6            A     In this series laptop, yes.

7            Q     Are you aware of other series laptops,

8   battery fires and explosions that were not of this

9   particular series?

10           A     I am aware of other reports of other

11  incidents where there were fires.  Yes, there were

12  some.

13           Q     And were those other incidents

14  involving replacement batteries that were

15  unauthorized?

16                 MR. BETKE:  He's testified to that.

17           A     Yes.

18                 Some with -- yes.  Some with

19  third-party batteries.

20           Q     Do you know the dates of those

21  incidents?

22           A     I can't remember.  I think -- no, I

23  can't remember.  I think that was even -- I can't

24  remember.  I think it was about 2016 or something,

25  but I am not sure.

CONFIDENTIAL

Page 148

1          Q     Was it your investigation of one of

2     those incidents that led you to learn that some of

3     these replacement unauthorized batteries lack the

4     important safety features?

5          A     Yes.

6                MR. SCHWARZ:  I believe those are all

7           the questions I have for you, Mr. Atkinson

8           today.

9                And I will turn you over to counsel for

10          Staples who has some questions for you.

11                          EXAMINATION

12     BY MS. MASTRIANO:

13          Q     Good morning.

14                I am Maria Mastriano, and like he said,

15     I represent Staples, Inc.

16                He asked -- I had five minutes of

17     questions, but he just asked most of them.  So, I

18     just have a couple.

19                The first is I know that you were just

20     discussing any reports of overcharging related to

21     fire, correct?

22          A     Yes.

23          Q     Of an HP battery?

24          A     Well, he was talking about --

25                MR. BETKE:  I think aftermarket.

CONFIDENTIAL

Page 149

1        A      In your reports, yeah, of overcharging,

2     yes.

3        Q      So, I'm sorry.  Just to understand.

4               Do you have any evidence or any prior

5     knowledge of any prior incidents of an HP authorized

6     battery overcharging causing a fire?

7        A      As far as the question of overcharging,

8     no, I am not sure of discrimination for overcharging

9     but we have had HP batteries and fires before, yes.

10    Or HP have been in fires before.

11       Q      Do you know how many reports you have?

12              MR. BETKE:  I am going to object and

13                just ask you, Lee, to limit your answers to

14                LG Chem because LG Chem is the battery

15                pack.

16              MS. MASTRIANO:  I agree.

17              MR. BETKE:  So, if it's Sony or

18                something else, that's not involved in

19                this.

20              MS. MASTRIANO:  Agreed.  Thank you.

21                I should have limited it.

22       Q      So, in terms of fire, we are talking

23     about specifically with what your counsel said, LG

24     manufactured.

25       A      No.  I don't know -- I don't have -- I

CONFIDENTIAL

Page 150

1    don't know how many reports there have been of

2    batteries in fires, no.

3         Q    Do you know if you ever received any

4    reports, not of a fire, but of the battery

5    overheating?

6         A    Overheating?

7         Q    Again, limited to this, to the subject

8    battery that we are talking about.

9         A    No.  Related to this battery pack,

10   that's -- it's Bates stamped -- hold on -- 1335, I

11   think.  Let me see.

12             MR. BETKE:  Yeah, 1335.

13             MS. MASTRIANO:  Got it.  Thank you.

14             MR. BETKE:  And to be honest, I am not

15        even sure if that's an LG Chem pack in that

16        one.

17             THE WITNESS:  Right.  I don't think we

18        had -- I don't think --

19             MR. SCHWARZ:  I don't think we figured

20        that out.

21             THE WITNESS:  Yup.

22        Q    Lee, to the best of your knowledge, has

23   anyone from HP ever talked to Staples about any

24   issues related to counterfeiting or third-party

25   batteries?

CONFIDENTIAL

1          MR. BETKE:  I am going to object on the

2          30(b)(6) aspect of this because that wasn't

3          one of the categories.

4          But I will absolutely allow Lee to

5          testify since he is sitting here and you

6          have been kind enough, you know, to sit

7          through this morning.

8          I will certainly let Lee tell you what

9          he knows about this.

10          MS. MASTRIANO:  Okay.

11     A    I have no idea.

12     Q    Do you know who would know?

13          MR. BETKE:  Objection.

14          Same objection.

15     A    I don't know.

16     Q    Do you know if anyone from HP ever

17   talked to Staples about any battery overheating?

18          MR. BETKE:  Same objection.

19     A    I don't know.

20          MS. MASTRIANO:  Chris, I understand --

21          I have two more questions -- if you just

22          want to say it's going to be a continuing

23          objection?

24          MS. BETKE:  Okay.

25     Q    You don't know?

CONFIDENTIAL

```
 1          A     I don't know.
 2          Q     Do you know if anybody from HP has ever
 3    talked with anybody from Staples about the subject
 4    type of battery overheating?
 5                MR. BETKE:  I have a standing
 6           objection, did you say?
 7                MS. MASTRIANO:  (Nodding)
 8                MR. BETKE:  All right.  I'm sorry.  I
 9           didn't quite --
10          A     No, I am not aware of any.
11          Q     Do you know who would know?
12                Is there a department?
13                And even if there is not a specific
14    name.
15          A     No, I don't know.
16                MS. MASTRIANO:  I think you'll like me
17           best today because that's all my questions.
18                MR. BETKE:  I have no questions.
19                MR. SCHWARZ:  I have nothing further.
20                MR. BETKE:  Thank you so much.
21                Again, thank you everyone to be kind
22           enough to accommodate the time zone.  We
23           very much appreciate it.
24                Mr. Atkinson, you can disable your
25           video and microphone and go to bed.
```

CONFIDENTIAL

Page 153

1          THE WITNESS:  Thank you.

2          VIDEOGRAPHER:  We are off the record at

3      11:13 p.m., and this concludes today's

4      deposition given by Lee Atkinson.

5          The total number of media units used

6      was five and will be retained by Veritext.

7                    (11:13 a.m.)

8

9

10      _____

11                LEE WARREN ATKINSON

12

13

14  Subscribed and sworn to before me

15  this _____ day of _____, 2023

16

17

18

19                    _____

20                        NOTARY PUBLIC

21

22

23

24

25

CONFIDENTIAL

Page 154

1                    C E R T I F I C A T E

2

3          I, Eva Kaflinski, a Shorthand Reporter

4     and Notary Public of the State of New York,

5     do hereby certify:

6

7          That the witness whose examination is

8     hereinbefore set forth, was duly sworn, and

9     that such examination is a true record of

10    the testimony given by such witness.

11

12         I further certify that I am not related

13    to any of the parties to this action by

14    blood or marriage; and that I am in no way

15    interested in the outcome of this matter.

16

17         IN WITNESS WHEREOF, I have hereunto set

18    my hand this 21st day of August 2023.

19

20

21

22

          _____

23          EVA KAFLINSKI

24

25

CONFIDENTIAL

Page 155

```
 1                    ERRATA SHEET
             Priority-One Court Reporting/Veritext
 2                     718-983-1234
        ASSIGNMENT NO. P1-6030025
 3      CASE NAME: Marcellin, Carol  v. HP, Inc. And Staples, Inc.
        DATE OF DEPOSITION: 8/2/2023
 4      WITNESS' NAME: Lee Atkinson *Confidential*
 5
        PAGE/LINE(S)/    CHANGE          REASON
 6      ____/_____/_____/_____
        ____/_____/_____/_____
 7      ____/_____/_____/_____
        ____/_____/_____/_____
 8      ____/_____/_____/_____
        ____/_____/_____/_____
 9      ____/_____/_____/_____
        ____/_____/_____/_____
10      ____/_____/_____/_____
        ____/_____/_____/_____
11      ____/_____/_____/_____
        ____/_____/_____/_____
12      ____/_____/_____/_____
        ____/_____/_____/_____
13      ____/_____/_____/_____
        ____/_____/_____/_____
14      ____/_____/_____/_____
        ____/_____/_____/_____
15      ____/_____/_____/_____
        ____/_____/_____/_____
16      ____/_____/_____/_____
        ____/_____/_____/_____
17      ____/_____/_____/_____
        ____/_____/_____/_____
18      ____/_____/_____/_____
        ____/_____/_____/_____
19      ____/_____/_____/_____
20      _____
                   Lee Atkinson *Confidential*
21
        SUBSCRIBED AND SWORN TO
22      BEFORE ME THIS_____DAY
        OF_____, 20__.
23
        _____
24          NOTARY PUBLIC
25      MY COMMISSION EXPIRES_____
```

[& - 51-17]                                                      Page 1

## &

**&**  2:8,12

## 0

**00704**  1:14
6:24
**01366**  26:4
**01371**  46:22
**02110**  2:10
**0483**  20:12

## 1

**1**  2:5 3:12 8:10
15:11 80:22
117:3 139:21
**1.1.**  42:20
**1.2.2**  59:18
**10**  11:6 46:8
**10:21**  127:9
**10:29**  127:12
**10:30**  126:24
**10:57**  145:17
**11**  137:6
**110**  132:13
**111**  122:10
**11687**  154:22
**11:04**  145:20
**11:13**  153:3,7
**12**  3:17 40:24
**126**  2:18
**129**  3:21
**1297**  20:4
**1301**  58:2
**1306**  70:2 71:1
**1316**  64:9

**13202**  2:18
**133**  4:7
**1335**  150:10,12
**1368**  46:7
**1377**  26:5
**14221**  2:14
**14618**  2:5
**148**  3:5
**15**  11:6
**16**  65:15
**175**  2:10
**182**  120:11
133:10,25
**1882**  2:5
**19**  69:2
**1980s**  9:16
**1983**  9:22 10:3
**1998**  43:2
**1:21**  1:14 6:24

## 2

**2**  1:18 3:14
21:9,18
**2.4**  28:12
**2.4.1**  30:6
**2.5**  31:6
**2.6**  32:5
**20**  155:22
**2006**  15:4
**2009**  115:10
130:24
**2010**  115:11
119:6,7 129:6
132:10 137:6
138:18 141:22

**2011**  132:10
138:18
**2016**  147:24
**2017**  107:6,15
107:24 108:1
108:12 115:20
115:25 116:9
130:4 137:11
137:18 138:13
139:3,6 145:3
**2019**  89:10
105:13,16
112:9 140:22
145:4
**2020**  108:24
**2023**  1:18 6:3
115:12 153:15
154:18
**210**  132:15,16
**215**  2:18
**218**  2:14
**21st**  154:18
**233**  120:11
**24**  108:24
**2nd**  6:3

## 3

**3**  3:16 25:22
27:20 30:6
38:19 41:13
42:16 44:10
45:1 46:6,7,23
57:15 80:23
93:16,18
**3.1**  61:4

**3.1.1**  66:7
**3.1.2**  67:1
**3.1.3**  70:6
**3.1.4**  70:25
**3.2**  37:1
**30**  3:12 13:16
13:20 15:15
23:10,15 25:12
117:2 141:1
151:2
**35**  9:14
**38**  3:19

## 4

**4**  3:18 56:1,21
58:2 60:11
70:3 72:23
93:16,22
**45**  46:14,19
52:24 53:12
55:1,5 87:24
**46**  47:4,13 48:3
48:12 49:9
50:10 51:9,12
51:14 53:12
74:2,8
**47**  121:14

## 5

**5**  3:15,20 16:1
16:2 41:1,14
119:10 120:25
122:11 127:16
136:3
**51-17**  8:23

**52**  4:8
**53**  119:17
120:7
**530**  20:12

**6**

**6**  3:12,13,16,22
13:16,20 15:15
16:3 23:10,15
25:12 27:6,8
27:20,24 28:4
29:7 34:24
35:9 41:20
42:2 44:12
45:10 46:2
57:13,17 59:19
60:1 93:17
117:2 141:1
143:12 151:2
**6245**  2:14

**7**

**7**  4:6 8:11
142:17
**718-983-1234**
155:2
**7:09**  1:18 6:2

**8**

**8**  3:4,12,14,16
3:18,20,22 4:6
4:7 133:15,19
136:7
**8/2/2023**  155:3
**8:18**  56:12
**8:27**  56:15

**9**

**9**  27:4,5,9,10,24
29:6 31:1
34:24 35:9
46:3 51:21
57:16 74:1
**90s**  14:7 43:2
**9:15**  88:12

**a**

**a&m**  9:21 10:2
**a.m.**  1:18 153:7
**a11**  3:18 56:23
**abide**  37:13
**ability**  29:20
51:16 74:20
76:5,10 81:23
82:7
**able**  20:9 40:24
92:12 100:7
104:10 113:22
113:23 116:9
116:13,19
133:2
**above**  1:23
45:20 47:13
48:12 49:9
51:9,14 62:17
**absolutely**
41:11 56:7
144:10 151:4
**ac**  67:17 68:1,1
68:18,21 69:3
69:21 76:7
121:1,18,19,22
121:24,25

135:20,21
136:4
**acceptable**
44:25
**access**  21:13
120:6
**accessed**  45:4
**accessory**
135:24
**accommodate**
152:22
**accomplish**
49:14
**accomplished**
49:25
**accuracy**  53:6
55:1,4 87:4
**accurate**  31:11
53:8 55:3 57:4
121:25
**accurately**  87:6
**acdc**  68:21
**acquainted**
18:17
**acquiring**  97:4
**action**  7:6,24
72:20 86:1,19
92:8 99:1
101:18,22
138:24 154:13
**activated**  72:7
**actively**  82:14
**activity**  99:18
**actual**  18:9
31:13 73:21

81:18
**actually**  16:20
38:9 53:19
54:13 63:7,24
63:25 67:17
73:17 75:12
76:5 87:23
89:4 91:11
96:3,16 97:4
99:11,18,18
110:16,22
113:8 114:12
114:22 115:4
116:10,21
117:1,17 145:8
147:1
**acutely**  106:21
106:24
**adapter**  121:18
121:19,24,25
135:20,22,23
136:4
**adapters**
121:22
**add**  113:16
**addition**  19:4
21:13 97:2
102:11 116:3,6
136:18
**additional**  19:7
76:6 87:8
141:20,22
**address**  8:22
103:11 109:14

addresses
40:16,17
adjacent 31:10
administer
5:13 7:4
administrator
1:5,7 6:17,19
adopt 126:13
advance 26:23
affected 69:15
affiliations
7:13
aftermarket
91:6 106:19
148:25
afternoon 6:1
ago 90:5,5,7
97:10 106:3
129:25
agree 6:11
109:17 123:21
149:16
agreed 5:3,18
149:20
ah 118:13
ahead 23:22
83:8 124:2
135:7 141:8
alert 89:14
alexa 2:23 6:25
20:16,19
139:13
allegations
12:16

alleged 11:21
12:21 13:6
allow 23:7
31:12 75:7
113:2 133:4
139:13 151:4
allowable 46:9
46:12
allowed 67:11
allows 66:16
67:16
alogous 93:17
alternating
122:6
alternative
128:23
analogies 33:10
analysis 102:16
129:3 131:25
analyze 99:18
analyzing
138:4
answer 16:8
19:8,21 21:1
23:14 24:21
41:6 52:4,6,11
57:10 80:12
81:13 83:9
86:3 87:5,10
93:13 97:24
98:4 102:6
108:7,8 119:15
124:2 139:23
142:7

answers 16:15
87:17 149:13
anybody 97:8
128:21 130:5
130:10 152:2,3
anymore
101:22
apart 122:22
apologize 54:17
55:20 111:4
129:17
appear 38:9
39:16 65:7,14
92:10 105:11
appearance
7:10
appearances
7:12
appearing 70:9
appears 65:15
apply 79:20
appreciate 66:3
152:23
approval 3:18
56:23 57:6
93:23,25 95:3
approve 57:19
63:11 93:20
approved
28:24 29:3,6
30:7 34:23
63:7 70:4
78:12 94:13,17
94:22

approximately
11:5 46:14
138:13
area 10:12
16:19 18:19
145:23
art 52:16
asked 85:19
145:14 148:16
148:17
asking 9:2
28:22 78:6
90:12 105:3
115:14 116:3
118:5 124:8
125:15,18
aspect 151:2
aspects 14:4
assignment
155:2
assisted 43:20
associated
99:25 137:24
assume 33:24
87:5 143:23,24
144:18
assumed 118:9
assuming
110:20
assure 113:7
atkinson 1:22
3:4 6:14 8:14
8:21,25 21:18
24:15 26:24
37:19 56:17

88:17 90:21
106:3 118:18
145:22 148:7
152:24 153:4
153:11 155:4
155:20
**attorney**   7:14
98:1
**attorneys**   2:4,9
2:13,17 5:4
20:24 26:8
**augmented**
140:21
**august**   1:18 6:3
154:18
**authentic**
103:22
**authentication**
108:16 109:4,8
111:7,18 112:5
112:6,11 114:1
114:16 116:3
**autho**   94:24
**authorized**
5:12 7:4 93:11
93:19 94:14,22
95:4 109:12,19
110:24 113:1,7
114:11 117:20
117:24 118:3
118:15 129:21
130:17 131:8
142:11,23
143:19,25
144:2 149:5

**automatically**
48:5,7
**availability**
96:8
**available**   26:7
29:5 47:12,18
59:12 69:8
105:11 108:17
112:18 137:3
**avoid**   35:5 85:5
92:12
**aware**   21:21,24
22:3 24:16,19
25:18,19 91:14
91:15 92:2
94:19,25 95:2
95:5,25 96:5
96:21 97:4,7
98:16,20 99:7
99:17 102:2,8
102:11,11
104:13,14
106:21,24
107:4,22,23
108:3,10 109:9
109:13 125:23
126:10 130:11
130:23 132:14
136:23 137:1,1
137:2,11,12,18
137:25 140:25
141:3,4 142:3
147:4,7,10
152:10

**awareness**
129:19 130:6
131:12,13

**b**

**b**   3:12 13:16,20
15:15 23:10,15
25:12 117:2
141:1 151:2
**bachelor**   9:20
**back**   9:15
42:16 44:9
52:6 56:16
61:16 64:13
66:1,5,21,22,24
67:11 88:16
103:9 104:20
114:9 115:17
117:1 127:13
139:12 145:21
145:24
**background**
9:19 22:7 23:1
**backup**   32:21
32:21 54:2,10
**balance**   35:4
75:16 76:11,18
82:15,15,16
**balances**   34:19
**balancing**
75:24 81:2,4
82:2,4,8,12,21
84:16,19 85:16
104:6 116:20
**based**   17:9
28:25 97:18

111:7 123:20
128:16 138:4
**basically**   30:8
35:9 42:10
45:17 79:23
91:22 109:21
122:23 131:11
143:25
**bates**   3:17,19
3:21 4:7 20:2,4
26:2 64:8
119:6,7,17,22
120:6,6,10
121:8 133:10
133:25 147:1
150:10
**batteries**   3:14
17:24 18:9,11
21:25 24:12,17
25:5,9 27:13
27:24 28:5
31:14 43:11,17
43:22 60:7
67:18 88:21
89:1 91:6,6,17
92:6,13,16,21
92:24,25 93:2
93:3,9,10 94:6
94:12,17,21,23
95:2,4 96:2
100:8 102:3,4
106:19 107:2
107:18 108:19
117:10,12,20
117:20,24

[batteries - believe]                                                                      Page 5

| | | | |
|---|---|---|---|
| 118:4,9,15,22 | 39:1,4,7 40:6 | 84:21,22,24 | 126:11,12 |
| 122:16,19,20 | 41:24 42:5,19 | 85:4,7,9,9,13 | 127:22,23,23 |
| 122:21 125:17 | 43:1,3,4,8,14 | 85:15,23 86:1 | 128:8,9,10,21 |
| 129:4,12,19,21 | 43:24 44:2,3,7 | 86:14 87:1,2 | 128:23,25 |
| 130:4,6,13,14 | 44:16,21 46:2 | 88:24 89:9,12 | 130:24 131:13 |
| 130:15,17,22 | 46:18 47:7,13 | 89:15,15,16,19 | 131:14,19,20 |
| 131:6,9 132:1 | 47:13,17 48:4 | 90:23 91:12 | 132:6,11,12 |
| 137:8,23 140:2 | 48:6,14 49:3 | 92:19 93:5,19 | 135:20,22,23 |
| 140:3 141:23 | 49:23 50:3,5 | 94:1,4,14,16 | 136:4,23 |
| 146:3,16,21 | 50:16 51:2 | 95:14,15 96:1 | 137:13,19 |
| 147:14,19 | 54:14,19,21 | 96:9,13,22,25 | 138:5,15,24 |
| 148:3 149:9 | 55:17 57:7,13 | 97:5,12,19 | 142:9,10,12,19 |
| 150:2,25 | 57:19 58:11,13 | 98:9,14,17,21 | 142:21,23 |
| **battery** 3:16,22 | 58:14,15,21 | 99:8,12,19,25 | 143:1,3,5,14,19 |
| 4:6 11:13,20 | 59:8,11,13,19 | 102:16,22 | 144:2,7,15,23 |
| 11:21,21,23 | 59:23 61:3,15 | 103:3,17,21,22 | 145:6,7 147:4 |
| 12:22 13:1,5 | 61:21 62:4,15 | 103:23 104:4,8 | 147:8 148:23 |
| 13:15 14:19,22 | 63:4,6,12,17,19 | 104:9,23 105:9 | 149:6,14 150:4 |
| 14:23,24 16:25 | 64:16 66:8,21 | 105:18 106:5,5 | 150:8,9 151:17 |
| 17:1,16,20,22 | 67:25 68:3,10 | 106:25 107:7 | 152:4 |
| 18:4,6,23 19:2 | 68:11,13,17,24 | 108:16,19 | **bed** 152:25 |
| 19:15,16 22:12 | 69:4,6,10,12,20 | 109:3,11,12,19 | **beginning** 7:13 |
| 22:23 23:11 | 69:24 70:4,9 | 109:21,22,25 | 16:2 37:5 |
| 24:20,24 25:20 | 70:14,18 71:6 | 110:4,4,9,12,23 | **begins** 26:4 |
| 27:10,12,16,24 | 72:11,21 74:1 | 111:15,16 | 49:4 56:24 |
| 28:17,23 29:3 | 75:1,7,16 76:4 | 112:8,12,15,25 | 70:25 |
| 29:4,6,10,14,16 | 76:6,17 77:17 | 113:1,7 114:8 | **behalf** 16:7,15 |
| 29:19,22 30:1 | 77:20 78:11,12 | 114:11,13,19 | 81:13 140:13 |
| 30:4,7 31:1,3,8 | 79:7,12 80:19 | 116:11,15,22 | 141:3 |
| 31:13,16 32:2 | 81:5,14,15,18 | 122:13,23 | **belanger** 2:7 |
| 32:8 33:19,20 | 81:24 82:5,7,9 | 123:1,4,5,8,10 | 7:17 |
| 34:23 35:3 | 82:10,17,18,20 | 123:17,18,24 | **believe** 9:3 20:7 |
| 36:4,9,14,21 | 82:23,24 83:16 | 124:6,17,23 | 23:3 25:23 |
| 37:1,19,24 | 83:24 84:2,4,7 | 125:1,2,7,10,20 | 56:19 57:14 |
| 38:1,11,15 | 84:11,13,15,17 | 125:24 126:2 | 59:25 63:16 |

[believe - career]                                                    Page 6

70:18 78:11
97:25 115:18
127:1 128:22
148:6
**benefit** 107:8
**best** 150:22
152:17
**betke** 2:8,11
8:3,3,4 20:8,11
20:17,17 22:4
22:10,14,20
23:6 24:1,2,5
25:11 26:11,13
26:18 27:5
37:4,14,16
60:12 78:4
80:11,14 83:7
83:12 88:2,6,9
90:9,18 95:7
97:23 99:5
105:1,21 108:5
114:3 115:6
118:11 119:3,7
119:18,20
120:3,5,18
124:1 125:15
125:20 126:6
126:16,19
127:3,5 128:3
128:5 130:18
132:24 133:6,8
133:13,24
134:5,9,12,18
135:1,7 139:15
139:19 141:7

141:10 143:7
144:17,24
145:16 147:16
148:25 149:12
149:17 150:12
150:14 151:1
151:13,18,24
152:5,8,18,20
**better** 54:18
60:8 78:8
120:1,5 125:14
138:4
**beyond** 72:20
105:1 141:21
**bigger** 58:6
119:25
**bit** 39:25 40:17
40:19 42:18
115:8 127:19
**blood** 154:14
**blow** 42:18
76:5 127:19
139:21
**blowing** 80:18
**bms** 22:22
**board** 3:23
143:14
**bolded** 17:7,8
**boston** 2:10
**bottom** 126:3
**bought** 108:1
112:14
**boundaries**
32:19

**boundary** 84:9
**box** 121:21
**bq** 30:14
**bq20z70** 62:22
71:5 75:23
76:25
**bq20z75** 62:22
**bq294xx** 77:2
**brand** 30:15
91:23 95:1,20
96:3,16,24
130:23 131:4
**branded** 91:17
96:9
**break** 40:2
48:23 56:3,14
87:25 88:2,5
88:14 113:20
113:23 126:17
126:17,20
127:11 145:11
145:19
**breaking** 114:1
**brick** 68:18,21
69:3 121:25
122:2
**brightness**
124:19 125:5
**bring** 20:2
**broader** 10:24
**broken** 113:23
**brought** 91:8
106:2
**browned**
143:21

**built** 32:8 94:3
**bump** 113:21
**burn** 3:15 22:1
24:14,20
**business** 94:8
**button** 24:6,7
**buy** 110:4
137:22

**c**

**c** 2:1,6 12:6
47:6,6 50:15
50:15,23,24
154:1,1
**calculate** 113:3
**calculation**
112:21 116:6
**call** 68:18
121:24 129:3
**called** 25:3
38:20 55:6
68:22 119:5
121:19 122:16
139:8
**calls** 71:4
**camera** 6:6
24:4
**capability** 31:7
**capacity** 27:12
50:15 51:6
83:1 84:23
86:13
**car** 29:15
**care** 133:20
**career** 94:20

CONFIDENTIAL

**carol** 1:4 6:16
155:3
**carrying** 16:2
**case** 1:14 6:23
9:3 12:17,24
12:25 13:2,3
19:7 27:15
34:20 35:8
50:7 54:10
60:24 102:20
111:23 112:2
117:9 118:20
155:3
**cases** 11:10,13
11:14,20,21
12:1 13:5,12
13:14,15 91:4
91:5,8 92:15
92:17,19
142:13
**catch** 25:20
102:5
**categories**
151:3
**categorized**
138:4
**category** 22:4
22:21
**caught** 130:19
131:1
**cause** 35:21,23
146:18
**caused** 12:21
61:16 62:7
84:25 146:2,23

**causing** 83:5
149:6
**cell** 3:16 27:4,8
27:9,10,20,20
27:24,24 28:4
29:6,7,14 31:1
33:1 34:15,17
34:19,20,21,24
34:24 35:3,6,9
35:9,15,15,18
35:22 46:2,3
51:21 57:13,16
57:17 59:18
60:1 62:10,10
66:9,9,21
68:10,11 74:1
75:12,15 76:11
76:12,18 77:14
79:20,24 80:3
80:5,6,7 81:3,5
82:2,3,8,10,11
82:14,15,16,21
82:22,23 83:2
83:18,19,20,21
85:15,16 93:17
104:5 116:20
**cells** 14:24
17:22 18:7,9
25:16 28:1
29:1 31:10,16
32:2 35:3,6,9
35:10,13 41:24
46:18 47:19
59:19 60:1,4,4
60:5 75:17,24

79:25 82:5
83:14,24,25,25
84:3 85:17
114:11,13
**celsius** 46:14,15
46:19 47:14
48:13 49:9
**centigrade** 74:3
**certain** 17:25
18:7 21:7
25:10 36:13
39:4 45:20
51:7 53:6
61:14 76:2
81:24 82:1
86:19 100:1
102:19 114:20
122:15 124:9
124:11 131:20
**certainly** 151:8
**certification**
5:8
**certify** 154:5,12
**challenge** 11:17
112:21 116:5
**change** 69:22
112:9 155:5
**changes** 41:15
**charge** 29:17
29:22 34:8,11
39:7 46:13
47:1,6,23 48:4
48:21 49:13,15
50:11 51:14,17
53:2,16 59:12

67:2 72:9,15
72:15,25 73:8
75:18 123:10
**charged** 75:19
83:25 84:1,3,8
84:8
**charger** 50:4,5
67:8,10,13
68:8,16,22,23
68:24,25 73:5
74:20
**charging** 35:3
46:13,20 49:4
49:9 50:6 51:2
51:4,7,12
66:17,24 67:24
68:1 71:11
72:25 73:8
74:5 75:24
76:11,18 84:10
86:1 123:8
**charles** 1:5,7
6:18,20
**chart** 36:24
46:7 73:16,21
**check** 145:12
**chem** 56:23
58:12 79:12
149:14,14
150:15
**chip** 10:25
32:21 47:25
48:1,7 68:22
68:23,23,24
69:1 79:6

CONFIDENTIAL

[chips - computers]                                    Page 8

chips   31:21
chores   115:23
chose   101:25
chris   8:3 20:17
    24:1 37:14
    78:5 151:20
christopher
    2:11
circuit   3:23
    10:24 11:1
    31:18,24 32:3
    33:16 34:5
    36:1,3,20 41:5
    44:15,16,17
    45:15,23 55:16
    59:4,20,21
    62:21 65:15
    70:7,16,23,24
    71:5,10,24
    73:7 74:10
    75:23 79:7,9
    84:12 143:14
circuitry   17:21
    17:25 18:7,10
    86:4
circuits   10:22
    30:11,12 31:2
    62:24 63:18
    64:21,22 65:5
    65:20 75:22
    114:14
circumstance
    134:13
circumstances
    25:10 49:11

    51:7 61:14
    81:25 82:1
    123:9 124:9,11
clarify   141:11
classes   96:13
classification
    10:25
clear   55:19
    96:8 98:7
cleared   96:18
clearly   125:25
clears   62:6
client   126:9
clock   39:18,22
    39:24 40:18
clone   128:25
cloned   92:5
    129:4,12,19
    130:21
code   82:13
    112:8
coffee   56:9
colloquy   23:25
color   3:22 4:6
    142:25
combination
    64:2,7
combines   59:20
come   52:6
comes   54:12
coming   49:22
    50:16 68:7
    76:7 77:24
    111:15

command
    111:14
commission
    21:22 155:25
communicate
    29:21 39:4
    47:18 102:14
    103:9,14
communicated
    39:7,13 40:1,5
    40:17 59:13
    98:1 104:20
    106:13 107:25
communicates
    31:23
communicating
    117:13
communication
    40:15 43:4
    106:19 108:3
    108:11 139:10
    139:11 140:24
    140:25
communicati...
    38:25 141:5
compact   22:1
company   21:25
    99:10,23 107:3
    107:6 115:19
    130:3 140:13
compaq   3:14
compared
    33:12
comparison
    34:17

compatible
    128:10 135:23
completely
    75:6 104:23
    106:25
completeness
    134:20
components
    70:22
computer   14:5
    14:9,16 28:24
    38:2,5 69:9,14
    69:22 70:5,22
    77:18 89:17
    96:15,19 105:7
    105:9,12,17,20
    105:24 110:3,4
    110:20,22
    111:22 112:14
    121:20 122:22
    124:17,19,20
    124:22 125:1
    127:15 128:9
    135:13,21
    137:14,14
    143:15 144:16
    146:15
computers   3:14
    9:24 14:19
    17:24 22:1
    24:13,18 57:8
    86:24 88:23
    89:14 90:23
    91:14 94:1
    106:14 107:12

**[computers - correct]**                                        Page 9

108:1 112:20
117:7 122:16
137:20,22
139:7 140:1
144:14 146:4
**computing**
13:25
**concept** 100:11
**concern** 109:14
**concerning**
127:21
**concerns** 90:22
103:11 106:12
130:3
**concludes**
153:3
**conclusion**
124:5
**condition** 51:12
55:13 61:16
62:6 66:14
70:9 73:7,19
73:22 74:4
75:2
**conditions**
46:20 80:18
**conducted** 6:5
**confidential**
37:9,13 155:4
155:20
**configuration**
34:19 46:1
59:18 60:1
**configurations**
38:4

**confirm** 143:16
**confusing**
90:14
**connect** 41:21
44:11 110:7
112:20 121:19
**connected**
31:20,21,23
41:9 44:16,23
45:15 50:18,21
51:8 55:7,11
55:15 60:2,2,5
74:9,16 77:7
78:18 89:16
124:20 125:6
**connecter** 37:1
37:20 121:20
**connecting**
68:2
**connection** 6:7
38:4 45:11
49:1 66:16
68:7
**connections**
17:3 22:24
37:23 38:9,10
39:17 65:15,18
65:20
**connects** 42:7
68:3
**considered**
123:4
**consists** 58:15
59:19

**construct** 40:15
**construction**
109:22 110:6
110:15,21
116:15
**consumer**
21:22
**consumers**
98:18
**contact** 88:24
**contain** 85:6
**contained**
82:17 107:14
134:3
**contents**
119:24
**context** 60:19
61:13 100:5
101:11 125:14
**continue** 6:10
48:22
**continued** 3:24
4:1
**continues**
51:15 69:16,17
84:1
**continuing**
151:22
**continuous**
46:13
**continuously**
10:9
**control** 47:22
49:22 51:1
59:20,21 67:13

67:16 81:23
139:16
**controlled**
47:25
**controller**
48:18,19 50:2
50:4 53:1,7,11
53:15 54:24
55:2,5,20 73:4
**controllers**
29:6
**controls** 40:10
84:13,14
**conversation**
101:3,7,12
**conversations**
100:4
**conversion**
68:21
**converted**
67:17 122:6
**converts** 69:2
**convey** 103:19
**conveyed** 72:6
118:19
**cooled** 14:25
**coordinated**
8:4
**copy** 15:17,19
60:21
**cord** 68:8
**correct** 9:6
11:18 13:23
14:1,17 17:17
18:1,8,12,13

[correct - data]                                                      Page 10

27:18 29:23,24
30:13,17 31:16
31:25 32:4
33:5,6 34:25
35:1 38:6,7,12
39:10,11,15
41:17,18,24,25
42:13 43:13,19
43:25 44:4,18
44:19,22 45:9
46:15,21 47:9
47:10,15 50:18
50:19 51:10
57:20 59:23,24
60:6 61:17,18
61:24 62:7
63:13,20 65:16
66:10,18,19,25
67:4,12 68:14
70:10,11,15
71:2,7,8 73:10
73:14 74:6,21
75:9,19,20
76:7,8,19
79:15 80:20
82:19 83:16
84:20 85:18
86:10 93:22
94:2 96:20
106:22 110:8
110:10,17,24
111:16 112:15
112:22 114:17
114:24 115:20
115:21 116:1

117:22 122:13
123:5,11
124:24 125:12
129:23 135:13
138:6,19 141:9
144:3 148:21
**correcting**
64:25
**correctly** 32:12
55:9 58:17
61:13 71:13
77:3 85:12
128:12
**cost** 113:25
**coughlin** 2:8
8:3
**counsel** 6:15
7:11 8:5,8
21:11 96:11
146:11 148:9
149:23
**count** 65:17
**counterfeit**
3:22 87:22
88:20 89:1,9
89:13,17 90:23
91:12 92:5,16
92:21,24 95:8
95:15,20 104:9
108:18 112:12
130:4,6,15,21
131:7 139:8
**counterfeiting**
114:2 150:24

**counterfeits**
91:16 96:5,6
129:10 130:9
**counting** 27:25
**couple** 148:18
**course** 25:19
94:5 125:19
126:15
**court** 1:1,24
6:22 7:2 8:6
20:14,18 22:8
22:16 23:18,18
23:20,23 24:3
108:9 155:1
**cover** 119:12
145:23,23
**covers** 121:3
**create** 83:15,21
144:6
**created** 83:16
138:17
**critical** 19:3
**critser** 12:6,24
**cup** 56:8
**cured** 61:17
**curious** 92:4
**current** 14:25
32:16 33:2,3,4
33:8,10,11,13
33:18 34:12,13
36:5,19 47:6
47:12 49:22
51:2 67:2,6,7
68:11 72:9
76:6 79:15

80:1,2 84:1,13
122:6,6
**currently** 9:8
15:5
**custom** 110:1,1
**customer** 89:19
109:25
**customers**
106:16 107:20
108:1,4,12
139:11
**cut** 47:12
**cutting** 125:22
**cv** 1:14 6:24
**cycles** 125:3

**d**

**d** 3:1 4:1 5:1
**daily** 38:15
**damage** 35:21
80:7 83:21
**damaged** 70:22
**damaging**
35:17
**danger** 104:22
137:2 138:14
138:16 139:2
**dangerous**
138:24
**dangers** 118:21
129:2
**dash** 50:15
**data** 38:20
39:18,23 40:1
40:7,8,9,11,13
40:14,16,17,19

42:19 43:3,14
44:3 45:1,8
49:17 65:23
84:19 111:14
111:15,16
**date** 8:13 88:23
107:13 133:17
155:3
**dates** 147:20
**david** 100:19
**day** 153:15
154:18 155:22
**dc** 67:17
**deceased** 1:6,8
6:18,20
**decided** 107:7
**decision** 113:11
**defect** 11:21
**defendant** 1:22
2:9,13,17 3:12
8:2 15:16
**defendants**
1:12
**defense** 11:13
**define** 38:23
109:7
**definition**
10:21 17:19,21
108:22
**definitions** 17:7
17:9
**degree** 53:12
74:8
**degrees** 46:14
46:19 47:5,14

48:3,12 49:9
50:10 51:9,12
51:14 52:24
53:11 55:1,5
74:3
**delay** 22:19
**deliver** 55:7
**department**
91:24 152:12
**depending**
124:17,22
126:2
**depends** 6:6
**depo** 22:5
**deponent** 23:10
**deposed** 92:18
**deposition** 1:17
3:12 5:8,11,15
6:4,14 11:2
15:15 22:19
25:25 37:9
87:14 118:1
133:20 153:4
155:3
**describe** 14:6
27:2 36:2
39:19 41:2
42:23 47:2
52:3,17 61:9
64:5 68:20
71:19 91:19
**described**
30:16 59:7
62:12 67:3
105:7 106:3

**describes** 58:10
62:20 66:11
67:1 72:13,14
**describing** 66:7
104:23
**description**
3:11 4:5 10:15
18:19 58:24
59:1,22 70:6
91:20 121:15
**design** 16:25
18:22 57:7
63:12 86:18
88:25
**designating**
37:6,8
**designed** 34:4
66:8 70:13
75:17 79:12
81:1,2 111:21
115:10 130:24
**designs** 34:23
86:23
**details** 66:14
**detect** 34:7,13
36:5 48:20
53:12 54:25
85:25 86:25
108:18
**detected** 32:20
76:3,13
**detecting** 52:24
**detector** 38:16
**detects** 50:9
80:17

**determine** 77:1
109:11 110:22
116:10,20
118:18 142:12
146:14
**device** 14:1
31:22 41:23
43:8 55:10
68:2,8 70:8
76:17 77:2,10
77:12,15,18
78:20 79:1,3
79:10,17 80:3
80:3 81:18
89:25 93:20
105:10 109:10
109:12 113:16
116:9 122:7
123:3
**devices** 17:23
43:11,18,21
59:7 63:1
104:24 107:1
116:10,21
124:19 125:5
129:5 130:16
138:6,17
142:23 145:9
**devised** 138:3
138:12
**diagram** 39:17
121:15 122:11
143:18
**died** 134:3,14

| | | | |
|---|---|---|---|
| **differ**  143:2 | **disabled**  69:6 | 145:3 | 132:25 133:1 |
| **difference** | 73:8 | **discussions** | 133:14,21 |
| 10:22 33:7 | **disables**  80:19 | 99:16,20,21,23 | 136:7,12 |
| 39:19 65:11 | **disagreement** | 101:17,19 | **documents**  8:9 |
| **differences** | 53:13 | 130:1 | 19:11,13,19 |
| 66:15 | **discern**  116:13 | **disguise**  116:24 | 20:23 21:6 |
| **different**  27:16 | 116:14 | **display**  90:2 | 25:24 37:12 |
| 27:23 28:17,18 | **discharge** | 124:19 125:5 | 52:5 87:8 90:4 |
| 28:23,25,25 | 29:17 32:11,15 | **displayed**  39:8 | 119:14 137:9 |
| 29:8 30:8 33:4 | 36:4 67:2 | **disposing** | 138:12 141:22 |
| 34:18,23 40:4 | **disconnects** | 123:18 | 147:2 |
| 40:9 43:11,23 | 68:10 | **distance**  39:22 | **doing**  60:16 |
| 45:14 47:17 | **discourage** | **distinction** | 89:4 97:9 99:3 |
| 48:8 55:25 | 100:7 114:6 | 95:13,18 96:11 | 103:1,11 |
| 63:17 67:3 | 128:21 | **distinguish** | 120:12 135:6 |
| 89:2 97:11 | **discover**  130:2 | 85:8 136:12 | **dolan**  2:6 7:17 |
| 125:1 132:17 | **discovered** | **distinguished** | **double**  54:22 |
| 132:18 | 129:2 139:2 | 9:12 | **download** |
| **differentiate** | **discovery** | **district**  1:1,2 | 134:4 |
| 85:10 | 139:5 | 6:22,23 8:24 | **drawback** |
| **dig**  42:14 | **discrimination** | **division**  91:10 | 112:10 |
| **digital**  71:17,20 | 149:8 | **document** | **drive**  2:14 |
| 71:21,22 | **discuss**  100:11 | 15:16,21 16:1 | **due**  3:14 22:1 |
| **direct**  29:17 | 101:25 | 17:6 19:24,25 | **duly**  8:15 154:8 |
| 45:10 49:1 | **discussed**  44:3 | 21:17 26:25 | **duplicate**  144:1 |
| 122:6 | 90:4 103:12 | 27:2 28:3 | **dynamically** |
| **directing**  66:3 | 115:25 | 36:24 42:24 | 82:12,14 86:5 |
| **directly**  45:21 | **discussing** | 56:1,18,25 | **dysfunctional** |
| 45:22 47:24 | 142:11 148:20 | 58:1 60:15,25 | 114:12 |
| 49:23 53:9 | **discussion** | 60:25 61:14 | |
| 74:16 | 20:21 21:15 | 63:10 64:11 | **e** |
| **director**  15:6 | 24:8 101:8,20 | 119:22 120:17 | **e**  1:5,7 2:1,1 3:1 |
| **disable**  75:7 | 102:23 103:6 | 121:2 125:25 | 4:1 5:1,1 6:18 |
| 76:5 152:24 | 116:8 117:17 | 126:12 132:16 | 6:20 12:4,6 |
| | 127:7 131:15 | 132:17,18,21 | 26:16,23 50:15 |
| | | | 133:22 134:15 |

154:1,1
**e1**  79:1 80:3
**earlier**  105:2
**early**  14:7
**ease**  60:17
**easily**  122:21
  123:4,5
**educate**  16:14
  55:23 81:11
  87:9,16 140:12
  146:9
**educates**  53:21
  53:22
**education**  9:24
**educational**
  9:18
**effect**  5:14 47:8
**effectively**
  96:18
**effort**  43:15
  104:21 118:18
**efforts**  98:7,13
**eight**  38:8
  139:22
**either**  11:12,17
  12:10 19:25
  46:19 62:16
  112:12 136:15
**electrical**  9:21
  33:8
**electro**  25:9
**electronic**
  43:11,17
**elicit**  131:11

**embodiment**
  11:1
**employed**  9:13
  10:4,9
**employee**  9:8
**employees**  21:5
  87:15,16
**ends**  143:21
**energy**  29:13
  33:14 81:24
**engineer**  10:16
  33:9 90:6
**engineering**
  9:21,24 144:2
**enter**  25:16
**entire**  18:3
  60:15 64:19
**entirely**  76:17
  84:17
**entitled**  46:25
  56:22 61:4
  119:13 132:5
**era**  141:22
**errata**  155:1
**error**  108:20
  139:8 144:12
**especially**
  18:25 19:14
  29:13 54:23
  79:25 89:9
  92:11 96:7
  109:24
**esq**  2:6,6,7,11
  2:15,19

**essential**  39:21
  136:7
**essentially**
  136:2
**essentials**  4:7
  119:4,5,21
**estate**  1:5,7
  6:17,20
**eva**  7:2 154:3
  154:23
**evening**  9:5
**event**  47:13
  54:3 70:8
  76:12 80:16
  82:9 85:22
  105:18
**events**  66:12
**eventually**  63:4
  68:3
**everybody**
  77:25 78:6
  133:8 134:20
**evidence**
  146:12,13,17
  149:4
**exactly**  53:12
  55:19 101:13
  139:4
**examination**
  1:21 3:3 8:18
  148:11 154:7,9
**examined**  8:16
**exceed**  35:11
  46:19 62:16
  123:23 124:23

**exceeded**  32:19
  50:17,20 66:17
  67:6,8
**exceeds**  33:25
  74:2
**except**  5:19
  108:11 136:3
**exceptional**
  130:7,7
**excuse**  20:8
  76:16 124:15
  139:22
**exemplar**
  142:19
**exhibit**  3:11 4:5
  8:10,11 15:11
  21:9,12,18
  25:22 26:8,14
  26:21 30:5
  41:13 42:16
  44:10 46:7,23
  56:1,21 57:15
  58:2 60:11
  70:2 72:23
  80:22 93:18,22
  117:2 119:9
  120:25 122:10
  127:16 133:15
  133:19 136:3,7
  139:21 142:17
  143:12
**exhibits**  3:8 4:3
  21:11 26:9
  93:16 134:25

**[exist - flash]**                                                        Page 14

| | | | |
|---|---|---|---|
| **exist** 84:22 | **factors** 124:20 | 100:1 103:24 | 133:21 134:13 |
| **existed** 131:10 | **fail** 54:6 61:20 | 104:1 114:20 | 137:4 |
| **expands** 3:14 | 84:22 | 114:21 115:1 | **finding** 103:16 |
| **expected** 36:6 | **failed** 54:4 | 129:20 131:8 | **fire** 3:14 12:18 |
| 43:23 | **failing** 54:10 | 131:21 136:24 | 12:19,20 13:1 |
| **expecting** | **fails** 69:12 | 137:15,20 | 22:1 24:14,20 |
| 111:17 | 85:23 | 142:10 148:4 | 25:20 140:3 |
| **expense** 113:16 | **failure** 12:22 | **federal** 2:10 | 147:3 148:21 |
| **experience** | 13:1,5 54:1 | **feedback** 77:24 | 149:6,22 150:4 |
| 18:15,24 19:4 | 61:25 84:24 | 78:2,9 | **fires** 13:8 22:12 |
| 86:22 | **fair** 93:4 | **feel** 60:23 | 146:1,19,23 |
| **expires** 155:25 | 107:11 138:20 | **fet** 47:6,6,8 | 147:8,11 149:9 |
| **explain** 34:9,16 | **familiar** 13:19 | 50:15,23,24 | 149:10 150:2 |
| 54:18 78:24 | 16:4 25:3,15 | 51:16 55:16 | **firm** 7:3,22 8:1 |
| 111:10 | 38:15 65:19 | 66:16,24 67:16 | **first** 8:15 12:13 |
| **explore** 23:7 | 109:5 111:8,19 | 68:5,12 69:7 | 16:19 32:10 |
| **explosion** 140:3 | 121:21 122:18 | 69:13 70:8 | 61:4,5,6,10 |
| 147:3 | 143:23 | 72:16 73:3,8 | 62:3,4,9,10 |
| **explosions** | **family** 27:13 | 74:4 | 74:22,24 90:21 |
| 146:2,23 147:8 | **far** 54:25 70:13 | **fets** 67:13 | 105:10,11 |
| **extended** 27:12 | 149:7 | **field** 9:24 43:16 | 117:1 148:19 |
| **extent** 40:23 | **faraci** 2:4 7:16 | 47:8 | **fit** 110:5 144:7 |
| 84:1 | 7:18 | **figure** 112:13 | **five** 11:24 88:4 |
| **external** 36:20 | **fast** 36:4 | 126:24 | 90:24 95:1,24 |
| 70:17 77:1,9 | **fault** 75:12 | **figured** 150:19 | 96:7,23 97:1 |
| 78:20 79:2 | 76:12 | **filed** 6:21 | 104:15 106:21 |
| 81:1 120:25 | **favor** 135:9 | **filing** 5:7 | 108:15 129:25 |
| 124:19 | **feature** 36:17 | **final** 129:18 | 145:15 148:16 |
| **extra** 140:22 | 53:25 | **financially** 7:6 | 153:6 |
| | **features** 26:15 | **find** 24:5,6 | **flag** 71:12,15 |
| **f** | 29:18 30:1,4 | 40:23 41:15 | 72:5,6,19 73:1 |
| **f** 5:1 50:15 | 30:13 43:23 | 57:23 78:15 | **flammable** |
| 154:1 | 44:6 63:22 | 81:22 97:6 | 25:10 |
| **fact** 13:9 | 64:20 75:21 | 99:2,10 107:2 | **flash** 89:24 |
| **factor** 114:1 | 79:14 80:2 | 111:4 127:20 | |

[flashlight - given]                                         Page 15

**flashlight**
 110:10
**flow** 33:11,11
 33:12,13,15
 84:2,13
**focus** 18:25
**folder** 21:12
 134:24
**follow** 22:20
**following** 32:9
**follows** 8:17
 42:6,7
**force** 5:13
**foreseeable**
 123:22 124:9
**forever** 83:11
**form** 5:19 43:3
 83:8 106:15
 107:16 108:2,5
 109:21 110:14
 110:20 114:3
 124:1 141:7
 142:25 144:24
**formal** 58:23
**former** 87:15
**forth** 154:8
**forward** 13:15
 23:5
**found** 97:19
 130:5,10
 132:12 146:22
**four** 11:23
 13:15 87:20,21
 88:18 89:7
 92:18,20,23

97:17 100:14
 100:14 104:14
 129:24
**fourth** 12:9
**free** 60:23
**front** 15:17,19
 22:15 60:21
**fuel** 28:12,16
 28:22 29:9,12
 29:12,15,16,20
 30:7,16 31:19
 31:21 32:17,20
 32:22,23 33:17
 35:25 42:8,17
 44:14,21,24
 45:8,24 47:23
 47:25 48:1,7
 50:7,9,10,14,18
 50:23 53:9,21
 55:8,11,15,16
 58:16 59:20
 72:1
**fully** 69:23
 83:25 84:3
**function** 16:25
 18:11,23 22:22
 29:16 31:12,17
 35:24 36:16
 38:6 65:21
 66:10 68:25
 69:14,22 75:7
 82:16 84:17
 99:3 104:6,11
 113:15 144:8
 144:20

**functional**
 104:23 106:25
 114:15 116:11
 116:22
**functionality**
 81:17 85:25
 86:18,24 97:6
 98:14 102:21
 102:21 103:4
 103:15 114:23
**functionally**
 145:7
**functioned**
 145:8
**functioning**
 75:2
**functions** 17:25
 30:16 31:2
 32:6,9 54:22
 63:22 104:10
 105:19
**further** 5:18
 71:19 101:19
 101:22 145:13
 152:19 154:12
**fuse** 76:5 80:1
 80:19

**g**

**g** 2:11 12:4
**gain** 21:5
**gained** 102:15
 102:19 131:22
**gauge** 28:12,16
 28:22 29:9,12
 29:13,15,17,20

30:16 31:19,21
 32:18,20,22,23
 33:17 35:25
 42:8,17 44:14
 44:21,24 45:8
 45:24 47:23,25
 48:1,7 50:7,9
 50:10,14,18,23
 53:9,22 55:8
 55:11,15,16
 72:2
**gauges** 29:4
 30:7
**gauging** 58:16
 59:10,20
**gears** 56:4
**general** 18:19
**generalize** 43:6
**generally** 14:6
 33:8 37:22
 57:4 59:23
 99:23 128:20
**generation**
 143:3
**genuine** 114:8
**getting** 78:2,8
 107:21 125:21
 131:17
**give** 33:10
 84:10 101:14
 108:8 126:21
 145:15
**given** 90:1
 107:20 153:4
 154:10

**gives** 108:24
**glitch** 115:8
**go** 6:11 23:22
  28:11 30:5
  42:15 44:9
  46:22 52:10
  55:25 63:5
  64:13 66:1,6
  67:11 73:15
  83:8 110:3
  111:1 114:9
  115:17 117:1
  119:23 120:18
  120:21 124:2
  135:7 141:8
  152:25
**goal** 103:1
  116:24
**goes** 26:5 42:8
  44:17 53:8
  61:24 68:24
  84:15 106:17
**going** 6:2 15:8
  15:25 16:18
  19:17 23:21
  29:8 33:18
  37:6 40:25
  46:22 48:8
  53:12 55:15
  56:5,12 66:5
  68:17 83:7,12
  85:13,20 88:1
  88:13 89:21
  98:16 108:13
  110:5,5 111:6

119:8,8,11
120:13,24
127:14 134:19
139:15 142:15
143:11 145:14
145:18,24
149:12 151:1
151:22
**good** 6:1 8:25
  59:16 88:7
  121:24 135:4
  148:13
**gopel** 12:2
**grab** 56:8
**graduate** 9:23
  10:2
**graduated** 9:21
  10:5
**granted** 15:3
**great** 24:1 58:8
  88:8 120:23
  127:3,4 133:22
  134:8 145:16
**group** 35:10
  91:15,17,20,22
  92:2,3 100:24
  107:7,9
**guess** 80:14
  117:25 124:21
**guide** 3:20
  119:13
**guys** 95:11

## h

**h** 100:21
**ha** 118:13
**hand** 65:14
  154:18
**hang** 8:23
  22:14,14 97:23
  134:9,18
**hanging** 90:10
**happen** 129:22
**happened**
  97:15
**happening**
  72:21
**happens** 67:8
  73:12 74:25
**happy** 134:5
**hazard** 24:11
  24:16,21
**hazards** 3:15
  22:2 24:14
  99:24 132:11
**he'll** 23:14
**heading** 127:24
  135:10,12
**heard** 6:8 21:23
**heat** 14:16 83:6
  83:15,17
**heating** 25:17
**held** 1:23 20:21
  21:15 24:8
  127:7
**help** 19:20
  52:14 74:18
  95:18 109:7

**helpful** 90:19
**helping** 96:12
**helps** 90:18
  119:25
**hereinbefore**
  154:8
**hereunto**
  154:17
**hey** 22:4 37:4
**high** 14:25
  35:20,21 54:25
  65:24
**higher** 35:16
  36:6 48:3
**highlighting**
  60:13
**hindrance**
  113:22
**history** 89:8
**hold** 13:23 90:9
  150:10
**hollowell** 1:6,6
  1:8 2:24 6:18
  6:19,20 7:20
**homemade**
  128:21
**honest** 56:6
  150:14
**hoping** 139:15
**host** 45:5,6
**hours** 125:4
**housed** 51:4
  100:23
**houston** 101:1

[hp - imbedded]                                                    Page 17

**hp** 1:11,21 2:9
2:13 3:12,14
3:14 6:21 8:2
9:8,11,13 10:5
10:10 11:12
13:16,20 15:6
15:16 16:7,15
17:11 18:15,19
18:24 19:6,14
21:5,25 26:4
27:3,14 31:2
37:8 42:25
46:6,22 57:6
57:18 59:3
63:7,11,12
64:21 70:4
74:1 76:9
78:13 81:13,15
82:17 84:4
86:17,24 87:15
89:14,20 90:3
90:22,23 91:11
91:13,16,23
92:4,4,7,10
93:4,6,11,13,18
93:20,20 94:1
94:4,12,16,17
94:22 95:1,3,4
95:20 96:2,10
96:12,16,18,24
97:4,11 98:9
98:16,21 99:3
100:22,24
101:18 103:2,4
103:10 104:4

104:11,13,21
104:22,24,25
105:10,12,17
106:5,6,13,19
107:2,23
108:17 109:10
109:20 110:13
110:13 111:22
111:25 112:24
113:6,18,25
114:8,11 115:2
117:6,7,11,19
117:20,23,24
118:3,3,8
123:2,22
124:14,16
125:16,23
126:10 128:10
128:11 130:22
131:4,5,8
132:9,12
135:22,23,24
136:22 137:5
137:12,13,14
137:20,21,22
138:24 139:1
140:1,16 141:3
141:23,24
142:20 144:13
145:7 146:1,3
146:15 147:4
148:23 149:5,9
149:10 150:23
151:16 152:2
155:3

**hp's** 8:4 87:22
88:20 94:3
96:3
**hp.com** 141:12
**hp00053** 3:21
119:12
**hp00108**
120:25 121:9
**hp00109**
121:13
**hp00110**
127:15 128:4
**hp00116**
123:15
**hp00181** 3:21
**hp00182** 4:7
**hp00210** 135:8
**hp00233** 4:7
**hp01297** 3:19
56:24
**hp01305** 60:10
66:5
**hp01334** 3:19
**hp01366** 3:17
**hp01367** 36:24
**hp01377** 3:17
**hps** 95:22
**hstnn** 58:12
**hundred** 87:6
**hung** 125:21
**hurt** 88:3
**hypothetical**
48:9 49:7

**i**

**ic** 31:21 50:6
51:2,4 68:23
68:25 72:2
76:21 84:10
**idea** 132:7
151:11
**ideas** 103:12
**identical**
142:24 144:6
**identification**
8:12 111:7
133:16
**identified** 46:9
**identify** 19:24
47:2 106:6
115:4
**ignition** 36:19
**imagine** 116:12
**imbalance**
34:15,17 75:12
76:2,12 79:21
79:23 83:18,19
84:21 85:8
**imbalanced**
35:14 83:14
**imbalancing**
82:22 83:2
**imbedded**
48:18,18 50:2
50:4 53:1,7,11
53:15 54:24
55:2,5,19
114:10 122:17
122:20

**impact** 74:19
**implement**
  76:14
**implemented**
  111:25 112:4
**importance**
  75:15
**important** 35:2
  35:5 53:25
  114:20 131:21
  148:4
**impossible**
  116:19 143:7
**improperly**
  117:18
**improvement**
  14:23
**incident** 88:23
  108:17,23,24
**incidents** 102:2
  146:5,15
  147:11,13,21
  148:2 149:5
**include** 29:7
  104:5 114:15
**included** 24:17
  58:12 94:12
  114:14,23
  115:5 132:4,22
**includes** 120:9
  120:11 136:3
**including** 7:11
  17:2,23 22:22
  22:23 82:23
  88:24 93:5

108:19 117:11
**incorporated**
  144:13
**independent**
  34:19 50:24,25
  82:7
**independently**
  49:18 53:2
  77:13 86:14
  87:2
**index** 20:2
**indicate** 29:21
  63:11 144:22
**indicated** 25:24
  34:22 56:19
  92:17 126:11
**indicates** 31:6
  32:5 36:11
  41:8 58:9
  62:19 74:2
  121:19 126:1
**indicating**
  124:21
**indication**
  41:13 66:23
  140:16
**individual**
  34:20 35:6,6,8
**individually**
  1:4 6:16
**industry** 43:7
**inform** 55:16
**information**
  21:5 32:1 34:4
  37:7,21 39:5,5

39:6,12,25
  40:5 42:1
  44:25 45:22,23
  47:18 48:3,11
  48:12 49:2
  50:3 51:13
  54:3 59:12
  72:5 74:13
  86:9,13 92:3
  102:23 103:15
  104:21 106:11
  107:14 114:18
  118:19 129:5
  131:25 137:5
  138:18
**initial** 10:12
  46:13 49:3,8
  51:12
**initially** 66:15
  123:24
**initiate** 49:12
**initiating** 49:15
**input** 76:21,25
  81:23
**inquire** 98:25
  99:9,14
**inserted** 54:14
**inside** 44:21
  68:9,10 103:16
**installed** 69:24
  105:19 106:6
  110:23
**instance** 83:6
**instances** 33:18

**instruction**
  107:17 119:1
**instructions**
  26:22 117:6
  123:7 139:25
  140:5,11,16,17
**instrument**
  63:18
**instruments**
  10:8,10,13,18
  30:15 62:22,24
  64:23,25 71:5
  79:6
**insurance**
  11:14
**integrate**
  110:16
**integrated**
  10:22,24 11:1
  30:10,12 31:1
  31:18,23 32:3
  33:16 34:5
  42:8 44:15,17
  45:15,23 50:1
  55:16 62:20,23
  63:18,25 64:21
  64:22 65:4,14
  65:20 71:5,10
  71:24 72:1
  73:6 74:9
  75:22 79:6,9
  84:12 109:25
  114:14
**integration**
  19:2

CONFIDENTIAL

**[intellectual - knowledge]**                                        Page 19

**intellectual**
  11:16
**intended**
  128:15
**intention**
  110:25
**interested**  7:7
  92:11 154:15
**interface**  38:20
  38:24,25 39:18
  39:18,22,24
  40:8 45:2
**interfaces**
  17:22
**internal**  72:1
  90:3 122:19,20
  123:1
**internet**  6:7
**interpret**
  124:25
**interrupted**
  47:7
**introduced**
  89:10
**investigating**
  91:12 98:8
**investigation**
  142:8 148:1
**investigations**
  146:4
**invoke**  98:2
**involve**  11:17
  14:18 92:20,23
**involved**  14:22
  19:7 24:24

90:16,22 91:2
91:5,11 92:16
93:1 112:2
149:18
**involvement**
  91:7
**involves**  62:10
  121:18
**involving**
  147:14
**ion**  24:12,17,20
  25:4,9,16
  43:10,17 58:13
  140:3 146:3,21
**ip**  11:12,13,16
**issue**  23:1
  27:15 111:22
  115:9 117:9
  118:20
**issued**  117:6
**issues**  11:13
  96:22 128:7,14
  135:19 137:24
  150:24
**item**  34:15
  35:24 46:24
  128:19
**items**  17:7,9

**j**

**jackie**  134:21
**jaclyn**  2:15
**jacquelyn**  7:25
**january**  108:24
**jaoyuam**  8:24

**jersey**  1:25
**jessica**  1:6 2:24
  6:18 7:20
**jls**  1:14 6:24
**job**  1:15 10:12
  10:14,16 18:19
  18:25
**joke**  139:17,17
**jurisdiction**
  12:14
**jurisdictions**
  13:12

**k**

**kaflinski**  7:2
  154:3,23
**keep**  30:1 88:1
  114:13
**kendrick**  2:12
**key**  112:21
  114:7,10,15
  116:6
**keys**  112:25
  113:3
**kind**  40:15 43:9
  84:18 121:22
  128:24 130:12
  130:14 131:12
  151:6 152:21
**knew**  102:7
  118:8 125:16
  131:10
**know**  12:15
  15:3 21:19
  23:24 24:23
  48:15,16,22

52:15 54:7,13
55:4,20,21
61:6 64:4,7
65:23 72:22
77:23 78:21
87:5 90:15
92:1 94:10
99:5,21 100:20
101:18,21,21
101:23 106:18
107:19,19
115:2 130:6
136:11 138:22
139:9,10
140:14 141:25
143:9 144:15
146:19 147:20
148:19 149:11
149:25 150:1,3
151:6,12,12,15
151:16,19,25
152:1,2,11,11
152:15
**knowledge**
  16:14 18:16
  23:8 25:13
  87:22 88:20
  91:25 102:15
  102:20 104:17
  106:11 113:13
  115:15 116:19
  128:15 131:18
  131:22 132:3,8
  140:9 149:5
  150:22

CONFIDENTIAL

**known**  108:16
115:19,19
117:2 129:6
**knows**  23:13
90:11,14
115:14 151:9

**l**

**l**  5:1,1 12:4
**lack**  100:1
102:21 103:15
131:7 137:15
138:5 142:22
148:3
**lacked**  103:3
104:9 106:14
114:20 131:20
136:24 142:10
**lacking**  104:24
105:19 107:1
138:17
**lange**  2:4 7:16
7:18
**language**
146:18
**laptop**  12:18,19
17:2,11 19:6
22:23 24:18
27:15 28:24
29:21 31:4
36:10 38:2
51:24,25 57:8
68:2 76:9 81:2
82:17 86:23
88:22 104:25
105:12,17,17

106:13 107:11
109:11,20
110:5 111:14
111:22 112:2
112:14 113:1
115:3,9 117:7
117:8 118:24
119:1,4 123:22
124:7,24 140:1
143:15,17
144:7,14 146:4
146:15 147:4,6
**laptops**  69:19
94:13 96:2
104:11,22
112:1 118:20
132:10,23
136:9 137:6
139:1 141:24
142:20 147:7
**lastly**  29:18
**late**  9:15 43:2
**law**  7:22 8:1
13:17
**lawyers**  99:22
**lb0x**  58:12
**lead**  24:20
35:22 80:5
82:22
**leading**  85:2
**learn**  148:2
**learned**  107:15
138:14
**leave**  106:8

**led**  148:2
**lee**  1:21 3:4
6:14 8:14,21
23:6 25:12
27:5 60:12
88:7 90:10
97:23 120:5
132:24 133:6
135:2 139:17
144:25 149:13
150:22 151:4,8
153:4,11 155:4
155:20
**lee's**  126:24
**left**  29:22 39:7
65:14
**legal**  91:8,24
92:8,16 102:20
**length**  137:13
**level**  61:5,7,10
61:19 62:4
65:24 74:22,25
75:5,10 76:1,2
76:21 78:10
79:11
**lg**  19:15 20:3
56:23 57:6,18
57:18 58:12
63:3,6 66:8
70:3 78:16,19
79:12 93:21,24
149:14,14,23
150:15
**life**  123:22,23
124:7,17,23

125:1
**light**  25:9
**likely**  123:23
**limit**  72:25
126:23 149:13
**limited**  130:9
149:21 150:7
**line**  31:4 40:14
126:4 143:4
155:5
**ling**  8:23
**link**  134:14
**links**  134:3
**list**  46:25
**listed**  16:3
24:11 33:2
34:15 36:16
41:1 117:2
121:14 127:24
**listen**  24:5
**literature**
107:13 132:22
**lithium**  24:12
24:17,20 25:4
25:9,16 43:10
43:17 58:13
140:3 146:3,21
**litigation**  17:13
97:25 98:10,15
99:4,13,24
100:5 102:17
102:18 108:25
**little**  42:18 58:5
114:25 115:8
122:25 127:19

lives 38:15
llp 2:4,8,16
located 77:16
  100:25
log 26:20
long 9:13 84:8
  96:6
longer 96:6
  123:10 126:22
longevity 125:2
  125:9
look 19:17 26:9
  41:3 52:3,5,12
  52:18,21 53:3
  53:4 54:24
  56:18 60:14,18
  60:24 61:2
  65:13,22 77:6
  78:14,25 81:16
  82:11,14,15
  87:8 91:23
  119:17 125:13
  142:24
looked 19:22
  57:15,24 81:14
  93:16,22 113:6
  115:2 118:23
  132:5 137:8
  138:12 142:22
  145:8
looking 27:9
  41:10,13 66:2
  123:12 133:9
looks 49:17
  78:18 91:16

120:16,17
  143:23 145:7
loss 144:21
lot 78:2
low 67:9
lower 52:24

**m**

m 12:5
ma'am 24:6
machine
  105:23
made 37:14
  43:1 62:21,24
  93:7 94:6
  95:14,15 110:1
mail 133:22
  134:15
mails 26:16,23
majority 9:2
make 19:6 36:3
  58:5 118:18
  119:25 142:3
  145:5,6
making 109:19
  110:12
malfunctioning
  30:2 146:16
management
  14:1,3,5,8,9,12
  14:13,15 17:1
  17:17,20 18:23
  19:1,1 58:14
  58:15,21 63:19
  64:16 71:6
  72:11,21 75:17

76:17 77:17
78:12 81:19
82:8,18 85:23
86:14 87:2
89:15 124:18
managing
  85:16
manner 118:12
manual 119:1
  121:14 123:8
  124:15,16
  127:15,21,24
  129:6,22 131:5
  136:22 140:20
manuals 117:5
manufactural
  140:17
manufacture
  93:5,14 112:1
  118:9 140:10
  140:15
manufactured
  93:10 94:21
  105:4,12,15
  107:12 115:10
  117:12,19,23
  118:3 123:25
  149:24
manufacturer
  27:25 139:24
  142:12 144:1,5
manufacturers
  30:9 43:8,9,21
  43:21 92:9
  93:25

marcellin 1:4
  6:16 155:3
margin 53:11
maria 2:19
  7:21 134:21
  148:14
mark 133:19
  134:24
marked 8:9
  15:11 21:8,18
  25:21 37:12
  56:1,21 95:22
  119:9 127:16
  133:14 134:25
  136:7 142:17
  143:12
market 88:21
  91:13 92:5
  102:3 111:2
  128:25 136:25
marriage
  154:14
massachusetts
  2:10
mastriano 2:19
  3:5 7:21,21
  106:15 107:16
  108:2 114:4
  121:7,10 124:4
  145:1 148:12
  148:14 149:16
  149:20 150:13
  151:10,20
  152:7,16

CONFIDENTIAL

**[match - motherboard]**                                                                 Page 22

| | | | |
|---|---|---|---|
| **match** 38:4 143:24 | 68:20 77:8 86:12 110:12 110:19 141:4 | **messaging** 108:20 | **monitor** 48:22 75:23 76:11,18 81:3 82:8 83:1 |
| **matches** 113:4 | **meant** 37:4 | **messed** 118:13 | 83:4 85:14 |
| **material** 106:17 | 94:10 | **method** 117:13 140:4 | **monitored** 32:17 35:11 |
| **materials** 105:22 106:1 | **measure** 29:13 33:17 | **microphone** 152:25 | **monitoring** 53:16 |
| **matter** 6:16 11:9 17:12 154:15 | **measured** 35:7 77:13 125:3 | **microprocessor** 10:25 62:21 | **monitors** 85:13 |
| **matthew** 2:7 7:17 | **measurement** 34:20 143:9 | **microprocess...** 10:20,23 30:10 30:13 | **morning** 8:25 9:5 148:13 151:7 |
| **maxim** 30:18 | **measures** 41:23 | **middle** 36:25 | **motherboard** 17:3 22:24 |
| **maximum** 79:24 85:6,6 85:13 | **measuring** 53:16 77:13 | **miller** 2:16 7:22 | 37:24,25 38:5 38:11 39:1,3,8 |
| **mckay** 1:6 2:24 6:19 7:20 | **mechanical** 109:24 110:2 | **mind** 41:16 56:2 | 39:14 40:6,12 42:2,9 43:5 |
| **mean** 29:11 32:24 33:24 71:16 79:5 82:1 93:10 106:16 108:23 109:7 111:10 112:7 130:25 131:1 133:3 144:18,19 | **mechanism** 35:22 115:3 | **minus** 38:14 | 45:1,8,12,21 47:19,24 48:10 48:13,19 49:2 49:10,12,14,21 50:1,2,21,22,25 51:1,5,6,9,15 53:23 59:13 68:15,22 69:1 69:9,14 71:18 71:24 72:6,18 74:16 76:10,15 76:16 81:3,17 81:23 82:6,11 82:13,13,25 84:9,12,18,23 85:4,5,7,12,25 86:5,6,10,15,18 |
| | **mechanisms** 25:19 109:13 | **minute** 56:3 88:4 | |
| | **media** 6:13 153:5 | **minutes** 87:24 106:2 145:15 148:16 | |
| **meaning** 29:12 35:16 105:7 | **mentioned** 1:23 12:13 33:3 42:15,19 128:20,24 | **missing** 115:1 | |
| **meanings** 125:2 | **message** 89:9 89:13,18,23,24 90:1,4 105:7 105:15,16 106:4 107:8,17 108:11 139:8 140:20 144:12 144:20 145:4 | **misspoke** 64:24 | |
| **means** 25:7 32:25 34:9,16 41:2,4 47:3,6 61:10,12 62:4 | | **misstated** 67:22 | |
| | | **misstatement** 118:2 | |
| | | **model** 19:6 | |
| | | **models** 144:13 | |
| | | **moment** 15:9 56:11 80:21 139:5 | |

[motherboard - occur]                                                    Page 23

86:25 110:7,16
111:17 112:8
115:3 116:19
**motherboard's**
74:20
**move** 23:4
25:21 40:25
80:22 87:19
88:17 108:13
**mu06055** 28:9
81:14
**mu09093** 3:16
27:9
**multi** 35:3
**multiple** 29:3
40:9 83:24
103:7,8,24
**mute** 77:25
78:4

**n**

**n** 2:1 3:1 4:1
5:1 12:5
**name** 6:25 8:20
8:21 9:1 12:7
13:23 58:23
91:19,21,22
100:18,19
101:2,5,14
121:23,25
122:3 143:23
152:14 155:3,4
**names** 11:25
13:5
**naming** 65:10
65:11

**nation** 9:4
**national** 8:4
**nature** 138:3
**necessarily**
36:20 79:23
124:5,6 140:9
**need** 24:4 41:18
52:5 60:14
90:4 122:25
134:16 145:23
**needed** 127:23
**needs** 93:23
**negative** 34:11
38:10
**never** 131:14
**new** 1:2,25,25
2:5,14,18 6:23
8:16 9:5 56:18
139:2,7 144:12
154:4
**newly** 105:11
**nine** 46:24 47:4
51:21
**nodding** 152:7
**nomenclature**
95:8 125:22
130:20 131:2
**non** 96:24
106:5 117:11
117:24 118:3,3
118:15 143:25
**nonexistent**
130:8
**noon** 127:2

**normally** 36:18
**north** 2:18 8:23
**notary** 1:24
8:15 153:20
154:4 155:24
**note** 6:4
**notebook** 3:14
3:20 4:7 17:22
17:24 18:2
19:2,23 20:12
22:1 24:13
27:4 37:24
39:1 119:4,13
119:20
**notice** 3:12
15:15 22:5,15
117:2
**noticing** 7:14
**notification**
107:20 138:1
**notifications**
140:22
**notifies** 89:18
**notify** 137:21
138:25
**number** 6:13
6:23 13:22
19:20,25 20:1
20:5 21:1 26:2
29:1 30:6
38:19 41:1,20
42:2 44:12
45:1,10 46:8
46:24 47:4
65:17 80:23,25

87:7,10,16,19
87:21 88:18
89:7 92:18,23
108:14 121:8
121:19 130:12
138:15 139:22
153:5
**numbered** 28:8
**numbers** 20:3
65:8

**o**

**o** 5:1 12:4
38:20 100:21
**oath** 5:13 7:5
**object** 22:18
23:2,14 83:7
149:12 151:1
**objected** 108:6
**objection** 23:4
23:9,17 25:11
108:5 114:3
124:1 141:7
144:17,24
151:13,14,18
151:23 152:6
**objections** 5:19
7:8
**observing** 7:19
**obtain** 15:1
**obviously**
14:15 27:8
142:7
**occur** 61:23
66:12,17 91:1

**occurrence**
  36:18
**occurring**  83:5
  99:12
**occurs**  33:15
  36:8 72:11
  73:1,19
**offered**  26:15
**officer**  5:12,15
  15:5
**oh**  53:5 92:25
  117:23
**okay**  11:15
  20:6,18 23:6
  24:3,6,22
  27:11 30:24
  37:18 40:22
  41:19 44:8
  52:14 57:22
  58:8,25 59:16
  60:23 62:8
  63:15 64:10
  65:12,25 67:15
  69:25 88:9,11
  90:17 93:12
  95:21 107:10
  109:1,15
  115:16 118:7
  121:5,6,12
  122:9 125:8
  126:3 128:5
  129:1 131:16
  132:19 133:6
  136:1,14
  141:19 143:6

  143:10 151:10
  151:24
**old**  110:4
**once**  61:16 62:6
  68:12 134:23
  138:22
**ones**  30:14
  70:12 87:9
  93:6 95:1
  113:8 115:24
  130:22
**open**  41:1,8,12
  143:22
**operate**  69:9
**operates**  80:17
**operating**
  31:14 62:14
  66:22 67:7,11
  103:4 144:23
**operation**
  36:12 61:3
  114:2
**operator**  105:8
  105:15
**opinion**  114:5
**opportunity**
  55:22 72:19
**opposed**  118:3
**option**  27:4,13
  27:20,20
**options**  27:16
  27:23 62:3
**order**  16:15
  37:10 38:1
  52:6 81:12

  93:18
**organic**  25:9
**original**  17:1
  22:22 54:11
  93:6 107:9
**oscilloscope**
  112:13
**ot**  73:3
**outcome**  7:7
  43:15 80:18
  154:15
**outline**  111:5
  145:12
**output**  36:4,5
  68:23 70:20
**outputs**  69:2
**outside**  81:18
  99:3,23 100:4
**overcharge**
  32:11,15,16,24
  32:25 59:3
  79:14 146:24
**overcharged**
  35:16 84:3
**overcharging**
  81:4 82:4,10
  82:22 83:2,5
  85:22 146:2,18
  146:19,21
  148:20 149:1,6
  149:7,8
**overheat**  24:13
**overheating**
  35:19,23 55:10
  55:14 59:4

  79:14 80:6
  82:23,24 84:25
  85:24 86:25
  116:21 150:5,6
  151:17 152:4
**own**  17:25
  54:12
**owner's**  123:8
  140:20
**owners**  106:13

**p**

**p**  2:1,1 5:1 12:4
  100:21,21
**p.c.**  2:12
**p.m.**  6:2 56:12
  56:15 88:12,16
  127:9,12
  145:17,20
  153:3
**p1-6030025**
  1:15 155:2
**pack**  4:6 14:19
  14:22,23 17:2
  18:4,6 22:23
  27:4,25 29:6
  29:10,19 30:4
  30:8 31:1,8,13
  32:8 33:19,21
  34:23 35:3
  36:10,14,21
  37:24 38:2
  39:2,4 40:6
  42:7 43:4 44:7
  44:22 47:7,17
  48:6,14 49:3

**[pack - party]**                                    Page 25

| | | | |
|---|---|---|---|
| 49:23 50:3,5 | 143:14 144:2 | **page** 3:3,11,24 | **particular** |
| 50:17 51:3 | 149:15 150:9 | 4:5 15:16 16:1 | 14:21 15:1 |
| 54:13,21 57:7 | 150:15 | 16:2,3 36:23 | 17:23 24:16 |
| 57:13 58:11 | **package** 14:24 | 36:25 42:16 | 30:7 31:1,3 |
| 59:8,11,19,23 | 18:3 | 43:22 44:9 | 38:2 39:17 |
| 61:3,15,21 | **packaged** | 46:6,22 58:2,4 | 42:24 51:23 |
| 62:5 63:4,6,12 | 17:24 | 60:10,19 64:8 | 57:7,12,19 |
| 63:17 64:18,19 | **packs** 23:11 | 64:14 66:1,5 | 58:1,21 60:13 |
| 66:8,22 68:3 | 28:17,23 29:4 | 70:2,25 73:15 | 62:20 63:3,12 |
| 68:11,13,17 | 31:3 43:24 | 119:12 120:13 | 63:17 66:13 |
| 69:4,6,10,12,20 | 44:3,16 46:2 | 120:15,24 | 71:10 74:9 |
| 69:24 70:9,14 | 57:19 62:15 | 121:14 122:10 | 75:23 77:15 |
| 70:18 72:24 | 67:25 70:4 | 123:13,14 | 78:21 81:12 |
| 74:1 75:1,7 | 78:12 83:24 | 127:15,25 | 82:4,10 85:15 |
| 76:4,6 77:20 | 90:23 91:12 | 128:3 132:13 | 86:8 91:3 |
| 79:7,13 80:19 | 93:5 94:14 | 135:8,10,16,18 | 93:19 94:1 |
| 81:24 82:9,18 | 95:14,15 96:1 | 155:5 | 101:25 102:20 |
| 82:20,24,24 | 96:9,13,25 | **pages** 3:13,15 | 107:25 109:11 |
| 84:2,4,7,13,15 | 97:5,12,20 | 3:17,19,21 4:8 | 109:20 112:2 |
| 84:18,22,24 | 98:9,14,17,22 | **pair** 34:21 | 119:1 146:10 |
| 85:5,7,9,9,14 | 99:8,12,19 | 62:25 63:1,23 | 147:9 |
| 85:15 86:2 | 100:1 102:16 | 79:24 | **particularly** |
| 87:1 89:15,16 | 102:22 103:3 | **pairs** 60:6 | 19:5 46:24 |
| 93:19 94:1 | 103:17,21,22 | **panel** 54:12 | 123:16 |
| 96:22 104:4 | 103:23 104:8,9 | **part** 18:18 19:3 | **parties** 5:5 6:11 |
| 105:9,19 | 104:24 107:1 | 22:6,13 59:11 | 93:8 95:15,16 |
| 109:12,12,19 | 113:1,7 114:8 | 63:18 71:5 | 154:13 |
| 109:21,23 | 114:19 131:13 | 75:22 78:11 | **parts** 81:17 |
| 110:12,23 | 131:14,19,20 | 90:15 91:24 | **party** 7:5 88:24 |
| 111:15,16 | 136:23 137:13 | 99:5 107:8 | 91:6 92:13,25 |
| 112:13,15,25 | 137:19 138:5 | 114:9 119:21 | 93:1,3,9 94:21 |
| 114:11,13 | 138:15,24 | **participants** | 95:9 96:9 |
| 116:11,16,22 | 142:9,10,12,22 | 6:7 | 100:8 103:17 |
| 122:13 123:1 | 142:24 143:5 | **participating** | 147:19 150:24 |
| 142:19 143:1,4 | 143:19 | 7:19 | |

pass  145:12
past  50:12
  95:11
pastor  2:23
  6:25
patent  14:22
  15:2
patents  11:17
  11:18 13:22,25
  14:5,8,10,18
pavilion  17:11
  19:6 27:14
  28:18,24 57:7
  63:7,13 69:19
  70:5 76:9
  82:17 88:22
  93:6 94:1,13
  96:2,14 97:12
  98:10 104:11
  104:25 105:17
  109:10,20
  110:13,13
  111:22 112:14
  117:7 123:2
  132:9 136:9
  137:6,14,20
  139:1 140:1
  141:23 142:20
  144:7 146:3,15
  147:4
pavilions  78:13
pc  3:20 119:13
people  99:17
  100:13,16
  107:7 125:16

125:24 126:1
  126:10 130:3
  138:25
percent  87:6
perfectly  55:19
performance
  19:1
performed
  84:17
performs  32:21
  66:9
perimeter
  66:17
perimeters
  66:11,23 67:2
period  18:20
  73:1 96:7
  110:2 137:6
permanent
  61:24
permanently
  80:19
persisted
  140:21 141:15
person  90:7
  100:18
personal  16:14
  19:4 23:7
  25:13 140:9
pfin  76:25
phenomena
  25:15
photograph
  3:22 4:6
  143:14

phrase  32:24
  33:22 58:19,20
  109:5 111:8
phrased  117:18
phraseology
  60:8 124:15
pick  120:13
pictorial
  121:15 122:11
piece  40:19
  109:24
pieces  40:5
  79:25
pillinger  2:16
  7:22
pin  38:19,20
  40:1,7,10 41:1
  41:14,18,20
  42:2 44:12
  45:1,10 48:10
  48:22,25 54:12
  54:13,23,25
  78:18 86:8,20
  109:22 110:6
  110:15,21
  143:17,18,22
  143:22 144:1
pinout  37:1,20
pins  34:12 38:3
pipho  100:19
  100:22 101:15
  101:18,20,25
  102:14,24
  103:7,9,14
  104:18,20

106:12
place  1:24 6:11
placed  31:10
placement
  144:1
plaintiff  1:23
  6:15 7:20
plaintiff's  3:10
  4:4 8:10,11
  15:15 133:15
plaintiffs  1:9
  2:4 9:3
plaintiff's  3:12
please  6:4 7:9
  8:7 26:3 28:21
  56:11 67:20
  100:20 138:8
  139:13
plug  69:21
plugging  67:25
plus  38:14
point  41:6,14
  57:23 63:11
  94:19 129:18
  133:19 139:5
pointed  143:17
  143:20
pop  105:2,6,10
  105:22,24
  106:2,14
  108:11 144:18
  145:4
portion  73:6
posing  24:13

**[position - protection]**                                                     Page 27

position   9:10
  87:12 126:9
positive   38:10
possess   35:25
possible   53:10
  54:5 66:14
  103:13 107:24
  115:23 124:12
  136:15 145:5,6
post   9:23
  139:24 140:10
  140:15,17
posted   141:24
potential   23:12
  24:16 33:14
  55:14 62:13
  84:2 99:24
  105:8 128:7,14
  132:10 135:19
potentially
  54:1 80:8
  96:14 137:22
power   14:2,5,8
  14:12 19:1
  43:12 48:4,14
  50:16 67:17,17
  68:1,7,8,9,13
  68:15,16 69:8
  69:13,21 76:12
  82:9 84:24
  87:1 121:1,20
  122:5 124:17
  127:23 128:22
powered   14:1

pre   8:9
precedes   60:19
preparation
  19:8 25:25
  56:20 57:1
  99:1 130:1
prepare   19:20
  20:25 89:6
  90:13
prepared   16:7
  20:25 81:8
  98:5 146:7
preparing
  87:14 118:1
  119:15
present   2:22
  7:11 9:11
  40:20
prevalence
  96:24 104:16
prevent   36:19
  84:5 103:2
  118:4
preventing
  60:15
previous
  106:16 137:21
  139:8 143:3
previously
  75:16 85:20
  105:4 109:23
  119:9 122:1
  132:5 142:16
principal   55:12

prior   10:1 11:3
  15:21 26:25
  56:19 88:23
  105:14,15,16
  107:12 108:1
  108:17 130:4
  139:9 140:5
  142:8 144:12
  149:4,5
priority   155:1
privilege   97:21
  97:22 98:3
privileged
  142:7
probably   40:23
  52:8 53:7
  67:22 88:3
  97:10 103:8
  117:18 138:20
problem   83:20
  102:8,11
  106:21,25
  107:4,14,22,22
  107:23,25
  115:18,23,24
  130:12 131:13
  137:12
problems   92:13
  134:2
proceed   8:8
proceeding   7:9
process   40:21
  49:15 75:22
  93:23 94:14
  98:8,16 99:24

  104:2
processed
  94:16
produced
  14:16 133:24
  139:23 141:2
product   10:16
  21:22 37:8
  131:11
production
  134:2
products   10:17
  92:9,10 98:19
profitability
  114:2
programmed
  48:2,13 73:18
  89:14
programming
  116:9
programs
  124:18
pronounce
  30:20
property   11:16
proposal   57:18
protect   70:14
protected
  97:21
protection   32:9
  36:1,3 46:25
  58:16,19 59:3
  59:4,4,5,8,21
  61:5,7,11,12,19
  61:20 62:4

[protection - really]                                        Page 28

70:7,13,17,17
70:18,19,21
71:1,7 73:6
74:23,25 75:6
75:11 76:2,21
77:2,9 78:10
79:10,11,13,16
79:17 80:2,17
104:1
**protective**
37:10
**protocol** 52:2
52:13,15,19
**provide** 16:15
18:15 20:9
29:14,18,25
30:15 31:2
34:4 36:17
37:21 43:16
51:2 54:3,10
74:12 87:17
104:21 108:22
112:19
**provided** 17:6
26:16,21,23
31:17,18 33:17
45:21,22 57:17
63:22 66:8
68:16 75:6
79:13 86:9,25
87:9 128:8,9
128:17 132:9
132:22,23
135:20,22
136:9,11,16

137:5 139:25
140:5,11,16
**provides** 17:25
18:10 28:4
29:20 30:3
32:1 36:13,14
49:1,2 59:2,23
66:14,20 73:17
73:21
**pse** 55:6
**public** 1:24
8:16 153:20
154:4 155:24
**pull** 120:8
**purchase**
136:10
**purchased**
107:12 128:10
135:24 138:25
**purchasers**
104:22 117:6
117:14 118:19
132:9 136:9
137:5,21 139:9
140:6
**purchasing**
94:8
**purely** 99:4
**purpose** 41:14
79:8
**purposes** 98:10
98:18 99:13
**pursuant** 16:12
**put** 13:15 21:25
34:18 80:23

101:11 115:6
115:13 119:11
124:16 134:24
136:21 145:24
**putting** 60:16

**q**

**quality** 6:5,6
100:24,24
**query** 112:7
**question** 23:15
24:10,15,19
28:20 41:7
49:19,21 52:4
52:6,23 55:23
63:5 67:20
73:20 83:8
85:19 86:7
97:3,24 98:4
99:9 100:6,11
105:5 106:10
117:25 118:13
118:17 123:3
125:23 126:14
132:2 136:19
137:16 138:8
138:21 140:23
142:8,21
144:11 149:7
**questioning**
16:19
**questions** 9:2
16:8 19:8,21
21:1 40:25
81:13 87:10
89:6 120:19

145:13 148:7
148:10,17
151:21 152:17
152:18
**quick** 88:2
126:17
**quite** 152:9

**r**

**r** 2:1 5:1 12:5,6
12:6 154:1
**raised** 103:11
106:12
**range** 44:25
46:9,12 62:14
62:16 67:7,11
**rate** 75:18
**rated** 35:11,17
**ratnum** 12:2
**reaches** 72:24
**read** 32:12 45:4
45:7 48:21
58:17 71:13,18
71:25 77:3
88:19 111:14
118:11,12
128:12 136:3
**reads** 80:25
87:21 145:25
**ready** 40:20
**real** 55:9
**realized** 73:23
74:4
**really** 107:24
128:25 129:24
131:12 137:2,2

CONFIDENTIAL

**[realtime - removable]**                                    Page 29

**realtime**  84:19
**reason**  69:13
  113:18 126:2
  155:5
**reasonably**
  124:8
**reasoning**  65:9
**recall**  3:14
  11:10,25 12:14
  12:16 13:11
  21:25 28:7
  101:2
**recalls**  21:24
  22:3 23:12
  24:25
**receive**  105:18
**received**  146:1
  150:3
**receives**  48:11
**receiving**  72:19
**rechargeable**
  58:13
**recognize**
  21:17,19
  113:25 117:18
  119:16
**recognized**
  130:11
**record**  6:2,12
  7:13 8:20,22
  15:14 20:22
  21:16 24:9
  52:17 56:13,16
  88:13,16,19
  127:6,8,10,13

134:12 139:17
  139:19 145:18
  145:21 153:2
  154:9
**recorded**  6:9
  6:14
**recording**  6:6
  6:10
**recoverable**
  61:10,12
**recovers**  66:21
  66:22 67:10
**reduce**  128:7
  135:19
**redundant**
  42:11 45:19
  54:9 74:15
  77:12 79:10,13
  79:16,17,25
  80:2,3 84:5
**refer**  13:16
  17:9 32:14
  47:20 52:15
  60:24 77:11
  78:20 79:4
  111:6
**reference**  60:17
  75:11,12
  127:20 136:4
**referenced**
  128:15 141:11
**referred**  18:3
  59:11 76:20
  79:2 105:2
  119:15 122:1

**referring**  52:5
  52:16,18 57:1
  121:3 122:2
  135:17 141:16
**refers**  25:4
  28:12 38:19
  47:22 61:6
  62:25 63:2
  65:2 77:5
  78:22 109:6
**reflect**  139:19
**refurbishing**
  114:8
**regard**  11:20
  18:11,14 19:5
  23:1 27:14
  28:2 43:10,22
  44:14 55:10
  57:11 58:20
  59:1 65:21
  66:13 71:22,23
  72:4,11 73:12
  78:3 81:16,21
  82:3 87:7 94:4
  95:12 101:17
  136:20
**regarding**  16:8
  23:12 87:10
  88:25 117:10
  140:2
**regards**  82:2
**register**  72:1
**registered**  74:8
  106:13 139:1

**registers**  44:24
  51:13 73:7
**regular**  18:24
**reinstall**  122:13
**reiterate**  44:13
**related**  7:5
  11:23 14:2
  18:16 19:8,20
  97:25 148:20
  150:9,24
  154:12
**relay**  50:3
**relaying**  50:4
**reliability**  87:4
**relied**  76:17
**relies**  85:4,9
**relieved**  75:2
**remember**  12:7
  12:10 13:4,9
  13:10 20:3,4
  43:2 44:5,6
  49:16,16 65:10
  91:21,22 101:5
  101:5,6,8,12,24
  102:13 131:14
  143:20,21
  147:22,23,24
**remembering**
  101:9
**remote**  81:1
  112:20
**remotely**  7:12
  116:13,14
**removable**
  123:4

**[remove - right]**                                              Page 30

**remove** 69:20
  122:12
**renesas** 30:22
  30:23,24
**repeat** 138:8
**repeated** 132:4
**rephrase** 67:23
  83:10
**replace** 114:13
  122:13,23
  123:1 125:16
  125:24 126:1
  126:11
**replaceable**
  109:25 122:21
  123:5
**replacement**
  75:8 89:1 95:4
  96:1 107:2
  108:19 117:10
  117:12,19,20
  118:22 125:11
  127:22,22
  128:9 135:21
  137:7 140:2
  141:23 147:14
  148:3
**replacements**
  113:8
**replacing**
  123:17 125:20
  126:12 132:1,6
  132:11
**replica** 129:12

**report** 24:23
  146:25
**reporter** 1:24
  7:2 8:6 20:14
  20:18 22:8,16
  23:18,19,21,23
  24:3 108:9
  154:3
**reporting**
  103:22 155:1
**reports** 97:18
  98:5 146:1,14
  146:21,23
  147:10 148:20
  149:1,11 150:1
  150:4
**represent** 7:23
  9:3 15:14 65:4
  142:18 143:13
  148:15
**representing**
  6:25
**represents**
  42:24
**request** 50:5,8
  50:10,11
**requested** 69:3
  84:10
**requesting**
  118:14
**require** 75:8
  104:4 125:11
**required** 16:14
  35:25 44:15
  62:15 110:6

  129:21 130:16
  131:8 141:3
  142:11,23
  143:19
**requirement**
  55:6
**requirements**
  57:10,11 58:11
**requires** 31:3
  53:19 54:19,21
  104:24
**reserved** 5:20
**respect** 23:11
**respective** 5:5
**respond** 89:6
  89:19
**responded**
  57:18
**response** 109:2
  116:5 139:6
  140:14
**responsible**
  71:6
**rest** 139:16
**restored** 61:21
  61:22 62:5
**restroom** 56:4
  126:17
**result** 113:3
**resulting** 13:8
**resume** 66:24
  75:1
**retained** 153:6
**returning**
  139:21

**reversal** 34:13
**reverse** 34:8,10
  34:11 144:2
**reversed** 34:12
**review** 9:18
  19:11,13,19
  52:9,12 74:24
  90:3 146:13
**reviewed** 16:4
  25:24 26:25
  28:4 52:1,2
  53:14 56:20
  57:1 89:8
  97:22
**reviewing**
  20:23
**revision** 42:20
**right** 15:11
  16:21 22:16
  39:6,14 53:23
  54:4 59:14
  60:5 62:17
  67:18 68:3
  72:12,17 73:13
  75:3,8 83:22
  88:9 89:25
  93:15 94:18,23
  96:19 98:23
  101:16 109:23
  110:7,16 122:3
  122:24 123:12
  125:13 130:18
  134:1,18 135:1
  150:17 152:8

rise  108:25
risk  35:13,17
  36:7,9 138:3
  138:23
risks  36:14
  117:11 118:21
  140:2
river  33:11,12
road  2:5 8:23
rochester  2:5
role  13:19
  18:22 55:19
  85:15 90:22
room  12:20
roughly  75:18
  102:18
rule  3:12 13:20
  15:15
rules  16:13
run  14:25
  125:6,10
runaway  25:4
  55:14 80:8
running  68:13
  82:13 124:18

**s**

s  1:4 2:1,15 5:1
  5:1 6:16 12:6
  155:5
sacrifice
  103:23 104:3
sacrificed
  114:22
safe  61:20

safeguards
  84:6
safely  135:13
safety  21:22
  29:18 30:1,4
  31:12 32:6,9
  35:24 36:16,17
  44:6,6 53:25
  55:10 59:6
  70:7,14 71:11
  71:15 72:4,6
  72:19 73:1
  79:14 88:25
  98:18 100:1
  103:15,24,25
  104:10,24
  105:19 107:1
  114:20,21
  115:4 116:10
  128:7,14,19
  129:5,20
  130:16 131:8
  131:21 135:19
  136:24 137:15
  137:19,23
  138:5,17
  142:10,23
  145:9 148:4
sale  139:24
  140:10,15
sales  129:12
salina  2:18
sample  4:6
  39:23

saw  73:25 78:5
  86:8 136:13
saying  20:14
  22:9 27:19
  46:17 52:18
  54:20 63:16
  84:16 85:11
  102:7 131:5
  141:1 146:22
says  32:7 41:20
  47:4 59:18
  60:1 62:22
  71:9 72:23
  73:3 76:24
  117:4 120:25
  123:20 126:12
  128:6 135:18
schematic
  19:22 20:5,11
  41:3,11,15
  53:4 63:2 64:8
  64:14,15,19
  65:13 66:4
  77:6 78:14,16
  78:19,25
scheme  111:7
  111:13
schwarz  2:6
  3:4 7:15,15
  8:19 9:1 20:10
  20:13 21:10
  22:6,12,18,25
  23:16,20 26:4
  26:7,12,14,19
  37:11,18 56:7

60:13 77:23
  78:5 80:13
  83:10 87:23
  88:4,11 90:17
  90:19 105:3,25
  115:16 118:16
  119:19 120:4
  120:12 121:9
  125:18 126:3
  126:13,18
  127:1 128:4
  133:3,18 134:1
  134:8,11,17,23
  135:4 139:12
  139:18,20
  143:10 144:19
  145:11 148:6
  150:19 152:19
science  9:20
scope  58:9
  138:14,15,16
  138:23,23
  139:2
screen  6:9 15:8
  15:10 16:21
  20:16 21:14
  26:18 89:25
  105:8 108:14
  119:11 127:14
  133:4 135:5
  139:14 142:15
  145:24
scroll  15:25
  26:1 58:2
  119:18 120:3,8

[scroll - show]                                              Page 32

122:10 135:9
135:15
**scrolled** 135:8
**se** 70:19
**sealing** 5:7
**second** 12:6,25
20:8,18 36:23
40:10 44:9
45:16 61:19
72:25 75:5,10
76:1,21 78:10
79:11,16 80:16
90:9 114:9
132:21 134:9
**seconds** 47:5
74:3
**secret** 112:21
112:25 113:3
114:10,15
116:5
**section** 28:12
60:25 61:4
62:10 66:7
78:21 91:10
108:22 111:4
121:2 123:17
123:18 132:5
**sections** 123:21
**security** 112:19
113:2
**see** 13:22 15:10
16:23 17:4
26:2 28:14
36:24 37:3
38:21 40:2

42:21 46:10
47:23 48:23
53:15 57:12
58:4,7 65:2
75:13 76:22
77:4,6 78:14
80:23 81:6
103:1 105:8
111:2 117:15
120:1,9,14,19
121:5,11
127:17 128:1,2
133:11,12,13
135:10 146:11
150:11
**seeing** 121:21
**seem** 136:13
**seems** 46:17
**seen** 6:8 15:21
21:20 58:22
93:1
**segments** 89:3
**self** 25:17
**sell** 92:9
**semiconduct...**
10:19
**send** 111:14
134:5,6,10,15
134:19,21
**sense** 31:7,13
31:15 43:8
107:5 112:18
**sensed** 32:22
**sensing** 31:11

**sensor** 31:9,20
31:22
**sent** 26:17
71:23 74:2
135:1
**sentence** 62:9
**separate** 26:19
31:22 54:12
62:23 86:10
119:22
**separately**
26:20
**sequela** 83:1
**sequence** 40:11
**sequences**
39:25
**serial** 39:21
**serialized**
40:13
**series** 19:6
34:18 35:10,10
60:3,5 63:8,13
69:19 70:5
76:9 86:24
88:22 94:13
104:11 112:1
117:7 140:1
142:20 146:3
147:6,7,9
**serve** 41:14
**set** 47:6 72:2
73:5 79:6 84:9
154:8,17
**sets** 71:11

**setting** 73:12
**settings** 124:18
**seven** 16:8 38:8
139:22 142:2
**several** 14:2
26:16,23 27:15
34:23 93:24
**shape** 142:24
144:6
**share** 15:8
21:12 26:8,14
26:21 108:13
127:14 132:24
133:1,5,11
139:14 142:15
**sharing** 80:21
**sheet** 155:1
**sheets** 65:23
**sheridan** 2:14
**shoot** 134:14
**short** 35:25
36:3,20 56:14
59:4 70:7,16
70:23,24 88:14
127:11 145:19
**shorter** 123:10
124:7
**shorthand**
154:3
**shorting** 70:20
**show** 21:8
108:14 117:3
119:9 127:15
142:16 143:11

showing  20:15
  51:13 63:2
shown  141:21
shows  51:9
  122:12
shut  48:14
  50:22,24 51:7
  51:16,16 55:17
  61:15,16 62:5
  66:16 68:6
  70:8 72:9
  74:20 75:1
  76:11 80:9
  82:9 84:23
  87:1
shutdown  62:7
  72:10 104:1
shuts  61:21
  68:6,6,9 69:13
shutting  68:5
side  38:14 50:2
signal  37:23
  71:23 72:14
signature
  154:22
signed  5:11,14
significant  96:8
  96:25 104:16
  115:1 130:11
  130:12
similar  13:1,3
  28:3 38:13
  73:25 76:10
  93:21 98:16
  111:25 112:18

112:24 117:7
  123:3 136:13
  137:9
similarly  67:1
simple  112:7
simplistic
  109:18 110:11
  110:18
simplistically
  38:14
simply  107:17
single  10:25
  40:19,19
sit  151:6
sitting  151:5
situation  83:15
  84:19,25 85:24
six  15:16 16:3
  90:25 95:2,24
  96:8,23 97:1
  104:15 106:21
  145:25
size  143:8
  144:6
skip  59:17
  123:14
slightly  29:8
smart  42:5,19
  43:1,3,14 44:3
  44:7 54:14,19
  54:21
smbus  38:20,24
  38:25 39:14,16
  39:23 40:7
  45:8 49:17

52:23
smd  38:20 45:1
smiling  139:18
  139:20
smith  2:12 8:1
smoke  38:16
sold  17:2 22:23
  88:22 91:13
  94:13,22,24
  95:3 96:1
solely  47:23
solutions
  115:24
sony  149:17
sorry  22:8
  23:20 27:22
  28:19 34:10
  45:3 49:18
  52:20,22 53:5
  53:14 55:18
  64:24 67:19
  72:15 80:11
  83:18 86:3
  89:16 92:25
  93:9 94:9,24
  102:5 117:23
  119:16 121:7
  129:16 130:6
  137:16 138:7
  149:3 152:8
sort  47:11
  61:20 73:4
  83:1 92:8
  96:13 109:18
  110:11,18

sound  88:7
sounded  80:15
sounds  88:9
  127:3
source  68:1,1
  69:21 76:7
  128:22
south  2:5
sovik  2:12 8:1
space  25:17
speak  21:4 44:5
  44:6 87:15
  109:22
speaking  23:24
spec  20:3 81:14
special  89:20
specific  24:23
  24:24 25:18
  51:25 52:4
  101:6,8,12
  123:19 128:19
  128:19,23,23
  143:4 152:13
specifically
  10:19 25:7
  51:18 71:4
  82:2 91:16
  101:5 111:11
  118:24 119:3
  123:20 149:23
specification
  3:16 19:14,15
  19:25 27:3
  28:4,8 29:7
  42:20 43:15

44:4 57:5,9,12
57:15,16,17,24
58:10 59:2
70:3 74:1
81:15 93:18,21
94:4,7 108:23
**specifications**
3:18 28:13,16
28:23 46:5
56:22
**speculation**
53:19
**speed** 113:21
**spell** 12:3
100:20
**spoke** 90:6,7
129:16
**square** 121:21
**stamped** 3:17
3:19,21 4:7
150:10
**standard** 39:23
42:5,6 43:1,3,3
46:1,4 54:15
54:19 103:24
103:25
**standardization**
43:16
**standardize**
43:10
**standardized**
110:9
**standing** 152:5
**standpoint**
116:18

**staples** 1:11
2:17 6:21 7:23
148:10,15
150:23 151:17
152:3 155:3
**start** 16:18
29:9 120:13,24
137:17
**started** 10:5,10
**starts** 48:20,21
133:9
**state** 1:25 7:9
7:12 8:16,20
8:22 49:9 77:1
98:2 154:4
**statement**
37:15 57:4
**states** 1:1 6:22
21:21
**status** 71:12,15
72:4,6,19 73:1
**stay** 139:16
**stealing** 114:6
**step** 111:18
**stephen** 2:6
7:15
**steps** 137:21
**steve** 9:1 22:4
37:4 115:7
121:7 125:15
126:19 128:3
133:1 145:16
**stipulate** 126:9
**stipulated** 5:3
5:18

**stipulating**
126:4
**stop** 23:21
50:16 76:6
80:21 86:1
114:6,7
**stops** 74:5
**store** 110:4
**street** 2:10,18
**structure**
143:17,18
**structured**
40:15
**studied** 97:13
98:17 99:13
**study** 98:13,20
99:7,8 114:19
128:16
**studying** 97:5
97:19
**subject** 11:9
17:12 143:15
150:7 152:3
**submitted** 57:6
93:21
**subscribed**
153:14 155:21
**subsections**
14:9
**substandard**
92:13
**sudden** 139:5
**sugnet** 2:12
**suite** 2:5,14,18

**summarize**
11:11
**supervision**
82:19
**supplied** 58:12
**suppliers** 88:25
**suppose** 35:22
**supposed** 34:7
65:21 140:12
142:2
**sure** 13:10
20:10 25:6
30:20 36:4,13
41:11 48:17
51:11,15,18
52:11,11 53:17
54:5,6 55:1,3
56:10 72:8,22
83:17 86:4
87:5 88:6
109:19 110:12
111:12 113:24
120:4 126:18
128:18,24
133:3 138:1
139:6 147:25
149:8 150:15
**surpasses**
72:24
**suspicion** 147:1
**swear** 8:7
**switch** 47:12
56:4 73:5
139:12

CONFIDENTIAL

**sworn**  5:12,14
8:15 153:14
154:8 155:21
**synonyms**
10:23
**syracuse**  2:18
**system**  17:1,17
17:20 27:17
42:9 45:19
48:19 51:19,20
51:21,22,23
52:2,21 53:18
54:9,14 58:14
58:15 63:19
64:16 68:1
70:14 71:6
72:12,21 76:10
76:18 77:18
80:17 81:2,19
82:8,18 85:23
85:23 86:14
87:2 96:19
100:22 111:21
111:25 112:5,6
112:11 113:12
113:19 114:1
114:16 116:4,5
144:23
**systems**  18:23
58:21 75:17
78:12 84:5,21
89:21 103:4
108:16 109:4
109:17 111:2
112:17,22,24

113:20 115:4
115:22 116:6

**t**

**t**  2:19 5:1,1
12:5,6 50:15
154:1,1
**table**  37:20
119:23
**tack**  118:12
**taiwan**  9:4,5
**take**  6:10 9:15
56:3 72:20
86:1,18 87:25
88:2 89:2 99:1
114:12 120:7
122:22 123:10
133:20 137:21
138:25 145:11
**taken**  1:22 5:16
6:15 56:14
69:7 88:14
101:18 127:11
145:19
**takes**  120:19
**talk**  67:24 68:5
93:3 95:23
109:3,16
**talked**  39:6,13
40:4 41:22
44:1 47:16
59:2 74:13,22
75:15 82:21
94:15 100:13
100:17 101:10
101:13 104:2

109:23 136:21
137:12 146:11
150:23 151:17
152:3
**talking**  20:15
20:24 22:16
44:11 50:12
51:21 62:2
67:25 70:13
71:21 72:10
73:4 82:3
89:13,24 92:8
92:17 95:11,19
105:21,23
106:1 115:11
115:23 116:4
117:21 118:10
118:25 125:6
130:15 148:24
149:22 150:8
**talks**  46:8
73:11 125:5
**tarallo**  2:16
7:23
**teagan**  2:6
**team**  110:2
**technical**  37:7
**technically**
76:3
**technological**
116:18
**technologist**
9:12
**tegan**  7:17

**tell**  9:10 14:4
14:21 18:22
33:7 81:11
132:20 143:7
151:8
**tells**  39:22
40:18
**temp**  46:25
54:25 72:25
**temperature**
31:7,8,13,15,20
32:2,17 33:23
33:25 41:23
44:24 45:7,20
45:20 46:9,12
46:13,18 47:19
48:12 49:3,8
50:17,20 51:9
53:13,16,22
71:1,7,11,22
72:3,24 73:6,7
73:18,22 74:2
74:4,8 86:12
86:19 116:21
**temperatures**
73:22
**term**  25:3,6
41:12 52:16
116:23 122:18
**terminals**
68:24
**terminology**
69:6 121:16
**terms**  149:22

**[testified - timeframe]**                                         Page 36

| | | | |
|---|---|---|---|
| **testified** 8:17<br>11:2,10,22<br>13:14 145:2<br>147:16<br>**testify** 23:10<br>25:12 81:9<br>140:13 146:7<br>151:5<br>**testifying** 126:6<br>**testimony**<br>56:19 118:2<br>129:8 130:2<br>140:19 154:10<br>**texas** 9:21 10:2<br>10:8,9,13,18<br>30:15 62:21,24<br>63:18 64:22,25<br>71:5 79:5<br>**text** 125:13<br>**thank** 20:13<br>23:17 25:1<br>26:3 28:10<br>36:22 37:18<br>56:10 58:7<br>60:9 62:1<br>64:24 70:1<br>78:6,9 83:11<br>90:17,20<br>118:16 121:5<br>134:11 135:6<br>145:16 149:20<br>150:13 152:20<br>152:21 153:1<br>**thanks** 121:10 | **thermal** 14:8<br>14:12 25:4<br>55:14 80:8<br>104:1<br>**thermistor** 31:9<br>31:9 34:3<br>41:21,22 42:11<br>44:12,17,23<br>45:11,11,14,16<br>48:2,11 49:2<br>50:17,21 51:8<br>51:13 52:24,25<br>53:1,7,8 54:6,9<br>54:11,22 55:7<br>55:11,15 74:8<br>74:13,15,19<br>86:10<br>**thermistors**<br>42:4 45:18<br>47:17 53:20<br>54:2<br>**thing** 29:22,24<br>29:25 56:6<br>67:8 85:12<br>95:8 133:9<br>**things** 43:10<br>44:1 60:14<br>82:23 141:16<br>**think** 12:4,23<br>14:20 15:4<br>17:10 20:3,11<br>22:19 27:5<br>40:22 41:17<br>50:12 52:10<br>54:24 58:23,23 | 59:9 62:12,25<br>63:1,23 67:12<br>70:16 76:3<br>77:7 85:2,19<br>90:10,11,24<br>92:18 94:9,11<br>95:7,10 106:17<br>106:20 107:5<br>108:6 115:11<br>116:14 119:3,5<br>119:20 120:20<br>125:21,25<br>126:22 128:20<br>129:9 130:8,8<br>130:23 131:22<br>132:18 133:10<br>134:1 136:17<br>139:4,6 140:21<br>140:23 141:15<br>143:8 145:2<br>146:17,20,20<br>146:25 147:1<br>147:22,23,24<br>148:25 150:11<br>150:17,18,19<br>152:16<br>**thinking** 52:20<br>89:11 104:15<br>**third** 12:7,8<br>40:7 79:6,8<br>88:24 91:6<br>92:13,25 93:1<br>93:3,8,9 94:21<br>95:9,9,15,16<br>96:9 100:8 | 102:3 103:17<br>147:19 150:24<br>**thought** 80:14<br>126:21<br>**three** 27:23<br>35:9 60:2,6<br>80:25 87:7,11<br>87:16 97:10,14<br>97:16<br>**threshold**<br>33:25<br>**ticky** 118:12<br>**time** 1:23 5:20<br>7:9 10:5,5<br>18:20 21:13<br>26:12 39:25<br>40:18 55:23<br>56:12,15 60:18<br>73:1 88:12,15<br>94:25 96:6,7<br>103:7 115:6,13<br>125:6,10<br>126:16,25<br>127:9,12<br>128:18,25<br>129:6,22<br>130:11 131:4<br>131:23 136:10<br>136:21 138:2<br>138:11,13<br>145:17,20<br>152:22<br>**timeframe**<br>115:7 116:2 |

CONFIDENTIAL

**[times - under]**    Page 37

| | | | |
|---|---|---|---|
| **times** 11:5,7 92:18 103:7,8 | 145:25 146:6 146:10 | 67:13 69:8 73:8 74:5 | **typo** 27:8 |

**u**

**times** 11:5,7
92:18 103:7,8
**title** 9:12 10:16
**titled** 28:9
**today** 9:2 11:3
15:22 19:18
26:25 44:2
56:20 57:2
60:21 81:9,13
89:7 99:2
117:17 130:2
140:13,21
141:2 146:7
148:8 152:17
**today's** 153:3
**together** 38:6
43:9
**told** 59:25 90:8
**tools** 123:1
**topic** 16:16,20
18:14,16,17
19:5,9,20,21
21:1,2,7 22:7
22:10 23:1,3
49:20 80:23,25
81:8,12,21
85:21 87:7,10
87:16,19,21
88:18 89:7
91:3,7 99:15
101:25 103:20
108:14 117:2,4
118:2 119:15
139:22 141:2
142:2 145:22

145:25 146:6
146:10
**topics** 16:3,5,9
16:13 121:4
140:12
**total** 85:6 153:5
**trade** 58:20
**transferred**
40:20
**transistor** 47:8
**transmit** 86:9
**transmits** 48:2
**transmitted**
40:8,10,11
42:2 44:25
86:13,19
**trial** 1:21 5:20
**trouble** 101:9
**true** 43:7
124:10 154:9
**try** 12:4 43:9
134:19
**trying** 12:11
50:21 72:5
81:22 92:9
101:4,6,8,11,12
126:23,24,25
128:20 131:3
**turn** 36:23 46:6
48:4,6 50:15
53:2 60:10
70:2 90:2
108:21 148:9
**turned** 61:15
66:24 67:9,10

67:13 69:8
73:8 74:5
142:9,22
**turning** 121:13
139:5
**turns** 47:5
72:14,15
**two** 13:4 16:20
18:14 19:17,20
21:1,7 22:7,21
38:5,8 39:16
39:20 42:4
45:17 47:5,16
53:20 54:22
56:3 60:4,4,4
62:3,23 63:17
65:4 72:25
74:3 84:5 89:2
96:13 97:14,14
97:16,17
123:20 125:1
137:8,9 138:11
138:12 141:21
151:21
**type** 13:3 59:18
61:20 111:13
112:4,5,10
113:2,19
114:16 116:3
127:21 142:19
152:4
**types** 10:17
28:17 40:9
43:17 59:6
103:3

**typo** 27:8

**u**

**u** 5:1 12:5
**u2** 65:3
**u3** 65:3
**ultimate**
129:11
**unapproved**
95:9,14
**unauthorized**
93:10 94:20
95:14,25 96:13
96:22 97:5,11
97:19 98:9,14
98:17 99:8,12
99:25 102:4,16
102:22 103:3
103:16 104:9
105:10,18
107:18 112:12
114:19 118:21
129:4 130:18
131:7,19,20
132:11 136:23
137:7,13,19,23
138:5 142:9
144:5,15,22
147:15 148:3
**unaware** 99:11
131:6
**uncontrollable**
25:16
**under** 25:10
31:6 37:9
42:17 49:11

**[under - voltage]** Page 38

51:7 58:9
59:17,18 60:1
61:14 62:11
66:9 75:10,16
81:24 82:1
85:20 94:14
114:16 123:9
127:23 132:4
135:11,12
**undercharge**
32:16 59:3
**underneath**
30:6
**understand**
16:12 17:8,14
17:16 23:16
25:8 37:11
40:3,22,24
41:4 50:14,22
52:14 55:9
61:13 65:11
77:5,7 85:11
89:10 96:12
102:10 110:25
112:23 117:24
124:3 125:14
140:8,18 141:6
142:4 149:3
151:20
**understanding**
36:15 48:25
50:13 54:8,16
63:21 74:7,19
77:22 79:9
86:23 111:3

118:4 129:10
132:20 136:6
**understood**
100:10 118:14
123:21
**undetectable**
116:23,23,25
**uneducated**
118:10
**unit**  6:13 58:16
58:16,19 59:8
59:10 63:25
91:10 99:3
**united**  1:1 6:22
21:21
**units**  60:2
105:15 153:5
**universal**  110:9
**use**  18:11 38:16
56:3 57:6,19
63:7 88:22
91:13,23 93:25
98:9,19 100:7
107:18 112:13
112:19 113:12
122:16 123:23
124:22 128:7
135:19 137:7
**used**  24:12 41:4
41:5 42:25
58:20,23 60:8
67:12 77:1
79:11 90:23
93:20 96:1,14
102:23 107:2

109:14,20
110:13,20
113:3,5,8,14,18
122:7 123:18
142:20 153:5
**useful**  123:22
124:23
**user**  3:20 39:9
90:1 105:16
119:13 121:14
122:21 127:15
127:21 136:22
144:14,22
**users**  89:14
**uses**  104:16
**using**  69:5
99:25 111:13
112:21 117:11
118:21 120:25
127:23 135:12
**usually**  11:12
**utilize**  127:22
**utilized**  112:24

| v |
|---|

**v**  155:3
**vague**  25:6
129:9
**vaguely**  22:3
96:5 131:10
**value**  71:17,20
71:21,22 86:19
**values**  73:18
**variations**
27:25

**varies**  124:17
**various**  40:4
66:15 86:22
109:10,17
**venued**  13:12
**verbal**  109:2
**verify**  41:10
**veritext**  7:1,3
26:15,20,22
153:6 155:1
**version**  3:18
56:23 63:4,6
78:16 93:17
115:12
**versus**  6:21
95:9,15
**video**  6:10,14
37:16 152:25
**videographer**
2:23 6:1 7:1
8:6 20:20
56:11,15 88:12
88:15 127:9,12
133:4 139:13
145:17,20
153:2
**view**  95:13
**virtual**  1:17
**virtually**  6:5
130:8
**visualize**  12:11
**void**  103:21
**volt**  51:21
**voltage**  33:1,4
33:8,14 35:11

**[voltage - x]** Page 39

| | | | |
|---|---|---|---|
| 35:12,16,20,21 | 121:16 123:14 | 145:9 146:16 | **word** 67:13 |
| 59:5 62:10,11 | 123:16 130:19 | 154:14 | 121:24 |
| 62:12,15 66:9 | 134:7 141:13 | **ways** 109:10 | **words** 10:14 |
| 66:10,15,23 | 143:16 145:12 | **we've** 137:8 | 18:18 38:1 |
| 67:4 69:3 | 151:22 | **website** 26:21 | 39:3 64:6 69:7 |
| 73:12 79:17,18 | **wanted** 44:13 | 141:24 | 82:6 83:3,23 |
| 79:21,22,24 | 86:17 112:11 | **went** 83:11 | 99:22 102:19 |
| 80:4,5 83:20 | **warn** 108:18 | **western** 1:2 | 116:17 131:18 |
| 84:7,8,8,10,14 | 139:1 | 6:22 | 136:8 138:22 |
| 85:1,5,6,13,14 | **warned** 137:7 | **whatsoever** | 141:12 |
| 85:16 | **warning** 98:18 | 95:3 | **work** 10:12,17 |

**voltages** 34:18 77:14

**voltaging** 35:5

**volts** 69:2

**volume** 138:23

**w**

**waived** 5:9

**wanemaker**
2:15 7:25 8:1
26:1 56:2,10
88:10

**want** 16:19
21:8 22:20
24:10 25:21
28:11 42:15
46:6 55:25
58:1,5 60:10
60:18,24 61:2
62:16 70:2
75:17 80:21
87:19,25 88:1
89:22 95:10
99:21 108:21
117:1 120:7,13

127:24 128:6
132:4,9,12
135:17 136:2
136:20,21
137:23 141:11

**warnings** 117:5
117:13 128:16
138:1,2,11
139:25 140:4
140:10,15,17
141:20,21,23

**warren** 1:22
8:14,21 153:11

**water** 33:10

**way** 19:25
48:13 50:24
54:2 60:12
75:16 89:20
94:11 109:18
113:7,11
116:14 120:10
129:11 132:23
139:16 141:10
144:10,14

**whereof** 154:17

**williamsville**
2:14

**winton** 2:5

**withdraw**
73:20 86:7
97:3 105:5
106:10 132:2
136:19 137:16
144:11

**witness** 3:3 6:8
8:7 13:16,16
13:20 27:7
56:5,8 78:1
88:8 90:20
98:6 115:14
119:6 120:16
120:23 125:19
126:15 127:4
133:7 141:2,18
145:13 150:17
150:21 153:1
154:7,10,17
155:4

18:15,19,24
27:16 38:2
63:23 64:2,6
69:23 90:12,16
96:18 99:6
102:20 104:25
110:13 137:14
137:20 138:4

**worked** 15:4

**working** 91:4,5

**works** 100:24

**write** 97:18

**written** 76:3
118:23 124:13
124:14 129:7
129:23 131:5
131:23

**wrong** 69:5

**x**

**x** 1:3,13,16 3:1
4:1

**[yeah - zone]**                                                    Page 40

| y |
|---|

**yeah**   67:22
   78:5 88:8
   101:11 112:23
   119:19 125:19
   126:1 130:21
   135:4 138:10
   141:18 143:20
   149:1 150:12
**years**   9:14 90:5
   90:5,7,25 95:2
   95:24 96:8,23
   97:1,10,16,17
   100:14,14
   104:14,15
   106:22 125:3
   129:25 138:13
**york**   1:2,25 2:5
   2:14,18 6:23
   8:16 9:5 154:4
**yup**   150:21

| z |
|---|

**zero**   40:14
   46:14
**zhomgli**   8:23
**zone**   152:22

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.