# EXHIBIT P

Page 1

1                  UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF NEW YORK

2

3    - - - - - - - - - - - - - - - - - X
     CAROL S. MARCELLIN,              : CIV. NO.:
4    individually, and as            : 1:21-cv-00704-JLS
     Co-Administer of the Estate of  :
5    Charles E. Hollowell, deceased, :
     and JESSICA HOLLOWELL-McKAY, as  :
6    Co-Administer of the Estate of  :
     Charles E. Hollowell, deceased, :
7                                     :
                        Plaintiffs,  : DEPOSITION OF:
8                                     : DAVID PIPHO
                                      :
9             v.                      :
                                      :
10                                    :
     HP, INC., and STAPLES, INC.,     :
11                                    :
                        Defendants.  :
12   - - - - - - - - - - - - - - - - - X

13

14         Transcript of the stenographic notes of the
15   proceedings in the above-mentioned matter, as taken by
16   and before ToniAnn Acquaro, a professional court
17   reporter and notary public within and for the State of
18   New York, held virtually, on Wednesday, August 7, 2024,
19   commencing at 1:05 in the afternoon.
20

21

22

23

24

25   Job No. P1-6836748

Page 2

1    A P P E A R A N C E S:         (Appearing virtually.)
2
     FARACI LANGE, LLP
3
        Counsel for Plaintiffs
4
            1882 South Winton Road, Suite 1
5           Rochester, New York 14618
6    BY:    STEPHEN SCHWARZ, ESQ.
            sschwarz@faraci.com
7
8
     COUGHLIN BETKE, LLP
9
        Counsel for Defendant HP, Inc.
10
            1330 Avenue of the Americas, Suite 23A
11          New York, New York 10019
12   BY:    BENJAMIN LEVITES, ESQ.
            blevites@coughlinbetke.com
13
14
     PILLINGER, MILLER, TARALLO, LLP
15
        Counsel for Defendant Staples, Inc.
16
            126 North Salina Street, Suite 215
17          Syracuse, New York  13202
18   BY:    MARIA T. MASTRIANO, ESQ.
            mmastriano@pmtlawfirm.com
19
20   ALSO PRESENT:
21          Jessica Hollowell-McKay
            Ryan Sohmer, Legal Videographer
22
23
24
25

Page 3

1  I N D E X

2  WITNESS                    EXAMINATION BY         PAGE

3  DAVID PIPHO                MR. SCHWARZ            8

4

5

   E X H I B I T S

6

   PLAINTIFF'S    DESCRIPTION                       PAGE

7

   Exhibit 9      6-Cell Battery Specification      21

8                 for MU06062, Revision 1.3,
                  Bates stamped HP01378 through

9                 HP01389

10 Exhibit 10     Defendant's HP Inc.'s Answer      54
                  to Plaintiffs; Third set of

11                Interrogatories

12 Exhibit 11     August 2, 2023, Deposition        56
                  Transcript of Warren Atkinson

13

        (Exhibits to be produced with transcript.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1   F E D E R A L   S T I P U L A T I O N S

2

3           IT IS HEREBY STIPULATED AND AGREED by and

4   among counsel for the respective parties hereto, that

5   the filing, sealing, and certification of the within

6   deposition be waived.

7           IT IS FURTHER STIPULATED AND AGREED by and

8   among counsel for the respective parties hereto that all

9   objections, except as to the form of the question, shall

10  be reserved to the time of the trial.

11          IT IS FURTHER STIPULATED AND AGREED that the

12  within deposition may be sworn to and signed before any

13  officer authorized to administer an oath, with the same

14  force and effect as if signed to before the Court.

15  IT IS FURTHER STIPULATED AND AGREED by and between

16  counsel for all parties present and pursuant to C.P.L.R.

17  Section 3113(d), this deposition is being conducted by

18  video conference, that the court reporter, all counsel,

19  and the witnesses are all in separate remote locations

20  and participating via video conference, that the officer

21  administering the oath to the witness need not be in the

22  place of the deposition and the witness shall be sworn

23  in remotely by the court reporter after confirming the

24  witness's identity; that this video conference will not

25  be recorded in any manner and that any recording without

Page 5

1    the express written consent of all parties shall be

2    considered unauthorized, in violation of law, and shall

3    not be used for any purpose in this litigation or

4    otherwise;

5              IT IS FURTHER STIPULATED AND AGREED that

6    exhibits may be marked by the attorney presenting the

7    exhibit to the witness, and that a copy of any exhibit

8    presented to a witness shall be e-mailed or otherwise in

9    the possession of all counsel prior to any questioning

10   of a witness regarding the exhibit in question.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1              THE VIDEOGRAPHER:  Good

2        afternoon.  We are now going on the

3        record at 1:05 P.m.  Today's date is

4        August 7, 2024.

5              Please note that the

6        deposition is being conducted

7        virtually.  The quality of recording

8        depends on the quality of camera and

9        internet connection of participants.

10       What is seen from the witness and

11       heard on screen is what will be

12       recorded.  Audio and video recording

13       will continue to take place unless

14       all parties agree to go off the

15       record.

16             This is media unit one of

17       video-recorded deposition of David

18       Pipho taken by counsel for the

19       plaintiff in the matter of Carol S.

20       Marcellin v. HP, Inc. and Staples

21       Inc., in the United States District

22       Court of Western District of New

23       York, Case No. 1:21-cv-00704-JLS.

24             This deposition is being

25       conducted remotely using virtual

1          technology.

2                  My name is Ryan Sohmer, I

3          represent Veritext Priority One, I

4          am the videographer.  The court

5          reporter today is ToniAnn Acquaro,

6          also from Veritext Priority One.

7                  I'm not authorized to

8          administer to administer an oath.

9          I'm not related to any party in this

10         action, nor am I financially

11         interested in the outcome.

12                 If there are any objections

13         to proceeding, please state at the

14         time of your appearance.

15                 Counsel and all present,

16         including remotely will now state

17         their appearances and affiliations

18         for the record, beginning with the

19         noticing attorney, after which our

20         court reporter will swear in the

21         witness and you may proceed.

22                 MR. SCHWARZ:  Sure.  Steven

23         Schwarz, Faraci Lange on behalf of

24         the plaintiffs.

25                 MR. LEVITES:  Benjamin

Page 8

 1              Levites, Coughlin Betke on behalf of

 2              HP.

 3                    MS. MASTRIANO:  Maria

 4              Mastriano from Pillinger Miller

 5              Tarallo, LLP, on behalf of Staples.

 6        D A V I D    P I P H O, of 144111 Timbergreen

 7              Drive Magnolia, Texas, 77355 after having

 8              been duly sworn, was examined and testified

 9              as follows:

10   EXAMINATION

11   BY MR. SCHWARZ:

12        Q.    Good afternoon, Mr. Pipho.  My name is

13   Steve Schwarz.  I'm the attorney for the plaintiffs as

14   I just announced and I will be asking you the questions

15   today.

16              My first question is:  Have you ever been

17   subjected to a deposition before?

18        A.    I have.

19        Q.    And can you tell me how many times?

20        A.    Once.

21        Q.    Can you give me a summary of what type of

22   case that was that you testified in?

23        A.    It was related to notebook computers.

24        Q.    And what was the factual situation with

25   regard to that litigation; in other words, what about

1   notebook computers?

2        A.    The electrical design of notebook

3   computers.

4        Q.    Was it a personal injury, a wrongful

5   death case or was it a patent case or was it some

6   other?

7        A.    Actually, I don't recall the details of

8   the case.

9        Q.    What was your role in that case?

10       A.    Providing expertise on electrical design.

11       Q.    So you have been through this process

12   before.  You understand that you have to try to give

13   all answers verbally and not shake your head or make

14   gestures so the court reporter can take it down.  We

15   want to try to do our best that I'll try not to talk

16   over you and you should try not to talk over me so the

17   court reporter has a clean record and she can take down

18   everything we say, okay?

19       A.    Okay.

20       Q.    We can take a break whenever you want to.

21   We'll probably take a break at least every hour, but if

22   want to take a break sooner than that, just let us

23   know, you'll just have to answer the question that is

24   pending, okay?

25       A.    Okay.

Page 10

1          Q.    Did you do anything to prepare yourself

2     to give testimony today?

3          A.    I guess just understanding, reviewing the

4     statement that I had previously made, but the -- the

5     scope, from what I understand of this, is pretty

6     limited.  Based -- it's based on previous discussions

7     with Lee.  So, yeah, very limited, just trying to

8     recall discussions with him.

9          Q.    And by Lee you are talking about

10    Mr. Atkinson?

11         A.    Correct.

12         Q.    And did you review Mr. Atkinson's

13    testimony?

14         A.    No.

15         Q.    You did not, that's correct?

16         A.    Correct.

17         Q.    Well, we're going to review it together

18    so that will be your opportunity to do it, I guess.

19    You weren't so that will read Mr. Atkinson's testimony

20    before you signed an affidavit in this case?

21         A.    No.

22         Q.    So you have no idea as to what

23    Mr. Atkinson testified to with regard to his

24    discussions with you?

25         A.    Only the general topic.

1    Q.    And what was that general topic as you

2    were told?

3    A.    Battery counterfeit.

4    Q.    Can you summarize for us your education

5    after high school?

6    A.    Sure.  I went to Devry Institute of

7    Technology in Irving, Texas, and have an Associate's of

8    Applied Science in Electronics.

9    Q.    Okay.  After you'd completed your

10   education where the first place you worked?

11   A.    The first place I worked was Advanced

12   Surveillance Technologies in the Dallas, Texas, area.

13   Q.    And what was the nature of your job at

14   that employer?

15   A.    It was assembling camera surveillance

16   systems.

17   Q.    How long did you work there?

18   A.    Approximately six months.

19   Q.    And where is the next employment you had

20   professionally?

21   A.    It was professionally, it would have been

22   in Houston at Compact Computer Corporation.

23   Q.    And what was your roll at Compact when

24   you started there?

25   A.    Electronic technician repairing

Page 12

1    motherboards, computer PC motherboards.

2         Q.    How long did you work at that position at

3    Compact?

4         A.    It was from '94 to 2000 in that role.

5         Q.    And were you in the same position from

6    '94 to 2000 with Compact?

7         A.    Yes.

8         Q.    And what happed in 2000 then?  What did

9    you do then?

10         A.    Moved to a Notebook engineering group,

11    testing Notebook peripherals.

12         Q.    Was that still with Compact?

13         A.    Correct.

14         Q.    And when you say testing Notebook

15    peripherals can you explain that in layman's term, what

16    is that?

17         A.    Any kind of accessories that we offered

18    commercially at the time.  So memory upgrades, external

19    drives, things like that.

20         Q.    What about batteries, were you involved

21    in batteries at all?

22         A.    No.

23         Q.    After you took on that position at

24    Compact in about 2000, what is the next thing you did

25    after that?

1          A.    I moved to the quality organization,

2    supporting failure analysis of field issues.

3          Q.    What is failure analysis?

4          A.    It's trying to understand the root cause

5    of the issue.

6          Q.    And in your failure analysis work, did

7    you look at any battery failures?

8          A.    Typically not.  They would go to a

9    different -- a different team.  If it were related to

10   the electrical design, maybe the charging of the

11   system, I maybe involved, but not within the battery

12   itself.

13         Q.    How long did you work in the quality

14   department at Compact until you took on another

15   position?

16         A.    I am actually still in the quality roll.

17         Q.    Okay --

18         A.    Now.

19         Q.    At any point was Compact acquired by

20   Hewlett Packard?

21         A.    Yes.

22         Q.    And when was that?

23         A.    It was around 2000 when I was in the

24   accessories group.

25         Q.    And have you remained then in the quality

1    department at HP then since HP acquired Compact?

2            A.    That's correct.

3            Q.    So that would be somewhere around 24

4    years?

5            A.    Yes.

6            Q.    And has your -- what is your title in the

7    quality department?

8            A.    It's still electrical engineer.  I had

9    moved to a people manager role for a period of time,

10    but then back to electrical engineer.

11            Q.    And are you still doing failure analysis

12    then?

13            A.    Yes.

14            Q.    What is the -- the mission or the charge

15    of the quality group at HP that you work in; in other

16    words, what do they do?

17            A.    It is to ensure that our customers are

18    supported with any kind of problems that may arise with

19    their PCs.

20            Q.    Now, in your career at HP and Compact and

21    in your education, have you become familiar with the

22    fire hazard that can occur with lithium ion batteries

23    when they overheat and can enter a condition called

24    thermal runaway?

25                    MR. LEVITES:  Objection.

Page 15

1                    David, you can answer.

2          A.    Yes, I'm generally aware of the issue.

3          Q.    And how did you become familiar with that

4    issue?

5          A.    Mainly from industry knowledge.

6          Q.    And what do you mean by that?

7          A.    Reported issues in the industry of

8    the -- the fires that have occurred, and the inherent

9    technology limitations and what those can lead to.

10         Q.    And have you had any background in the

11   various safety devices that are designed into battery

12   packs to try to prevent those sorts of thermal runaway

13   situations with lithium ion batteries?

14                    MR. LEVITES:  Objection.

15                    You can answer.

16         A.    I am aware, in general, of some of the

17   features within the batteries.

18         Q.    And have you performed any of your

19   failure analyses on those types of safety features of

20   lithium ion battery packs?

21         A.    I have not.  As I previously indicated,

22   we would have focus on the design of the failure

23   analysis within the system itself.

24         Q.    And when you say the "system itself," can

25   you describe what you mean by that?

1          A.    Typically the system board.

2          Q.    The system board is that the motherboard?

3          A.    Correct.

4          Q.    So that would be the motherboard of the

5    computer as opposed to the integrated circuitry in the

6    battery pack, correct?

7          A.    That's correct.

8          Q.    Are you familiar with the connections of

9    the motherboard to the battery pack?

10          A.    Yes.

11          Q.    And are you familiar with the safety

12    system that HP has used of a thermistor that is

13    directly connected and reports to the motherboard?

14                    MR. LEVITES:  Objection.

15                    David, you can answer.

16          A.    I don't know that I have heard the term

17    thermistor, but I am aware that the temperature is

18    reported from the battery back to the system.

19          Q.    And is that -- that relationship and

20    the -- the system of reporting the temperature of the

21    battery cells to the motherboard is that something that

22    you have worked on with regard to failure analysis?

23                    MR. LEVITES:  Objection --

24          A.    No --

25                    MR. LEVITES:  You can answer,

1         David.

2    A.    -- it's not.

3              MR. SCHWARZ:  Could you put

4         on the record please, what your

5         objection is, Ben, so I can

6         understand that.

7              MR. LEVITES:  It's to the

8         form of the question.

9              MR. SCHWARZ:  Yes.  What was

10        wrong with the form of the question

11        is what I'm asking so I can correct

12        it and not make that mistake again.

13             MR. LEVITES:  It was just

14        confusing, compound.

15             MR. SCHWARZ:  Okay.

16   Q.   Are you familiar with --

17             THE COURT REPORTER:  Excuse

18        me.  There was no answer.

19             MR. SCHWARZ:  Oh, I think he

20        said no, but -- can you read the

21        question back, ToniAnn?

22        (Whereupon, the pending question was read

23        back.)

24   Q.   So let me just ask the question again.

25             Have you looked at any failure analysis

Page 18

1  or have you done any failure analysis with regard to

2  that system of the temperature of the battery cells

3  being reported to the motherboard?

4        A.    No.

5        Q.    Are you familiar with the programming

6  within the motherboard as to what happens when the

7  temperature exceeds the threshold value in the battery

8  cells?

9        A.    I am somewhat aware.

10        Q.    Are you familiar with something called an

11  internal controller?

12        A.    I have not heard that particular

13  terminology before.

14        Q.    My understanding, again from

15  Mr. Atkinson's testimony and from the interrogatory

16  answers that have been provided by HP, that if the

17  thermistor in the battery pack reports a temperature of

18  46 degrees celsius or higher to the motherboard, the

19  motherboard has the capacity of turning the power off

20  to the battery pack.  Are you familiar with that?

21                    MR. LEVITES:  Objection.

22                    Can you answer, David.

23        A.    Generally, but not the specifics such as

24  the temperature that you mentioned.

25        Q.    Okay.  But you know that there is some

1    threshold temperature above which if that is reported

2    to the motherboard for some period of time, that the

3    motherboard has the capacity to turn the power off to

4    the battery pack?

5        A.    Yes.

6        Q.    And how did you become familiar with that

7    particular aspect of the HP computer, laptop computer,

8    systems?

9                MR. LEVITES:  What laptop

10           systems are we talking about, Steve?

11                MR. SCHWARZ:  Well, any

12           laptop systems.

13        A.    I don't recall.  Over time I became

14    familiar.

15        Q.    Okay.  Have you --

16        A.    I don't recall anything specific.

17        Q.    Have you analyzed that particular aspect

18    in any of your failure analysis work?

19        A.    I have not.

20        Q.    Are you familiar with any other safety

21    devices that HP has, requires of its battery packs, or

22    has programmed into its motherboard to prevent lithium

23    ion battery failures resulting in fires?

24        A.    I'm generally aware.

25        Q.    And what are you generally aware of with

1  regard to what HP has either required in its battery

2  packs manufactured by authorized manufacturers or has

3  programmed into its own system motherboard?

4              MR. LEVITES:  Are we still

5         talking about all computers, or?

6              MR. SCHWARZ:  I just want to

7         know what he is familiar with, Ben.

8         A.    In general that there is a

9  battery-management unit that has various safety

10  thresholds that prevent conditions from occurring that

11  shouldn't -- would potentially result in any kind of

12  problem for the battery.

13        Q.    Okay.  And one problem for the battery

14  that we are talking about is -- is a fire, correct?

15        A.    Correct.

16        Q.    Are you familiar with the cell balance

17  feature that's programmed into the battery packs and

18  required of HP of its manufacturers' battery packs?

19        A.    Not in detail.

20              MR. LEVITES:  Objection.

21        Q.    Do you know what that refers to, cell

22  balance?

23        A.    Yes.

24        Q.    What is your understanding of what cell

25  balance refers to?

1          A.    My understanding is that it's intended to

2     ensure that the voltage levels of each cell don't

3     deviate significantly from one other.

4          Q.    And are you familiar with the concept of

5     overcharging a lithium ion battery?

6          A.    Yes.

7          Q.    And that the consequences of that can be

8     an overheating scenario?

9          A.    Yes.

10         Q.    Are you familiar with -- with something

11    referred to as a fuel gauge that is a part of the

12    battery pack integrated circuitry?

13         A.    Yes.

14         Q.    And do you understand what the fuel

15    gauge's role is in managing the battery system?

16         A.    In general.  It's the -- what we

17    generally refer to the BMU, the battery management

18    unit.

19         Q.    Okay.  All right.  I'm going to now share

20    my screen.

21               Can you see that?

22         A.    Yes.

23               (Whereupon, Plaintiff's Exhibit 11, August

24               2, 2023, Deposition Transcript of Warren

25               Atkinson, was marked for identification.)

Page 22

1              Q.    I've marked as Exhibit 11 in this case,

2       the transcript of Mr. Atkinson from his deposition in

3       this case.  And I'm now on page 98 of that transcript,

4       and I want to read to you his testimony and ask you

5       some questions about it.

6              Before I start reading, I just want to

7       clarify again.  You have never read his testimony or

8       had his testimony read to you at any time?

9              A.    No.

10             Q.    So I ask Mr. Atkinson on page 98, line 7.

11             Question:  Just so that I am clear, your

12      efforts to do this, this process of investigating

13      unauthorized battery packs for use in the HP Pavilion,

14      was that done for purposes of litigation only.

15             And his answer was yes.

16             Now my first question to you then,

17      getting away from the transcript, are you familiar with

18      that term "unauthorized battery packs"?

19             A.    I am.

20             Q.    And what does that term mean to you?

21             A.    To me it means that it is not an HP

22      design or adheres to the necessary or implements the

23      necessary safety features.

24             Q.    So you have an understanding that HP has

25      outside manufacturers that manufacture its battery

Page 23

```
 1    packs; is that correct?

 2            A.      That's correct.

 3            Q.      And HP has specifications that those

 4    outside manufacturers must follow in regard for it to

 5    be an authorized HP battery pack?

 6            A.      Correct.

 7            Q.      And those specifications include the

 8    safety devices that are required by HP to be built into

 9    the battery packs in order for them to be authorized?

10            A.      I would expect so, yes.

11            Q.      And some of those safety features are

12    designed to prevent overheating of batteries and

13    potential thermal runaway of the lithium ion battery

14    cells, correct?

15            A.      Yes.

16            Q.      Going back to Exhibit 11, the transcript,

17    starting on line 13, still on page 98.

18                    Question:  So other than your efforts to

19    study unauthorized battery packs and whatever

20    functionality they had that you did in litigation, you

21    are not aware of any similar process going on within HP

22    where unauthorized battery packs were being studied for

23    purposes of, say, safety and warning consumers not to

24    use these products.

25                    Answer:  Well, I am not aware of any
```

Page 24

```
 1    other study with an HP for these other -- for these
 2    other battery packs.
 3                    Questions:  Right.
 4                    Have you --
 5                    Did you inquire as to whether --
 6                    And then I stop.
 7                    Now, on page 99, line 1.
 8                    Question:  Did you take any action in
 9    preparation for today to find out whether there was
10    some other unit within HP that was doing that function
11    outside of purely for litigation.
12                    And Mr. Betke had a question -- had a
13    question saying "Or would you know as part of your
14    work?"
15                    And then Mr. Atkinson answered:  I am not
16    aware of any or study for -- any other study on
17    unauthorized battery packs.
18                    Question:  But my question is did you
19    inquire of anyone else in the company to find out if
20    there was something you are aware of that is
21    actually -- I'm sorry, something you are unaware of
22    that is actually occurring with these unauthorized
23    battery packs are being the studied for purposes other
24    than litigation?
25                    Did you inquire of anyone about that
```

Page 25

```
 1   topic?
 2               Answer:  No, I've had discussions with
 3   other people on this, but I am not aware of any other
 4   activity that actually -- to actual analyze these
 5   battery packs.
 6               Question:  When you say you've had
 7   discussions, again, I don't want to know any
 8   discussions you've had with lawyers, but, in other
 9   words, have you had any discussion within the company
10   generally outside of the litigation process about the
11   potential hazards associated with using these
12   unauthorized battery packs because they lack certain
13   safety features?
14               Answer:  Yes.
15               Question:  And when did you have these
16   conversations and with whom again outside of litigation
17   context.
18               Answer:  The question about how we can --
19   about what we might be able to do to discourage use of
20   third-party batteries.
21               Question:  Yes.
22               So that's what I understood the concept
23   was, but my question is, who did you discuss that with
24   and when.
25               Answer:  I talked to few people over the
```

```
 1    last four years on this.  The last four years on this.
 2              Question:  So, we have when.
 3              Who were the few people that you talked
 4    to.
 5              Answer:  Another person who -- I have to
 6    name a name, David Pipho.
 7              Question:  Do you know how to spell that,
 8    please?
 9              Answer:  P-I-P-H-O.
10              Question:  Where in the HP system is
11    Mr. Pipho housed?
12              Answer:  We works in quality, HP quality
13    group.
14              Question:  Where is that located?
15              Answer:  In Houston.
16              Now, Mr. Pipho, the reason that you're --
17    we asked to depose you is to ask you about both the
18    conversations you had with Mr. Atkinson on this topic
19    and any other knowledge you have on this topic.
20              You've -- you've signed an affidavit
21    saying you have no recollection of ever talking to
22    Mr. Atkinson about this topic except a very vague
23    recollection.  Is that still your testimony under oath
24    today?
25              A.    Yes.
```

Page 27

```
 1                    MR. LEVITES:  Steve, before
 2             we go on, I want to point out it's
 3             peep-POE, not PEEP-poe.
 4                    MR. SCHWARZ:  Can you say
 5             that again, because I think I
 6             screwed that up.
 7                    MR. LEVITES:  No problem.
 8             It's peep-POE.  It's a hard second
 9             P.
10                    MR. SCHWARZ:  Peep-POE.
11                    MR. LEVITES:  Correct.
12             Right, David.
13                    THE WITNESS:  That's correct.
14                    MR. SCHWARZ:  I'm sorry.  My
15             apologies for that.
16       Q.    I'm going to continue on now to page 101.
17             Question:  Can you recall the name of
18       anyone else that you had this conversation with?
19             Answer:  Yes.  With -- no, I'm trying to
20       remember specifically.  I can't remember a name that --
21       I'm trying to remember a specific conversation that I
22       had with someone, but at least I am trying to remember
23       a specific discussion.
24             Question:  You are having trouble
25       remembering who you talked to.
```

Page 28

```
 1              Answer:  Yeah.  I am trying to put in
 2    context -- I'm trying to remember a specific
 3    conversation and how and what exactly we talked about.
 4              Question:  So, the only name you can give
 5    me is Mr. Pipho.
 6              Answer:  Yes.  Right now, yes.
 7              Question:  With regard to your
 8    discussions with Mr. Pipho, do you know if any action
 9    was taken by HP to further those discussions after you
10    had the discussion with Mr. Pipho?
11              Answer:  I don't know if there -- I don't
12    know if there is anymore further action.  No, I don't
13    know.
14              Question:  Do you remember why it was
15    that you chose Mr. Pipho to discuss this particular
16    topic with?
17              Answer:  I am aware of other incidents we
18    had with aftermarket batteries or third -- or
19    unauthorized batteries.
20              Question:  I am sorry.  I didn't catch
21    your answer.
22              You are saying that you knew he was aware
23    of that problem as well.
24              Answer:  Yes.
25              And how did you understand that he was
```

Page 29

1    aware of this problem in addition to you being aware of

2    it?

3              Answer:  I don't know.

4              Question:  Did you communicate with

5    Mr. Pipho any of the knowledge that you had gained from

6    your analysis of the unauthorized battery packs in

7    litigation?

8              Answer:  Litigation, yes.  Roughly.

9              Question:  So in other words, you gained

10   certain knowledge from your work on a particular legal

11   case about the functionality or lack of functionality

12   of some of these unauthorized battery packs and that

13   information you then used to have this discussion with

14   Mr. Pipho?

15             Answer:  Yes.

16             Question:  And your goal in doing that

17   was to see if there was something that HP could do to

18   prevent those types of unauthorized battery packs that

19   lacked that functionality from operating in the HP

20   systems?

21             Answer:  Yes.

22             Question:  Did you have this discussion

23   with Mr. Pipho one time or multiple times?

24             Answer:  Probably multiple times.

25             Question:  And did Mr. Pipho ever

```
 1   communicate back to you what, if anything, he or others
 2   at HP were doing to address the concerns that you had
 3   raised?
 4              Answer:  We discussed ideas about what
 5   might be possible, yes.
 6              Question:  Did you communicate with
 7   Mr. Pipho information about the lack of safety
 8   functionality you were finding inside of these
 9   unauthorized third-party battery packs?
10              Answer:  I did.
11              Question:  And what did you convey to him
12   on that topic?
13              Answer:  That these battery packs are
14   void of even authentic reporting.  That the battery
15   packs are -- some of these battery packs will sacrifice
16   multiple standard safety features.
17              Question:  And some of those standard
18   safety features would be the thermal protection
19   shutdown process that we talked about?
20              Answer:  Yes.  The -- sacrifice almost
21   everything that HP would require for a battery pack.
22              Question:  And that would include the
23   cell balancing function as well?
24              Answer:  Yes.
25              Question:  And even though these battery
```

1    packs -- these counterfeit unauthorized battery packs

2    lacked all of those safety functions, they were still

3    able to function within the HP Pavilion Series laptops?

4              Answer:  Yes.

5              And you have been aware of this and HP

6    has been aware of this you said over four years?

7              Answer:  I am thinking about five or six

8    years.  The prevalence of the uses has become

9    significant.

10             Question:  To your knowledge has -- is

11   Mr. Pipho, did you say?

12             Answer:  Yes.

13             Has Mr. Pipho communicated back to you

14   any effort within HP to provide information to

15   purchases of HP laptops of this danger that you are

16   describing of these completely functional battery packs

17   lacking all of the safety devices HP requires that

18   would work in an HP laptop.

19             Then there's some objections.  He doesn't

20   answer that question.

21             I move on to when the pop-up that you

22   described -- meaning, a message that the computer

23   operator -- well, let me just stop there.  Let me go

24   back.

25             So now that I read that testimony to you,

1    Mr. Pipho, do you have -- has that refreshed your

2    recollection that you had discussions with Mr. Atkinson

3    on the topics I just read about?

4            A.    Again, very -- very vague discussions.

5            Q.    Okay.  You have vague recollections or

6    very vague discussions?

7            A.    Yeah, vague recollection of discussion

8    on, you know, what could possibly be done on a system

9    level.

10           Q.    All right.  So let me start with the

11   first question.

12                 Before you had the discussion with

13   Mr. Atkinson, what was your level of knowledge of the

14   fact that there were unauthorized battery packs that

15   were functional in laptop HP computers that lacked the

16   safety features that HP required of its authorized

17   battery packs?

18           A.    Just a general awareness.

19           Q.    Well, how did you become generally aware

20   of that?

21           A.    Through discussions that I've overheard

22   over time, you know, being involved in the quality

23   team.

24           Q.    So the quality team at some point had

25   meetings, and in those meetings there was a discussion

Page 33

```
 1    that there were unauthorized battery packs that were
 2    functional in HP computers, but lacked certain safety
 3    devices?
 4                       MR. LEVITES:  Objection.
 5                       You can answer, David.
 6         A.    Correct.
 7         Q.    And tell me what you recall about the
 8    purpose of these discussions?
 9         A.    Yeah, I -- we're talking, you know,
10    maybe -- maybe 10 years ago.  Yeah, I can't say I
11    recall.
12         Q.    Okay.  So at least approximately 10 years
13    ago discussions occurred within the quality team of an
14    awareness that there were unauthorized battery packs
15    lacking safety features that were being used in HP
16    laptop computers?
17                       MR. LEVITES:  Objection.
18                       You can answer, David.
19         A.    Yes.
20                       MR. SCHWARZ:  And what's the
21              nature of that objection, please?
22                       MR. LEVITES:  To the form of
23              the question.
24                       MR. SCHWARZ:  And what was
25              wrong with the form of that
```

Page 34

```
 1              testimony?

 2                   MR. LEVITES:  It referred to

 3              prior testimony in a way that was

 4              not consistent with that testimony.

 5                   MR. SCHWARZ:  Okay.  Except

 6              he answered yes so I guess that

 7              would overrule your objection.

 8         Q.    And within the quality department then

 9    was the substance of this discussion trying to figure

10    out ways to prevent these unauthorized battery packs

11    from being used in HP laptop computers?

12         A.    That was not the specifically context of

13    the discussions, no.

14         Q.    Well, what was the specific context, if

15    not that?

16         A.    General quality issues.

17         Q.    Well, what -- what general quality issues

18    were related to these unauthorized battery packs that

19    lacked these safety devices?

20         A.    The discussions were a mixture of general

21    quality issues, and one of those general quality issues

22    was the -- the presence of unauthorized batteries.

23         Q.    Well, did you discuss the hazards

24    associated with the fact that these unauthorized

25    battery packs were being used and they lacked certain
```

Page 35

1    safety devices?

2          A.    Yes.

3          Q.    And what discussions do you remember

4    having about that topic?

5          A.    General discussions on what at a system

6    level could be done to identify those unauthorized

7    batteries.

8          Q.    And that would involve what are called

9    authentication systems, right?

10         A.    I believe so, yes.

11         Q.    And what authentication systems did HP

12   discuss 10 years ago with regard to the ability for the

13   computer to be programmed so it would recognize

14   unauthorized batteries?

15                     MR. LEVITES:   Objection.

16                     You can answer, David.

17         A.    I'm not aware of the detail of what was

18   done.

19         Q.    Did you have discussions within the

20   quality group about the various different types of

21   authentication systems that were available at that

22   time?

23         A.    No, I was not part of any of those

24   discussions.

25         Q.    Who at HP in the qualify department was

Page 36

1    leading the discussions on the potential for installing

2    authentication systems in the HP laptop series?

3              A.    I'm not --

4                        MR. LEVITES:  Objection.  He

5                   just testified he was not part of

6                   that discussion.

7              Q.    Well, the discussions you had was what

8    could be done to prevent the use of these unauthorized

9    battery packs, correct?

10             A.    That was the general discussion.

11             Q.    And the discussion then was installing or

12   programming laptop computers so that they would

13   potentially recognize unauthorized battery packs,

14   correct?

15             A.    I believe that is the case.

16             Q.    All right.  So were those discussions

17   about the various systems available at that time that

18   could be used to do that function?

19             A.    No, general decisions on high level

20   what -- what general things could be done.

21             Q.    Okay.  And tell me at a high level what

22   the discussion was about the general things that could

23   be done?

24             A.    Things such as could we mechanically

25   lockout a battery, you know, a high level discussion of

1    ideas.  And you're correct, I believe that they did

2    conclude some -- some type of software authentication

3    was the -- was the correct methodology, but I was not

4    part of those specific discussions.

5            Q.    Are you aware of who was involved in

6    specific discussions about installing or programming a

7    batter authentication system into the HP laptop series?

8            A.    I am not.

9            Q.    Now, you mentioned that another option

10   that was discussed was locking out.  And is that, in

11   other words, internalizing the battery so that the user

12   could not easily replace a battery?

13           A.    So that would be more difficult for a

14   counterfeiter to mechanically replicate the HP battery.

15           Q.    Okay.  So was the idea that it would more

16   difficult for a counterfeiter to get to the battery so

17   they can reverse engineer it, or was it -- or did it

18   also include it being more difficult for a user, a

19   purchaser of a laptop, to actually replace their own

20   battery without going to someone professionally to do

21   that job?

22           A.    It was to make it more difficult for an

23   unauthorized battery manufacturer to replicate the HP

24   design.

25           Q.    And what were the -- the ideas on how to

Page 38

```
 1   do that, in other words, how would you make it more
 2   difficult to replicate the HP or the HP authorized
 3   batteries?
 4           A.    One thing that was discussed was an HP
 5   emblem embossed on it mechanically.
 6           Q.    So, in other words, this would be a
 7   method of identifying the HP authorized batteries that
 8   could not easily be replicated by the counterfeiter?
 9           A.    Correct.
10           Q.    So it would not involve making it more
11   difficult to replicate the function of the battery, it
12   would be the branding on the battery pack itself?
13           A.    Yes.
14           Q.    Were there any -- any other ideas that
15   you recall being discussed of ways to either discourage
16   counterfeiting or discourage the use of unauthorized
17   battery packs by purchasers of HP laptops?
18           A.    Yeah, I don't recall.
19           Q.    You mentioned that there was a discussion
20   of authentication systems, correct?
21           A.    Yes, I -- I've heard the term.
22           Q.    But that was part of the discussion
23   that -- that you recall having with the quality people?
24           A.    Yes.
25           Q.    All right.  And those discussions
```

1    occurred at some point before you had these

2    conversations with Mr. Atkinson?

3         A.    Yes.

4         Q.    And do you recall having any discussions

5    with Mr. Atkinson yourself about what was going on in

6    the quality department concerning these unauthorized

7    batteries before he contacted you about what he

8    discovered in litigation?

9         A.    No.

10        Q.    How long have you known Mr. Atkinson?

11        A.    Probably around 10 years or so.

12        Q.    When Mr. Atkinson contacted you to

13   discuss this, his discoveries of these unauthorized

14   battery packs that lacked certain safety devices, had

15   already been familiar with Mr. Atkinson before that

16   contact?

17        A.    Yes.

18        Q.    And is Mr. Atkinson correct that you were

19   also familiar with the fact that these unauthorized

20   battery packs that were being used in HP laptop

21   computers lacked certain safety devices?

22        A.    Yes.

23        Q.    And was that something that was discussed

24   by the HP quality team that you mentioned at the

25   meeting?

Page 40

```
 1          A.     It was.
 2          Q.     And this -- this was something that HP
 3    then was aware of you're saying approximately 10 years
 4    ago?
 5                         MR. LEVITES:  Objection.
 6                         You can answer, David.
 7          A.     Yes, that the general problem, yes.
 8          Q.     Well, the general problem that we are
 9    talking about that HP was aware of 10 years ago was
10    that there were unauthorized battery packs that were
11    functional in a HP laptop computer that lacked safety
12    devices that HP required of its authorized battery
13    packs, correct?
14                         MR. LEVITES:  Objection.
15                         You can answer, David.
16          A.     Correct.
17          Q.     And do you have any knowledge as to -- or
18    withdraw that question.
19                         During those discussions 10 years ago
20    about these battery packs that lacked safety devices
21    that were functional, was there discussion as to how HP
22    had learned that information?
23                         MR. LEVITES:  Objection.
24                         You can answer, David.
25          A.     I'm not aware.
```

1      Q.    Who was present at the meeting that

2    you're describing where 10 years ago these unauthorized

3    battery packs that lacked safety devices was discussed

4    by the quality team?

5                    MR. LEVITES:  Objection.

6                    You can answer, David.

7      A.    Yeah.  It's older quality core teams that

8    are -- that I don't recall any of the specific members.

9      Q.    Who was your supervisor at the time that

10   you had that meeting?

11     A.    It would have been probably have been

12   Carol Scalf.

13     Q.    Harold --

14     A.    Carol Scalf.

15     Q.    Can you spell that?

16     A.    S-C-A-L-F.

17     Q.    And was Ms. Scalf at the meeting?

18     A.    No.

19     Q.    Were you leading that meeting when this

20   discussion occurred 10 years ago?

21     A.    I was not.

22     Q.    How many people were at the meeting?

23     A.    Maybe five people.

24     Q.    And you can't recall any of those five

25   people?

Page 42

```
 1          A.    I -- I honestly would have to go back and
 2     try to look through older meeting notices.  I don't
 3     recall.
 4          Q.    Was the -- the meeting that you're
 5     referring to 10 years ago to discuss these unauthorized
 6     battery packs lacking safety features, was that one of
 7     the topics of that meeting or was that the only topic
 8     of that meeting?
 9          A.    One of many --
10               MR. LEVITES:  Objection.
11               You can answer, David.
12          A.    One of many topics.
13          Q.    Okay.  And do you recall whether there
14     was just one meeting about that topic or more than one
15     meeting?
16          A.    I believe I've only heard that come in
17     the one meeting.
18          Q.    And do you recall any subsequent meetings
19     after that where any solutions to that problem were
20     discussed by the quality team?
21          A.    I do not.
22          Q.    Now, after you had the discussion with --
23     withdraw that question.
24               The meeting that you're talking about 10
25     years ago or so of the quality team where that was
```

Page 43

```
 1    discussed, that occurred before Mr. Atkinson called you
 2    to discuss what his findings were in the litigation
 3    process, correct?
 4                       MR. LEVITES:  Objection.
 5                       You can answer, David.
 6         A.    Yes.
 7         Q.    And do you recall approximately how much
 8    time passed between when you recall this quality team
 9    discussion and you then were contacted by Mr. Atkinson
10    on the same topic?
11         A.    Yeah, maybe around five years.
12         Q.    Five years later?
13         A.    (Indicating).
14         Q.    Okay.  And in -- yes?
15         A.    Yes.
16         Q.    That's what I said, you can't nod.  The
17    court reporter needs your verbal answer.
18                       So in the five years between when you
19    recall the quality team discussion and Mr. Atkinson
20    called you, do you have any recollection of having any
21    other discussions or doing any other work or reading
22    any memos that discussed this unauthorized battery
23    problem and ways to try to solve it?
24                       MR. LEVITES:  Objection.
25                       You can you answer, David.
```

Page 44

1          A.     No.

2          Q.     And then so you had the meeting with the

3   quality group to discuss that topic and then about five

4   years later Mr. Atkinson called you to discuss the same

5   topic?

6          A.     Yes.

7          Q.     Was Mr. Atkinson present at the meeting

8   10 years ago?

9          A.     I don't believe so.

10         Q.     Did Mr. Atkinson tell you why he was

11  calling you about that topic versus someone else in the

12  company?

13         A.     No.

14         Q.     And what is your recollection of the

15  discussions you had with Mr. Atkinson on this topic

16  when he called you approximately five years after the

17  meeting that you discussed with the quality team?

18         A.     Just generally how it was becoming more,

19  I guess, prevalent of the use of third-party batteries

20  not necessarily counterfeit and what could possibly be

21  done at a system level to identify the use of non-HP

22  batteries.

23         Q.     Now, did Mr. Atkinson reveal to you what

24  he had found in his investigations with regard to these

25  unauthorized battery packs?

Page 45

```
 1          A.    What specifically are you asking?
 2          Q.    In other words, did he tell you that what
 3   he testified to that I read to you, that some of these
 4   unauthorized battery packs were sacrificing all of the
 5   safety devices and they did not include those safety
 6   devices?
 7          A.    He -- he mentioned general lack of safety
 8   features, but we didn't talk in detail about any
 9   specific features.
10          Q.    Well, did you understand what the safety
11   features he was referring to were designed to protect
12   against?
13          A.    I am generally aware, yes.
14          Q.    And that would include fires, right?
15          A.    Yes.
16          Q.    So after Mr. Atkinson -- now -- withdraw
17   that question.
18                At the time that you recall the initial
19   discussion, the 10-year-ago quality team discussion,
20   was HP at that time aware that these unauthorized
21   battery packs lacked the safety devices that were
22   intended to prevent fires?
23                     MR. LEVITES:  Objection.  He
24          is not here to speak for HP, Steve.
25                     MR. SCHWARZ:  That -- that is
```

Page 46

1           not a proper objection.

2           Q.    I'm asking him at the discussion of the

3    quality team were -- was the quality team aware and was

4    it discussed that some of these unauthorized battery

5    packs lacked safety features to prevent fires?

6           A.    It was a general discussion and I'm not

7    aware of who was or was not aware of additional detail.

8           Q.    No.  I want to know your recollection of

9    the discussion.  In the discussion 10 years ago in the

10   quality team, was information provided that some of

11   these battery packs lacked safety features that would

12   prevent fires?

13          A.    Yes.

14          Q.    And in spite of those discussions you're

15   saying that you have no recollection of anything

16   happened after that to try to come up with some way of

17   preventing these unauthorized battery packs lacking

18   safety features from operating in the laptop computers?

19          A.    I'm generally aware that there was a

20   methodology that was implemented to highlight if

21   an unauthorized battery or a counterfeited battery was

22   being used in the system and would display a warning

23   message.

24          Q.    Okay.  So that would be the pop-up as

25   that referred to?

Page 47

1          A.    Yes.

2          Q.    And when did that happen to your

3    knowledge, in other words, when did HP implement that

4    system where a laptop would be -- would display a

5    pop-up message if an unauthorized battery was used?

6          A.    Yeah, I don't know exactly when it was

7    put in.

8          Q.    Mr. Atkinson said that that occurred in

9    2019.  Is that something that you are familiar with or

10   do you have a different recollection?

11         A.    That sounds about right.

12         Q.    And what is your knowledge of -- of

13   exactly what happens when a purchaser of an HP laptop

14   installs an unauthorized battery in a laptop after that

15   pop-up message was installed?  What happens?

16         A.    They would receive a message stating that

17   it's an unauthorized battery, is my belief.  I don't

18   have specific -- I've not studied that in the detail.

19         Q.    Does the laptop continue to function

20   even -- even after that pop-up message is reported to

21   the user?

22         A.    I believe so, yes.

23         Q.    So all it does is advise the person that

24   it's an unauthorized battery.  It doesn't shut the

25   computer down?

1          A.      That's my understanding.

2          Q.      And does -- do you know what the warning

3     is that is provided other than it's unauthorized

4     battery?

5          A.      I don't know.  I would have to research

6     that.

7          Q.      Okay.  Do you know if the -- if the

8     pop-up message indicates that using an unauthorized

9     battery without safety devises could result in a

10    catastrophic fire?

11         A.      I'm sorry, could you repeat that?

12         Q.      Sure.  I misspoke and I apologize.

13                 Do you know if the pop-up message warns

14    users of unauthorized battery that continued use of

15    such a battery could result in a catastrophic fire?

16                 MR. LEVITES:  Objection.

17                 You can answer, David.

18         A.      I'm not -- I don't believe it goes into

19    that level of detail.

20         Q.      Are you aware of the -- the technology

21    that is utilized in this new system with the pop-up

22    message to recognize an unauthorized battery?

23         A.      I am not familiar with any detail.

24         Q.      Are you familiar with the concept that

25    the motherboard can query the battery pack and seek

1    certain information from the battery pack that if it

2    doesn't match what the motherboard is expecting that it

3    would display this message?

4         A.    Yes.

5         Q.    Is that the general method that you

6    understand that HP implemented in 2019?

7         A.    Yes.

8         Q.    Are you aware of how long prior to 2019

9    the technology to recognize that type of -- of the

10   query and response method was in existence prior to

11   2019 -- let me withdraw that question.

12              Are you familiar with how long that

13   technology that HP implemented in 2019 was available

14   prior to 2019?

15              MR. LEVITES:  Objection.

16              You can answer, David.

17        A.    I am not.

18        Q.    So, in other words, at the time that you

19   had the discussion 10 years ago, which was before 2019,

20   right?  Ten years ago would be 2014, approximately; is

21   that correct?

22        A.    Correct.

23        Q.    So the quality assurance discussion that

24   we had that you've mentioned previously in 2014, was

25   there any discussion of similar technology being

Page 50

1    available at that time?

2                       MR. LEVITES:  Objection.

3                       You can answer, David.

4            A.    Yeah, I'm not aware of any -- any further

5    follow-on discussion based on the initial one.

6            Q.    Now, the -- the pop-up message and the

7    query-and-response technology that was implemented in

8    2019 as Mr. Atkinson said, that was implemented on

9    newly-manufactured laptops, correct?

10           A.    That's correct.

11           Q.    Was there any effort to make that

12   technology available on previously-sold HP laptops?

13           A.    I don't recall the detail, but I believe

14   it's not technically feasible.

15           Q.    So it's not technically feasible to

16   update a prior laptop with software that would perform

17   that function?

18                      MR. LEVITES:  Objection.

19                      You can answer, David.

20           A.    I only know that my -- it would have

21   needed to update the battery software and that's not

22   something that's possible.

23           Q.    The battery software, are you referring

24   to the software in the battery pack or the software

25   within the laptop itself that relates to the battery?

1          A.    Right, the battery software.

2          Q.    The software in the battery pack?

3          A.    Correct.

4          Q.    So, in other words, this -- there has to

5     be something programmed into the battery pack to send

6     the right message back to the motherboard?

7          A.    I believe that is the case.

8          Q.    Was there any of discussion within the

9     quality group either 10 years ago or after Mr. Atkinson

10    called you again approximately five or six years ago

11    about this problem regarding notifying prior HP laptop

12    users about the dangers of using unauthorized

13    batteries?

14                    MR. LEVITES:  Objection.

15                    You can answer, David.

16         A.    I am not aware of any discussion.

17         Q.    In the HP quality group, are you familiar

18    with discussions of recalls of HP products?

19         A.    I -- I'm -- I've heard of some recalls,

20    yes.

21         Q.    And methodology used for recalls is to

22    notify people who have registered their warranties of

23    the existence of a recall?

24         A.    I believe that is the case.  I'm not

25    involved in recall activities.

Page 52

1           Q.    Which -- which unit or department of HP

2    is involved in notifying previous purchasers of

3    recalls, to your knowledge?

4           A.    I'm not sure.

5           Q.    When Mr. Atkinson called you -- he

6    indicated he talked to you on more than one occasion

7    about this topic five or six years ago.

8                 Do you have any recollection of how many

9    phone calls you had with him?

10          A.    On this topic I only recall one, one

11   discussion.

12          Q.    And after your discussion with

13   Mr. Atkinson about this topic, which again was four or

14   five years after the meeting you've discussed where

15   this topic was discussed, did you bring the information

16   that Mr. Atkinson provided you to anyone else's

17   attention?

18          A.    I did not.

19          Q.    So you didn't talk to your quality group

20   that had previously discussed this topic about what

21   Mr. Atkinson told you he had discovered in looking at

22   some of these unauthorized battery packs for litigation

23   purposes?

24          A.    No.

25          Q.    Why did you not share that with anyone

1    within your group?

2           A.    My belief was that he would -- would take

3    that information where it needs to go.

4           Q.    That Lee would that, Mr. Atkinson?

5           A.    Correct.

6           Q.    So you didn't think that Mr. Atkinson was

7    providing only you with this information.  It was your

8    understanding he had provided it to other people within

9    HP and that they would take some action with regard to

10   what his findings were?

11          A.    Yes, I would believe he would.

12          Q.    You didn't think that it was your

13   responsibility at that point because you understood

14   that he was sharing that information with other people

15   who had more appropriate job descriptions to deal with

16   this problem?

17          A.    That's right.

18                      MR. LEVITES:  Objection.

19                      You can answer, David.

20          Q.    And did -- did Mr. Atkinson indicate to

21   you who else he shared this information with?

22          A.    He did not.

23                      MR. SCHWARZ:  All right.

24                 We've been going about an hour.  Why

25                 don't we take a break and I will

1          take a look at my notes and see what
2          else I want to ask you, okay?  We'll
3          take about five minutes.
4                   THE WITNESS:  Okay.
5                   MR. LEVITES:  See you all in
6          five minutes.
7                   THE VIDEOGRAPHER:  We are now
8          going off the record at 2:08 p.m.
9          (Brief recess.)
10                   THE VIDEOGRAPHER:  We are now
11          going back on the record at 2:16
12          p.m.
13       Q.    Mr. Pipho, I'm going to share my screen
14   again and show you what I've marked as Exhibit 9.
15          (Whereupon, Plaintiff's Exhibit 9, 6-Cell
16          Battery Specification for MU06062, Revision
17          1.3, Bates stamped HP01378 through HP01389,
18          was marked for identification.)
19       Q.    Can you see that?  Mr. Pipho, can you see
20   that?
21       A.    Yes, I can see that.
22       Q.    Okay.  I'll represent to you that Exhibit
23   9 is a document that was produced in this litigation by
24   your employer HP, and this is entitled 6-Cell Battery
25   Specification for MU06062, Revision 1.3.  And I'll

Page 55

1    represent to you that this is a specification for the

2    battery pack for the computer, the laptop computer

3    that's the subject of this litigation.

4              Are you familiar with these types of

5    specifications that HP has for its battery packs?

6         A.    I am familiar with the existence of these

7    specifications.

8         Q.    And are you -- have you ever seen this

9    particular specification before?

10        A.    I have not.

11        Q.    Okay.  I just want to turn to the second

12   page of this, which has been marked HP01379.  And

13   there's a battery connector pinout section, section

14   3.2.

15             Do you see that?

16        A.    Yes.

17        Q.    Is that something you're familiar with in

18   your work at HP, something called a battery connector

19   pinout?

20        A.    Yes.

21        Q.    And this would be the designation of the

22   pins on the battery packs that connect into the

23   motherboard?

24        A.    That's correct.

25        Q.    Now, this one has a Pin No. 6 that the

Page 56

1    symbol is B/I.  And it says connect to thermistor.

2                      Do you see that?

3         A.    I do.

4         Q.    And are you familiar with what that

5    refers to?

6                      MR. LEVITES:  Objection.

7                      You can answer, David.

8         A.    It refers to a device within the battery,

9    I believe, that represents the temperature.

10        Q.    And I'm going to show you now the other

11   document that we've marked as Exhibit 10.

12                     (Whereupon, Plaintiff's Exhibit 10,

13                     Defendant's HP Inc.'s Answer to Plaintiffs;

14                     Third set of Interrogatories, was marked for

15                     identification.)

16        Q.    And this is HP's Answers to Plaintiffs'

17   Third Set of Interrogatories.

18                     And question one reads, Describe in

19   detail the designed function of Pin No. 6 on the

20   approved battery pack described in Deposition Exhibit 4

21   at HP -- at page HP 01311, and specifically, what the

22   motherboard is programmed to do if the thermistor in

23   the battery pack connected through Pin No. 6 registers

24   a temperature over 45 degrees Celsius.

25                     And the answer provided by HP was, first

```
 1    an objection, and then it says notwithstanding the
 2    subject to and without waiving the foregoing, a
 3    thermistor attached to the battery cells senses
 4    temperature.  This thermistor is connected through
 5    battery connector Pin No. 6 to the embedded controller
 6    on the motherboard.  At some temperature above 45
 7    degrees Celsius, the embedded controller will inhibit
 8    charging to the battery.
 9              Do you see that?
10         A.   I do.
11         Q.   And are you familiar with -- with the --
12    what is described in that answer?
13                   MR. LEVITES:  Objection.
14                   You can answer, David.
15         A.   I am.  Yeah, I'm familiar with what that
16    can do, yes.
17         Q.   In other words, in your quality assurance
18    work, have you encountered -- you said that you did
19    some quality assurance work with regard to batteries
20    concerning the interaction between the motherboard and
21    the battery pack, correct?
22         A.   Yes.
23                   MR. LEVITES:  Objection.
24                   You can answer.
25         Q.   And that would -- that would be one way
```

Page 58

1     to describe what's in this answer, correct, an

2     interaction between the battery pack and the

3     motherboard?

4          A.    Yes.

5          Q.    And so it seems to indicate that the

6     thermistor that's in the battery pack would report

7     directly to the motherboard.

8               Is that how you interrupt this?

9          A.    Yes.

10         Q.    And it wouldn't report through the to

11    fuel gauge.  This would be a separate process where the

12    thermistor reports directly to the motherboard?

13         A.    In this --

14              MR. LEVITES:  Objection.

15              You can answer.

16         A.    Yes, in this specification that appears

17    to be the case.

18         Q.    And are you familiar with -- with the

19    technology used to accomplish that interaction?

20         A.    Generally.

21         Q.    So it says that when the thermistor

22    reports temperatures above 45 degrees Celsius, that

23    something called a embedded controller will inhibit

24    charging to the battery.

25              Do you understand what that means?

Page 59

1          A.    Yes.

2          Q.    And can you describe?  In other words,

3     does that mean that if -- if a temperature exceeds

4     45 degrees Celsius that something on the motherboard

5     will disconnect the power to the battery pack?

6          A.    I believe that is the case, yes.

7          Q.    Do you know how that is accomplished?

8          A.    I -- not precisely, no.  In general, the

9     embedded controller that communicates with the battery

10    will also communicate with a -- a separate device

11    called a charger, and it would communicate to that

12    charger to stop the charge.

13         Q.    And once the charge is stopped, then

14    the -- whatever the condition was that was causing the

15    excessive heat would also stop?

16         A.    Yes, that should be the case.

17         Q.    Now, if a battery pack, an unauthorized

18    battery pack lacked a thermistor that reported to the

19    motherboard through Pin No. 6, is that something that

20    the laptop, the motherboard would be able to sense or

21    understand?

22                    MR. LEVITES:  Objection.

23                    Are we still talking about

24              this -- this and No. 6, this

25              diagram, this spec?

Page 60

```
 1                    MR. SCHWARZ:  Yep.
 2         Q.    Do you understand the question?  I can
 3    rephrase it because it probably wasn't very well
 4    worded.  Let me rephrase it.
 5                    Do you have any knowledge of whether the
 6    motherboard is capable of detecting that it's not
 7    getting any information through the thermistor through
 8    Pin No. 6?
 9                    MR. LEVITES:  Objection.
10                    You can answer, David.
11         A.    Are you asking this question generally on
12    any motherboard or for this specific system?
13         Q.    Just generally, the technology of a
14    motherboard in general.  Is a motherboard capable of
15    detecting that it's not receiving a signal from a
16    component that it's expected to receive a signal from?
17         A.    Yes.
18         Q.    So if a -- if a -- an unauthorized
19    battery packs lacked a thermistor as a safety device
20    that was supposed to report to the motherboard, the
21    motherboard could potentially detect that and take some
22    action, such as either a pop-up message or not allowing
23    the battery pack to function, correct?
24                    MR. LEVITES:  Objection.
25                    You can answer.
```

 1          A.    It is possible, correct.

 2          Q.    So that -- that technology could exist,

 3     something that could be built into the motherboard to

 4     have that reaction when it was plugged into a -- when a

 5     battery pack lacked that safety feature, correct?

 6                      MR. LEVITES:  Objection.

 7                      You can answer, David.

 8          A.    Yes, it is technically possible.

 9          Q.    And during your quality meeting ten years

10     ago when the problem of unauthorized battery packs

11     lacking certain safety features was discussed, was that

12     particular solution ever discussed of programming the

13     laptop to shut down when it didn't detect a thermistor

14     sending signals to it?

15          A.    No, not that I'm aware.

16                      MR. LEVITES:  Objection.

17                      You can answer.

18          Q.    At any point in your career, Mr. Pipho,

19     either -- or any time after the meeting 10 years ago to

20     discuss these unauthorized battery packs problems, did

21     you have any involvement in battery authentication

22     systems that were either contemplated or installed in

23     HP laptops?

24          A.    Can you --

25                      MR. LEVITES:  Objection.

Page 62

1                    You can answer.

2          A.     Sorry, can you repeat the question?

3          Q.     Sure.  At any time -- well, let me

4     withdraw that question.

5                    At any time in your career at HP, have

6     you been involved in any way in determining or

7     evaluating battery authentication systems that could be

8     involved in laptops?

9          A.     I've been involved in some discussion,

10    yes.

11         Q.     And tell me about those discussions with

12    regard to battery authentication systems?

13         A.     I recall discussion around different

14    techniques that could have been used in different

15    encryption methodologies.  But, honestly, that's not my

16    responsibility and I am not -- I don't have any -- any

17    follow-up on any of that.

18         Q.     What was the context that that was

19    brought up in?

20         A.     Part of that was -- was the discussion

21    with Lee.

22         Q.     So in the discussion with Mr. Atkinson

23    when he called you five or six years ago to talk about

24    these unauthorized battery packs that lacked safety

25    features, you had a discussion about battery

Page 63

1    authentication systems with him?

2            A.    Right.

3            Q.    What do you remember about that topic?

4            A.    Just that there were different difficult

5    levels of authentication methods.  And we had some high

6    level discussion on what -- what would be feasible to

7    implement.  But I was not involved in any follow-on

8    discussions with him on that topic.

9            Q.    Okay.  So you talked to him about

10   technology that existed at least at that time that

11   would allow some identification of an unauthorized

12   battery by the motherboard?

13           A.    Yes.

14           Q.    And one of those authentication systems

15   was the system where the motherboard would send a

16   signal and except some return information to come from

17   the battery pack?

18           A.    I believe that is the case, yes.

19           Q.    And if that information that came from

20   the battery pack didn't match up with what the

21   motherboard expected, then something could be done in

22   the motherboard to either disable the computer or send

23   a pop-up message to the user?

24           A.    Yes.

25                     MR. LEVITES:  Steve, before

Page 64

1         you ask your next question, can we

2         go off for a sec?

3                   MR. SCHWARZ:  Sure.

4                   MR. LEVITES:  Okay.

5                   THE VIDEOGRAPHER:  We are

6         going off the record at 2:29 p.m.

7         (Off the record.)

8                   THE VIDEOGRAPHER:  We are

9         going back on the record at 2:30

10        p.m.

11   Q.    When we took a short break there,

12   Mr. Pipho, we were talking about one authentication

13   system of the motherboard sending a query to the

14   battery pack and the battery pack responding with some

15   information that would either match up or not match up

16   with what the motherboard expected.

17        Do you recall that?

18   A.    Yes.

19   Q.    So that was one of the authentication

20   systems or authentication technology that you talked

21   about with Mr. Atkinson?

22   A.    Correct.

23   Q.    What other types of authentication

24   systems do you recall talking about with Mr. Atkinson

25   about during either the one or multiple phone calls you

Page 65

```
 1    had with him about unauthorized battery packs lacking
 2    safety features?
 3            A.    Those are the only ones I recall.
 4            Q.    That's the only authentication system you
 5    recall?
 6            A.    Yes.
 7            Q.    And you are saying that you have no
 8    recollection of any further discussions about
 9    implementing authentication systems after that call
10    with Mr. Atkinson?
11            A.    No.
12            Q.    Did you have some understanding that
13    Mr. Atkinson was pursuing that topic with someone else
14    at HP at that time?
15            A.    I believe he would be, yes.
16            Q.    Do -- do you believe that -- that he
17    would be or do you believe that he was?
18            A.    I believe that he would be.
19            Q.    All right.  So --
20            A.    -- I'm not sure that he was.
21            Q.    Okay.  So you assumed that he was talking
22    to someone else, but you don't know that he was talking
23    to someone else.
24            A.    Correct.
25            Q.    And even though he talked to you about it
```

Page 66

 1   and he sought you out, you didn't feel that it was your

 2   responsibility to share that information with anyone

 3   else?

 4                  MR. LEVITES:  Objection.  You

 5              can answer.

 6                  MR. SCHWARZ:  You have to

 7              answer again because I think his

 8              objection went over your...

 9       A.    That's correct.

10       Q.    Okay.  Thank you.

11                  MR. SCHWARZ:  I believe those

12              are all the questions I have,

13              Mr. Pipho.  Thank you.

14                  MR. LEVITES:  Maybe we can

15              have five minutes.

16                  Maria, are you ready now?

17                  MS. MASTRIANO:  I don't have

18              any addition questions.

19                  MR. LEVITES:  Okay.  Let me

20              just go over my notes.  I think

21              we're probably done, but if we can

22              get back on in five minutes.

23                  MS. MASTRIANO:  Sure.

24                  MR. LEVITES:  Thanks.  See

25              everyone in five.

Page 67

```
1              THE VIDEOGRAPHER:  We are now
2         going off the record at 2:33 p.m.
3         (Brief recess.)
4              THE VIDEOGRAPHER:  We are now
5         going back on the record at 2:40
6         p.m.
7              MR. LEVITES:  Hi, David.  I
8         have no further questions for you
9         either, so this concludes your
10        deposition today.  Thank you for
11        your time and consideration.
12             Thank you to counsel and the
13        reporter and videographer, and I
14        believe that's all for today.
15             MR. SCHWARZ:  Agreed.  Thank
16        you.
17             THE VIDEOGRAPHER:  We are now
18        going off the record at 2:40 p.m.,
19        and this concludes the testimony
20        given by David Pipho.
21             Total number of media used
22        will be two and will be retained by
23        Veritext Priority One.
24        (Whereupon, the deposition concluded at
25        2:42 p.m.)
```

Page 68

1    C E R T I F I C A T I O N
2      STATE OF NEW YORK              )
                                      : ss:
3      COUNTY OF NEW YORK             )
4
5                  I, ToniAnn Acquaro, a notary public for
6    and within the State of New York, do hereby certify:
7                  That the witness whose examination is
8    hereinbefore set forth was duly sworn and that such
9    examination is a true record of my shorthand notes.
10                 I further certify that I am not related
11   to any of the parties to this action by blood or by
12   marriage and that I am in no way interested in the
13   outcome of this matter.
14                 IN WITNESS WHEREOF, I have hereunto set
15   my hand this 7th day of August, 2024.
16
17
18
19                 
20                 _____
21                 ToniAnn Acquaro,
                    Professional Court Reporter
22                 and New York State Notary, 01AC6200255
                    My Commission Expires January 26, 2025
23
     (The foregoing certification of this transcript does not
24   apply to any reproduction of the same by any means,
     unless under the direct control and/or supervision of
25   the certifying reporter.)

**[00704 - afternoon]**                                    Page 1

| **0** |
|---|
| **00704**  1:4 6:23 |
| **01311**  56:21 |
| **01ac6200255** |
| 68:22 |

| **1** |
|---|
| **1**  2:4 24:7 |
| **1.3**  3:8 54:17 |
| **1.3.**  54:25 |
| **10**  3:10 33:10 |
| 33:12 35:12 |
| 39:11 40:3,9 |
| 40:19 41:2,20 |
| 42:5,24 44:8 |
| 45:19 46:9 |
| 49:19 51:9 |
| 56:11,12 61:19 |
| **10019**  2:11 |
| **101**  27:16 |
| **10888**  68:19 |
| **11**  3:12 21:23 |
| 22:1 23:16 |
| **126**  2:16 |
| **13**  23:17 |
| **13202**  2:17 |
| **1330**  2:10 |
| **144111**  8:6 |
| **14618**  2:5 |
| **1882**  2:4 |
| **1:05**  1:19 6:3 |
| **1:21**  1:4 6:23 |

| **2** |
|---|
| **2**  3:12 21:24 |

| **2000**  12:4,6,8 |
|---|
| 12:24 13:23 |
| **2014**  49:20,24 |
| **2019**  47:9 49:6 |
| 49:8,11,13,14 |
| 49:19 50:8 |
| **2023**  3:12 |
| 21:24 |
| **2024**  1:18 6:4 |
| 68:15 |
| **2025**  68:22 |
| **21**  3:7 |
| **215**  2:16 |
| **23a**  2:10 |
| **24**  14:3 |
| **26**  68:22 |
| **2:08**  54:8 |
| **2:29**  64:6 |
| **2:33**  67:2 |
| **2:42**  67:25 |

| **3** |
|---|
| **3.2.**  55:14 |
| **3113**  4:17 |

| **4** |
|---|
| **4**  56:20 |
| **45**  56:24 57:6 |
| 58:22 59:4 |
| **46**  18:18 |

| **5** |
|---|
| **54**  3:10 |
| **56**  3:12 |

| **6** |
|---|
| **6**  3:7 54:15,24 |
| 55:25 56:19,23 |
| 57:5 59:19,24 |
| 60:8 |

| **7** |
|---|
| **7**  1:18 6:4 |
| 22:10 |
| **77355**  8:7 |
| **7th**  68:15 |

| **8** |
|---|
| **8**  3:3 |

| **9** |
|---|
| **9**  3:7 54:14,15 |
| 54:23 |
| **94**  12:4,6 |
| **98**  22:3,10 |
| 23:17 |
| **99**  24:7 |

| **a** |
|---|
| **ability**  35:12 |
| **able**  25:19 31:3 |
| 59:20 |
| **above**  1:15 |
| 19:1 57:6 |
| 58:22 |
| **accessories** |
| 12:17 13:24 |
| **accomplish** |
| 58:19 |
| **accomplished** |
| 59:7 |

| **acquaro**  1:16 |
|---|
| 7:5 68:5,21 |
| **acquired**  13:19 |
| 14:1 |
| **action**  7:10 |
| 24:8 28:8,12 |
| 53:9 60:22 |
| 68:11 |
| **activities**  51:25 |
| **activity**  25:4 |
| **actual**  25:4 |
| **actually**  9:7 |
| 13:16 24:21,22 |
| 25:4 37:19 |
| **addition**  29:1 |
| 66:18 |
| **additional**  46:7 |
| **address**  30:2 |
| **adheres**  22:22 |
| **administer**  1:4 |
| 1:6 4:13 7:8,8 |
| **administering** |
| 4:21 |
| **advanced** |
| 11:11 |
| **advise**  47:23 |
| **affidavit**  10:20 |
| 26:20 |
| **affiliations** |
| 7:17 |
| **aftermarket** |
| 28:18 |
| **afternoon**  1:19 |
| 6:2 8:12 |

ago  33:10,13
  35:12 40:4,9
  40:19 41:2,20
  42:5,25 44:8
  45:19 46:9
  49:19,20 51:9
  51:10 52:7
  61:10,19 62:23
agree  6:14
agreed  4:3,7,11
  4:15 5:5 67:15
allow  63:11
allowing  60:22
americas  2:10
analyses  15:19
analysis  13:2,3
  13:6 14:11
  15:23 16:22
  17:25 18:1
  19:18 29:6
analyze  25:4
analyzed  19:17
announced
  8:14
answer  3:10
  9:23 15:1,15
  16:15,25 17:18
  18:22 22:15
  23:25 25:2,14
  25:18,25 26:5
  26:9,12,15
  27:19 28:1,6
  28:11,17,21,24
  29:3,8,15,21,24
  30:4,10,13,20

30:24 31:4,7
  31:12,20 33:5
  33:18 35:16
  40:6,15,24
  41:6 42:11
  43:5,17,25
  48:17 49:16
  50:3,19 51:15
  53:19 56:7,13
  56:25 57:12,14
  57:24 58:1,15
  60:10,25 61:7
  61:17 62:1
  66:5,7
answered
  24:15 34:6
answers  9:13
  18:16 56:16
anymore  28:12
apologies  27:15
apologize  48:12
appearance
  7:14
appearances
  7:17
appearing  2:1
appears  58:16
applied  11:8
apply  68:24
appropriate
  53:15
approved
  56:20
approximately
  11:18 33:12

40:3 43:7
  44:16 49:20
  51:10
area  11:12
asked  26:17
asking  8:14
  17:11 45:1
  46:2 60:11
aspect  19:7,17
assembling
  11:15
associate's  11:7
associated
  25:11 34:24
assumed  65:21
assurance
  49:23 57:17,19
atkinson  3:12
  10:10,23 21:25
  22:2,10 24:15
  26:18,22 32:2
  32:13 39:2,5
  39:10,12,15,18
  43:1,9,19 44:4
  44:7,10,15,23
  45:16 47:8
  50:8 51:9 52:5
  52:13,16,21
  53:4,6,20
  62:22 64:21,24
  65:10,13
atkinson's
  10:12,19 18:15
attached  57:3

attention  52:17
attorney  5:6
  7:19 8:13
audio  6:12
august  1:18
  3:12 6:4 21:23
  68:15
authentic  30:14
authentication
  35:9,11,21
  36:2 37:2,7
  38:20 61:21
  62:7,12 63:1,5
  63:14 64:12,19
  64:20,23 65:4
  65:9
authorized
  4:13 7:7 20:2
  23:5,9 32:16
  38:2,7 40:12
available  35:21
  36:17 49:13
  50:1,12
avenue  2:10
aware  15:2,16
  16:17 18:9
  19:24,25 23:21
  23:25 24:16,20
  25:3 28:17,22
  29:1,1 31:5,6
  32:19 35:17
  37:5 40:3,9,25
  45:13,20 46:3
  46:7,7,19
  48:20 49:8

[aware - catastrophic]

50:4 51:16
61:15
**awareness**
32:18 33:14

**b**

**b**  3:5 56:1
**back**  14:10
16:18 17:21,23
23:16 30:1
31:13,24 42:1
51:6 54:11
64:9 66:22
67:5
**background**
15:10
**balance**  20:16
20:22,25
**balancing**
30:23
**based**  10:6,6
50:5
**bates**  3:8 54:17
**batter**  37:7
**batteries**  12:20
12:21 14:22
15:13,17 23:12
25:20 28:18,19
34:22 35:7,14
38:3,7 39:7
44:19,22 51:13
57:19
**battery**  3:7
11:3 13:7,11
15:11,20 16:6
16:9,18,21

18:2,7,17,20
19:4,21,23
20:1,9,12,13,17
20:18 21:5,12
21:15,17 22:13
22:18,25 23:5
23:9,13,19,22
24:2,17,23
25:5,12 29:6
29:12,18 30:9
30:13,14,15,21
30:25 31:1,16
32:14,17 33:1
33:14 34:10,18
34:25 36:9,13
36:25 37:11,12
37:14,16,20,23
38:11,12,17
39:14,20 40:10
40:12,20 41:3
42:6 43:22
44:25 45:4,21
46:4,11,17,21
46:21 47:5,14
47:17,24 48:4
48:9,14,15,22
48:25 49:1
50:21,23,24,25
51:1,2,5 52:22
54:16,24 55:2
55:5,13,18,22
56:8,20,23
57:3,5,8,21
58:2,6,24 59:5
59:9,17,18

60:19,23 61:5
61:10,20,21
62:7,12,24,25
63:12,17,20
64:14,14 65:1
**becoming**
44:18
**beginning**  7:18
**behalf**  7:23 8:1
8:5
**belief**  47:17
53:2
**believe**  35:10
36:15 37:1
42:16 44:9
47:22 48:18
50:13 51:7,24
53:11 56:9
59:6 63:18
65:15,16,17,18
66:11 67:14
**ben**  17:5 20:7
**benjamin**  2:12
7:25
**best**  9:15
**betke**  2:8 8:1
24:12
**blevites**  2:12
**blood**  68:11
**bmu**  21:17
**board**  16:1,2
**branding**  38:12
**break**  9:20,21
9:22 53:25
64:11

**brief**  54:9 67:3
**bring**  52:15
**brought**  62:19
**built**  23:8 61:3

**c**

**c**  2:1 41:16 68:1
68:1
**c.p.l.r.**  4:16
**call**  65:9
**called**  14:23
18:10 35:8
43:1,20 44:4
44:16 51:10
52:5 55:18
58:23 59:11
62:23
**calling**  44:11
**calls**  52:9 64:25
**camera**  6:8
11:15
**capable**  60:6,14
**capacity**  18:19
19:3
**career**  14:20
61:18 62:5
**carol**  1:3 6:19
41:12,14
**case**  6:23 8:22
9:5,5,8,9 10:20
22:1,3 29:11
36:15 51:7,24
58:17 59:6,16
63:18
**catastrophic**
48:10,15

**[catch - copy]**

catch  28:20
cause  13:4
causing  59:14
cell  3:7 20:16
  20:21,24 21:2
  30:23 54:15,24
cells  16:21 18:2
  18:8 23:14
  57:3
celsius  18:18
  56:24 57:7
  58:22 59:4
certain  25:12
  29:10 33:2
  34:25 39:14,21
  49:1 61:11
certification
  4:5 68:23
certify  68:6,10
certifying
  68:25
charge  14:14
  59:12,13
charger  59:11
  59:12
charging  13:10
  57:8 58:24
charles  1:5,6
chose  28:15
circuitry  16:5
  21:12
civ  1:3
clarify  22:7
clean  9:17

clear  22:11
come  42:16
  46:16 63:16
commencing
  1:19
commercially
  12:18
commission
  68:22
communicate
  29:4 30:1,6
  59:10,11
communicated
  31:13
communicates
  59:9
compact  11:22
  11:23 12:3,6
  12:12,24 13:14
  13:19 14:1,20
company  24:19
  25:9 44:12
completed  11:9
completely
  31:16
component
  60:16
compound
  17:14
computer
  11:22 12:1
  16:5 19:7,7
  31:22 35:13
  40:11 47:25
  55:2,2 63:22

computers  8:23
  9:1,3 20:5
  32:15 33:2,16
  34:11 36:12
  39:21 46:18
concept  21:4
  25:22 48:24
concerning
  39:6 57:20
concerns  30:2
conclude  37:2
concluded
  67:24
concludes  67:9
  67:19
condition  14:23
  59:14
conditions
  20:10
conducted  4:17
  6:6,25
conference
  4:18,20,24
confirming
  4:23
confusing
  17:14
connect  55:22
  56:1
connected
  16:13 56:23
  57:4
connection  6:9
connections
  16:8

connector
  55:13,18 57:5
consent  5:1
consequences
  21:7
consideration
  67:11
considered  5:2
consistent  34:4
consumers
  23:23
contact  39:16
contacted  39:7
  39:12 43:9
contemplated
  61:22
context  25:17
  28:2 34:12,14
  62:18
continue  6:13
  27:16 47:19
continued
  48:14
control  68:24
controller
  18:11 57:5,7
  58:23 59:9
conversation
  27:18,21 28:3
conversations
  25:16 26:18
  39:2
convey  30:11
copy  5:7

**core** 41:7
**corporation**
  11:22
**correct** 10:11
  10:15,16 12:13
  14:2 16:3,6,7
  17:11 20:14,15
  23:1,2,6,14
  27:11,13 33:6
  36:9,14 37:1,3
  38:9,20 39:18
  40:13,16 43:3
  49:21,22 50:9
  50:10 51:3
  53:5 55:24
  57:21 58:1
  60:23 61:1,5
  64:22 65:24
  66:9
**coughlin** 2:8
  8:1
**coughlinbetk...**
  2:12
**counsel** 2:3,9
  2:15 4:4,8,16
  4:18 5:9 6:18
  7:15 67:12
**counterfeit**
  11:3 31:1
  44:20
**counterfeited**
  46:21
**counterfeiter**
  37:14,16 38:8

**counterfeiting**
  38:16
**county** 68:3
**court** 1:1,16
  4:14,18,23
  6:22 7:4,20
  9:14,17 17:17
  43:17 68:21
**customers**
  14:17
**cv** 1:4 6:23

**d**

**d** 3:1 4:1,17 8:6
  8:6
**dallas** 11:12
**danger** 31:15
**dangers** 51:12
**date** 6:3
**david** 1:8 3:3
  6:17 15:1
  16:15 17:1
  18:22 26:6
  27:12 33:5,18
  35:16 40:6,15
  40:24 41:6
  42:11 43:5,25
  48:17 49:16
  50:3,19 51:15
  53:19 56:7
  57:14 60:10
  61:7 67:7,20
**day** 68:15
**deal** 53:15
**death** 9:5

**deceased** 1:5,6
**decisions** 36:19
**defendant** 2:9
  2:15
**defendant's**
  3:10 56:13
**defendants**
  1:11
**degrees** 18:18
  56:24 57:7
  58:22 59:4
**department**
  13:14 14:1,7
  34:8 35:25
  39:6 52:1
**depends** 6:8
**depose** 26:17
**deposition** 1:7
  3:12 4:6,12,17
  4:22 6:6,17,24
  8:17 21:24
  22:2 56:20
  67:10,24
**describe** 15:25
  56:18 58:1
  59:2
**described**
  31:22 56:20
  57:12
**describing**
  31:16 41:2
**description** 3:6
**descriptions**
  53:15

**design** 9:2,10
  13:10 15:22
  22:22 37:24
**designation**
  55:21
**designed** 15:11
  23:12 45:11
  56:19
**detail** 20:19
  35:17 45:8
  46:7 47:18
  48:19,23 50:13
  56:19
**details** 9:7
**detect** 60:21
  61:13
**detecting** 60:6
  60:15
**determining**
  62:6
**deviate** 21:3
**device** 56:8
  59:10 60:19
**devices** 15:11
  19:21 23:8
  31:17 33:3
  34:19 35:1
  39:14,21 40:12
  40:20 41:3
  45:5,6,21
**devises** 48:9
**devry** 11:6
**diagram** 59:25
**different** 13:9,9
  35:20 47:10

[different - exhibits]

62:13,14 63:4
**difficult** 37:13
37:16,18,22
38:2,11 63:4
**direct** 68:24
**directly** 16:13
58:7,12
**disable** 63:22
**disconnect** 59:5
**discourage**
25:19 38:15,16
**discovered**
39:8 52:21
**discoveries**
39:13
**discuss** 25:23
28:15 34:23
35:12 39:13
42:5 43:2 44:3
44:4 61:20
**discussed** 30:4
37:10 38:4,15
39:23 41:3
42:20 43:1,22
44:17 46:4
52:14,15,20
61:11,12
**discussion** 25:9
27:23 28:10
29:13,22 32:7
32:12,25 34:9
36:6,10,11,22
36:25 38:19,22
40:21 41:20
42:22 43:9,19

45:19,19 46:2
46:6,9,9 49:19
49:23,25 50:5
51:8,16 52:11
52:12 62:9,13
62:20,22,25
63:6
**discussions**
10:6,8,24 25:2
25:7,8 28:8,9
32:2,4,6,21
33:8,13 34:13
34:20 35:3,5
35:19,24 36:1
36:7,16 37:4,6
38:25 39:4
40:19 43:21
44:15 46:14
51:18 62:11
63:8 65:8
**display** 46:22
47:4 49:3
**district** 1:1,1
6:21,22
**document**
54:23 56:11
**doing** 14:11
24:10 29:16
30:2 43:21
**drive** 8:7
**drives** 12:19
**duly** 8:8 68:8

**e**

**e** 1:5,6 2:1,1 3:1
3:5 4:1,1 5:8
68:1
**easily** 37:12
38:8
**education** 11:4
11:10 14:21
**effect** 4:14
**effort** 31:14
50:11
**efforts** 22:12
23:18
**either** 20:1
38:15 51:9
60:22 61:19,22
63:22 64:15,25
67:9
**electrical** 9:2
9:10 13:10
14:8,10
**electronic**
11:25
**electronics**
11:8
**else's** 52:16
**embedded** 57:5
57:7 58:23
59:9
**emblem** 38:5
**embossed** 38:5
**employer** 11:14
54:24
**employment**
11:19

**encountered**
57:18
**encryption**
62:15
**engineer** 14:8
14:10 37:17
**engineering**
12:10
**ensure** 14:17
21:2
**enter** 14:23
**entitled** 54:24
**esq** 2:6,12,18
**estate** 1:4,6
**evaluating** 62:7
**exactly** 28:3
47:6,13
**examination**
3:2 8:10 68:7,9
**examined** 8:8
**exceeds** 18:7
59:3
**except** 4:9
26:22 34:5
63:16
**excessive** 59:15
**excuse** 17:17
**exhibit** 3:7,10
3:12 5:7,7,10
21:23 22:1
23:16 54:14,15
54:22 56:11,12
56:20
**exhibits** 3:13
5:6

| | | | |
|---|---|---|---|
| exist 61:2 | faraci 2:2 7:23 | 54:3,6 62:23 | **g** |
| existed 63:10 | faraci.com 2:6 | 66:15,22,25 | gained 29:5,9 |
| existence 49:10 | feasible 50:14 | focus 15:22 | gauge 21:11 |
| 51:23 55:6 | 50:15 63:6 | follow 23:4 | 58:11 |
| expect 23:10 | feature 20:17 | 50:5 62:17 | gauge's 21:15 |
| expected 60:16 | 61:5 | 63:7 | general 10:25 |
| 63:21 64:16 | features 15:17 | follows 8:9 | 11:1 15:16 |
| expecting 49:2 | 15:19 22:23 | force 4:14 | 20:8 21:16 |
| expertise 9:10 | 23:11 25:13 | foregoing 57:2 | 32:18 34:16,17 |
| expires 68:22 | 30:16,18 32:16 | 68:23 | 34:20,21 35:5 |
| explain 12:15 | 33:15 42:6 | form 4:9 17:8 | 36:10,19,20,22 |
| express 5:1 | 45:8,9,11 46:5 | 17:10 33:22,25 | 40:7,8 45:7 |
| external 12:18 | 46:11,18 61:11 | forth 68:8 | 46:6 49:5 59:8 |
| **f** | 62:25 65:2 | found 44:24 | 60:14 |
| f 4:1 41:16 68:1 | feel 66:1 | four 26:1,1 | generally 15:2 |
| fact 32:14 | field 13:2 | 31:6 52:13 | 18:23 19:24,25 |
| 34:24 39:19 | figure 34:9 | fuel 21:11,14 | 21:17 25:10 |
| factual 8:24 | filing 4:5 | 58:11 | 32:19 44:18 |
| failure 13:2,3,6 | financially 7:10 | function 24:10 | 45:13 46:19 |
| 14:11 15:19,22 | find 24:9,19 | 30:23 31:3 | 58:20 60:11,13 |
| 16:22 17:25 | finding 30:8 | 36:18 38:11 | gestures 9:14 |
| 18:1 19:18 | findings 43:2 | 47:19 50:17 | getting 22:17 |
| failures 13:7 | 53:10 | 56:19 60:23 | 60:7 |
| 19:23 | fire 14:22 20:14 | functional | give 8:21 9:12 |
| familiar 14:21 | 48:10,15 | 31:16 32:15 | 10:2 28:4 |
| 15:3 16:8,11 | fires 15:8 19:23 | 33:2 40:11,21 | given 67:20 |
| 17:16 18:5,10 | 45:14,22 46:5 | functionality | go 6:14 13:8 |
| 18:20 19:6,14 | 46:12 | 23:20 29:11,11 | 27:2 31:23 |
| 19:20 20:7,16 | first 8:16 11:10 | 29:19 30:8 | 42:1 53:3 64:2 |
| 21:4,10 22:17 | 11:11 22:16 | functions 31:2 | 66:20 |
| 39:15,19 47:9 | 32:11 56:25 | further 4:7,11 | goal 29:16 |
| 48:23,24 49:12 | five 31:7 41:23 | 4:15 5:5 28:9 | goes 48:18 |
| 51:17 55:4,6 | 41:24 43:11,12 | 28:12 50:4 | going 6:2 10:17 |
| 55:17 56:4 | 43:18 44:3,16 | 65:8 67:8 | 21:19 23:16,21 |
| 57:11,15 58:18 | 51:10 52:7,14 | 68:10 | 27:16 37:20 |

39:5 53:24
54:8,11,13
56:10 64:6,9
67:2,5,18
**good** 6:1 8:12
**group** 12:10
13:24 14:15
26:13 35:20
44:3 51:9,17
52:19 53:1
**guess** 10:3,18
34:6 44:19

**h**

**h** 3:5 8:6 26:9
**hand** 68:15
**happed** 12:8
**happen** 47:2
**happened**
46:16
**happens** 18:6
47:13,15
**hard** 27:8
**harold** 41:13
**hazard** 14:22
**hazards** 25:11
34:23
**head** 9:13
**heard** 6:11
16:16 18:12
38:21 42:16
51:19
**heat** 59:15
**held** 1:18
**hereinbefore**
68:8

**hereto** 4:4,8
**hereunto** 68:14
**hewlett** 13:20
**hi** 67:7
**high** 11:5 36:19
36:21,25 63:5
**higher** 18:18
**highlight** 46:20
**hollowell** 1:5,5
1:6 2:21
**honestly** 42:1
62:15
**hour** 9:21
53:24
**housed** 26:11
**houston** 11:22
26:15
**hp** 1:10 2:9
3:10 6:20 8:2
14:1,1,15,20
16:12 18:16
19:7,21 20:1
20:18 22:13,21
22:24 23:3,5,8
23:21 24:1,10
26:10,12 28:9
29:17,19 30:2
30:21 31:3,5
31:14,15,17,18
32:15,16 33:2
33:15 34:11
35:11,25 36:2
37:7,14,23
38:2,2,4,7,17
39:20,24 40:2

40:9,11,12,21
44:21 45:20,24
47:3,13 49:6
49:13 50:12
51:11,17,18
52:1 53:9
54:24 55:5,18
56:13,21,21,25
61:23 62:5
65:14
**hp's** 56:16
**hp01378** 3:8
54:17
**hp01379** 55:12
**hp01389** 3:9
54:17

**i**

**idea** 10:22
37:15
**ideas** 30:4 37:1
37:25 38:14
**identification**
21:25 54:18
56:15 63:11
**identify** 35:6
44:21
**identifying**
38:7
**identity** 4:24
**implement** 47:3
63:7
**implemented**
46:20 49:6,13
50:7,8

**implementing**
65:9
**implements**
22:22
**inc.'s** 3:10
56:13
**incidents** 28:17
**include** 23:7
30:22 37:18
45:5,14
**including** 7:16
**indicate** 53:20
58:5
**indicated** 15:21
52:6
**indicates** 48:8
**indicating**
43:13
**individually**
1:4
**industry** 15:5,7
**information**
29:13 30:7
31:14 40:22
46:10 49:1
52:15 53:3,7
53:14,21 60:7
63:16,19 64:15
66:2
**inherent** 15:8
**inhibit** 57:7
58:23
**initial** 45:18
50:5

**injury** 9:4
**inquire** 24:5,19
 24:25
**inside** 30:8
**installed** 47:15
 61:22
**installing** 36:1
 36:11 37:6
**installs** 47:14
**institute** 11:6
**integrated** 16:5
 21:12
**intended** 21:1
 45:22
**interaction**
 57:20 58:2,19
**interested** 7:11
 68:12
**internal** 18:11
**internalizing**
 37:11
**internet** 6:9
**interrogatories**
 3:11 56:14,17
**interrogatory**
 18:15
**interrupt** 58:8
**investigating**
 22:12
**investigations**
 44:24
**involve** 35:8
 38:10
**involved** 12:20
 13:11 32:22

37:5 51:25
 52:2 62:6,8,9
 63:7
**involvement**
 61:21
**ion** 14:22 15:13
 15:20 19:23
 21:5 23:13
**irving** 11:7
**issue** 13:5 15:2
 15:4
**issues** 13:2 15:7
 34:16,17,21,21

**j**

**january** 68:22
**jessica** 1:5 2:21
**jls** 1:4 6:23
**job** 1:25 11:13
 37:21 53:15

**k**

**kind** 12:17
 14:18 20:11
**knew** 28:22
**know** 9:23
 16:16 18:25
 20:7,21 24:13
 25:7 26:7 28:8
 28:11,12,13
 29:3 32:8,22
 33:9 36:25
 46:8 47:6 48:2
 48:5,7,13
 50:20 59:7
 65:22

**knowledge**
 15:5 26:19
 29:5,10 31:10
 32:13 40:17
 47:3,12 52:3
 60:5
**known** 39:10

**l**

**l** 4:1,1 41:16
**lack** 25:12
 29:11 30:7
 45:7
**lacked** 29:19
 31:2 32:15
 33:2 34:19,25
 39:14,21 40:11
 40:20 41:3
 45:21 46:5,11
 59:18 60:19
 61:5 62:24
**lacking** 31:17
 33:15 42:6
 46:17 61:11
 65:1
**lange** 2:2 7:23
**laptop** 19:7,9
 19:12 31:18
 32:15 33:16
 34:11 36:2,12
 37:7,19 39:20
 40:11 46:18
 47:4,13,14,19
 50:16,25 51:11
 55:2 59:20
 61:13

**laptops** 31:3,15
 38:17 50:9,12
 61:23 62:8
**law** 5:2
**lawyers** 25:8
**layman's** 12:15
**lead** 15:9
**leading** 36:1
 41:19
**learned** 40:22
**lee** 10:7,9 53:4
 62:21
**legal** 2:21
 29:10
**level** 32:9,13
 35:6 36:19,21
 36:25 44:21
 48:19 63:6
**levels** 21:2 63:5
**levites** 2:12
 7:25 8:1 14:25
 15:14 16:14,23
 16:25 17:7,13
 18:21 19:9
 20:4,20 27:1,7
 27:11 33:4,17
 33:22 34:2
 35:15 36:4
 40:5,14,23
 41:5 42:10
 43:4,24 45:23
 48:16 49:15
 50:2,18 51:14
 53:18 54:5
 56:6 57:13,23

58:14 59:22
60:9,24 61:6
61:16,25 63:25
64:4 66:4,14
66:19,24 67:7
**limitations**
15:9
**limited**  10:6,7
**line**  22:10
23:17 24:7
**lithium**  14:22
15:13,20 19:22
21:5 23:13
**litigation**  5:3
8:25 22:14
23:20 24:11,24
25:10,16 29:7
29:8 39:8 43:2
52:22 54:23
55:3
**llp**  2:2,8,14 8:5
**located**  26:14
**locations**  4:19
**locking**  37:10
**lockout**  36:25
**long**  11:17 12:2
13:13 39:10
49:8,12
**look**  13:7 42:2
54:1
**looked**  17:25
**looking**  52:21

**m**

**made**  10:4
**magnolia**  8:7
**mailed**  5:8
**make**  9:13
17:12 37:22
38:1 50:11
**making**  38:10
**management**
20:9 21:17
**manager**  14:9
**managing**
21:15
**manner**  4:25
**manufacture**
22:25
**manufactured**
20:2 50:9
**manufacturer**
37:23
**manufacturers**
20:2,18 22:25
23:4
**marcellin**  1:3
6:20
**maria**  2:18 8:3
66:16
**marked**  5:6
21:25 22:1
54:14,18 55:12
56:11,14
**marriage**  68:12
**mastriano**  2:18
8:3,4 66:17,23

**match**  49:2
63:20 64:15,15
**matter**  1:15
6:19 68:13
**mckay**  1:5 2:21
**mean**  15:6,25
22:20 59:3
**meaning**  31:22
**means**  22:21
58:25 68:24
**mechanically**
36:24 37:14
38:5
**media**  6:16
67:21
**meeting**  39:25
41:1,10,17,19
41:22 42:2,4,7
42:8,14,15,17
42:24 44:2,7
44:17 52:14
61:9,19
**meetings**  32:25
32:25 42:18
**members**  41:8
**memory**  12:18
**memos**  43:22
**mentioned**  1:15
18:24 37:9
38:19 39:24
45:7 49:24
**message**  31:22
46:23 47:5,15
47:16,20 48:8
48:13,22 49:3

50:6 51:6
60:22 63:23
**method**  38:7
49:5,10
**methodologies**
62:15
**methodology**
37:3 46:20
51:21
**methods**  63:5
**miller**  2:14 8:4
**minutes**  54:3,6
66:15,22
**mission**  14:14
**misspoke**  48:12
**mistake**  17:12
**mixture**  34:20
**mmastriano**
2:18
**months**  11:18
**motherboard**
16:2,4,9,13,21
18:3,6,18,19
19:2,3,22 20:3
48:25 49:2
51:6 55:23
56:22 57:6,20
58:3,7,12 59:4
59:19,20 60:6
60:12,14,14,20
60:21 61:3
63:12,15,21,22
64:13,16
**motherboards**
12:1,1

**move** 31:21
**moved** 12:10
13:1 14:9
**mu06062** 3:8
54:16,25
**multiple** 29:23
29:24 30:16
64:25

**n**

**n** 2:1 3:1 4:1
68:1
**name** 7:2 8:12
26:6,6 27:17
27:20 28:4
**nature** 11:13
33:21
**necessarily**
44:20
**necessary**
22:22,23
**need** 4:21
**needed** 50:21
**needs** 43:17
53:3
**never** 22:7
**new** 1:1,18 2:5
2:11,11,17
6:22 48:21
68:2,3,6,22
**newly** 50:9
**nod** 43:16
**non** 44:21
**north** 2:16
**notary** 1:17
68:5,22

**note** 6:5
**notebook** 8:23
9:1,2 12:10,11
12:14
**notes** 1:14 54:1
66:20 68:9
**notices** 42:2
**noticing** 7:19
**notify** 51:22
**notifying** 51:11
52:2
**notwithstandi...**
57:1
**number** 67:21

**o**

**o** 4:1 8:6 26:9
68:1
**oath** 4:13,21
7:8 26:23
**objection** 14:25
15:14 16:14,23
17:5 18:21
20:20 33:4,17
33:21 34:7
35:15 36:4
40:5,14,23
41:5 42:10
43:4,24 45:23
46:1 48:16
49:15 50:2,18
51:14 53:18
56:6 57:1,13
57:23 58:14
59:22 60:9,24
61:6,16,25

66:4,8
**objections** 4:9
7:12 31:19
**occasion** 52:6
**occur** 14:22
**occurred** 15:8
33:13 39:1
41:20 43:1
47:8
**occurring**
20:10 24:22
**offered** 12:17
**officer** 4:13,20
**oh** 17:19
**okay** 9:18,19
9:24,25 11:9
13:17 17:15
18:25 19:15
20:13 21:19
32:5 33:12
34:5 36:21
37:15 42:13
43:14 46:24
48:7 54:2,4,22
55:11 63:9
64:4 65:21
66:10,19
**older** 41:7 42:2
**once** 8:20 59:13
**ones** 65:3
**operating**
29:19 46:18
**operator** 31:23
**opportunity**
10:18

**opposed** 16:5
**option** 37:9
**order** 23:9
**organization**
13:1
**outcome** 7:11
68:13
**outside** 22:25
23:4 24:11
25:10,16
**overcharging**
21:5
**overheard**
32:21
**overheat** 14:23
**overheating**
21:8 23:12
**overrule** 34:7
**own** 20:3 37:19

**p**

**p** 2:1,1 4:1 8:6
8:6 26:9,9 27:9
**p.m.** 6:3 54:8
54:12 64:6,10
67:2,6,18,25
**p1-6836748**
1:25
**pack** 16:6,9
18:17,20 19:4
21:12 23:5
30:21 38:12
48:25 49:1
50:24 51:2,5
55:2 56:20,23
57:21 58:2,6

**[pack - presenting]**

59:5,17,18
60:23 61:5
63:17,20 64:14
64:14
**packard** 13:20
**packs** 15:12,20
19:21 20:2,17
20:18 22:13,18
23:1,9,19,22
24:2,17,23
25:5,12 29:6
29:12,18 30:9
30:13,15,15
31:1,1,16
32:14,17 33:1
33:14 34:10,18
34:25 36:9,13
38:17 39:14,20
40:10,13,20
41:3 42:6
44:25 45:4,21
46:5,11,17
52:22 55:5,22
60:19 61:10,20
62:24 65:1
**page** 3:2,6 22:3
22:10 23:17
24:7 27:16
55:12 56:21
**part** 21:11
24:13 35:23
36:5 37:4
38:22 62:20
**participants**
6:9

**participating**
4:20
**particular**
18:12 19:7,17
28:15 29:10
55:9 61:12
**parties** 4:4,8,16
5:1 6:14 68:11
**party** 7:9 25:20
30:9 44:19
**passed** 43:8
**patent** 9:5
**pavilion** 22:13
31:3
**pc** 12:1
**pcs** 14:19
**peep** 27:3,3,8
27:10
**pending** 9:24
17:22
**people** 14:9
25:3,25 26:3
38:23 41:22,23
41:25 51:22
53:8,14
**perform** 50:16
**performed**
15:18
**period** 14:9
19:2
**peripherals**
12:11,15
**person** 26:5
47:23

**personal** 9:4
**phone** 52:9
64:25
**pillinger** 2:14
8:4
**pin** 55:25 56:19
56:23 57:5
59:19 60:8
**pinout** 55:13
55:19
**pins** 55:22
**pipho** 1:8 3:3
6:18 8:12 26:6
26:11,16 28:5
28:8,10,15
29:5,14,23,25
30:7 31:11,13
32:1 54:13,19
61:18 64:12
66:13 67:20
**place** 4:22 6:13
11:10,11
**plaintiff** 6:19
**plaintiff's** 3:6
21:23 54:15
56:12
**plaintiffs** 1:7
2:3 3:10 7:24
8:13 56:13,16
**please** 6:5 7:13
17:4 26:8
33:21
**plugged** 61:4
**pmtlawfirm.c...**
2:18

**poe** 27:3,3,8,10
**point** 13:19
27:2 32:24
39:1 53:13
61:18
**pop** 31:21
46:24 47:5,15
47:20 48:8,13
48:21 50:6
60:22 63:23
**position** 12:2,5
12:23 13:15
**possession** 5:9
**possible** 30:5
50:22 61:1,8
**possibly** 32:8
44:20
**potential** 23:13
25:11 36:1
**potentially**
20:11 36:13
60:21
**power** 18:19
19:3 59:5
**precisely** 59:8
**preparation**
24:9
**prepare** 10:1
**presence** 34:22
**present** 2:20
4:16 7:15 41:1
44:7
**presented** 5:8
**presenting** 5:6

**pretty** 10:5
**prevalence**
　31:8
**prevalent**
　44:19
**prevent** 15:12
　19:22 20:10
　23:12 29:18
　34:10 36:8
　45:22 46:5,12
**preventing**
　46:17
**previous** 10:6
　52:2
**previously** 10:4
　15:21 49:24
　50:12 52:20
**prior** 5:9 34:3
　49:8,10,14
　50:16 51:11
**priority** 7:3,6
　67:23
**probably** 9:21
　29:24 39:11
　41:11 60:3
　66:21
**problem** 20:12
　20:13 27:7
　28:23 29:1
　40:7,8 42:19
　43:23 51:11
　53:16 61:10
**problems** 14:18
　61:20

**proceed** 7:21
**proceeding**
　7:13
**proceedings**
　1:15
**process** 9:11
　22:12 23:21
　25:10 30:19
　43:3 58:11
**produced** 3:13
　54:23
**products** 23:24
　51:18
**professional**
　1:16 68:21
**professionally**
　11:20,21 37:20
**programmed**
　19:22 20:3,17
　35:13 51:5
　56:22
**programming**
　18:5 36:12
　37:6 61:12
**proper** 46:1
**protect** 45:11
**protection**
　30:18
**provide** 31:14
**provided** 18:16
　46:10 48:3
　52:16 53:8
　56:25
**providing** 9:10
　53:7

**public** 1:17
　68:5
**purchaser**
　37:19 47:13
**purchasers**
　38:17 52:2
**purchases**
　31:15
**purely** 24:11
**purpose** 5:3
　33:8
**purposes** 22:14
　23:23 24:23
　52:23
**pursuant** 4:16
**pursuing** 65:13
**put** 17:3 28:1
　47:7

**q**

**qualify** 35:25
**quality** 6:7,8
　13:1,13,16,25
　14:7,15 26:12
　26:12 32:22,24
　33:13 34:8,16
　34:17,21,21
　35:20 38:23
　39:6,24 41:4,7
　42:20,25 43:8
　43:19 44:3,17
　45:19 46:3,3
　46:10 49:23
　51:9,17 52:19
　57:17,19 61:9

**query** 48:25
　49:10 50:7
　64:13
**question** 4:9
　5:10 8:16 9:23
　17:8,10,21,22
　17:24 22:11,16
　23:18 24:8,12
　24:13,18,18
　25:6,15,18,21
　25:23 26:2,7
　26:10,14 27:17
　27:24 28:4,7
　28:14,20 29:4
　29:9,16,22,25
　30:6,11,17,22
　30:25 31:10,20
　32:11 33:23
　40:18 42:23
　45:17 49:11
　56:18 60:2,11
　62:2,4 64:1
**questioning** 5:9
**questions** 8:14
　22:5 24:3
　66:12,18 67:8

**r**

**r** 2:1 4:1 68:1
**raised** 30:3
**reaction** 61:4
**read** 10:19
　17:20,22 22:4
　22:7,8 31:25
　32:3 45:3

**reading** 22:6
43:21
**reads** 56:18
**ready** 66:16
**reason** 26:16
**recall** 9:7 10:8
19:13,16 27:17
33:7,11 38:15
38:18,23 39:4
41:8,24 42:3
42:13,18 43:7
43:8,19 45:18
50:13 51:23,25
52:10 62:13
64:17,24 65:3
65:5
**recalls** 51:18,19
51:21 52:3
**receive** 47:16
60:16
**receiving** 60:15
**recess** 54:9
67:3
**recognize**
35:13 36:13
48:22 49:9
**recollection**
26:21,23 32:2
32:7 43:20
44:14 46:8,15
47:10 52:8
65:8
**recollections**
32:5

**record** 6:3,15
7:18 9:17 17:4
54:8,11 64:6,7
64:9 67:2,5,18
68:9
**recorded** 4:25
6:12,17
**recording** 4:25
6:7,12
**refer** 21:17
**referred** 21:11
34:2 46:25
**referring** 42:5
45:11 50:23
**refers** 20:21,25
56:5,8
**refreshed** 32:1
**regard** 8:25
10:23 16:22
18:1 20:1 23:4
28:7 35:12
44:24 53:9
57:19 62:12
**regarding** 5:10
51:11
**registered**
51:22
**registers** 56:23
**related** 7:9 8:23
13:9 34:18
68:10
**relates** 50:25
**relationship**
16:19

**remained** 13:25
**remember**
27:20,20,21,22
28:2,14 35:3
63:3
**remembering**
27:25
**remote** 4:19
**remotely** 4:23
6:25 7:16
**repairing** 11:25
**repeat** 48:11
62:2
**rephrase** 60:3,4
**replace** 37:12
37:19
**replicate** 37:14
37:23 38:2,11
**replicated** 38:8
**report** 58:6,10
60:20
**reported** 15:7
16:18 18:3
19:1 47:20
59:18
**reporter** 1:17
4:18,23 7:5,20
9:14,17 17:17
43:17 67:13
68:21,25
**reporting**
16:20 30:14
**reports** 16:13
18:17 58:12,22

**represent** 7:3
54:22 55:1
**represents** 56:9
**reproduction**
68:24
**require** 30:21
**required** 20:1
20:18 23:8
32:16 40:12
**requires** 19:21
31:17
**research** 48:5
**reserved** 4:10
**respective** 4:4,8
**responding**
64:14
**response** 49:10
50:7
**responsibility**
53:13 62:16
66:2
**result** 20:11
48:9,15
**resulting** 19:23
**retained** 67:22
**return** 63:16
**reveal** 44:23
**reverse** 37:17
**review** 10:12
10:17
**reviewing** 10:3
**revision** 3:8
54:16,25
**right** 21:19
24:3 27:12

28:6 32:10
35:9 36:16
38:25 45:14
47:11 49:20
51:1,6 53:17
53:23 63:2
65:19
**road** 2:4
**rochester** 2:5
**role** 9:9 12:4
14:9 21:15
**roll** 11:23
13:16
**root** 13:4
**roughly** 29:8
**runaway** 14:24
15:12 23:13
**ryan** 2:21 7:2

**s**

**s** 1:3 2:1 3:5 4:1
4:1 6:19 41:16
**sacrifice** 30:15
30:20
**sacrificing** 45:4
**safety** 15:11,19
16:11 19:20
20:9 22:23
23:8,11,23
25:13 30:7,16
30:18 31:2,17
32:16 33:2,15
34:19 35:1
39:14,21 40:11
40:20 41:3
42:6 45:5,5,7

45:10,21 46:5
46:11,18 48:9
60:19 61:5,11
62:24 65:2
**salina** 2:16
**saying** 24:13
26:21 28:22
40:3 46:15
65:7
**says** 56:1 57:1
58:21
**scalf** 41:12,14
41:17
**scenario** 21:8
**school** 11:5
**schwarz** 2:6
3:3 7:22,23
8:11,13 17:3,9
17:15,19 19:11
20:6 27:4,10
27:14 33:20,24
34:5 45:25
53:23 60:1
64:3 66:6,11
67:15
**science** 11:8
**scope** 10:5
**screen** 6:11
21:20 54:13
**screwed** 27:6
**sealing** 4:5
**sec** 64:2
**second** 27:8
55:11

**section** 4:17
55:13,13
**see** 21:21 29:17
54:1,5,19,19,21
55:15 56:2
57:9 66:24
**seek** 48:25
**seems** 58:5
**seen** 6:10 55:8
**send** 51:5 63:15
63:22
**sending** 61:14
64:13
**sense** 59:20
**senses** 57:3
**separate** 4:19
58:11 59:10
**series** 31:3 36:2
37:7
**set** 3:10 56:14
56:17 68:8,14
**shake** 9:13
**share** 21:19
52:25 54:13
66:2
**shared** 53:21
**sharing** 53:14
**short** 64:11
**shorthand** 68:9
**show** 54:14
56:10
**shut** 47:24
61:13
**shutdown**
30:19

**signal** 60:15,16
63:16
**signals** 61:14
**signature** 68:19
**signed** 4:12,14
10:20 26:20
**significant** 31:9
**significantly**
21:3
**similar** 23:21
49:25
**situation** 8:24
**situations**
15:13
**six** 11:18 31:7
51:10 52:7
62:23
**software** 37:2
50:16,21,23,24
50:24 51:1,2
**sohmer** 2:21
7:2
**sold** 50:12
**solution** 61:12
**solutions** 42:19
**solve** 43:23
**somewhat** 18:9
**sooner** 9:22
**sorry** 24:21
27:14 28:20
48:11 62:2
**sorts** 15:12
**sought** 66:1
**sounds** 47:11

| | | | t |
|---|---|---|---|
| **south** 2:4 | **states** 1:1 6:21 | **supporting** | |
| **speak** 45:24 | **stating** 47:16 | 13:2 | **t** 2:18 3:5 4:1,1 |
| **spec** 59:25 | **stenographic** | **supposed** 60:20 | 68:1,1 |
| **specific** 19:16 | 1:14 | **sure** 7:22 11:6 | **take** 6:13 9:14 |
| 27:21,23 28:2 | **stephen** 2:6 | 48:12 52:4 | 9:17,20,21,22 |
| 34:14 37:4,6 | **steve** 8:13 | 62:3 64:3 | 24:8 53:2,9,25 |
| 41:8 45:9 | 19:10 27:1 | 65:20 66:23 | 54:1,3 60:21 |
| 47:18 60:12 | 45:24 63:25 | **surveillance** | **taken** 1:15 6:18 |
| **specifically** | **steven** 7:22 | 11:12,15 | 28:9 |
| 27:20 34:12 | **stipulated** 4:3,7 | **swear** 7:20 | **talk** 9:15,16 |
| 45:1 56:21 | 4:11,15 5:5 | **sworn** 4:12,22 | 45:8 52:19 |
| **specification** | **stop** 24:6 31:23 | 8:8 68:8 | 62:23 |
| 3:7 54:16,25 | 59:12,15 | **symbol** 56:1 | **talked** 25:25 |
| 55:1,9 58:16 | **stopped** 59:13 | **syracuse** 2:17 | 26:3 27:25 |
| **specifications** | **street** 2:16 | **system** 13:11 | 28:3 30:19 |
| 23:3,7 55:5,7 | **studied** 23:22 | 15:23,24 16:1 | 52:6 63:9 |
| **specifics** 18:23 | 24:23 47:18 | 16:2,12,18,20 | 64:20 65:25 |
| **spell** 26:7 41:15 | **study** 23:19 | 18:2 20:3 | **talking** 10:9 |
| **spite** 46:14 | 24:1,16,16 | 21:15 26:10 | 19:10 20:5,14 |
| **ss** 68:2 | **subject** 55:3 | 32:8 35:5 37:7 | 26:21 33:9 |
| **sschwarz** 2:6 | 57:2 | 44:21 46:22 | 40:9 42:24 |
| **stamped** 3:8 | **subjected** 8:17 | 47:4 48:21 | 59:23 64:12,24 |
| 54:17 | **subsequent** | 60:12 63:15 | 65:21,22 |
| **standard** 30:16 | 42:18 | 64:13 65:4 | **tarallo** 2:14 8:5 |
| 30:17 | **substance** 34:9 | **systems** 11:16 | **team** 13:9 |
| **staples** 1:10 | **suite** 2:4,10,16 | 19:8,10,12 | 32:23,24 33:13 |
| 2:15 6:20 8:5 | **summarize** | 29:20 35:9,11 | 39:24 41:4 |
| **start** 22:6 | 11:4 | 35:21 36:2,17 | 42:20,25 43:8 |
| 32:10 | **summary** 8:21 | 38:20 61:22 | 43:19 44:17 |
| **started** 11:24 | **supervision** | 62:7,12 63:1 | 45:19 46:3,3 |
| **starting** 23:17 | 68:24 | 63:14 64:20,24 | 46:10 |
| **state** 1:17 7:13 | **supervisor** 41:9 | 65:9 | **teams** 41:7 |
| 7:16 68:2,6,22 | **supported** | | **technically** |
| **statement** 10:4 | 14:18 | | 50:14,15 61:8 |

[technician - unauthorized]                                    Page 17

**technician**
11:25
**techniques**
62:14
**technologies**
11:12
**technology** 7:1
11:7 15:9
48:20 49:9,13
49:25 50:7,12
58:19 60:13
61:2 63:10
64:20
**tell** 8:19 33:7
36:21 44:10
45:2 62:11
**temperature**
16:17,20 18:2
18:7,17,24
19:1 56:9,24
57:4,6 59:3
**temperatures**
58:22
**ten** 49:20 61:9
**term** 12:15
16:16 22:18,20
38:21
**terminology**
18:13
**testified** 8:8,22
10:23 36:5
45:3
**testimony** 10:2
10:13,19 18:15
22:4,7,8 26:23

31:25 34:1,3,4
67:19
**testing** 12:11
12:14
**texas** 8:7 11:7
11:12
**thank** 66:10,13
67:10,12,15
**thanks** 66:24
**thermal** 14:24
15:12 23:13
30:18
**thermistor**
16:12,17 18:17
56:1,22 57:3,4
58:6,12,21
59:18 60:7,19
61:13
**thing** 12:24
38:4
**things** 12:19
36:20,22,24
**think** 17:19
27:5 53:6,12
66:7,20
**thinking** 31:7
**third** 3:10
25:20 28:18
30:9 44:19
56:14,17
**threshold** 18:7
19:1
**thresholds**
20:10

**timbergreen**
8:6
**time** 4:10 7:14
12:18 14:9
19:2,13 22:8
29:23 32:22
35:22 36:17
41:9 43:8
45:18,20 49:18
50:1 61:19
62:3,5 63:10
65:14 67:11
**times** 8:19
29:23,24
**title** 14:6
**today** 7:5 8:15
10:2 24:9
26:24 67:10,14
**today's** 6:3
**together** 10:17
**told** 11:2 52:21
**toniann** 1:16
7:5 17:21 68:5
68:21
**took** 12:23
13:14 64:11
**topic** 10:25
11:1 25:1
26:18,19,22
28:16 30:12
35:4 42:7,14
43:10 44:3,5
44:11,15 52:7
52:10,13,15,20
63:3,8 65:13

**topics** 32:3
42:7,12
**total** 67:21
**transcript** 1:14
3:12,13 21:24
22:2,3,17
23:16 68:23
**trial** 4:10
**trouble** 27:24
**true** 68:9
**try** 9:12,15,15
9:16 15:12
42:2 43:23
46:16
**trying** 10:7
13:4 27:19,21
27:22 28:1,2
34:9
**turn** 19:3 55:11
**turning** 18:19
**two** 67:22
**type** 8:21 37:2
49:9
**types** 15:19
29:18 35:20
55:4 64:23
**typically** 13:8
16:1

**u**

**u** 4:1
**unauthorized**
5:2 22:13,18
23:19,22 24:17
24:22 25:12
28:19 29:6,12

29:18 30:9
31:1 32:14
33:1,14 34:10
34:18,22,24
35:6,14 36:8
36:13 37:23
38:16 39:6,13
39:19 40:10
41:2 42:5
43:22 44:25
45:4,20 46:4
46:17,21 47:5
47:14,17,24
48:3,8,14,22
51:12 52:22
59:17 60:18
61:10,20 62:24
63:11 65:1
**unaware**  24:21
**under**  26:23
68:24
**understand**
9:12 10:5 13:4
17:6 21:14
28:25 45:10
49:6 58:25
59:21 60:2
**understanding**
10:3 18:14
20:24 21:1
22:24 48:1
53:8 65:12
**understood**
25:22 53:13

**unit**  6:16 20:9
21:18 24:10
52:1
**united**  1:1 6:21
**update**  50:16
50:21
**upgrades**  12:18
**use**  22:13 23:24
25:19 36:8
38:16 44:19,21
48:14
**used**  5:3 16:12
29:13 33:15
34:11,25 36:18
39:20 46:22
47:5 51:21
58:19 62:14
67:21
**user**  37:11,18
47:21 63:23
**users**  48:14
51:12
**uses**  31:8
**using**  6:25
25:11 48:8
51:12
**utilized**  48:21

### v

**v**  1:9 6:20 8:6
**vague**  26:22
32:4,5,6,7
**value**  18:7
**various**  15:11
20:9 35:20
36:17

**verbal**  43:17
**verbally**  9:13
**veritext**  7:3,6
67:23
**versus**  44:11
**video**  4:18,20
4:24 6:12,17
**videographer**
2:21 6:1 7:4
54:7,10 64:5,8
67:1,4,13,17
**violation**  5:2
**virtual**  6:25
**virtually**  1:18
2:1 6:7
**void**  30:14
**voltage**  21:2

### w

**waived**  4:6
**waiving**  57:2
**want**  9:15,20
9:22 20:6 22:4
22:6 25:7 27:2
46:8 54:2
55:11
**warning**  23:23
46:22 48:2
**warns**  48:13
**warranties**
51:22
**warren**  3:12
21:24
**way**  34:3 46:16
57:25 62:6
68:12

**ways**  34:10
38:15 43:23
**we've**  53:24
56:11
**wednesday**
1:18
**went**  11:6 66:8
**western**  1:1
6:22
**whereof**  68:14
**winton**  2:4
**withdraw**
40:18 42:23
45:16 49:11
62:4
**witness**  3:2
4:21,22 5:7,8
5:10 6:10 7:21
27:13 54:4
68:7,14
**witness's**  4:24
**witnesses**  4:19
**worded**  60:4
**words**  8:25
14:16 25:9
29:9 37:11
38:1,6 45:2
47:3 49:18
51:4 57:17
59:2
**work**  11:17
12:2 13:6,13
14:15 19:18
24:14 29:10
31:18 43:21

55:18 57:18,19
**worked**  11:10
  11:11 16:22
**works**  26:12
**written**  5:1
**wrong**  17:10
  33:25
**wrongful**  9:4

**x**

**x**  1:3,12 3:1,5

**y**

**yeah**  10:7 28:1
  32:7 33:9,10
  38:18 41:7
  43:11 47:6
  50:4 57:15
**year**  45:19
**years**  14:4 26:1
  26:1 31:6,8
  33:10,12 35:12
  39:11 40:3,9
  40:19 41:2,20
  42:5,25 43:11
  43:12,18 44:4
  44:8,16 46:9
  49:19,20 51:9
  51:10 52:7,14
  61:9,19 62:23
**yep**  60:1
**york**  1:1,18 2:5
  2:11,11,17
  6:23 68:2,3,6
  68:22

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.