**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| **Project No:** | 20020 | **Project Type:** | Scene Exam |
| **Project Name:** | Ceres, NY-HP | **Date:** | 2/27/20 |
| **Client No:** | | **Location:** | |
| **Client POC:** | C. Betke | **Investigator:** | GEG |

FIRE DYNAMICS ANALYSTS

January 24, 20 – DOL
  ~4:30 AM
    ↳ BRYAN DAVIS - NEFCO rep. Farmers Ins. – Some delayering on 1/29/20
  Insured  Carol Marcellin
    Tx: 716 307 4412
      – 1980 trailer ~ she's lived here for long time
      – uploading Norton AntiVirus on Computer
        ↳ HP Pavilion
      – direct plugged into wall    ~10PM, sleeping in Back B.R.
      – ~using ~1 hour went to bed awakened to S.A.
        ↳ running out down hall & witnessed fire on/@ laptop
      – May have replaced batteries ~3-4 yrs ago
        ↳ No issues w/ laptop
      – Never done work on laptop or had anyone else do work
      – Purchased laptop @ Staples ~ 7yrs ago
      – No Smokers / No Candles in L.R. Reportedly
      – Bought New laptop online – also HP
  Charles Hollowell (7/9/43) Physically; Alzheimer
    ↳ deceased j-disabled – She attempted to rescue but couldn't lift him
  Alleghany County FIRE    – Smoke Inhalation – Per County F.D. Rpt.
    0415 Alarm time  ~10 min response
  Incident FI 20-003
  Chief Brian Humphill – Problem w/ NFIRS
  Bolivar Co. Vol. Chief – first arriving
    ↳ Charles trapped – went to front BR – w/out hose
      ↳ pulled him out & started CPR
      ↳ No fire / No attack
  Jeff Luckey - Fire Inv. w/ County
    – Bolliver / Portland & Richfield F.D.
      ↳ S.A. sounds - walks to office - sees laptop spitting & flames; tried to use fire extinguisher → Carpet kind of on fire

Page 1

Continued F.I. Statements
→ Got in car drove down road to use ON STAR
→ Charles & Carol were possibly in Same B.R.
- No water used
- Jim Deaton - ff
- F.D. thought was couch → then focused on hallway
  ↳ Just purchased a new laptop - Normally unplugged
     But was using the 8-10 yr. old one that night
- dispatch 4:15 AM
           4:23 AM en Route
           4:33 AM Arrival

Page 2
FIRE DYNAMICS ANALYSTS



SubPanel in hallway near North B.R.

Page 3

FIRE DYNAMICS ANALYSTS





Second laptop - Purchased Recently
AC Adapter   45W
CT: WHGREOAN JCVF J7
date Code: 1910
HP Laptop: Model 17-ca1011cy
SN#: 5CG 9427X3C



Page 5

FIRE
DYNAMICS ANALYSTS

2020-02-28 08:04:27    5/6    Feb 27 2020-GEG scene notes (5/6)

HP02029



ITEMS A-L: Remains of batteries & CFL Lightbulb w/in office

Page 6
FIRE DYNAMICS ANALYSTS